

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Patient Demographics

| Address | Phone |
|---|---|
| 115 Raphael CT<br>MARTINSBURG WV 25403-3904 | 304-350-7462 (Home)<br>304-274-6897 (Mobile) |

## Admission Information - Patient Record Only

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/01/2018 0853 | Admit Date/Time: | 09/01/2018 0854 | IP Adm. Date/Time: | 09/01/2018 1402 |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | SA 510 | Unit: | 4th SURGICAL |
| Admit Provider: | Benkelman, Douglas Wade, MD | Attending Provider: | Dunn, Chad B, MD | Referring Provider: | |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/05/2018 1729 | Home-health Care Svc | Home Health Care | None | 4th SURGICAL |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| A41.9 [Principal] | Sepsis, unspecified organism | Yes | | | |
| K55.029 | Acute infarction of small intestine, extent unspecified | Yes | | | |
| I81 | Portal vein thrombosis | Yes | | | |
| J96.01 | Acute respiratory failure with hypoxia | No | | | |
| J96.02 | Acute respiratory failure with hypercapnia | No | | | |
| K72.00 | Acute and subacute hepatic failure without coma | Yes | | | |
| K66.1 | Hemoperitoneum | No | | | |
| Z68.41 | Body mass index (BMI) 40.0-44.9, adult | Exempt from POA reporting | | | |
| Z23 | Encounter for immunization | Exempt from POA reporting | | | |
| J80 | Acute respiratory distress syndrome | No | | | |
| G93.41 | Metabolic encephalopathy | No | | | |
| R65.21 | Severe sepsis with septic shock | No | | | |
| J81.0 | Acute pulmonary edema | No | | | |
| K55.059 | Acute (reversible) ischemia of intestine, part and extent unspecified | Yes | | | |
| I46.9 | Cardiac arrest, cause unspecified | No | | | |
| D62 | Acute posthemorrhagic anemia | No | | | |
| J95.84 | Transfusion-related acute lung injury (trali) | No | | | |
| E87.0 | Hyperosmolality and hypernatremia | No | | | |
| K56.609 | Unspecified intestinal obstruction, unspecified as to partial versus complete obstruction | Yes | | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Final Diagnoses (ICD-10-CM) (continued)

| Code | Description | POA | CC | HAC | Affects DRG |
|------|-------------|-----|-----|-----|-------------|
| T17.890A | Other foreign object in other parts of respiratory tract causing asphyxiation, initial encounter | No | | | |
| J98.11 | Atelectasis | No | | | |
| J90 | Pleural effusion, not elsewhere classified | No | | | |
| I47.2 | Ventricular tachycardia | No | | | |
| N17.9 | Acute kidney failure, unspecified | No | | | |
| M79.A3 | Nontraumatic compartment syndrome of abdomen | No | | | |
| I10 | Essential (primary) hypertension | Yes | | | |
| E66.01 | Morbid (severe) obesity due to excess calories | Yes | | | |
| D50.9 | Iron deficiency anemia, unspecified | Yes | | | |
| D25.9 | Leiomyoma of uterus, unspecified | Yes | | | |
| R58 | Hemorrhage, not elsewhere classified | No | | | |
| D69.6 | Thrombocytopenia, unspecified | No | | | |
| E83.51 | Hypocalcemia | No | | | |
| E87.6 | Hypokalemia | No | | | |
| D73.5 | Infarction of spleen | No | | | |
| E87.70 | Fluid overload, unspecified | No | | | |
| R31.9 | Hematuria, unspecified | No | | | |
| D50.0 | Iron deficiency anemia secondary to blood loss (chronic) | Yes | | | |
| B35.9 | Dermatophytosis, unspecified | No | | | |
| E78.5 | Hyperlipidemia, unspecified | Yes | | | |
| Z88.1 | Allergy status to other antibiotic agents status | Exempt from POA reporting | | | |
| Z88.5 | Allergy status to narcotic agent status | Exempt from POA reporting | | | |
| H47.011 | Ischemic optic neuropathy, right eye | Yes | | | |
| E86.9 | Volume depletion, unspecified | No | | | |
| Z83.2 | Family history of diseases of the blood and blood-forming organs and certain disorders involving the immune mechanism | Exempt from POA reporting | | | |
| F06.4 | Anxiety disorder due to known physiological condition | No | | | |
| F43.20 | Adjustment disorder, unspecified | No | | | |
| G47.00 | Insomnia, unspecified | No | | | |
| H54.61 | Unqualified visual loss, right eye, normal vision left eye | No | | | |
| N92.0 | Excessive and frequent menstruation with regular cycle | Yes | | | |
| R73.9 | Hyperglycemia, unspecified | No | | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Discharge Notes**

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM**                                      Version 1 of 1

| | |
|---|---|
| Author:  Staley, Lee G, NP | Service:  Trauma Acute Care Surgery    Author Type:  Nurse Practitioner |
| Filed:  11/5/2018  2:22 PM | Date of Service:  11/5/2018  2:15 PM    Creation Time:  10/31/2018  1:06 PM |
| Status:  Signed | Editor:  Staley, Lee G, NP (Nurse Practitioner) |
| Cosigner:  Alty, C Gregory, MD at 11/5/2018  3:15 PM | |

## DISCHARGE SUMMARY - ACCESS

**Name:  SMITH,DORIS D ALAQUE**                    **DOB:  8/4/1979**
**MR#:  20012296**

**Admit Date:**  9/1/2018 TO D/C Date: 10/31/18 (Hospital Day: 61 )
**ACCESS Surgery Service**

## Discharge Diagnoses:

### Active Hospital Problems

| Diagnosis | POA |
|---|---|
| • Principal Problem: Mesenteric venous thrombosis | Yes |
| • Tracheostomy in place | Not Applicable |
| • Abnormal liver enzymes | No |
| • Gastrostomy in place | Not Applicable |
| • Personal history of ECMO | Not Applicable |
| • S/P splenectomy | Not Applicable |
| • S/P small bowel resection | Not Applicable |
| • Anxiety disorder due to general medical condition | No |
| • Subcapsular hematoma of liver | No |
| • ARDS (adult respiratory distress syndrome) | No |
| • Acute respiratory failure with hypoxia | No |
| • Acute blood loss anemia | No |
| • Obesity, morbid, BMI 40.0-49.9 | Yes |

### Resolved Hospital Problems

| Diagnosis | POA |
|---|---|
| • Leukocytosis, unspecified type | Yes |
| • Sepsis | No |
| • Fever | Yes |
| • Metabolic encephalopathy | Unknown |
| • On mechanically assisted ventilation | Not Applicable |
| • Acute pulmonary edema | Unknown |
| • Diarrhea, unspecified type | No |
| • Aspiration into airway | No |
| • Leukocytosis | No |
| • Nausea vomiting and diarrhea | Yes |
| • Tachycardia | Yes |
| • Abdominal pain, generalized | Yes |
| • Splenic hemorrhage | No |
| • Ischemic bowel disease | Yes |



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Discharge Notes (continued)

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM (continued)**                    Version 1 of 1

- Lactic acidosis                                                                          No
- Shock liver                                                                              No
- Hypotension, unspecified hypotension type                                                No
- Shock                                                                                    No
- Hemorrhage secondary to anti-coagulation                                                 No

**PMH:**  has a past medical history of Hyperlipemia and Hypertension.

**HPI:**  Refer to H&P for details.
39 y.o. female  presentsto the emergency department complaining of a several day history of intermittent
crampy abdominal pain. She was admitted to the observation unit with suspicion of an acute gallbladder attack.
She had a right upper quadrant ultrasound done which was normal. A follow-up HIDA scan revealed filling of
the gallbladder but a gallbladder ejection fraction of 0%. This is initially suspected to represent chronic
cholecystitis however through the evening the patient became increasingly painful, febrile, with an increasing
white blood cell count and lactic acid. Surgery was consulted and a CT scan of the abdomen was
recommended. The CT scan has now been completed and this does confirm the finding of mesenteric venous
thrombosis.

### Hospital Course:
Admitted from ED OBS to medical floor on 9/2.  At that time, she was on heparin gtt.  She was complaining of
abdominal pain and had tachycardia.  Otherwise, she was hemodynamically stable.  Worsened on 9/3,
developed lactic acidosis as well.  Vascular and IR surgery were also consulted, recommended embolization
and thrombectomy of SMV thrombosis.  Underwent procedure later that afternoon.  Postprocedure, she
developed hemodynamic instability.  Emergently intubated and central line placed.  Proceeded to surgery on
same date for hemoperitoneum (packed).  Concern for aspiration event during intubation.  Patient was very
difficult to oxygenate and ventilate.  Required aggressive bag mask ventilation.  Subsequently, she was quickly
escalated to salvage vent settings and ultimately, ECMO cannulation.  Received several blood products during
her run on ECMO.  She was maintained on ECMO for about 3 weeks.  During that time, she required several
trips back to OR (see section below).  She remained very critically ill.  Multidisciplinary input from ICU, CT
surgery, ACCESS, Vascular surgery, Palliative care noted.  Closed abdomen on 9/22.  She was ECMO
decannulated on 9/23
The ventilator was slowly weaned.  She had difficulty tolerating tube feeds, converted to PEG/J on 10/19.
Delirium and anxiety were very difficult to control as she became more aware.  Several agents were added to
control these issues.  She ultimately did recover, however, it took an additional 2 weeks before she was
appropriate for vent weaning and eventual trach downsizing.  She was downsized to Shiley 6 (cuffed) trach on
10/25.  No vision in R eye.  Ophthalmology consulted, identified ischemic optic neuropathy, no intervention.
Continued to improve clinically.  Still not tolerating Passey-Muir valve at this time.  She passed cookie swallow
on 10/30, and her diet was advanced to dysphagia.  She was transferred to surgical floor on 10/30. While on
the floor she continued to progress with her mobility. Her trach was downsized to a 4 cuff less and eventually
able to be de cannulated before discharge. Hematology was re consulted via phone to discuss her
anticoagulation options for discharge. Also ObGyn was phone consulted regarding her heavy bleeding with
periods and her discharge medications were discussed. She was able to work towards a home plan with
family. Instructions, follow up and medications were gone over with patient. All question were answered.

### Operative and Other Procedures:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Discharge Notes (continued)**

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM (continued)**          Version 1 of 1

s/p percutaneous transhepatic thrombectomy with percutaneous SMA arterial TPA infusion on 9/3 with subsequent hepatic hemorrhage
s/p ECMO 9/3 - 9/23
s/p XLap with hepatic packing, SB resection, & ABTHERA on 9/3
s/p XLap, SB anastomosis, perc trach, & ABTHERA on 9/6 s/p numerous abdominal washout with ABTHERA changes on 9/10, 9/17, 9/19, 9/21 with Wittmann patch placed on 9/17
s/p XLap, splenic packing, ABTHERA followed by splenic embolization on 9/13
s/p XLap, splenectomy, & ABTHERA on 9/14 s/p abdominal closure with Fortiva & Gtube placement on 9/22

**Consultations:**
ACCESS (became primary service)
Hospitalist (Sound)
Critical care
Vascular surgery (Dr. Kim)
Hematology (Dr. Jones/Dr. Resta)
OB (Dr. Bukovac)
IR (Dr. Couvillon)
Palliative care (Dr. Huffman)
Nephrology (Dr. Shyamsunder)
Infectious Disease (Dr. Smith)
Cardiology (Dr. Reese)
GI (Dr. Snow)
Ophthalmology (Dr. McFarland)

**Condition:**  Stable

**Discharge Meds:**

**Current Discharge Medication List**

**START taking these medications**

|  | Details |
|---|---|
| **docusate sodium (COLACE) 100 MG capsule** | Take 1 capsule (100 mg total) by mouth daily. |
| **enoxaparin (LOVENOX) 120 MG/0.8ML Solution** | Inject 0.8 mLs (120 mg total) into the skin every 12 (twelve) hours. *Qty:* 42 Syringe, *Refills:* 0 |
| **gabapentin (NEURONTIN) 100 MG capsule** | Take 1 capsule (100 mg total) by mouth every 8 (eight) hours as needed (pain). *Qty:* 21 capsule, *Refills:* 0 |
| **metoprolol tartrate (LOPRESSOR) 100 MG tablet** | Take 1 tablet (100 mg total) by mouth every 12 (twelve) hours. *Qty:* 21 tablet, *Refills:* 0 |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Discharge Notes (continued)

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM (continued)**                    Version 1 of 1

| | |
|---|---|
| **oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet** | Take 1-2 tablets by mouth every 6 (six) hours as needed (1 tablet for VAS less than or equal to 5 and 2 tablets for VAS greater than 5.). *Qty:* 10 tablet, *Refills:* 0 |

### CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| **amLODIPine (NORVASC) 5 MG tablet** | Take 5 mg by mouth every morning. |
| **losartan-hydrochlorothiazide (HYZAAR) 100-25 MG per tablet** | Take 1 tablet by mouth every morning. |

**Follow-up:**

ACCESS Surgery Clinic 2 weeks for wound care and PEG removal
PCP - hospital follow up
Hematology: 1-2 weeks for anticoagulation
No future appointments.

**Patient Instructions:**

Diet:  Resume previous home diet as tolerated.  No restrictions.

Activity:  No strenuous activity or lifting greater than 10-15 pounds x 8 weeks.
Encourage ambulation as tolerated.  May use stairs if needed.
No working or driving while on narcotic pain medications.

Medications:  Refer to the After Visit Summary for updates and new medications.
Take over-the-counter  Tylenol (aka acetaminophen) on a scheduled basis as directed.
Use over-the-counter stool softeners and/or Senokot daily to twice daily as needed for constipation.

Wound Care:  It is OK to shower and pat dry.
Keep neck wound covered with gauze or band aid until scabbed over

Instructions:  Call/Return if temperature over 101.0, redness or purulent (pus) drainage or warmth to your incision(s), refractory nausea/vomiting, increased pain not relieved by medications, or new onset of chest pain or shortness or breath.
Continue to use your incentive spirometer at home at least 10 times every hour while awake.
Call/Return for new onset numbness or tingling of the extremities or increased confusion.
Avoid strenuous activity, lifting > 10-15 pounds, or contact sports/"high risk" activities for 8 weeks.
Avoid non-steroidal pain relievers (NSAID's) such as Ibrprofen/Advil, Naprosyn/Naprosyn/Aleve, etc for 8 weeks.
Go to the Emergency Room immediately if you develop sudden severe abdominal pain, new dizziness, or



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Discharge Notes (continued)

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM (continued)**          Version 1 of 1

become so light-headed that you pass out or nearly pass out.

For additional questions or concerns after your discharge, you may contact the ACCESS office at 540-536-0110 between the hours of 8:00am - 4:30pm.  Any medication refill requests should be called to the office during daytime business hours.

If you have an urgent need that occurs after office hours, call 540-536-8000 and ask to speak to the ACCESS physician on call.  No medication refills will be handled outside of business hours.  Emergencies should go to the Emergency Room and cannot be handled over the phone.

### ACCESS BOWEL MAINTENANCE GUIDELINES

**The use of narcotic pain medications and decreased activity will lead to constipation.  In order to prevent this from happening to you, please follow these recommendations:**
1. Drink adequate amounts of fluid throughout the day.
2. Take an over-the-counter stool softener, such as Colace, once or twice a day depending on the firmness of your stools.
3. You may take another over-the-counter stool softener, such as Senokot or generic Senna, two tablets at bedtime.
4. Add Metamucil or other similar fiber supplement to your diet twice a day.

**If constipation persists:**
1. Add Milk of Magnesia two (2) tablespoons (30mL) every 6 hours (up to 8 doses).
2. If you are experiencing rectal fullness or pressure, try a Dulcolax and/or glycerin suppository every 12 hours.

- Avoid anti-diarrhea medications once your bowels begin to move.  Loose stools should resolve on their own after 2-3 days.
- Gas relief medications such as Gas-X or Gaviscon are acceptable for use.
- Probiotic food products, such as yogurt, are acceptable especially if you are or have been on antibiotics.

**Additional Recipe for Success (Natural Stool Softener):**
  -1 cup of unsweetened applesauce,
  -¾ cup of unsweetened prune juice,
  -1 cup of unprocessed bran (ex., Miller's brand - can be found at  Kitty's Herbs, Harvest Moon,      GNC, or other health food stores).
  Mix together and store in refrigerator.
  Take 2 tablespoons with a large glass of water daily and expect results 6-8 hours later.  You may add 1 tablespoon every 5-7 days if needed.
  *can be used as long as desired, non-addictive, & gentle

Lee G Staley, NP
ACCESS SURGERY

The time spent to complete this discharge and involving patient care today took greater than 30 minutes to



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Discharge Notes (continued)

**Discharge Summaries by Staley, Lee G, NP at 11/5/2018  2:15 PM (continued)**    Version 1 of 1

coordinate care, arrange proper follow up, educate patient and family.



Electronically signed by Alty, C Gregory, MD on 11/5/2018  3:15 PM

---

## All Notes

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM**    Version 2 of 2

| | | |
|---|---|---|
| Author:  McFarland, Andrew J, MD | Service:  Ophthalmology | Author Type:  Physician |
| Filed:  10/25/2018 12:25 PM | Date of Service:  10/25/2018 12:11 PM | Creation Time:  10/25/2018 12:11 PM |
| Status:  Addendum | Editor:  McFarland, Andrew J, MD (Physician) | |

Related Notes:  Original Note by McFarland, Andrew J, MD (Physician) filed at 10/25/2018 12:25 PM
Consult Orders:
    1. Inpatient consult to Ophthalmology [480144276] ordered by Bishwakarma, Raju, MD at 10/24/18 1745


### Retinal Surgery Consult Note


**Date Time:** 10/25/18 12:11 PM
Patient Name: SMITH,DORIS D ALAQUE
Requesting Physician:[AM.1] Raju Bishwakarma, MD[AM.2]


**Reason for Consultation:**
Decreased vision, right eye

**Assessment:**
**1. Likely ischemic optic neuropathy, right eye**
 - Likely related to past perfusion issues
 - Unlikely to benefit from further workup given history
 - Discussed with patient that visual acuity may improve slightly, but that we would not expect to see a large improvement in vision

**2. Vision loss, right eye**
 - Most likely secondary to above as discussed
 - Could also be a central retinal artery occlusion from a dislodged clot given history, but think this is less likely given normal appearing vasculature


**Plan:**
 - Management per primary team --> no changes recommended from an ophthalmological standpoint
 - Please call our office (Retina Associates) at (540) 722-3500 to schedule an appointment with me within 1-2

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)          Version 2 of 2

weeks after discharge
 - If patient not discharged by ~1 month, please call/page me to re-evaluate the patient.
 - Thank you!

**History:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with abdominal pain, later diagnosed with mesenteric venous thrombosis. Now, she is s/p multiple surgical procedures and treatment with ECMO. Patient recently reported noticing decreased vision in her right eye when weaned off sedation. This was approximately 3 weeks ago. Denies any eye pain. Left eye seems normal.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| • ECMO, ADULT | | 9/19/2018 |
|---|---|---|

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| • ECTOPIC PREGNANCY SURGERY | Right | |
|---|---|---|
| • EGD | N/A | 10/9/2018 |

*Procedure: EGD;  Surgeon: Snow, Nicholas D, MD;  Location: WINCHESTER ENDO;  Service: Gastroenterology;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location:*

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**                    Version 2 of 2

WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated
- EXPLORATORY LAPAROTOMY                          N/A              9/13/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                          N/A              9/14/2018
  *Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                          N/A              9/19/2018
  *Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                          N/A              9/21/2018
  *Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                      N/A              9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION               N/A              9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                            Right
- SPLENECTOMY                                     N/A              9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                     9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;;*


## Family History:

History reviewed. No pertinent family history.

## Social History:

### Social History

| Social History | |
| --- | --- |
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Social History Main Topics | |
| --- | --- |
| • Smoking status: | Never Smoker |

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**    Version 2 of 2

- Smokeless tobacco:        Never Used
- Alcohol use              Yes
    *Comment: occas*
- Drug use:                No
- Sexual activity:         Not on file

Other Topics                                    Concern
- Not on file

Social History Narrative
- No narrative on file


### Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |


### Medications:

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • amLODIPine | 10 mg | per ND tube | Daily |
| • clonazePAM | 0.25 mg | per NG tube | BID |
| • enoxaparin | 1 mg/kg | Subcutaneous | Q12H SCH |
| • famotidine | 20 mg | per ND tube | Q12H SCH |
| • FLUoxetine | 20 mg | per NG tube | Daily |
| • furosemide | 40 mg | per ND tube | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • losartan | 25 mg | per J tube | Daily |
| • metoprolol tartrate | 100 mg | per J tube | Q12H SCH |
| • multivitamin | 15 mL | per JG tube | Daily |


### Review of Systems:

A comprehensive review of systems was: Negative except decreased vision in the right eye, some sore throat from her trach, and some shortness of breath

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**          Version 2 of 2

Mental status was normal

| Visual Acuity: | OD CF@face | OS 20/20 |
|---|---|---|
| Tonometry: | OD 15 | OS 15 |
| EOM: | OD full range | OS full range |
| Pupils including APD: | 2+ RAPD OD | |

**Visual fields** were ODabnormal OSnormal
Physical Exam

| Pen Light Exam | OD | OS |
|---|---|---|
| Lids/Adnexa | **Normal** | **Normal** |
| Conjunctiva Sclera | **Normal** | **Normal** |
| Cornea | **Normal** | **Normal** |
| Anterior Chamber | **Normal** | **Normal** |
| Iris | **Normal** | **Normal** |
| Lens/IOL | **Normal** | **Normal** |

| Funduscopic Exam | OD | OS |
|---|---|---|
| Vitreous | **Normal** | **Normal** |
| Disc | **Abnormal- 2+ diffuse disc pallor** | **Normal** |
| Vessels | **Normal** | **Normal** |
| Macula | **Normal** | **Normal** |
| Periphery | **Normal** | **Normal** |
| C/D Ratio | **0.3** | **0.3** |

Signed by: Andrew J McFarland[AM.1]

Attribution Key
AM.1 - McFarland, Andrew J, MD on 10/25/2018 12:11 PM
AM.2 - McFarland, Andrew J, MD on 10/25/2018 12:25 PM

---

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM**          Version 1 of 2

| Author: McFarland, Andrew J, MD | Service: Ophthalmology | Author Type: Physician |
|---|---|---|
| Filed: 10/25/2018 12:25 PM | Date of Service: 10/25/2018 12:11 PM | Creation Time: 10/25/2018 12:11 PM |
| Status: Signed | Editor: McFarland, Andrew J, MD (Physician) | |

Related Notes: Addendum by McFarland, Andrew J, MD (Physician) filed at 10/25/2018 12:25 PM

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**          Version 1 of 2

### Retinal Surgery Consult Note

Date Time: 10/25/18 12:11 PM
Patient Name: SMITH,DORIS D ALAQUE
Requesting Physician: Long, Joshua L, DO

**Reason for Consultation:**
Decreased vision, right eye

**Assessment:**
**1. Likely ischemic optic neuropathy, right eye**
 - Likely related to past perfusion issues
 - Unlikely to benefit from further workup given history
 - Discussed with patient that visual acuity may improve slightly, but that we would not expect to see a large improvement in vision

**2. Vision loss, right eye**
 - Most likely secondary to above as discussed
 - Could also be a central retinal artery occlusion from a dislodged clot given history, but think this is less likely given normal appearing vasculature

**Plan:**
 - Management per primary team --> no changes recommended from an ophthalmological standpoint
 - Please call our office (Retina Associates) at (540) 722-3500 to schedule an appointment with me within 1-2 weeks after discharge
 - If patient not discharged by ~1 month, please call/page me to re-evaluate the patient.
 - Thank you!

**History:**
Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with abdominal pain, later diagnosed with mesenteric venous thrombosis. Now, she is s/p multiple surgical procedures and treatment with ECMO. Patient recently reported noticing decreased vision in her right eye when weaned off sedation. This was approximately 3 weeks ago. Denies any eye pain. Left eye seems normal.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)                    Version 1 of 2

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| | | |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| | | |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| | | |
|---|---|---|
| • ECMO, ADULT | | 9/19/2018 |

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| | | |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • EGD | N/A | 10/9/2018 |

*Procedure: EGD;  Surgeon: Snow, Nicholas D, MD;  Location: WINCHESTER ENDO;  Service: Gastroenterology;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/13/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/14/2018 |

*Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/19/2018 |

*Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/21/2018 |

*Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • INCISION & DRAINAGE, TORSO | N/A | 9/17/2018 |

*Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**                     Version 1 of 2
- LAPAROTOMY, SMALL BOWEL RESECTION                      N/A                  9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                                 Right
- SPLENECTOMY                                            N/A                  9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR; Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                         9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR; Service: Access;;*


**Family History:**
History reviewed. No pertinent family history.

**Social History:**

**Social History**

Social History
- Marital status:                          Single
     Spouse name:                          N/A
- Number of children:                      N/A
- Years of education:                      N/A

Social History Main Topics
- Smoking status:                          Never Smoker
- Smokeless tobacco:                       Never Used
- Alcohol use                              Yes
          *Comment: occas*
- Drug use:                                No
- Sexual activity:                         Not on file

Other Topics                                                     Concern
- Not on file

Social History Narrative
- No narrative on file


**Allergies:**

**Allergies**
Allergen                                              Reactions
- Biaxin [Clarithromycin]                             Itching
- Hydrocodone                                         Itching

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**   Version 1 of 2

**Medications:**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • amLODIPine | 10 mg | per ND tube | Daily |
| • clonazePAM | 0.25 mg | per NG tube | BID |
| • enoxaparin | 1 mg/kg | Subcutaneous | Q12H SCH |
| • famotidine | 20 mg | per ND tube | Q12H SCH |
| • FLUoxetine | 20 mg | per NG tube | Daily |
| • furosemide | 40 mg | per ND tube | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • losartan | 25 mg | per J tube | Daily |
| • metoprolol tartrate | 100 mg | per J tube | Q12H SCH |
| • multivitamin | 15 mL | per JG tube | Daily |

**Review of Systems:**

A comprehensive review of systems was: Negative except decreased vision in the right eye, some sore throat from her trach, and some shortness of breath

Mental status was normal

| | | |
|---|---|---|
| Visual Acuity: | OD CF@face | OS 20/20 |
| Tonometry: | OD 15 | OS 15 |
| EOM: | OD full range | OS full range |
| Pupils including APD: | 2+ RAPD OD | |

**Visual fields** were ODabnormal OSnormal
Physical Exam

| Pen Light Exam | OD | OS |
|---|---|---|
| Lids/Adnexa | **Normal** | **Normal** |
| Conjunctiva Sclera | **Normal** | **Normal** |
| Cornea | **Normal** | **Normal** |
| Anterior Chamber | **Normal** | **Normal** |
| Iris | **Normal** | **Normal** |
| Lens/IOL | **Normal** | **Normal** |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**          Version 1 of 2

| Funduscopic Exam | OD | OS |
|------------------|-----|-----|
| Vitreous | **Normal** | **Normal** |
| Disc | **Abnormal- 2+ diffuse disc pallor** | **Normal** |
| Vessels | **Normal** | **Normal** |
| Macula | **Normal** | **Normal** |
| Periphery | **Normal** | **Normal** |
| C/D Ratio | **0.3** | **0.3** |

Signed by: Andrew J McFarland[AM.1]

Attribution Key

AM.1 - McFarland, Andrew J, MD on 10/25/2018 12:11 PM

---

**Consults by Sharp, Rick, RA at 10/18/2018  4:10 PM**                               Version 1 of 1

| Author:  Sharp, Rick, RA | Service:  Radiology | Author Type:  Technologist |
|---|---|---|
| Filed:  10/18/2018  4:11 PM | Date of Service:  10/18/2018  4:10 PM | Creation Time:  10/18/2018  4:10 PM |
| Status:  Signed | Editor:  Sharp, Rick, RA (Technologist) | |
| Cosigner:  Foust, Robert James, MD at 10/18/2018  4:50 PM | | |

Consult Orders:

1. Inpatient Consult to Interventional Radiology [479113780] ordered by Boyd, Loretta A, MD at 10/18/18 1607

Pt with indwelling G.  Attempts made to convert, unable to due to angle of initial puncture and take off of duodenum.  Requested to attempt again as pt needs something long term.

Pt now has a dobhoff in place and reportedly has better motility of her bowel along with the stomach has been decompressed.  Perhaps this will allow for a conversion.  Will attempt tomorrow.[RS.1]

Attribution Key

RS.1 - Sharp, Rick, RA on 10/18/2018  4:10 PM

---

**Consults by Sharp, Rick, RA at 10/10/2018  8:59 AM**                               Version 1 of 1

| Author:  Sharp, Rick, RA | Service:  Radiology | Author Type:  Technologist |
|---|---|---|
| Filed:  10/10/2018  9:05 AM | Date of Service:  10/10/2018  8:59 AM | Creation Time:  10/10/2018  8:59 AM |
| Status:  Signed | Editor:  Sharp, Rick, RA (Technologist) | |
| Cosigner:  Fox, Preston Stuart, MD at 10/10/2018 10:01 AM | | |

Consult Orders:

1. Inpatient Consult to Interventional Radiology [477582412] ordered by Carter, Jeffrey, MD at 10/10/18 0736

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Sharp, Rick, RA at 10/10/2018  8:59 AM (continued)**                     Version 1 of 1

Request to drain anterior fluid collection.  Pt had therapeutic dose of Lovenox today.  Discussed with Dr. Carter who agreed that pt will be undergo procedure tomorrow after holding her Lovenox.[RS.1]

Attribution Key
  RS.1 - Sharp, Rick, RA on 10/10/2018  8:59 AM

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM**                     Version 1 of 1

| | | |
|---|---|---|
| Author:  Thomas, Ellena Mae, PA | Service:  Gastroenterology | Author Type:  Physician Assistant |
| Filed:  10/8/2018  1:54 PM | Date of Service:  10/8/2018 12:51 PM | Creation Time:  10/8/2018 12:51 PM |
| Status:  Attested | Editor:  Thomas, Ellena Mae, PA (Physician Assistant) | |
| Cosigner:  Snow, Nicholas D, MD at 10/8/2018  5:09 PM | | |

Attestation signed by Snow, Nicholas D, MD at 10/8/2018  5:09 PM

The above patient was seen, examined, and the above reviewed. My history: The patient had a massive ischemic event for which she has been slow to recover. We were asked to see her to see if we can potentially advance the nasal feeding tube into the duodenum. She's been quite unstable. She's an unsuccessful attempts. Passing this through interventional radiology in a magnet. I suspect she has gastroparesis from multiple metabolic problems. My physical: She is sedated male, obese, treat. She has a G-tube in place. She hasn't nasal gastric feeding tube as well. My assessment: After discussing with the sister, I think it reasonable to attempt to pass the feeding tube with endoscopic control. I told her that done this before but the techniques were similar to other side used. This may improve her recovery of her gut function.

### GASTROENTEROLOGY CONSULTATION
### WINCHESTER GASTROENTEROLOGY ASSOCIATES

**Date Time:** 10/08/18 12:51 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Requesting Physician:** Hutchens, William Thomas*

PCP: Michele M Sheetz, FNP
Consulting GI: Ellena Thomas PA-C/Dr. Snow

**Reason for Consultation:**
We are asked to see this patient for feeding tube manipulation

**Assessment:**
Principal Problem:
  Mesenteric venous thrombosis
Active Problems:
  Obesity, morbid, BMI 40.0-49.9



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                    Version 1 of 1

Acute blood loss anemia
Hemorrhage secondary to anti-coagulation
Acute respiratory failure with hypoxia
Ischemic bowel disease
ARDS (adult respiratory distress syndrome)
Hypotension, unspecified hypotension type
Atelectasis of left lung
Subcapsular hematoma of liver
Splenic hemorrhage
Abdominal pain, generalized
Thrombus
Tachycardia
Abnormal liver enzymes
Diarrhea, unspecified type
Nausea vomiting and diarrhea
Aspiration into airway
Tracheostomy care
Gastrostomy in place
Leukocytosis
Intermittent fever of unknown origin
Personal history of ECMO
S/P splenectomy
S/P small bowel resection
Anxiety disorder due to general medical condition
Posthemorrhagic anemia
On mechanically assisted ventilation
Acute pulmonary edema


**Plan:**[ET.1]
Will have to discuss with Dr. Snow about helping to convert the G to a G/J.[ET.2]
Please see attending's addendum
**History:**
Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with sepsis and imaging showing extensive superior mesenteric venous thrombosis with portal vein thrombosis causing bleeding and ischemic bowel, she was in shock and on levophed and on ecmo. She has had liver hemorrhage requiring massive transfusion and also aspiration during intubation, she was on CRRT at one point as well. She had explap with packing and resection of a segment of infarcted bowel, numerous trips to the OR for bleeding and washouts, had a splenectomy as well. Most recently she has had severe bradycardia episodes, asystole for 18 seconds after being turned. Dr. Reese feels that with her pressures being elevated on her echo that PE was highly suspected, she is on Lovenox. He cant place a pacer due to her other issues but has stat pads on.


The reason GI is consulted is because she has a G but it needs to be converted to a GJ but IR has been unsuccessful as the gtube tract does not permit conversion[ET.1] due to its angle[ET.2]. We are asked to see if we can put the J in endoscopically.

---

 **ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)          Version 1 of 1

### Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

### Past Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| • ECMO, ADULT | | 9/19/2018 |
|---|---|---|

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| • ECTOPIC PREGNANCY SURGERY | Right | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*

| • EXPLORATORY LAPAROTOMY | N/A | 9/13/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/14/2018 |
|---|---|---|

*Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/19/2018 |
|---|---|---|

*Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

- EXPLORATORY LAPAROTOMY                              N/A                9/21/2018
  *Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING
  CHANGE; Surgeon: Carter, Jeffrey, MD; Location: WINCHESTER MAIN OR; Service: Access;
  Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                          N/A                9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE;
  WITTMANN PATCH; Surgeon: Ulich, Paul J, MD; Location: WINCHESTER MAIN OR; Service:
  Access; Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                   N/A                9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION; Surgeon: Carter, Jeffrey, MD; Location:
  WINCHESTER MAIN OR; Service: Access; Laterality: N/A;*
- ovarian cyst removed                                          Right
- SPLENECTOMY                                        N/A                9/14/2018
  *Procedure: SPLENECTOMY; Surgeon: Ulich, Paul J, MD; Location: WINCHESTER MAIN OR;
  Service: Access; Laterality: N/A;*
- TRACHEOSTOMY                                                          9/6/2018
  *Procedure: TRACHEOSTOMY; Surgeon: Goode, Terral C, MD; Location: WINCHESTER MAIN OR;
  Service: Access;;*

---

**Family History:**

History reviewed. No pertinent family history.

---

**Social History:**

**Social History**

**Social History**
- Marital status:                     Single
     Spouse name:                     N/A
- Number of children:                 N/A
- Years of education:                 N/A

**Social History Main Topics**
- Smoking status:                     Never Smoker
- Smokeless tobacco:                  Never Used
- Alcohol use                         Yes
     *Comment: occas*
- Drug use:                           No
- Sexual activity:                    Not on file

**Other Topics**                                                    Concern
- Not on file

**Social History Narrative**
- No narrative on file

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                      Version 1 of 1

## Allergies:

### Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

## Medications:

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • acetaZOLAMIDE | 500 mg | Intravenous | Q12H |
| • caspofungin | 35 mg | Intravenous | Q24H |
| • enoxaparin | 1 mg/kg | Subcutaneous | Q12H |
| • eye lubricant | | Both Eyes | QID |
| • furosemide | 40 mg | Intravenous | Once |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • linezolid | 600 mg | Intravenous | Q12H |
| • milk of magnesia | 7.5 mL | per G tube | Q6H |
| • meropenem | 1,000 mg | Intravenous | Q8H |
| • oxyCODONE | 5 mg | per G tube | Q6H |
| • pantoprazole | 40 mg | Intravenous | BID |
| • QUEtiapine | 150 mg | per G tube | QHS |
| • QUEtiapine | 50 mg | per G tube | Daily |
| • sodium bicarbonate | 1,300 mg | per G tube | 2XDAY at 0800 & 1200 |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride | 10 mL | Intracatheter | Daily |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

(PF)
- sodium chloride    3 mL    Intravenous    Q8H
  (PF)

- dextrose 5 % and 0.45 % NaCl with KCI    100 mL/hr at 10/07/18 1410
  20 mEq
- electrolyte replacement protocol-NURSE
  to INITIATE
- epoprostenol                              25 ng/kg/min (10/08/18 0839)
- fentaNYL                                  80 mcg/hr (10/08/18 0405)
- furosemide (LASIX) infusion 500 MG/50     10 mg/hr (10/08/18 0627)
  mL
- ketamine (KETALAR) infusion              Stopped (10/07/18 0500)
- midazolam                                Stopped (10/03/18 1150)
- milrinone                                0.25 mcg/kg/min (10/08/18 0709)
- norepinephrine                           Stopped (10/03/18 0300)
- propofol                                 Stopped (10/03/18 1323)
- TPN Adult Central

**Review of Systems:**
Review of Systems - History obtained from[ET.1] a[ET.2] chart review[ET.1]. Pt not able to speak to me[ET.2]

**Physical Exam:**
Blood pressure 101/61, pulse (!) 119, temperature (!) 101.5 °F (38.6 °C), temperature source Foley Temp, resp. rate (!) 23, height 1.549 m (5' 1"), weight 116.9 kg (257 lb 11.5 oz), last menstrual period 08/15/2018, SpO2 100 %.

General appearance - a[ET.1]wake[ET.2], [ET.1] trying to cough. Very ill.[ET.2]
Abdomen -[ET.1] large ventral incision looks okay. G tube in the stomach. Did not palpate abdomen.[ET.2]

**Lab:**

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Triglycerides [477102021]** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 1203 |
| | Triglycerides | 88 | mg/dL | |
| **RespiratoryCulture and Smear [477102011]** | | | | Collected:  10/08/18 1142 |
| Specimen:  Sputum from Sputum | | | | Updated:  10/08/18 1155 |
| **Culture-Fungal Blood-Line Draw [471617207]** | | | | Collected:  09/07/18 1706 |
| Specimen:  Blood Culture Line Draw from A-Line Blood Draw | | | | Updated:  10/08/18 1142 |
| Narrative: | | | | |
| Specimen/Source: Blood Culture Line Draw/A-Line Blood Draw | | | | |

---


Healthier, together.

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Collected: 09/07/2018 17:06 | | | | |

Status: Final    Last Updated: 10/08/2018 11:42

Culture Result (Final)
  No Fungus Isolated - Final Report

| **Urinalysis w Microscopic and Culture if Indicated [477102012]** **(Abnormal)** | | | | Collected: 10/08/18 1030 |
|---|---|---|---|---|
| Specimen:  Urine, Random | | | | Updated:  10/08/18 1131 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.011 | | |
| | pH, Urine | 7.0 | pH | |
| | Protein, UR | Negative | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | Negative | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | **Moderate (A)** | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | **75 (A)** | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **14 (H)** | /hpf | |
| | RBC, UA | **115 (H)** | /hpf | |
| | Bacteria, UA | **Occasional (A)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| | Trans Epithel, UA | 1 | /hpf | |
| | Hyaline Casts, UA | **>20 (A)** | /lpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

| **Magnesium [477101999]** | | | | Collected:  10/08/18 0840 |
|---|---|---|---|---|
| Specimen:  Plasma | | | | Updated:  10/08/18 1017 |
| | Magnesium | 2.2 | mg/dL | |
| **Basic Metabolic Panel [477101987]** **(Abnormal)** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 0939 |
| | Sodium | 146 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Potassium | 3.4 (L) | mMol/L | |
| | Chloride | 104 | mMol/L | |
| | CO2 | 33.5 (H) | mMol/L | |
| | Calcium | 8.8 | mg/dL | |
| | Glucose | 111 (H) | mg/dL | |
| | Creatinine | 0.63 | mg/dL | |
| | BUN | 16 | mg/dL | |
| | Anion Gap | 11.9 | mMol/L | |
| | BUN/Creatinine Ratio | 25.4 | Ratio | |
| | EGFR | 131 | mL/min/1.73m2 | |
| | Osmolality Calc | 292 | mOsm/kg | |
| **Phosphorus [477101989]** | | | | Collected: 10/08/18 0840 |
| Specimen: Plasma | | | | Updated: 10/08/18 0939 |
| | Phosphorus | 3.3 | mg/dL | |
| **Calcium, Ionized [477101988]** | | | | Collected: 10/08/18 0840 |
| Specimen: Blood | | | | Updated: 10/08/18 0933 |
| | Calcium, Ionized | 4.40 | mg/dL | |
| **Dextrose Stick Glucose [477101993]  (Abnormal)** | | | | Collected: 10/08/18 0741 |
| Specimen: Blood | | | | Updated: 10/08/18 0759 |
| | Glucose, POCT | 117 (H) | mg/dL | |
| **Dextrose Stick Glucose [477101991]  (Abnormal)** | | | | Collected: 10/08/18 0510 |
| Specimen: Blood | | | | Updated: 10/08/18 0527 |
| | Glucose, POCT | 130 (H) | mg/dL | |
| **Magnesium [477101984]** | | | | Collected: 10/08/18 0024 |
| Specimen: Plasma | | | | Updated: 10/08/18 0145 |
| | Magnesium | 1.9 | mg/dL | |
| **Calcium, Ionized [477035048]  (Abnormal)** | | | | Collected: 10/08/18 0024 |
| Specimen: Blood | | | | Updated: 10/08/18 0101 |
| | Calcium, Ionized | 4.27 (L) | mg/dL | |
| **Basic Metabolic Panel [477035047]  (Abnormal)** | | | | Collected: 10/08/18 0024 |
| Specimen: Plasma | | | | Updated: 10/08/18 0101 |
| | Sodium | 147 | mMol/L | |
| | Potassium | 3.7 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 33.2 (H) | mMol/L | |
| | Calcium | 8.9 | mg/dL | |
| | Glucose | 119 (H) | mg/dL | |
| | Creatinine | 0.62 | mg/dL | |
| | BUN | 17 | mg/dL | |
| | Anion Gap | 11.5 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | BUN/Creatinine Ratio | 27.4 | Ratio | |
| | EGFR | 131 | mL/min/1.73m2 | |
| | Osmolality Calc | 295 | mOsm/kg | |
| **Phosphorus [477035049]** | | | | Collected:  10/08/18 0024 |
| Specimen:  Plasma | | | | Updated:  10/08/18 0101 |
| | Phosphorus | 3.8 | mg/dL | |
| **Dextrose Stick Glucose [477101982]** | | | | Collected:  10/08/18 0023 |
| Specimen:  Blood | | | | Updated:  10/08/18 0050 |
| | Glucose, POCT | 92 | mg/dL | |
| **Dextrose Stick Glucose [477035051]  (Abnormal)** | | | | Collected:  10/07/18 2008 |
| Specimen:  Blood | | | | Updated:  10/07/18 2024 |
| | Glucose, POCT | **143 (H)** | mg/dL | |
| **CBC with Automated Differential [477035033]  (Abnormal)** | | | | Collected:  10/07/18 1800 |
| Specimen:  Blood from Blood | | | | Updated:  10/07/18 1855 |
| | WBC | **17.8 (H)** | K/cmm | |
| | RBC | **2.70 (L)** | M/cmm | |
| | Hemoglobin | **7.8 (L)** | gm/dL | |
| | Hematocrit | **25.6 (L)** | % | |
| | MCV | 95 | fL | |
| | MCH | 29 | pg | |
| | MCHC | **31 (L)** | gm/dL | |
| | RDW | **15.5 (H)** | % | |
| | PLT CT | 336 | K/cmm | |
| | MPV | 8.9 | fL | |
| | NEUTROPHIL % | 64.0 | % | |
| | Lymphocytes | 20.0 | % | |
| | Monocytes | 10.0 | % | |
| | Eosinophils % | 1.0 | % | |
| | Basophils % | 0.0 | % | |
| | Bands | 5 | % | |
| | Neutrophils Absolute | **12.3 (H)** | K/cmm | |
| | Lymphocytes Absolute | 3.6 | K/cmm | |
| | Monocytes Absolute | **1.8 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.2 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated | 3 | /100 WBCs | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **RBC** | | | |
| | **RBC Morphology** | Morphology Consistent with Hemogram | | |
| Narrative: | | | | |
| Manual differential performed | | | | |
| **Phosphorus [477035038]  (Abnormal)** | | | | Collected:  10/07/18 1800 |
| Specimen:  Plasma | | | | Updated:  10/07/18 1829 |
| | **Phosphorus** | **2.2 (L)** | mg/dL | |
| **Magnesium [477035039]** | | | | Collected:  10/07/18 1800 |
| Specimen:  Plasma | | | | Updated:  10/07/18 1829 |
| | **Magnesium** | 2.1 | mg/dL | |
| **Basic Metabolic Panel [477035040]  (Abnormal)** | | | | Collected:  10/07/18 1800 |
| Specimen:  Plasma | | | | Updated:  10/07/18 1829 |
| | **Sodium** | **148 (H)** | mMol/L | |
| | **Potassium** | **3.4 (L)** | mMol/L | |
| | **Chloride** | 104 | mMol/L | |
| | **CO2** | **34.8 (H)** | mMol/L | |
| | **Calcium** | 9.1 | mg/dL | |
| | **Glucose** | **142 (H)** | mg/dL | |
| | **Creatinine** | 0.61 | mg/dL | |
| | **BUN** | 16 | mg/dL | |
| | **Anion Gap** | 12.6 | mMol/L | |
| | **BUN/Creatinine Ratio** | 26.2 | Ratio | |
| | **EGFR** | 132 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 298 | mOsm/kg | |
| **Calcium, Ionized [477035041]** | | | | Collected:  10/07/18 1800 |
| Specimen:  Blood | | | | Updated:  10/07/18 1828 |
| | **Calcium, Ionized** | 4.56 | mg/dL | |
| **Basic Metabolic Panel [477035029]  (Abnormal)** | | | | Collected:  10/07/18 1300 |
| Specimen:  Plasma | | | | Updated:  10/07/18 1455 |
| | **Sodium** | 146 | mMol/L | |
| | **Potassium** | 3.5 | mMol/L | |
| | **Chloride** | 103 | mMol/L | |
| | **CO2** | **33.3 (H)** | mMol/L | |
| | **Calcium** | 8.9 | mg/dL | |
| | **Glucose** | **207 (H)** | mg/dL | |
| | **Creatinine** | 0.69 | mg/dL | |
| | **BUN** | 16 | mg/dL | |
| | **Anion Gap** | 13.2 | mMol/L | |
| | **BUN/Creatinine Ratio** | 23.2 | Ratio | |
| | **EGFR** | 127 | mL/min/1.73m2 | |
| | **Osmolality** | 298 | mOsm/kg | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Calc** | | | |
| **CBC and differential [477035013]** | | **(Abnormal)** | | Collected:  10/07/18 1300 |
| Specimen:  Blood from Blood | | | | Updated:  10/07/18 1412 |
| | **WBC** | **18.0 (H)** | K/cmm | |
| | **RBC** | **2.70 (L)** | M/cmm | |
| | **Hemoglobin** | **7.9 (L)** | gm/dL | |
| | **Hematocrit** | **25.6 (L)** | % | |
| | **MCV** | 95 | fL | |
| | **MCH** | 29 | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | 339 | K/cmm | |
| | **MPV** | 9.1 | fL | |
| | **NEUTROPHIL %** | 72.0 | % | |
| | **Lymphocytes** | 18.0 | % | |
| | **Monocytes** | 8.0 | % | |
| | **Eosinophils %** | 1.0 | % | |
| | **Bands** | 1 | % | |
| | **Neutrophils Absolute** | **13.1 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.2 | K/cmm | |
| | **Monocytes Absolute** | 1.4 | K/cmm | |
| | **Eosinophils Absolute** | 0.2 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Anisocytosis** | 1+ | | |
| | **Polychromasia** | 1+ | | |
| | **Hypochromia** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |
| Narrative: | | | | |
| Manual differential performed | | | | |
| **Calcium, Ionized [477035023]** | | **(Abnormal)** | | Collected:  10/07/18 1300 |
| Specimen:  Blood | | | | Updated:  10/07/18 1350 |
| | **Calcium, Ionized** | **4.33 (L)** | mg/dL | |
| **Hepatic function panel (LFT) [477035014]** | | **(Abnormal)** | | Collected:  10/07/18 1300 |
| Specimen:  Plasma | | | | Updated:  10/07/18 1348 |
| | **Protein, Total** | 7.0 | gm/dL | |
| | **Albumin** | **2.5 (L)** | gm/dL | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Alkaline Phosphatase | **241 (H)** | U/L | |
| | ALT | 41 | U/L | |
| | AST (SGOT) | **45 (H)** | U/L | |
| | Bilirubin, Total | **1.3 (H)** | mg/dL | |
| | Bilirubin, Direct | **0.9 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | **0.56 (L)** | Ratio | |
| | Globulin | **4.5 (H)** | gm/dL | |
| **Magnesium [477035015]** | | | | Collected: 10/07/18 1300 |
| Specimen: Plasma | | | | Updated: 10/07/18 1348 |
| | Magnesium | 2.0 | mg/dL | |
| **Phosphorus [477035016]** | | | | Collected: 10/07/18 1300 |
| Specimen: Plasma | | | | Updated: 10/07/18 1348 |
| | Phosphorus | 2.5 | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [477035025] (Abnormal)** | | | | Collected: 10/07/18 1217 |
| Specimen: Arterial | | | | Updated: 10/07/18 1223 |
| | pH, ISTAT | 7.45 | | |
| | PO2, ISTAT | **61 (L)** | mm Hg | |
| | BE, ISTAT | **11 (H)** | mMol/L | |
| | HCO3, ISTAT | **36.8 (H)** | mMol/L | |
| | PCO2, ISTAT | **52.4 (H)** | mm Hg | |
| | O2 Sat, %, ISTAT | **92 (L)** | % | |
| | Room Number, ISTAT | 3540 | | |
| | i-STAT Allen's Test | Pass | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 40.00 | % | |
| | i-STAT Mode | AC | | |
| | i-STAT Peep | 8 | | |
| | i-STAT Pressure Support | 0 | | |
| | Rate, ISTAT | 26 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | R Radial | | |
| | Tidal Vol, ISTAT | 320 | | |
| | TCO2, ISTAT | **38 (H)** | mMol/L | |
| | i-STAT Lactic acid | 1.00 | mMol/L | |
| | Operator, | Operator: 34266 BLANCHETTE SHAWN RT | | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **ISTAT** | | | |
| **Urine Culture [476677875]** | | | | Collected: 10/05/18 2005 |
| Specimen:  Urine, Random | | | | Updated: 10/07/18 0958 |
| Narrative: | | | | |

Specimen: Urine, Random
Collected: 10/05/2018 20:05

Status: Final    Last Updated: 10/07/2018 09:58

Culture Result (Final)
No Growth Final

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [476947729]  (Abnormal)** | | | | Collected:  10/07/18 0820 |
| Specimen:  Blood | | | | Updated: 10/07/18 0908 |
| | **Calcium, Ionized** | **4.29 (L)** | mg/dL | |
| **Magnesium [476947738]** | | | | Collected:  10/07/18 0820 |
| Specimen:  Plasma | | | | Updated: 10/07/18 0904 |
| | **Magnesium** | 1.8 | mg/dL | |
| **Basic Metabolic Panel [476947728]  (Abnormal)** | | | | Collected:  10/07/18 0820 |
| Specimen:  Plasma | | | | Updated: 10/07/18 0900 |
| | **Sodium** | 147 | mMol/L | |
| | **Potassium** | **3.4 (L)** | mMol/L | |
| | **Chloride** | 103 | mMol/L | |
| | **CO2** | **35.3 (H)** | mMol/L | |
| | **Calcium** | 8.6 | mg/dL | |
| | **Glucose** | **162 (H)** | mg/dL | |
| | **Creatinine** | 0.68 | mg/dL | |
| | **BUN** | 17 | mg/dL | |
| | **Anion Gap** | 12.1 | mMol/L | |
| | **BUN/Creatinine Ratio** | 25.0 | Ratio | |
| | **EGFR** | 127 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 297 | mOsm/kg | |
| **Phosphorus [476947730]** | | | | Collected:  10/07/18 0820 |
| Specimen:  Plasma | | | | Updated: 10/07/18 0900 |
| | **Phosphorus** | 3.0 | mg/dL | |
| **Blood Culture – Venipuncture [476677863]** | | | | Collected:  10/05/18 1931 |
| Specimen:  Blood from Venipuncture | | | | Updated: 10/07/18 0847 |
| Narrative: | | | | |

Specimen/Source: Blood/Venipuncture
Collected: 10/05/2018 19:31



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Status: Valued    Last Updated: 10/07/2018 08:46

Culture Result (Prelim)
  No Growth To Date

**Culture-Blood-Line Draw [476677862]**    Collected: 10/05/18 1921
Specimen: Blood Culture Line Draw from PICC Line Blood Draw    Updated: 10/07/18 0847
Narrative:
  Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
  Collected: 10/05/2018 19:21

Status: Valued    Last Updated: 10/07/2018 08:46

Culture Result (Prelim)
  No Growth To Date

**Dextrose Stick Glucose [476947742]  (Abnormal)**    Collected: 10/07/18 0823
Specimen: Blood    Updated: 10/07/18 0839
|  | **Glucose, POCT** | **155 (H)** | mg/dL | |

**Dextrose Stick Glucose [476947732]  (Abnormal)**    Collected: 10/07/18 0455
Specimen: Blood    Updated: 10/07/18 0512
|  | **Glucose, POCT** | **127 (H)** | mg/dL | |

**Calcium, Ionized [476947707]  (Abnormal)**    Collected: 10/07/18 0100
Specimen: Blood    Updated: 10/07/18 0149
|  | **Calcium, Ionized** | **4.14 (L)** | mg/dL | |

**Basic Metabolic Panel [476947706]  (Abnormal)**    Collected: 10/07/18 0100
Specimen: Plasma    Updated: 10/07/18 0139

| Component | Value | Units |
|-----------|-------|-------|
| **Sodium** | **150 (H)** | mMol/L |
| **Potassium** | **2.8 (LL)** | mMol/L |
| **Chloride** | 103 | mMol/L |
| **CO2** | **41.1 (HH)** | mMol/L |
| **Calcium** | 8.5 | mg/dL |
| **Glucose** | **147 (H)** | mg/dL |
| **Creatinine** | 0.64 | mg/dL |
| **BUN** | 16 | mg/dL |
| **Anion Gap** | 8.7 | mMol/L |
| **BUN/Creatinine Ratio** | 25.0 | Ratio |
| **EGFR** | 130 | mL/min/1.73m2 |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Osmolality Calc | 302 (H) | mOsm/kg | |
| **Phosphorus [476947708]** | | | | Collected: 10/07/18 0100 |
| Specimen: Plasma | | | | Updated: 10/07/18 0135 |
| | Phosphorus | 3.3 | mg/dL | |
| **Dextrose Stick Glucose [476947712]  (Abnormal)** | | | | Collected: 10/06/18 2305 |
| Specimen: Blood | | | | Updated: 10/06/18 2321 |
| | Glucose, POCT | 164 (H) | mg/dL | |
| **Calcium, Ionized [476853985]  (Abnormal)** | | | | Collected: 10/06/18 1555 |
| Specimen: Blood | | | | Updated: 10/06/18 1704 |
| | Calcium, Ionized | 4.11 (L) | mg/dL | |
| **Basic Metabolic Panel [476853984]  (Abnormal)** | | | | Collected: 10/06/18 1555 |
| Specimen: Plasma | | | | Updated: 10/06/18 1627 |
| | Sodium | 148 (H) | mMol/L | |
| | Potassium | 2.9 (LL) | mMol/L | |
| | Chloride | 102 | mMol/L | |
| | CO2 | 34.6 (H) | mMol/L | |
| | Calcium | 8.7 | mg/dL | |
| | Glucose | 140 (H) | mg/dL | |
| | Creatinine | 0.68 | mg/dL | |
| | BUN | 17 | mg/dL | |
| | Anion Gap | 14.3 | mMol/L | |
| | BUN/Creatinine Ratio | 25.0 | Ratio | |
| | EGFR | 127 | mL/min/1.73m2 | |
| | Osmolality Calc | 298 | mOsm/kg | |
| **Phosphorus [476853986]  (Abnormal)** | | | | Collected: 10/06/18 1555 |
| Specimen: Plasma | | | | Updated: 10/06/18 1625 |
| | Phosphorus | 1.7 (L) | mg/dL | |
| **Dextrose Stick Glucose [476853990]  (Abnormal)** | | | | Collected: 10/06/18 1232 |
| Specimen: Blood | | | | Updated: 10/06/18 1249 |
| | Glucose, POCT | 151 (H) | mg/dL | |
| **CBC and differential [476853972]  (Abnormal)** | | | | Collected: 10/06/18 0830 |
| Specimen: Blood from Blood | | | | Updated: 10/06/18 1002 |
| | WBC | 19.9 (H) | K/cmm | |
| | RBC | 2.75 (L) | M/cmm | |
| | Hemoglobin | 8.1 (L) | gm/dL | |
| | Hematocrit | 25.9 (L) | % | |
| | MCV | 94 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 31 (L) | gm/dL | |
| | RDW | 15.2 (H) | % | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | **PLT CT** | 369 | K/cmm | |
| | **MPV** | 9.0 | fL | |
| | **NEUTROPHIL %** | 67.0 | % | |
| | **Lymphocytes** | 19.0 | % | |
| | **Monocytes** | 10.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 1.0 | % | |
| | **Bands** | 3 | % | |
| | **Neutrophils Absolute** | **15.3 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.8 | K/cmm | |
| | **Monocytes Absolute** | 0.6 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.2 | K/cmm | |
| | **Nucleated RBC** | 1 | /100 WBCs | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Anisocytosis** | 2+ | | |
| | **Polychromasia** | 1+ | | |
| | **Hypochromia** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |

Narrative:
   Manual differential performed

**Basic Metabolic Panel [476853975]  (Abnormal)**          Collected:  10/06/18 0830
Specimen:  Plasma                                          Updated:  10/06/18 0904

| | Component | Value | Units | |
|-----------|-----------|-------|-------|---|
| | **Sodium** | **149 (H)** | mMol/L | |
| | **Potassium** | **2.7 (LL)** | mMol/L | |
| | **Chloride** | 104 | mMol/L | |
| | **CO2** | **37.3 (H)** | mMol/L | |
| | **Calcium** | 8.8 | mg/dL | |
| | **Glucose** | **129 (H)** | mg/dL | |
| | **Creatinine** | 0.66 | mg/dL | |
| | **BUN** | 19 | mg/dL | |
| | **Anion Gap** | 10.4 | mMol/L | |
| | **BUN/Creatinine Ratio** | 28.8 | Ratio | |
| | **EGFR** | 129 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 300 | mOsm/kg | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                        Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Magnesium [476853973]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0902 |
| | Magnesium | 2.0 | mg/dL | |
| **Phosphorus [476853974]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0902 |
| | Phosphorus | 2.3 | mg/dL | |
| **Calcium, Ionized [476853962]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Blood | | | | Updated:  10/06/18 0849 |
| | Calcium, Ionized | 4.67 | mg/dL | |
| **Dextrose Stick Glucose [476853966]  (Abnormal)** | | | | Collected:  10/06/18 0530 |
| Specimen:  Blood | | | | Updated:  10/06/18 0546 |
| | Glucose, POCT | 150 (H) | mg/dL | |
| **Phosphorus [476578861]** | | | | Collected:  10/06/18 0110 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0200 |
| | Phosphorus | 2.6 | mg/dL | |
| **Basic Metabolic Panel [476677870]  (Abnormal)** | | | | Collected:  10/06/18 0110 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0150 |
| | Sodium | 148 (H) | mMol/L | |
| | Potassium | 3.5 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 34.0 (H) | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | 148 (H) | mg/dL | |
| | Creatinine | 0.66 | mg/dL | |
| | BUN | 21 | mg/dL | |
| | Anion Gap | 11.5 | mMol/L | |
| | BUN/Creatinine Ratio | 31.8 (H) | Ratio | |
| | EGFR | 129 | mL/min/1.73m2 | |
| | Osmolality Calc | 300 | mOsm/kg | |
| **Magnesium [476677872]** | | | | Collected:  10/06/18 0110 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0150 |
| | Magnesium | 1.9 | mg/dL | |
| **Calcium, Ionized [476677871]  (Abnormal)** | | | | Collected:  10/06/18 0110 |
| Specimen:  Blood | | | | Updated:  10/06/18 0135 |
| | Calcium, Ionized | 4.29 (L) | mg/dL | |
| **Dextrose Stick Glucose [476853947]  (Abnormal)** | | | | Collected:  10/05/18 2213 |
| Specimen:  Blood | | | | Updated:  10/05/18 2229 |
| | Glucose, POCT | 133 (H) | mg/dL | |
| **Urinalysis w Microscopic and Culture if Indicated [476677865]  (Abnormal)** | | | | Collected:  10/05/18 2005 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Urine, Random | | | Updated: 10/05/18 2033 |
| | Color, UA | Yellow | | |
| | Clarity, UA | Clear | | |
| | Specific Gravity, UR | 1.009 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | Negative | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | Negative | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | **Large (A)** | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | **25 (A)** | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **5 (H)** | /hpf | |
| | RBC, UA | **43 (H)** | /hpf | |
| | Bacteria, UA | **Occasional (A)** | /hpf | |
| | Squam Epithel, UA | <1 | /hpf | |
| | Hyaline Casts, UA | **6-10 (A)** | /lpf | |

Narrative:
   A Urine Culture has been ordered based upon the Positive UA results.

**CBC with Automated Differential [476677857]  (Abnormal)**          Collected:  10/05/18 1931

| | | | | |
|---|---|---|---|---|
| Specimen: | Blood from Blood | | | Updated:  10/05/18 2031 |
| | WBC | **17.2 (H)** | K/cmm | |
| | RBC | **2.53 (L)** | M/cmm | |
| | Hemoglobin | **7.7 (L)** | gm/dL | |
| | Hematocrit | **23.3 (L)** | % | |
| | MCV | 92 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.2 (H)** | % | |
| | PLT CT | 348 | K/cmm | |
| | MPV | 8.8 | fL | |
| | NEUTROPHIL % | 64.0 | % | |
| | Lymphocytes | 20.0 | % | |
| | Monocytes | 13.0 | % | |
| | Bands | 3 | % | |
| | Neutrophils Absolute | **11.5 (H)** | K/cmm | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Lymphocytes Absolute | 3.4 | K/cmm | |
| | Monocytes Absolute | **2.2 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 4 | /100 WBCs | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Polychromasia | 1+ | | |
| | Elliptocytes | 1+ | | |
| | Poikilocytosis | 1+ | | |
| | Target Cells | 1+ | | |

Narrative:
   Manual differential performed

**Phosphorus [476578863]**                                                    Collected: 10/05/18 1710
Specimen: Plasma                                                              Updated: 10/05/18 1947

| | Phosphorus | 3.2 | mg/dL | |
|---|---|---|---|---|

**Basic Metabolic Panel [476677847]  (Abnormal)**                            Collected: 10/05/18 1710
Specimen: Plasma                                                              Updated: 10/05/18 1758

| | Component | Value | Units | |
|---|---|---|---|---|
| | Sodium | 147 | mMol/L | |
| | Potassium | **3.1 (L)** | mMol/L | |
| | Chloride | 105 | mMol/L | |
| | CO2 | **30.7 (H)** | mMol/L | |
| | Calcium | 9.0 | mg/dL | |
| | Glucose | **148 (H)** | mg/dL | |
| | Creatinine | 0.72 | mg/dL | |
| | BUN | **23 (H)** | mg/dL | |
| | Anion Gap | 14.4 | mMol/L | |
| | BUN/Creatinine Ratio | **31.9 (H)** | Ratio | |
| | EGFR | 122 | mL/min/1.73m2 | |
| | Osmolality Calc | 299 | mOsm/kg | |

**Magnesium [476677849]**                                                    Collected: 10/05/18 1710
Specimen: Plasma                                                              Updated: 10/05/18 1758

| | Magnesium | 2.0 | mg/dL | |
|---|---|---|---|---|

**Calcium, Ionized [476677848]**                                             Collected: 10/05/18 1710
Specimen: Blood                                                              Updated: 10/05/18 1751

| | Calcium, Ionized | 4.40 | mg/dL | |
|---|---|---|---|---|

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Dextrose Stick Glucose [476677852] (Abnormal)** | | | | Collected: 10/05/18 1202 |
| Specimen: Blood | | | | Updated: 10/05/18 1229 |
| | **Glucose, POCT** | **197 (H)** | mg/dL | |
| **Phosphorus [476578862]** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0909 |
| | **Phosphorus** | 2.9 | mg/dL | |
| **Basic Metabolic Panel [476677828] (Abnormal)** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0840 |
| | **Sodium** | 144 | mMol/L | |
| | **Potassium** | **3.2 (L)** | mMol/L | |
| | **Chloride** | 105 | mMol/L | |
| | **CO2** | **31.7 (H)** | mMol/L | |
| | **Calcium** | 9.4 | mg/dL | |
| | **Glucose** | **137 (H)** | mg/dL | |
| | **Creatinine** | 0.72 | mg/dL | |
| | **BUN** | **24 (H)** | mg/dL | |
| | **Anion Gap** | 10.5 | mMol/L | |
| | **BUN/Creatinine Ratio** | **33.3 (H)** | Ratio | |
| | **EGFR** | 122 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 293 | mOsm/kg | |
| **Magnesium [476677830]** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0840 |
| | **Magnesium** | 1.6 | mg/dL | |
| **Calcium, Ionized [476677829]** | | | | Collected: 10/05/18 0755 |
| Specimen: Blood | | | | Updated: 10/05/18 0824 |
| | **Calcium, Ionized** | 4.59 | mg/dL | |
| **Dextrose Stick Glucose [476677838] (Abnormal)** | | | | Collected: 10/05/18 0759 |
| Specimen: Blood | | | | Updated: 10/05/18 0815 |
| | **Glucose, POCT** | **140 (H)** | mg/dL | |
| **Dextrose Stick Glucose [476677833] (Abnormal)** | | | | Collected: 10/05/18 0644 |
| Specimen: Blood | | | | Updated: 10/05/18 0701 |
| | **Glucose, POCT** | **138 (H)** | mg/dL | |
| **RespiratoryCulture and Smear [476261040]** | | | | Collected: 10/03/18 0857 |
| Specimen: Endotracheal Aspirate from Endotracheal Aspirate | | | | Updated: 10/05/18 0608 |

Narrative:

Specimen/Source: Endotracheal Aspirate/Endotracheal  Aspirate
Collected: 10/03/2018 08:57

Status: Final     Last Updated: 10/05/2018 06:08



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Gram Stain (Final)
  Moderate WBC's Seen
 No Organisms Seen

Culture Result (Final)
  No Growth Final

**Calcium, Ionized [476578874]** **(Abnormal)**                    Collected:  10/04/18 2334
Specimen:  Blood                                                  Updated:  10/05/18 0023

| | Calcium, Ionized | **4.03 (L)** | mg/dL | |
|---|---|---|---|---|

**Basic Metabolic Panel [476578873]** **(Abnormal)**              Collected:  10/04/18 2334
Specimen:  Plasma                                                 Updated:  10/05/18 0015

| | Sodium | 147 | mMol/L | |
|---|---|---|---|---|
| | **Potassium** | **3.2 (L)** | mMol/L | |
| | **Chloride** | 106 | mMol/L | |
| | **CO2** | **31.0 (H)** | mMol/L | |
| | **Calcium** | 8.9 | mg/dL | |
| | **Glucose** | **129 (H)** | mg/dL | |
| | **Creatinine** | 0.75 | mg/dL | |
| | **BUN** | **27 (H)** | mg/dL | |
| | **Anion Gap** | 13.2 | mMol/L | |
| | **BUN/Creatinine Ratio** | **36.0 (H)** | Ratio | |
| | **EGFR** | 116 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 299 | mOsm/kg | |

**Magnesium [476578875]**                                        Collected:  10/04/18 2334
Specimen:  Plasma                                                 Updated:  10/05/18 0015

| | Magnesium | 2.3 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [476578876]**                                       Collected:  10/04/18 2334
Specimen:  Plasma                                                 Updated:  10/05/18 0015

| | Phosphorus | 3.1 | mg/dL | |
|---|---|---|---|---|

**Hemogram [476578884]** **(Abnormal)**                           Collected:  10/04/18 2334
Specimen:  Blood from Blood                                       Updated:  10/04/18 2352

| | WBC | **13.1 (H)** | K/cmm | |
|---|---|---|---|---|
| | **RBC** | **2.47 (L)** | M/cmm | |
| | **Hemoglobin** | **7.3 (L)** | gm/dL | |
| | **Hematocrit** | **22.5 (L)** | % | |
| | **MCV** | 91 | fL | |
| | **MCH** | 30 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.3 (H)** | % | |
| | **PLT CT** | 336 | K/cmm | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | MPV | 8.8 | fL | |
| **Dextrose Stick Glucose [476578882]  (Abnormal)** | | | | Collected:  10/04/18 2238 |
| Specimen:  Blood | | | | Updated:  10/04/18 2255 |
| | Glucose, POCT | **161 (H)** | mg/dL | |
| **i-Stat G3 Arterial CartrIDge [476578878]  (Abnormal)** | | | | Collected:  10/04/18 2005 |
| Specimen:  Arterial | | | | Updated:  10/04/18 2009 |
| | pH, ISTAT | **7.46 (H)** | | |
| | PO2, ISTAT | 79 | mm Hg | |
| | BE, ISTAT | **7 (H)** | mMol/L | |
| | HCO3, ISTAT | **31.3 (H)** | mMol/L | |
| | PCO2, ISTAT | 43.9 | mm Hg | |
| | O2 Sat, %, ISTAT | 96 | % | |
| | Room Number, ISTAT | 3540 | | |
| | i-STAT Allen's Test | Pass | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | i-STAT Mode | AC | | |
| | i-STAT Peep | 8 | | |
| | Rate, ISTAT | 26 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | R Radial | | |
| | Tidal Vol, ISTAT | 320 | | |
| | TCO2, ISTAT | **33 (H)** | mMol/L | |
| | Operator, ISTAT | Operator: 36986 HERSHBERGER MISTY RT | | |
| **CBC with Automated Differential [476578868]  (Abnormal)** | | | | Collected:  10/04/18 1755 |
| Specimen:  Blood from Blood | | | | Updated:  10/04/18 1859 |
| | WBC | **12.7 (H)** | K/cmm | |
| | RBC | **2.52 (L)** | M/cmm | |
| | Hemoglobin | **7.4 (L)** | gm/dL | |
| | Hematocrit | **22.9 (L)** | % | |
| | MCV | 91 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.6 (H)** | % | |
| | PLT CT | 345 | K/cmm | |
| | MPV | 8.9 | fL | |
| | NEUTROPHIL % | 66.0 | % | |
| | Lymphocytes | 19.0 | % | |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Monocytes** | 8.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 6 | % | |
| | **Myelocytes** | **1 (H)** | % | |
| | **Neutrophils Absolute** | **9.3 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 2.4 | K/cmm | |
| | **Monocytes Absolute** | 1.0 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **Nucleated RBC** | 5 | /100 WBCs | |
| | **RBC Morphology** | Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Culture-Blood-Line Draw [475599720]**                              Collected:  09/29/18 1638
Specimen:  Blood Culture Line Draw from PICC Line Blood Draw    Updated:  10/04/18 1829
Narrative:
  Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
  Collected: 09/29/2018 16:38

  Status: Final    Last Updated: 10/04/2018 18:27

  Culture Result (Final)
    No Growth in 5 Days

**Blood Culture – Venipuncture [475599717]**               Collected:  09/29/18 1411
Specimen:  Blood from Venipuncture                     Updated:  10/04/18 1828
Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/29/2018 14:11

  Status: Final    Last Updated: 10/04/2018 18:27

  Culture Result (Final)
    No Growth in 5 Days

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Dextrose Stick Glucose [476578870]** (Abnormal) | | | | Collected: 10/04/18 1751 |
| Specimen: Blood | | | | Updated: 10/04/18 1828 |
| | Glucose, POCT | **105 (H)** | mg/dL | |
| **Phosphorus [476578855]** | | | | Collected: 10/04/18 1624 |
| Specimen: Plasma | | | | Updated: 10/04/18 1750 |
| | Phosphorus | 4.0 | mg/dL | |
| **Basic Metabolic Panel [476578847]** (Abnormal) | | | | Collected: 10/04/18 1624 |
| Specimen: Plasma | | | | Updated: 10/04/18 1721 |
| | Sodium | 146 | mMol/L | |
| | Potassium | 3.9 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | 29.3 | mMol/L | |
| | Calcium | 8.7 | mg/dL | |
| | Glucose | **110 (H)** | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | **30 (H)** | mg/dL | |
| | Anion Gap | 13.6 | mMol/L | |
| | BUN/Creatinine Ratio | **37.5 (H)** | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | 297 | mOsm/kg | |
| **Magnesium [476578848]** | | | | Collected: 10/04/18 1624 |
| Specimen: Plasma | | | | Updated: 10/04/18 1721 |
| | Magnesium | 2.1 | mg/dL | |
| **Calcium, Ionized [476578849]** (Abnormal) | | | | Collected: 10/04/18 1624 |
| Specimen: Blood | | | | Updated: 10/04/18 1710 |
| | Calcium, Ionized | **4.16 (L)** | mg/dL | |
| **Dextrose Stick Glucose [476578851]** (Abnormal) | | | | Collected: 10/04/18 1622 |
| Specimen: Blood | | | | Updated: 10/04/18 1639 |
| | Glucose, POCT | **110 (H)** | mg/dL | |
| **Magnesium [476446099]** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1429 |
| | Magnesium | 2.1 | mg/dL | |
| **Magnesium [476446074]** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1411 |
| | Magnesium | 1.8 | mg/dL | |
| **Comprehensive Metabolic Panel [476446093]** (Abnormal) | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1322 |
| | Sodium | 143 | mMol/L | |
| | Potassium | 3.9 | mMol/L | |
| | Chloride | 107 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                                  Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | CO2 | 26.4 | mMol/L | |
| | Calcium | 8.7 | mg/dL | |
| | Glucose | 183 (H) | mg/dL | |
| | Creatinine | 0.85 | mg/dL | |
| | BUN | 32 (H) | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 2.9 (L) | gm/dL | |
| | Alkaline Phosphatase | 442 (H) | U/L | |
| | ALT | 57 (H) | U/L | |
| | AST (SGOT) | 79 (H) | U/L | |
| | Bilirubin, Total | 1.5 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 0.60 (L) | Ratio | |
| | Anion Gap | 13.5 | mMol/L | |
| | BUN/Creatinine Ratio | 37.6 (H) | Ratio | |
| | EGFR | 100 | mL/min/1.73m2 | |
| | Osmolality Calc | 297 | mOsm/kg | |
| | Globulin | 4.8 (H) | gm/dL | |
| Phosphorus [476446094] | | | | Collected:  10/04/18 1213 |
| Specimen:  Plasma | | | | Updated:  10/04/18 1322 |
| | Phosphorus | 4.6 | mg/dL | |
| Calcium, Ionized [476446075]  (Abnormal) | | | | Collected:  10/04/18 1213 |
| Specimen:  Blood | | | | Updated:  10/04/18 1312 |
| | Calcium, Ionized | 4.29 (L) | mg/dL | |
| Dextrose Stick Glucose [476446097]  (Abnormal) | | | | Collected:  10/04/18 1210 |
| Specimen:  Blood | | | | Updated:  10/04/18 1306 |
| | Glucose, POCT | 329 (H) | mg/dL | |

Labs Reviewed.

**Radiology:**

**Radiology Results (24 Hour)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| X-ray chest AP portable (daily while intubated) [476947740] | | | | Collected:  10/08/18 0754 |
| Order Status:  Completed | | | | Updated:  10/08/18 0756 |
| Narrative: | | | | |
| Clinical History: | | | | |
| Respiratory distress | | | | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Examination:
Frontal view of the chest.

Comparison:
7 October 2018

Findings:
The support apparatus appears to be unchanged.

Heart size is stable as are interstitial thickening and diffuse bilateral airspace disease.

Impression:
No significant change.

ReadingStation:WMCMRR1


Radiological Procedure within last 24 hours reviewed.

Signed by: Ellena Mae Thomas, PA[ET.1]

Attribution Key

ET.1 - Thomas, Ellena Mae, PA on 10/8/2018 12:51 PM
ET.2 - Thomas, Ellena Mae, PA on 10/8/2018  1:49 PM


**Consults by Sharp, Rick, RA at 10/8/2018  7:40 AM**                Version 1 of 1

Author: **Sharp, Rick, RA**  Service: **Radiology**  Author Type: **Technologist**
Filed: **10/8/2018  7:41 AM**  Date of Service: **10/8/2018  7:40 AM**  Creation Time: **10/8/2018  7:40 AM**
Status: **Signed**  Editor: **Sharp, Rick, RA (Technologist)**
Cosigner: **Fox, Preston Stuart, MD** at 10/10/2018  7:36 AM
   Consult Orders:
   1. Inpatient Consult to Interventional Radiology (WMC Only) [476677854] ordered by Riccio, Lin M, MD at 10/05/18 1249


Multiple attempts made Friday to convert G to G/J.  Unsuccessful,  G tube insertion angle does not permit conversion.[RS.1]

Attribution Key

RS.1 - Sharp, Rick, RA on 10/8/2018  7:40 AM



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Sharp, Rick, RA at 10/8/2018 7:40 AM (continued)**                    Version 1 of 1


**Consults signed by Reese, Daniel B, MD at 10/5/2018 3:56 PM**                    Version 1 of 1

| Author: Reese, Daniel B, MD | Service: Cardiology | Author Type: Physician |
| Filed: 10/5/2018 3:56 PM | Date of Service: 10/5/2018 2:49 PM | Creation Time: 10/5/2018 3:51 PM |
| Status: Signed | Editor: Reese, Daniel B, MD (Physician) | |


```
LOCATION:
3540.

REFERRING PHYSICIAN:
1.  Michele M Sheetz, FNP
2.  William Thomas Hutchens, Jr., MD

CONSULTANT: Daniel B Reese, MD

HISTORY OF PRESENT ILLNESS: Thank you for asking us to see this
very unfortunate 39-year-old female, she was previously healthy
and her sister said she worked as a secretary for the Federal
Government.  Her only medical problems being hypertension,
hyperlipidemia.  She was admitted over one month ago for
abdominal pain.  She had sepsis, high white count.  A CT of her
abdomen showed an extensive superior mesenteric venous
thrombosis.  She has a family history of thrombosis apparently.
She has not had a very long hospital stay with her current
problem list of SMV vein thrombosis, acute respiratory failure.
She is on a tracheostomy tube, septic shock, ischemic bowel,
shock liver, kidney failure, which has improved.  She has
undergone a small bowel resection.  She has been previously on
CRRT.  She has been previously on ECMO.  The patient has had an
apparent episode of asystole for 18 seconds after being turned.

Although, she had a CAT scan done several days ago that did not
suggest a pulmonary embolism, she had an echocardiogram
yesterday, which showed McConnell sign (decreased RV function
with apical preservation, flattening of event).  There was also
flattening in the ventricular septum and a PA pressure extremely
elevated at 88 that is highly suggestive of a PE and she is on
Lovenox.  I did discuss with several of the nurses and has
indeed felt that she has pulmonary embolism and should remain on
Lovenox.  In addition, I reviewed the strips, all of the
bradycardic episodes seem to occur with provocation like being
turned or suctioned.  When I was a one rhythm strip, one could
see both the sinus rates slow and then it appears that she
```



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults signed by Reese, Daniel B, MD at 10/5/2018  3:56 PM  (continued)                Version 1 of 1

developed heart block; however, there does appear to be an
ST-segment after this deflection, so this may be an escape
rhythm with extremely low-voltage.  In any event, it is
bradycardic and occurs with slowing of the sinus node.  There
are other periods, where she goes in a junctional rhythm.  None
of these arrhythmias have been sustained and required urgent
treatment.  On her echocardiogram, she has hyperdynamic left
ventricular function.  EF of 70%.

She is currently intubated.  Her sisters is present whom I was
able to talk to.  It also should be noted that she is on
antifungal therapy as well as IV antibiotics.

PAST MEDICAL HISTORY: Previously only hypertension,
hyperlipidemia.

CURRENT MEDICATIONS: Reviewed.  Nothing necessarily to cause her
bradycardia.

ALLERGIES: BIAXIN.

FAMILY HISTORY: Please see above.

REVIEW OF SYSTEMS: Not obtained due to the patient being
intubated and sedated.

BRIEF PHYSICAL EXAMINATION: VITAL SIGNS:  Her heart rate was 93,
in sinus rhythm.
LUNGS:  Clear anteriorly.
CARDIAC:  Regular rhythm without significant murmur.
EXTREMITIES:  Trace lower extremity edema.

LABORATORY DATA: Pertinent labs include that her potassium is
3.2, her  is 22, but stable, creatinine is good at 0.72.

IMPRESSION AND PLAN: This is a patient who is very sick with
multiple medical problems and perhaps a poor prognosis.  It
appears that her bradycardia, which includes both sinus slowing
and heart block are most likely secondary factors/other medical
issues affecting her heart.  I do not think she has a primary
arrhythmia problem.  Also certainly given the concern for
pulmonary embolism and the fact that she is on Lovenox and the
fact that she is being treated for multiple infections would
make a pacemaker contraindicated at this point anyway.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults signed by Reese, Daniel B, MD at 10/5/2018  3:56 PM  (continued)**                    Version 1 of 1

```
Therefore, for all of the reasons above, do not recommend
permanent pacing at this time.  She does have stat pads on.  Her
bradycardia is only relatively brief.  We will observe at this
time, but I do not think in the short or long run, she will need
permanent pacing.  We will follow up with you.


Thank you very much for this consultation.



41151
DD: 10/05/2018 14:49:51
DT: 10/05/2018 15:50:17
JOB: 2812946/49039142[DR.1]
```

Attribution Key
  DR.1 - Reese, Daniel B, MD on 10/5/2018  3:51 PM

**Consults by Weitz, Kurt E, RN at 9/30/2018 10:21 AM**                                          Version 1 of 1

| | | |
|---|---|---|
| Author:  Weitz, Kurt E, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/30/2018 10:21 AM | Date of Service:  9/30/2018 10:21 AM | Creation Time:  9/30/2018 10:21 AM |
| Status:  Signed | Editor:  Weitz, Kurt E, RN (Registered Nurse) | |
| Consult Orders: | | |

  1. Consult Vas Access Team for Placement [475692700] ordered by Cole, Michael A, MD at 09/30/18 0843


VAS Note: PIV x 2 placed[KW.1]

Attribution Key
  KW.1 - Weitz, Kurt E, RN on 9/30/2018 10:21 AM

**Consults by Shaw, Kaitlynn, RN at 9/27/2018  9:27 AM**                                         Version 1 of 1

| | | |
|---|---|---|
| Author:  Shaw, Kaitlynn, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/27/2018 9:27 AM | Date of Service:  9/27/2018  9:27 AM | Creation Time:  9/27/2018  9:27 AM |
| Status:  Signed | Editor:  Shaw, Kaitlynn, RN (Registered Nurse) | |

Received call from Tammy, RN requesting VAT to assess PICC line placed on 9/11/2018. Intensivists requesting that PICC line be pulled back due to chest x ray showing that the tip of the catheter overlies the right atrium. Per documentation at time of placement, the PICC line had been placed at the 0cm marking on the catheter. VAT assessed the site and the catheter had been inserted further than where it was originally placed. The catheter was approximately at -0.5cm at the insertion site. The PICC was pulled back to 1cm marking on the catheter and the dressing was changed. Chest xray to be reordered to verify placement.[KS.1]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Shaw, Kaitlynn, RN at 9/27/2018  9:27 AM (continued)** Version 1 of 1

Attribution Key

KS.1 - Shaw, Kaitlynn, RN on 9/27/2018  9:27 AM

---

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM** Version 1 of 1

Author:  Smith, Connie L, MD          Service:  (none)                    Author Type:  Physician
Filed:  9/25/2018  4:07 PM            Date of Service:  9/25/2018  2:19 PM   Creation Time:  9/25/2018  2:19 PM
Status:  Signed                      Editor:  Smith, Connie L, MD (Physician)
Consult Orders:
    1. Inpatient consult to infectious diseases [474775588] ordered by Khirbat, Rohit, MD at 09/25/18 1333

### CONSULTATION NOTE

**Date Time:** 09/25/18 2:19 PM
**Patient Name:** SMITH,DORIS D ALAQUE
**Attending Physician:** Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP

**Requesting Physician:**[CS.1] Dr. Hutchens[CS.2]
**Reason for Consultation:**[CS.1] fever[CS.2]

**Impression:**[CS.1]
1. **ARDS s/p ECMO- decannulated on 9/23/18**
2. **Fever**
3. **Leukocytosis**
4. **S/p splenectomy - 9/14/18= IR embolization spleen- 9/13/18**
5. **Mesenteric vein thrombosis; ischemic bowel with resection 9/3/18 - s/p primary anastomosis 9/6/18- ABTHERA placement; biologic mesh on 9/22/18**
6. **G- tube placement = wittman patch- 9/17**
7. **Shock liver= resolved**[CS.2]

**Recommendations:**[CS.1]
1. **Agree with removal all lines possible - done**
2. **Agree with iv vancomycin + zosyn ( pending cx - with fever /s/p slenectomy)**[CS.2]

**History of Presenting Illness:**[CS.1]
39 yo female -presented on day of admission with acute mesenteric ichemia- with catheter directed lysis complicated by liver hemorrhage requiring massive transfusion protocol. Aspiration event ;emergently to the OR for ex lap, liver packing, and resection of a a segment of infarcted small bowel.[CS.2]

**Past Medical History:**

Past Medical History:

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| • ECMO, ADULT | | 9/19/2018 |
|---|---|---|

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| • ECTOPIC PREGNANCY SURGERY | Right | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*

| • EXPLORATORY LAPAROTOMY | N/A | 9/13/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/14/2018 |
|---|---|---|

*Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/19/2018 |
|---|---|---|

*Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/21/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

- INCISION & DRAINAGE, TORSO                          N/A                    9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE;
  WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service:
  Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                   N/A                    9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location:
  WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                Right
- SPLENECTOMY                                         N/A                    9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;
  Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                               9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;
  Service: Access;;*

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

### Social History

#### Social History
- Marital status:                        Single
     Spouse name:                        N/A
- Number of children:                    N/A
- Years of education:                    N/A

#### Occupational History
- Not on file.

#### Social History Main Topics
- Smoking status:                        Never Smoker
- Smokeless tobacco:                     Never Used
- Alcohol use                            Yes
     *Comment: occas*
- Drug use:                              No
- Sexual activity:                       Not on file

#### Other Topics                                          Concern
- Not on file

#### Social History Narrative
- No narrative on file

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                    Version 1 of 1

**Allergies:**

## Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

**Medications:**

## Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg Or | 650 mg | per OG tube | Q4H PRN | Hutchens, William Thomas Jr., MD | | 650 mg at 09/25/18 1222 |
| • acetaminophen (TYLENOL) tablet 650 mg Or | 650 mg | Oral | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL | 15 mL | per OG tube | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg | Rectal | Daily | Huffman, Grace B, MD | | 10 mg at 09/25/18 0940 |
| • dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) | 0.3-1 mcg/kg/hr | Intravenous | Continuous | Khirbat, Rohit, MD | 25.5 mL/hr at 09/25/18 1243 | 1 mcg/kg/hr at 09/25/18 1243 |
| • dextrose (D10W) 10% bolus 125 mL | 125 mL | Intravenous | PRN | Hutchens, William Thomas Jr., MD | | |
| • dextrose 5 % | | Intravenous | Continuous | Michel, Donna | 60 | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                                    Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| infusion | | | | M, MD | | mL/hr at 09/25/1 8 0804 |
| • eye lubricant ophthalmic oint | | Both Eyes | QID | Bouder, Thomas Glen, MD | | |
| • fentaNYL (PF) (SUBLIMAZE) injection 50 mcg | 50 mcg | Intravenous | Q5 Min PRN | Khirbat, Rohit, MD | | 50 mcg at 09/25/1 8 1103 |
| • fentaNYL (SUBLIMAZE) infusion | 0-250 mcg/hr | Intravenous | Continuous | Khirbat, Rohit, MD | 22.5 mL/hr at 09/25/1 8 1147 | 225 mcg/hr at 09/25/1 8 1147 |
| • glucagon (rDNA) (GLUCAGEN) injection 1 mg | 1 mg | Intramuscular | PRN | Hutchens, William Thomas Jr., MD | | |
| • haemophilus B conjugate vaccine (ActHIB) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • heparin (porcine) injection 4,000-8,000 Units | 4,000-8,000 Units | Intravenous | Q6H PRN | Ashame, Elias S, MD | | 4,000 Units at 09/25/1 8 0139 |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Ashame, Elias S, MD | 37 mL/hr at 09/25/1 8 1106 | 1,850 Units/hr at 09/25/1 8 1106 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/1 8 0908 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | 5 mL at 09/21/1 8 1027 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/1 8 0908 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/1 8 0906 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | 5 mL at 09/12/1 8 0947 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                    Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| • heparin FLUSH 10 UNIT/ML injection 5 mL | 5 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • insulin aspart (NovoLOG) injection pen 2-16 Units | 2-16 Units | Subcutaneous | Q4H PRN | Sheikh, Amna O, MD | | 2 Units at 09/24/18 2148 |
| • insulin glargine (LANTUS SOLOSTAR) injection pen 5 Units | 5 Units | Subcutaneous | Daily | Khirbat, Rohit, MD | | 5 Units at 09/25/18 0925 |
| • lactobacillus species (BIO-K PLUS) liquid 50 Billion CFU | 50 Billion CFU | Tube | Daily | Lafalce, Christian Anthony, MD | | 50 Billion CFU at 09/25/18 0940 |
| • meningococcal A C Y&W-135 Olig (MENVEO) IM injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • meningococcal group B vaccine (BEXSERO) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • metoclopramide (REGLAN) injection 5 mg | 5 mg | Intravenous | 4 times per day | Lafalce, Christian Anthony, MD | | 5 mg at 09/25/18 1109 |
| • midazolam (VERSED) 100 mg in sodium chloride 0.9% 100 mL infusion | 0-15 mg/hr | Intravenous | Continuous PRN | Hutchens, William Thomas Jr., MD | 1 mL/hr at 09/25/18 1122 | 1 mg/hr at 09/25/18 1122 |
| • midazolam (VERSED) injection 2 mg | 2 mg | Intravenous | Q1H PRN | Leavey, James Francis, MD | | 2 mg at 09/25/18 0733 |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • norepinephrine (LEVOPHED) 8 mg in dextrose 5% 250 mL infusion | 1-300 mcg/min | Intravenous | Continuous PRN | Lafalce, Christian Anthony, MD | | Stopped at 09/22/18 1130 |
| • ondansetron (ZOFRAN) | 4 mg | Intravenous | Q8H PRN | Rahman, Mohammad A, | | 4 mg at 09/03/1 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                                                                    Version 1 of 1

| injection 4 mg | | | | MD | | 8 0533 |
|---|---|---|---|---|---|---|
| • pantoprazole (PROTONIX) injection 40 mg | 40 mg | Intravenous | BID | Ashame, Elias S, MD | | 40 mg at 09/25/1 8 0924 |
| • piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g | 3.375 g | Intravenous | Q8H | Ashame, Elias S, MD | 12.5 mL/hr at 09/25/1 8 0802 | 3.375 g at 09/25/1 8 0802 |
| • pneumococcal 13-val conj vacc (PREVNAR) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • promethazine (PHENERGAN) tablet 25 mg Or | 25 mg | per OG tube | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) suppository 12.5 mg Or | 12.5 mg | Rectal | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) IM injection 6.25 mg Or | 6.25 mg | Intramuscular | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • QUEtiapine (SEROquel) tablet 25 mg | 25 mg | per NG tube | QHS | Hutchens, William Thomas Jr., MD | | 25 mg at 09/24/1 8 2144 |
| • sennosides (SENOKOT) syrup 17.6 mg | 17.6 mg | per G tube | QHS | Huffman, Grace B, MD | | 17.6 mg at 09/24/1 8 2144 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Eidberger, Andrew J, PA | | 10 mL at 09/25/1 8 0910 |
| • sodium chloride (PF) 0.9 % | 10 mL | Intracatheter | PRN | Eidberger, Andrew J, PA | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                    Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| injection 10 mL | | | | | | |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0910 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0909 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0909 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | | 3 mL at 09/25/18 1317 |
| • TPN Adult Central | | Intravenous | TPN - Continous | Khirbat, Rohit, MD | 58.3 mL/hr at 09/25/18 0500 | |
| • TPN Adult Central | | Intravenous | TPN - Continous | Khirbat, Rohit, MD | | |

**Review of Systems:**[CS.1]
unobtainable[CS.2]

**Physical Exam:**
Temp:  [99 °F (37.2 °C)-101.3 °F (38.5 °C)] 99.5 °F (37.5 °C)
Heart Rate:  [81-108] 81
Resp Rate:  [18-44] 33
BP: (98-123)/(62-92) 117/62
Arterial Line BP: (96-141)/(43-74) 113/60
FiO2:  [30 %] 30 %
Body mass index is 42.78 kg/m².

Intake/Output Summary (Last 24 hours) at 09/25/18 1419
Last data filed at 09/25/18 1147

| **Gross per 24 hour** |
|---|



**VallleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Intake | 2222.11 ml |
|--------|-----------|
| Output | 4106 ml |
| **Net** | -1883.89 ml[CS.1] |

Trached/vented
occ emotions/tears per family at bedside - not opening eyes for me
Heart regular s1s2
Afebrile at time of my visit ( just had tylenol)
Abdomen= midline dressing in place - JP drains
No unusual skin rashes or lesions[CS.2]

**Labs:**

**Results**

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Urine Culture [474775568]** | | | | Collected:  09/25/18 1345 |
| Specimen:  Urine from Clean Catch | | | | Updated:  09/25/18 1404 |
| Narrative: | | | | |

   Specimen/Source: Urine Specimens/Clean Catch
   Collected: 09/25/2018 13:45

   Status: Valued     Last Updated: 09/25/2018 14:04


  Culture Result (Prelim)
    Culture In Progress


| **Calcium, Ionized [474775545]** | | | | Collected:  09/25/18 1144 |
|-----------|-----------|-------|-------|-----------|
| Specimen:  Blood | | | | Updated:  09/25/18 1230 |
| | **Calcium, Ionized** | 4.98 | mg/dL | |
| **Blood Culture-Venipuncture #1 [474775552]** | | | | Collected:  09/25/18 1017 |
| Specimen:  Blood from Venipuncture | | | | Updated:  09/25/18 1144 |
| Narrative: | | | | |

   Specimen/Source: Blood/Venipuncture
   Collected: 09/25/2018 10:17

   Status: Valued     Last Updated: 09/25/2018 11:43


  Culture Result (Prelim)
    Culture In Progress


| **Blood Culture-Venipuncture #2 [474775553]** | | | | Collected:  09/25/18 1017 |
|-----------|-----------|-------|-------|-----------|
| Specimen:  Blood from Venipuncture | | | | Updated:  09/25/18 1144 |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/25/2018 10:17

  Status: Valued     Last Updated: 09/25/2018 11:43


  Culture Result (Prelim)
    Culture In Progress


**Dextrose Stick Glucose [474775570]  (Abnormal)**                              Collected:  09/25/18 1106
Specimen:  Blood                                                               Updated:  09/25/18 1130
                  **Glucose,       216 (H)**          mg/dL
                  **POCT**
**Crossmatch PRBCS, 2 Units [474720350]**                                       Collected:  09/25/18 0822
Specimen:  Blood                                                               Updated:  09/25/18 1048
                  **01 - Product**     Red Blood Cells
                  **ID**
                  **01 - Unit**        W087618022590
                  **Number**
                  **01 -  Cross**      Compatible
                  **Match**
                  **01 -  Status**     Ready
                  **Info**
                  **01 - Product**     E0382V00
                  **Code**
                  **01 -  Blood**      A Pos
                  **Type**
                  **02 - Product**     Red Blood Cells
                  **ID**
                  **02 - Unit**        W087618001435
                  **Number**
                  **02 -  Cross**      Compatible
                  **Match**
                  **02 -  Status**     Ready
                  **Info**
                  **02 - Product**     E0382V00
                  **Code**
                  **02 -  Blood**      A Pos
                  **Type**
Narrative:
  Other: please specify in comments
  No special requirements
**Crossmatch PRBCS, 2 Units [474720354]**                                       Collected:  09/25/18 0822
Specimen:  Blood                                                               Updated:  09/25/18 1039

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | 01 - Product ID | Red Blood Cells | | |
| | 01 - Unit Number | W041018120038 | | |
| | 01 - Cross Match | Compatible | | |
| | 01 - Status Info | Ready | | |
| | 01 - Product Code | E0382V00 | | |
| | 01 - Blood Type | A Pos | | |
| | 02 - Product ID | Red Blood Cells | | |
| | 02 - Unit Number | W041018127088 | | |
| | 02 - Cross Match | Compatible | | |
| | 02 - Status Info | Ready | | |
| | 02 - Product Code | E0382V00 | | |
| | 02 - Blood Type | A Pos | | |

Narrative:
  Other: please specify in comments
  No special requirements

**Dextrose Stick Glucose [474775557]  (Abnormal)**                    Collected:  09/24/18 0854
Specimen:  Blood                                                      Updated:  09/25/18 1011

| | Glucose, POCT | 179 (H) | mg/dL | |
|---|---|---|---|---|

**Type and Screen [474720356]**                                      Collected:  09/25/18 0822
Specimen:  Blood                                                      Updated:  09/25/18 0941

| | ABO Rh | A Positive | | |
|---|---|---|---|---|
| | AB Screen | NEGATIVE | | |

**APTT [474720339]  (Abnormal)**                                     Collected:  09/25/18 0822
Specimen:  Blood                                                      Updated:  09/25/18 0916

| | aPTT | 66.5 (H) | sec | |
|---|---|---|---|---|

**Prepare/Crossmatch RBC: two units [474720352]**                    Collected:  09/25/18 0729
Specimen:  Blood                                                      Updated:  09/25/18 0729

| | Quantity | 2 | | |
|---|---|---|---|---|
| | Indication for Transfusion | Other: please specify in comments | | |

**Prepare/Crossmatch RBC: two units [474720348]**                    Collected:  09/25/18 0729
Specimen:  Blood                                                      Updated:  09/25/18 0729

| | Quantity | 2 | | |
|---|---|---|---|---|

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Indication for Transfusion | Other: please specify in comments | | |
| **I-STAT ACT KAOLIN [474720346]** | | | | Collected:  09/22/18 0908 |
| Specimen:  Arterial | | | | Updated:  09/25/18 0725 |
| | ACT | 136 | sec | |
| **CBC with Automated Differential [474720334]** | | **(Abnormal)** | | Collected:  09/25/18 0523 |
| Specimen:  Blood from Blood | | | | Updated:  09/25/18 0628 |
| | WBC | **20.0 (H)** | K/cmm | |
| | RBC | **2.96 (L)** | M/cmm | |
| | Hemoglobin | **9.0 (L)** | gm/dL | |
| | Hematocrit | **28.0 (L)** | % | |
| | MCV | 95 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 32 | gm/dL | |
| | RDW | **15.7 (H)** | % | |
| | PLT CT | 286 | K/cmm | |
| | MPV | **11.0 (H)** | fL | |
| | NEUTROPHIL % | 65.0 | % | |
| | Lymphocytes | 21.0 | % | |
| | Monocytes | 8.0 | % | |
| | Eosinophils % | 3.0 | % | |
| | Bands | 1 | % | |
| | Myelocytes | **2 (H)** | % | |
| | Neutrophils Absolute | **13.6 (H)** | K/cmm | |
| | Lymphocytes Absolute | 4.2 | K/cmm | |
| | Monocytes Absolute | 1.6 | K/cmm | |
| | Eosinophils Absolute | 0.6 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 1 | /100 WBCs | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Polychromasia | 1+ | | |
| | Hypochromia | 1+ | | |
| | Elliptocytes | 1+ | | |
| | Target Cells | 1+ | | |

Narrative:
Manual differential performed

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Comprehensive Metabolic Panel [474720333]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Sodium** | **152 (H)** | mMol/L | |
| | **Potassium** | 3.9 | mMol/L | |
| | **Chloride** | **117 (H)** | mMol/L | |
| | **CO2** | 23.0 | mMol/L | |
| | **Calcium** | **10.6 (H)** | mg/dL | |
| | **Glucose** | **178 (H)** | mg/dL | |
| | **Creatinine** | 1.08 | mg/dL | |
| | **BUN** | **59 (H)** | mg/dL | |
| | **Protein, Total** | 8.0 | gm/dL | |
| | **Albumin** | 4.5 | gm/dL | |
| | **Alkaline Phosphatase** | **198 (H)** | U/L | |
| | **ALT** | **59 (H)** | U/L | |
| | **AST (SGOT)** | **68 (H)** | U/L | |
| | **Bilirubin, Total** | **3.2 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | 1.29 | Ratio | |
| | **Anion Gap** | 15.9 | mMol/L | |
| | **BUN/Creatinine Ratio** | **54.6 (H)** | Ratio | |
| | **EGFR** | 75 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **323 (H)** | mOsm/kg | |
| | **Globulin** | 3.5 | gm/dL | |
| **Phosphorus [474720338]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Phosphorus** | 4.0 | mg/dL | |
| **Magnesium [474720337]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Magnesium** | **2.7 (H)** | mg/dL | |
| **Calcium, Ionized [474720335]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Blood | | | | Updated:  09/25/18 0600 |
| | **Calcium, Ionized** | 4.85 | mg/dL | |
| **Fibrinogen [474720336]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Blood | | | | Updated:  09/25/18 0558 |
| | **Fibrinogen** | 416 | mg/dL | |
| **Plasma Free Hemoglobin [474720329]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0553 |
| | **Plasma Free Hemoglobin** | **60.0 (H)** | mg/dL | |
| **i-Stat CG4 Arterial CartrlDge [474720343]** **(Abnormal)** | | | | Collected:  09/25/18 0549 |
| Specimen:  Arterial | | | | Updated:  09/25/18 0552 |
| | **pH, ISTAT** | 7.45 | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | PO2, ISTAT | **102 (H)** | mm Hg | |
| | BE, ISTAT | -2 | mMol/L | |
| | HCO3, ISTAT | 21.9 | mMol/L | |
| | PCO2, ISTAT | **31.7 (L)** | mm Hg | |
| | O2 Sat, %, ISTAT | 98 | % | |
| | Room Number, ISTAT | 3540 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 30.00 | % | |
| | i-STAT Mode | AC | | |
| | i-STAT Peep | 6 | | |
| | Rate, ISTAT | 26 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | Tidal Vol, ISTAT | 300 | | |
| | TCO2, ISTAT | **23 (L)** | mMol/L | |
| | i-STAT Lactic acid | 0.79 | mMol/L | |
| | Operator, ISTAT | Operator: 37871 HARDEN LOGAN RT | | |

**APTT [474720331]  (Abnormal)**                                    Collected:  09/24/18 2337
Specimen:  Blood                                                    Updated:  09/25/18 0124

| | Component | Value | Units | |
|-----------|-----------|-------|-------|-----------|
| | aPTT | **40.4 (H)** | sec | |

**CBC with Automated Differential [474556009]  (Abnormal)**       Collected:  09/24/18 2337
Specimen:  Blood from Blood                                         Updated:  09/25/18 0038

| | Component | Value | Units | |
|-----------|-----------|-------|-------|-----------|
| | WBC | **20.8 (H)** | K/cmm | |
| | RBC | **2.79 (L)** | M/cmm | |
| | Hemoglobin | **8.8 (L)** | gm/dL | |
| | Hematocrit | **26.3 (L)** | % | |
| | MCV | 95 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.9 (H)** | % | |
| | PLT CT | 258 | K/cmm | |
| | MPV | **11.2 (H)** | fL | |
| | NEUTROPHIL % | 55.0 | % | |
| | Lymphocytes | 38.0 | % | |
| | Monocytes | **2.0 (L)** | % | |
| | Eosinophils % | 2.0 | % | |
| | Basophils % | 0.0 | % | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                     Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | Bands | 2 | % | |
| | Metamyelocytes | 1 (H) | % | |
| | Neutrophils Absolute | 12.1 (H) | K/cmm | |
| | Lymphocytes Absolute | 7.9 (H) | K/cmm | |
| | Monocytes Absolute | 0.4 | K/cmm | |
| | Eosinophils Absolute | 0.4 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Comprehensive Metabolic Panel [474556008]  (Abnormal)**          Collected:  09/24/18 2337
Specimen:  Plasma                                                   Updated:  09/25/18 0012

| | Component | Value | Units | |
|---|-----------|-------|-------|---|
| | Sodium | 152 (H) | mMol/L | |
| | Potassium | 4.3 | mMol/L | |
| | Chloride | 117 (H) | mMol/L | |
| | CO2 | 21.8 | mMol/L | |
| | Calcium | 10.2 | mg/dL | |
| | Glucose | 168 (H) | mg/dL | |
| | Creatinine | 1.20 | mg/dL | |
| | BUN | 56 (H) | mg/dL | |
| | Protein, Total | 7.9 | gm/dL | |
| | Albumin | 4.6 | gm/dL | |
| | Alkaline Phosphatase | 205 (H) | U/L | |
| | ALT | 57 (H) | U/L | |
| | AST (SGOT) | 67 (H) | U/L | |
| | Bilirubin, Total | 3.1 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 1.39 | Ratio | |
| | Anion Gap | 17.5 | mMol/L | |
| | BUN/Creatinine Ratio | 46.7 (H) | Ratio | |
| | EGFR | 66 | mL/min/1.73m2 | |
| | Osmolality Calc | 321 (H) | mOsm/kg | |
| | Globulin | 3.3 | gm/dL | |

**Phosphorus [474556013]**                                        Collected:  09/24/18 2337
Specimen:  Plasma                                                  Updated:  09/25/18 0012

| | Component | Value | Units | |
|---|-----------|-------|-------|---|
| | Phosphorus | 3.7 | mg/dL | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Magnesium [474556012]  (Abnormal)** | | | | Collected:  09/24/18 2337 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0012 |
| | **Magnesium** | **2.8 (H)** | mg/dL | |
| **Calcium, Ionized [474556010]** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood | | | | Updated:  09/25/18 0006 |
| | **Calcium, Ionized** | 4.82 | mg/dL | |
| **Fibrinogen [474556011]** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood | | | | Updated:  09/25/18 0004 |
| | **Fibrinogen** | 358 | mg/dL | |
| **Dextrose Stick Glucose [474720317]  (Abnormal)** | | | | Collected:  09/24/18 2147 |
| Specimen:  Blood | | | | Updated:  09/24/18 2203 |
| | **Glucose, POCT** | **172 (H)** | mg/dL | |
| **CBC with Automated Differential [474555994]  (Abnormal)** | | | | Collected:  09/24/18 1635 |
| Specimen:  Blood from Blood | | | | Updated:  09/24/18 1815 |
| | **WBC** | **20.9 (H)** | K/cmm | |
| | **RBC** | **2.72 (L)** | M/cmm | |
| | **Hemoglobin** | **8.3 (L)** | gm/dL | |
| | **Hematocrit** | **25.7 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | 255 | K/cmm | |
| | **MPV** | **11.7 (H)** | fL | |
| | **NEUTROPHIL %** | 59.0 | % | |
| | **Lymphocytes** | 26.0 | % | |
| | **Monocytes** | 6.0 | % | |
| | **Eosinophils %** | 3.0 | % | |
| | **Bands** | 4 | % | |
| | **Metamyelocytes** | **2 (H)** | % | |
| | **Neutrophils Absolute** | **13.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | **5.4 (H)** | K/cmm | |
| | **Monocytes Absolute** | 1.3 | K/cmm | |
| | **Eosinophils Absolute** | 0.6 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **Nucleated RBC** | 2 | /100 WBCs | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM (continued)**                   Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Macrocytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |
| | **Polychromasia** | 1+ | | |
| | **Elliptocytes** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |
| | **Target Cells** | 1+ | | |

Narrative:
 Manual differential performed

**Fibrinogen [474555996]**                                          Collected:  09/24/18 1635
Specimen:  Blood                                                    Updated:  09/24/18 1736

| | Fibrinogen | 394 | mg/dL | |
|---|---|---|---|---|

**APTT( Heparin Infusion Therapy) [474555999]  (Abnormal)**        Collected:  09/24/18 1635
Specimen:  Blood                                                    Updated:  09/24/18 1736

| | aPTT | **49.0 (H)** | sec | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [474555993]  (Abnormal)**          Collected:  09/24/18 1635
Specimen:  Plasma                                                   Updated:  09/24/18 1733

| | Component | Value | Units | |
|---|---|---|---|---|
| | **Sodium** | **150 (H)** | mMol/L | |
| | **Potassium** | 3.5 | mMol/L | |
| | **Chloride** | **115 (H)** | mMol/L | |
| | **CO2** | 24.4 | mMol/L | |
| | **Calcium** | 10.1 | mg/dL | |
| | **Glucose** | **175 (H)** | mg/dL | |
| | **Creatinine** | 1.11 | mg/dL | |
| | **BUN** | **55 (H)** | mg/dL | |
| | **Protein, Total** | 7.7 | gm/dL | |
| | **Albumin** | 4.7 | gm/dL | |
| | **Alkaline Phosphatase** | **182 (H)** | U/L | |
| | **ALT** | **61 (H)** | U/L | |
| | **AST (SGOT)** | **74 (H)** | U/L | |
| | **Bilirubin, Total** | **3.8 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | **1.57 (H)** | Ratio | |
| | **Anion Gap** | 14.1 | mMol/L | |
| | **BUN/Creatinine Ratio** | **49.5 (H)** | Ratio | |
| | **EGFR** | 72 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **317 (H)** | mOsm/kg | |
| | **Globulin** | 3.0 | gm/dL | |

**Magnesium [474555997]  (Abnormal)**                              Collected:  09/24/18 1635
Specimen:  Plasma                                                   Updated:  09/24/18 1733

| | Magnesium | **2.8 (H)** | mg/dL | |
|---|---|---|---|---|



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                              Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Phosphorus [474555998]** | | | | Collected:  09/24/18 1635 |
| Specimen:  Plasma | | | | Updated:  09/24/18 1733 |
| | **Phosphorus** | 3.8 | mg/dL | |
| **Calcium, Ionized [474555995]** | | | | Collected:  09/24/18 1635 |
| Specimen:  Blood | | | | Updated:  09/24/18 1729 |
| | **Calcium, Ionized** | 4.79 | mg/dL | |
| **Dextrose Stick Glucose [474556003]**  **(Abnormal)** | | | | Collected:  09/24/18 1632 |
| Specimen:  Blood | | | | Updated:  09/24/18 1650 |
| | **Glucose, POCT** | **178 (H)** | mg/dL | |
| **LABORATORY REFERENCE AND MISC SCAN [474126882]** | | | | Resulted:  09/24/18 1510 |
| | | | | Updated:  09/24/18 1510 |
| **LABORATORY REFERENCE AND MISC SCAN [474555991]** | | | | Resulted:  09/24/18 1510 |
| | | | | Updated:  09/24/18 1510 |

**Radiology:**

## Radiology Results (24 Hour)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **X-ray chest AP portable (daily while intubated) [474483826]** | | | | Collected:  09/25/18 0720 |
| Order Status:  Completed | | | | Updated:  09/25/18 0723 |

Narrative:

Clinical History:
Reason For Exam: Line Position
Daily while intubated. History of acute respiratory failure with hypoxia, thrombus, atelectasis of left lung, hypotension, and adult respiratory distress syndrome.

Examination:
Frontal view of the chest.

Comparison:
September 24, 2018

Findings:

AP semierect portable chest radiograph 0415 hours.

There is likely mild to moderate chronic cardiomegaly considering the technique. The tracheostomy tube is unchanged, with its tip near the level of the aortic arch. The right PICC line is unchanged with its tip in the right atrium. There are overlying
monitoring leads.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                           Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

There is persistent moderate ill-defined increased density in the lungs and an increase in the reticular
markings, possibly interstitial edema or interstitial pneumonitis. There is no pneumothorax or definite
pleural effusion. The pattern is not changed.

There has been upper abdominal surgery.

The bony structures are grossly intact.

Impression:
The nasogastric tube has been removed. Otherwise, there is no significant change.

ReadingStation:WMCMRR5

Imaging personally reviewed.

Signed by: Connie L Smith, MD
Cc:Sheetz, Michele M, FNP Hutchens, William Thomas*[CS.1]

Attribution Key
CS.1 - Smith, Connie L, MD on 9/25/2018  2:19 PM
CS.2 - Smith, Connie L, MD on 9/25/2018  3:50 PM

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM**                           Version 1 of 1

| | | |
|---|---|---|
| Author: **Shyamsunder, Archana K, MD** | Service: **Nephrology** | Author Type: **Physician** |
| Filed: 9/16/2018  1:49 PM | Date of Service: **9/16/2018  1:09 PM** | Creation Time: **9/16/2018  1:09 PM** |
| Status: **Signed** | Editor: **Shyamsunder, Archana K, MD (Physician)** | |

Consult Orders:
1. Inpatient consult to nephrology [473131848] ordered by Lafalce, Christian Anthony, MD at 09/16/18 0927

### CONSULTATION

Date Time: 09/16/18 1:09 PM
Patient Name: SMITH,DORIS D ALAQUE
MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Hutchens, William Thomas*

**Reason for Consultation:**
Volume management



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

## History:

Doris D Alaque Smith is a 39 y.o. female who was initially admitted, to Winchester Medical Center, 9/1, with the chief complaint of abdominal pain.

She was diagnosed with acute mesenteric ischemia with SMV thrombosis. She underwent catheter directed lysis which was complicated unfortunately by liver hemorrhage requiring massive transfusions it appears. Course has been complicated by what appears to be massive aspiration during intubation. She did undergo ex lap, liver packing, and resection of a a segment of infarcted small bowel and abdomen was left open with an abthera

She is currently in the ICU, on ECMO, because of what appears to be ARDS.

She has had significant problems with recurrent bleeding with numerous trips to the OR and has needed abdominal washouts with abthera therapy replacement. She has needed splenectomy as well.

Overall, is up as much as about 15 L since admission as far as her fluid balance. I've been asked to assist with fluid management in this critically ill patient.

A Lasix drip has been initiated, with the dose being gradually titrated up. She seems to be responding better to this this morning. Urine output appears to improve, to an average of about 200 mls an hour. If creatinine remains relatively stable at 0.8

## Past Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

## Past Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| | | |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| | | |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                                   Version 1 of 1

- EXPLORATORY LAPAROTOMY                              N/A                    9/3/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*
- LAPAROTOMY, SMALL BOWEL RESECTION                   N/A                    9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                                      Right
- TRACHEOSTOMY                                                              9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR; Service: Access;;*

---

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

**Social History**

Social History
- Marital status:                          Single
-    Spouse name:                          N/A
- Number of children:                      N/A
- Years of education:                      N/A

Social History Main Topics
- Smoking status:                          Never Smoker
- Smokeless tobacco:                       Never Used
- Alcohol use                              Yes
     *Comment: occas*
- Drug use:                                No
- Sexual activity:                         Not on file

Other Topics                                                   Concern
- Not on file

Social History Narrative
- No narrative on file

---

**Allergies:**

**Allergies**

| Allergen | Reactions |
| --- | --- |
| - Biaxin [Clarithromycin] | Itching |
| - Hydrocodone | Itching |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

**Medications:**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • albumin human | 25 g | Intravenous | Q6H |
| • eye lubricant | | Both Eyes | QID |
| • furosemide | | | |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • metoclopramide | 5 mg | Intravenous | 4 times per day |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q8H |
| • potassium chloride | 40 mEq | per OG tube | BID |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

**Review of Systems:**
unobtainable

**Physical Exam:**
BP 113/55  | Pulse (!) 102  | Temp 99.1 °F (37.3 °C)  | Resp (!) 23  | Ht 1.549 m (5' 1")  | Wt 124.4 kg (274 lb 4 oz)  | LMP 08/15/2018  | SpO2 95%  | BMI 51.82 kg/m²

Intake and Output Summary (Last 24 hours) at Date Time

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

Intake/Output Summary (Last 24 hours) at 09/16/18 1309
Last data filed at 09/16/18 1200

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 4658.4 ml         |
| Output | 4030 ml           |
| **Net** | 628.4 ml         |

General appearance - trach, on the Vent
Mental status - sedated
Eyes - unremarkable
Mouth - not examined
Neck - supple
Chest - CTA
Heart - normal rate and regular rhythm
Abdomen - open abdomen
Neurological - sedated
Musculoskeletal - no muscular tenderness noted
Extremities - diffuse edema
Skin - warm and dry without obvious rash

**Labs Reviewed:**

### Results

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CBC with Automated Differential [473131844]  (Abnormal)** | | | | Collected:  09/16/18 1200 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 1248 |
| | WBC | **15.5 (H)** | K/cmm | |
| | RBC | **2.94 (L)** | M/cmm | |
| | Hemoglobin | **9.2 (L)** | gm/dL | |
| | Hematocrit | **27.6 (L)** | % | |
| | MCV | 94 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 34 | gm/dL | |
| | RDW | **15.5 (H)** | % | |
| | PLT CT | **108 (L)** | K/cmm | |
| | MPV | **10.9 (H)** | fL | |
| | NEUTROPHIL % | 69.0 | % | |
| | Lymphocytes | **14.0 (L)** | % | |
| | Monocytes | 5.0 | % | |
| | Eosinophils % | 0.0 | % | |
| | Basophils % | 0.0 | % | |
| | Bands | 8 | % | |
| | Metamyelocyt | **2 (H)** | % | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | es | | | |
| | Myelocytes | **2 (H)** | % | |
| | Neutrophils Absolute | **12.9 (H)** | K/cmm | |
| | Lymphocytes Absolute | 2.2 | K/cmm | |
| | Monocytes Absolute | 0.5 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Poikilocytosis | 1+ | | |

Narrative:
  Manual differential performed

**Calcium, Ionized [473131846]**                    Collected:  09/16/18 1200
Specimen:  Blood                    Updated:  09/16/18 1246

| | Calcium, Ionized | 4.35 | mg/dL | |
|---|---|---|---|---|

**Magnesium [473131840]**                    Collected:  09/16/18 1200
Specimen:  Plasma                    Updated:  09/16/18 1241

| | Magnesium | 2.5 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [473131841]**                    Collected:  09/16/18 1200
Specimen:  Plasma                    Updated:  09/16/18 1241

| | Phosphorus | 3.8 | mg/dL | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [473131845]  (Abnormal)**                    Collected:  09/16/18 1200
Specimen:  Plasma                    Updated:  09/16/18 1241

| | Component | Value | Units | |
|---|---|---|---|---|
| | Sodium | **149 (H)** | mMol/L | |
| | Potassium | 4.2 | mMol/L | |
| | Chloride | **115 (H)** | mMol/L | |
| | CO2 | 25.2 | mMol/L | |
| | Calcium | 8.9 | mg/dL | |
| | Glucose | **176 (H)** | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | **37 (H)** | mg/dL | |
| | Protein, Total | 6.0 | gm/dL | |
| | Albumin | 3.7 | gm/dL | |
| | Alkaline Phosphatase | 141 | U/L | |
| | ALT | **75 (H)** | U/L | |
| | AST (SGOT) | **117 (H)** | U/L | |
| | Bilirubin, Total | **6.5 (H)** | mg/dL | |
| | Albumin/Glob | **1.61 (H)** | Ratio | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | ulin Ratio | | | |
| | Anion Gap | 13.0 | mMol/L | |
| | BUN/Creatinine Ratio | **46.3 (H)** | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **309 (H)** | mOsm/kg | |
| | Globulin | 2.3 | gm/dL | |

**Dextrose Stick Glucose [473131856]  (Abnormal)**          Collected:  09/16/18 1200
Specimen:  Blood          Updated:  09/16/18 1218

| | Glucose, POCT | **170 (H)** | mg/dL | |
|---|---|---|---|---|

**Blood Culture - Venipuncture #1 [473131828]**          Collected:  09/16/18 0911
Specimen:  Blood from Venipuncture          Updated:  09/16/18 1139
Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/16/2018 09:11


  Status: Valued    Last Updated: 09/16/2018 11:38



   Culture Result (Prelim)
     Culture In Progress


**Urine Culture [472892513]**          Collected:  09/14/18 1530
Specimen:  Urine from Catheterized          Updated:  09/16/18 1127
Narrative:
  Specimen/Source: Urine Specimens/Catheterized
  Collected: 09/14/2018 15:30


  Status: Final    Last Updated: 09/16/2018 11:27



   Culture Result (Final)
     No Growth Final


**Respiratory Culture and Smear  (endotracheal aspirate) [473131830]**          Collected:  09/16/18 1117
Specimen:  Sputum from Endotracheal Aspirate          Updated:  09/16/18 1122
**Fibrinogen [473131842]**          Collected:  09/16/18 1005
Specimen:  Blood          Updated:  09/16/18 1052

| | Fibrinogen | 374 | mg/dL | |
|---|---|---|---|---|

**Unfractionated Heparin Anti-Xa [473131838]**          Collected:  09/16/18 0911
Specimen:  Blood          Updated:  09/16/18 1002



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Heparin Unfractionated Anti-Xa | 0.30 | IU/mL | |

**Urine Culture [473131829]**                                                              Collected: 09/16/18 0900
Specimen:  Urine from Catheterized                                                     Updated:  09/16/18 0920
Narrative:
   Specimen/Source: Urine Specimens/Catheterized
   Collected: 09/16/2018 09:00

   Status: Valued     Last Updated: 09/16/2018 09:20


   Culture Result (Prelim)
      Culture In Progress


**AFB (Mycobacterium) Culture and Smear [473019769]**                          Collected: 09/15/18 0950
Specimen:  Bronchial Wash from Left Upper Lobe                                  Updated:  09/16/18 0836
Narrative:
   Specimen/Source: Bronch Wash/Left Upper Lobe
   Collected: 09/15/2018 09:50

   Status: Valued     Last Updated: 09/16/2018 08:36


   Smear, AFB (Final)
      No Acid Fast Bacilli Seen


**Blood Culture - Venipuncture #1 [472892511]**                                  Collected: 09/14/18 1525
Specimen:  Blood from Venipuncture                                               Updated:  09/16/18 0750
Narrative:
   Specimen/Source: Blood/Venipuncture
   Collected: 09/14/2018 15:25

   Status: Valued     Last Updated: 09/16/2018 07:48


   Culture Result (Prelim)
      No Growth To Date


**Dextrose Stick Glucose [473081497]  (Abnormal)**                              Collected: 09/16/18 0723
Specimen:  Blood                                                                 Updated:  09/16/18 0739
| | Glucose, POCT | 165 (H) | mg/dL | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **i-Stat CG4 Arterial CartrIDge [473081495]  (Abnormal)** | | | | Collected:  09/16/18 0734 |
| Specimen:  Arterial | | | | Updated:  09/16/18 0737 |
| | pH, ISTAT | 7.39 | | |
| | PO2, ISTAT | **59 (L)** | mm Hg | |
| | BE, ISTAT | 0 | mMol/L | |
| | HCO3, ISTAT | 25.0 | mMol/L | |
| | PCO2, ISTAT | 41.1 | mm Hg | |
| | O2 Sat, %, ISTAT | **90 (L)** | % | |
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | IP, ISTAT | 30 | | |
| | i-STAT Mode | PCV | | |
| | i-STAT Peep | 12 | | |
| | i-STAT Pressure Support | 0 | | |
| | Rate, ISTAT | 30 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | TCO2, ISTAT | 26 | mMol/L | |
| | i-STAT Lactic acid | 1.16 | mMol/L | |
| | Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | | |
| **CBC with Automated Differential [473081486]  (Abnormal)** | | | | Collected:  09/16/18 0545 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 0657 |
| | WBC | **16.8 (H)** | K/cmm | |
| | RBC | **3.16 (L)** | M/cmm | |
| | Hemoglobin | **9.7 (L)** | gm/dL | |
| | Hematocrit | **29.6 (L)** | % | |
| | MCV | 94 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.6 (H)** | % | |
| | PLT CT | **99 (L)** | K/cmm | |
| | MPV | **11.2 (H)** | fL | |
| | NEUTROPHIL % | 67.0 | % | |
| | Lymphocytes | **14.0 (L)** | % | |
| | Monocytes | 5.0 | % | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

___

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Eosinophils %** | 1.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | **11 (H)** | % | |
| | **Metamyelocytes** | **1 (H)** | % | |
| | **Myelocytes** | **1 (H)** | % | |
| | **Neutrophils Absolute** | **12.9 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 1.3 | K/cmm | |
| | **Monocytes Absolute** | **2.4 (H)** | K/cmm | |
| | **Eosinophils Absolute** | 0.2 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **Nucleated RBC** | 6 | /100 WBCs | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Anisocytosis** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |

Narrative:
  Manual differential performed

**Respiratory Culture and Smear  (endotracheal aspirate)**          Collected:  09/14/18 1537
**[472892514]**
Specimen:  Sputum from Endotracheal Aspirate          Updated:  09/16/18 0648
Narrative:
  Specimen/Source: Sputum/Endotracheal  Aspirate
  Collected: 09/14/2018 15:37

  Status: Final    Last Updated: 09/16/2018 06:48


  Gram Stain (Final)
    Many WBC's Seen
    Few Epithelial Cells
    No Organisms Seen

  Culture Result (Final)
    No Growth Final


**Fibrinogen [473081483]**                              Collected:  09/16/18 0545
Specimen:  Blood                                        Updated:  09/16/18 0638

| | Component | Value | Units | |
|---|---|---|---|---|
| | **Fibrinogen** | 330 | mg/dL | |

___



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Antithrombin III Level [473081485]** (Abnormal) | | | | Collected: 09/16/18 0545 |
| Specimen: Blood | | | | Updated: 09/16/18 0638 |
| | Antithrombin 3 | 52 (L) | % | |
| **Unfractionated Heparin Anti-Xa [473081489]** (Abnormal) | | | | Collected: 09/16/18 0545 |
| Specimen: Blood | | | | Updated: 09/16/18 0638 |
| | Heparin Unfractionate d Anti-Xa | 0.26 (L) | IU/mL | |
| **Respiratory Culture and Smear [472563641]** | | | | Collected: 09/15/18 1000 |
| Specimen: Bronchial Wash from Expectorated | | | | Updated: 09/16/18 0636 |

Narrative:
   This order is a replacement of the rejected order with accession number M1825500280.
   Specimen/Source: Bronch Wash/Expectorated
   Collected: 09/15/2018 10:00

   Status: Valued    Last Updated: 09/16/2018 06:36

   (1) This order is a replacement of the rejected order with accession number M1825500280.


   Gram Stain (Prelim)
     Moderate WBC's Seen
     No Organisms Seen

   Culture Result (Prelim)
     No Growth - Day 1, Reincubate


| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Magnesium [473081481]** | | | | Collected: 09/16/18 0545 |
| Specimen: Plasma | | | | Updated: 09/16/18 0624 |
| | Magnesium | 2.5 | mg/dL | |
| **Phosphorus [473081482]** | | | | Collected: 09/16/18 0545 |
| Specimen: Plasma | | | | Updated: 09/16/18 0624 |
| | Phosphorus | 3.7 | mg/dL | |
| **Comprehensive Metabolic Panel [473081487]** (Abnormal) | | | | Collected: 09/16/18 0545 |
| Specimen: Plasma | | | | Updated: 09/16/18 0624 |
| | Sodium | 147 | mMol/L | |
| | Potassium | 4.5 | mMol/L | |
| | Chloride | 115 (H) | mMol/L | |
| | CO2 | 25.0 | mMol/L | |
| | Calcium | 8.4 (L) | mg/dL | |
| | Glucose | 168 (H) | mg/dL | |
| | Creatinine | 0.74 | mg/dL | |
| | BUN | 36 (H) | mg/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                              Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Protein, Total | 5.6 (L) | gm/dL | |
| | Albumin | 3.4 (L) | gm/dL | |
| | Alkaline Phosphatase | 122 | U/L | |
| | ALT | 85 (H) | U/L | |
| | AST (SGOT) | 139 (H) | U/L | |
| | Bilirubin, Total | 7.2 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 1.55 (H) | Ratio | |
| | Anion Gap | 11.5 | mMol/L | |
| | BUN/Creatinine Ratio | 48.6 (H) | Ratio | |
| | EGFR | 118 | mL/min/1.73m2 | |
| | Osmolality Calc | 305 (H) | mOsm/kg | |
| | Globulin | 2.2 | gm/dL | |
| **Calcium, Ionized [473081488]** | | | | Collected:  09/16/18 0545 |
| Specimen:  Blood | | | | Updated:  09/16/18 0619 |
| | Calcium, Ionized | 4.40 | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [473081493]  (Abnormal)** | | | | Collected:  09/16/18 0547 |
| Specimen:  Arterial | | | | Updated:  09/16/18 0610 |
| | pH, ISTAT | 7.40 | | |
| | PO2, ISTAT | 55 (L) | mm Hg | |
| | BE, ISTAT | 1 | mMol/L | |
| | HCO3, ISTAT | 25.6 | mMol/L | |
| | PCO2, ISTAT | 41.8 | mm Hg | |
| | O2 Sat, %, ISTAT | 88 (L) | % | |
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | IP, ISTAT | 30 | | |
| | i-STAT Mode | PCV | | |
| | i-STAT Peep | 12 | | |
| | i-STAT Pressure Support | 30 | | |
| | Rate, ISTAT | 30 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | TCO2, ISTAT | 27 | mMol/L | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **i-STAT Lactic acid** | 1.23 | mMol/L | |
| | **Operator, ISTAT** | Operator: 36667 CAIN MEREDITH RT | | |
| **Unfractionated Heparin Anti-Xa [473081461]** | | | | Collected:  09/16/18 0125 |
| Specimen:  Blood | | | | Updated:  09/16/18 0146 |
| | **Heparin Unfractionated Anti-Xa** | 0.32 | IU/mL | |
| **Calcium, Ionized [473081457]** | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood | | | | Updated:  09/16/18 0036 |
| | **Calcium, Ionized** | 4.45 | mg/dL | |
| **CBC with Automated Differential [473081455]** **(Abnormal)** | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 0019 |
| | **WBC** | **17.7 (H)** | K/cmm | |
| | **RBC** | **3.32 (L)** | M/cmm | |
| | **Hemoglobin** | **10.2 (L)** | gm/dL | |
| | **Hematocrit** | **31.0 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | **94 (L)** | K/cmm | |
| | **MPV** | **11.3 (H)** | fL | |
| | **NEUTROPHIL %** | **40.0 (L)** | % | |
| | **Lymphocytes** | 17.0 | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | **37 (H)** | % | |
| | **Metamyelocytes** | **2 (H)** | % | |
| | **Myelocytes** | **1 (H)** | % | |
| | **Neutrophils Absolute** | **14.2 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.0 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC** | RBC Morphology Reviewed | | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Morphology** | | | |
| | **Microcytic** | 1+ | | |
| | **Polychromasia** | 1+ | | |
| | **Burr Cells** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |
| | **Target Cells** | 1+ | | |
| Narrative: | | | | |
| Manual differential performed | | | | |
| **Magnesium [473019811]** | | | | Collected: 09/15/18 2340 |
| Specimen: Plasma | | | | Updated: 09/16/18 0017 |
| | **Magnesium** | 2.5 | mg/dL | |
| **Phosphorus [473081452]** | | | | Collected: 09/15/18 2340 |
| Specimen: Plasma | | | | Updated: 09/16/18 0017 |
| | **Phosphorus** | 3.3 | mg/dL | |
| **Comprehensive Metabolic Panel [473081456]** (Abnormal) | | | | Collected: 09/15/18 2340 |
| Specimen: Plasma | | | | Updated: 09/16/18 0017 |
| | **Sodium** | 147 | mMol/L | |
| | **Potassium** | 4.6 | mMol/L | |
| | **Chloride** | 114 (H) | mMol/L | |
| | **CO2** | 24.8 | mMol/L | |
| | **Calcium** | 8.8 | mg/dL | |
| | **Glucose** | 156 (H) | mg/dL | |
| | **Creatinine** | 0.75 | mg/dL | |
| | **BUN** | 33 (H) | mg/dL | |
| | **Protein, Total** | 5.7 (L) | gm/dL | |
| | **Albumin** | 3.6 | gm/dL | |
| | **Alkaline Phosphatase** | 107 | U/L | |
| | **ALT** | 86 (H) | U/L | |
| | **AST (SGOT)** | 153 (H) | U/L | |
| | **Bilirubin, Total** | 7.6 (H) | mg/dL | |
| | **Albumin/Globulin Ratio** | 1.71 (H) | Ratio | |
| | **Anion Gap** | 12.8 | mMol/L | |
| | **BUN/Creatinine Ratio** | 44.0 (H) | Ratio | |
| | **EGFR** | 116 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 303 (H) | mOsm/kg | |
| | **Globulin** | 2.1 | gm/dL | |
| **i-Stat G3 Venous CartrIDge [473081465]** (Abnormal) | | | | Collected: 09/15/18 2341 |
| Specimen: Venipuncture | | | | Updated: 09/16/18 0003 |
| | **pH, ISTAT** | 7.40 | | |
| | **PO2, ISTAT** | 39 (H) | mm Hg | |
| | **BE, ISTAT** | -1 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**　　　　　　　　　　Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **HCO3, ISTAT** | 24.2 | mMol/L | |
| | **PCO2, ISTAT** | 39.1 | mm Hg | |
| | **O2 Sat, %, ISTAT** | **73 (H)** | % | |
| | **Room Number, ISTAT** | 3546 | | |
| | **i-STAT Allen's Test** | N/A | | |
| | **DELS, ISTAT** | Catheter | | |
| | **i-STAT FIO2** | 50.00 | % | |
| | **Sample, ISTAT** | Venous | | |
| | **Site, ISTAT** | OTHER | | |
| | **TCO2, ISTAT** | 25 | mMol/L | |
| | **Operator, ISTAT** | Operator: 36667 CAIN MEREDITH RT | | |
| **i-Stat G3 Arterial CartrIDge [473081463]  (Abnormal)** | | | | Collected:  09/15/18 2343 |
| Specimen:  Arterial | | | | Updated:  09/16/18 0002 |
| | **pH, ISTAT** | **7.48 (H)** | | |
| | **PO2, ISTAT** | **470 (H)** | mm Hg | |
| | **BE, ISTAT** | **5 (H)** | mMol/L | |
| | **HCO3, ISTAT** | 28.6 | mMol/L | |
| | **PCO2, ISTAT** | 38.8 | mm Hg | |
| | **O2 Sat, %, ISTAT** | 100 | % | |
| | **Room Number, ISTAT** | 3546 | | |
| | **i-STAT Allen's Test** | N/A | | |
| | **DELS, ISTAT** | Catheter | | |
| | **i-STAT FIO2** | 100.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | OTHER | | |
| | **TCO2, ISTAT** | **30 (H)** | mMol/L | |
| | **Operator, ISTAT** | Operator: 36667 CAIN MEREDITH RT | | |
| **Fibrinogen [473081453]** | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood | | | | Updated:  09/15/18 2359 |
| | **Fibrinogen** | 294 | mg/dL | |
| **Dextrose Stick Glucose [473081459]  (Abnormal)** | | | | Collected:  09/15/18 2103 |
| Specimen:  Blood | | | | Updated:  09/15/18 2129 |
| | **Glucose, POCT** | **158 (H)** | mg/dL | |
| **Unfractionated Heparin Anti-Xa [473019806]** | | | | Collected:  09/15/18 2100 |
| Specimen:  Blood | | | | Updated:  09/15/18 2117 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Heparin Unfractionated Anti-Xa | 0.33 | IU/mL | |
| **CBC with Automated Differential [473019799]** **(Abnormal)** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood from Blood | | | | Updated:  09/15/18 1915 |
| | **WBC** | **19.1 (H)** | K/cmm | |
| | **RBC** | **3.32 (L)** | M/cmm | |
| | **Hemoglobin** | **10.4 (L)** | gm/dL | |
| | **Hematocrit** | **30.8 (L)** | % | |
| | **MCV** | 93 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 34 | gm/dL | |
| | **RDW** | **15.3 (H)** | % | |
| | **PLT CT** | **86 (L)** | K/cmm | |
| | **MPV** | **11.6 (H)** | fL | |
| | **NEUTROPHIL %** | 67.0 | % | |
| | **Lymphocytes** | 16.0 | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 1.0 | % | |
| | **Bands** | **11 (H)** | % | |
| | **Metamyelocytes** | **2 (H)** | % | |
| | **Neutrophils Absolute** | **15.3 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.1 | K/cmm | |
| | **Monocytes Absolute** | 0.6 | K/cmm | |
| | **Eosinophils Absolute** | 0.2 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **Nucleated RBC** | **11 (H)** | /100 WBCs | |
| | **RBC Morphology** | Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Magnesium [473019794]**                    Collected:  09/15/18 1730
Specimen:  Plasma                    Updated:  09/15/18 1808

| | Magnesium | 2.5 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [473019795]**                    Collected:  09/15/18 1730
Specimen:  Plasma                    Updated:  09/15/18 1808

| | Phosphorus | 3.0 | mg/dL | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [473019800]** **(Abnormal)**                    Collected:  09/15/18 1730

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen:  Plasma | | | | Updated:  09/15/18 1808 |
| | Sodium | 146 | mMol/L | |
| | Potassium | 4.6 | mMol/L | |
| | Chloride | 114 (H) | mMol/L | |
| | CO2 | 25.5 | mMol/L | |
| | Calcium | 8.7 | mg/dL | |
| | Glucose | 165 (H) | mg/dL | |
| | Creatinine | 0.72 | mg/dL | |
| | BUN | 33 (H) | mg/dL | |
| | Protein, Total | 5.3 (L) | gm/dL | |
| | Albumin | 3.3 (L) | gm/dL | |
| | Alkaline Phosphatase | 91 | U/L | |
| | ALT | 95 (H) | U/L | |
| | AST (SGOT) | 184 (H) | U/L | |
| | Bilirubin, Total | 8.0 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 1.65 (H) | Ratio | |
| | Anion Gap | 11.1 | mMol/L | |
| | BUN/Creatinine Ratio | 45.8 (H) | Ratio | |
| | EGFR | 122 | mL/min/1.73m2 | |
| | Osmolality Calc | 302 (H) | mOsm/kg | |
| | Globulin | 2.0 | gm/dL | |
| **Fibrinogen [473019796]** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1805 |
| | Fibrinogen | 323 | mg/dL | |
| **Antithrombin III Level [473019798]  (Abnormal)** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1805 |
| | Antithrombin 3 | 57 (L) | % | |
| **Calcium, Ionized [473019801]** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1755 |
| | Calcium, Ionized | 4.53 | mg/dL | |
| **Unfractionated Heparin Anti-Xa [473019793]  (Abnormal)** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1749 |
| | Heparin Unfractionated Anti-Xa | 0.29 (L) | IU/mL | |
| **Dextrose Stick Glucose [473019805]  (Abnormal)** | | | | Collected:  09/15/18 1633 |
| Specimen:  Blood | | | | Updated:  09/15/18 1650 |
| | Glucose, POCT | 157 (H) | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [473019791]  (Abnormal)** | | | | Collected:  09/15/18 1424 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Arterial | | | Updated:  09/15/18 1428 |
| | pH, ISTAT | 7.43 | | |
| | PO2, ISTAT | 54 (L) | mm Hg | |
| | BE, ISTAT | 1 | mMol/L | |
| | HCO3, ISTAT | 25.8 | mMol/L | |
| | PCO2, ISTAT | 38.6 | mm Hg | |
| | O2 Sat, %, ISTAT | 89 (L) | % | |
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | IP, ISTAT | 30 | | |
| | i-STAT Mode | PCV | | |
| | i-STAT Peep | 12 | | |
| | i-STAT Pressure Support | 0 | | |
| | Rate, ISTAT | 30 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | TCO2, ISTAT | 27 | mMol/L | |
| | i-STAT Lactic acid | 1.29 | mMol/L | |
| | Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | | |

**Unfractionated Heparin Anti-Xa [473019772]  (Abnormal)**                    Collected:  09/15/18 1315
Specimen:  Blood                                                               Updated:  09/15/18 1403

| | Component | Value | Units | |
|---|---|---|---|---|
| | Heparin Unfractionated Anti-Xa | 0.27 (L) | IU/mL | |

**Fungal, Other Culture and Smear [473019771]**                    Collected:  09/15/18 0950
Specimen:  Bronchial Wash from Left Upper Lobe                      Updated:  09/15/18 1346
Narrative:
  Specimen/Source: Bronch Wash/Left Upper Lobe
  Collected: 09/15/2018 09:50

  Status: Valued    Last Updated: 09/15/2018 13:46


  Smear, Fungal (Final)
    No Fungal Elements Seen



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [473019788]** | | | | Collected:  09/15/18 0600 |
| Specimen:  Blood | | | | Updated:  09/15/18 1336 |
| | **Calcium, Ionized** | 4.37 | mg/dL | |

**Rads:**

Radiological Procedure reviewed.

**Assessment:**

- Acute history failure, ARDS, on vent and ECMO ( S/P trach)
- s/p SMV thrombosis, s/p heparin gtt then catheter directed thrombolytics 9/3
- Ischemic bowel, S/p bowel resection
- Open abdomen
- S/P splenectomy
- Shock liver

**Plan:**

- Case discussed with Dr. Kofsky as well as Dr. Lafalce
- Seems to be responding to the current dose of Lasix infusion at 20 mg/hr
- Would continue current diuretic drip for now
- Serum creatinine relatively stable, but will need to be closely monitored
- Serum sodium, is trending upward. May need to adjust TPN if it continues to trend up
- No immediate indication, for CRRT, but will follow closely in this regard

Thanks for the consult.
Signed by: Archana K Shyamsunder, MD[AS.1]

Attribution Key

AS.1 - Shyamsunder, Archana K, MD on 9/16/2018  1:09 PM

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM**                    Version 2 of 2



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

| **Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)** | | Version 2 of 2 |
|---|---|---|

| | | |
|---|---|---|
| Author:  Goode, Terral C, MD | Service:  Critical Care Medicine | Author Type:  Physician |
| Filed:  9/14/2018  1:48 PM | Date of Service:  9/2/2018  6:52 AM | Creation Time:  9/2/2018  6:52 AM |
| Status:  Addendum | Editor:  Goode, Terral C, MD (Physician) | |
| Related Notes:  Original Note by Goode, Terral C, MD (Physician) filed at 9/2/2018  7:52 AM | | |

Consults

**Valley Intensivists
Consultation Note**

**Patient Name**: SMITH,DORIS D ALAQUE
**Date/Time:** 09/02/18 6:52 AM
**Attending Physician**: Benkelman, Douglas Wade,*
**Primary Care Physician**: Sheetz, Michele M, FNP
**Location/Room**: 2516/2516-A

**Chief Complaint:**
Abdominal pain, nausea

**HPI:**
Kindly asked to consult on Doris D Alaque Smith who is a 39 y.o. female for worsening abdominal pain.  She has been noting upper abdominal pain for about a week.  Yesterday, it was worse so she came to ER for evaluation.  She had vomiting episodes as well.[TG.1]  Her initial workup included an US then HIDA scan, which showed biliary dyskinesia.  However, she was having continued severe abdominal pain which was not consistent with this diagnosis.  CT angio of chest and CT abdomen showed evidence of mesenteric venous thrombosis.  There was an elevated lactate which was concerning for bowel ischemia.  However, after fluid resuscitation, this has resolved.[TG.2]

**Problem List:**

**Active Hospital Problems**
  Diagnosis
• Obesity, morbid, BMI 40.0-49.9
• Mesenteric venous thrombosis
• Abdominal pain

**Assessment:**[TG.1]
39 year old woman with mesenteric vein thrombosis.  Hemodynamically stable with resolved lactic acidosis.[TG.2]

**Plan:**[TG.1]

I believe that Ms. Smith's case is appropriate for the floor.  She is on heparin gtt and broad spectrum antibiotics.  Otherwise, she will need symptomatic care.


If there are any issues or questions, please inform critical care team and we will re-evaluate.[TG.2]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**         Version 2 of 2

**Med Rec:**
**Prognosis:**
**Code Status:** Full Code

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

Available old records reviewed, including**:**

**Past Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Inpatient Medications**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |
| • sodium chloride | | 100 mL/hr at 09/02/18 0607 | |
| • heparin infusion - MAR calculator by aPTT | | 1,900 Units/hr (09/02/18 0419) | |

**Family History:**[TG.1]

Mother/father-negative for DVT/PE[TG.3]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**          Version 2 of 2

## Social History:

**Social History**

Social History
- Marital status:              Single
       Spouse name:           N/A
- Number of children:         N/A
- Years of education:         N/A

Social History Main Topics
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used
- Alcohol use                 Yes
       *Comment: occas*
- Drug use:                   No
- Sexual activity:            Not on file

Other Topics                                          Concern
- Not on file

Social History Narrative
- No narrative on file

## Allergies:

**Allergies**

Allergen                                  Reactions
- Biaxin [Clarithromycin]                 Itching
- Hydrocodone                             Itching

## Review of Systems:[TG.1]

A comprehensive review of systems was negative except for: Constitutional: positive for fevers and malaise Gastrointestinal: positive for abdominal pain[TG.2]

## Physical Exam:

**Vitals:** BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²
**I/O:**
Intake/Output Summary (Last 24 hours) at 09/02/18 0652
Last data filed at 09/02/18 0240

|        | **Gross per 24 hour** |
|--------|-----------------------|
| Intake | 220 ml                |
| Output | 125 ml                |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                      Version 2 of 2

| Net | 95 ml |
|-----|-------|

**Vent settings:**
**Admission Weight:** Weight: 117.9 kg (260 lb)
**Last Weight:**
Wt Readings from Last 1 Encounters:
09/01/18        117.9 kg (259 lb 14.8 oz)


**Patient Lines/Drains/Airways Status**
Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Line / Wound / Pressure Ulcer / NG/OG Tube

| Name: | Placement date: | Placement time: | Site: | Days: |
|-------|-----------------|-----------------|-------|-------|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 | 0923 | Antecubital | less than 1 |
| Peripheral IV 09/02/18 Left Antecubital | 09/02/18 | 0030 | Antecubital | less than 1 |
| Urethral Catheter Latex 16 Fr. | 09/02/18 | 0230 | Latex | less than 1 |


**General Appearance:**[TG.1]  alert[TG.2]

**Mental status:**[TG.1] alert, oriented to person, place, and time[TG.2]

**Neuro:**[TG.1] normal muscle tone, no tremors, strength 5/5[TG.2]

**HEENT:**[TG.1] ENT exam normal, no neck nodes or sinus tenderness[TG.2]

**Neck:**[TG.1] supple, no significant adenopathy[TG.2]

**Lungs:**[TG.1] clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry[TG.2]

**Cardiac:**[TG.1] sinus tachycardia[TG.2]

**Abdomen:**[TG.1] soft, tender to palpation in epigastrium (the worst), no rebound, no guarding[TG.2]

**Extremities:**[TG.1] peripheral pulses normal, no pedal edema, no clubbing or cyanosis[TG.2]

**Skin:**[TG.1] normal coloration and turgor, no rashes, no suspicious skin lesions noted[TG.2]

**Other**:

**Labs:**

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**    Version 2 of 2

**CBC:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 | 09/01/18 0915 |
|-----|------|------|------|
| WBC | 16.8* | 18.3* | 8.9 |
| RBC | 5.18* | 5.60* | 4.92 |
| Hemoglobin | 11.7* | 12.5 | 11.4* |
| Hematocrit | 38.1 | 41.0 | 35.1* |
| MCV | 74* | 73* | 71* |
| PLT CT | 190 | 239 | 221 |

**Chemistry:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|-----|------|------|------|
| Sodium | 136 | 138 | 137 |
| Potassium | 4.6 | 3.6 | 3.8 |
| Chloride | 109 | 107 | 106 |
| CO2 | 15.4* | 19.5* | 20.8 |
| BUN | 9 | 10 | 7 |
| Creatinine | 0.81 | 0.84 | 0.80 |
| Glucose | 196* | 195* | 139* |
| Calcium | 7.3* | 8.6 | 9.5 |

**LFTs:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|-----|------|------|------|
| ALT | 86* | 99* | 133* |
| AST (SGOT) | 44* | 49* | 87* |
| Bilirubin, Total | 0.9 | 0.9 | 1.1 |
| Bilirubin, Direct | -- | 0.5* | -- |
| Albumin | 2.6* | 2.9* | 3.8 |
| Alkaline Phosphatase | 69 | 81 | 84 |

**Cardiac Enzymes:**
**Coags:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 |
|-----|------|------|
| PT INR | 1.2 | 1.2 |
| PT | 11.6* | 11.6* |

**POC Glucose:**No results for input(s): POCGLU in the last 72 hours.
**ABG:**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**          Version 2 of 2

**Radiology / Imaging:**

Imaging personally reviewed by me, including[TG.1] Chest CT and Abdominal/Pelvic CT[TG.2]

**Attestation & Billing:**

Patient's condition and plan discussed with:[TG.1] patient, referring provider and bedside nurse[TG.2]

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently. I managed/supervised life or organ supporting interventions that required frequent physician assessments. I devoted my full attention in the ICU to the direct care of this patient for this period of time.

Any critical care time was performed today and is exclusive of teaching, billable procedures, and not overlapping with any other providers.

**Billing Level:**[TG.1] Level 2 Initial 99222[TG.2]

Signed by: Terral C Goode, MD
cc:Sheetz, Michele M, FNP[TG.1]

Attribution Key
  TG.1 - Goode, Terral C, MD on 9/2/2018  6:52 AM
  TG.2 - Goode, Terral C, MD on 9/2/2018  7:33 AM
  TG.3 - Goode, Terral C, MD on 9/14/2018  1:48 PM

---

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM**          Version 1 of 2

| | | |
|---|---|---|
| Author:  Goode, Terral C, MD | Service:  Critical Care Medicine | Author Type:  Physician |
| Filed:  9/2/2018  7:52 AM | Date of Service:  9/2/2018  6:52 AM | Creation Time:  9/2/2018  6:52 AM |
| Status:  Signed | Editor:  Goode, Terral C, MD (Physician) | |
| Related Notes:  Addendum by Goode, Terral C, MD (Physician) filed at 9/14/2018  1:48 PM | | |

Consults

**Valley Intensivists**
**Consultation Note**

**Patient Name**: SMITH,DORIS D ALAQUE
**Date/Time:** 09/02/18 6:52 AM
**Attending Physician**: Benkelman, Douglas Wade,*
**Primary Care Physician**: Sheetz, Michele M, FNP
**Location/Room**: 2516/2516-A

**Chief Complaint:**
Abdominal pain, nausea

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018 6:52 AM (continued)**          Version 1 of 2

**HPI:**

Kindly asked to consult on Doris D Alaque Smith who is a 39 y.o. female for worsening abdominal pain. She has been noting upper abdominal pain for about a week. Yesterday, it was worse so she came to ER for evaluation. She had vomiting episodes as well.[TG.1] Her initial workup included an US then HIDA scan, which showed biliary dyskinesia. However, she was having continued severe abdominal pain which was not consistent with this diagnosis. CT angio of chest and CT abdomen showed evidence of mesenteric venous thrombosis. There was an elevated lactate which was concerning for bowel ischemia. However, after fluid resuscitation, this has resolved.[TG.2]

**Problem List:**

**Active Hospital Problems**
  Diagnosis
- Obesity, morbid, BMI 40.0-49.9
- Mesenteric venous thrombosis
- Abdominal pain

**Assessment:**[TG.1]

39 year old woman with mesenteric vein thrombosis. Hemodynamically stable with resolved lactic acidosis.[TG.2]

**Plan:**[TG.1]

I believe that Ms. Smith's case is appropriate for the floor. She is on heparin gtt and broad spectrum antibiotics. Otherwise, she will need symptomatic care.

If there are any issues or questions, please inform critical care team and we will re-evaluate.[TG.2]

**Med Rec:**
**Prognosis:**
**Code Status:** Full Code

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Hyperlipemia | |
| • Hypertension | |

Available old records reviewed, including**:**

**Past Surgical History:**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                      Version 1 of 2

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|-----------|------|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Inpatient Medications**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|-----------|------|-------|-----------|
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

| | |
|---|---|
| • sodium chloride | 100 mL/hr at 09/02/18 0607 |
| • heparin infusion - MAR calculator by aPTT | 1,900 Units/hr (09/02/18 0419) |

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

**Social History**

| Social History | |
|---|---|
| • Marital status: | Single |
|     Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|     *Comment: occas* | |
| • Drug use: | No |



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**          Version 1 of 2

- Sexual activity:                          Not on file

**Other Topics**                                                    Concern
- Not on file

**Social History Narrative**
- No narrative on file

### Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Review of Systems:[TG.1]

A comprehensive review of systems was negative except for: Constitutional: positive for fevers and malaise Gastrointestinal: positive for abdominal pain[TG.2]

### Physical Exam:

**Vitals:** BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²
**I/O:**
Intake/Output Summary (Last 24 hours) at 09/02/18 0652
Last data filed at 09/02/18 0240

|  | **Gross per 24 hour** |
|---|---|
| Intake | 220 ml |
| Output | 125 ml |
| **Net** | 95 ml |

**Vent settings:**
**Admission Weight:** Weight: 117.9 kg (260 lb)
**Last Weight:**
Wt Readings from Last 1 Encounters:
09/01/18        117.9 kg (259 lb 14.8 oz)

**Patient Lines/Drains/Airways Status**
Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Line / Wound / Pressure Ulcer / NG/OG Tube

| Name: | Placement date: | Placement time: | Site: | Days: |
|---|---|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 | 0923 | Antecubital | less than 1 |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                                    Version 1 of 2

| Peripheral IV 09/02/18 Left Antecubital | 09/02/18 | 0030 | Antecubital | less than 1 |
| Urethral Catheter Latex 16 Fr. | 09/02/18 | 0230 | Latex | less than 1 |

**General Appearance:**[TG.1]  alert[TG.2]

**Mental status:**[TG.1] alert, oriented to person, place, and time[TG.2]

**Neuro:**[TG.1] normal muscle tone, no tremors, strength 5/5[TG.2]

**HEENT:**[TG.1] ENT exam normal, no neck nodes or sinus tenderness[TG.2]

**Neck:**[TG.1] supple, no significant adenopathy[TG.2]

**Lungs:**[TG.1] clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry[TG.2]

**Cardiac:**[TG.1] sinus tachycardia[TG.2]

**Abdomen:**[TG.1] soft, tender to palpation in epigastrium (the worst), no rebound, no guarding[TG.2]

**Extremities:**[TG.1] peripheral pulses normal, no pedal edema, no clubbing or cyanosis[TG.2]

**Skin:**[TG.1] normal coloration and turgor, no rashes, no suspicious skin lesions noted[TG.2]

**Other**:

**Labs:**

**CBC:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| WBC | 16.8* | 18.3* | 8.9 |
| RBC | 5.18* | 5.60* | 4.92 |
| Hemoglobin | 11.7* | 12.5 | 11.4* |
| Hematocrit | 38.1 | 41.0 | 35.1* |
| MCV | 74* | 73* | 71* |
| PLT CT | 190 | 239 | 221 |

**Chemistry:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 1 of 2

| | | | |
|---|---|---|---|
| Sodium | 136 | 138 | 137 |
| Potassium | 4.6 | 3.6 | 3.8 |
| Chloride | 109 | 107 | 106 |
| CO2 | 15.4* | 19.5* | 20.8 |
| BUN | 9 | 10 | 7 |
| Creatinine | 0.81 | 0.84 | 0.80 |
| Glucose | 196* | 195* | 139* |
| Calcium | 7.3* | 8.6 | 9.5 |

**LFTs:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| ALT | 86* | 99* | 133* |
| AST (SGOT) | 44* | 49* | 87* |
| Bilirubin, Total | 0.9 | 0.9 | 1.1 |
| Bilirubin, Direct | -- | 0.5* | -- |
| Albumin | 2.6* | 2.9* | 3.8 |
| Alkaline Phosphatase | 69 | 81 | 84 |

**Cardiac Enzymes:**
**Coags:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 |
|---|---|---|
| PT INR | 1.2 | 1.2 |
| PT | 11.6* | 11.6* |

**POC Glucose:**No results for input(s): POCGLU in the last 72 hours.
**ABG:**

**Radiology / Imaging:**

Imaging personally reviewed by me, including[TG.1] Chest CT and Abdominal/Pelvic CT[TG.2]

**Attestation & Billing:**

Patient's condition and plan discussed with:[TG.1] patient, referring provider and bedside nurse[TG.2]

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently. I managed/supervised life or organ supporting interventions that required frequent physician assessments. I devoted my full attention in the ICU to the direct care of this patient for this period of time.

Any critical care time was performed today and is exclusive of teaching, billable procedures, and not overlapping with any other providers.


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**       Version 1 of 2

**Billing Level:**[TG.1] Level 2 Initial 99222[TG.2]

Signed by: Terral C Goode, MD
cc:Sheetz, Michele M, FNP[TG.1]

    Attribution Key

     TG.1 - Goode, Terral C, MD on 9/2/2018  6:52 AM
     TG.2 - Goode, Terral C, MD on 9/2/2018  7:33 AM

---

**Consults by Friend, Shaina R, RN at 9/11/2018  2:03 PM**       Version 1 of 1

Author:  Friend, Shaina R, RN    Service:  (none)    Author Type:  Registered Nurse
Filed:  9/11/2018  2:03 PM    Date of Service:  9/11/2018  2:03 PM    Creation Time:  9/11/2018  1:10 PM
Status:  Signed    Editor:  Friend, Shaina R, RN (Registered Nurse)
Consult Orders:
   1. Consult Vas Access Team for Placement [472123899] ordered by Lafalce, Christian Anthony, MD at 09/11/18 0751

### Peripherally Inserted Central Catheter (PICC) PROCEDURE NOTE



**PICC Catheter**

SMITH,DORIS D ALAQUE
9/11/2018

**INDICATIONS:**[SF.1] Vesicants[SF.2]

**CONSENT:** The procedure, risks, benefits and alternatives were discussed with the[SF.1] family[SF.2].  All questions were answered, and informed written consent was obtained from the[SF.1] family[SF.2].  Informed consent and Procedure Boarding Pass were completed.

**Catheter Type:**[SF.1] Power picc 5f triple lumen[SF.2]
**Insertion Site (vein):**[SF.1]Right Brachial[SF.2]
**Total Length:**[SF.1] 38[SF.2] cm
**Internal Length:**[SF.1] 38[SF.2] cm
**External Length:**[SF.1] 0[SF.2] cm
**UAC:**[SF.1] 45[SF.2] cm

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Friend, Shaina R, RN at 9/11/2018  2:03 PM (continued)**          Version 1 of 1

**PICC Kit Lot #:**[SF.1] RECR 0880[SF.2]

**PICC inserted by:** [SF.1] **N Swisher RN VAS**[SF.2]

### PROCEDURE DETAILS:

Ultrasound was used to confirm patency of the[SF.1] Right Brachial[SF.2] vein prior to obtaining venous access. The area to be punctured was cleansed with chlorhexidine 2% for more than 30 seconds and the site draped using maximal sterile barrier precautions.

After 1% lidocaine injected followed by puncture of the[SF.1] Right Brachial[SF.2] with a 21-gauge single-wall needle under direct sonographic guidance. Guidewire was advanced and the needle was removed and a peel-away sheath was placed. The catheter was then trimmed and advanced through the peel-away sheath using electronic navigation.  The sheath was removed, brisk blood return confirmed, the catheter was flushed with normal saline and capped.

Maximal sterile barrier was used: cap, mask, sterile gloves, sterile gown and body drape.  All guide wires were removed with tip intact by visual inspection.  The catheter was stabilized on the skin using a securement device.  Antimicrobial disc and sterile transparent occlusive dressing applied using aseptic technique.

Patient[SF.1] did[SF.2] tolerate procedure well.

### FINDINGS/CONCLUSIONS:

No signs of bleeding or symptoms of nerve irritation noted.
Final tip location was confirmed utilizing[SF.1] ECG tip confirmation[SF.2].

**PICC is ready for use**
PICC education / instructions provided to[SF.1] family[SF.2].

### CATHETER CARE

#### Dressing Changes:

A Sterile dressing change is indicated at least once every seven (7)  days or if otherwise indicated.

Assess the dressing more frequently in the first 24 hours for accumulation of blood, fluid, or moisture beneath the dressing.

Periodically confirm catheter placement, patency, and security of dressing.

#### Securement Device:

Statlock Stabilization Device must remain in place for the duration of the catheter and to be replaced at least once every seven (7) days in accordance with a sterile dressing change, or if otherwise indicated.

#### Removable Caps:

This institution uses removable caps on the tips of each lumen. Each cap must be changed at least once every

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Friend, Shaina R, RN at 9/11/2018  2:03 PM (continued)**                    Version 1 of 1

seven (7) days in accordance with a sterile dressing change, or if otherwise indicated.

**Flushing:**

Administer a brisk pulsatile flush using a 10mL syringe of 0.9% normal saline at least once every twelve (12)
hours or before/after catheter use. In addition, administer Heparin (10unit/mL) flush 3-5mL syringe once every
twenty-four (24) hours after normal saline flush. [SF.1]

Attribution Key

SF.1 - Friend, Shaina R, RN on 9/11/2018  1:10 PM
SF.2 - Friend, Shaina R, RN on 9/11/2018  1:54 PM

**Consults by Gaydos, Rachel L, RD at 9/8/2018 11:33 AM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Gaydos, Rachel L, RD | Service:  Nutrition | Author Type:  Registered Dietitian |
| Filed:  9/8/2018 11:34 AM | Date of Service:  9/8/2018 11:33 AM | Creation Time:  9/8/2018 11:33 AM |
| Status:  Signed | Editor:  Gaydos, Rachel L, RD (Registered Dietitian) | |

Consult Orders:
1. Inpatient consult to Nutrition [471676814] ordered by Goode, Terral C, MD at 09/08/18 0825

**Nutrition Note:**

Consulted to start trickle feeds. Vital HP @ 10ml/hr ordered. RD to follow for tolerance.[RG.1]

Rachel L Gaydos[RG.2], RD, CNSC[RG.1]
9/8/2018
11:34 AM[RG.2]

Attribution Key

RG.1 - Gaydos, Rachel L, RD on 8/8/2018 11:33 AM
RG.2 - Gaydos, Rachel L, RD on 8/8/2018 11:34 AM

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**                    Version 6 of 6

| | | |
|---|---|---|
| Author:  Huffman, Grace B, MD | Service:  Palliative Care | Author Type:  Physician |
| Filed:  9/5/2018  8:34 AM | Date of Service:  9/4/2018  1:36 PM | Creation Time:  9/4/2018  1:36 PM |
| Status:  Addendum | Editor:  Huffman, Grace B, MD (Physician) | |

Related Notes:  Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  7:26 AM

Consult Orders:
1. Palliative Care Consult [470810194] ordered by Bouder, Thomas Glen, MD at 09/03/18 2148

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                              Version 6 of 6

**Patient Name:**[GH.1] SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1] Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team:** Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service:** Palliative Medicine
**Reason for Consult:** ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

## Assessment & Recommendations

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
     ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liver[GH.3]

**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1] Full Code[GH.2]
     Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not at this time.[GH.1]

**Surrogate:**[GH.3] I[GH.4]t appears that pt's oldest son, Nareem (age 20) w[GH.3]ould[GH.4] be default decision-maker under Virginia's Comprehensive Health Care Decisions Act.[GH.3]
**However, by report, pt has consistently identified (during this hospitalization) that her sister, Cassandra, would be her surrogate** (and Cassandra reports that she has been signing consents, etc.). It does not appear that pt has yet signed any documents to this effect. Sister has been very attentive to her nephews and including them in all updates; she does not feel that there is any conflict amongst family members.[GH.4]
**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                Version 6 of 6

Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

### History of Present Illness

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] ("Dee Dee")[GH.5] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.[GH.3]

**ADLs** prior to admission**:**

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    *Version 6 of 6*

| Review of Systems[GH.1] |
|---|

Review of Systems
<span style="color:red">Unable to perform ROS: Critical illness[GH.3]</span>

| Past Medical and Surgical History[GH.1] |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

| Social History[GH.1] |
|---|

**History**

| Smoking Status |
|---|
| • Never Smoker |
| Smokeless Tobacco |
| • Never Used |

**History**

| Alcohol Use |
|---|
| • Yes |

    *Comment: occas*

**History**

| Drug Use | No[GH.2] |
|---|---|

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]
**Family:**[GH.1] 6[GH.6] sibs, 3 children[GH.3] (Jerome "Tae" (20), Naieem (15), Sirod (11))[GH.7], numerous[GH.3] aunts, uncles, etc.[GH.6]
**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]
**Spirituality** (faith & importance, community, assessment/issues):[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]
**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] <u>Extended Emergency Contact Information</u>



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                          Version 6 of 6

Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
  Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications:**[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**          Version 6 of 6

### Allergies[GH.1]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

### Physical Exam[GH.1]

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m$^2$[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

### Labs / Radiology

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**    Version 6 of 6

| | |
|---|---|
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent **60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.**[GH.1]
1145a-1245p[GH.8]

Attribution Key

GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
GH.4 - Huffman, Grace B, MD on 9/5/2018  7:22 AM
GH.5 - Huffman, Grace B, MD on 9/5/2018  6:55 AM
GH.6 - Huffman, Grace B, MD on 9/5/2018  7:25 AM
GH.7 - Huffman, Grace B, MD on 9/5/2018  8:29 AM
GH.8 - Huffman, Grace B, MD on 9/4/2018  1:36 PM

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**    Version 5 of 6


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 5 of 6

| | | |
|---|---|---|
| Author: **Huffman, Grace B, MD** | Service: **Palliative Care** | Author Type: **Physician** |
| Filed: **9/5/2018 7:26 AM** | Date of Service: **9/4/2018 1:36 PM** | Creation Time: **9/4/2018 1:36 PM** |
| Status: **Addendum** | Editor: **Huffman, Grace B, MD (Physician)** | |

Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018  8:34 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  7:25 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]
**Patient Name:**[GH.1] SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1]  Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

<div align="center">

**Assessment & Recommendations**

</div>

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
      ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liver[GH.3]

**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1]  Full Code[GH.2]
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not at this time.[GH.1]

**Surrogate:**[GH.3] I[GH.4]t appears that pt's oldest son, Nareem (age 20) w[GH.3]ould[GH.4] be default decision-maker under Virginia's Comprehensive Health Care Decisions Act.[GH.3]
**However, by report, pt has consistently identified (during this hospitalization) that her sister, Cassandra, would be her surrogate** (and Cassandra reports that she has been signing consents, etc.). It does not appear that pt has yet signed any documents to this effect. Sister has been very attentive to her nephews and including them in all updates; she does not feel that there is any conflict amongst family members.[GH.4]
**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**          Version 5 of 6

-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

### History of Present Illness

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] ("Dee Dee")[GH.5] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma. Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.[GH.3]

**ADLs** prior to admission:

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                         Version 5 of 6

| | | | |
|---|---|---|---|
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
    **Advanced Directives:**
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

| Review of Systems[GH.1] |
|---|

Review of Systems
Unable to perform ROS: Critical illness[GH.3]

| Past Medical and Surgical History[GH.1] |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

| Social History[GH.1] |
|---|

**History**

| Smoking Status |
|---|
| • Never Smoker |

| Smokeless Tobacco |
|---|
| • Never Used |

**History**

| Alcohol Use |
|---|
| • Yes |

        *Comment: occas*

**History**

| Drug Use | No[GH.2] |
|---|---|

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                    Version 5 of 6

**Family:**[GH.1] 6[GH.6] sibs, 3 children, numerous[GH.3] aunts, uncles, etc.[GH.6]
**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]
**Spirituality** (faith & importance, community, assessment/issues)**:**[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]
**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
   Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications:**[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin | | Does not apply | See Admin |



ValleyHealth
Healthier, together.

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)** Version 5 of 6

| | |
|---|---|
| therapy placeholder | Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]

### Allergies[GH.1]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

### Physical Exam[GH.1]

BP (!) 77/48 | Pulse (!) 128 | Temp 99 °F (37.2 °C) | Resp (!) 26 | Ht 1.549 m (5' 1") | Wt 109.1 kg (240 lb 8 oz) | LMP 08/15/2018 | SpO2 93% | BMI 45.44 kg/m²[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

### Labs / Radiology

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 |
|---|---|

Generated on 12/27/18 1:55 PM Page 108



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 5 of 6

| | 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.[GH.1]
1145a-1245p[GH.7]

Attribution Key

   GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
   GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
   GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
   GH.4 - Huffman, Grace B, MD on 9/5/2018  7:22 AM
   GH.5 - Huffman, Grace B, MD on 9/5/2018  6:55 AM
   GH.6 - Huffman, Grace B, MD on 9/5/2018  7:25 AM
   GH.7 - Huffman, Grace B, MD on 9/4/2018  1:36 PM



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

| Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued) | Version 5 of 6 |
|---|---|

| Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM | Version 4 of 6 |
|---|---|

Author: Huffman, Grace B, MD      Service: Palliative Care      Author Type: Physician
Filed: 9/5/2018 7:25 AM      Date of Service: 9/4/2018 1:36 PM      Creation Time: 9/4/2018 1:36 PM
Status: Addendum      Editor: Huffman, Grace B, MD (Physician)
Related Notes: Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018 7:26 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018 6:55 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**
**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]
**Patient Name:**[GH.1] SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1] Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara
Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
*Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of
life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

**Assessment & Recommendations**

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
     ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liver[GH.3]

**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1]  Full Code[GH.2]
     Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not
at this time.[GH.1]

**Surrogate:**[GH.3] I[GH.4]t appears that pt's oldest son, Nareem (age 20) w[GH.3]ould[GH.4] be
default decision-maker under Virginia's Comprehensive Health Care Decisions Act.[GH.3]
**However, by report, pt has consistently identified (during this hospitalization) that
her sister, Cassandra, would be her surrogate** (and Cassandra reports that she has
been signing consents, etc.). It does not appear that pt has yet signed any documents to
this effect. Sister has been very attentive to her nephews and including them in all

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                    Version 4 of 6

updates; she does not feel that there is any conflict amongst family members.[GH.4]
**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

### History of Present Illness

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] ("Dee Dee")[GH.5] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.) Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements. ECMO started.[GH.3]

**ADLs** prior to admission:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 4 of 6

| | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
  **Advanced Directives:**
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

| Review of Systems[GH.3] |
|---|

Review of Systems
Unable to perform ROS: Critical illness[GH.3]

| Past Medical and Surgical History[GH.3] |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

| Social History[GH.1] |
|---|

**History**

Smoking Status
• Never Smoker

Smokeless Tobacco
• Never Used

**History**

Alcohol Use
• Yes
    *Comment: occas*

**History**

Drug Use                                                                        No[GH.2]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**      Version 4 of 6

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]
**Family:**[GH.1] 5 sibs, 3 children, numerous others[GH.3]
**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]
**Spirituality** (faith & importance, community, assessment/issues):[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]
**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
   Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications**:[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 4 of 6

| | | | |
|---|---|---|---|
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]

| **Allergies**[GH.4] |
|---|

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

| **Physical Exam**[GH.6] |
|---|

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m2[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

| **Labs / Radiology** |
|---|

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**          Version 4 of 6

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.[GH.1]
1145a-1245p[GH.6]

---

Attribution Key
    GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
    GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
    GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
    GH.4 - Huffman, Grace B, MD on 9/5/2018  7:22 AM
    GH.5 - Huffman, Grace B, MD on 9/5/2018  6:55 AM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                     Version 4 of 6
   GH.6 - Huffman, Grace B, MD on 9/4/2018  1:36 PM


**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**                                 Version 3 of 6

| | | |
|---|---|---|
| Author: **Huffman, Grace B, MD** | Service: **Palliative Care** | Author Type: **Physician** |
| Filed: 9/5/2018  6:55 AM | Date of Service: 9/4/2018  1:36 PM | Creation Time: 9/4/2018  1:36 PM |
| Status: Addendum | Editor: Huffman, Grace B, MD (Physician) | |

   Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018  7:25 AM
   Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:53 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]
**Patient Name:**[GH.1]  SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1]  Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

**Assessment & Recommendations**

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
      ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liver[GH.3]


**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1] Full Code[GH.2]
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not at this time.[GH.1]


**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem (age 20) will be default decision-maker under Virginia's Comprehensive Health Care Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister, Cassandra.[GH.3]

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)                Version 3 of 6

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the
two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course
progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN
Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative
Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

### History of Present Illness

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] ("Dee Dee")[GH.4] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1
wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and
poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was
negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually
was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began
c/o increased abdominal and then chest pain. CT abd with contrast showed extensive
superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult;
surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S
(for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy
menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain.
Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly
thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by
anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for
emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric
ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor
requirements.  ECMO started.[GH.3]

**ADLs** prior to admission:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                     Version 3 of 6

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

---

**Review of Systems**[GH.1]

Review of Systems
Unable to perform ROS: Critical illness[GH.3]

---

**Past Medical and Surgical History**[GH.1]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

---

**Social History**[GH.1]

**History**

Smoking Status
• Never Smoker

Smokeless Tobacco
• Never Used

**History**

Alcohol Use
• Yes
       Comment: occas

**History**

Drug Use                                                                       No[GH.2]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                                    Version 3 of 6

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]
**Family:**[GH.1] 5 sibs, 3 children, numerous others[GH.3]
**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]
**Spirituality** (faith & importance, community, assessment/issues):[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]
**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
   Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications:**[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 3 of 6

| | | | |
|---|---|---|---|
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]

### Allergies[GH.6]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

### Physical Exam[GH.6]

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m2[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

### Labs / Radiology

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**          Version 3 of 6

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.[GH.1]
1145a-1245p[GH.5]

---

Attribution Key

GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
GH.4 - Huffman, Grace B, MD on 9/5/2018  6:55 AM
GH.5 - Huffman, Grace B, MD on 9/4/2018  1:36 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**         Version 3 of 6

---

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**         Version 2 of 6

Author:  **Huffman, Grace B, MD**          Service:  **Palliative Care**          Author Type:  **Physician**
Filed:  **9/5/2018  6:53 AM**          Date of Service:  **9/4/2018  1:36 PM**          Creation Time:  **9/4/2018  1:36 PM**
Status:  **Addendum**          Editor:  **Huffman, Grace B, MD (Physician)**
Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:55 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:53 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**
**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]
**Patient Name:**[GH.1] SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1]  Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
*Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

<div style="background-color:#e8495c; text-align:center;">**Assessment & Recommendations**</div>

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
    ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liver[GH.3]

**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1]  Full Code[GH.2]
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not at this time.[GH.1]

**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem (age 20) will be default decision-maker under Virginia's Comprehensive Health Care Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister, Cassandra.[GH.3]

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**   Version 2 of 6

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

| History of Present Illness |
|---|

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.[GH.3]

**ADLs** prior to admission:

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                                         Version 2 of 6

| | | | |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
**Advanced Directives:**
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

### Review of Systems[GH.1]

Review of Systems
Unable to perform ROS: Critical illness[GH.3]

### Past Medical and Surgical History[GH.1]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

### Social History[GH.1]

**History**

| Smoking Status | |
|---|---|
| • Never Smoker | |
| Smokeless Tobacco | |
| • Never Used | |

**History**

| Alcohol Use | |
|---|---|
| • Yes | |
| *Comment: occas* | |

**History**

| Drug Use | No[GH.2] |
|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                    Version 2 of 6

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]
**Family:**[GH.1] 5 sibs, 3 children, numerous others[GH.3]
**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]
**Spirituality** (faith & importance, community, assessment/issues):[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]
**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
    Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications:**[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 | Intravenous | Q12H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 2 of 6

|  | mg |  |  |
|---|---|---|---|
| • vancomycin therapy placeholder |  | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]

## Allergies[GH.3]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

## Physical Exam[GH.3]

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m2[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

## Labs / Radiology

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    *Version 2 of 6*

**Recent Labs**

| Lab | 09/04/18 1048 |
|-----|---------------|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|-----|---------------|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent **60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.**[GH.1]
1145a-1245p[GH.4]

Attribution Key

GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
GH.4 - Huffman, Grace B, MD on 9/4/2018  1:36 PM



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)** — Version 2 of 6

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM** — Version 1 of 6

Author: Huffman, Grace B, MD    Service: Palliative Care    Author Type: Physician
Filed: 9/5/2018 6:53 AM    Date of Service: 9/4/2018 1:36 PM    Creation Time: 9/4/2018 1:36 PM
Status: Signed    Editor: Huffman, Grace B, MD (Physician)
Related Notes: Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018 6:53 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:**[GH.1] 09/04/18 2:43 PM[GH.2]
**Patient Name:**[GH.1] SMITH,DORIS D ALAQUE[GH.2]
**Referring Physician:**[GH.1]  Hutchens, William Thomas*[GH.2]
**Primary Care Physician:**[GH.1] Sheetz, Michele M, FNP[GH.2]
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara
Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of
life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

### Assessment & Recommendations

**Impression / Assessment**:
1. Respiratory failure on VV ECMO[GH.1]
    ARDS / TRALI / aspiration[GH.3]
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4.[GH.1] Shock liveer[GH.3]

**Recommendations:**
All intensive care and ECMO mgmt by[GH.1] ECMO team.[GH.3]
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**[GH.1] Full Code[GH.2]
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not
at this time.[GH.1]

**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem
(age 20) will be default decision-maker under Virginia's Comprehensive Health Care
Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister,
Cassandra.[GH.3]

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 1 of 6

two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.[GH.1]

**Grace B Huffman, MD**[GH.2]
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

| History of Present Illness |
|---|

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a[GH.1] 39 y.o. female[GH.2] admitted[GH.1] 9/1/2018[GH.2] with[GH.1] ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.[GH.3]

**ADLs** prior to admission**:**

| | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**      Version 1 of 6

| | | | |
|---|---|---|---|
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

<div align="center" style="background:#4a90d9;color:white">

**Review of Systems**[GH.1]
</div>

Review of Systems
Unable to perform ROS: Critical illness[GH.3]

<div align="center" style="background:#4a90d9;color:white">

**Past Medical and Surgical History**[GH.1]
</div>

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[GH.2] | |

<div align="center" style="background:#4a90d9;color:white">

**Social History**[GH.1]
</div>

**History**

Smoking Status
• Never Smoker
Smokeless Tobacco
• Never Used

**History**

Alcohol Use
• Yes
    *Comment: occas*

**History**

Drug Use                                                                  No[GH.2]

**Marital Status:**[GH.1] single[GH.3]
**Lives with:**[GH.1] 2 younger sons[GH.3]
**Family:**[GH.1] 5 sibs, 3 children, numerous others[GH.3]

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 1 of 6

**Occupation:**[GH.1] unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)[GH.3]

**Spirituality** (faith & importance, community, assessment/issues)**:**[GH.1] pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.[GH.3]

**What gives meaning to the patient?**[GH.1] "she's all about her kids," as per pt's sister.[GH.3]

**Emergency contact listed:**[GH.1] Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None[GH.2]
   Health-care power of attorney:[GH.1] none appointed[GH.3]

| Family History[GH.1] |
|---|

History reviewed. No pertinent family history.[GH.2]

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)[GH.3]

| Medications |
|---|

**Medications:**[GH.1]
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy | | Does not apply | See Admin Instructions |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)** <span style="float:right">Version 1 of 6</span>

placeholder

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)[GH.2]

| Allergies[GH.1] |
|---|

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[GH.2] |

| Physical Exam[GH.1] |
|---|

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m2[GH.2]

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.[GH.3]

| Labs / Radiology |
|---|

**Lab and diagnostics:** reviewed.[GH.1]

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                                   Version 1 of 6

| | |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351*[GH.2] |

| Eval / Mgmt / Counseling Time |
|---|

 **I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.**[GH.1]
1145a-1245p[GH.4]

Attribution Key

GH.1 - Huffman, Grace B, MD on 9/4/2018  2:42 PM
GH.2 - Huffman, Grace B, MD on 9/4/2018  2:43 PM
GH.3 - Huffman, Grace B, MD on 9/5/2018  6:09 AM
GH.4 - Huffman, Grace B, MD on 9/4/2018  1:36 PM

**Consults by Barnhart, Lori, BSW at 9/4/2018  4:01 PM**                                   Version 1 of 1

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Barnhart, Lori, BSW at 9/4/2018 4:01 PM (continued)**                                  Version 1 of 1

| | | |
|---|---|---|
| Author: Barnhart, Lori, BSW | Service: Case Management/Social Work | Author Type: Social Worker |
| Filed: 9/4/2018 4:02 PM | Date of Service: 9/4/2018 4:01 PM | Creation Time: 9/4/2018 4:01 PM |
| Status: Signed | Editor: Barnhart, Lori, BSW (Social Worker) | |

Consult Orders:

1. Consult to Case Management/Social Work [470810195] ordered by Bouder, Thomas Glen, MD at 09/03/18 2148

SW contacted RNCM regarding consult.  RNCM advises that she is handling this consult and at this time SW is not needed.  SW will continue to follow and will assist as needed until discharge.

Lori Barnhart, BSW
Medical Social Worker
540-536-7920[LB.1]

---

Attribution Key

LB.1 - Barnhart, Lori, BSW on 9/4/2018 4:01 PM

---

**Consults by Bouder, Thomas Glen, MD at 9/3/2018 9:56 PM**                                  Version 3 of 3

| | | |
|---|---|---|
| Author: Bouder, Thomas Glen, MD | Service: Surgery | Author Type: Physician |
| Filed: 9/3/2018 10:05 PM | Date of Service: 9/3/2018 9:56 PM | Creation Time: 9/3/2018 9:56 PM |
| Status: Addendum | Editor: Bouder, Thomas Glen, MD (Physician) | |
| Related Notes: Original Note by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:04 PM | | |

### Consultation Note

@DATE@

**Requesting Physician:** Dr. Hutchens

**Patient Name:** Smith, Doris  20012296

**Patient Location:** 3546

**Reason for Consultation:** ECMO

### History

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI. Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)        Version 3 of 3

CXR shows ARDS pattern.[TB.1] Acidosis has produced an unstable hemodynamic state and she is presently in shock on levophed[TB.2]

**Medications**

Reviewed

**Assessment**

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

**Plan**

VV ECMO
Discussed with Dr Kofsky and bedside team.[TB.1]

CC time  = 35 minutes[TB.2]

**Signed By:**[TB.1] Thomas Glen Bouder[TB.3]

Attribution Key

TB.1 - Bouder, Thomas Glen, MD on 9/3/2018  9:56 PM
TB.2 - Bouder, Thomas Glen, MD on 9/3/2018 10:04 PM
TB.3 - Bouder, Thomas Glen, MD on 9/3/2018  9:57 PM

Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM        Version 2 of 3

Author: Bouder, Thomas Glen, MD        Service: Surgery        Author Type: Physician
Filed: 9/3/2018 10:04 PM        Date of Service: 9/3/2018  9:56 PM        Creation Time: 9/3/2018  9:56 PM
Status: Addendum        Editor: Bouder, Thomas Glen, MD (Physician)
Related Notes: Addendum by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:05 PM
Original Note by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:03 PM

**Consultation Note**

@DATE@

**Requesting Physician:** Dr. Hutchens

**Patient Name:** Smith, Doris  20012296

**Patient Location:** 3546

**Reason for Consultation:** ECMO



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)                          Version 2 of 3

| History |
|---|

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI. Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2
CXR shows ARDS pattern.

| Medications |
|---|

Reviewed

| Assessment |
|---|

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

| Plan |
|---|

VV ECMO
Discussed with Dr Kofsky and bedside team.[TB.1]

CC time  = 35 minutes[TB.2]

**Signed By:**[TB.1] Thomas Glen Bouder[TB.3]

Attribution Key
TB.1 - Bouder, Thomas Glen, MD on 9/3/2018  9:56 PM
TB.2 - Bouder, Thomas Glen, MD on 9/3/2018 10:04 PM
TB.3 - Bouder, Thomas Glen, MD on 9/3/2018  9:57 PM

Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM                          Version 1 of 3

| Author: **Bouder, Thomas Glen, MD** | Service: **Surgery** | Author Type: **Physician** |
|---|---|---|
| Filed: 9/3/2018 10:03 PM | Date of Service: 9/3/2018  9:56 PM | Creation Time: 9/3/2018  9:56 PM |
| Status: Signed | Editor: Bouder, Thomas Glen, MD (Physician) | |

Related Notes: Addendum by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:04 PM

| Consultation Note |
|---|

@DATE@


**Requesting Physician:** Dr. Hutchens

**Patient Name:** Smith, Doris  20012296

**Patient Location:** 3546



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)**                Version 1 of 3

**Reason for Consultation:** ECMO

| History |
|---|

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI. Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2
CXR shows ARDS pattern.

| Medications |
|---|

Reviewed

| Assessment |
|---|

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

| Plan |
|---|

VV ECMO
Discussed with Dr Kofsky and bedside team.

**Signed By:**[TB.1] Thomas Glen Bouder[TB.2]

Attribution Key
  TB.1 - Bouder, Thomas Glen, MD on 9/3/2018  9:56 PM
  TB.2 - Bouder, Thomas Glen, MD on 9/3/2018  9:57 PM

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM**                Version 1 of 1

| | | |
|---|---|---|
| Author:  Swisher, Nadine O, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/3/2018  4:41 PM | Date of Service:  9/3/2018  4:40 PM | Creation Time:  9/3/2018  4:40 PM |
| Status:  Signed | Editor:  Swisher, Nadine O, RN (Registered Nurse) | |

  Consult Orders:
    1. Consult Vas Access Team for Placement [470746149] ordered by Eidberger, Andrew J, PA at 09/03/18 1406

**BARD PowerGlide Midline:**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM (continued)**            Version 1 of 1




SMITH,DORIS D ALAQUE
9/3/2018

Ultrasound was used to confirm patency of the Left Basilic vein prior to obtaining venous access. The area to be punctured was cleansed with chlorhexidine 2% for more than 30 seconds and the site draped using fenestrated drape using sterile precautions.

A sterile cover was sheathed to the Ultrasound probe**.** The vessel was then revisualized prior to puncture of the vessel with a BARD PowerGlide needle under direct sonographic guidance and inserted per manufacturer guidelines. The catheter was flushed with normal saline to confirm brisk blood return  via capped extension tubing. The catheter was stabilized on the skin using a securement device and a sterile transparent occlusive dressing applied using sterile technique.

Patient did tolerate procedure well.

**Insertion Site (vein):** Left Basilic
**Catheter Type:** Powerglide
**Catheter Gauge**: 18 G
**Total Length:** 10 cm

**Powerglide Kit Lot #:** REAW1279

**Powerglide inserted by:** Nadine Swisher, RN VAS

**FINDINGS/CONCLUSIONS:**
No signs or symptoms of related complications.


**Powerglide is ready for use**
Powerglide education / instructions provided to primary RN.


<div align="center">

**Powerglide Care:**

**Dressing Changes**
</div>

- A Sterile dressing change is indicated at least once every seven (7)  days or if otherwise indicated.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM (continued)**                    Version 1 of 1

- Assess the dressing more frequently in the first 24 hours for accumulation of blood, fluid, or moisture beneath the dressing.

- Periodically confirm catheter placement, patency, and security of dressing.

### Securement Device
Statlock Stabilization Device must remain in place for the duration of the catheter and to be replaced at least once every seven (7) days in accordance with a sterile dressing change.

### Extension Set
This institution uses extension sets with a non-removable cap. Thus, entire extension piece must be changed at least once **every four (4) days** or **96 hours**  in accordance with policy regarding changing caps.

### Flushing
- Administer a brisk pulsatile flush using a 10mL syringe of 0.9% normal saline at least once every twelve (12) hours or before/after catheter use.

- Heparin flush is not indicated in the maintenance of the catheter.

- Do not flush against resistance.

- **Blood return is often better with a larger gauge catheter, but is <u>NOT GUARANTEED</u>**.

- It depends on a patient's vasculature, the gauge of the catheter placed, and the effects of medications on the vessel.

- Cath-flo (Activase) declotting procedure is not indicated in a Powerglide. If it is determined the catheter is occluded with blood, the catheter is to be removed.

### Troubleshooting (Mechanical Occlusion)
- If unable to aspirate or flush catheter it is likely related to mechanical occlusion.

- Gently pull back on extension set and attempt aspiration simultaneously.  If able to aspirate while pulling back, a dressing change is indicated as the catheter is most likely kinked at the insertion site.

- This may have occurred due to patient movement, body habitus, or due to improper taping/ dressing application.

- Ensure Powerglide hub is properly secured in StatLock as they are designed to keep hub at an angle to prevent kinking at the insertion site. Do not tape the catheter hub flat to the skin or tape the extension set in a way that will tip the hub down.[NS.1]

Attribution Key
  NS.1 - Swisher, Nadine O, RN on 9/3/2018  4:40 PM



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM (continued)**                     Version 1 of 1

**Consults by Couvillon, Joseph, MD at 9/3/2018 12:16 PM**                                  Version 1 of 1

| Author: Couvillon, Joseph, MD | Service: Radiology | Author Type: Physician |
|---|---|---|
| Filed: 9/3/2018 12:22 PM | Date of Service: 9/3/2018 12:16 PM | Creation Time: 9/3/2018 12:16 PM |
| Status: Signed | Editor: Couvillon, Joseph, MD (Physician) | |

Consult Orders:
    1. Inpatient Consult to Interventional Radiology (WMC Only) [470673376] ordered by Kim, Hannah J, DO at
    09/03/18 0853

Ischemic bowel 2/t SMV thrombosis.

Vaginal bleeding 2/t menstruation. As such, did not feel UAE was necessary at this time.

Via transhepatic approach, mechanical thrombectomy of SMV thrombus performed via 6 Fr sheath.
Improved outflow/appearance compared to preprocedure.

As transvenous tPa lysis at that point would achieve little additonal benefit, selected the SMA to infuse tPa
via arterial approach over the next 12-24 hours via 4 Fr sheath right CFA.
Transhepatic venous sheath left in place to mitiigate bleeding on lytics

Surgery aware. Hopefully her ischemic bowel will improve to obviate or mitigate any impending
surgery/bowel loss.[JC.1]

Attribution Key
  JC.1 - Couvillon, Joseph, MD on 9/3/2018 12:16 PM

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM**                                    Version 1 of 1

| Author: Bukovac, Lisa A, DO | Service: OB LnD | Author Type: Physician |
|---|---|---|
| Filed: 9/3/2018 11:07 AM | Date of Service: 9/3/2018 11:00 AM | Creation Time: 9/3/2018 11:00 AM |
| Status: Signed | Editor: Bukovac, Lisa A, DO (Physician) | |

### CONSULTATION

    Date Time: 09/03/18 11:00 AM
    Patient Name: SMITH,DORIS D ALAQUE
    MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Hailesilasie, Dereje D, *

**Reason for Consultation:**
Uterine fibroid



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**    Version 1 of 1

**Assessment:**

1.  Small fundal uterine fibroid
2.  Heavy menstrual bleeding

**Plan:**

1.  Heavy menstrual bleeding is a chronic problem for this patient, doubt uterine fibroid as etiology
2.  Vaginal bleeding will continue while on Heparin
3.  Not a candidate for hormonal manipulation, could have a Mirena IUD placed as an outpatient for further management but should be done after endometrial biopsy is obtained to rule out hyperplasia as a causative agent of the abnormal bleeding
4.  Would consider D&C if the patient saturates 2 pads/hr for 2 consecutive hours, but not an ideal candidate because of the current anticoagulation status
5.  Recommend outpatient followup.
6.  Please call if the patient's bleeding increases or she suffers from symptomatic anemia

**History:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with the complaint of abdominal pain, ultimately diagnosed with superior mesenteric thrombosis.  Patient was started on Heparin and began to experience vaginal bleeding.  Patient is a 39 year old G4P3013.  Menstrual cycles are reported as being regularly times but very heavy for the past several years.  Patient's menstrual cycle began early this month due to heparin.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

Social History

| Social History | |
| --- | --- |
| • Marital status: | Single |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

**All Notes (continued)**

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                    Version 1 of 1

|  | |
|---|---|
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

**Social History Main Topics**

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
| *Comment: occas* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

**Other Topics**                                                               Concern
• Not on file

**Social History Narrative**
• No narrative on file

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

**Medications:**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • calcium chloride in 0.9 % sodium chloride 100 mL | 1,000 mg | Intravenous | Once |
| • fentaNYL | 1 patch | Transdermal | Once |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium phosphate | 30 mmol | Intravenous | Once |
| • scopolamine | 1 patch | Transdermal | Once |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**          Version 1 of 1

| | | | |
|---|---|---|---|
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

**Review of Systems:**

A comprehensive review of systems was: Negative except as noted in the HPI, all other systems reviewed and negative

**Physical Exam:**

Vitals:

| 09/03/18 0744 |
|---|

BP:
Pulse:
Resp:
Temp:        **(!) 101.1 °F (38.4 °C)**
SpO2:

Intake and Output Summary (Last 24 hours) at Date Time

Intake/Output Summary (Last 24 hours) at 09/03/18 1100
Last data filed at 09/03/18 0441

| | Gross per 24 hour |
|---|---|
| Intake | 200 ml |
| Output | 1900 ml |
| **Net** | -1700 ml |

General appearance - oriented to person, place, and time and overweight
Abdomen - tenderness noted bilateral upper quadrants of the abdomen
Extremities - no pedal edema noted

**Labs Reviewed:**

Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Urine Culture [470597015]** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/03/18 0933 |
| Narrative: | | | | |
| Specimen: Urine, Random | | | | |
| Collected: 09/02/2018 01:30 | | | | |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Status: Valued    Last Updated: 09/03/2018 09:33

Culture Result (Prelim)
  No Growth - Day 1, Reincubate

**Magnesium [470673359]**                                    Collected:  09/03/18 0422
Specimen:  Plasma                                            Updated:  09/03/18 0524
  **Magnesium**        1.6              mg/dL
**Phosphorus [470673361] (Abnormal)**                        Collected:  09/03/18 0422
Specimen:  Plasma                                            Updated:  09/03/18 0524
  **Phosphorus**       **1.7 (L)**      mg/dL
**Calcium, Ionized [470673343] (Abnormal)**                  Collected:  09/03/18 0422
Specimen:  Blood                                             Updated:  09/03/18 0507
  **Calcium,**         **4.11 (L)**     mg/dL
  **Ionized**
**Lactic Acid, Plasma [470673357] (Abnormal)**               Collected:  09/03/18 0422
Specimen:  Blood                                             Updated:  09/03/18 0507
  **Lactic acid**      **3.24 (HH)**    mMol/L
**Basic Metabolic Panel [470673351] (Abnormal)**             Collected:  09/03/18 0422
Specimen:  Plasma                                            Updated:  09/03/18 0505
  **Sodium**           137              mMol/L
  **Potassium**        3.8              mMol/L
  **Chloride**         107              mMol/L
  **CO2**              **18.1 (L)**     mMol/L
  **Calcium**          **8.2 (L)**      mg/dL
  **Glucose**          **125 (H)**      mg/dL
  **Creatinine**       0.79             mg/dL
  **BUN**              10               mg/dL
  **Anion Gap**        15.7             mMol/L
  **BUN/Creatinin**    12.7             Ratio
  **e Ratio**
  **EGFR**             109              mL/min/1.73m2
  **Osmolality**       **274 (L)**      mOsm/kg
  **Calc**
**CBC and differential [470673350] (Abnormal)**              Collected:  09/03/18 0422
Specimen:  Blood from Blood                                  Updated:  09/03/18 0451
  **WBC**              **17.8 (H)**     K/cmm
  **RBC**              4.53             M/cmm
  **Hemoglobin**       **10.5 (L)**     gm/dL
  **Hematocrit**       **33.3 (L)**     %
  **MCV**              **74 (L)**       fL
  **MCH**              **23 (L)**       pg
  **MCHC**             32               gm/dL
  **RDW**              **16.7 (H)**     %

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | PLT CT | 186 | K/cmm | |
| | MPV | **10.2 (H)** | fL | |
| | NEUTROPHIL % | **78.9 (H)** | % | |
| | Lymphocytes | **10.0 (L)** | % | |
| | Monocytes | 10.6 | % | |
| | Eosinophils % | 0.2 | % | |
| | Basophils % | 0.3 | % | |
| | Neutrophils Absolute | **14.0 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.8 | K/cmm | |
| | Monocytes Absolute | **1.9 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |

**APTT(Heparin Infusion Therapy) [470673342]  (Abnormal)**          Collected:  09/02/18 2251
Specimen:  Blood                                                    Updated:  09/02/18 2306

| | aPTT | **62.5 (H)** | sec | |
|---|---|---|---|---|

**Blood Culture - Venipuncture [470596988]**                        Collected:  09/02/18 0151
Specimen:  Blood                                                    Updated:  09/02/18 2109
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 01:51

  Status: Valued    Last Updated: 09/02/2018 21:08


  Culture Result (Prelim)
    No Growth To Date


**Blood Culture - Venipuncture [470596989]**                        Collected:  09/02/18 0202
Specimen:  Blood                                                    Updated:  09/02/18 2109
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued    Last Updated: 09/02/2018 21:08


  Culture Result (Prelim)
    No Growth To Date

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                        Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Protein C Antigen [470607516]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 1727 |
| **Protein C-Functional, Plasma [470607517]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 1727 |
| **Protein S, total and free [470607519]** | | | | Collected: 09/02/18 0413 |
| Specimen: Blood | | | | Updated: 09/02/18 1727 |
| **Factor 5 Leiden [470607518]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 1725 |
| **Cardiolipin Antibody [470607521]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 1725 |
| **APTT( Heparin Infusion Therapy) [470616090]  (Abnormal)** | | | | Collected: 09/02/18 1510 |
| Specimen: Blood | | | | Updated: 09/02/18 1529 |
| | **aPTT** | **63.9 (H)** | sec | |
| **IRON PROFILE [470616086]  (Abnormal)** | | | | Collected: 09/02/18 1440 |
| Specimen: Plasma | | | | Updated: 09/02/18 1513 |
| | **Iron** | **17.2 (L)** | mcg/dL | |
| | **Transferrin** | 203.0 | mg/dL | |
| | **TIBC** | 284 | ug/dL | |
| | **% Saturation** | **6 (L)** | % | |
| **Calcium, Ionized [470616084]  (Abnormal)** | | | | Collected: 09/02/18 1440 |
| Specimen: Blood | | | | Updated: 09/02/18 1458 |
| | **Calcium, Ionized** | **3.25 (L)** | mg/dL | |
| **i-Stat CG4 Arterial CartrlDge [470616094]  (Abnormal)** | | | | Collected: 09/02/18 1438 |
| Specimen: Arterial | | | | Updated: 09/02/18 1445 |
| | **pH, ISTAT** | 7.36 | | |
| | **PO2, ISTAT** | 100 | mm Hg | |
| | **BE, ISTAT** | **-7 (L)** | mMol/L | |
| | **HCO3, ISTAT** | **17.3 (L)** | mMol/L | |
| | **PCO2, ISTAT** | **30.7 (L)** | mm Hg | |
| | **O2 Sat, %, ISTAT** | 98 | % | |
| | **Room Number, ISTAT** | 324 | | |
| | **i-STAT Allen's Test** | Pass | | |
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 0.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **18 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 1.07 | mMol/L | |
| | **Operator,** | Operator: 2737 MYERS DUANE RT | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **ISTAT** | | | |
| **APTT [470616055]** **(Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Blood | | | | Updated: 09/02/18 1350 |
| | **aPTT** | **190.7 (HH)** | sec | |
| **Basic Metabolic Panel [470616054]** **(Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Plasma | | | | Updated: 09/02/18 1317 |
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | **3.0 (LL)** | mMol/L | |
| | **Chloride** | **112 (H)** | mMol/L | |
| | **CO2** | **17.6 (L)** | mMol/L | |
| | **Calcium** | **6.5 (L)** | mg/dL | |
| | **Glucose** | **192 (H)** | mg/dL | |
| | **Creatinine** | 0.75 | mg/dL | |
| | **BUN** | 9 | mg/dL | |
| | **Anion Gap** | 10.4 | mMol/L | |
| | **BUN/Creatinine Ratio** | 12.0 | Ratio | |
| | **EGFR** | 116 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 278 | mOsm/kg | |
| **Lactic Acid, Plasma [470616053]** **(Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Blood | | | | Updated: 09/02/18 1310 |
| | **Lactic acid** | **2.26 (HH)** | mMol/L | |
| **Blood Culture - Venipuncture [470616071]** | | | | Collected: 09/02/18 0850 |
| Specimen: Blood | | | | Updated: 09/02/18 1110 |
| Narrative: | | | | |

  Specimen: Blood
  Collected: 09/02/2018 08:50

  Status: Valued    Last Updated: 09/02/2018 11:09

  Culture Result (Prelim)
    Culture In Progress

Recent CBC[LB.1]
**Recent Labs**

| | 09/03/18 0422 |
|---|---|
| RBC | 4.53 |
| Hemoglobin | 10.5* |
| Hematocrit | 33.3* |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                    Version 1 of 1

| | |
|---|---|
| MCV | 74* |
| MCH | 23* |
| MCHC | 32 |
| RDW | 16.7* |
| MPV | 10.2*[LB.2] |

**Rads:**
Radiological Procedure reviewed:

Ultrasound:

Clinical History:
Reason For Exam: UTERINE FIBROID

Examination:
US PELVIS WITH TRANSVAGINAL

TECHNIQUE: Transabdominal and endovaginal ultrasound was performed and multiple grayscale sonographic images of the uterus and adnexa. Color flow and spectral Doppler interrogation of the ovaries was performed.

Comparison:
CT abdomen pelvis from 9/2/2018

Findings:
Uterus measures approximately 10.1 x 5.6 x 6.9 cm with endometrial stripe thickness of 7 mm. There is a subtle heterogeneous hypoechoic structure in measuring approximately 1.8 x 2 x 1.4 cm the uterine fundus. Free fluid is again noted in the pelvis.
Left ovary measures approximately 2.8 x 2.9 x 2.8 cm. Right ovary measures approximately 2.7 x 2.1 x 2.4 cm. Blood flow was documented in the ovaries with color flow and spectral waveforms.

IMPRESSION:
Heterogeneous focus in the uterus is consistent with fibroids. This correlates with the previous CT scan.

Moderate amount of free fluid is seen in the pelvis consistent with ascites is seen in the prior CT scan.
Signed by: Lisa A Bukovac, DO[LB.1]

Attribution Key
   LB.1 - Bukovac, Lisa A, DO on 9/3/2018 11:00 AM
   LB.2 - Bukovac, Lisa A, DO on 9/3/2018 11:06 AM

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

| Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM | Version 1 of 1 |
|---|---|

| Author: Jones, Matthew Page, MD | Service: Hematology | Author Type: Physician |
|---|---|---|
| Filed: 9/2/2018 1:34 PM | Date of Service: 9/2/2018 1:24 PM | Creation Time: 9/2/2018 1:24 PM |
| Status: Signed | Editor: Jones, Matthew Page, MD (Physician) | |

Consult Orders:

1. Inpatient consult to Hematology [470616052] ordered by Hailesilasie, Dereje D, MD at 09/02/18 0754

### MEDICAL ONCOLOGY/HEMATOLOGY CONSULTATION NOTE

**Date Time:**[MJ.1] 09/02/18 1:25 PM[MJ.2]
**Patient Name:**[MJ.1] SMITH,DORIS D ALAQUE[MJ.2]
**Attending Physician:**[MJ.1] Rahman, Mohammad A, MD[MJ.2]

**History of Present Illness:**[MJ.1]
Doris D Alaque Smith[MJ.2] is a[MJ.1] 39 y.o. female[MJ.2] who presents to the hospital with

Abdominal pain starting after eating several weeks ago that has persisted and caused significant diarrhea. In ED , CT done and mesenteric venous thrombosis found.

She has no prior history of thrombosis- venous or arterial. She has not used oral contraceptives. She does not smoke. Apparently her mother had TTP and died. Otherwise, she is not aware of a family history of any clotting disorder or a family history of cancer. She herself has no prior hx of cancer. She does not c/o constitutional problems such as weight loss. Prior to this, she was healthy except for elevated bp.

Today, she feels a little better as far as the pain goes. She works and has 3 children, 2 at home.

**Assessment:**
Hematology/Oncology Diagnosis:

Mesenteric venous thrombosis. My review of CT - question of pancreatic edema/inflammation?

**Plan:**
1. Agree with anti coagulation. Activities of natural anticoagulants in the setting of acute clot are often in the low range. Will need to recheck in the future once she is on stable anti coag regimen. Genetic tests (factor V mutation and prothrombin gene mutation) will not be affected by presence of active clot.

2. Check amylase and lipase. (ordered)

**Review of Systems:**

Pertinent above and per record review

**Past Medical History:**[MJ.1]

Past Medical History:

| Diagnosis | Date |
|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                    Version 1 of 1

- Hyperlipemia
- Hypertension[MJ.2]


**Past Surgical History:**[MJ.1]

Past Surgical History:

| Procedure | | Laterality | Date |
|---|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | | Right | |
| • ovarian cyst removed | | Right[MJ.2] | |


**Family History:**[MJ.1]

History reviewed. No pertinent family history.[MJ.2]


**Social History:**[MJ.1]

Social History

| Social History | | |
|---|---|---|
| • Marital status: | Single | |
|   Spouse name: | N/A | |
| • Number of children: | N/A | |
| • Years of education: | N/A | |

| Social History Main Topics | | |
|---|---|---|
| • Smoking status: | Never Smoker | |
| • Smokeless tobacco: | Never Used | |
| • Alcohol use | Yes | |
|   *Comment: occas* | | |
| • Drug use: | No | |
| • Sexual activity: | Not on file | |

| Other Topics | | Concern |
|---|---|---|
| • Not on file | | |

| Social History Narrative |
|---|
| • No narrative on file[MJ.2] |


**Allergies:**[MJ.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[MJ.2] |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                    Version 1 of 1

**Medications:**[MJ.1]

**Prescriptions Prior to Admission**

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth every morning. |
| • losartan-hydrochlorothiazide (HYZAAR) 100-25 MG per tablet | Take 1 tablet by mouth every morning.[MJ.2] |

**Physical Exam:**[MJ.1]

**Vitals:**

|  | 09/02/18 1135 |
|---|---|
| BP: | 124/90 |
| Pulse: | (!) 129 |
| Resp: | 17 |
| Temp: | 98.8 °F (37.1 °C) |
| SpO2: | 99%[MJ.2] |

Intake and Output Summary (Last 24 hours) at Date Time[MJ.1]

Intake/Output Summary (Last 24 hours) at 09/02/18 1325
Last data filed at 09/02/18 1300

|  | **Gross per 24 hour** |
|---|---|
| Intake | 100 ml |
| Output | 925 ml |
| **Net** | -825 ml[MJ.2] |

GENERAL:  Alert and Oriented.  NO acute distress
HEENT: No scleral icterus.  Cranial nerves symmetric.  No lymphadenopathy.  No thyromegaly.
CHEST: Clear to auscultation
COR:  RRR without murmer
ABDOMEN:  Soft and mildly tender with palpation, diffusely, but no rebound or guarding.  No organomegaly, mass or ascites.  Bowel sounds hypoactive
EXTREM:  No clubbing, cyanosis or edema.
LYMPHATIC:  No peripheral adenopathy
SKIN:  Warm and dry. NO pathologic rash or significant hemorrhagic lesions
NEURO:  Grossly non-focal

**PATHOLOGY DATA**:

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**     Version 1 of 1

Pathology was reviewed and is notable for:

**Specimens**
  None

**Labs:**[MJ.1]

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Basic Metabolic Panel [470616054]  (Abnormal)** | | | | Collected:  09/02/18 1240 |
| Specimen:  Plasma | | | | Updated:  09/02/18 1317 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.0 (LL) | mMol/L | |
| | Chloride | 112 (H) | mMol/L | |
| | CO2 | 17.6 (L) | mMol/L | |
| | Calcium | 6.5 (L) | mg/dL | |
| | Glucose | 192 (H) | mg/dL | |
| | Creatinine | 0.75 | mg/dL | |
| | BUN | 9 | mg/dL | |
| | Anion Gap | 10.4 | mMol/L | |
| | BUN/Creatinine Ratio | 12.0 | Ratio | |
| | EGFR | 116 | mL/min/1.73m2 | |
| | Osmolality Calc | 278 | mOsm/kg | |
| **Lactic Acid, Plasma [470616053]  (Abnormal)** | | | | Collected:  09/02/18 1240 |
| Specimen:  Blood | | | | Updated:  09/02/18 1310 |
| | Lactic acid | 2.26 (HH) | mMol/L | |
| **APTT [470616055]** | | | | Collected:  09/02/18 1240 |
| Specimen:  Blood | | | | Updated:  09/02/18 1247 |
| **Blood Culture - Venipuncture [470616071]** | | | | Collected:  09/02/18 0850 |
| Specimen:  Blood | | | | Updated:  09/02/18 1110 |

Narrative:
  Specimen: Blood
  Collected: 09/02/2018 08:50

  Status: Valued    Last Updated: 09/02/2018 11:09


  Culture Result (Prelim)
    Culture In Progress


**Antithrombin III Level [470607520]**                Collected:  09/02/18 0411
Specimen:  Blood                                      Updated:  09/02/18 0836

---

 **ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Antithrombin 3** | 80 | % | |

**Urine Culture [470597015]**                                                   Collected:  09/02/18 0130
Specimen:  Urine, Random                                          Updated:  09/02/18 0703
Narrative:
  Specimen: Urine, Random
  Collected: 09/02/2018 01:30

  Status: Valued    Last Updated: 09/02/2018 07:03


  Culture Result (Prelim)
    Culture In Progress


**Blood Culture - Venipuncture [470596988]**                         Collected:  09/02/18 0151
Specimen:  Blood                                                        Updated:  09/02/18 0645
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 01:51

  Status: Valued    Last Updated: 09/02/2018 06:43


  Culture Result (Prelim)
    Culture In Progress


**Blood Culture - Venipuncture [470596989]**                         Collected:  09/02/18 0202
Specimen:  Blood                                                        Updated:  09/02/18 0644
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued    Last Updated: 09/02/2018 06:43


  Culture Result (Prelim)
    Culture In Progress


**i-Stat CG4 Arterial CartrIDge [470607540]** **(Abnormal)**        Collected:  09/02/18 0534
Specimen:  Arterial                                                     Updated:  09/02/18 0542

| | Component | Value | Units | |
|---|---|---|---|---|
| | **pH, ISTAT** | **7.29 (L)** | | |
| | **PO2, ISTAT** | 87 | mm Hg | |
| | **BE, ISTAT** | **-9 (L)** | mMol/L | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | HCO3, ISTAT | **16.1 (L)** | mMol/L | |
| | PCO2, ISTAT | **33.3 (L)** | mm Hg | |
| | O2 Sat, %, ISTAT | 96 | % | |
| | Room Number, ISTAT | 16 | | |
| | i-STAT Allen's Test | Pass | | |
| | DELS, ISTAT | Room Air | | |
| | i-STAT FIO2 | 21.00 | % | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | R Radial | | |
| | TCO2, ISTAT | **17 (L)** | mMol/L | |
| | i-STAT Lactic acid | 0.61 | mMol/L | |
| | Operator, ISTAT | Operator: 43523 HOSE SAVANNAH RT | | |

**CBC with differential [470596993]  (Abnormal)**                    Collected:  09/02/18 0411
Specimen:  Blood from Blood                    Updated:  09/02/18 0513

| | Component | Value | Units |
|--|-----------|-------|-------|
| | WBC | **16.8 (H)** | K/cmm |
| | RBC | **5.18 (H)** | M/cmm |
| | Hemoglobin | **11.7 (L)** | gm/dL |
| | Hematocrit | 38.1 | % |
| | MCV | **74 (L)** | fL |
| | MCH | **23 (L)** | pg |
| | MCHC | **31 (L)** | gm/dL |
| | RDW | **16.6 (H)** | % |
| | PLT CT | 190 | K/cmm |
| | MPV | **10.8 (H)** | fL |
| | NEUTROPHIL % | **91.0 (H)** | % |
| | Lymphocytes | **4.0 (L)** | % |
| | Monocytes | 3.0 | % |
| | Eosinophils % | 0.0 | % |
| | Basophils % | 0.0 | % |
| | Bands | 2 | % |
| | Neutrophils Absolute | **15.6 (H)** | K/cmm |
| | Lymphocytes Absolute | 0.7 | K/cmm |
| | Monocytes Absolute | 0.5 | K/cmm |
| | Eosinophils Absolute | 0.0 | K/cmm |
| | BASO | 0.0 | K/cmm |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                      Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Absolute RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |

Narrative:
  Manual differential performed

**Comprehensive metabolic panel [470596994]  (Abnormal)**           Collected: 09/02/18 0412
Specimen: Plasma                                                     Updated: 09/02/18 0503

| | Component | Value | Units | |
|---|---|---|---|---|
| | **Sodium** | 136 | mMol/L | |
| | **Potassium** | 4.6 | mMol/L | |
| | **Chloride** | 109 | mMol/L | |
| | **CO2** | **15.4 (L)** | mMol/L | |
| | **Calcium** | **7.3 (L)** | mg/dL | |
| | **Glucose** | **196 (H)** | mg/dL | |
| | **Creatinine** | 0.81 | mg/dL | |
| | **BUN** | 9 | mg/dL | |
| | **Protein, Total** | **5.8 (L)** | gm/dL | |
| | **Albumin** | **2.6 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | 69 | U/L | |
| | **ALT** | **86 (H)** | U/L | |
| | **AST (SGOT)** | **44 (H)** | U/L | |
| | **Bilirubin, Total** | 0.9 | mg/dL | |
| | **Albumin/Globulin Ratio** | 0.81 | Ratio | |
| | **Anion Gap** | 16.2 | mMol/L | |
| | **BUN/Creatinine Ratio** | 11.1 | Ratio | |
| | **EGFR** | 106 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 276 | mOsm/kg | |
| | **Globulin** | 3.2 | gm/dL | |

**Baseline APTT [470607504]  (Abnormal)**                           Collected: 09/02/18 0411
Specimen: Blood                                                      Updated: 09/02/18 0454

| | **aPTT** | **22.9 (L)** | sec | |
|---|---|---|---|---|

**Baseline Prothrombin time/INR [470607505]  (Abnormal)**           Collected: 09/02/18 0411
Specimen: Blood                                                      Updated: 09/02/18 0454

| | **PT** | **11.6 (H)** | sec | |
|---|---|---|---|---|
| | **PT INR** | 1.2 | | |

**Protein S, total and free [470607519]**                           Collected: 09/02/18 0413
Specimen: Blood                                                      Updated: 09/02/18 0413

**Cardiolipin Antibody [470607521]**                                Collected: 09/02/18 0412
Specimen: Blood                                                      Updated: 09/02/18 0412

**Protein C Antigen [470607516]**                                   Collected: 09/02/18 0411
Specimen: Blood                                                      Updated: 09/02/18 0411


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                                     Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Protein C-Functional, Plasma [470607517]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Factor 5 Leiden [470607518]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Lactic Acid, Plasma [470597019] (Abnormal)** | | | | Collected: 09/02/18 0235 |
| Specimen: Blood | | | | Updated: 09/02/18 0314 |
| | Lactic acid | **2.58 (HH)** | mMol/L | |
| **Urinalysis w Microscopic and Culture if Indicated [470597011] (Abnormal)** | | | | Collected: 09/02/18 0130 |
| Specimen: Urine, Random | | | | Updated: 09/02/18 0155 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | **>1.060 (H)** | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **100 (A)** | mg/dL | |
| | Glucose, UA | **50 (A)** | mg/dL | |
| | Ketones UA | **80 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **6 (H)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Hepatic Function Panel (LFT) [470596999] (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Plasma | | | | Updated: 09/02/18 0102 |
| | Protein, Total | 6.6 | gm/dL | |
| | Albumin | **2.9 (L)** | gm/dL | |
| | Alkaline Phosphatase | 81 | U/L | |
| | ALT | **99 (H)** | U/L | |
| | AST (SGOT) | **49 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Bilirubin, Direct | **0.5 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | 0.78 | Ratio | |
| | Globulin | 3.7 | gm/dL | |
| **Basic Metabolic Panel [470597000] (Abnormal)** | | | | Collected: 09/02/18 0029 |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | Sodium | 138 | mMol/L | |
| | Potassium | 3.6 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | **19.5 (L)** | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **195 (H)** | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |
| **Lipase [470596987]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | Lipase | **6 (L)** | U/L | |
| **Lactic acid, plasma [470596990]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0101 |
| | Lactic acid | **2.93 (HH)** | mMol/L | |
| **CBC with Automated Differential [470596985]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0051 |
| | WBC | **18.3 (H)** | K/cmm | |
| | RBC | **5.60 (H)** | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | **73 (L)** | fL | |
| | MCH | **22 (L)** | pg | |
| | MCHC | **30 (L)** | gm/dL | |
| | RDW | **16.9 (H)** | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | **10.4 (H)** | fL | |
| | NEUTROPHIL % | **82.3 (H)** | % | |
| | Lymphocytes | **9.4 (L)** | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | **15.1 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils | 0.0 | K/cmm | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                              Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Absolute BASO** | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | **Absolute** | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | **PT** | **11.6 (H)** | sec | |
| | **PT INR** | 1.2 | | |
| | **aPTT** | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | 1.025 | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **30 (A)** | mg/dL | |
| | **Glucose, UA** | Negative | mg/dL | |
| | **Ketones UA** | **20 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | **2.0 (A)** | mg/dL | |
| | **Leukocyte Esterase, UA** | Negative | Leu/uL | |
| | **UR Micro** | Performed | | |
| | **WBC, UA** | 3 | /hpf | |
| | **RBC, UA** | 2 | /hpf | |
| | **Squam Epithel, UA** | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | **Lipase** | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | 3.8 | mMol/L | |
| | **Chloride** | 106 | mMol/L | |
| | **CO2** | 20.8 | mMol/L | |
| | **Calcium** | 9.5 | mg/dL | |
| | **Glucose** | **139 (H)** | mg/dL | |
| | **Creatinine** | 0.80 | mg/dL | |
| | **BUN** | 7 | mg/dL | |
| | **Protein, Total** | 7.7 | gm/dL | |
| | **Albumin** | 3.8 | gm/dL | |
| | **Alkaline** | 84 | U/L | |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)                                   Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Phosphatase | | | |
| | ALT | **133 (H)** | U/L | |
| | AST (SGOT) | **87 (H)** | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Glob ulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | **8.8 (L)** | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **274 (L)** | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | **11.4 (L)** | gm/dL | |
| | Hematocrit | **35.1 (L)** | % | |
| | MCV | **71 (L)** | fL | |
| | MCH | **23 (L)** | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **16.4 (H)** | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | **10.2 (H)** | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm[MJ.2] | |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                Version 1 of 1

**Rads:**

Radiological Procedure reviewed.[MJ.1]

Ct Angiogram Chest

Result Date: 9/2/2018
No pulmonary embolism in main and lobar pulmonary arteries. No acute findings in the chest. Small perihepatic and perisplenic ascites. ReadingStation:SHOU-VH-PACS3

Nm Hepatobiliary

Result Date: 9/1/2018
The gallbladder is well visualized, excluding acute cholecystitis. No significant gallbladder contraction is identified over one hour after stimulation. Findings are suggestive of chronic or acalculous cholecystitis. Of note, the patient developed reproduction of symptoms following consumption of ensure to stimulate gallbladder contraction. ReadingStation:WMCMRR1

Us Abdomen Complete

Result Date: 9/1/2018
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying bowel gas. ReadingStation:WIRADBODY

Ct Abdomen Pelvis W Iv/ Wo Po Cont

Result Date: 9/2/2018
 Moderate circumferential wall thickening of long segments of small bowel is likely due to venous congestion related to extensive superior mesenteric venous thrombosis which contributes to small amount of portal venous thrombosis in right lobe of liver. Related small amount of ascites. Small amount of gastroesophageal reflux. Submucosal versus intramural fibroid on right side of body of the uterus. Less likely etiology includes adenomyosis  .  ReadingStation:SHOU-VH-PACS3

Xr Abdomen 2 View With Cxr

Result Date: 9/1/2018
Unremarkable plain film study of the chest and abdomen. ReadingStation:WIRADBODY[MJ.2]

Signed by:[MJ.1]  Matthew Page Jones, MD[MJ.2]

Attribution Key

 MJ.1 - Jones, Matthew Page, MD on 9/2/2018  1:24 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                    Version 1 of 1
   MJ.2 - Jones, Matthew Page, MD on 9/2/2018 1:25 PM

---

**Consults by Kim, Hannah J, DO at 9/2/2018 9:34 AM**                                      Version 2 of 2
  Author: Kim, Hannah J, DO     Service: Vascular Surgery     Author Type: Physician
  Filed: 9/2/2018 9:52 AM     Date of Service: 9/2/2018 9:34 AM     Creation Time: 9/2/2018 9:34 AM
  Status: Addendum     Editor: Kim, Hannah J, DO (Physician)
  Related Notes: Original Note by Kim, Hannah J, DO (Physician) filed at 9/2/2018 9:51 AM
  Consult Orders:
    1. Inpatient consult to vascular surgery [470607538] ordered by Rahman, Mohammad A, MD at 09/02/18 0525

### VASCULAR SURGERY CONSULTATION

Date Time:[HK.1] 09/02/18 9:35 AM[HK.2]
Patient Name:[HK.1] SMITH,DORIS D ALAQUE[HK.2]
MRN#:[HK.1] 20012296[HK.2]
DOB:[HK.1] 8/4/1979[HK.2]
Requesting Physician:[HK.1] Rahman, Mohammad A, MD[HK.2]

**Reason for Consultation:**
SMV thrombosis

**History of Present Illness:**[HK.1]
Doris D Alaque Smith[HK.2] is a[HK.1] 39 y.o. female[HK.2] who presents to the hospital on[HK.1] 9/1/2018[HK.2] with
>1week history of abdominal pain associated with diarrhea, that has been getting worse since Wednesday and
came in last night for an evaluation.  The patient reports her abdominal pain controlled with pain medications.

She denies history of smoking, taking oral contraceptives, or history of blood clots in the past. She reports her
mother having passed away from thrombotic thrombocytopenic purpura after being transfused with platelets.
She did not have any blood workup for any hypercoagulability.

**Vascular Surgical History:**
**None**

**Past Medical History:**[HK.1]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension[HK.2] | |

**Past Surgical History:**[HK.1]

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 2 of 2

- ECTOPIC PREGNANCY SURGERY                    Right
- ovarian cyst removed                        Right[HK.2]

---

### Family History:

Mother died from thrombotic thrombocytopenic purpura.

---

### Social History:[HK.1]

**Social History**

Social History
- Marital status:                    Single
    Spouse name:                     N/A
- Number of children:                N/A
- Years of education:                N/A

Social History Main Topics
- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol use                        Yes
    *Comment: occas*[HK.2]

---

### Allergies:[HK.1]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[HK.2] |

---

### Medications:[HK.1]

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • ciprofloxacin | 400 mg | Intravenous | Q12H |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • metroNIDAZOLE | 500 mg | Intravenous | Q8H SCH |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions[HK.2] |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)                    Version 2 of 2

**Review of Systems:**
Constitutional:  No weight loss or weight gain, negative for chronic fatigue/malaise, fever/chills or night sweats.
Integumentary:  No rashes, ulcerations or skin changes (ie. CVI).
HEENT:  No visual changes, loss of vision, amaurosis fugax
Cardiovascular: No chest pain, dyspnea a, orthopnea, palpitations.
Respiratory:  No cough, hemoptysis
GI:  No abdominal pain, nausea, vomiting, diarrhea, or constipation
GU:  No frequency or incontinence.
Musculoskeletal:  No varicose veins, claudication.
Hematologic/lymphatic:  No bleeding/clotting disorders, or history of DVT
Endocrine:  No thyroid disorders or diabetes.
Neuro:  No stroke/TIA, syncope,   memory loss or confusion.
Allergic/immunologic:  No known dye allergies.

**Physical Exam:**[HK.1]

Vitals:

|  | 09/02/18 0740 |
| --- | --- |
| BP: | 139/90 |
| Pulse: | (!) 125 |
| Resp: | 19 |
| Temp: | 98.6 °F (37 °C) |
| SpO2: | 98%[HK.2] |

General: No acute distress, morbidly obese
Eye: pupils equal bilaterally
HEENT: No asymmetry, atraumatic
Neck: no JVD, no carotid bruits noted bilaterally
Lungs: clear to auscultation, inspiratory effort adequate
Heart: regular rhythm and rate
Abdomen:  Soft, non-distended, (+) tender to palpation, no abdominal aortic pulsating mass palpable
Extremities:  No edema, no lipodermatosclerosis, no deformities
Pulse/Doppler exam:  Palpable femoral pulses bilaterally, palpable PT on the right, palpable DP and PT on the left.
Neuro: No focal neurologic deficits in the extremities
Psych:  normal affect, oriented x 3, memory appears intact
Skin: no ulcerations or skin changes to suggest chronic venous insufficiency

**Labs Reviewed:**[HK.1]

Results

| Procedure | Component | Value | Units | Date/Time |
| --- | --- | --- | --- | --- |
| **Blood Culture - Venipuncture [470616071]** | | | | Collected:  09/02/18 0850 |
| Specimen:  Blood | | | | Updated:  09/02/18 0906 |
| **Antithrombin III Level [470607520]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0836 |
| | Antithrombin 3 | 80 | % | |
| **Urine Culture [470597015]** | | | | Collected:  09/02/18 0130 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**          Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Urine, Random | | | Updated:  09/02/18 0703 |

Narrative:
  Specimen: Urine, Random
  Collected: 09/02/2018 01:30

  Status: Valued    Last Updated: 09/02/2018 07:03


  Culture Result (Prelim)
    Culture In Progress


**Blood Culture - Venipuncture [470596988]**          Collected:  09/02/18 0151
Specimen:  Blood          Updated:  09/02/18 0645
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 01:51

  Status: Valued    Last Updated: 09/02/2018 06:43


  Culture Result (Prelim)
    Culture In Progress


**Blood Culture - Venipuncture [470596989]**          Collected:  09/02/18 0202
Specimen:  Blood          Updated:  09/02/18 0644
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued    Last Updated: 09/02/2018 06:43


  Culture Result (Prelim)
    Culture In Progress


**i-Stat CG4 Arterial CartrIDge [470607540]  (Abnormal)**          Collected:  09/02/18 0534
Specimen:  Arterial          Updated:  09/02/18 0542

| Component | Value | Units |
|---|---|---|
| **pH, ISTAT** | **7.29 (L)** | |
| **PO2, ISTAT** | 87 | mm Hg |
| **BE, ISTAT** | **-9 (L)** | mMol/L |
| **HCO3, ISTAT** | **16.1 (L)** | mMol/L |
| **PCO2, ISTAT** | **33.3 (L)** | mm Hg |
| **O2 Sat, %, ISTAT** | 96 | % |
| **Room Number, ISTAT** | 16 | |
| **i-STAT Allen's Test** | Pass | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                               Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 21.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **17 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 0.61 | mMol/L | |
| | **Operator, ISTAT** | Operator: 43523 HOSE SAVANNAH RT | | |
| **CBC with differential [470596993]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0513 |
| | **WBC** | **16.8 (H)** | K/cmm | |
| | **RBC** | **5.18 (H)** | M/cmm | |
| | **Hemoglobin** | **11.7 (L)** | gm/dL | |
| | **Hematocrit** | 38.1 | % | |
| | **MCV** | **74 (L)** | fL | |
| | **MCH** | **23 (L)** | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **16.6 (H)** | % | |
| | **PLT CT** | 190 | K/cmm | |
| | **MPV** | **10.8 (H)** | fL | |
| | **NEUTROPHIL %** | **91.0 (H)** | % | |
| | **Lymphocytes** | **4.0 (L)** | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 2 | % | |
| | **Neutrophils Absolute** | **15.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 0.7 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |

Narrative:
  Manual differential performed

**Comprehensive metabolic panel [470596994]  (Abnormal)**          Collected:  09/02/18 0412
Specimen:  Plasma                                                   Updated:  09/02/18 0503

| | Component | Value | Units | |
|---|---|---|---|---|
| | **Sodium** | 136 | mMol/L | |
| | **Potassium** | 4.6 | mMol/L | |
| | **Chloride** | 109 | mMol/L | |
| | **CO2** | **15.4 (L)** | mMol/L | |
| | **Calcium** | **7.3 (L)** | mg/dL | |
| | **Glucose** | **196 (H)** | mg/dL | |
| | **Creatinine** | 0.81 | mg/dL | |
| | **BUN** | 9 | mg/dL | |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Protein, Total | **5.8 (L)** | gm/dL | |
| | Albumin | **2.6 (L)** | gm/dL | |
| | Alkaline Phosphatase | 69 | U/L | |
| | ALT | **86 (H)** | U/L | |
| | AST (SGOT) | **44 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Albumin/Globulin Ratio | 0.81 | Ratio | |
| | Anion Gap | 16.2 | mMol/L | |
| | BUN/Creatinine Ratio | 11.1 | Ratio | |
| | EGFR | 106 | mL/min/1.73m2 | |
| | Osmolality Calc | 276 | mOsm/kg | |
| | Globulin | 3.2 | gm/dL | |
| **Baseline APTT [470607504]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | aPTT | **22.9 (L)** | sec | |
| **Baseline Prothrombin time/INR [470607505]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| **Protein S, total and free [470607519]** | | | | Collected:  09/02/18 0413 |
| Specimen:  Blood | | | | Updated:  09/02/18 0413 |
| **Cardiolipin Antibody [470607521]** | | | | Collected:  09/02/18 0412 |
| Specimen:  Blood | | | | Updated:  09/02/18 0412 |
| **Protein C Antigen [470607516]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Protein C-Functional, Plasma [470607517]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Factor 5 Leiden [470607518]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Lactic Acid, Plasma [470597019]  (Abnormal)** | | | | Collected:  09/02/18 0235 |
| Specimen:  Blood | | | | Updated:  09/02/18 0314 |
| | Lactic acid | **2.58 (HH)** | mMol/L | |
| **Urinalysis w Microscopic and Culture if Indicated [470597011] (Abnormal)** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0155 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | **>1.060 (H)** | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **100 (A)** | mg/dL | |
| | Glucose, UA | **50 (A)** | mg/dL | |
| | Ketones UA | **80 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                              Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **6 (H)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

**Hepatic Function Panel (LFT) [470596999]  (Abnormal)**          Collected:  09/02/18 0029
Specimen:  Plasma                                                  Updated:  09/02/18 0102

| | Protein, Total | 6.6 | gm/dL | |
| | Albumin | **2.9 (L)** | gm/dL | |
| | Alkaline Phosphatase | 81 | U/L | |
| | ALT | **99 (H)** | U/L | |
| | AST (SGOT) | **49 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Bilirubin, Direct | **0.5 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | 0.78 | Ratio | |
| | Globulin | 3.7 | gm/dL | |

**Basic Metabolic Panel [470597000]  (Abnormal)**                Collected:  09/02/18 0029
Specimen:  Plasma                                                  Updated:  09/02/18 0102

| | Sodium | 138 | mMol/L | |
| | Potassium | 3.6 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | **19.5 (L)** | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **195 (H)** | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |

**Lipase [470596987]  (Abnormal)**                               Collected:  09/02/18 0029
Specimen:  Plasma                                                  Updated:  09/02/18 0102

| | Lipase | **6 (L)** | U/L | |

**Lactic acid, plasma [470596990]  (Abnormal)**                  Collected:  09/02/18 0029
Specimen:  Blood                                                   Updated:  09/02/18 0101

| | Lactic acid | **2.93 (HH)** | mMol/L | |

**CBC with Automated Differential [470596985]  (Abnormal)**      Collected:  09/02/18 0029
Specimen:  Blood from Blood                                        Updated:  09/02/18 0051

| | WBC | **18.3 (H)** | K/cmm | |
| | RBC | **5.60 (H)** | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | **73 (L)** | fL | |
| | MCH | **22 (L)** | pg | |
| | MCHC | **30 (L)** | gm/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                    Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | RDW | 16.9 (H) | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | 10.4 (H) | fL | |
| | NEUTROPHIL % | 82.3 (H) | % | |
| | Lymphocytes | 9.4 (L) | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | 15.1 (H) | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | PT | 11.6 (H) | sec | |
| | PT INR | 1.2 | | |
| | aPTT | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | Color, UA | Yellow | | |
| | Clarity, UA | Slightly Cloudy (A) | | |
| | Specific Gravity, UR | 1.025 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | 30 (A) | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | 20 (A) | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | 2.0 (A) | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 3 | /hpf | |
| | RBC, UA | 2 | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | Lipase | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                      Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | 139 (H) | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | 133 (H) | U/L | |
| | AST (SGOT) | 87 (H) | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | 8.8 (L) | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | 274 (L) | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | 11.4 (L) | gm/dL | |
| | Hematocrit | 35.1 (L) | % | |
| | MCV | 71 (L) | fL | |
| | MCH | 23 (L) | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 16.4 (H) | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | 10.2 (H) | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm[HK.2] | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018 9:34 AM (continued)**                   Version 2 of 2

**Vascular Imaging Studies:**

CT chest abdomen and pelvis reviewed. Positive for extensive SMV thrombosis, with small bowel edema and associated inflammatory changes with free fluid in the pelvis. Patent aorta and mesenteric arteries.

**Assessment:**

Superior mesenteric venous thrombosis of unknown etiology

**Plan:**

Intra-abdominal infection and/or hereditary or acquired hypercoagulability will need to be ruled out as the source for her SMV thrombosis. At this time, continue therapeutic anticoagulation, and close monitoring of her abdominal pain.[HK.1]
NPO with IV fluid hydration.[HK.3]
Agree with hematology consult especially with her family history of thrombotic thrombocytopenic purpura.


Signed by:[HK.1] Hannah J Kim[HK.2]



Attribution Key
  HK.1 - Kim, Hannah J, DO on 9/2/2018  9:34 AM
  HK.2 - Kim, Hannah J, DO on 9/2/2018  9:35 AM
  HK.3 - Kim, Hannah J, DO on 9/2/2018  9:52 AM


**Consults by Kim, Hannah J, DO at 9/2/2018 9:34 AM**                          Version 1 of 2

| Author: Kim, Hannah J, DO | Service: Vascular Surgery | Author Type: Physician |
|---|---|---|
| Filed: 9/2/2018 9:51 AM | Date of Service: 9/2/2018 9:34 AM | Creation Time: 9/2/2018 9:34 AM |
| Status: Signed | Editor: Kim, Hannah J, DO (Physician) | |
| Related Notes: Addendum by Kim, Hannah J, DO (Physician) filed at 9/2/2018 9:52 AM | | |

### VASCULAR SURGERY CONSULTATION

Date Time:[HK.1] 09/02/18 9:35 AM[HK.2]
Patient Name:[HK.1] SMITH,DORIS D ALAQUE[HK.2]
MRN#:[HK.1] 20012296[HK.2]
DOB:[HK.1] 8/4/1979[HK.2]
Requesting Physician:[HK.1] Rahman, Mohammad A, MD[HK.2]

**Reason for Consultation:**

SMV thrombosis

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                    Version 1 of 2

**History of Present Illness:**[HK.1]

Doris D Alaque Smith[HK.2] is a[HK.1] 39 y.o. female[HK.2] who presents to the hospital on[HK.1] 9/1/2018[HK.2] with >1week history of abdominal pain associated with diarrhea, that has been getting worse since Wednesday and came in last night for an evaluation.  The patient reports her abdominal pain controlled with pain medications.

She denies history of smoking, taking oral contraceptives, or history of blood clots in the past. She reports her mother having passed away from thrombotic thrombocytopenic purpura after being transfused with platelets. She did not have any blood workup for any hypercoagulability.

**Vascular Surgical History:**

**None**

**Past Medical History:**[HK.1]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension[HK.2] | |

**Past Surgical History:**[HK.1]

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right[HK.2] | |

**Family History:**

Mother died from thrombotic thrombocytopenic purpura.

**Social History:**[HK.1]

Social History

Social History

| | |
|---|---|
| • Marital status: | Single |
|      Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|      *Comment: occas*[HK.2] | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 1 of 2

### Allergies:[HK.1]

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching[HK.2] |

### Medications:[HK.1]

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • ciprofloxacin | 400 mg | Intravenous | Q12H |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • metroNIDAZOLE | 500 mg | Intravenous | Q8H SCH |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions[HK.2] |

### Review of Systems:

Constitutional:  No weight loss or weight gain, negative for chronic fatigue/malaise, fever/chills or night sweats.
Integumentary:  No rashes, ulcerations or skin changes (ie. CVI).
HEENT:  No visual changes, loss of vision, amaurosis fugax
Cardiovascular: No chest pain, dyspnea a, orthopnea, palpitations.
Respiratory:  No cough, hemoptysis
GI:  No abdominal pain, nausea, vomiting, diarrhea, or constipation
GU:  No frequency or incontinence
Musculoskeletal:  No varicose veins, claudication.
Hematologic/lymphatic:  No bleeding/clotting disorders, or history of DVT
Endocrine:  No thyroid disorders or diabetes.
Neuro:  No stroke/TIA, syncope,   memory loss or confusion.
Allergic/immunologic:  No known dye allergies.

### Physical Exam:[HK.1]

**Vitals:**

| | 09/02/18 0740 |
|---|---|
| BP: | 139/90 |
| Pulse: | (!) 125 |
| Resp: | 19 |
| Temp: | 98.6 °F (37 °C) |
| SpO2: | 98%[HK.2] |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 1 of 2

General: No acute distress, morbidly obese
Eye: pupils equal bilaterally
HEENT: No asymmetry, atraumatic
Neck: no JVD, no carotid bruits noted bilaterally
Lungs: clear to auscultation, inspiratory effort adequate
Heart: regular rhythm and rate
Abdomen:  Soft, non-distended, (+) tender to palpation, no abdominal aortic pulsating mass palpable
Extremities:  No edema, no lipodermatosclerosis, no deformities
Pulse/Doppler exam:  Palpable femoral pulses bilaterally, palpable PT on the right, palpable DP and PT on the left.
Neuro: No focal neurologic deficits in the extremities
Psych:  normal affect, oriented x 3, memory appears intact
Skin: no ulcerations or skin changes to suggest chronic venous insufficiency

**Labs Reviewed:**[HK.1]

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Blood Culture - Venipuncture [470616071]** | | | | Collected:  09/02/18 0850 |
| Specimen:  Blood | | | | Updated:  09/02/18 0906 |
| **Antithrombin III Level [470607520]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0836 |
| | Antithrombin 3 | 80 | % | |
| **Urine Culture [470597015]** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0703 |
| Narrative: | | | | |

     Specimen: Urine, Random
     Collected: 09/02/2018 01:30

     Status: Valued     Last Updated: 09/02/2018 07:03


     Culture Result (Prelim)
       Culture In Progress


| | | | | |
|---|---|---|---|---|
| **Blood Culture - Venipuncture [470596988]** | | | | Collected:  09/02/18 0151 |
| Specimen:  Blood | | | | Updated:  09/02/18 0645 |
| Narrative: | | | | |

     Specimen: Blood
     Collected: 09/02/2018 01:51

     Status: Valued     Last Updated: 09/02/2018 06:43


     Culture Result (Prelim)
       Culture In Progress

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                              Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Blood Culture - Venipuncture [470596989]** | | | | Collected:  09/02/18 0202 |
| Specimen:  Blood | | | | Updated:  09/02/18 0644 |

Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued    Last Updated: 09/02/2018 06:43


  Culture Result (Prelim)
    Culture In Progress


| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **i-Stat CG4 Arterial CartrIDge [470607540]**  **(Abnormal)** | | | | Collected:  09/02/18 0534 |
| Specimen:  Arterial | | | | Updated:  09/02/18 0542 |
| | pH, ISTAT | **7.29 (L)** | | |
| | PO2, ISTAT | 87 | mm Hg | |
| | BE, ISTAT | **-9 (L)** | mMol/L | |
| | HCO3, ISTAT | **16.1 (L)** | mMol/L | |
| | PCO2, ISTAT | **33.3 (L)** | mm Hg | |
| | O2 Sat, %, ISTAT | 96 | % | |
| | Room Number, ISTAT | 16 | | |
| | i-STAT Allen's Test | Pass | | |
| | DELS, ISTAT | Room Air | | |
| | i-STAT FIO2 | 21.00 | % | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | R Radial | | |
| | TCO2, ISTAT | **17 (L)** | mMol/L | |
| | i-STAT Lactic acid | 0.61 | mMol/L | |
| | Operator, ISTAT | Operator: 43523 HOSE SAVANNAH RT | | |
| **CBC with differential [470596993]**  **(Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0513 |
| | WBC | **16.8 (H)** | K/cmm | |
| | RBC | **5.18 (H)** | M/cmm | |
| | Hemoglobin | **11.7 (L)** | gm/dL | |
| | Hematocrit | 38.1 | % | |
| | MCV | **74 (L)** | fL | |
| | MCH | **23 (L)** | pg | |
| | MCHC | **31 (L)** | gm/dL | |
| | RDW | **16.6 (H)** | % | |
| | PLT CT | 190 | K/cmm | |
| | MPV | **10.8 (H)** | fL | |
| | NEUTROPHIL % | **91.0 (H)** | % | |
| | Lymphocytes | **4.0 (L)** | % | |
| | Monocytes | 3.0 | % | |
| | Eosinophils % | 0.0 | % | |
| | Basophils % | 0.0 | % | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                    Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Bands | 2 | % | |
| | Neutrophils Absolute | **15.6 (H)** | K/cmm | |
| | Lymphocytes Absolute | 0.7 | K/cmm | |
| | Monocytes Absolute | 0.5 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Microcytic | 1+ | | |
| | Anisocytosis | 1+ | | |

Narrative:
    Manual differential performed

| | | | | |
|---|---|---|---|---|
| **Comprehensive metabolic panel [470596994]  (Abnormal)** | | | | Collected:  09/02/18 0412 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0503 |
| | Sodium | 136 | mMol/L | |
| | Potassium | 4.6 | mMol/L | |
| | Chloride | 109 | mMol/L | |
| | CO2 | **15.4 (L)** | mMol/L | |
| | Calcium | **7.3 (L)** | mg/dL | |
| | Glucose | **196 (H)** | mg/dL | |
| | Creatinine | 0.81 | mg/dL | |
| | BUN | 9 | mg/dL | |
| | Protein, Total | **5.8 (L)** | gm/dL | |
| | Albumin | **2.6 (L)** | gm/dL | |
| | Alkaline Phosphatase | 69 | U/L | |
| | ALT | **86 (H)** | U/L | |
| | AST (SGOT) | **44 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Albumin/Globulin Ratio | 0.81 | Ratio | |
| | Anion Gap | 16.2 | mMol/L | |
| | BUN/Creatinine Ratio | 11.1 | Ratio | |
| | EGFR | 106 | mL/min/1.73m2 | |
| | Osmolality Calc | 276 | mOsm/kg | |
| | Globulin | 3.2 | gm/dL | |
| **Baseline APTT [470607504]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | aPTT | **22.9 (L)** | sec | |
| **Baseline Prothrombin time/INR [470607505]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| **Protein S, total and free [470607519]** | | | | Collected:  09/02/18 0413 |
| Specimen:  Blood | | | | Updated:  09/02/18 0413 |
| **Cardiolipin Antibody [470607521]** | | | | Collected:  09/02/18 0412 |



| | WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
| --- | --- | --- |

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018 9:34 AM (continued)**      Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
| --- | --- | --- | --- | --- |
| Specimen: Blood | | | | Updated: 09/02/18 0412 |
| **Protein C Antigen [470607516]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Protein C-Functional, Plasma [470607517]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Factor 5 Leiden [470607518]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Lactic Acid, Plasma [470597019]  (Abnormal)** | | | | Collected: 09/02/18 0235 |
| Specimen: Blood | | | | Updated: 09/02/18 0314 |
| | **Lactic acid** | **2.58 (HH)** | mMol/L | |
| **Urinalysis w Microscopic and Culture if Indicated [470597011]  (Abnormal)** | | | | Collected: 09/02/18 0130 |
| Specimen: Urine, Random | | | | Updated: 09/02/18 0155 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | **>1.060 (H)** | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **100 (A)** | mg/dL | |
| | **Glucose, UA** | **50 (A)** | mg/dL | |
| | **Ketones UA** | **80 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | Normal | mg/dL | |
| | **Leukocyte Esterase, UA** | Negative | Leu/uL | |
| | **UR Micro** | Performed | | |
| | **WBC, UA** | **6 (H)** | /hpf | |
| | **Squam Epithel, UA** | 1 | /hpf | |

Narrative:

   A Urine Culture has been ordered based upon the Positive UA results.

| Procedure | Component | Value | Units | Date/Time |
| --- | --- | --- | --- | --- |
| **Hepatic Function Panel (LFT) [470596999]  (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Plasma | | | | Updated: 09/02/18 0102 |
| | **Protein, Total** | 6.6 | gm/dL | |
| | **Albumin** | **2.9 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | 81 | U/L | |
| | **ALT** | **99 (H)** | U/L | |
| | **AST (SGOT)** | **49 (H)** | U/L | |
| | **Bilirubin, Total** | 0.9 | mg/dL | |
| | **Bilirubin, Direct** | **0.5 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | 0.78 | Ratio | |
| | **Globulin** | 3.7 | gm/dL | |
| **Basic Metabolic Panel [470597000]  (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Plasma | | | | Updated: 09/02/18 0102 |
| | **Sodium** | 138 | mMol/L | |
| | **Potassium** | 3.6 | mMol/L | |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Chloride | 107 | mMol/L | |
| | CO2 | 19.5 (L) | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | 195 (H) | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |
| **Lipase [470596987]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | Lipase | 6 (L) | U/L | |
| **Lactic acid, plasma [470596990]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0101 |
| | Lactic acid | 2.93 (HH) | mMol/L | |
| **CBC with Automated Differential [470596985]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0051 |
| | WBC | 18.3 (H) | K/cmm | |
| | RBC | 5.60 (H) | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | 73 (L) | fL | |
| | MCH | 22 (L) | pg | |
| | MCHC | 30 (L) | gm/dL | |
| | RDW | 16.9 (H) | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | 10.4 (H) | fL | |
| | NEUTROPHIL % | 82.3 (H) | % | |
| | Lymphocytes | 9.4 (L) | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | 15.1 (H) | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | PT | 11.6 (H) | sec | |
| | PT INR | 1.2 | | |
| | aPTT | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | Color, UA | Yellow | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.025 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **30 (A)** | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | **20 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | **2.0 (A)** | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 3 | /hpf | |
| | RBC, UA | 2 | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | Lipase | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | **139 (H)** | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | **133 (H)** | U/L | |
| | AST (SGOT) | **87 (H)** | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | **8.8 (L)** | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **274 (L)** | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                    Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| Specimen: | Blood from Blood | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | 11.4 (L) | gm/dL | |
| | Hematocrit | 35.1 (L) | % | |
| | MCV | 71 (L) | fL | |
| | MCH | 23 (L) | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 16.4 (H) | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | 10.2 (H) | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm[HK.2] | |

**Vascular Imaging Studies:**
CT chest abdomen and pelvis reviewed. Positive for extensive SMV thrombosis, with small bowel edema and associated inflammatory changes with free fluid in the pelvis. Patent aorta and mesenteric arteries.

**Assessment:**
Superior mesenteric venous thrombosis of unknown etiology

**Plan:**
Intra-abdominal infection and/or hereditary or acquired hypercoagulability will need to be ruled out as the source for her SMV thrombosis. At this time, continue therapeutic anticoagulation, and close monitoring of her abdominal pain.
Agree with hematology consult especially with her family history of thrombotic thrombocytopenic purpura.

Signed by:[HK.1] Hannah J Kim[HK.2]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                              Version 1 of 2

Attribution Key

HK.1 - Kim, Hannah J, DO on 9/2/2018  9:34 AM
HK.2 - Kim, Hannah J, DO on 9/2/2018  9:35 AM

---

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM**                              Version 1 of 1

Author:  Bowers, Timothy Keefe Jr., MD     Service:  Surgery                Author Type:  Physician
Filed:  9/2/2018 3:13 AM                   Date of Service:  9/2/2018 3:07 AM    Creation Time:  9/2/2018 3:07 AM
Status:  Signed                            Editor:  Bowers, Timothy Keefe Jr., MD (Physician)

### CONSULTATION - ACCESS

**Name:**[TB.1]    SMITH,DORIS D ALAQUE[TB.2]
**MR#:**[TB.1]  20012296[TB.2]

**Date:**[TB.1]  09/02/18[TB.2]

**Requesting Physician:  Benkelman**        (received call from physician)
**Reason for Consultation:  Abdominal pain**

### IMPRESSION:[TB.1]
39 y.o. female[TB.2] with acute mesenteric venous thrombosis.
Sepsis likely secondary to bacterial translocation from edematous bowel
No signs of peritonitis, no acute surgical indications at this time.[TB.1]

**Active Hospital Problems**

Diagnosis
- Abdominal pain[TB.2]

### RECOMMENDATIONS:
She will need to be started on a heparin drip immediately.
Recommend broad-spectrum IV antibiotics.
Continue volume resuscitation as needed.[TB.1]

**Timothy Keefe Bowers Jr., MD**[TB.2]
**ACCESS        x60506 or #5400**

### CC:  Patient complains of diffuse abdominal pain.

### HPI:[TB.1]
39 y.o. female[TB.2]  presentsto the emergency department complaining of a several day history of intermittent crampy abdominal pain. She was admitted to the observation unit with suspicion of an acute gallbladder attack. She had a right upper quadrant ultrasound done which was normal. A follow-up HIDA scan revealed filling of the gallbladder but a gallbladder ejection fraction of 0%. This is initially suspected to represent chronic

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                    Version 1 of 1

cholecystitis however through the evening the patient became increasingly painful, febrile, with an increasing white blood cell count and lactic acid. Surgery was consulted and a CT scan of the abdomen was recommended. The CT scan has now been completed and this does confirm the finding of mesenteric venous thrombosis.

**PMH:**[TB.1]

She  has a past medical history of Hyperlipemia and Hypertension.[TB.2]

**PSH:**[TB.1]

She  has a past surgical history that includes Ectopic pregnancy surgery (Right) and ovarian cyst removed (Right).[TB.2]

**Social History:**[TB.1]

She  reports that she has never smoked. She has never used smokeless tobacco. She reports that she drinks alcohol. She reports that she does not use drugs.[TB.2]

**Family History:**[TB.1]

Her[TB.2] family history is significant for venous thromboembolism in her mother.

**Home Medications:**[TB.1]

**Outpatient Prescriptions Marked as Taking for the 9/1/18 encounter (Hospital Encounter)**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth every morning. | | |
| • losartan-hydrochlorothiazide (HYZAAR) 100-25 MG per tablet | Take 1 tablet by mouth every morning.[TB.2] | | |

**Hospital Medications:**[TB.1]

| | | | |
|---|---|---|---|
| amLODIPine | 5 mg | Oral | QAM |
| cefepime | 2 g | Intravenous | Q12H |
| heparin (porcine) | 10,000 Units | Intravenous | Once |
| hydroCHLOROthiazide | 25 mg | Oral | Daily |
| lactobacillus species | 50 Billion CFU | Oral | Daily |
| losartan | 100 mg | Oral | Daily |
| sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| vancomycin | 1,000 mg | Intravenous | Q12H |
| vancomycin therapy placeholder | | Does not apply | See Admin Instructions[TB.2] |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**          Version 1 of 1

**Allergies:**[TB.1]

She is allergic to biaxin [clarithromycin] and hydrocodone.[TB.2]

**ROS(10 of 14):**

Pertinent details as detailed in HPI.
In addition, patient denies 10 point systems is reviewed and is negative.

**Physical Exam(8 of 12):**[TB.1]

Blood pressure **(!) 139/97**, pulse 87, temperature **(!) 101.5 °F (38.6 °C)**, temperature source Rectal, resp. rate 18, height 1.549 m (5' 1"), weight 117.9 kg (259 lb 14.8 oz), last menstrual period 08/15/2018, SpO2 94 %.[TB.2]
General: obese, in no apparent distress
HEENT(2-eye/+): normocephalic, atraumatic
Chest: lungs clear to ausculation
Cardiac: regular rate and rhythm without murmurs/rubs/gallops
Abdomen: soft, moderate generalized tenderness without rebound and without guarding
Extremities: no edema
Neuro: alert, no gross focal neurologic deficits, moves all extremities well, no involuntary movements
Psych: mood and affect are within normal limits, insight good

**Labs:**

Lab results have been reviewed as follows:[TB.1]

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Lactic Acid, Plasma [470597019]** | | | | Collected:  09/02/18 0235 |
| Specimen:  Blood | | | | Updated:  09/02/18 0242 |
| **Blood Culture - Venipuncture [470596988]** | | | | Collected:  09/02/18 0151 |
| Specimen:  Blood | | | | Updated:  09/02/18 0219 |
| **Blood Culture - Venipuncture [470596989]** | | | | Collected:  09/02/18 0202 |
| Specimen:  Blood | | | | Updated:  09/02/18 0219 |
| **Urinalysis w Microscopic and Culture if Indicated [470597011]  (Abnormal)** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0155 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | **>1.060 (H)** | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **100 (A)** | mg/dL | |
| | **Glucose, UA** | **50 (A)** | mg/dL | |
| | **Ketones UA** | **80 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | Normal | mg/dL | |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                                      Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **6 (H)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

**Hepatic Function Panel (LFT) [470596999]  (Abnormal)**        Collected:  09/02/18 0029
Specimen:  Plasma                                               Updated:  09/02/18 0102

| | Component | Value | Units | |
|---|---|---|---|---|
| | Protein, Total | 6.6 | gm/dL | |
| | Albumin | **2.9 (L)** | gm/dL | |
| | Alkaline Phosphatase | 81 | U/L | |
| | ALT | **99 (H)** | U/L | |
| | AST (SGOT) | **49 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Bilirubin, Direct | **0.5 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | 0.78 | Ratio | |
| | Globulin | 3.7 | gm/dL | |

**Basic Metabolic Panel [470597000]  (Abnormal)**              Collected:  09/02/18 0029
Specimen:  Plasma                                               Updated:  09/02/18 0102

| | Component | Value | Units | |
|---|---|---|---|---|
| | Sodium | 138 | mMol/L | |
| | Potassium | 3.6 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | **19.5 (L)** | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **195 (H)** | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |

**Lipase [470596987]  (Abnormal)**                             Collected:  09/02/18 0029
Specimen:  Plasma                                               Updated:  09/02/18 0102

| | Component | Value | Units | |
|---|---|---|---|---|
| | Lipase | **6 (L)** | U/L | |

**Lactic acid, plasma [470596990]  (Abnormal)**                Collected:  09/02/18 0029
Specimen:  Blood                                                Updated:  09/02/18 0101

| | Component | Value | Units | |
|---|---|---|---|---|
| | Lactic acid | **2.93 (HH)** | mMol/L | |

**CBC with Automated Differential [470596985]  (Abnormal)**    Collected:  09/02/18 0029
Specimen:  Blood from Blood                                     Updated:  09/02/18 0051

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | WBC | **18.3 (H)** | K/cmm | |
| | RBC | **5.60 (H)** | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | **73 (L)** | fL | |
| | MCH | **22 (L)** | pg | |
| | MCHC | **30 (L)** | gm/dL | |
| | RDW | **16.9 (H)** | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | **10.4 (H)** | fL | |
| | NEUTROPHIL % | **82.3 (H)** | % | |
| | Lymphocytes | **9.4 (L)** | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | **15.1 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| | aPTT | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.025 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **30 (A)** | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | **20 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | **2.0 (A)** | mg/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## All Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**      Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 3 | /hpf | |
| | RBC, UA | 2 | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | Lipase | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | 139 (H) | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | 133 (H) | U/L | |
| | AST (SGOT) | 87 (H) | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | 8.8 (L) | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | 274 (L) | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | 11.4 (L) | gm/dL | |
| | Hematocrit | 35.1 (L) | % | |
| | MCV | 71 (L) | fL | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | MCH | 23 (L) | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 16.4 (H) | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | 10.2 (H) | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm[TB.2] | |

**Radiology:**[TB.1]

Nm Hepatobiliary

Result Date: 9/1/2018
The gallbladder is well visualized, excluding acute cholecystitis. No significant gallbladder contraction is identified over one hour after stimulation. Findings are suggestive of chronic or acalculous cholecystitis. Of note, the patient developed reproduction of symptoms following consumption of ensure to stimulate gallbladder contraction. ReadingStation:WMCMRR1

Us Abdomen Complete

Result Date: 9/1/2018
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying bowel gas. ReadingStation:WIRADBODY

Ct Abdomen Pelvis W Iv/ Wo Po Cont

Result Date: 9/2/2018
 Moderate circumferential wall thickening of long segments of small bowel is likely due to venous congestion related to extensive superior mesenteric venous thrombosis which contributes to small amount of portal venous thrombosis in right lobe of liver. Related small amount of ascites. Small amount of gastroesophageal reflux. Submucosal versus intramural fibroid on right side of body of the uterus. Less likely etiology includes

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**  Version 1 of 1

adenomyosis  .  ReadingStation:SHOU-VH-PACS3


Xr Abdomen 2 View With Cxr


Result Date: 9/1/2018
Unremarkable plain film study of the chest and abdomen. ReadingStation:WIRADBODY[TB.2]



Additional Information for this encounter:
I have personally reviewed the images for CT scan.[TB.1]


Attribution Key
  TB.1 - Bowers, Timothy Keefe Jr., MD on 9/2/2018  3:07 AM
  TB.2 - Bowers, Timothy Keefe Jr., MD on 9/2/2018  3:08 AM



**ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM**  Version 1 of 1

| | | |
|---|---|---|
| Author: Dunn, Chad B, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 9/1/2018 1:19 PM | Date of Service: 9/1/2018 9:15 AM | Creation Time: 9/1/2018 9:15 AM |
| Status: Signed | Editor: Dunn, Chad B, MD (Physician) | |

**Winchester Medical Center
EMERGENCY DEPARTMENT
History and Physical Exam**


**Patient Name**:[MB.1] SMITH,DORIS D ALAQUE[CD.1]
**Encounter Date**:[MB.1] 9/1/2018[CD.1]
**Attending Physician**: Chad Dunn, MD
**PCP**:[MB.1] Sheetz, Michele M, FNP[CD.1]
**Patient DOB**:[MB.1] 8/4/1979[CD.1]
**MRN**:[MB.1] 20012296[CD.1]
**Room**:[MB.1] S29/S29-A[CD.1]


### History of Presenting Illness

Chief complaint:[MB.1] No chief complaint on file.[CD.1]

HPI/ROS is limited by:[MB.1] none[MB.2]
HPI/ROS given by:[MB.1] Patient[MB.2]

Doris D Alaque Smith[CD.1] is a[MB.1] 39 y.o. female[CD.1] who presents with[MB.1] sharp,
cramping, and throbbing upper abdominal pain with no radiation that started a week ago



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM (continued)**                    Version 1 of 1

and has gotten worse everyday. Pt reports NVD and states she has going to the bathroom about 10x per day. Pt reports her bowel movements are clear, red, and yellow but[MB.2] attributes[CD.2] the redness to the watermelon she has been trying to eat and denies that it is blood. Pt states eating makes the pain worse. Pt denies fever, headaches, cough, urinary sx, vaginal bleeding or discharge, appendectomy, cholecystectomy. Pt is an occasional drinker and had her last period about two weeks ago and denies chance of being pregnant. Pt has a hx of high BP. Pt had a CT scan done at City hospital this week and results were insignificant. Pt states she ate McDonalds last Saturday (a week ago) and started sweating and experiencing stomach tightness and has felt bad since then.[MB.2]

### Review of Systems

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for sore throat.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for abdominal pain **(upper)**, diarrhea **(about 10x a day)**, nausea and vomiting.
Genitourinary: Negative for dysuria and frequency.
Musculoskeletal: Negative for back pain and neck pain.
Skin: Negative for rash.
Neurological: Negative for headaches.

### Allergies & Medications

Pt[MB.1] is allergic to biaxin [clarithromycin] and hydrocodone.[CD.1]

**Home Meds:** *EMR link not correct; nurses' notes reviewed for meds and dosages*

### Past Medical History

Pt[MB.1] has a past medical history of Hyperlipemia and Hypertension.[CD.1]

### Past Surgical History

Pt[MB.1]  has no past surgical history on file.[CD.1]

### Family History

The[MB.1] family history is not on file.[CD.1]

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM (continued)**          Version 1 of 1

### Social History

Pt[MB.1] reports that she has never smoked. She has never used smokeless tobacco. Her alcohol and drug histories are not on file.[CD.1]

### Physical Exam[MB.1]

Blood pressure **(!) 136/97**, pulse 97, temperature 98.1 °F (36.7 °C), temperature source Tympanic, resp. rate 16, height 1.549 m, weight 117.9 kg, last menstrual period 08/15/2018, SpO2 100 %.[CD.1]

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. She appears distressed **(secondary to pain)**.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. Mucous membranes are dry.
Eyes: Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. There is tenderness **(generalized)**. There is guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time.
Skin: No rash noted. No erythema.
Nursing note and vitals reviewed.

### Diagnostic Results

The results of the diagnostic studies below have been reviewed by myself:

**Labs**[MB.1]

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
|--------|-------|
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM (continued)**                    Version 1 of 1

    MPV           10.2 (*)
    All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL -**
**Abnormal; Notable for the following:**
    Glucose           139 (*)
    ALT              133 (*)
    AST (SGOT)       87 (*)
    BUN/Creatinine Ratio  8.8 (*)
    Osmolality Calc     274 (*)
    All other components within normal limits
**VH CULTURE, STOOL**
**VH LACTOFERRIN**
**HCG, SERUM, QUALITATIVE**
**LIPASE**
**VH URINALYSIS WITH MICROSCOPIC**[CD.1]


**Radiologic Studies**[MB.1]
Us Abdomen Complete

Result Date: 9/1/2018
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying
bowel gas. ReadingStation:WIRADBODY

Xr Abdomen 2 View With Cxr

Result Date: 9/1/2018
Unremarkable plain film study of the chest and abdomen.
ReadingStation:WIRADBODY[CD.1]


**EKG**:[MB.1] None[CD.2]

---

**ED Course & Treatment**[MB.1]

---

Previous records reviewed.  D/dx, workup, anticipated clinical course discussed with
patient/family.  Results reviewed with patient/family.  Patient appreciative of care.  All
questions answered.  Patient/family comfortable with treatment plan.  Case reviewed
with consultant; history, physical exam, ancillary studies, and plan of care
discussed.[CD.2]


**ED Course** as of Sep 01 1318
**Sat Sep 01, 2018**
1045    Pain persists, will give additional pain meds
        [MB]
1219    Spoke with Caroline NP in Obs Unit- Will
        evaluate  [MB]

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Notes (continued)**

**ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM (continued)** _____ Version 1 of 1

**ED Course User Index**
[MB] Butler, Morgan B[CD.1]

1220  Pain persists.  Pt is vomiting again. Remains tender diffusely. Will try Bentyl and Zofran.  Results explained.  All questions answered.  Pt is comfortable w/ disposition.[CD.3]

39-year-old female presents complaining of abdominal pain for the last week as well as diarrhea with nausea and vomiting. She has been to an outside hospital emergency department twice over the last week and had CT scan done yesterday which she states is normal. Upon review of patient's medical records the CT scan was actually read as possible pancreatitis. Her lipase was normal yesterday and today. She was very uncomfortable initially. Tender diffusely to her abdomen with guarding.  Labs are unremarkable. Acute abdominal series and ultrasound are also negative. She required multiple doses of pain medications and antibiotics. She was unable to provide a stool specimen in the emergency department. Given the severity of her symptoms and the fact that this is her third emergency department visit, I asked the provider in the ED observation unit to admit for observation.[CD.2]

| **Medical Decision Making** |
| :---: |

DDx: Colitis, hepatitis, pancreatitis, gastroenteritis, ileus[MB.1], cholecystitis[CD.2]

This chart was generated by an EMR, and parts may have been dictated through an electronic transcription program, and so this chart may contain errors or omissions not intended by the user.

| **Procedures / Critical Care** |
| :---: |

None

| **Diagnosis / Disposition** |
| :---: |

**Clinical Impression**[MB.1]
1.  **Abdominal pain, generalized**
2.  Nausea vomiting and diarrhea[CD.1]

**Disposition**[MB.1]
ED Disposition

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Notes (continued)

### ED Provider Notes by Dunn, Chad B, MD at 9/1/2018  9:15 AM (continued)                  Version 1 of 1

| ED Disposition | Condition | Date/Time | Comment |
|---|---|---|---|
| **Admit** | | Sat Sep 1, 2018 12:21 PM[CD.1] | |

**Follow up for Discharged Patients**[MB.1]
No follow-up provider specified.[CD.1]

**Prescriptions for Discharged Patients**[MB.1]
**New Prescriptions**
No medications on file[CD.1]

Morgan Butler[MB.2] was my scribe today and assisted me with documentation only.[MB.1] She[MB.2] was present during the questioning and physical examination of this patient and documented what[MB.1] s[MB.2]he observed and was instructed to document.  This note accurately reflects work and decisions made by me.[MB.1]

Dunn, Chad B, MD
09/01/18 1319
[CD.4]

Attribution Key
CD.1 - Dunn, Chad B, MD on 9/1/2018  1:18 PM
CD.2 - Dunn, Chad B, MD on 9/1/2018  1:15 PM
CD.3 - Dunn, Chad B, MD on 9/1/2018 12:16 PM
CD.4 - Dunn, Chad B, MD on 9/1/2018  1:19 PM
MB.1 - Butler, Morgan B on 9/1/2018  9:15 AM
MB.2 - Butler, Morgan B on 9/1/2018 10:11 AM

### ED Notes by Sartelle, Katherine E, RN at 9/1/2018  1:00 PM                  Version 1 of 1

| Author: Sartelle, Katherine E, RN | Service:  (none) | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  9/1/2018  1:16 PM | Date of Service:  9/1/2018  1:00 PM | Creation Time:  9/1/2018  1:16 PM |
| Status:  Signed | Editor:  Sartelle, Katherine E, RN (Registered Nurse) | |

Dr. Benkleman at bedside evaluating pt[KS.1]

Attribution Key



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Notes (continued)**

**ED Notes by Sartelle, Katherine E, RN at 9/1/2018  1:00 PM (continued)**          Version 1 of 1

    KS.1 - Sartelle, Katherine E, RN on 9/1/2018  1:16 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM**      Version 2 of 2

| | | |
|---|---|---|
| Author: McFarland, Andrew J, MD<br>Filed: 10/25/2018 12:25 PM | Service: Ophthalmology<br>Date of Service: 10/25/2018 12:11 PM | Author Type: Physician<br>Creation Time: 10/25/2018 12:11 PM |
| Status: Addendum | Editor: McFarland, Andrew J, MD (Physician) | |

Related Notes: Original Note by McFarland, Andrew J, MD (Physician) filed at 10/25/2018 12:25 PM
Consult Orders:
    1. Inpatient consult to Ophthalmology [480144276] ordered by Bishwakarma, Raju, MD at 10/24/18 1745

### Retinal Surgery Consult Note

**Date Time:** 10/25/18 12:11 PM
Patient Name: SMITH,DORIS D ALAQUE
Requesting Physician: Raju Bishwakarma, MD

**Reason for Consultation:**
Decreased vision, right eye

**Assessment:**
**1. Likely ischemic optic neuropathy, right eye**
 - Likely related to past perfusion issues
 - Unlikely to benefit from further workup given history
 - Discussed with patient that visual acuity may improve slightly, but that we would not expect to see a large improvement in vision

**2. Vision loss, right eye**
 - Most likely secondary to above as discussed
 - Could also be a central retinal artery occlusion from a dislodged clot given history, but think this is less likely given normal appearing vasculature

**Plan:**
 - Management per primary team --> no changes recommended from an ophthalmological standpoint
 - Please call our office (Retina Associates) at (540) 722-3500 to schedule an appointment with me within 1-2 weeks after discharge
 - If patient not discharged by ~1 month, please call/page me to re-evaluate the patient.
 - Thank you!

**History:**
Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with abdominal pain, later diagnosed with mesenteric venous thrombosis. Now, she is s/p multiple surgical procedures and treatment with ECMO. Patient recently reported noticing decreased vision in her right eye when weaned off sedation. This was approximately 3 weeks ago. Denies any eye pain. Left eye seems normal.

**Past Medical History:**

---



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Consult Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**       Version 2 of 2

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| | | |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| | | |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD; Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| | | |
|---|---|---|
| • ECMO, ADULT | | 9/19/2018 |

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| | | |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • EGD | N/A | 10/9/2018 |

*Procedure: EGD;  Surgeon: Snow, Nicholas D, MD;  Location: WINCHESTER ENDO;  Service: Gastroenterology;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/13/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/14/2018 |

*Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| | | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/19/2018 |

*Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**                    Version 2 of 2

- EXPLORATORY LAPAROTOMY                              N/A                  9/21/2018
  *Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access; Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                          N/A                  9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                   N/A                  9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                Right
- SPLENECTOMY                                         N/A                  9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR; Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                             9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR; Service: Access;;*

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

**Social History**

**Social History**
- Marital status:                    Single
    Spouse name:                     N/A
- Number of children:                N/A
- Years of education:                N/A

**Social History Main Topics**
- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol use                        Yes
       *Comment: occas*
- Drug use:                          No
- Sexual activity:                   Not on file

**Other Topics**                                                    Concern
- Not on file

**Social History Narrative**
- No narrative on file



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**    Version 2 of 2

### Allergies:

#### Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Medications:

#### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • amLODIPine | 10 mg | per ND tube | Daily |
| • clonazePAM | 0.25 mg | per NG tube | BID |
| • enoxaparin | 1 mg/kg | Subcutaneous | Q12H SCH |
| • famotidine | 20 mg | per ND tube | Q12H SCH |
| • FLUoxetine | 20 mg | per NG tube | Daily |
| • furosemide | 40 mg | per ND tube | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • losartan | 25 mg | per J tube | Daily |
| • metoprolol tartrate | 100 mg | per J tube | Q12H SCH |
| • multivitamin | 15 mL | per JG tube | Daily |

### Review of Systems:

A comprehensive review of systems was: Negative except decreased vision in the right eye, some sore throat from her trach, and some shortness of breath

Mental status was normal

| Visual Acuity: | OD CF@face | OS 20/20 |
|---|---|---|
| Tonometry: | OD 15 | OS 15 |
| EOM: | OD full range | OS full range |
| Pupils including APD: | 2+ RAPD OD | |

**Visual fields** were ODabnormal OSnormal
Physical Exam

| Pen Light Exam | OD | OS |
|---|---|---|


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**                    Version 2 of 2

| Lids/Adnexa | Normal | Normal |
|---|---|---|
| Conjunctiva Sclera | Normal | Normal |
| Cornea | Normal | Normal |
| Anterior Chamber | Normal | Normal |
| Iris | Normal | Normal |
| Lens/IOL | Normal | Normal |

| Funduscopic Exam | OD | OS |
|---|---|---|
| Vitreous | Normal | Normal |
| Disc | Abnormal- 2+ diffuse disc pallor | Normal |
| Vessels | Normal | Normal |
| Macula | Normal | Normal |
| Periphery | Normal | Normal |
| C/D Ratio | 0.3 | 0.3 |

Signed by: Andrew J McFarland

Electronically signed by McFarland, Andrew J, MD on 10/25/2018 12:25 PM

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM**                    Version 1 of 2

| | | |
|---|---|---|
| Author: McFarland, Andrew J, MD | Service: Ophthalmology | Author Type: Physician |
| Filed: 10/25/2018 12:25 PM | Date of Service: 10/25/2018 12:11 PM | Creation Time: 10/25/2018 12:11 PM |
| Status: Signed | Editor: McFarland, Andrew J, MD (Physician) | |

Related Notes: Addendum by McFarland, Andrew J, MD (Physician) filed at 10/25/2018 12:25 PM

### Retinal Surgery Consult Note

**Date Time:** 10/25/18 12:11 PM
Patient Name: SMITH,DORIS D ALAQUE
Requesting Physician: Long, Joshua L, DO

**Reason for Consultation:**
Decreased vision, right eye

**Assessment:**

**1. Likely ischemic optic neuropathy, right eye**
 - Likely related to past perfusion issues
 - Unlikely to benefit from further workup given history
 - Discussed with patient that visual acuity may improve slightly, but that we would not expect to see a large improvement in vision



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**          Version 1 of 2

**2. Vision loss, right eye**
 - Most likely secondary to above as discussed
 - Could also be a central retinal artery occlusion from a dislodged clot given history, but think this is less likely given normal appearing vasculature


**Plan:**
 - Management per primary team --> no changes recommended from an ophthalmological standpoint
 - Please call our office (Retina Associates) at (540) 722-3500 to schedule an appointment with me within 1-2 weeks after discharge
 - If patient not discharged by ~1 month, please call/page me to re-evaluate the patient.
 - Thank you!

**History:**
Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with abdominal pain, later diagnosed with mesenteric venous thrombosis. Now, she is s/p multiple surgical procedures and treatment with ECMO. Patient recently reported noticing decreased vision in her right eye when weaned off sedation. This was approximately 3 weeks ago. Denies any eye pain. Left eye seems normal.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |


**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.* | | |
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH* | | |
| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION,* | | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)                    Version 1 of 2

*TRACHEOSTOMY WITH 80XLTCP SHILEY*
- ECMO, ADULT                                                          9/19/2018
  *Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*
- ECTOPIC PREGNANCY SURGERY                          Right
- EGD                                               N/A              10/9/2018
  *Procedure: EGD;  Surgeon: Snow, Nicholas D, MD;  Location: WINCHESTER ENDO;  Service: Gastroenterology;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                            N/A               9/3/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*
- EXPLORATORY LAPAROTOMY                            N/A               9/13/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                            N/A               9/14/2018
  *Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                            N/A               9/19/2018
  *Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                            N/A               9/21/2018
  *Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                        N/A               9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                 N/A               9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                              Right
- SPLENECTOMY                                       N/A               9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                        9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;;*


## Family History:

History reviewed. No pertinent family history.

## Social History:

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**    Version 1 of 2

**Social History**

### Social History
- Marital status:                                  Single
    - Spouse name:                            N/A
- Number of children:                        N/A
- Years of education:                         N/A

### Social History Main Topics
- Smoking status:                              Never Smoker
- Smokeless tobacco:                        Never Used
- Alcohol use                                     Yes
    - *Comment: occas*
- Drug use:                                         No
- Sexual activity:                               Not on file

### Other Topics                                                                              Concern
- Not on file

### Social History Narrative
- No narrative on file

## Allergies:

### Allergies
| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

## Medications:

### Current Facility-Administered Medications
| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • amLODIPine | 10 mg | per ND tube | Daily |
| • clonazePAM | 0.25 mg | per NG tube | BID |
| • enoxaparin | 1 mg/kg | Subcutaneous | Q12H SCH |
| • famotidine | 20 mg | per ND tube | Q12H SCH |
| • FLUoxetine | 20 mg | per NG tube | Daily |
| • furosemide | 40 mg | per ND tube | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • losartan | 25 mg | per J tube | Daily |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by McFarland, Andrew J, MD at 10/25/2018 12:11 PM (continued)**          Version 1 of 2

| | | | |
|---|---|---|---|
| • metoprolol tartrate | 100 mg | per J tube | Q12H SCH |
| • multivitamin | 15 mL | per JG tube | Daily |

### Review of Systems:

A comprehensive review of systems was: Negative except decreased vision in the right eye, some sore throat from her trach, and some shortness of breath

Mental status was normal

| Visual Acuity: | OD CF@face | OS 20/20 |
|---|---|---|
| Tonometry: | OD 15 | OS 15 |
| EOM: | OD full range | OS full range |
| Pupils including APD: | 2+ RAPD OD | |

**Visual fields** were ODabnormal OSnormal
Physical Exam

| Pen Light Exam | OD | OS |
|---|---|---|
| Lids/Adnexa | **Normal** | **Normal** |
| Conjunctiva Sclera | **Normal** | **Normal** |
| Cornea | **Normal** | **Normal** |
| Anterior Chamber | **Normal** | **Normal** |
| Iris | **Normal** | **Normal** |
| Lens/IOL | **Normal** | **Normal** |

| Funduscopic Exam | OD | OS |
|---|---|---|
| Vitreous | **Normal** | **Normal** |
| Disc | **Abnormal- 2+ diffuse disc pallor** | **Normal** |
| Vessels | **Normal** | **Normal** |
| Macula | **Normal** | **Normal** |
| Periphery | **Normal** | **Normal** |
| C/D Ratio | **0.3** | **0.3** |

Signed by: Andrew J McFarland

  Electronically signed by McFarland, Andrew J, MD on 10/25/2018 12:25 PM

**Consults by Sharp, Rick, RA at 10/18/2018  4:10 PM**          Version 1 of 1



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Sharp, Rick, RA at 10/18/2018  4:10 PM (continued)**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Sharp, Rick, RA<br>Filed: 10/18/2018  4:11 PM | Service: Radiology<br>Date of Service: 10/18/2018  4:10 PM | Author Type: Technologist<br>Creation Time: 10/18/2018  4:10 PM |
| Status: Signed | Editor: Sharp, Rick, RA (Technologist) | |

Cosigner:  Foust, Robert James, MD at 10/18/2018  4:50 PM
Consult Orders:
   1. Inpatient Consult to Interventional Radiology [479113780] ordered by Boyd, Loretta A, MD at 10/18/18 1607

Pt with indwelling G.  Attempts made to convert, unable to due to angle of initial puncture and take off of duodenum.  Requested to attempt again as pt needs something long term.

Pt now has a dobhoff in place and reportedly has better motility of her bowel along with the stomach has been decompressed.  Perhaps this will allow for a conversion.  Will attempt tomorrow.

Electronically signed by Foust, Robert James, MD on 10/18/2018  4:50 PM

**Consults by Sharp, Rick, RA at 10/10/2018  8:59 AM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Sharp, Rick, RA<br>Filed: 10/10/2018  9:05 AM | Service: Radiology<br>Date of Service: 10/10/2018  8:59 AM | Author Type: Technologist<br>Creation Time: 10/10/2018  8:59 AM |
| Status: Signed | Editor: Sharp, Rick, RA (Technologist) | |

Cosigner:  Fox, Preston Stuart, MD at 10/10/2018 10:01 AM
Consult Orders:
   1. Inpatient Consult to Interventional Radiology [477582412] ordered by Carter, Jeffrey, MD at 10/10/18 0736

Request to drain anterior fluid collection.  Pt had therapeutic dose of Lovenox today.  Discussed with Dr. Carter who agreed that pt will be undergo procedure tomorrow after holding her Lovenox.

Electronically signed by Fox, Preston Stuart, MD on 10/10/2018 10:01 AM

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Thomas, Ellena Mae, PA | Service: Gastroenterology | Author Type: Physician Assistant |
| Filed: 10/8/2018  1:54 PM | Date of Service: 10/8/2018 12:51 PM | Creation Time: 10/8/2018 12:51 PM |
| Status: Attested | Editor: Thomas, Ellena Mae, PA (Physician Assistant) | |

Cosigner:  Snow, Nicholas D, MD at 10/8/2018  5:09 PM
Attestation signed by Snow, Nicholas D, MD at 10/8/2018  5:09 PM

The above patient was seen, examined, and the above reviewed. My history: The patient had a massive ischemic event for which she has been slow to recover. We were asked to see her to see if we can potentially advance the nasal feeding tube into the duodenum. She's been quite unstable. She's an unsuccessful attempts. Passing this through interventional radiology in a magnet. I suspect she has gastroparesis from multiple metabolic problems. My physical: She is sedated male, obese, treat. She has a G-tube in place. She hasn't nasal gastric feeding tube as well. My assessment: After discussing with the sister, I think it reasonable to attempt to pass the feeding tube with endoscopic control. I told her that done this before but the techniques were similar to other side used. This may improve her recovery of her gut function.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

### GASTROENTEROLOGY CONSULTATION
### WINCHESTER GASTROENTEROLOGY ASSOCIATES

**Date Time:** 10/08/18 12:51 PM
**Patient Name:** SMITH,DORIS D ALAQUE
**Requesting Physician:** Hutchens, William Thomas*

PCP: Michele M Sheetz, FNP
Consulting GI: Ellena Thomas PA-C/Dr. Snow

**Reason for Consultation:**
We are asked to see this patient for feeding tube manipulation

**Assessment:**
Principal Problem:
  Mesenteric venous thrombosis
Active Problems:
  Obesity, morbid, BMI 40.0-49.9
  Acute blood loss anemia
  Hemorrhage secondary to anti-coagulation
  Acute respiratory failure with hypoxia
  Ischemic bowel disease
  ARDS (adult respiratory distress syndrome)
  Hypotension, unspecified hypotension type
  Atelectasis of left lung
  Subcapsular hematoma of liver
  Splenic hemorrhage
  Abdominal pain, generalized
  Thrombus
  Tachycardia
  Abnormal liver enzymes
  Diarrhea, unspecified type
  Nausea vomiting and diarrhea
  Aspiration into airway
  Tracheostomy care
  Gastrostomy in place
  Leukocytosis
  Intermittent fever of unknown origin
  Personal history of ECMO
  S/P splenectomy
  S/P small bowel resection
  Anxiety disorder due to general medical condition
  Posthemorrhagic anemia
  On mechanically assisted ventilation
  Acute pulmonary edema

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

**Plan:**

Will have to discuss with Dr. Snow about helping to convert the G to a G/J.
Please see attending's addendum

**History:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with sepsis and imaging showing extensive superior mesenteric venous thrombosis with portal vein thrombosis causing bleeding and ischemic bowel, she was in shock and on levophed and on ecmo. She has had liver hemorrhage requiring massive transfusion and also aspiration during intubation, she was on CRRT at one point as well. She had exlap with packing and resection of a segment of infarcted bowel, numerous trips to the OR for bleeding and washouts, had a splenectomy as well. Most recently she has had severe bradycardia episodes, asystole for 18 seconds after being turned. Dr. Reese feels that with her pressures being elevated on her echo that PE was highly suspected, she is on Lovenox. He cant place a pacer due to her other issues but has stat pads on.

The reason GI is consulted is because she has a G but it needs to be converted to a GJ but IR has been unsuccessful as the gtube tract does not permit conversion due to its angle. We are asked to see if we can put the J in endoscopically.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE; Surgeon: Carter, Jeffrey, MD; Location: WINCHESTER MAIN OR; Service: Access; Laterality: N/A; ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.* | | |
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE; Surgeon: Carter, Jeffrey, MD; Location: WINCHESTER MAIN OR; Service: Access; Laterality: N/A; ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH* | | |
| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
| *Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE; Surgeon: Goode, Terral C, MD; Location: WINCHESTER MAIN OR; Service: Access; Laterality: N/A; EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION,* | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                          Version 1 of 1

*TRACHEOSTOMY WITH 80XLTCP SHILEY*

- ECMO, ADULT                                                                                         9/19/2018
  *Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*
- ECTOPIC PREGNANCY SURGERY                                 Right
- EXPLORATORY LAPAROTOMY                                       N/A                          9/3/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*
- EXPLORATORY LAPAROTOMY                                       N/A                          9/13/2018
  *Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                                       N/A                          9/14/2018
  *Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                                       N/A                          9/19/2018
  *Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- EXPLORATORY LAPAROTOMY                                       N/A                          9/21/2018
  *Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                                   N/A                          9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                            N/A                          9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                         Right
- SPLENECTOMY                                                  N/A                          9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                                              9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;;*

## Family History:

History reviewed. No pertinent family history.

## Social History:

**Social History**

Social History

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                Version 1 of 1

- Marital status:                                        Single
    - Spouse name:                                    N/A
- Number of children:                              N/A
- Years of education:                              N/A

### Social History Main Topics
- Smoking status:                                   Never Smoker
- Smokeless tobacco:                             Never Used
- Alcohol use                                           Yes
    - *Comment: occas*
- Drug use:                                              No
- Sexual activity:                                     Not on file

### Other Topics                                                                        Concern
- Not on file

### Social History Narrative
- No narrative on file

## Allergies:

### Allergies
Allergen                                                         Reactions
- Biaxin [Clarithromycin]                         Itching
- Hydrocodone                                        Itching

## Medications:

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| acetaZOLAMIDE | 500 mg | Intravenous | Q12H |
| caspofungin | 35 mg | Intravenous | Q24H |
| enoxaparin | 1 mg/kg | Subcutaneous | Q12H |
| eye lubricant | | Both Eyes | QID |
| furosemide | 40 mg | Intravenous | Once |
| heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| lactobacillus species | 50 Billion CFU | Tube | Daily |
| linezolid | 600 | Intravenous | Q12H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| | | | |
|---|---|---|---|
| | mg | | |
| • milk of magnesia | 7.5 mL | per G tube | Q6H |
| • meropenem | 1,000 mg | Intravenous | Q8H |
| • oxyCODONE | 5 mg | per G tube | Q6H |
| • pantoprazole | 40 mg | Intravenous | BID |
| • QUEtiapine | 150 mg | per G tube | QHS |
| • QUEtiapine | 50 mg | per G tube | Daily |
| • sodium bicarbonate | 1,300 mg | per G tube | 2XDAY at 0800 & 1200 |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |

| | |
|---|---|
| • dextrose 5 % and 0.45 % NaCl with KCl 20 mEq | 100 mL/hr at 10/07/18 1410 |
| • electrolyte replacement protocol-NURSE to INITIATE | |
| • epoprostenol | 25 ng/kg/min (10/08/18 0839) |
| • fentaNYL | 80 mcg/hr (10/08/18 0405) |
| • furosemide (LASIX) infusion 500 MG/50 mL | 10 mg/hr (10/08/18 0627) |
| • ketamine (KETALAR) infusion | Stopped (10/07/18 0500) |
| • midazolam | Stopped (10/03/18 1150) |
| • milrinone | 0.25 mcg/kg/min (10/08/18 0709) |
| • norepinephrine | Stopped (10/03/18 0300) |
| • propofol | Stopped (10/03/18 1323) |
| • TPN Adult Central | |

### Review of Systems:

Review of Systems - History obtained from a chart review. Pt not able to speak to me

### Physical Exam:

Blood pressure 101/61, pulse **(!) 119**, temperature **(!) 101.5 °F (38.6 °C)**, temperature source Foley Temp, resp. rate **(!) 23**, height 1.549 m (5' 1"), weight 116.9 kg (257 lb 11.5 oz), last menstrual period 08/15/2018,



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**        Version 1 of 1

SpO2 100 %.

General appearance - awake, trying to cough. Very ill.
Abdomen - large ventral incision looks okay. G tube in the stomach. Did not palpate abdomen.

**Lab:**

### Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Triglycerides [477102021]** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 1203 |
| | Triglycerides | 88 | mg/dL | |
| **RespiratoryCulture and Smear [477102011]** | | | | Collected:  10/08/18 1142 |
| Specimen:  Sputum from Sputum | | | | Updated:  10/08/18 1155 |
| **Culture-Fungal Blood-Line Draw [471617207]** | | | | Collected:  09/07/18 1706 |
| Specimen:  Blood Culture Line Draw from A-Line Blood Draw | | | | Updated:  10/08/18 1142 |

Narrative:
  Specimen/Source: Blood Culture Line Draw/A-Line Blood Draw
  Collected: 09/07/2018 17:06

  Status: Final     Last Updated: 10/08/2018 11:42

  Culture Result (Final)
    No Fungus Isolated - Final Report

| | | | | |
|---|---|---|---|---|
| **Urinalysis w Microscopic and Culture if Indicated [477102012]** **(Abnormal)** | | | | Collected:  10/08/18 1030 |
| Specimen:  Urine, Random | | | | Updated:  10/08/18 1131 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.011 | | |
| | pH, Urine | 7.0 | pH | |
| | Protein, UR | Negative | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | Negative | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | **Moderate (A)** | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | **75 (A)** | Leu/uL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**            Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | UR Micro | Performed | | |
| | WBC, UA | **14 (H)** | /hpf | |
| | RBC, UA | **115 (H)** | /hpf | |
| | Bacteria, UA | **Occasional (A)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| | Trans Epithel, UA | 1 | /hpf | |
| | Hyaline Casts, UA | **>20 (A)** | /lpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

| | | | | |
|---|---|---|---|---|
| **Magnesium [477101999]** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 1017 |
| | Magnesium | 2.2 | mg/dL | |
| **Basic Metabolic Panel [477101987]  (Abnormal)** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 0939 |
| | Sodium | 146 | mMol/L | |
| | Potassium | **3.4 (L)** | mMol/L | |
| | Chloride | 104 | mMol/L | |
| | CO2 | **33.5 (H)** | mMol/L | |
| | Calcium | 8.8 | mg/dL | |
| | Glucose | **111 (H)** | mg/dL | |
| | Creatinine | 0.63 | mg/dL | |
| | BUN | 16 | mg/dL | |
| | Anion Gap | 11.9 | mMol/L | |
| | BUN/Creatinine Ratio | 25.4 | Ratio | |
| | EGFR | 131 | mL/min/1.73m2 | |
| | Osmolality Calc | 292 | mOsm/kg | |
| **Phosphorus [477101989]** | | | | Collected:  10/08/18 0840 |
| Specimen:  Plasma | | | | Updated:  10/08/18 0939 |
| | Phosphorus | 3.3 | mg/dL | |
| **Calcium, Ionized [477101988]** | | | | Collected:  10/08/18 0840 |
| Specimen:  Blood | | | | Updated:  10/08/18 0933 |
| | Calcium, Ionized | 4.40 | mg/dL | |
| **Dextrose Stick Glucose [477101993]  (Abnormal)** | | | | Collected:  10/08/18 0741 |
| Specimen:  Blood | | | | Updated:  10/08/18 0759 |
| | Glucose, POCT | **117 (H)** | mg/dL | |
| **Dextrose Stick Glucose [477101991]  (Abnormal)** | | | | Collected:  10/08/18 0510 |
| Specimen:  Blood | | | | Updated:  10/08/18 0527 |
| | Glucose, | **130 (H)** | mg/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | POCT | | | |
| **Magnesium [477101984]** | | | | Collected: 10/08/18 0024 |
| Specimen: Plasma | | | | Updated: 10/08/18 0145 |
| | **Magnesium** | 1.9 | mg/dL | |
| **Calcium, Ionized [477035048]** **(Abnormal)** | | | | Collected: 10/08/18 0024 |
| Specimen: Blood | | | | Updated: 10/08/18 0101 |
| | **Calcium, Ionized** | **4.27 (L)** | mg/dL | |
| **Basic Metabolic Panel [477035047]** **(Abnormal)** | | | | Collected: 10/08/18 0024 |
| Specimen: Plasma | | | | Updated: 10/08/18 0101 |
| | **Sodium** | 147 | mMol/L | |
| | **Potassium** | 3.7 | mMol/L | |
| | **Chloride** | 106 | mMol/L | |
| | **CO2** | **33.2 (H)** | mMol/L | |
| | **Calcium** | 8.9 | mg/dL | |
| | **Glucose** | **119 (H)** | mg/dL | |
| | **Creatinine** | 0.62 | mg/dL | |
| | **BUN** | 17 | mg/dL | |
| | **Anion Gap** | 11.5 | mMol/L | |
| | **BUN/Creatinine Ratio** | 27.4 | Ratio | |
| | **EGFR** | 131 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 295 | mOsm/kg | |
| **Phosphorus [477035049]** | | | | Collected: 10/08/18 0024 |
| Specimen: Plasma | | | | Updated: 10/08/18 0101 |
| | **Phosphorus** | 3.8 | mg/dL | |
| **Dextrose Stick Glucose [477101982]** | | | | Collected: 10/08/18 0023 |
| Specimen: Blood | | | | Updated: 10/08/18 0050 |
| | **Glucose, POCT** | 92 | mg/dL | |
| **Dextrose Stick Glucose [477035051]** **(Abnormal)** | | | | Collected: 10/07/18 2008 |
| Specimen: Blood | | | | Updated: 10/07/18 2024 |
| | **Glucose, POCT** | **143 (H)** | mg/dL | |
| **CBC with Automated Differential [477035033]** **(Abnormal)** | | | | Collected: 10/07/18 1800 |
| Specimen: Blood from Blood | | | | Updated: 10/07/18 1855 |
| | **WBC** | **17.8 (H)** | K/cmm | |
| | **RBC** | **2.70 (L)** | M/cmm | |
| | **Hemoglobin** | **7.8 (L)** | gm/dL | |
| | **Hematocrit** | **25.6 (L)** | % | |
| | **MCV** | 95 | fL | |
| | **MCH** | 29 | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **15.5 (H)** | % | |
| | **PLT CT** | 336 | K/cmm | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | MPV | 8.9 | fL | |
| | NEUTROPHIL % | 64.0 | % | |
| | Lymphocytes | 20.0 | % | |
| | Monocytes | 10.0 | % | |
| | Eosinophils % | 1.0 | % | |
| | Basophils % | 0.0 | % | |
| | Bands | 5 | % | |
| | Neutrophils Absolute | **12.3 (H)** | K/cmm | |
| | Lymphocytes Absolute | 3.6 | K/cmm | |
| | Monocytes Absolute | **1.8 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.2 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 3 | /100 WBCs | |
| | RBC Morphology | Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Phosphorus [477035038] (Abnormal)**                      Collected:  10/07/18 1800
Specimen:  Plasma                                         Updated:  10/07/18 1829

| | Phosphorus | **2.2 (L)** | mg/dL | |
|---|---|---|---|---|

**Magnesium [477035039]**                                 Collected:  10/07/18 1800
Specimen:  Plasma                                         Updated:  10/07/18 1829

| | Magnesium | 2.1 | mg/dL | |
|---|---|---|---|---|

**Basic Metabolic Panel [477035040] (Abnormal)**          Collected:  10/07/18 1800
Specimen:  Plasma                                         Updated:  10/07/18 1829

| | Component | Value | Units | |
|---|---|---|---|---|
| | Sodium | **148 (H)** | mMol/L | |
| | Potassium | **3.4 (L)** | mMol/L | |
| | Chloride | 104 | mMol/L | |
| | CO2 | **34.8 (H)** | mMol/L | |
| | Calcium | 9.1 | mg/dL | |
| | Glucose | **142 (H)** | mg/dL | |
| | Creatinine | 0.61 | mg/dL | |
| | BUN | 16 | mg/dL | |
| | Anion Gap | 12.6 | mMol/L | |
| | BUN/Creatinine Ratio | 26.2 | Ratio | |
| | EGFR | 132 | mL/min/1.73m2 | |
| | Osmolality Calc | 298 | mOsm/kg | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [477035041]** | | | | Collected: 10/07/18 1800 |
| Specimen: Blood | | | | Updated: 10/07/18 1828 |
| | **Calcium, Ionized** | 4.56 | mg/dL | |
| **Basic Metabolic Panel [477035029]** **(Abnormal)** | | | | Collected: 10/07/18 1300 |
| Specimen: Plasma | | | | Updated: 10/07/18 1455 |
| | **Sodium** | 146 | mMol/L | |
| | **Potassium** | 3.5 | mMol/L | |
| | **Chloride** | 103 | mMol/L | |
| | **CO2** | **33.3 (H)** | mMol/L | |
| | **Calcium** | 8.9 | mg/dL | |
| | **Glucose** | **207 (H)** | mg/dL | |
| | **Creatinine** | 0.69 | mg/dL | |
| | **BUN** | 16 | mg/dL | |
| | **Anion Gap** | 13.2 | mMol/L | |
| | **BUN/Creatinine Ratio** | 23.2 | Ratio | |
| | **EGFR** | 127 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 298 | mOsm/kg | |
| **CBC and differential [477035013]** **(Abnormal)** | | | | Collected: 10/07/18 1300 |
| Specimen: Blood from Blood | | | | Updated: 10/07/18 1412 |
| | **WBC** | **18.0 (H)** | K/cmm | |
| | **RBC** | **2.70 (L)** | M/cmm | |
| | **Hemoglobin** | **7.9 (L)** | gm/dL | |
| | **Hematocrit** | **25.6 (L)** | % | |
| | **MCV** | 95 | fL | |
| | **MCH** | 29 | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | 339 | K/cmm | |
| | **MPV** | 9.1 | fL | |
| | **NEUTROPHIL %** | 72.0 | % | |
| | **Lymphocytes** | 18.0 | % | |
| | **Monocytes** | 8.0 | % | |
| | **Eosinophils %** | 1.0 | % | |
| | **Bands** | 1 | % | |
| | **Neutrophils Absolute** | **13.1 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.2 | K/cmm | |
| | **Monocytes Absolute** | 1.4 | K/cmm | |
| | **Eosinophils Absolute** | 0.2 | K/cmm | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | BASO Absolute | 0.0 | K/cmm | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Polychromasia | 1+ | | |
| | Hypochromia | 1+ | | |
| | Poikilocytosis | 1+ | | |

Narrative:
  Manual differential performed

**Calcium, Ionized [477035023]** **(Abnormal)**          Collected:  10/07/18 1300
Specimen:  Blood          Updated:  10/07/18 1350

| | Component | Value | Units | |
|---|---|---|---|---|
| | Calcium, Ionized | 4.33 (L) | mg/dL | |

**Hepatic function panel (LFT) [477035014]** **(Abnormal)**          Collected:  10/07/18 1300
Specimen:  Plasma          Updated:  10/07/18 1348

| | Component | Value | Units |
|---|---|---|---|
| | Protein, Total | 7.0 | gm/dL |
| | Albumin | 2.5 (L) | gm/dL |
| | Alkaline Phosphatase | 241 (H) | U/L |
| | ALT | 41 | U/L |
| | AST (SGOT) | 45 (H) | U/L |
| | Bilirubin, Total | 1.3 (H) | mg/dL |
| | Bilirubin, Direct | 0.9 (H) | mg/dL |
| | Albumin/Globulin Ratio | 0.56 (L) | Ratio |
| | Globulin | 4.5 (H) | gm/dL |

**Magnesium [477035015]**          Collected:  10/07/18 1300
Specimen:  Plasma          Updated:  10/07/18 1348

| | Component | Value | Units |
|---|---|---|---|
| | Magnesium | 2.0 | mg/dL |

**Phosphorus [477035016]**          Collected:  10/07/18 1300
Specimen:  Plasma          Updated:  10/07/18 1348

| | Component | Value | Units |
|---|---|---|---|
| | Phosphorus | 2.5 | mg/dL |

**i-Stat CG4 Arterial CartrIDge [477035025]** **(Abnormal)**          Collected:  10/07/18 1217
Specimen:  Arterial          Updated:  10/07/18 1223

| | Component | Value | Units |
|---|---|---|---|
| | pH, ISTAT | 7.45 | |
| | PO2, ISTAT | 61 (L) | mm Hg |
| | BE, ISTAT | 11 (H) | mMol/L |
| | HCO3, ISTAT | 36.8 (H) | mMol/L |
| | PCO2, ISTAT | 52.4 (H) | mm Hg |
| | O2 Sat, %, ISTAT | 92 (L) | % |
| | Room Number, | 3540 | |



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **ISTAT** | | | |
| | **i-STAT Allen's Test** | Pass | | |
| | **DELS, ISTAT** | Vent | | |
| | **i-STAT FIO2** | 40.00 | % | |
| | **i-STAT Mode** | AC | | |
| | **i-STAT Peep** | 8 | | |
| | **i-STAT Pressure Support** | 0 | | |
| | **Rate, ISTAT** | 26 | | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **Tidal Vol, ISTAT** | 320 | | |
| | **TCO2, ISTAT** | **38 (H)** | mMol/L | |
| | **i-STAT Lactic acid** | 1.00 | mMol/L | |
| | **Operator, ISTAT** | Operator: 34266 BLANCHETTE SHAWN RT | | |
| **Urine Culture [476677875]** | | | | Collected: 10/05/18 2005 |
| Specimen: Urine, Random | | | | Updated: 10/07/18 0958 |

Narrative:
  Specimen: Urine, Random
  Collected: 10/05/2018 20:05

  Status: Final   Last Updated: 10/07/2018 09:58

  Culture Result (Final)
   No Growth Final

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [476947729] (Abnormal)** | | | | Collected: 10/07/18 0820 |
| Specimen: Blood | | | | Updated: 10/07/18 0908 |
| | **Calcium, Ionized** | **4.29 (L)** | mg/dL | |
| **Magnesium [476947738]** | | | | Collected: 10/07/18 0820 |
| Specimen: Plasma | | | | Updated: 10/07/18 0904 |
| | **Magnesium** | 1.8 | mg/dL | |
| **Basic Metabolic Panel [476947728] (Abnormal)** | | | | Collected: 10/07/18 0820 |
| Specimen: Plasma | | | | Updated: 10/07/18 0900 |
| | **Sodium** | 147 | mMol/L | |
| | **Potassium** | **3.4 (L)** | mMol/L | |
| | **Chloride** | 103 | mMol/L | |
| | **CO2** | **35.3 (H)** | mMol/L | |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                  Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **162 (H)** | mg/dL | |
| | Creatinine | 0.68 | mg/dL | |
| | BUN | 17 | mg/dL | |
| | Anion Gap | 12.1 | mMol/L | |
| | BUN/Creatinine Ratio | 25.0 | Ratio | |
| | EGFR | 127 | mL/min/1.73m2 | |
| | Osmolality Calc | 297 | mOsm/kg | |

**Phosphorus [476947730]**                                                      Collected:  10/07/18 0820
Specimen:  Plasma                                                               Updated:  10/07/18 0900

| | Phosphorus | 3.0 | mg/dL | |
|---|---|---|---|---|

**Blood Culture – Venipuncture [476677863]**                                    Collected:  10/05/18 1931
Specimen:  Blood from Venipuncture                                              Updated:  10/07/18 0847
Narrative:
   Specimen/Source: Blood/Venipuncture
   Collected: 10/05/2018 19:31

   Status: Valued    Last Updated: 10/07/2018 08:46


   Culture Result (Prelim)
    No Growth To Date


**Culture-Blood-Line Draw [476677862]**                                         Collected:  10/05/18 1921
Specimen:  Blood Culture Line Draw from PICC Line Blood Draw                     Updated:  10/07/18 0847
Narrative:
   Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
   Collected: 10/05/2018 19:21

   Status: Valued    Last Updated: 10/07/2018 08:46


   Culture Result (Prelim)
    No Growth To Date


**Dextrose Stick Glucose [476947742]  (Abnormal)**                              Collected:  10/07/18 0823
Specimen:  Blood                                                                Updated:  10/07/18 0839

| | Glucose, POCT | **155 (H)** | mg/dL | |
|---|---|---|---|---|

**Dextrose Stick Glucose [476947732]  (Abnormal)**                              Collected:  10/07/18 0455
Specimen:  Blood                                                                Updated:  10/07/18 0512

| | Glucose, | **127 (H)** | mg/dL | |
|---|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **POCT** | | | |
| **Calcium, Ionized [476947707]** **(Abnormal)** | | | | Collected: 10/07/18 0100 |
| Specimen: Blood | | | | Updated: 10/07/18 0149 |
| | **Calcium, Ionized** | **4.14 (L)** | mg/dL | |
| **Basic Metabolic Panel [476947706]** **(Abnormal)** | | | | Collected: 10/07/18 0100 |
| Specimen: Plasma | | | | Updated: 10/07/18 0139 |
| | **Sodium** | **150 (H)** | mMol/L | |
| | **Potassium** | **2.8 (LL)** | mMol/L | |
| | **Chloride** | 103 | mMol/L | |
| | **CO2** | **41.1 (HH)** | mMol/L | |
| | **Calcium** | 8.5 | mg/dL | |
| | **Glucose** | **147 (H)** | mg/dL | |
| | **Creatinine** | 0.64 | mg/dL | |
| | **BUN** | 16 | mg/dL | |
| | **Anion Gap** | 8.7 | mMol/L | |
| | **BUN/Creatinine Ratio** | 25.0 | Ratio | |
| | **EGFR** | 130 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **302 (H)** | mOsm/kg | |
| **Phosphorus [476947708]** | | | | Collected: 10/07/18 0100 |
| Specimen: Plasma | | | | Updated: 10/07/18 0135 |
| | **Phosphorus** | 3.3 | mg/dL | |
| **Dextrose Stick Glucose [476947712]** **(Abnormal)** | | | | Collected: 10/06/18 2305 |
| Specimen: Blood | | | | Updated: 10/06/18 2321 |
| | **Glucose, POCT** | **164 (H)** | mg/dL | |
| **Calcium, Ionized [476853985]** **(Abnormal)** | | | | Collected: 10/06/18 1555 |
| Specimen: Blood | | | | Updated: 10/06/18 1704 |
| | **Calcium, Ionized** | **4.11 (L)** | mg/dL | |
| **Basic Metabolic Panel [476853984]** **(Abnormal)** | | | | Collected: 10/06/18 1555 |
| Specimen: Plasma | | | | Updated: 10/06/18 1627 |
| | **Sodium** | **148 (H)** | mMol/L | |
| | **Potassium** | **2.9 (LL)** | mMol/L | |
| | **Chloride** | 102 | mMol/L | |
| | **CO2** | **34.6 (H)** | mMol/L | |
| | **Calcium** | 8.7 | mg/dL | |
| | **Glucose** | **140 (H)** | mg/dL | |
| | **Creatinine** | 0.68 | mg/dL | |
| | **BUN** | 17 | mg/dL | |
| | **Anion Gap** | 14.3 | mMol/L | |
| | **BUN/Creatinine Ratio** | 25.0 | Ratio | |
| | **EGFR** | 127 | mL/min/1.73m2 | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Osmolality Calc | 298 | mOsm/kg | |
| **Phosphorus [476853986]  (Abnormal)** | | | | Collected:  10/06/18 1555 |
| Specimen:  Plasma | | | | Updated:  10/06/18 1625 |
| | **Phosphorus** | **1.7 (L)** | mg/dL | |
| **Dextrose Stick Glucose [476853990]  (Abnormal)** | | | | Collected:  10/06/18 1232 |
| Specimen:  Blood | | | | Updated:  10/06/18 1249 |
| | **Glucose, POCT** | **151 (H)** | mg/dL | |
| **CBC and differential [476853972]  (Abnormal)** | | | | Collected:  10/06/18 0830 |
| Specimen:  Blood from Blood | | | | Updated:  10/06/18 1002 |
| | **WBC** | **19.9 (H)** | K/cmm | |
| | **RBC** | **2.75 (L)** | M/cmm | |
| | **Hemoglobin** | **8.1 (L)** | gm/dL | |
| | **Hematocrit** | **25.9 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 30 | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **15.2 (H)** | % | |
| | **PLT CT** | 369 | K/cmm | |
| | **MPV** | 9.0 | fL | |
| | **NEUTROPHIL %** | 67.0 | % | |
| | **Lymphocytes** | 19.0 | % | |
| | **Monocytes** | 10.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 1.0 | % | |
| | **Bands** | 3 | % | |
| | **Neutrophils Absolute** | **15.3 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.8 | K/cmm | |
| | **Monocytes Absolute** | 0.6 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.2 | K/cmm | |
| | **Nucleated RBC** | 1 | /100 WBCs | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Anisocytosis** | 2+ | | |
| | **Polychromasia** | 1+ | | |
| | **Hypochromia** | 1+ | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Poikilocytosis** | 1+ | | |

Narrative:
   Manual differential performed

| | | | | |
|---|---|---|---|---|
| **Basic Metabolic Panel [476853975]** **(Abnormal)** | | | | Collected:  10/06/18 0830 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0904 |
| | **Sodium** | **149 (H)** | mMol/L | |
| | **Potassium** | **2.7 (LL)** | mMol/L | |
| | **Chloride** | 104 | mMol/L | |
| | **CO2** | **37.3 (H)** | mMol/L | |
| | **Calcium** | 8.8 | mg/dL | |
| | **Glucose** | **129 (H)** | mg/dL | |
| | **Creatinine** | 0.66 | mg/dL | |
| | **BUN** | 19 | mg/dL | |
| | **Anion Gap** | 10.4 | mMol/L | |
| | **BUN/Creatinine Ratio** | 28.8 | Ratio | |
| | **EGFR** | 129 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 300 | mOsm/kg | |
| **Magnesium [476853973]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0902 |
| | **Magnesium** | 2.0 | mg/dL | |
| **Phosphorus [476853974]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0902 |
| | **Phosphorus** | 2.3 | mg/dL | |
| **Calcium, Ionized [476853962]** | | | | Collected:  10/06/18 0830 |
| Specimen:  Blood | | | | Updated:  10/06/18 0849 |
| | **Calcium, Ionized** | 4.67 | mg/dL | |
| **Dextrose Stick Glucose [476853966]** **(Abnormal)** | | | | Collected:  10/06/18 0530 |
| Specimen:  Blood | | | | Updated:  10/06/18 0546 |
| | **Glucose, POCT** | **150 (H)** | mg/dL | |
| **Phosphorus [476578861]** | | | | Collected:  10/06/18 0110 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0200 |
| | **Phosphorus** | 2.6 | mg/dL | |
| **Basic Metabolic Panel [476677870]** **(Abnormal)** | | | | Collected:  10/06/18 0110 |
| Specimen:  Plasma | | | | Updated:  10/06/18 0150 |
| | **Sodium** | **148 (H)** | mMol/L | |
| | **Potassium** | 3.5 | mMol/L | |
| | **Chloride** | 106 | mMol/L | |
| | **CO2** | **34.0 (H)** | mMol/L | |
| | **Calcium** | 8.6 | mg/dL | |
| | **Glucose** | **148 (H)** | mg/dL | |
| | **Creatinine** | 0.66 | mg/dL | |
| | **BUN** | 21 | mg/dL | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Anion Gap | 11.5 | mMol/L | |
| | BUN/Creatinine Ratio | **31.8 (H)** | Ratio | |
| | EGFR | 129 | mL/min/1.73m2 | |
| | Osmolality Calc | 300 | mOsm/kg | |
| **Magnesium [476677872]** | | | | Collected: 10/06/18 0110 |
| Specimen: Plasma | | | | Updated: 10/06/18 0150 |
| | Magnesium | 1.9 | mg/dL | |
| **Calcium, Ionized [476677871] (Abnormal)** | | | | Collected: 10/06/18 0110 |
| Specimen: Blood | | | | Updated: 10/06/18 0135 |
| | Calcium, Ionized | **4.29 (L)** | mg/dL | |
| **Dextrose Stick Glucose [476853947] (Abnormal)** | | | | Collected: 10/05/18 2213 |
| Specimen: Blood | | | | Updated: 10/05/18 2229 |
| | Glucose, POCT | **133 (H)** | mg/dL | |
| **Urinalysis w Microscopic and Culture if Indicated [476677865] (Abnormal)** | | | | Collected: 10/05/18 2005 |
| Specimen: Urine, Random | | | | Updated: 10/05/18 2033 |
| | Color, UA | Yellow | | |
| | Clarity, UA | Clear | | |
| | Specific Gravity, UR | 1.009 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | Negative | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | Negative | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | **Large (A)** | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | **25 (A)** | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **5 (H)** | /hpf | |
| | RBC, UA | **43 (H)** | /hpf | |
| | Bacteria, UA | **Occasional (A)** | /hpf | |
| | Squam Epithel, UA | <1 | /hpf | |
| | Hyaline Casts, UA | **6-10 (A)** | /lpf | |

Narrative:
A Urine Culture has been ordered based upon the Positive UA results.


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                              Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CBC with Automated Differential [476677857]** | | **(Abnormal)** | | Collected: 10/05/18 1931 |
| Specimen: Blood from Blood | | | | Updated: 10/05/18 2031 |
| | WBC | **17.2 (H)** | K/cmm | |
| | RBC | **2.53 (L)** | M/cmm | |
| | Hemoglobin | **7.7 (L)** | gm/dL | |
| | Hematocrit | **23.3 (L)** | % | |
| | MCV | 92 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.2 (H)** | % | |
| | PLT CT | 348 | K/cmm | |
| | MPV | 8.8 | fL | |
| | NEUTROPHIL % | 64.0 | % | |
| | Lymphocytes | 20.0 | % | |
| | Monocytes | 13.0 | % | |
| | Bands | 3 | % | |
| | Neutrophils Absolute | **11.5 (H)** | K/cmm | |
| | Lymphocytes Absolute | 3.4 | K/cmm | |
| | Monocytes Absolute | **2.2 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 4 | /100 WBCs | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Polychromasia | 1+ | | |
| | Elliptocytes | 1+ | | |
| | Poikilocytosis | 1+ | | |
| | Target Cells | 1+ | | |
| Narrative: | | | | |
| Manual differential performed | | | | |
| **Phosphorus [476578863]** | | | | Collected: 10/05/18 1710 |
| Specimen: Plasma | | | | Updated: 10/05/18 1947 |
| | Phosphorus | 3.2 | mg/dL | |
| **Basic Metabolic Panel [476677847]** | | **(Abnormal)** | | Collected: 10/05/18 1710 |
| Specimen: Plasma | | | | Updated: 10/05/18 1758 |
| | Sodium | 147 | mMol/L | |
| | Potassium | **3.1 (L)** | mMol/L | |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Chloride | 105 | mMol/L | |
| | CO2 | 30.7 (H) | mMol/L | |
| | Calcium | 9.0 | mg/dL | |
| | Glucose | 148 (H) | mg/dL | |
| | Creatinine | 0.72 | mg/dL | |
| | BUN | 23 (H) | mg/dL | |
| | Anion Gap | 14.4 | mMol/L | |
| | BUN/Creatinine Ratio | 31.9 (H) | Ratio | |
| | EGFR | 122 | mL/min/1.73m2 | |
| | Osmolality Calc | 299 | mOsm/kg | |
| **Magnesium [476677849]** | | | | Collected: 10/05/18 1710 |
| Specimen: Plasma | | | | Updated: 10/05/18 1758 |
| | Magnesium | 2.0 | mg/dL | |
| **Calcium, Ionized [476677848]** | | | | Collected: 10/05/18 1710 |
| Specimen: Blood | | | | Updated: 10/05/18 1751 |
| | Calcium, Ionized | 4.40 | mg/dL | |
| **Dextrose Stick Glucose [476677852] (Abnormal)** | | | | Collected: 10/05/18 1202 |
| Specimen: Blood | | | | Updated: 10/05/18 1229 |
| | Glucose, POCT | 197 (H) | mg/dL | |
| **Phosphorus [476578862]** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0909 |
| | Phosphorus | 2.9 | mg/dL | |
| **Basic Metabolic Panel [476677828] (Abnormal)** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0840 |
| | Sodium | 144 | mMol/L | |
| | Potassium | 3.2 (L) | mMol/L | |
| | Chloride | 105 | mMol/L | |
| | CO2 | 31.7 (H) | mMol/L | |
| | Calcium | 9.4 | mg/dL | |
| | Glucose | 137 (H) | mg/dL | |
| | Creatinine | 0.72 | mg/dL | |
| | BUN | 24 (H) | mg/dL | |
| | Anion Gap | 10.5 | mMol/L | |
| | BUN/Creatinine Ratio | 33.3 (H) | Ratio | |
| | EGFR | 122 | mL/min/1.73m2 | |
| | Osmolality Calc | 293 | mOsm/kg | |
| **Magnesium [476677830]** | | | | Collected: 10/05/18 0755 |
| Specimen: Plasma | | | | Updated: 10/05/18 0840 |
| | Magnesium | 1.6 | mg/dL | |
| **Calcium, Ionized [476677829]** | | | | Collected: 10/05/18 0755 |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: Blood | | | | Updated: 10/05/18 0824 |
| | Calcium, Ionized | 4.59 | mg/dL | |
| **Dextrose Stick Glucose [476677838]** (Abnormal) | | | | Collected: 10/05/18 0759 |
| Specimen: Blood | | | | Updated: 10/05/18 0815 |
| | Glucose, POCT | **140 (H)** | mg/dL | |
| **Dextrose Stick Glucose [476677833]** (Abnormal) | | | | Collected: 10/05/18 0644 |
| Specimen: Blood | | | | Updated: 10/05/18 0701 |
| | Glucose, POCT | **138 (H)** | mg/dL | |
| **RespiratoryCulture and Smear [476261040]** | | | | Collected: 10/03/18 0857 |
| Specimen: Endotracheal Aspirate from Endotracheal Aspirate | | | | Updated: 10/05/18 0608 |

Narrative:
  Specimen/Source: Endotracheal Aspirate/Endotracheal  Aspirate
  Collected: 10/03/2018 08:57


  Status: Final    Last Updated: 10/05/2018 06:08



  Gram Stain (Final)
    Moderate WBC's Seen
  No Organisms Seen

  Culture Result (Final)
    No Growth Final



| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [476578874]** (Abnormal) | | | | Collected: 10/04/18 2334 |
| Specimen: Blood | | | | Updated: 10/05/18 0023 |
| | Calcium, Ionized | **4.03 (L)** | mg/dL | |
| **Basic Metabolic Panel [476578873]** (Abnormal) | | | | Collected: 10/04/18 2334 |
| Specimen: Plasma | | | | Updated: 10/05/18 0015 |
| | Sodium | 147 | mMol/L | |
| | Potassium | **3.2 (L)** | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | **31.0 (H)** | mMol/L | |
| | Calcium | 8.9 | mg/dL | |
| | Glucose | **129 (H)** | mg/dL | |
| | Creatinine | 0.75 | mg/dL | |
| | BUN | **27 (H)** | mg/dL | |
| | Anion Gap | 13.2 | mMol/L | |
| | BUN/Creatinine Ratio | **36.0 (H)** | Ratio | |
| | EGFR | 116 | mL/min/1.73m2 | |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**　　　　　　　　　　Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Osmolality Calc | 299 | mOsm/kg | |
| **Magnesium [476578875]** | | | | Collected: 10/04/18 2334 |
| Specimen: Plasma | | | | Updated: 10/05/18 0015 |
| | Magnesium | 2.3 | mg/dL | |
| **Phosphorus [476578876]** | | | | Collected: 10/04/18 2334 |
| Specimen: Plasma | | | | Updated: 10/05/18 0015 |
| | Phosphorus | 3.1 | mg/dL | |
| **Hemogram [476578884]** (Abnormal) | | | | Collected: 10/04/18 2334 |
| Specimen: Blood from Blood | | | | Updated: 10/04/18 2352 |
| | WBC | 13.1 (H) | K/cmm | |
| | RBC | 2.47 (L) | M/cmm | |
| | Hemoglobin | 7.3 (L) | gm/dL | |
| | Hematocrit | 22.5 (L) | % | |
| | MCV | 91 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 15.3 (H) | % | |
| | PLT CT | 336 | K/cmm | |
| | MPV | 8.8 | fL | |
| **Dextrose Stick Glucose [476578882]** (Abnormal) | | | | Collected: 10/04/18 2238 |
| Specimen: Blood | | | | Updated: 10/04/18 2255 |
| | Glucose, POCT | 161 (H) | mg/dL | |
| **i-Stat G3 Arterial CartrIDge [476578878]** (Abnormal) | | | | Collected: 10/04/18 2005 |
| Specimen: Arterial | | | | Updated: 10/04/18 2009 |
| | pH, ISTAT | 7.46 (H) | | |
| | PO2, ISTAT | 79 | mm Hg | |
| | BE, ISTAT | 7 (H) | mMol/L | |
| | HCO3, ISTAT | 31.3 (H) | mMol/L | |
| | PCO2, ISTAT | 43.9 | mm Hg | |
| | O2 Sat, %, ISTAT | 96 | % | |
| | Room Number, ISTAT | 3540 | | |
| | i-STAT Allen's Test | Pass | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | i-STAT Mode | AC | | |
| | i-STAT Peep | 8 | | |
| | Rate, ISTAT | 26 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | R Radial | | |
| | Tidal Vol, | 320 | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**       Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | ISTAT | | | |
| | TCO2, ISTAT | **33 (H)** | mMol/L | |
| | Operator, ISTAT | Operator: 36986 HERSHBERGER MISTY RT | | |
| **CBC with Automated Differential [476578868]  (Abnormal)** | | | | Collected:  10/04/18 1755 |
| Specimen:  Blood from Blood | | | | Updated:  10/04/18 1859 |
| | WBC | **12.7 (H)** | K/cmm | |
| | RBC | **2.52 (L)** | M/cmm | |
| | Hemoglobin | **7.4 (L)** | gm/dL | |
| | Hematocrit | **22.9 (L)** | % | |
| | MCV | 91 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.6 (H)** | % | |
| | PLT CT | 345 | K/cmm | |
| | MPV | 8.9 | fL | |
| | NEUTROPHIL % | 66.0 | % | |
| | Lymphocytes | 19.0 | % | |
| | Monocytes | 8.0 | % | |
| | Eosinophils % | 0.0 | % | |
| | Basophils % | 0.0 | % | |
| | Bands | 6 | % | |
| | Myelocytes | **1 (H)** | % | |
| | Neutrophils Absolute | **9.3 (H)** | K/cmm | |
| | Lymphocytes Absolute | 2.4 | K/cmm | |
| | Monocytes Absolute | 1.0 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 5 | /100 WBCs | |
| | RBC Morphology | Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Culture-Blood-Line Draw [475599720]**                         Collected:  09/29/18 1638
Specimen:  Blood Culture Line Draw from PICC Line Blood Draw       Updated:  10/04/18 1829
Narrative:
  Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
  Collected: 09/29/2018 16:38


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

Status: Final      Last Updated: 10/04/2018 18:27


Culture Result (Final)
  No Growth in 5 Days


**Blood Culture – Venipuncture [475599717]**          Collected:  09/29/18 1411
Specimen:  Blood from Venipuncture                    Updated:  10/04/18 1828
Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/29/2018 14:11

Status: Final      Last Updated: 10/04/2018 18:27


Culture Result (Final)
  No Growth in 5 Days


**Dextrose Stick Glucose [476578870]** **(Abnormal)**      Collected:  10/04/18 1751
Specimen:  Blood                                          Updated:  10/04/18 1828

| | Glucose, POCT | **105 (H)** | mg/dL | |
|---|---|---|---|---|

**Phosphorus [476578855]**                               Collected:  10/04/18 1624
Specimen:  Plasma                                        Updated:  10/04/18 1750

| | Phosphorus | 4.0 | mg/dL | |
|---|---|---|---|---|

**Basic Metabolic Panel [476578847]** **(Abnormal)**      Collected:  10/04/18 1624
Specimen:  Plasma                                        Updated:  10/04/18 1721

| Component | Value | Units |
|-----------|-------|-------|
| **Sodium** | 146 | mMol/L |
| **Potassium** | 3.9 | mMol/L |
| **Chloride** | 107 | mMol/L |
| **CO2** | 29.3 | mMol/L |
| **Calcium** | 8.7 | mg/dL |
| **Glucose** | **110 (H)** | mg/dL |
| **Creatinine** | 0.80 | mg/dL |
| **BUN** | **30 (H)** | mg/dL |
| **Anion Gap** | 13.6 | mMol/L |
| **BUN/Creatinine Ratio** | **37.5 (H)** | Ratio |
| **EGFR** | 107 | mL/min/1.73m2 |
| **Osmolality Calc** | 297 | mOsm/kg |

**Magnesium [476578848]**                                Collected:  10/04/18 1624
Specimen:  Plasma                                        Updated:  10/04/18 1721

| | Magnesium | 2.1 | mg/dL | |
|---|---|---|---|---|

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                     Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Calcium, Ionized [476578849]** **(Abnormal)** | | | | Collected: 10/04/18 1624 |
| Specimen: Blood | | | | Updated: 10/04/18 1710 |
| | **Calcium, Ionized** | **4.16 (L)** | mg/dL | |
| **Dextrose Stick Glucose [476578851]** **(Abnormal)** | | | | Collected: 10/04/18 1622 |
| Specimen: Blood | | | | Updated: 10/04/18 1639 |
| | **Glucose, POCT** | **110 (H)** | mg/dL | |
| **Magnesium [476446099]** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1429 |
| | **Magnesium** | 2.1 | mg/dL | |
| **Magnesium [476446074]** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1411 |
| | **Magnesium** | 1.8 | mg/dL | |
| **Comprehensive Metabolic Panel [476446093]** **(Abnormal)** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1322 |
| | **Sodium** | 143 | mMol/L | |
| | **Potassium** | 3.9 | mMol/L | |
| | **Chloride** | 107 | mMol/L | |
| | **CO2** | 26.4 | mMol/L | |
| | **Calcium** | 8.7 | mg/dL | |
| | **Glucose** | **183 (H)** | mg/dL | |
| | **Creatinine** | 0.85 | mg/dL | |
| | **BUN** | **32 (H)** | mg/dL | |
| | **Protein, Total** | 7.7 | gm/dL | |
| | **Albumin** | **2.9 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | **442 (H)** | U/L | |
| | **ALT** | **57 (H)** | U/L | |
| | **AST (SGOT)** | **79 (H)** | U/L | |
| | **Bilirubin, Total** | **1.5 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | **0.60 (L)** | Ratio | |
| | **Anion Gap** | 13.5 | mMol/L | |
| | **BUN/Creatinine Ratio** | **37.6 (H)** | Ratio | |
| | **EGFR** | 100 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 297 | mOsm/kg | |
| | **Globulin** | **4.8 (H)** | gm/dL | |
| **Phosphorus [476446094]** | | | | Collected: 10/04/18 1213 |
| Specimen: Plasma | | | | Updated: 10/04/18 1322 |
| | **Phosphorus** | 4.6 | mg/dL | |
| **Calcium, Ionized [476446075]** **(Abnormal)** | | | | Collected: 10/04/18 1213 |
| Specimen: Blood | | | | Updated: 10/04/18 1312 |
| | **Calcium,** | **4.29 (L)** | mg/dL | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Thomas, Ellena Mae, PA at 10/8/2018 12:51 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | **Ionized** | | | |
| **Dextrose Stick Glucose [476446097]** (Abnormal) | | | | Collected: 10/04/18 1210 |
| Specimen: Blood | | | | Updated: 10/04/18 1306 |
| | **Glucose, POCT** | **329 (H)** | mg/dL | |

Labs Reviewed.

**Radiology:**

## Radiology Results (24 Hour)

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **X-ray chest AP portable (daily while intubated) [476947740]** | | | | Collected: 10/08/18 0754 |
| Order Status: Completed | | | | Updated: 10/08/18 0756 |

Narrative:
Clinical History:
Respiratory distress

Examination:
Frontal view of the chest.

Comparison:
7 October 2018

Findings:
The support apparatus appears to be unchanged.

Heart size is stable as are interstitial thickening and diffuse bilateral airspace disease.

Impression:
No significant change.

ReadingStation:WMCMRR1

Radiological Procedure within last 24 hours reviewed.

Signed by: Ellena Mae Thomas, PA

Electronically signed by Snow, Nicholas D, MD on 10/8/2018  5:09 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

### Consults by Sharp, Rick, RA at 10/8/2018  7:40 AM                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Sharp, Rick, RA | Service: Radiology | Author Type: Technologist |
| Filed: 10/8/2018 7:41 AM | Date of Service: 10/8/2018 7:40 AM | Creation Time: 10/8/2018 7:40 AM |
| Status: Signed | Editor: Sharp, Rick, RA (Technologist) | |
| Cosigner: Fox, Preston Stuart, MD at 10/10/2018 7:36 AM | | |

Consult Orders:
1. Inpatient Consult to Interventional Radiology (WMC Only) [476677854] ordered by Riccio, Lin M, MD at 10/05/18 1249

Multiple attempts made Friday to convert G to G/J.  Unsuccessful,  G tube insertion angle does not permit conversion.

*Electronically signed by Fox, Preston Stuart, MD on 10/10/2018 7:36 AM*

### Consults signed by Reese, Daniel B, MD at 10/5/2018  3:56 PM                         Version 1 of 1

| | | | |
|---|---|---|---|
| Author: Reese, Daniel B, MD | Service: Cardiology | Author Type: Physician | |
| Filed: 10/5/2018 3:56 PM | Date of Service: 10/5/2018 2:49 PM | Creation Time: 10/5/2018 3:51 PM | |
| Status: Signed | Editor: Reese, Daniel B, MD (Physician) | | |
| Trans ID: PS49039142 | Dictation Time: 10/5/2018 2:49 PM | Trans Time: 10/5/2018 3:50 PM | Trans Doc Type: Consultation Report-T | Trans Status: Available |

```
LOCATION:
3540.

REFERRING PHYSICIAN:
1.  Michele M Sheetz, FNP
2.  William Thomas Hutchens, Jr., MD

CONSULTANT: Daniel B Reese, MD

HISTORY OF PRESENT ILLNESS: Thank you for asking us to see this
very unfortunate 39-year-old female, she was previously healthy
and her sister said she worked as a secretary for the Federal
Government.  Her only medical problems being hypertension,
hyperlipidemia.  She was admitted over one month ago for
abdominal pain.  She had sepsis, high white count.  A CT of her
abdomen showed an extensive superior mesenteric venous
thrombosis.  She has a family history of thrombosis apparently.
She has not had a very long hospital stay with her current
problem list of SMV vein thrombosis, acute respiratory failure.
She is on a tracheostomy tube, septic shock, ischemic bowel,
shock liver, kidney failure, which has improved.  She has
undergone a small bowel resection.  She has been previously on
CRRT.  She has been previously on ECMO.  The patient has had an
apparent episode of asystole for 18 seconds after being turned.
```



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults signed by Reese, Daniel B, MD at 10/5/2018  3:56 PM  (continued)**          Version 1 of 1

Although, she had a CAT scan done several days ago that did not
suggest a pulmonary embolism, she had an echocardiogram
yesterday, which showed McConnell sign (decreased RV function
with apical preservation, flattening of event).  There was also
flattening in the ventricular septum and a PA pressure extremely
elevated at 88 that is highly suggestive of a PE and she is on
Lovenox.  I did discuss with several of the nurses and has
indeed felt that she has pulmonary embolism and should remain on
Lovenox.  In addition, I reviewed the strips, all of the
bradycardic episodes seem to occur with provocation like being
turned or suctioned.  When I was a one rhythm strip, one could
see both the sinus rates slow and then it appears that she
developed heart block; however, there does appear to be an
ST-segment after this deflection, so this may be an escape
rhythm with extremely low-voltage.  In any event, it is
bradycardic and occurs with slowing of the sinus node.  There
are other periods, where she goes in a junctional rhythm.  None
of these arrhythmias have been sustained and required urgent
treatment.  On her echocardiogram, she has hyperdynamic left
ventricular function.  EF of 70%.

She is currently intubated.  Her sisters is present whom I was
able to talk to.  It also should be noted that she is on
antifungal therapy as well as IV antibiotics.

PAST MEDICAL HISTORY: Previously only hypertension,
hyperlipidemia.

CURRENT MEDICATIONS: Reviewed.  Nothing necessarily to cause her
bradycardia.

ALLERGIES: BIAXIN.

FAMILY HISTORY: Please see above.

REVIEW OF SYSTEMS: Not obtained due to the patient being
intubated and sedated.

BRIEF PHYSICAL EXAMINATION: VITAL SIGNS:  Her heart rate was 93,
in sinus rhythm.
LUNGS:  Clear anteriorly.
CARDIAC:  Regular rhythm without significant murmur.
EXTREMITIES:  Trace lower extremity edema.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults signed by Reese, Daniel B, MD at 10/5/2018  3:56 PM  (continued)**                    Version 1 of 1

LABORATORY DATA: Pertinent labs include that her potassium is
3.2, her  is 22, but stable, creatinine is good at 0.72.

IMPRESSION AND PLAN: This is a patient who is very sick with
multiple medical problems and perhaps a poor prognosis.  It
appears that her bradycardia, which includes both sinus slowing
and heart block are most likely secondary factors/other medical
issues affecting her heart.  I do not think she has a primary
arrhythmia problem.  Also certainly given the concern for
pulmonary embolism and the fact that she is on Lovenox and the
fact that she is being treated for multiple infections would
make a pacemaker contraindicated at this point anyway.
Therefore, for all of the reasons above, do not recommend
permanent pacing at this time.  She does have stat pads on.  Her
bradycardia is only relatively brief.  We will observe at this
time, but I do not think in the short or long run, she will need
permanent pacing.  We will follow up with you.

Thank you very much for this consultation.


41151
DD: 10/05/2018 14:49:51
DT: 10/05/2018 15:50:17
JOB: 2812946/49039142


Electronically signed by Reese, Daniel B, MD on 10/5/2018  3:56 PM

**Consults by Weitz, Kurt E, RN at 9/30/2018 10:21 AM**                                          Version 1 of 1

| | | |
|---|---|---|
| Author:  Weitz, Kurt E, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/30/2018 10:21 AM | Date of Service:  9/30/2018 10:21 AM | Creation Time:  9/30/2018 10:21 AM |
| Status:  Signed | Editor:  Weitz, Kurt E, RN (Registered Nurse) | |

Consult Orders:
   1. Consult Vas Access Team for Placement [475692700] ordered by Cole, Michael A, MD at 09/30/18 0843


VAS Note: PIV x 2 placed

Electronically signed by Weitz, Kurt E, RN on 9/30/2018 10:21 AM

**Consults by Shaw, Kaitlynn, RN at 9/27/2018  9:27 AM**                                         Version 1 of 1

| | | |
|---|---|---|
| Author:  Shaw, Kaitlynn, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/27/2018 9:27 AM | Date of Service:  9/27/2018  9:27 AM | Creation Time:  9/27/2018  9:27 AM |
| Status:  Signed | Editor:  Shaw, Kaitlynn, RN (Registered Nurse) | |

Received call from Tammy, RN requesting VAT to assess PICC line placed on 9/11/2018. Intensivists



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shaw, Kaitlynn, RN at 9/27/2018 9:27 AM (continued)**                    Version 1 of 1

requesting that PICC line be pulled back due to chest x ray showing that the tip of the catheter overlies the right atrium. Per documentation at time of placement, the PICC line had been placed at the 0cm marking on the catheter. VAT assessed the site and the catheter had been inserted further than where it was originally placed. The catheter was approximately at -0.5cm at the insertion site. The PICC was pulled back to 1cm marking on the catheter and the dressing was changed. Chest xray to be reordered to verify placement.

Electronically signed by Shaw, Kaitlynn, RN on 9/27/2018 9:27 AM

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Smith, Connie L, MD | Service: (none) | Author Type: Physician |
| Filed: 9/25/2018 4:07 PM | Date of Service: 9/25/2018 2:19 PM | Creation Time: 9/25/2018 2:19 PM |
| Status: Signed | Editor: Smith, Connie L, MD (Physician) | |

Consult Orders:
1. Inpatient consult to infectious diseases [474775588] ordered by Khirbat, Rohit, MD at 09/25/18 1333

### CONSULTATION NOTE

**Date Time:** 09/25/18 2:19 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Attending Physician**: Hutchens, William Thomas*
**Primary Care Physician**: Sheetz, Michele M, FNP

**Requesting Physician:** Dr. Hutchens
**Reason for Consultation: fever**

**Impression:**
1. **ARDS s/p ECMO- decannulated on 9/23/18**
2. **Fever**
3. **Leukocytosis**
4. **S/p splenectomy - 9/14/18= IR embolization spleen- 9/13/18**
5. **Mesenteric vein thrombosis; ischemic bowel with resection 9/3/18 - s/p primary anastomosis 9/6/18- ABTHERA placement; biologic mesh on 9/22/18**
6. **G- tube placement = wittman patch- 9/17**
7. **Shock liver= resolved**

**Recommendations:**
1. **Agree with removal all lines possible - done**
2. **Agree with iv vancomycin + zosyn ( pending cx - with fever /s/p slenectomy)**

**History of Presenting Illness:**
39 yo female -presented on day of admission with acute mesenteric ichemia- with catheter directed lysis complicated by liver hemorrhage requiring massive transfusion protocol. Aspiration event ;emergently to the OR for ex lap, liver packing, and resection of a a segment of infarcted small bowel.

**Past Medical History:**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                    Version 1 of 1

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/22/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WOUND CLOSURE WITH FORTIVA MESH*

| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |
|---|---|---|

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| • ECMO, ADULT | | 9/19/2018 |
|---|---|---|

*Procedure: ECHMO LINE CHANGE;  Surgeon: Kofsky, Edward R, MD;  Location: WINCHESTER MAIN OR;  Service: Cardiovascular;;*

| • ECTOPIC PREGNANCY SURGERY | Right | |
|---|---|---|
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*

| • EXPLORATORY LAPAROTOMY | N/A | 9/13/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Riccio, Lin M, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/14/2018 |
|---|---|---|

*Procedure: EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/19/2018 |
|---|---|---|

*Procedure: ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERAL CHANGE;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*

| • EXPLORATORY LAPAROTOMY | N/A | 9/21/2018 |
|---|---|---|

*Procedure: EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;*



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                    Version 1 of 1

*Laterality: N/A;*
- INCISION & DRAINAGE, TORSO                          N/A            9/17/2018
  *Procedure: EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- LAPAROTOMY, SMALL BOWEL RESECTION                   N/A            9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                Right
- SPLENECTOMY                                         N/A            9/14/2018
  *Procedure: SPLENECTOMY;  Surgeon: Ulich, Paul J, MD;  Location: WINCHESTER MAIN OR; Service: Access;  Laterality: N/A;*
- TRACHEOSTOMY                                                       9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR; Service: Access;;*


**Family History:**

History reviewed. No pertinent family history.

**Social History:**

### Social History

| Social History | |
| --- | --- |
| • Marital status: | Single |
|     Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Occupational History |
| --- |
| • Not on file. |

| Social History Main Topics | |
| --- | --- |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|     *Comment: occas* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
| --- | --- |
| • Not on file | |

| Social History Narrative |
| --- |
| • No narrative on file |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**          Version 1 of 1

**Allergies:**

### Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

**Medications:**

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg Or | 650 mg | per OG tube | Q4H PRN | Hutchens, William Thomas Jr., MD | | 650 mg at 09/25/18 1222 |
| • acetaminophen (TYLENOL) tablet 650 mg Or | 650 mg | Oral | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL | 15 mL | per OG tube | Q4H PRN | Hutchens, William Thomas Jr., MD | | |
| • bisacodyl (DULCOLAX) suppository 10 mg | 10 mg | Rectal | Daily | Huffman, Grace B, MD | | 10 mg at 09/25/18 0940 |
| • dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) | 0.3-1 mcg/kg/hr | Intravenous | Continuous | Khirbat, Rohit, MD | 25.5 mL/hr at 09/25/18 1243 | 1 mcg/kg/hr at 09/25/18 1243 |
| • dextrose (D10W) 10% bolus 125 mL | 125 mL | Intravenous | PRN | Hutchens, William Thomas Jr., MD | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM (continued)**                                Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| • dextrose 5 % infusion | | Intravenous | Continuous | Michel, Donna M, MD | 60 mL/hr at 09/25/18 0804 | |
| • eye lubricant ophthalmic oint | | Both Eyes | QID | Bouder, Thomas Glen, MD | | |
| • fentaNYL (PF) (SUBLIMAZE) injection 50 mcg | 50 mcg | Intravenous | Q5 Min PRN | Khirbat, Rohit, MD | | 50 mcg at 09/25/18 1103 |
| • fentaNYL (SUBLIMAZE) infusion | 0-250 mcg/hr | Intravenous | Continuous | Khirbat, Rohit, MD | 22.5 mL/hr at 09/25/18 1147 | 225 mcg/hr at 09/25/18 1147 |
| • glucagon (rDNA) (GLUCAGEN) injection 1 mg | 1 mg | Intramuscular | PRN | Hutchens, William Thomas Jr., MD | | |
| • haemophilus B conjugate vaccine (ActHIB) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • heparin (porcine) injection 4,000-8,000 Units | 4,000-8,000 Units | Intravenous | Q6H PRN | Ashame, Elias S, MD | | 4,000 Units at 09/25/18 0139 |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Ashame, Elias S, MD | 37 mL/hr at 09/25/18 1106 | 1,850 Units/hr at 09/25/18 1106 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/18 0908 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | 5 mL at 09/21/18 1027 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/18 0908 |
| • heparin FLUSH 10 UNIT/ML injection 3-5 mL | 3-5 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 5 mL at 09/25/18 0906 |
| • heparin FLUSH 10 UNIT/ML | 3-5 mL | Intracatheter | PRN | Lafalce, Christian | | 5 mL at 09/12/18 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| injection 3-5 mL | | | | Anthony, MD | | 8 0947 |
| • heparin FLUSH 10 UNIT/ML injection 5 mL | 5 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • insulin aspart (NovoLOG) injection pen 2-16 Units | 2-16 Units | Subcutaneous | Q4H PRN | Sheikh, Amna O, MD | | 2 Units at 09/24/1 8 2148 |
| • insulin glargine (LANTUS SOLOSTAR) injection pen 5 Units | 5 Units | Subcutaneous | Daily | Khirbat, Rohit, MD | | 5 Units at 09/25/1 8 0925 |
| • lactobacillus species (BIO-K PLUS) liquid 50 Billion CFU | 50 Billion CFU | Tube | Daily | Lafalce, Christian Anthony, MD | | 50 Billion CFU at 09/25/1 8 0940 |
| • meningococcal A C Y&W-135 Olig (MENVEO) IM injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • meningococcal group B vaccine (BEXSERO) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • metoclopramide (REGLAN) injection 5 mg | 5 mg | Intravenous | 4 times per day | Lafalce, Christian Anthony, MD | | 5 mg at 09/25/1 8 1109 |
| • midazolam (VERSED) 100 mg in sodium chloride 0.9% 100 mL infusion | 0-15 mg/hr | Intravenous | Continuous PRN | Hutchens, William Thomas Jr., MD | 1 mL/hr at 09/25/1 8 1122 | 1 mg/hr at 09/25/1 8 1122 |
| • midazolam (VERSED) injection 2 mg | 2 mg | Intravenous | Q1H PRN | Leavey, James Francis, MD | | 2 mg at 09/25/1 8 0733 |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • norepinephrine (LEVOPHED) 8 mg in dextrose 5% 250 mL infusion | 1-300 mcg/min | Intravenous | Continuous PRN | Lafalce, Christian Anthony, MD | | Stoppe d at 09/22/1 8 1130 |
| • ondansetron | 4 mg | Intravenous | Q8H PRN | Rahman, | | 4 mg at |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

### Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)

Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| (ZOFRAN) injection 4 mg | | | | Mohammad A, MD | | 09/03/18 0533 |
| • pantoprazole (PROTONIX) injection 40 mg | 40 mg | Intravenous | BID | Ashame, Elias S, MD | | 40 mg at 09/25/18 0924 |
| • piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g | 3.375 g | Intravenous | Q8H | Ashame, Elias S, MD | 12.5 mL/hr at 09/25/18 0802 | 3.375 g at 09/25/18 0802 |
| • pneumococcal 13-val conj vacc (PREVNAR) injection 0.5 mL | 0.5 mL | Intramuscular | Prior to discharge | Carter, Jeffrey, MD | | |
| • promethazine (PHENERGAN) tablet 25 mg Or | 25 mg | per OG tube | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) suppository 12.5 mg Or | 12.5 mg | Rectal | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) IM injection 6.25 mg Or | 6.25 mg | Intramuscular | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Hutchens, William Thomas Jr., MD | | |
| • QUEtiapine (SEROquel) tablet 25 mg | 25 mg | per NG tube | QHS | Hutchens, William Thomas Jr., MD | | 25 mg at 09/24/18 2144 |
| • sennosides (SENOKOT) syrup 17.6 mg | 17.6 mg | per G tube | QHS | Huffman, Grace B, MD | | 17.6 mg at 09/24/18 2144 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Eidberger, Andrew J, PA | | 10 mL at 09/25/18 0910 |
| • sodium chloride | 10 mL | Intracatheter | PRN | Eidberger, | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM (continued)**                    Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| (PF) 0.9 % injection 10 mL | | | | Andrew J, PA | | |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0910 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0909 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | Daily | Lafalce, Christian Anthony, MD | | 10 mL at 09/25/18 0909 |
| • sodium chloride (PF) 0.9 % injection 10 mL | 10 mL | Intracatheter | PRN | Lafalce, Christian Anthony, MD | | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | | 3 mL at 09/25/18 1317 |
| • TPN Adult Central | | Intravenous | TPN - Continous | Khirbat, Rohit, MD | 58.3 mL/hr at 09/25/18 0500 | |
| • TPN Adult Central | | Intravenous | TPN - Continous | Khirbat, Rohit, MD | | |

**Review of Systems:**
unobtainable

**Physical Exam:**
Temp:  [99 °F (37.2 °C)-101.3 °F (38.5 °C)] 99.5 °F (37.5 °C)
Heart Rate:  [81-108] 81
Resp Rate:  [18-44] 33
BP: (98-123)/(62-92) 117/62
Arterial Line BP: (96-141)/(43-74) 113/60
FiO2:  [30 %] 30 %
Body mass index is 42.78 kg/m².

Intake/Output Summary (Last 24 hours) at 09/25/18 1419
Last data filed at 09/25/18 1147



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**          Version 1 of 1

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 2222.11 ml        |
| Output | 4106 ml           |
| **Net** | -1883.89 ml      |

**Trached/vented**
**occ emotions/tears per family at bedside - not opening eyes for me**
**Heart regular s1s2**
**Afebrile at time of my visit ( just had tylenol)**
**Abdomen= midline dressing in place - JP drains**
**No unusual skin rashes or lesions**

**Labs:**

**Results**

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Urine Culture [474775568]** | | | | Collected:  09/25/18 1345 |
| Specimen:  Urine from Clean Catch | | | | Updated:  09/25/18 1404 |
| Narrative: | | | | |

  Specimen/Source: Urine Specimens/Clean Catch
  Collected: 09/25/2018 13:45

  Status: Valued      Last Updated: 09/25/2018 14:04

   Culture Result (Prelim)
    Culture In Progress

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Calcium, Ionized [474775545]** | | | | Collected:  09/25/18 1144 |
| Specimen:  Blood | | | | Updated:  09/25/18 1230 |
| | Calcium, Ionized | 4.98 | mg/dL | |
| **Blood Culture-Venipuncture #1 [474775552]** | | | | Collected:  09/25/18 1017 |
| Specimen:  Blood from Venipuncture | | | | Updated:  09/25/18 1144 |
| Narrative: | | | | |

  Specimen/Source: Blood/Venipuncture
  Collected: 09/25/2018 10:17

  Status: Valued      Last Updated: 09/25/2018 11:43

   Culture Result (Prelim)
    Culture In Progress

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **Blood Culture-Venipuncture #2 [474775553]** | | | | Collected:  09/25/18 1017 |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Blood from Venipuncture | | | Updated:  09/25/18 1144 |

Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/25/2018 10:17

  Status: Valued    Last Updated: 09/25/2018 11:43

  Culture Result (Prelim)
    Culture In Progress

**Dextrose Stick Glucose [474775570]  (Abnormal)**          Collected:  09/25/18 1106
Specimen:  Blood                                            Updated:  09/25/18 1130

| | | | | |
|---|---|---|---|---|
| | Glucose, POCT | **216 (H)** | mg/dL | |

**Crossmatch PRBCS, 2 Units [474720350]**                  Collected:  09/25/18 0822
Specimen:  Blood                                            Updated:  09/25/18 1048

| | | |
|---|---|---|
| 01 - Product ID | Red Blood Cells | |
| 01 - Unit Number | W087618022590 | |
| 01 - Cross Match | Compatible | |
| 01 - Status Info | Ready | |
| 01 - Product Code | E0382V00 | |
| 01 - Blood Type | A Pos | |
| 02 - Product ID | Red Blood Cells | |
| 02 - Unit Number | W087618001435 | |
| 02 - Cross Match | Compatible | |
| 02 - Status Info | Ready | |
| 02 - Product Code | E0382V00 | |
| 02 - Blood Type | A Pos | |

Narrative:
  Other: please specify in comments
  No special requirements

**Crossmatch PRBCS, 2 Units [474720354]**                  Collected:  09/25/18 0822



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**   Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| Specimen: Blood | | | | Updated:  09/25/18 1039 |
| | 01 - Product ID | Red Blood Cells | | |
| | 01 - Unit Number | W041018120038 | | |
| | 01 - Cross Match | Compatible | | |
| | 01 - Status Info | Ready | | |
| | 01 - Product Code | E0382V00 | | |
| | 01 - Blood Type | A Pos | | |
| | 02 - Product ID | Red Blood Cells | | |
| | 02 - Unit Number | W041018127088 | | |
| | 02 - Cross Match | Compatible | | |
| | 02 - Status Info | Ready | | |
| | 02 - Product Code | E0382V00 | | |
| | 02 - Blood Type | A Pos | | |

Narrative:
  Other: please specify in comments
  No special requirements

**Dextrose Stick Glucose [474775557]  (Abnormal)**   Collected:  09/24/18 0854
Specimen:  Blood   Updated:  09/25/18 1011

| | Glucose, POCT | 179 (H) | mg/dL | |
|---|---|---|---|---|

**Type and Screen [474720356]**   Collected:  09/25/18 0822
Specimen:  Blood   Updated:  09/25/18 0941

| | ABO Rh | A Positive | | |
|---|---|---|---|---|
| | AB Screen | NEGATIVE | | |

**APTT [474720339]  (Abnormal)**   Collected:  09/25/18 0822
Specimen:  Blood   Updated:  09/25/18 0916

| | aPTT | 66.5 (H) | sec | |
|---|---|---|---|---|

**Prepare/Crossmatch RBC: two units [474720352]**   Collected:  09/25/18 0729
Specimen:  Blood   Updated:  09/25/18 0729

| | Quantity | 2 | | |
|---|---|---|---|---|
| | Indication for Transfusion | Other: please specify in comments | | |

**Prepare/Crossmatch RBC: two units [474720348]**   Collected:  09/25/18 0729
Specimen:  Blood   Updated:  09/25/18 0729



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Quantity | 2 | | |
| | Indication for Transfusion | Other: please specify in comments | | |
| **I-STAT ACT KAOLIN [474720346]** | | | | Collected:  09/22/18 0908 |
| Specimen:  Arterial | | | | Updated:  09/25/18 0725 |
| | ACT | 136 | sec | |
| **CBC with Automated Differential [474720334]** | | **(Abnormal)** | | Collected:  09/25/18 0523 |
| Specimen:  Blood from Blood | | | | Updated:  09/25/18 0628 |
| | WBC | 20.0 (H) | K/cmm | |
| | RBC | 2.96 (L) | M/cmm | |
| | Hemoglobin | 9.0 (L) | gm/dL | |
| | Hematocrit | 28.0 (L) | % | |
| | MCV | 95 | fL | |
| | MCH | 30 | pg | |
| | MCHC | 32 | gm/dL | |
| | RDW | 15.7 (H) | % | |
| | PLT CT | 286 | K/cmm | |
| | MPV | 11.0 (H) | fL | |
| | NEUTROPHIL % | 65.0 | % | |
| | Lymphocytes | 21.0 | % | |
| | Monocytes | 8.0 | % | |
| | Eosinophils % | 3.0 | % | |
| | Bands | 1 | % | |
| | Myelocytes | 2 (H) | % | |
| | Neutrophils Absolute | 13.6 (H) | K/cmm | |
| | Lymphocytes Absolute | 4.2 | K/cmm | |
| | Monocytes Absolute | 1.6 | K/cmm | |
| | Eosinophils Absolute | 0.6 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 1 | /100 WBCs | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Polychromasia | 1+ | | |
| | Hypochromia | 1+ | | |
| | Elliptocytes | 1+ | | |
| | Target Cells | 1+ | | |

Narrative:



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                        Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Manual differential performed | | | | |
| **Comprehensive Metabolic Panel [474720333]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Sodium** | **152 (H)** | mMol/L | |
| | **Potassium** | 3.9 | mMol/L | |
| | **Chloride** | **117 (H)** | mMol/L | |
| | **CO2** | 23.0 | mMol/L | |
| | **Calcium** | **10.6 (H)** | mg/dL | |
| | **Glucose** | **178 (H)** | mg/dL | |
| | **Creatinine** | 1.08 | mg/dL | |
| | **BUN** | **59 (H)** | mg/dL | |
| | **Protein, Total** | 8.0 | gm/dL | |
| | **Albumin** | 4.5 | gm/dL | |
| | **Alkaline Phosphatase** | **198 (H)** | U/L | |
| | **ALT** | **59 (H)** | U/L | |
| | **AST (SGOT)** | **68 (H)** | U/L | |
| | **Bilirubin, Total** | **3.2 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | 1.29 | Ratio | |
| | **Anion Gap** | 15.9 | mMol/L | |
| | **BUN/Creatinine Ratio** | **54.6 (H)** | Ratio | |
| | **EGFR** | 75 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **323 (H)** | mOsm/kg | |
| | **Globulin** | 3.5 | gm/dL | |
| **Phosphorus [474720338]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Phosphorus** | 4.0 | mg/dL | |
| **Magnesium [474720337]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0602 |
| | **Magnesium** | **2.7 (H)** | mg/dL | |
| **Calcium, Ionized [474720335]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Blood | | | | Updated:  09/25/18 0600 |
| | **Calcium, Ionized** | 4.85 | mg/dL | |
| **Fibrinogen [474720336]** | | | | Collected:  09/25/18 0523 |
| Specimen:  Blood | | | | Updated:  09/25/18 0558 |
| | **Fibrinogen** | 416 | mg/dL | |
| **Plasma Free Hemoglobin [474720329]** **(Abnormal)** | | | | Collected:  09/25/18 0523 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0553 |
| | **Plasma Free Hemoglobin** | **60.0 (H)** | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [474720343]** **(Abnormal)** | | | | Collected:  09/25/18 0549 |
| Specimen:  Arterial | | | | Updated:  09/25/18 0552 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | pH, ISTAT | 7.45 | | |
| | PO2, ISTAT | **102 (H)** | mm Hg | |
| | BE, ISTAT | -2 | mMol/L | |
| | HCO3, ISTAT | 21.9 | mMol/L | |
| | PCO2, ISTAT | **31.7 (L)** | mm Hg | |
| | O2 Sat, %, ISTAT | 98 | % | |
| | Room Number, ISTAT | 3540 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 30.00 | % | |
| | i-STAT Mode | AC | | |
| | i-STAT Peep | 6 | | |
| | Rate, ISTAT | 26 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | Tidal Vol, ISTAT | 300 | | |
| | TCO2, ISTAT | **23 (L)** | mMol/L | |
| | i-STAT Lactic acid | 0.79 | mMol/L | |
| | Operator, ISTAT | Operator: 37871 HARDEN LOGAN RT | | |
| **APTT [474720331]  (Abnormal)** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood | | | | Updated:  09/25/18 0124 |
| | aPTT | **40.4 (H)** | sec | |
| **CBC with Automated Differential [474556009]  (Abnormal)** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood from Blood | | | | Updated:  09/25/18 0038 |
| | WBC | **20.8 (H)** | K/cmm | |
| | RBC | **2.79 (L)** | M/cmm | |
| | Hemoglobin | **8.8 (L)** | gm/dL | |
| | Hematocrit | **26.3 (L)** | % | |
| | MCV | 95 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **15.9 (H)** | % | |
| | PLT CT | 258 | K/cmm | |
| | MPV | **11.2 (H)** | fL | |
| | NEUTROPHIL % | 55.0 | % | |
| | Lymphocytes | 38.0 | % | |
| | Monocytes | **2.0 (L)** | % | |
| | Eosinophils % | 2.0 | % | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 2 | % | |
| | **Metamyelocytes** | **1 (H)** | % | |
| | **Neutrophils Absolute** | **12.1 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | **7.9 (H)** | K/cmm | |
| | **Monocytes Absolute** | 0.4 | K/cmm | |
| | **Eosinophils Absolute** | 0.4 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Comprehensive Metabolic Panel [474556008]  (Abnormal)**          Collected:  09/24/18 2337
Specimen:  Plasma                                                    Updated:  09/25/18 0012

| | Component | Value | Units | |
|---|---|---|---|---|
| | **Sodium** | **152 (H)** | mMol/L | |
| | **Potassium** | 4.3 | mMol/L | |
| | **Chloride** | **117 (H)** | mMol/L | |
| | **CO2** | 21.8 | mMol/L | |
| | **Calcium** | 10.2 | mg/dL | |
| | **Glucose** | **168 (H)** | mg/dL | |
| | **Creatinine** | 1.20 | mg/dL | |
| | **BUN** | **56 (H)** | mg/dL | |
| | **Protein, Total** | 7.9 | gm/dL | |
| | **Albumin** | 4.6 | gm/dL | |
| | **Alkaline Phosphatase** | **205 (H)** | U/L | |
| | **ALT** | **57 (H)** | U/L | |
| | **AST (SGOT)** | **67 (H)** | U/L | |
| | **Bilirubin, Total** | **3.1 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | 1.39 | Ratio | |
| | **Anion Gap** | 17.5 | mMol/L | |
| | **BUN/Creatinine Ratio** | **46.7 (H)** | Ratio | |
| | **EGFR** | 66 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **321 (H)** | mOsm/kg | |
| | **Globulin** | 3.3 | gm/dL | |

**Phosphorus [474556013]**                                           Collected:  09/24/18 2337
Specimen:  Plasma                                                    Updated:  09/25/18 0012



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Phosphorus** | 3.7 | mg/dL | |
| **Magnesium [474556012]  (Abnormal)** | | | | Collected:  09/24/18 2337 |
| Specimen:  Plasma | | | | Updated:  09/25/18 0012 |
| | **Magnesium** | **2.8 (H)** | mg/dL | |
| **Calcium, Ionized [474556010]** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood | | | | Updated:  09/25/18 0006 |
| | **Calcium, Ionized** | 4.82 | mg/dL | |
| **Fibrinogen [474556011]** | | | | Collected:  09/24/18 2337 |
| Specimen:  Blood | | | | Updated:  09/25/18 0004 |
| | **Fibrinogen** | 358 | mg/dL | |
| **Dextrose Stick Glucose [474720317]  (Abnormal)** | | | | Collected:  09/24/18 2147 |
| Specimen:  Blood | | | | Updated:  09/24/18 2203 |
| | **Glucose, POCT** | **172 (H)** | mg/dL | |
| **CBC with Automated Differential [474555994]  (Abnormal)** | | | | Collected:  09/24/18 1635 |
| Specimen:  Blood from Blood | | | | Updated:  09/24/18 1815 |
| | **WBC** | **20.9 (H)** | K/cmm | |
| | **RBC** | **2.72 (L)** | M/cmm | |
| | **Hemoglobin** | **8.3 (L)** | gm/dL | |
| | **Hematocrit** | **25.7 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | 255 | K/cmm | |
| | **MPV** | **11.7 (H)** | fL | |
| | **NEUTROPHIL %** | 59.0 | % | |
| | **Lymphocytes** | 26.0 | % | |
| | **Monocytes** | 6.0 | % | |
| | **Eosinophils %** | 3.0 | % | |
| | **Bands** | 4 | % | |
| | **Metamyelocytes** | **2 (H)** | % | |
| | **Neutrophils Absolute** | **13.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | **5.4 (H)** | K/cmm | |
| | **Monocytes Absolute** | 1.3 | K/cmm | |
| | **Eosinophils Absolute** | 0.6 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **Nucleated** | 2 | /100 WBCs | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM (continued)**                          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **RBC** | | | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Macrocytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |
| | **Polychromasia** | 1+ | | |
| | **Elliptocytes** | 1+ | | |
| | **Poikilocytosis** | 1+ | | |
| | **Target Cells** | 1+ | | |

Narrative:
  Manual differential performed

| | | | | |
|---|---|---|---|---|
| **Fibrinogen [474555996]** | | | | Collected: 09/24/18 1635 |
| Specimen: Blood | | | | Updated: 09/24/18 1736 |
| | **Fibrinogen** | 394 | mg/dL | |
| **APTT( Heparin Infusion Therapy) [474555999]** (Abnormal) | | | | Collected: 09/24/18 1635 |
| Specimen: Blood | | | | Updated: 09/24/18 1736 |
| | **aPTT** | **49.0 (H)** | sec | |
| **Comprehensive Metabolic Panel [474555993]** (Abnormal) | | | | Collected: 09/24/18 1635 |
| Specimen: Plasma | | | | Updated: 09/24/18 1733 |
| | **Sodium** | **150 (H)** | mMol/L | |
| | **Potassium** | 3.5 | mMol/L | |
| | **Chloride** | **115 (H)** | mMol/L | |
| | **CO2** | 24.4 | mMol/L | |
| | **Calcium** | 10.1 | mg/dL | |
| | **Glucose** | **175 (H)** | mg/dL | |
| | **Creatinine** | 1.11 | mg/dL | |
| | **BUN** | **55 (H)** | mg/dL | |
| | **Protein, Total** | 7.7 | gm/dL | |
| | **Albumin** | 4.7 | gm/dL | |
| | **Alkaline Phosphatase** | **182 (H)** | U/L | |
| | **ALT** | **61 (H)** | U/L | |
| | **AST (SGOT)** | **74 (H)** | U/L | |
| | **Bilirubin, Total** | **3.8 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | **1.57 (H)** | Ratio | |
| | **Anion Gap** | 14.1 | mMol/L | |
| | **BUN/Creatinine Ratio** | **49.5 (H)** | Ratio | |
| | **EGFR** | 72 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **317 (H)** | mOsm/kg | |
| | **Globulin** | 3.0 | gm/dL | |
| **Magnesium [474555997]** (Abnormal) | | | | Collected: 09/24/18 1635 |
| Specimen: Plasma | | | | Updated: 09/24/18 1733 |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018  2:19 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Magnesium** | **2.8 (H)** | mg/dL | |
| **Phosphorus [474555998]** | | | | Collected:  09/24/18 1635 |
| Specimen:  Plasma | | | | Updated:  09/24/18 1733 |
| | **Phosphorus** | 3.8 | mg/dL | |
| **Calcium, Ionized [474555995]** | | | | Collected:  09/24/18 1635 |
| Specimen:  Blood | | | | Updated:  09/24/18 1729 |
| | **Calcium, Ionized** | 4.79 | mg/dL | |
| **Dextrose Stick Glucose [474556003]  (Abnormal)** | | | | Collected:  09/24/18 1632 |
| Specimen:  Blood | | | | Updated:  09/24/18 1650 |
| | **Glucose, POCT** | **178 (H)** | mg/dL | |
| **LABORATORY REFERENCE AND MISC SCAN [474126882]** | | | | Resulted:  09/24/18 1510 |
| | | | | Updated:  09/24/18 1510 |
| **LABORATORY REFERENCE AND MISC SCAN [474555991]** | | | | Resulted:  09/24/18 1510 |
| | | | | Updated:  09/24/18 1510 |

**Radiology:**

## Radiology Results (24 Hour)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **X-ray chest AP portable (daily while intubated) [474483826]** | | | | Collected:  09/25/18 0720 |
| Order Status:  Completed | | | | Updated:  09/25/18 0723 |

Narrative:
Clinical History:
Reason For Exam: Line Position
Daily while intubated. History of acute respiratory failure with hypoxia, thrombus, atelectasis of left lung, hypotension, and adult respiratory distress syndrome.

Examination:
Frontal view of the chest.

Comparison:
September 24, 2018

Findings:

AP semierect portable chest radiograph 0415 hours.

There is likely mild to moderate chronic cardiomegaly considering the technique. The tracheostomy tube is unchanged, with its tip near the level of the aortic arch. The right PICC line is unchanged with its tip in the right atrium. There are overlying
monitoring leads.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Smith, Connie L, MD at 9/25/2018 2:19 PM (continued)**                 Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|

There is persistent moderate ill-defined increased density in the lungs and an increase in the reticular markings, possibly interstitial edema or interstitial pneumonitis. There is no pneumothorax or definite pleural effusion. The pattern is not changed.

There has been upper abdominal surgery.

The bony structures are grossly intact.

Impression:
The nasogastric tube has been removed. Otherwise, there is no significant change.

ReadingStation:WMCMRR5

Imaging personally reviewed.

Signed by: Connie L Smith, MD
Cc:Sheetz, Michele M, FNP Hutchens, William Thomas*

Electronically signed by Smith, Connie L, MD on 9/25/2018 4:07 PM

**Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM**                 Version 1 of 1

| Author: Shyamsunder, Archana K, MD | Service: Nephrology | Author Type: Physician |
|---|---|---|
| Filed: 9/16/2018 1:49 PM | Date of Service: 9/16/2018 1:09 PM | Creation Time: 9/16/2018 1:09 PM |
| Status: Signed | Editor: Shyamsunder, Archana K, MD (Physician) | |

Consult Orders:
1. Inpatient consult to nephrology [473131848] ordered by Lafalce, Christian Anthony, MD at 09/16/18 0927

### CONSULTATION

Date Time: 09/16/18 1:09 PM
Patient Name: SMITH,DORIS D ALAQUE
MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Hutchens, William Thomas*

**Reason for Consultation:**
Volume management

**History:**
Doris D Alaque Smith is a 39 y.o. female who was initially admitted, to Winchester Medical Center, 9/1, with the chief complaint of abdominal pain.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

She was diagnosed with acute mesenteric ischemia with SMV thrombosis. She underwent catheter directed lysis which was complicated unfortunately by liver hemorrhage requiring massive transfusions it appears. Course has been complicated by what appears to be massive aspiration during intubation. She did undergo ex lap, liver packing, and resection of a a segment of infarcted small bowel and abdomen was left open with an abthera

She is currently in the ICU, on ECMO, because of what appears to be ARDS.

She has had significant problems with recurrent bleeding with numerous trips to the OR and has needed abdominal washouts with abthera therapy replacement. She has needed splenectomy as well.

Overall, is up as much as about 15 L since admission as far as her fluid balance. I've been asked to assist with fluid management in this critically ill patient.

A Lasix drip has been initiated, with the dose being gradually titrated up. She seems to be responding better to this this morning. Urine output appears to improve, to an average of about 200 mls an hour. If creatinine remains relatively stable at 0.8

### Past Medical History:

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

### Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE | N/A | 9/10/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  ABDOMINAL WASHOUT, RE-APPLICATION OF WOUND VAC, REMOVAL OF FEMORAL ARTERIAL LINE, RE-DRESSING APPLICATION TO ECMO CANNULAS.*

| • DEBRIDEMENT & IRRIGATION, WOUND CLOSURE | N/A | 9/6/2018 |

*Procedure: DEBRIDEMENT & IRRIGATION, WOUND CLOSURE;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  EXPLORATORY LAPAROTOMY, ABD WASHOUT AND ABTHERA PLACEMENT, SMALL BOWEL RESECTION, TRACHEOSTOMY WITH 80XLTCP SHILEY*

| • ECTOPIC PREGNANCY SURGERY | Right | |
| • EXPLORATORY LAPAROTOMY | N/A | 9/3/2018 |

*Procedure: EXPLORATORY LAPAROTOMY;  Surgeon: Carter, Jeffrey, MD;  Location: WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;  pt is in mass protocol now and intubated*



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                                    Version 1 of 1

- LAPAROTOMY, SMALL BOWEL RESECTION                        N/A                    9/3/2018
  *Procedure: LAPAROTOMY, SMALL BOWEL RESECTION;  Surgeon: Carter, Jeffrey, MD;  Location:*
  *WINCHESTER MAIN OR;  Service: Access;  Laterality: N/A;*
- ovarian cyst removed                                                           Right
- TRACHEOSTOMY                                                                   9/6/2018
  *Procedure: TRACHEOSTOMY;  Surgeon: Goode, Terral C, MD;  Location: WINCHESTER MAIN OR;*
  *Service: Access;;*


**Family History:**

History reviewed. No pertinent family history.

**Social History:**

**Social History**

| Social History | |
|---|---|
| • Marital status: | Single |
|    Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|    *Comment: occas* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

| Social History Narrative | |
|---|---|
| • No narrative on file | |


**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

**Medications:**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • albumin human | 25 g | Intravenous | Q6H |
| • eye lubricant | | Both Eyes | QID |
| • furosemide | | | |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • heparin FLUSH | 3-5 mL | Intracatheter | Daily |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • metoclopramide | 5 mg | Intravenous | 4 times per day |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q8H |
| • potassium chloride | 40 mEq | per OG tube | BID |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

**Review of Systems:**

unobtainable

**Physical Exam:**

BP 113/55  | Pulse (!) 102  | Temp 99.1 °F (37.3 °C)  | Resp (!) 23  | Ht 1.549 m (5' 1")  | Wt 124.4 kg (274 lb 4 oz)  | LMP 08/15/2018  | SpO2 95%  | BMI 51.82 kg/m²

Intake and Output Summary (Last 24 hours) at Date Time

Intake/Output Summary (Last 24 hours) at 09/16/18 1309
Last data filed at 09/16/18 1200

| **Gross per 24 hour** |
|---|

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**          Version 1 of 1

| Intake | 4658.4 ml |
|--------|-----------|
| Output | 4030 ml |
| **Net** | 628.4 ml |

General appearance - trach, on the Vent
Mental status - sedated
Eyes - unremarkable
Mouth - not examined
Neck - supple
Chest - CTA
Heart - normal rate and regular rhythm
Abdomen - open abdomen
Neurological - sedated
Musculoskeletal - no muscular tenderness noted
Extremities - diffuse edema
Skin - warm and dry without obvious rash

**Labs Reviewed:**

## Results

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| **CBC with Automated Differential [473131844]** | | **(Abnormal)** | | Collected:  09/16/18 1200 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 1248 |
| | WBC | **15.5 (H)** | K/cmm | |
| | RBC | **2.94 (L)** | M/cmm | |
| | Hemoglobin | **9.2 (L)** | gm/dL | |
| | Hematocrit | **27.6 (L)** | % | |
| | MCV | 94 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 34 | gm/dL | |
| | RDW | **15.5 (H)** | % | |
| | PLT CT | **108 (L)** | K/cmm | |
| | MPV | **10.9 (H)** | fL | |
| | NEUTROPHIL % | 69.0 | % | |
| | Lymphocytes | **14.0 (L)** | % | |
| | Monocytes | 5.0 | % | |
| | Eosinophils % | 0.0 | % | |
| | Basophils % | 0.0 | % | |
| | Bands | 8 | % | |
| | Metamyelocytes | **2 (H)** | % | |
| | Myelocytes | **2 (H)** | % | |
| | Neutrophils Absolute | **12.9 (H)** | K/cmm | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Lymphocytes Absolute | 2.2 | K/cmm | |
| | Monocytes Absolute | 0.5 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Poikilocytosis | 1+ | | |

Narrative:
  Manual differential performed

**Calcium, Ionized [473131846]**                                Collected:  09/16/18 1200
Specimen:  Blood                                                Updated:  09/16/18 1246

| | Calcium, Ionized | 4.35 | mg/dL | |
|---|---|---|---|---|

**Magnesium [473131840]**                                      Collected:  09/16/18 1200
Specimen:  Plasma                                              Updated:  09/16/18 1241

| | Magnesium | 2.5 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [473131841]**                                     Collected:  09/16/18 1200
Specimen:  Plasma                                              Updated:  09/16/18 1241

| | Phosphorus | 3.8 | mg/dL | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [473131845]  (Abnormal)**      Collected:  09/16/18 1200
Specimen:  Plasma                                              Updated:  09/16/18 1241

| | Component | Value | Units |
|---|---|---|---|
| | Sodium | **149 (H)** | mMol/L |
| | Potassium | 4.2 | mMol/L |
| | Chloride | **115 (H)** | mMol/L |
| | CO2 | 25.2 | mMol/L |
| | Calcium | 8.9 | mg/dL |
| | Glucose | **176 (H)** | mg/dL |
| | Creatinine | 0.80 | mg/dL |
| | BUN | **37 (H)** | mg/dL |
| | Protein, Total | 6.0 | gm/dL |
| | Albumin | 3.7 | gm/dL |
| | Alkaline Phosphatase | 141 | U/L |
| | ALT | **75 (H)** | U/L |
| | AST (SGOT) | **117 (H)** | U/L |
| | Bilirubin, Total | **6.5 (H)** | mg/dL |
| | Albumin/Globulin Ratio | **1.61 (H)** | Ratio |
| | Anion Gap | 13.0 | mMol/L |
| | BUN/Creatinine Ratio | **46.3 (H)** | Ratio |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **309 (H)** | mOsm/kg | |
| | Globulin | 2.3 | gm/dL | |

**Dextrose Stick Glucose [473131856]  (Abnormal)**            Collected:  09/16/18 1200
Specimen:  Blood                                Updated:  09/16/18 1218

| | Glucose, POCT | **170 (H)** | mg/dL | |
|---|---|---|---|---|

**Blood Culture - Venipuncture #1 [473131828]**            Collected:  09/16/18 0911
Specimen:  Blood from Venipuncture            Updated:  09/16/18 1139
Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/16/2018 09:11


  Status: Valued    Last Updated: 09/16/2018 11:38



  Culture Result (Prelim)
    Culture In Progress


**Urine Culture [472892513]**                    Collected:  09/14/18 1530
Specimen:  Urine from Catheterized            Updated:  09/16/18 1127
Narrative:
  Specimen/Source: Urine Specimens/Catheterized
  Collected: 09/14/2018 15:30

  Status: Final    Last Updated: 09/16/2018 11:27



  Culture Result (Final)
    No Growth Final


**Respiratory Culture and Smear  (endotracheal aspirate) [473131830]**            Collected:  09/16/18 1117
Specimen:  Sputum from Endotracheal Aspirate            Updated:  09/16/18 1122
**Fibrinogen [473131842]**                    Collected:  09/16/18 1005
Specimen:  Blood                        Updated:  09/16/18 1052

| | Fibrinogen | 374 | mg/dL | |
|---|---|---|---|---|

**Unfractionated Heparin Anti-Xa [473131838]**            Collected:  09/16/18 0911
Specimen:  Blood                        Updated:  09/16/18 1002

| | Heparin Unfractionated Anti-Xa | 0.30 | IU/mL | |
|---|---|---|---|---|

**Urine Culture [473131829]**                    Collected:  09/16/18 0900



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                      Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Specimen:  Urine from Catheterized                                                    Updated:  09/16/18 0920
Narrative:
  Specimen/Source: Urine Specimens/Catheterized
  Collected: 09/16/2018 09:00

  Status: Valued    Last Updated: 09/16/2018 09:20


  Culture Result (Prelim)
    Culture In Progress


**AFB (Mycobacterium) Culture and Smear [473019769]**              Collected:  09/15/18 0950
Specimen:  Bronchial Wash from Left Upper Lobe                   Updated:  09/16/18 0836
Narrative:
  Specimen/Source: Bronch Wash/Left Upper Lobe
  Collected: 09/15/2018 09:50

  Status: Valued    Last Updated: 09/16/2018 08:36


  Smear, AFB (Final)
    No Acid Fast Bacilli Seen


**Blood Culture - Venipuncture #1 [472892511]**                    Collected:  09/14/18 1525
Specimen:  Blood from Venipuncture                             Updated:  09/16/18 0750
Narrative:
  Specimen/Source: Blood/Venipuncture
  Collected: 09/14/2018 15:25

  Status: Valued    Last Updated: 09/16/2018 07:48


  Culture Result (Prelim)
    No Growth To Date


**Dextrose Stick Glucose [473081497]  (Abnormal)**                 Collected:  09/16/18 0723
Specimen:  Blood                                              Updated:  09/16/18 0739
|          | **Glucose, POCT** | **165 (H)** | mg/dL |
**i-Stat CG4 Arterial CartrIDge [473081495]  (Abnormal)**          Collected:  09/16/18 0734
Specimen:  Arterial                                           Updated:  09/16/18 0737
|          | **pH, ISTAT** | 7.39 |       |
|          | **PO2, ISTAT** | **59 (L)** | mm Hg |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                              Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **BE, ISTAT** | 0 | mMol/L | |
| | **HCO3, ISTAT** | 25.0 | mMol/L | |
| | **PCO2, ISTAT** | 41.1 | mm Hg | |
| | **O2 Sat, %, ISTAT** | **90 (L)** | % | |
| | **Room Number, ISTAT** | 3546 | | |
| | **i-STAT Allen's Test** | N/A | | |
| | **DELS, ISTAT** | Vent | | |
| | **i-STAT FIO2** | 50.00 | % | |
| | **IP, ISTAT** | 30 | | |
| | **i-STAT Mode** | PCV | | |
| | **i-STAT Peep** | 12 | | |
| | **i-STAT Pressure Support** | 0 | | |
| | **Rate, ISTAT** | 30 | | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | A-Line | | |
| | **TCO2, ISTAT** | 26 | mMol/L | |
| | **i-STAT Lactic acid** | 1.16 | mMol/L | |
| | **Operator, ISTAT** | Operator: 50189 STEWART COURTNEY RT | | |
| **CBC with Automated Differential [473081486]  (Abnormal)** | | | | Collected:  09/16/18 0545 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 0657 |
| | **WBC** | **16.8 (H)** | K/cmm | |
| | **RBC** | **3.16 (L)** | M/cmm | |
| | **Hemoglobin** | **9.7 (L)** | gm/dL | |
| | **Hematocrit** | **29.6 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | **99 (L)** | K/cmm | |
| | **MPV** | **11.2 (H)** | fL | |
| | **NEUTROPHIL %** | 67.0 | % | |
| | **Lymphocytes** | **14.0 (L)** | % | |
| | **Monocytes** | 5.0 | % | |
| | **Eosinophils %** | 1.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | **11 (H)** | % | |
| | **Metamyelocyt** | **1 (H)** | % | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | es | | | |
| | Myelocytes | **1 (H)** | % | |
| | Neutrophils Absolute | **12.9 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.3 | K/cmm | |
| | Monocytes Absolute | **2.4 (H)** | K/cmm | |
| | Eosinophils Absolute | 0.2 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 6 | /100 WBCs | |
| | RBC Morphology | RBC Morphology Reviewed | | |
| | Anisocytosis | 1+ | | |
| | Poikilocytosis | 1+ | | |

Narrative:
  Manual differential performed

**Respiratory Culture and Smear  (endotracheal aspirate)**    Collected:  09/14/18 1537
**[472892514]**

Specimen:  Sputum from Endotracheal Aspirate    Updated:  09/16/18 0648
Narrative:
  Specimen/Source: Sputum/Endotracheal  Aspirate
  Collected: 09/14/2018 15:37

  Status: Final    Last Updated: 09/16/2018 06:48


  Gram Stain (Final)
    Many WBC's Seen
    Few Epithelial Cells
    No Organisms Seen

  Culture Result (Final)
    No Growth Final


**Fibrinogen [473081483]**    Collected:  09/16/18 0545
Specimen:  Blood    Updated:  09/16/18 0638
| | Fibrinogen | 330 | mg/dL | |
|---|---|---|---|---|

**Antithrombin III Level [473081485]  (Abnormal)**    Collected:  09/16/18 0545
Specimen:  Blood    Updated:  09/16/18 0638
| | Antithrombin 3 | **52 (L)** | % | |
|---|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Unfractionated Heparin Anti-Xa [473081489]** **(Abnormal)** | | | | Collected:  09/16/18 0545 |
| Specimen:  Blood | | | | Updated:  09/16/18 0638 |
| | **Heparin Unfractionated Anti-Xa** | **0.26 (L)** | IU/mL | |
| **Respiratory Culture and Smear [472563641]** | | | | Collected:  09/15/18 1000 |
| Specimen:  Bronchial Wash from Expectorated | | | | Updated:  09/16/18 0636 |

Narrative:

This order is a replacement of the rejected order with accession number M1825500280.
Specimen/Source: Bronch Wash/Expectorated
Collected: 09/15/2018 10:00

Status: Valued    Last Updated: 09/16/2018 06:36

(1) This order is a replacement of the rejected order with accession number M1825500280.



  Gram Stain (Prelim)
    Moderate WBC's Seen
    No Organisms Seen

  Culture Result (Prelim)
    No Growth - Day 1, Reincubate


| | | | | |
|---|---|---|---|---|
| **Magnesium [473081481]** | | | | Collected:  09/16/18 0545 |
| Specimen:  Plasma | | | | Updated:  09/16/18 0624 |
| | **Magnesium** | 2.5 | mg/dL | |
| **Phosphorus [473081482]** | | | | Collected:  09/16/18 0545 |
| Specimen:  Plasma | | | | Updated:  09/16/18 0624 |
| | **Phosphorus** | 3.7 | mg/dL | |
| **Comprehensive Metabolic Panel [473081487]** **(Abnormal)** | | | | Collected:  09/16/18 0545 |
| Specimen:  Plasma | | | | Updated:  09/16/18 0624 |
| | **Sodium** | 147 | mMol/L | |
| | **Potassium** | 4.5 | mMol/L | |
| | **Chloride** | **115 (H)** | mMol/L | |
| | **CO2** | 25.0 | mMol/L | |
| | **Calcium** | **8.4 (L)** | mg/dL | |
| | **Glucose** | **168 (H)** | mg/dL | |
| | **Creatinine** | 0.74 | mg/dL | |
| | **BUN** | **36 (H)** | mg/dL | |
| | **Protein, Total** | **5.6 (L)** | gm/dL | |
| | **Albumin** | **3.4 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | 122 | U/L | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | ALT | **85 (H)** | U/L | |
| | AST (SGOT) | **139 (H)** | U/L | |
| | Bilirubin, Total | **7.2 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | **1.55 (H)** | Ratio | |
| | Anion Gap | 11.5 | mMol/L | |
| | BUN/Creatinine Ratio | **48.6 (H)** | Ratio | |
| | EGFR | 118 | mL/min/1.73m2 | |
| | Osmolality Calc | **305 (H)** | mOsm/kg | |
| | Globulin | 2.2 | gm/dL | |
| **Calcium, Ionized [473081488]** | | | | Collected:  09/16/18 0545 |
| Specimen:  Blood | | | | Updated:  09/16/18 0619 |
| | Calcium, Ionized | 4.40 | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [473081493]  (Abnormal)** | | | | Collected:  09/16/18 0547 |
| Specimen:  Arterial | | | | Updated:  09/16/18 0610 |
| | pH, ISTAT | 7.40 | | |
| | PO2, ISTAT | **55 (L)** | mm Hg | |
| | BE, ISTAT | 1 | mMol/L | |
| | HCO3, ISTAT | 25.6 | mMol/L | |
| | PCO2, ISTAT | 41.8 | mm Hg | |
| | O2 Sat, %, ISTAT | **88 (L)** | % | |
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Vent | | |
| | i-STAT FIO2 | 50.00 | % | |
| | IP, ISTAT | 30 | | |
| | i-STAT Mode | PCV | | |
| | i-STAT Peep | 12 | | |
| | i-STAT Pressure Support | 30 | | |
| | Rate, ISTAT | 30 | | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | A-Line | | |
| | TCO2, ISTAT | 27 | mMol/L | |
| | i-STAT Lactic acid | 1.23 | mMol/L | |
| | Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | | |

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Unfractionated Heparin Anti-Xa [473081461]** | | | | Collected:  09/16/18 0125 |
| Specimen:  Blood | | | | Updated:  09/16/18 0146 |
| | **Heparin Unfractionate d Anti-Xa** | 0.32 | IU/mL | |
| **Calcium, Ionized [473081457]** | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood | | | | Updated:  09/16/18 0036 |
| | **Calcium, Ionized** | 4.45 | mg/dL | |
| **CBC with Automated Differential [473081455]**  (Abnormal) | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood from Blood | | | | Updated:  09/16/18 0019 |
| | **WBC** | **17.7 (H)** | K/cmm | |
| | **RBC** | **3.32 (L)** | M/cmm | |
| | **Hemoglobin** | **10.2 (L)** | gm/dL | |
| | **Hematocrit** | **31.0 (L)** | % | |
| | **MCV** | 94 | fL | |
| | **MCH** | 31 | pg | |
| | **MCHC** | 33 | gm/dL | |
| | **RDW** | **15.6 (H)** | % | |
| | **PLT CT** | **94 (L)** | K/cmm | |
| | **MPV** | **11.3 (H)** | fL | |
| | **NEUTROPHIL %** | **40.0 (L)** | % | |
| | **Lymphocytes** | 17.0 | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | **37 (H)** | % | |
| | **Metamyelocyt es** | **2 (H)** | % | |
| | **Myelocytes** | **1 (H)** | % | |
| | **Neutrophils Absolute** | **14.2 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 3.0 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Polychromasi a** | 1+ | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM (continued)                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Burr Cells | 1+ | | |
| | Poikilocytosis | 1+ | | |
| | Target Cells | 1+ | | |

Narrative:
  Manual differential performed

**Magnesium [473019811]**                                                    Collected: 09/15/18 2340
Specimen: Plasma                                                             Updated: 09/16/18 0017

| | Magnesium | 2.5 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [473081452]**                                                   Collected: 09/15/18 2340
Specimen: Plasma                                                             Updated: 09/16/18 0017

| | Phosphorus | 3.3 | mg/dL | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [473081456]** **(Abnormal)**                 Collected: 09/15/18 2340
Specimen: Plasma                                                             Updated: 09/16/18 0017

| | Component | Value | Units | |
|---|---|---|---|---|
| | Sodium | 147 | mMol/L | |
| | Potassium | 4.6 | mMol/L | |
| | Chloride | 114 (H) | mMol/L | |
| | CO2 | 24.8 | mMol/L | |
| | Calcium | 8.8 | mg/dL | |
| | Glucose | 156 (H) | mg/dL | |
| | Creatinine | 0.75 | mg/dL | |
| | BUN | 33 (H) | mg/dL | |
| | Protein, Total | 5.7 (L) | gm/dL | |
| | Albumin | 3.6 | gm/dL | |
| | Alkaline Phosphatase | 107 | U/L | |
| | ALT | 86 (H) | U/L | |
| | AST (SGOT) | 153 (H) | U/L | |
| | Bilirubin, Total | 7.6 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 1.71 (H) | Ratio | |
| | Anion Gap | 12.8 | mMol/L | |
| | BUN/Creatinine Ratio | 44.0 (H) | Ratio | |
| | EGFR | 116 | mL/min/1.73m2 | |
| | Osmolality Calc | 303 (H) | mOsm/kg | |
| | Globulin | 2.1 | gm/dL | |

**i-Stat G3 Venous CartrIDge [473081465]** **(Abnormal)**                     Collected: 09/15/18 2341
Specimen: Venipuncture                                                       Updated: 09/16/18 0003

| | Component | Value | Units | |
|---|---|---|---|---|
| | pH, ISTAT | 7.40 | | |
| | PO2, ISTAT | 39 (H) | mm Hg | |
| | BE, ISTAT | -1 | mMol/L | |
| | HCO3, ISTAT | 24.2 | mMol/L | |
| | PCO2, ISTAT | 39.1 | mm Hg | |
| | O2 Sat, %, ISTAT | 73 (H) | % | |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018 1:09 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Catheter | | |
| | i-STAT FIO2 | 50.00 | % | |
| | Sample, ISTAT | Venous | | |
| | Site, ISTAT | OTHER | | |
| | TCO2, ISTAT | 25 | mMol/L | |
| | Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | | |
| **i-Stat G3 Arterial CartrIDge [473081463]  (Abnormal)** | | | | Collected:  09/15/18 2343 |
| Specimen:  Arterial | | | | Updated:  09/16/18 0002 |
| | pH, ISTAT | 7.48 (H) | | |
| | PO2, ISTAT | 470 (H) | mm Hg | |
| | BE, ISTAT | 5 (H) | mMol/L | |
| | HCO3, ISTAT | 28.6 | mMol/L | |
| | PCO2, ISTAT | 38.8 | mm Hg | |
| | O2 Sat, %, ISTAT | 100 | % | |
| | Room Number, ISTAT | 3546 | | |
| | i-STAT Allen's Test | N/A | | |
| | DELS, ISTAT | Catheter | | |
| | i-STAT FIO2 | 100.00 | % | |
| | Sample, ISTAT | Arterial | | |
| | Site, ISTAT | OTHER | | |
| | TCO2, ISTAT | 30 (H) | mMol/L | |
| | Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | | |
| **Fibrinogen [473081453]** | | | | Collected:  09/15/18 2340 |
| Specimen:  Blood | | | | Updated:  09/15/18 2359 |
| | Fibrinogen | 294 | mg/dL | |
| **Dextrose Stick Glucose [473081459]  (Abnormal)** | | | | Collected:  09/15/18 2103 |
| Specimen:  Blood | | | | Updated:  09/15/18 2129 |
| | Glucose, POCT | 158 (H) | mg/dL | |
| **Unfractionated Heparin Anti-Xa [473019806]** | | | | Collected:  09/15/18 2100 |
| Specimen:  Blood | | | | Updated:  09/15/18 2117 |
| | Heparin Unfractionated Anti-Xa | 0.33 | IU/mL | |
| **CBC with Automated Differential [473019799]  (Abnormal)** | | | | Collected:  09/15/18 1730 |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen:  Blood from Blood | | | | Updated:  09/15/18 1915 |
| | WBC | 19.1 (H) | K/cmm | |
| | RBC | 3.32 (L) | M/cmm | |
| | Hemoglobin | 10.4 (L) | gm/dL | |
| | Hematocrit | 30.8 (L) | % | |
| | MCV | 93 | fL | |
| | MCH | 31 | pg | |
| | MCHC | 34 | gm/dL | |
| | RDW | 15.3 (H) | % | |
| | PLT CT | 86 (L) | K/cmm | |
| | MPV | 11.6 (H) | fL | |
| | NEUTROPHIL % | 67.0 | % | |
| | Lymphocytes | 16.0 | % | |
| | Monocytes | 3.0 | % | |
| | Eosinophils % | 1.0 | % | |
| | Bands | 11 (H) | % | |
| | Metamyelocytes | 2 (H) | % | |
| | Neutrophils Absolute | 15.3 (H) | K/cmm | |
| | Lymphocytes Absolute | 3.1 | K/cmm | |
| | Monocytes Absolute | 0.6 | K/cmm | |
| | Eosinophils Absolute | 0.2 | K/cmm | |
| | BASO Absolute | 0.0 | K/cmm | |
| | Nucleated RBC | 11 (H) | /100 WBCs | |
| | RBC Morphology | Morphology Consistent with Hemogram | | |

Narrative:
  Manual differential performed

**Magnesium [473019794]**                                        Collected:  09/15/18 1730
Specimen:  Plasma                                               Updated:  09/15/18 1808

| | Magnesium | 2.5 | mg/dL | |
|---|---|---|---|---|

**Phosphorus [473019795]**                                      Collected:  09/15/18 1730
Specimen:  Plasma                                               Updated:  09/15/18 1808

| | Phosphorus | 3.0 | mg/dL | |
|---|---|---|---|---|

**Comprehensive Metabolic Panel [473019800]  (Abnormal)**        Collected:  09/15/18 1730
Specimen:  Plasma                                               Updated:  09/15/18 1808

| | Sodium | 146 | mMol/L | |
|---|---|---|---|---|
| | Potassium | 4.6 | mMol/L | |
| | Chloride | 114 (H) | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | CO2 | 25.5 | mMol/L | |
| | Calcium | 8.7 | mg/dL | |
| | Glucose | 165 (H) | mg/dL | |
| | Creatinine | 0.72 | mg/dL | |
| | BUN | 33 (H) | mg/dL | |
| | Protein, Total | 5.3 (L) | gm/dL | |
| | Albumin | 3.3 (L) | gm/dL | |
| | Alkaline Phosphatase | 91 | U/L | |
| | ALT | 95 (H) | U/L | |
| | AST (SGOT) | 184 (H) | U/L | |
| | Bilirubin, Total | 8.0 (H) | mg/dL | |
| | Albumin/Globulin Ratio | 1.65 (H) | Ratio | |
| | Anion Gap | 11.1 | mMol/L | |
| | BUN/Creatinine Ratio | 45.8 (H) | Ratio | |
| | EGFR | 122 | mL/min/1.73m2 | |
| | Osmolality Calc | 302 (H) | mOsm/kg | |
| | Globulin | 2.0 | gm/dL | |
| **Fibrinogen [473019796]** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1805 |
| | Fibrinogen | 323 | mg/dL | |
| **Antithrombin III Level [473019798]  (Abnormal)** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1805 |
| | Antithrombin 3 | 57 (L) | % | |
| **Calcium, Ionized [473019801]** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1755 |
| | Calcium, Ionized | 4.53 | mg/dL | |
| **Unfractionated Heparin Anti-Xa [473019793]  (Abnormal)** | | | | Collected:  09/15/18 1730 |
| Specimen:  Blood | | | | Updated:  09/15/18 1749 |
| | Heparin Unfractionated Anti-Xa | 0.29 (L) | IU/mL | |
| **Dextrose Stick Glucose [473019805]  (Abnormal)** | | | | Collected:  09/15/18 1633 |
| Specimen:  Blood | | | | Updated:  09/15/18 1650 |
| | Glucose, POCT | 157 (H) | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [473019791]  (Abnormal)** | | | | Collected:  09/15/18 1424 |
| Specimen:  Arterial | | | | Updated:  09/15/18 1428 |
| | pH, ISTAT | 7.43 | | |
| | PO2, ISTAT | 54 (L) | mm Hg | |
| | BE, ISTAT | 1 | mMol/L | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **HCO3, ISTAT** | 25.8 | mMol/L | |
| | **PCO2, ISTAT** | 38.6 | mm Hg | |
| | **O2 Sat, %, ISTAT** | **89 (L)** | % | |
| | **Room Number, ISTAT** | 3546 | | |
| | **i-STAT Allen's Test** | N/A | | |
| | **DELS, ISTAT** | Vent | | |
| | **i-STAT FIO2** | 50.00 | % | |
| | **IP, ISTAT** | 30 | | |
| | **i-STAT Mode** | PCV | | |
| | **i-STAT Peep** | 12 | | |
| | **i-STAT Pressure Support** | 0 | | |
| | **Rate, ISTAT** | 30 | | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | A-Line | | |
| | **TCO2, ISTAT** | 27 | mMol/L | |
| | **i-STAT Lactic acid** | 1.29 | mMol/L | |
| | **Operator, ISTAT** | Operator: 50189 STEWART COURTNEY RT | | |

**Unfractionated Heparin Anti-Xa [473019772]  (Abnormal)**          Collected:  09/15/18 1315
Specimen:  Blood                                                      Updated:  09/15/18 1403

| | **Heparin Unfractionate d Anti-Xa** | **0.27 (L)** | IU/mL | |
|---|---|---|---|---|

**Fungal, Other Culture and Smear [473019771]**          Collected:  09/15/18 0950
Specimen:  Bronchial Wash from Left Upper Lobe               Updated:  09/15/18 1346
Narrative:
   Specimen/Source: Bronch Wash/Left Upper Lobe
   Collected: 09/15/2018 09:50

   Status: Valued    Last Updated: 09/15/2018 13:46


   Smear, Fungal (Final)
     No Fungal Elements Seen


**Calcium, Ionized [473019788]**          Collected:  09/15/18 0600
Specimen:  Blood                          Updated:  09/15/18 1336

| | **Calcium,** | 4.37 | mg/dL | |
|---|---|---|---|---|



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Shyamsunder, Archana K, MD at 9/16/2018  1:09 PM (continued)**                  Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
|           | **Ionized** |     |       |           |

**Rads:**

Radiological Procedure reviewed.

**Assessment:**

- Acute history failure, ARDS, on vent and ECMO ( S/P trach)
- s/p SMV thrombosis, s/p heparin gtt then catheter directed thrombolytics 9/3
- Ischemic bowel, S/p bowel resection
- Open abdomen
- S/P splenectomy
- Shock liver

**Plan:**

- Case discussed with Dr. Kofsky as well as Dr. Lafalce
- Seems to be responding to the current dose of Lasix infusion at 20 mg/hr
- Would continue current diuretic drip for now
- Serum creatinine relatively stable, but will need to be closely monitored
- Serum sodium, is trending upward. May need to adjust TPN if it continues to trend up
- No immediate indication, for CRRT, but will follow closely in this regard

Thanks for the consult.
Signed by: Archana K Shyamsunder, MD

Electronically signed by Shyamsunder, Archana K, MD on 9/16/2018  1:49 PM

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM**                            Version 2 of 2

| | | |
|---|---|---|
| Author:  Goode, Terral C, MD | Service:  Critical Care Medicine | Author Type:  Physician |
| Filed:  9/14/2018  1:48 PM | Date of Service:  9/2/2018  6:52 AM | Creation Time:  9/2/2018  6:52 AM |
| Status:  Addendum | Editor:  Goode, Terral C, MD (Physician) | |
| Related Notes:  Original Note by Goode, Terral C, MD (Physician) filed at 9/2/2018  7:52 AM | | |

Consults

**Valley Intensivists**
**Consultation Note**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)                          Version 2 of 2

**Patient Name**: SMITH,DORIS D ALAQUE
**Date/Time:** 09/02/18 6:52 AM
**Attending Physician**: Benkelman, Douglas Wade,*
**Primary Care Physician**: Sheetz, Michele M, FNP
**Location/Room**: 2516/2516-A

**Chief Complaint:**
Abdominal pain, nausea

**HPI:**
Kindly asked to consult on Doris D Alaque Smith who is a 39 y.o. female for worsening abdominal pain.  She has been noting upper abdominal pain for about a week.  Yesterday, it was worse so she came to ER for evaluation.  She had vomiting episodes as well.  Her initial workup included an US then HIDA scan, which showed biliary dyskinesia.  However, she was having continued severe abdominal pain which was not consistent with this diagnosis.  CT angio of chest and CT abdomen showed evidence of mesenteric venous thrombosis.  There was an elevated lactate which was concerning for bowel ischemia.  However, after fluid resuscitation, this has resolved.

**Problem List:**

Active Hospital Problems
    Diagnosis
  • Obesity, morbid, BMI 40.0-49.9
  • Mesenteric venous thrombosis
  • Abdominal pain

**Assessment:**
39 year old woman with mesenteric vein thrombosis.  Hemodynamically stable with resolved lactic acidosis.

**Plan:**

I believe that Ms. Smith's case is appropriate for the floor.  She is on heparin gtt and broad spectrum antibiotics.  Otherwise, she will need symptomatic care.


If there are any issues or questions, please inform critical care team and we will re-evaluate.

**Med Rec:**
**Prognosis:**
**Code Status:** Full Code


**Past Medical History:**

Past Medical History:
Diagnosis                                                                        Date

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 2 of 2

- Hyperlipemia
- Hypertension


Available old records reviewed, including**:**

### Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Inpatient Medications

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
| --- | --- | --- | --- |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

| | | |
| --- | --- | --- |
| • sodium chloride | | 100 mL/hr at 09/02/18 0607 |
| • heparin infusion - MAR calculator by aPTT | | 1,900 Units/hr (09/02/18 0419) |

### Family History:
Mother/father-negative for DVT/PE

### Social History:

Social History

| Social History | |
| --- | --- |
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 2 of 2

- Years of education:                        N/A

### Social History Main Topics
- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol use                        Yes
    *Comment: occas*
- Drug use:                          No
- Sexual activity:                   Not on file

### Other Topics                                              Concern
- Not on file

### Social History Narrative
- No narrative on file

### Allergies:

#### Allergies
| Allergen | Reactions |
|----------|-----------|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Review of Systems:
A comprehensive review of systems was negative except for: Constitutional: positive for fevers and malaise
Gastrointestinal: positive for abdominal pain

### Physical Exam:

**Vitals:** BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg
(259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²
**I/O:**
Intake/Output Summary (Last 24 hours) at 09/02/18 0652
Last data filed at 09/02/18 0240

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 220 ml |
| Output | 125 ml |
| **Net** | 95 ml |

**Vent settings:**
**Admission Weight:** Weight: 117.9 kg (260 lb)
**Last Weight:**
Wt Readings from Last 1 Encounters:
09/01/18         117.9 kg (259 lb 14.8 oz)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 2 of 2

**Patient Lines/Drains/Airways Status**
Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Line / Wound / Pressure Ulcer / NG/OG Tube

| Name: | Placement date: | Placement time: | Site: | Days: |
|---|---|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 | 0923 | Antecubital | less than 1 |
| Peripheral IV 09/02/18 Left Antecubital | 09/02/18 | 0030 | Antecubital | less than 1 |
| Urethral Catheter Latex 16 Fr. | 09/02/18 | 0230 | Latex | less than 1 |

**General Appearance:**  alert

**Mental status:** alert, oriented to person, place, and time

**Neuro:** normal muscle tone, no tremors, strength 5/5

**HEENT:** ENT exam normal, no neck nodes or sinus tenderness

**Neck:** supple, no significant adenopathy

**Lungs:** clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry

**Cardiac:** sinus tachycardia

**Abdomen:** soft, tender to palpation in epigastrium (the worst), no rebound, no guarding

**Extremities:** peripheral pulses normal, no pedal edema, no clubbing or cyanosis

**Skin:** normal coloration and turgor, no rashes, no suspicious skin lesions noted

**Other**:

**Labs:**

**CBC:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| WBC | 16.8* | 18.3* | 8.9 |
| RBC | 5.18* | 5.60* | 4.92 |
| Hemoglobin | 11.7* | 12.5 | 11.4* |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018 6:52 AM (continued)**            Version 2 of 2

| Hematocrit | 38.1 | 41.0 | 35.1* |
| MCV | 74* | 73* | 71* |
| PLT CT | 190 | 239 | 221 |

**Chemistry:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| Sodium | 136 | 138 | 137 |
| Potassium | 4.6 | 3.6 | 3.8 |
| Chloride | 109 | 107 | 106 |
| CO2 | 15.4* | 19.5* | 20.8 |
| BUN | 9 | 10 | 7 |
| Creatinine | 0.81 | 0.84 | 0.80 |
| Glucose | 196* | 195* | 139* |
| Calcium | 7.3* | 8.6 | 9.5 |

**LFTs:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| ALT | 86* | 99* | 133* |
| AST (SGOT) | 44* | 49* | 87* |
| Bilirubin, Total | 0.9 | 0.9 | 1.1 |
| Bilirubin, Direct | -- | 0.5* | -- |
| Albumin | 2.6* | 2.9* | 3.8 |
| Alkaline Phosphatase | 69 | 81 | 84 |

**Cardiac Enzymes:**
**Coags:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 |
|---|---|---|
| PT INR | 1.2 | 1.2 |
| PT | 11.6* | 11.6* |

**POC Glucose:**No results for input(s): POCGLU in the last 72 hours.
**ABG:**

## Radiology / Imaging:

Imaging personally reviewed by me, including Chest CT and Abdominal/Pelvic CT

## Attestation & Billing:

Patient's condition and plan discussed with: patient, referring provider and bedside nurse


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 2 of 2

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently. I managed/supervised life or organ supporting interventions that required frequent physician assessments. I devoted my full attention in the ICU to the direct care of this patient for this period of time.

Any critical care time was performed today and is exclusive of teaching, billable procedures, and not overlapping with any other providers.

**Billing Level:** Level 2 Initial 99222

Signed by: Terral C Goode, MD
cc:Sheetz, Michele M, FNP

Electronically signed by Goode, Terral C, MD on 9/14/2018  1:48 PM

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM**                    Version 1 of 2

| | | |
|---|---|---|
| Author:  Goode, Terral C, MD | Service:  Critical Care Medicine | Author Type:  Physician |
| Filed:  9/2/2018  7:52 AM | Date of Service:  9/2/2018  6:52 AM | Creation Time:  9/2/2018  6:52 AM |
| Status:  Signed | Editor:  Goode, Terral C, MD (Physician) | |
| Related Notes:  Addendum by Goode, Terral C, MD (Physician) filed at 9/14/2018  1:48 PM | | |

Consults

**Valley Intensivists**
**Consultation Note**

**Patient Name**: SMITH,DORIS D ALAQUE
**Date/Time:** 09/02/18 6:52 AM
**Attending Physician**: Benkelman, Douglas Wade,*
**Primary Care Physician**: Sheetz, Michele M, FNP
**Location/Room**: 2516/2516-A

**Chief Complaint:**

Abdominal pain, nausea

**HPI:**

Kindly asked to consult on Doris D Alaque Smith who is a 39 y.o. female for worsening abdominal pain.  She has been noting upper abdominal pain for about a week.  Yesterday, it was worse so she came to ER for evaluation.  She had vomiting episodes as well.  Her initial workup included an US then HIDA scan, which showed biliary dyskinesia.  However, she was having continued severe abdominal pain which was not consistent with this diagnosis.  CT angio of chest and CT abdomen showed evidence of mesenteric venous thrombosis.  There was an elevated lactate which was concerning for bowel ischemia.  However, after fluid resuscitation, this has resolved.

**Problem List:**

Active Hospital Problems
　　Diagnosis

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                    Version 1 of 2

- Obesity, morbid, BMI 40.0-49.9
- Mesenteric venous thrombosis
- Abdominal pain

**Assessment:**

39 year old woman with mesenteric vein thrombosis.  Hemodynamically stable with resolved lactic acidosis.

**Plan:**

I believe that Ms. Smith's case is appropriate for the floor.  She is on heparin gtt and broad spectrum antibiotics.  Otherwise, she will need symptomatic care.

If there are any issues or questions, please inform critical care team and we will re-evaluate.

**Med Rec:**
**Prognosis:**
**Code Status:** Full Code

**Past Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

Available old records reviewed, including**:**

**Past Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Inpatient Medications**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin- | 3.375 | Intravenous | Q6H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**                          Version 1 of 2

| | | | |
|---|---|---|---|
| tazobactam | g | | |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

| | |
|---|---|
| • sodium chloride | 100 mL/hr at 09/02/18 0607 |
| • heparin infusion - MAR calculator by aPTT | 1,900 Units/hr (09/02/18 0419) |

## Family History:
History reviewed. No pertinent family history.

## Social History:

### Social History

**Social History**
| | |
|---|---|
| • Marital status: | Single |
|    Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

**Social History Main Topics**
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|    *Comment: occas* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

**Other Topics**                                                    Concern
• Not on file

**Social History Narrative**
• No narrative on file

## Allergies:

### Allergies
| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)**        Version 1 of 2

- Hydrocodone                                                            Itching

### Review of Systems:

A comprehensive review of systems was negative except for: Constitutional: positive for fevers and malaise
Gastrointestinal: positive for abdominal pain

### Physical Exam:

**Vitals:** BP 123/83 | Pulse 87 | Temp 100.3 °F (37.9 °C) (Rectal) | Resp 18 | Ht 1.549 m (5' 1") | Wt 117.9 kg
(259 lb 14.8 oz) | LMP 08/15/2018 | SpO2 100% | BMI 49.11 kg/m²
**I/O:**
Intake/Output Summary (Last 24 hours) at 09/02/18 0652
Last data filed at 09/02/18 0240

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 220 ml            |
| Output | 125 ml            |
| **Net** | 95 ml            |

**Vent settings:**
**Admission Weight:** Weight: 117.9 kg (260 lb)
**Last Weight:**
**Wt Readings from Last 1 Encounters:**
09/01/18        117.9 kg (259 lb 14.8 oz)

### Patient Lines/Drains/Airways Status

Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural Line / ART Line / Line /
Wound / Pressure Ulcer / NG/OG Tube

| Name: | Placement date: | Placement time: | Site: | Days: |
|-------|-----------------|-----------------|-------|-------|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 | 0923 | Antecubital | less than 1 |
| Peripheral IV 09/02/18 Left Antecubital | 09/02/18 | 0030 | Antecubital | less than 1 |
| Urethral Catheter Latex 16 Fr. | 09/02/18 | 0230 | Latex | less than 1 |

**General Appearance:** alert

**Mental status:** alert, oriented to person, place, and time

**Neuro:** normal muscle tone, no tremors, strength 5/5



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

Consults by Goode, Terral C, MD at 9/2/2018  6:52 AM (continued)                    Version 1 of 2

**HEENT:** ENT exam normal, no neck nodes or sinus tenderness

**Neck:** supple, no significant adenopathy

**Lungs:** clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry

**Cardiac:** sinus tachycardia

**Abdomen:** soft, tender to palpation in epigastrium (the worst), no rebound, no guarding

**Extremities:** peripheral pulses normal, no pedal edema, no clubbing or cyanosis

**Skin:** normal coloration and turgor, no rashes, no suspicious skin lesions noted

**Other**:

**Labs:**

**CBC:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| WBC | 16.8* | 18.3* | 8.9 |
| RBC | 5.18* | 5.60* | 4.92 |
| Hemoglobin | 11.7* | 12.5 | 11.4* |
| Hematocrit | 38.1 | 41.0 | 35.1* |
| MCV | 74* | 73* | 71* |
| PLT CT | 190 | 239 | 221 |

**Chemistry:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| Sodium | 136 | 138 | 137 |
| Potassium | 4.6 | 3.6 | 3.8 |
| Chloride | 109 | 107 | 106 |
| CO2 | 15.4* | 19.5* | 20.8 |
| BUN | 9 | 10 | 7 |
| Creatinine | 0.81 | 0.84 | 0.80 |
| Glucose | 196* | 195* | 139* |
| Calcium | 7.3* | 8.6 | 9.5 |

**LFTs:**
**Recent Labs**

| Lab | 09/02/18 0412 | 09/02/18 0029 | 09/01/18 0915 |
|---|---|---|---|
| ALT | 86* | 99* | 133* |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Goode, Terral C, MD at 9/2/2018 6:52 AM (continued)**      Version 1 of 2

| | | | |
|---|---|---|---|
| AST (SGOT) | 44* | 49* | 87* |
| Bilirubin, Total | 0.9 | 0.9 | 1.1 |
| Bilirubin, Direct | -- | 0.5* | -- |
| Albumin | 2.6* | 2.9* | 3.8 |
| Alkaline Phosphatase | 69 | 81 | 84 |

**Cardiac Enzymes:**
**Coags:**
**Recent Labs**

| Lab | 09/02/18 0411 | 09/02/18 0029 |
|---|---|---|
| PT INR | 1.2 | 1.2 |
| PT | 11.6* | 11.6* |

**POC Glucose:** No results for input(s): POCGLU in the last 72 hours.
**ABG:**

### Radiology / Imaging:

Imaging personally reviewed by me, including Chest CT and Abdominal/Pelvic CT

### Attestation & Billing:

Patient's condition and plan discussed with: patient, referring provider and bedside nurse

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently. I managed/supervised life or organ supporting interventions that required frequent physician assessments. I devoted my full attention in the ICU to the direct care of this patient for this period of time.

Any critical care time was performed today and is exclusive of teaching, billable procedures, and not overlapping with any other providers.

**Billing Level:** Level 2 Initial 99222

Signed by: Terral C Goode, MD
cc:Sheetz, Michele M, FNP


Electronically signed by Goode, Terral C, MD on 9/2/2018 7:52 AM

**Consults by Friend, Shaina R, RN at 9/11/2018 2:03 PM**      Version 1 of 1

| | | |
|---|---|---|
| Author: Friend, Shaina R, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 9/11/2018 2:03 PM | Date of Service: 9/11/2018 2:03 PM | Creation Time: 9/11/2018 1:10 PM |
| Status: Signed | Editor: Friend, Shaina R, RN (Registered Nurse) | |

Consult Orders:
1. Consult Vas Access Team for Placement [472123899] ordered by Lafalce, Christian Anthony, MD at 09/11/18 0751



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Friend, Shaina R, RN at 9/11/2018  2:03 PM (continued)**                    Version 1 of 1

### Peripherally Inserted Central Catheter (PICC) PROCEDURE NOTE



SMITH,DORIS D ALAQUE
9/11/2018

**INDICATIONS:** Vesicants

**CONSENT:** The procedure, risks, benefits and alternatives were discussed with the family.  All questions were answered, and informed written consent was obtained from the family.  Informed consent and Procedure Boarding Pass were completed.

**Catheter Type:** Power picc 5f triple lumen
**Insertion Site (vein):**Right Brachial
**Total Length:** 38 cm
**Internal Length:** 38 cm
**External Length:** 0 cm
**UAC:** 45 cm

**PICC Kit Lot #**: RECR 0880

**PICC inserted by:  N Swisher RN VAS**

### PROCEDURE DETAILS:
Ultrasound was used to confirm patency of the Right Brachial vein prior to obtaining venous access. The area to be punctured was cleansed with chlorhexidine 2% for more than 30 seconds and the site draped using maximal sterile barrier precautions.

After 1% lidocaine injected followed by puncture of the Right Brachial with a 21-gauge single-wall needle under direct sonographic guidance. Guidewire was advanced and the needle was removed and a peel-away sheath was placed. The catheter was then trimmed and advanced through the peel-away sheath using electronic navigation.  The sheath was removed, brisk blood return confirmed, the catheter was flushed with normal saline and capped.

Maximal sterile barrier was used: cap, mask, sterile gloves, sterile gown and body drape.  All guide wires were removed with tip intact by visual inspection. The catheter was stabilized on the skin using a securement device.  Antimicrobial disc and sterile transparent occlusive dressing applied using aseptic technique.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Friend, Shaina R, RN at 9/11/2018  2:03 PM (continued)**                Version 1 of 1

Patient did tolerate procedure well.


### FINDINGS/CONCLUSIONS:

No signs of bleeding or symptoms of nerve irritation noted.
Final tip location was confirmed utilizing ECG tip confirmation.

**PICC is ready for use**
PICC education / instructions provided to family.


### CATHETER CARE

**Dressing Changes:**
A Sterile dressing change is indicated at least once every seven (7)  days or if otherwise indicated.

Assess the dressing more frequently in the first 24 hours for accumulation of blood, fluid, or moisture beneath the dressing.

Periodically confirm catheter placement, patency, and security of dressing.

**Securement Device**:
Statlock Stabilization Device must remain in place for the duration of the catheter and to be replaced at least once every seven (7) days in accordance with a sterile dressing change, or if otherwise indicated.

**Removable Caps:**
This institution uses removable caps on the tips of each lumen. Each cap must be changed at least once every seven (7) days in accordance with a sterile dressing change, or if otherwise indicated.

**Flushing:**
Administer a brisk pulsatile flush using a 10mL syringe of 0.9% normal saline at least once every twelve (12) hours or before/after catheter use. In addition, administer Heparin (10unit/mL) flush 3-5mL syringe once every twenty-four (24) hours after normal saline flush.

Electronically signed by Friend, Shaina R, RN on 9/11/2018  2:03 PM

---

**Consults by Gaydos, Rachel L, RD at 9/8/2018 11:33 AM**                Version 1 of 1

| Author: Gaydos, Rachel L, RD | Service: Nutrition | Author Type: **Registered Dietitian** |
|---|---|---|
| Filed: 9/8/2018 11:34 AM | Date of Service: **9/8/2018 11:33 AM** | Creation Time: 9/8/2018 11:33 AM |
| Status: **Signed** | Editor: Gaydos, Rachel L, RD (Registered Dietitian) | |

Consult Orders:
    1. Inpatient consult to Nutrition [471676814] ordered by Goode, Terral C, MD at 09/08/18 0825


**Nutrition Note:**

Consulted to start trickle feeds. Vital HP @ 10ml/hr ordered. RD to follow for tolerance.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Gaydos, Rachel L, RD at 9/8/2018 11:33 AM (continued)**                  Version 1 of 1

Rachel L Gaydos, RD, CNSC
9/8/2018
11:34 AM


Electronically signed by Gaydos, Rachel L, RD on 9/8/2018 11:34 AM

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**                  Version 6 of 6

Author: **Huffman, Grace B, MD**          Service: **Palliative Care**          Author Type: **Physician**
Filed: **9/5/2018  8:34 AM**          Date of Service: **9/4/2018  1:36 PM**          Creation Time: **9/4/2018  1:36 PM**
Status: **Addendum**          Editor: **Huffman, Grace B, MD (Physician)**
Related Notes:  Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  7:26 AM
   Consult Orders:
   1. Palliative Care Consult [470810194] ordered by Bouder, Thomas Glen, MD at 09/03/18 2148

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**
**Date, Time:** 09/04/18 2:43 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Referring Physician**:  Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

**Assessment & Recommendations**

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
      ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liver

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**  Full Code
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not at this time.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                Version 6 of 6

**Surrogate:** It appears that pt's oldest son, Nareem (age 20) would be default decision-maker under Virginia's Comprehensive Health Care Decisions Act. **However, by report, pt has consistently identified (during this hospitalization) that her sister, Cassandra, would be her surrogate** (and Cassandra reports that she has been signing consents, etc.). It does not appear that pt has yet signed any documents to this effect. Sister has been very attentive to her nephews and including them in all updates; she does not feel that there is any conflict amongst family members.

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

| History of Present Illness |
| --- |

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female ("Dee Dee") admitted 9/1/2018 with ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                        Version 6 of 6

emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.

**ADLs** prior to admission**:**

| | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

### Review of Systems

Review of Systems
Unable to perform ROS: Critical illness

### Past Medical and Surgical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Social History

**History**

| Smoking Status | |
|---|---|
| • Never Smoker | |
| Smokeless Tobacco | |
| • Never Used | |

**History**



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 6 of 6

| Alcohol Use |
|---|

• Yes
　　*Comment: occas*

| History |
|---|
| Drug Use | No |

**Marital Status:** single
**Lives with:** 2 younger sons
**Family:** 6 sibs, 3 children (Jerome "Tae" (20), Naieem (15), Sirod (11)), numerous aunts, uncles, etc.
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None
　Health-care power of attorney: none appointed

| Family History |
|---|

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)

| Medications |
|---|

**Medications**:
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 6 of 6

| | | | |
|---|---|---|---|
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)

### Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Physical Exam

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

### Labs / Radiology

**Lab and diagnostics:** reviewed.

**Recent Labs**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)          Version 6 of 6

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351* |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent 60 minutes with the patient and/or family members as well as care team
members, discussing palliative care concepts, medications (current or proposed
therapies and side effects), the principle problem (listed above) and the active
hospital problems (listed above).  More than 50% of this time was spent counseling
and coordinating care.
1145a-1245p



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**　　　Version 6 of 6

Electronically signed by Huffman, Grace B, MD on 9/5/2018 8:34 AM

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM**　　　Version 5 of 6

| | | |
|---|---|---|
| Author: Huffman, Grace B, MD | Service: Palliative Care | Author Type: Physician |
| Filed: 9/5/2018 7:26 AM | Date of Service: 9/4/2018 1:36 PM | Creation Time: 9/4/2018 1:36 PM |
| Status: Addendum | Editor: Huffman, Grace B, MD (Physician) | |

Related Notes: Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018 8:34 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018 7:25 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:** 09/04/18 2:43 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Referring Physician**:  Hutchens, William Thomas*
**Primary Care Physician**: Sheetz, Michele M, FNP
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

**Assessment & Recommendations**

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
      ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liver

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**  Full Code
    Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not at this time.

**Surrogate:** It appears that pt's oldest son, Nareem (age 20) would be default decision-maker under Virginia's Comprehensive Health Care Decisions Act. **However, by report, pt has consistently identified (during this hospitalization) that her sister, Cassandra, would be her surrogate** (and Cassandra reports that she has been signing



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)                Version 5 of 6

consents, etc.). It does not appear that pt has yet signed any documents to this effect.
Sister has been very attentive to her nephews and including them in all updates; she
does not feel that there is any conflict amongst family members.

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the
two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course
progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN
Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative
Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

| History of Present Illness |
| :---: |

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female ("Dee Dee") admitted 9/1/2018 with ~1 wk c/o diffuse and
worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She
had been seen at outside hospital for eval x2, and U/S abd was negative at that time as
was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible
pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased
abdominal and then chest pain. CT abd with contrast showed extensive superior
mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult;
surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S
(for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy
menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain.
Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly
thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by
anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for
emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric
ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor
requirements.  ECMO started.



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                         Version 5 of 6

**ADLs** prior to admission**:**

|  | Independent | Needs assistance | Dependent |
|---|:---:|:---:|:---:|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
  **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

### Review of Systems

Review of Systems
Unable to perform ROS: Critical illness

### Past Medical and Surgical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Social History

**History**

| Smoking Status |
|---|
| • Never Smoker |
| Smokeless Tobacco |
| • Never Used |

**History**

| Alcohol Use |
|---|
| • Yes |

   *Comment: occas*



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 5 of 6

| History | |
|---|---|
| Drug Use | No |

**Marital Status:** single
**Lives with:** 2 younger sons
**Family:** 6 sibs, 3 children, numerous aunts, uncles, etc.
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** <u>Extended Emergency Contact Information</u>
<u>Primary Emergency Contact: Hunter,Cassandra</u>
<u> United States of America</u>
<u>Home Phone: 304-261-5437</u>
<u>Relation: Sister</u>
<u>Secondary Emergency Contact: Kearney,Nareem</u>
<u> United States of America</u>
<u>Mobile Phone: 681-242-7279</u>
<u>Relation: None</u>
   Health-care power of attorney: none appointed

| **Family History** |
|---|

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)

| **Medications** |
|---|

**Medications:**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                Version 5 of 6

| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)

### Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Physical Exam

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

### Labs / Radiology

**Lab and diagnostics:** reviewed.

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**          Version 5 of 6

PLT CT          114*

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351* |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent 60 minutes with the patient and/or family members as well as care team
members, discussing palliative care concepts, medications (current or proposed
therapies and side effects), the principle problem (listed above) and the active
hospital problems (listed above).  More than 50% of this time was spent counseling
and coordinating care.
1145a-1245p

Electronically signed by Huffman, Grace B, MD on 9/5/2018  7:26 AM

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**          Version 4 of 6



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 4 of 6

| | | |
|---|---|---|
| Author:  Huffman, Grace B, MD | Service:  Palliative Care | Author Type:  Physician |
| Filed:  9/5/2018 7:25 AM | Date of Service:  9/4/2018 1:36 PM | Creation Time:  9/4/2018 1:36 PM |
| Status:  Addendum | Editor:  Huffman, Grace B, MD (Physician) | |

Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018 7:26 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018 6:55 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:** 09/04/18 2:43 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Referring Physician**:  Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara
Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of*
*life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

<div align="center">

**Assessment & Recommendations**

</div>

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
       ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liver

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**  Full Code
    Needs/wants further discussion of advance directives/code status:  ☐ Yes ☒ No Not
at this time.

**Surrogate:** It appears that pt's oldest son, Nareem (age 20) would be default decision-
maker under Virginia's Comprehensive Health Care Decisions Act. **However, by report,
pt has consistently identified (during this hospitalization) that her sister,
Cassandra, would be her surrogate** (and Cassandra reports that she has been signing
consents, etc.). It does not appear that pt has yet signed any documents to this effect.
Sister has been very attentive to her nephews and including them in all updates; she
does not feel that there is any conflict amongst family members.
**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**        Version 4 of 6

-Will assist with family support (Pal Care SW will complete school absence notes for the
two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course
progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN
Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative
Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

| History of Present Illness |
|---|

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female ("Dee Dee") admitted 9/1/2018 with ~1 wk c/o diffuse and
worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She
had been seen at outside hospital for eval x2, and U/S abd was negative at that time as
was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible
pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased
abdominal and then chest pain. CT abd with contrast showed extensive superior
mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult;
surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S
(for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy
menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain.
Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly
thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by
anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for
emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric
ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor
requirements.  ECMO started.

**ADLs** prior to admission:

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 4 of 6

| | | | |
|---|---|---|---|
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives:**
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

<div align="center">

**Review of Systems**

</div>

Review of Systems
Unable to perform ROS: Critical illness

<div align="center">

**Past Medical and Surgical History**

</div>

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

<div align="center">

**Social History**

</div>

**History**

Smoking Status
• Never Smoker

Smokeless Tobacco
• Never Used

**History**

Alcohol Use
• Yes
        *Comment: occas*

**History**

| Drug Use | No |
|---|---|

**Marital Status:** single
**Lives with:** 2 younger sons


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                                    Version 4 of 6

**Family:** 5 sibs, 3 children, numerous others
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of
her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports
that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-742-7379
Relation: None
  Health-care power of attorney: none appointed

| Family History |
|---|

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u
undertaken by report)

| Medications |
|---|

**Medications**:
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin | | Does not apply | See Admin |



ValleyHealth Healthier, together.

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)** Version 4 of 6

therapy placeholder Instructions

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)

### Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Physical Exam

BP (!) 77/48 | Pulse (!) 128 | Temp 99 °F (37.2 °C) | Resp (!) 26 | Ht 1.549 m (5' 1") | Wt 109.1 kg (240 lb 8 oz) | LMP 08/15/2018 | SpO2 93% | BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

### Labs / Radiology

**Lab and diagnostics:** reviewed.

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 |
|---|---|

Generated on 12/27/18 1:55 PM Page 298



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                                   Version 4 of 6

|            | 1048   |
|------------|--------|
| Sodium     | 138    |
| Potassium  | 4.7    |
| Chloride   | 107    |
| CO2        | 24.8   |
| BUN        | 10     |
| Creatinine | 1.31*  |
| EGFR       | 59*    |
| Glucose    | 191*   |
| Calcium    | 7.6*   |

**Recent Labs**

| Lab              | 09/04/18 0550 |
|------------------|---------------|
| Bilirubin, Total | 3.9*          |
| Bilirubin, Direct| 2.2*          |
| Protein, Total   | 3.1*          |
| Albumin          | 2.0*          |
| ALT              | 253*          |
| AST (SGOT)       | 351*          |

| Eval / Mgmt / Counseling Time |
|---|

**I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above). More than 50% of this time was spent counseling and coordinating care.**
1145a-1245p

Electronically signed by Huffman, Grace B, MD on 9/5/2018 7:25 AM

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM**                                               Version 3 of 6

| | | |
|---|---|---|
| Author: **Huffman, Grace B, MD** | Service: **Palliative Care** | Author Type: **Physician** |
| Filed: 9/5/2018 6:55 AM | Date of Service: **9/4/2018 1:36 PM** | Creation Time: **9/4/2018 1:36 PM** |
| Status: **Addendum** | Editor: Huffman, Grace B, MD (Physician) | |

Related Notes: Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018 7:25 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018 6:53 AM



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    *Version 3 of 6*

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**
**Date, Time:** 09/04/18 2:43 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Referring Physician**: Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara
Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
 *Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of*
*life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

---

**Assessment & Recommendations**

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
     ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liver

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:** Full Code
    Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not
at this time.

**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem
(age 20) will be default decision-maker under Virginia's Comprehensive Health Care
Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister,
Cassandra.

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the
two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course
progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN
Chris

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                Version 3 of 6

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative
Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

---

| History of Present Illness |
|---|

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female ("Dee Dee") admitted 9/1/2018 with ~1 wk c/o diffuse and
worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She
had been seen at outside hospital for eval x2, and U/S abd was negative at that time as
was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible
pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased
abdominal and then chest pain. CT abd with contrast showed extensive superior
mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult;
surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S
(for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy
menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain.
Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly
thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by
anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for
emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric
ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor
requirements.  ECMO started.

**ADLs** prior to admission**:**

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
    **Advanced Directives**:
Has: ☐ Yes ☒ No

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 3 of 6

Discussed: ☐ Yes ☒ No

| Review of Systems |
|---|

Review of Systems
Unable to perform ROS: Critical illness

| Past Medical and Surgical History |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

| Social History |
|---|

**History**

| Smoking Status |
|---|
| • Never Smoker |
| Smokeless Tobacco |
| • Never Used |

**History**

| Alcohol Use |
|---|
| • Yes |

  *Comment: occas*

**History**

| Drug Use | No |
|---|---|

**Marital Status:** single
**Lives with:** 2 younger sons
**Family:** 5 sibs, 3 children, numerous others
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** Extended Emergency Contact Information



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**          Version 3 of 6

Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None
   Health-care power of attorney: none appointed

### Family History

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)

### Medications

**Medications**:

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    *Version 3 of 6*

| Allergies |
|---|

### Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

| Physical Exam |
|---|

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

| Labs / Radiology |
|---|

**Lab and diagnostics:** reviewed.

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**    Version 3 of 6

| | |
|---|---|
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351* |

| Eval / Mgmt / Counseling Time |
|---|

 I have spent **60 minutes** with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.
1145a-1245p

Electronically signed by Huffman, Grace B, MD on 9/5/2018  6:55 AM

---

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**    Version 2 of 6

| | | |
|---|---|---|
| Author:  Huffman, Grace B, MD | Service:  Palliative Care | Author Type:  Physician |
| Filed:  9/5/2018  6:53 AM | Date of Service:  9/4/2018  1:36 PM | Creation Time:  9/4/2018  1:36 PM |
| Status:  Addendum | Editor:  Huffman, Grace B, MD (Physician) | |

Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:55 AM
Original Note by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:53 AM

---

**Valley Health Palliative Care Service**
**Initial Comprehensive Assessment**

**Date, Time:** 09/04/18 2:43 PM
**Patient Name:** SMITH,DORIS D ALAQUE
**Referring Physician:**  Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP
**Consulting Team:** Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                  Version 2 of 6

Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
*Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

## Assessment & Recommendations

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
        ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liver

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:**  Full Code
    Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not at this time.

**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem (age 20) will be default decision-maker under Virginia's Comprehensive Health Care Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister, Cassandra.

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 2 of 6

| History of Present Illness |
|---|

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female admitted 9/1/2018 with ~1 wk c/o diffuse and worsening abdominal pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis. (However, CT report as per ED MD actually was read as possible pancreatitis; lipase was wnl.)  Pt admitted for observation and began c/o increased abdominal and then chest pain. CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small) portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult; surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S (for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain. Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor requirements.  ECMO started.

**ADLs** prior to admission**:**

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
   **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

| Review of Systems |
|---|

Review of Systems
Unable to perform ROS: Critical illness



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 2 of 6

| Past Medical and Surgical History |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

| Social History |
|---|

**History**

| Smoking Status | |
|---|---|
| • Never Smoker | |
| Smokeless Tobacco | |
| • Never Used | |

**History**

| Alcohol Use | |
|---|---|
| • Yes | |

  *Comment: occas*

**History**

| Drug Use | No |
|---|---|

**Marital Status:** single
**Lives with:** 2 younger sons
**Family:** 5 sibs, 3 children, numerous others
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                    Version 2 of 6

Health-care power of attorney: none appointed

### Family History

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)

### Medications

**Medications**:

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)

### Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                          *Version 2 of 6*

### Physical Exam

BP (!) 77/48  |  Pulse (!) 128  |  Temp 99 °F (37.2 °C)  |  Resp (!) 26  |  Ht 1.549 m (5' 1")  |  Wt 109.1 kg (240 lb 8 oz)  |  LMP 08/15/2018  |  SpO2 93%  |  BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**
**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

### Labs / Radiology

**Lab and diagnostics:** reviewed.

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**        Version 2 of 6

| | |
|---|---|
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351* |

### Eval / Mgmt / Counseling Time

I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.
1145a-1245p

Electronically signed by Huffman, Grace B, MD on 9/5/2018  6:53 AM

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM**        Version 1 of 6

| | | |
|---|---|---|
| Author:  **Huffman, Grace B, MD** | Service:  **Palliative Care** | Author Type:  **Physician** |
| Filed:  9/5/2018  6:53 AM | Date of Service:  9/4/2018  1:36 PM | Creation Time:  9/4/2018  1:36 PM |
| Status:  Signed | Editor:  Huffman, Grace B, MD (Physician) | |
| Related Notes:  Addendum by Huffman, Grace B, MD (Physician) filed at 9/5/2018  6:53 AM | | |

### Valley Health Palliative Care Service
### Initial Comprehensive Assessment

**Date, Time:** 09/04/18 2:43 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Referring Physician**:  Hutchens, William Thomas*
**Primary Care Physician:** Sheetz, Michele M, FNP
**Consulting Team**: Grace Brooke Huffman, MD; Hadassah E. Aaronson, DO; Tamara Shearrow, NP; Rachel Schwartz, LCSW
**Consulting Service**: Palliative Medicine
**Reason for Consult**: ECMO patient related to acute respiratory failure
*Palliative care is a specialized, interdisciplinary approach to improving comfort and quality of life at any stage of a serious illness by addressing symptoms, communication, and transitions.*

### Assessment & Recommendations



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)                    Version 1 of 6

**Impression / Assessment**:
1. Respiratory failure on VV ECMO
    ARDS / TRALI / aspiration
2. S/p mesenteric vein thrombectomy
3. Small bowel resection
4. Shock liveer

**Recommendations:**
All intensive care and ECMO mgmt by ECMO team.
**Goals of care:** The patient/family wants highest priority given to longevity

**Current CPR Status:** Full Code
    Needs/wants further discussion of advance directives/code status: ☐ Yes ☒ No Not
at this time.

**Surrogate:** will explore further, but at present, it appears that pt's oldest son, Nareem
(age 20) will be default decision-maker under Virginia's Comprehensive Health Care
Decisions Act. Will further discuss with him whether he would prefer to defer to pt's sister,
Cassandra.

**Disposition / Further attention / Follow-up:**
-The Palliative Care team will continue to follow while patient is hospitalized.
-Will assist with family support (Pal Care SW will complete school absence notes for the
two children who live with pt)
-Ongoing support of symptoms, communication, and transitions, as clinical course
progresses.

**Discussed with**: multiple family members (3 sons, sister, brother, many others), RN
Chris

Thank you, Dr. Bouder, for this consult. Please do not hesitate to contact the Palliative
Care Service if you have questions about the above recommendations.

**Grace B Huffman, MD**
**Palliative Care Service, MOB I, Suite B**
**1840 Amherst Street, WMC**
**Winchester, VA 22601**

| History of Present Illness |
| --- |

CC: ECMO patient secondary to respiratory failure. Pt is sedated, intubated.

This is a 39 y.o. female admitted 9/1/2018 with ~1 wk c/o diffuse and worsening abdominal
pain progressing to include N/V, diarrhea, and poor po intake. She had been seen at
outside hospital for eval x2, and U/S abd was negative at that time as was CT abd/pelvis.



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)                    Version 1 of 6

(However, CT report as per ED MD actually was read as possible pancreatitis; lipase was
wnl.) Pt admitted for observation and began c/o increased abdominal and then chest pain.
CT abd with contrast showed extensive superior mesenteric venous thrombosis and (small)
portal venous thrombosis.

**9/2** - pt with increase in abdominal pain, vomiting, decreased UO; heme-onc consult;
surgery following. Indications for conservative mgmt (fluids, anticoagulation, etc). TV U/S
(for vag bleeding that started once on therapeutic anticoagulation (pt with h/o heavy
menstrual bleeds))- uterine fibroid. G4P3013.
**9/3** - fever, tachycardia, tachypnea, low UO, persistent lactic acidosis and abd pain.
Mechanical thrombectomy of SMV thrombus performed; SMA tPA infusion begun. Shortly
thereafter, pt deteriorated clinically and was eval'd by intensivist and surgeon. Intubated by
anesthesia ~430p. Blood products: 6 uPRBC, 2 FFP, 10 cryo, 1 plts. Taken to OR for
emergent exp lap for bleeding. Had small bowel resection (~30 cm) for acute mesenteric
ischemia. Op note reports 2L blood in abdomen as well as liver hematoma.
Returned from OR, with subsequent high oxygen requirements, increasing pressor
requirements. ECMO started.

**ADLs** prior to admission**:**

|  | Independent | Needs assistance | Dependent |
|---|---|---|---|
| Ambulation | ☒ | ☐ | ☐ |
| Transferring | ☒ | ☐ | ☐ |
| Dressing | ☒ | ☐ | ☐ |
| Bathing | ☒ | ☐ | ☐ |
| Toileting | ☒ | ☐ | ☐ |
| Feeding | ☒ | ☐ | ☐ |

**Advance Care Planning:**
  **Advanced Directives**:
Has: ☐ Yes ☒ No
Discussed: ☐ Yes ☒ No

| Review of Systems |
|---|

Review of Systems
Unable to perform ROS: Critical illness

| Past Medical and Surgical History |
|---|

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018 1:36 PM (continued)**                     Version 1 of 6

| | |
|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right |
| • ovarian cyst removed | Right |

### Social History

**History**

Smoking Status
• Never Smoker

Smokeless Tobacco
• Never Used

**History**

Alcohol Use
• Yes
   *Comment: occas*

**History**

Drug Use                                                                                      No

**Marital Status:** single
**Lives with:** 2 younger sons
**Family:** 5 sibs, 3 children, numerous others
**Occupation:** unknown (sister reports that she called pt's place of work to inform them of her critical illness, but that she does not know what pt's job is)
**Spirituality** (faith & importance, community, assessment/issues)**:** pt's oldest son reports that pt has a strong faith, but no formal affiliation with a congregation.
**What gives meaning to the patient?** "she's all about her kids," as per pt's sister.

**Emergency contact listed:** Extended Emergency Contact Information
Primary Emergency Contact: Hunter,Cassandra
 United States of America
Home Phone: 304-261-5437
Relation: Sister
Secondary Emergency Contact: Kearney,Nareem
 United States of America
Mobile Phone: 681-242-7379
Relation: None
   Health-care power of attorney: none appointed

### Family History

History reviewed. No pertinent family history.

Mother died from TTP (after plt transfusion, as per medical record; no hypercoagulable w/u undertaken by report)


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**    Version 1 of 6

| Medications |
|---|

**Medications**:
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • famotidine | 20 mg | Intravenous | Q12H SCH |
| • lactobacillus species | 50 Billion CFU | Tube | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium & sodium phosphates | 1 packet | per NG tube | Q6H |
| • sodium chloride (PF) | 10 mL | Intracatheter | Daily |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

acetaminophen **OR** acetaminophen **OR** acetaminophen, alum & mag hydroxide-simethicone, dextrose, fentaNYL (PF), heparin 50 units/mL D5W, insulin regular, midazolam, midazolam, naloxone, ondansetron, promethazine **OR** promethazine **OR** promethazine **OR** promethazine, sodium chloride (PF)

| Allergies |
|---|

**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

| Physical Exam |
|---|

BP (!) 77/48  | Pulse (!) 128  | Temp 99 °F (37.2 °C)  | Resp (!) 26  | Ht 1.549 m (5' 1")  | Wt 109.1 kg (240 lb 8 oz)  | LMP 08/15/2018  | SpO2 93%  | BMI 45.44 kg/m²

Physical Exam
Constitutional: No distress.
**Pt is intubated, sedated.**
**She is not overbreathing vent.**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                          Version 1 of 6

**Appears in NAD.**
**Not reactive to verbal or tactile stimuli.**
**Extremities are cool to touch.**
**Remainder of exam deferred.**
Nursing note and vitals reviewed.

### Labs / Radiology

**Lab and diagnostics:** reviewed.

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| WBC | 7.7 |
| Hemoglobin | 10.7* |
| Hematocrit | 33.1* |
| PLT CT | 114* |

**Recent Labs**

| Lab | 09/04/18 1048 |
|---|---|
| Sodium | 138 |
| Potassium | 4.7 |
| Chloride | 107 |
| CO2 | 24.8 |
| BUN | 10 |
| Creatinine | 1.31* |
| EGFR | 59* |
| Glucose | 191* |
| Calcium | 7.6* |

**Recent Labs**

| Lab | 09/04/18 0550 |
|---|---|
| Bilirubin, Total | 3.9* |
| Bilirubin, Direct | 2.2* |
| Protein, Total | 3.1* |
| Albumin | 2.0* |
| ALT | 253* |
| AST (SGOT) | 351* |

### Eval / Mgmt / Counseling Time



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Huffman, Grace B, MD at 9/4/2018  1:36 PM (continued)**                    Version 1 of 6

> **I have spent 60 minutes with the patient and/or family members as well as care team members, discussing palliative care concepts, medications (current or proposed therapies and side effects), the principle problem (listed above) and the active hospital problems (listed above).  More than 50% of this time was spent counseling and coordinating care.**
> 1145a-1245p

Electronically signed by Huffman, Grace B, MD on 9/5/2018  6:53 AM

**Consults by Barnhart, Lori, BSW at 9/4/2018  4:01 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Barnhart, Lori, BSW | Service: Case Management/Social Work | Author Type: Social Worker |
| Filed: 9/4/2018  4:02 PM | Date of Service: 9/4/2018  4:01 PM | Creation Time: 9/4/2018  4:01 PM |
| Status: Signed | Editor: Barnhart, Lori, BSW (Social Worker) | |

Consult Orders:
1. Consult to Case Management/Social Work [470810195] ordered by Bouder, Thomas Glen, MD at 09/03/18 2148

SW contacted RNCM regarding consult.  RNCM advises that she is handling this consult and at this time SW is not needed.  SW will continue to follow and will assist as needed until discharge.

Lori Barnhart, BSW
Medical Social Worker
540-536-7920

Electronically signed by Barnhart, Lori, BSW on 9/4/2018  4:02 PM

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM**                    Version 3 of 3

| | | |
|---|---|---|
| Author: Bouder, Thomas Glen, MD | Service: Surgery | Author Type: Physician |
| Filed: 9/3/2018 10:05 PM | Date of Service: 9/3/2018  9:56 PM | Creation Time: 9/3/2018  9:56 PM |
| Status: Addendum | Editor: Bouder, Thomas Glen, MD (Physician) | |
| Related Notes: Original Note by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:04 PM | | |

**Consultation Note**

@DATE@



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)**                     Version 3 of 3

**Requesting Physician:** Dr. Hutchens

**Patient Name:** Smith, Doris  20012296

**Patient Location:** 3546

**Reason for Consultation:** ECMO

### History

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI. Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2
CXR shows ARDS pattern. Acidosis has produced an unstable hemodynamic state and she is presently in shock on levophed

### Medications

Reviewed

### Assessment

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

### Plan

VV ECMO
Discussed with Dr Kofsky and bedside team.

CC time  = 35 minutes

**Signed By:** Thomas Glen Bouder

Electronically signed by Bouder, Thomas Glen, MD on 9/3/2018 10:05 PM

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM**                     Version 2 of 3

Author:  Bouder, Thomas Glen, MD          Service:  Surgery          Author Type:  Physician
Filed:  9/3/2018 10:04 PM          Date of Service:  9/3/2018  9:56 PM          Creation Time:  9/3/2018  9:56 PM
Status:  Addendum          Editor:  Bouder, Thomas Glen, MD (Physician)
Related Notes:  Addendum by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:05 PM
Original Note by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:03 PM

### Consultation Note

@DATE@

**Requesting Physician:** Dr. Hutchens



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)**                          Version 2 of 3

**Patient Name:** Smith, Doris  20012296

**Patient Location:** 3546

**Reason for Consultation:** ECMO

| History |
| --- |

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI. Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2
CXR shows ARDS pattern.

| Medications |
| --- |

Reviewed

| Assessment |
| --- |

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

| Plan |
| --- |

VV ECMO
Discussed with Dr Kofsky and bedside team.

CC time  = 35 minutes

**Signed By:** Thomas Glen Bouder

Electronically signed by Bouder, Thomas Glen, MD on 9/3/2018 10:04 PM

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM**                          Version 1 of 3

| Author:  Bouder, Thomas Glen, MD | Service:  Surgery | Author Type:  Physician |
| --- | --- | --- |
| Filed:  9/3/2018 10:03 PM | Date of Service:  9/3/2018  9:56 PM | Creation Time:  9/3/2018  9:56 PM |
| Status:  Signed | Editor:  Bouder, Thomas Glen, MD (Physician) | |
| Related Notes:  Addendum by Bouder, Thomas Glen, MD (Physician) filed at 9/3/2018 10:04 PM | | |

| Consultation Note |
| --- |

@DATE@

**Requesting Physician:** Dr. Hutchens

**Patient Name:** Smith, Doris  20012296



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Bouder, Thomas Glen, MD at 9/3/2018  9:56 PM (continued)**                    Version 1 of 3

**Patient Location:** 3546

**Reason for Consultation:** ECMO

**History**

Mesenteric vein thrombosis with bleed, and ischemic bowel. Aspiration plus edema plus possible TRALI.
Unable to oxygennate despite all conventional methods. Surgeons feel anticoagulation needed and dioe not
feel bleeding risk is excessive at this point. PO2 is 40 on 20 PEEP 100% FIO2
CXR shows ARDS pattern.

**Medications**

Reviewed

**Assessment**

Refractory hypoxemia with potential for revesability in a young patient. Presumed preserved LVF.

**Plan**

VV ECMO
Discussed with Dr Kofsky and bedside team.

**Signed By:** Thomas Glen Bouder

Electronically signed by Bouder, Thomas Glen, MD on 9/3/2018 10:03 PM

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Swisher, Nadine O, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  9/3/2018  4:41 PM | Date of Service:  9/3/2018  4:40 PM | Creation Time:  9/3/2018  4:40 PM |
| Status:  Signed | Editor:  Swisher, Nadine O, RN (Registered Nurse) | |

Consult Orders:
1. Consult Vas Access Team for Placement [470746149] ordered by Eidberger, Andrew J, PA at 09/03/18 1406

**BARD PowerGlide Midline:**



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

**Consult Notes (continued)**

Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM (continued)                                    Version 1 of 1





<div align="center">

SMITH,DORIS D ALAQUE
9/3/2018

</div>

Ultrasound was used to confirm patency of the Left Basilic vein prior to obtaining venous access. The area to be punctured was cleansed with chlorhexidine 2% for more than 30 seconds and the site draped using fenestrated drape using sterile precautions.

A sterile cover was sheathed to the Ultrasound probe**.** The vessel was then revisualized prior to puncture of the vessel with a BARD PowerGlide needle under direct sonographic guidance and inserted per manufacturer guidelines. The catheter was flushed with normal saline to confirm brisk blood return  via capped extension tubing. The catheter was stabilized on the skin using a securement device and a sterile transparent occlusive dressing applied using sterile technique.

Patient did tolerate procedure well.

**Insertion Site (vein):** Left Basilic
**Catheter Type:** Powerglide
**Catheter Gauge**: 18 G
**Total Length:** 10 cm

**Powerglide Kit Lot #:** REAW1279

**Powerglide inserted by:** Nadine Swisher, RN VAS

**FINDINGS/CONCLUSIONS:**
No signs or symptoms of related complications.


**Powerglide is ready for use**
Powerglide education / instructions provided to primary RN.


<div align="center">

**Powerglide Care:**

**Dressing Changes**

</div>

*   A Sterile dressing change is indicated at least once every seven (7)  days or if otherwise indicated.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Swisher, Nadine O, RN at 9/3/2018  4:40 PM (continued)**                                      Version 1 of 1

- Assess the dressing more frequently in the first 24 hours for accumulation of blood, fluid, or moisture beneath the dressing.

- Periodically confirm catheter placement, patency, and security of dressing.

### Securement Device

Statlock Stabilization Device must remain in place for the duration of the catheter and to be replaced at least once every seven (7) days in accordance with a sterile dressing change.

### Extension Set

This institution uses extension sets with a non-removable cap. Thus, entire extension piece must be changed at least once **every four (4) days** or **96 hours**  in accordance with policy regarding changing caps.

### Flushing

- Administer a brisk pulsatile flush using a 10mL syringe of 0.9% normal saline at least once every twelve (12) hours or before/after catheter use.

- Heparin flush is not indicated in the maintenance of the catheter.

- Do not flush against resistance.

- **Blood return is often better with a larger gauge catheter, but is <u>NOT GUARANTEED</u>**.

- It depends on a patient's vasculature, the gauge of the catheter placed, and the effects of medications on the vessel.

- Cath-flo (Activase) declotting procedure is not indicated in a Powerglide. If it is determined the catheter is occluded with blood, the catheter is to be removed.

### Troubleshooting (Mechanical Occlusion)

- If unable to aspirate or flush catheter it is likely related to mechanical occlusion.

- Gently pull back on extension set and attempt aspiration simultaneously.  If able to aspirate while pulling back, a dressing change is indicated as the catheter is most likely kinked at the insertion site.

- This may have occurred due to patient movement, body habitus, or due to improper taping/ dressing application.

- Ensure Powerglide hub is properly secured in StatLock as they are designed to keep hub at an angle to prevent kinking at the insertion site. Do not tape the catheter hub flat to the skin or tape the extension set in a way that will tip the hub down.

*Electronically signed by Swisher, Nadine O, RN on 9/3/2018  4:41 PM*

**Consults by Couvillon, Joseph, MD at 9/3/2018 12:16 PM**                                      Version 1 of 1



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Couvillon, Joseph, MD at 9/3/2018 12:16 PM (continued)**                 Version 1 of 1

| | | |
|---|---|---|
| Author: Couvillon, Joseph, MD | Service: Radiology | Author Type: Physician |
| Filed: 9/3/2018 12:22 PM | Date of Service: 9/3/2018 12:16 PM | Creation Time: 9/3/2018 12:16 PM |
| Status: Signed | Editor: Couvillon, Joseph, MD (Physician) | |

Consult Orders:

1. Inpatient Consult to Interventional Radiology (WMC Only) [470673376] ordered by Kim, Hannah J, DO at 09/03/18 0853

Ischemic bowel 2/t SMV thrombosis.

Vaginal bleeding 2/t menstruation. As such, did not feel UAE was necessary at this time.

Via transhepatic approach, mechanical thrombectomy of SMV thrombus performed via 6 Fr sheath. Improved outflow/appearance compared to preprocedure.

As transvenous tPa lysis at that point would achieve little additonial benefit, selected the SMA to infuse tPa via arterial approach over the next 12-24 hours via 4 Fr sheath right CFA.
Transhepatic venous sheath left in place to mitiigate bleeding on lytics

Surgery aware. Hopefully her ischemic bowel will improve to obviate or mitigate any impending surgery/bowel loss.

Electronically signed by Couvillon, Joseph, MD on 9/3/2018 12:22 PM

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM**                 Version 1 of 1

| | | |
|---|---|---|
| Author: Bukovac, Lisa A, DO | Service: OB LnD | Author Type: Physician |
| Filed: 9/3/2018 11:07 AM | Date of Service: 9/3/2018 11:00 AM | Creation Time: 9/3/2018 11:00 AM |
| Status: Signed | Editor: Bukovac, Lisa A, DO (Physician) | |

### CONSULTATION

Date Time: 09/03/18 11:00 AM
Patient Name: SMITH,DORIS D ALAQUE
MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Hailesilasie, Dereje D, *

**Reason for Consultation:**
Uterine fibroid

**Assessment:**
1. Small fundal uterine fibroid
2. Heavy menstrual bleeding

**Plan:**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)                Version 1 of 1

1.  Heavy menstrual bleeding is a chronic problem for this patient, doubt uterine fibroid as etiology
2.  Vaginal bleeding will continue while on Heparin
3.  Not a candidate for hormonal manipulation, could have a Mirena IUD placed as an outpatient for further management but should be done after endometrial biopsy is obtained to rule out hyperplasia as a causative agent of the abnormal bleeding
4.  Would consider D&C if the patient saturates 2 pads/hr for 2 consecutive hours, but not an ideal candidate because of the current anticoagulation status
5.  Recommend outpatient followup.
6.  Please call if the patient's bleeding increases or she suffers from symptomatic anemia

**History:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with the complaint of abdominal pain, ultimately diagnosed with superior mesenteric thrombosis.  Patient was started on Heparin and began to experience vaginal bleeding.  Patient is a 39 year old G4P3013.  Menstrual cycles are reported as being regularly times but very heavy for the past several years.  Patient's menstrual cycle began early this month due to heparin.

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Family History:**

History reviewed. No pertinent family history.

**Social History:**

Social History

Social History

| | |
|---|---|
| • Marital status: | Single |
|     Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Social History Main Topics

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                    Version 1 of 1

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
| *Comment: occas* | |
| • Drug use: | No |
| • Sexual activity: | Not on file |

Other Topics                                                                           Concern
• Not on file

Social History Narrative
• No narrative on file

## Allergies:

### Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

## Medications:

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • calcium chloride in 0.9 % sodium chloride 100 mL | 1,000 mg | Intravenous | Once |
| • fentaNYL | 1 patch | Transdermal | Once |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H |
| • potassium phosphate | 30 mmol | Intravenous | Once |
| • scopolamine | 1 patch | Transdermal | Once |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,000 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**          Version 1 of 1

### Review of Systems:

A comprehensive review of systems was: Negative except as noted in the HPI, all other systems reviewed and negative

### Physical Exam:

**Vitals:**

| | 09/03/18 0744 |
|---|---|
| BP: | |
| Pulse: | |
| Resp: | |
| Temp: | **(!) 101.1 °F (38.4 °C)** |
| SpO2: | |

Intake and Output Summary (Last 24 hours) at Date Time

Intake/Output Summary (Last 24 hours) at 09/03/18 1100
Last data filed at 09/03/18 0441

| | Gross per 24 hour |
|---|---|
| Intake | 200 ml |
| Output | 1900 ml |
| **Net** | -1700 ml |

General appearance - oriented to person, place, and time and overweight
Abdomen - tenderness noted bilateral upper quadrants of the abdomen
Extremities - no pedal edema noted

### Labs Reviewed:

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Urine Culture [470597015]** | | | | Collected: 09/02/18 0130 |
| Specimen: Urine, Random | | | | Updated: 09/03/18 0933 |
| Narrative: | | | | |

   Specimen: Urine, Random
   Collected: 09/02/2018 01:30

   Status: Valued     Last Updated: 09/03/2018 09:33

   Culture Result (Prelim)
    No Growth - Day 1, Reincubate



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                      Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Magnesium [470673359]** | | | | Collected: 09/03/18 0422 |
| Specimen: Plasma | | | | Updated: 09/03/18 0524 |
| | **Magnesium** | 1.6 | mg/dL | |
| **Phosphorus [470673361]  (Abnormal)** | | | | Collected: 09/03/18 0422 |
| Specimen: Plasma | | | | Updated: 09/03/18 0524 |
| | **Phosphorus** | **1.7 (L)** | mg/dL | |
| **Calcium, Ionized [470673343]  (Abnormal)** | | | | Collected: 09/03/18 0422 |
| Specimen: Blood | | | | Updated: 09/03/18 0507 |
| | **Calcium, Ionized** | **4.11 (L)** | mg/dL | |
| **Lactic Acid, Plasma [470673357]  (Abnormal)** | | | | Collected: 09/03/18 0422 |
| Specimen: Blood | | | | Updated: 09/03/18 0507 |
| | **Lactic acid** | **3.24 (HH)** | mMol/L | |
| **Basic Metabolic Panel [470673351]  (Abnormal)** | | | | Collected: 09/03/18 0422 |
| Specimen: Plasma | | | | Updated: 09/03/18 0505 |
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | 3.8 | mMol/L | |
| | **Chloride** | 107 | mMol/L | |
| | **CO2** | **18.1 (L)** | mMol/L | |
| | **Calcium** | **8.2 (L)** | mg/dL | |
| | **Glucose** | **125 (H)** | mg/dL | |
| | **Creatinine** | 0.79 | mg/dL | |
| | **BUN** | 10 | mg/dL | |
| | **Anion Gap** | 15.7 | mMol/L | |
| | **BUN/Creatinine Ratio** | 12.7 | Ratio | |
| | **EGFR** | 109 | mL/min/1.73m2 | |
| | **Osmolality Calc** | **274 (L)** | mOsm/kg | |
| **CBC and differential [470673350]  (Abnormal)** | | | | Collected: 09/03/18 0422 |
| Specimen: Blood from Blood | | | | Updated: 09/03/18 0451 |
| | **WBC** | **17.8 (H)** | K/cmm | |
| | **RBC** | 4.53 | M/cmm | |
| | **Hemoglobin** | **10.5 (L)** | gm/dL | |
| | **Hematocrit** | **33.3 (L)** | % | |
| | **MCV** | **74 (L)** | fL | |
| | **MCH** | **23 (L)** | pg | |
| | **MCHC** | 32 | gm/dL | |
| | **RDW** | **16.7 (H)** | % | |
| | **PLT CT** | 186 | K/cmm | |
| | **MPV** | **10.2 (H)** | fL | |
| | **NEUTROPHIL %** | **78.9 (H)** | % | |
| | **Lymphocytes** | **10.0 (L)** | % | |
| | **Monocytes** | 10.6 | % | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Eosinophils %** | 0.2 | % | |
| | **Basophils %** | 0.3 | % | |
| | **Neutrophils Absolute** | **14.0 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 1.8 | K/cmm | |
| | **Monocytes Absolute** | **1.9 (H)** | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |

**APTT(Heparin Infusion Therapy) [470673342]  (Abnormal)**          Collected:  09/02/18 2251
Specimen:  Blood                                                    Updated:  09/02/18 2306

| | **aPTT** | **62.5 (H)** | sec | |
|---|---|---|---|---|

**Blood Culture - Venipuncture [470596988]**          Collected:  09/02/18 0151
Specimen:  Blood                                      Updated:  09/02/18 2109
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 01:51

  Status: Valued    Last Updated: 09/02/2018 21:08


  Culture Result (Prelim)
    No Growth To Date


**Blood Culture - Venipuncture [470596989]**          Collected:  09/02/18 0202
Specimen:  Blood                                      Updated:  09/02/18 2109
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued    Last Updated: 09/02/2018 21:08


  Culture Result (Prelim)
    No Growth To Date


**Protein C Antigen [470607516]**                     Collected:  09/02/18 0411
Specimen:  Blood                                      Updated:  09/02/18 1727
**Protein C-Functional, Plasma [470607517]**          Collected:  09/02/18 0411
Specimen:  Blood                                      Updated:  09/02/18 1727
**Protein S, total and free [470607519]**             Collected:  09/02/18 0413



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                                 Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: Blood | | | | Updated: 09/02/18 1727 |
| **Factor 5 Leiden [470607518]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 1725 |
| **Cardiolipin Antibody [470607521]** | | | | Collected: 09/02/18 0412 |
| Specimen: Blood | | | | Updated: 09/02/18 1725 |
| **APTT( Heparin Infusion Therapy) [470616090]  (Abnormal)** | | | | Collected: 09/02/18 1510 |
| Specimen: Blood | | | | Updated: 09/02/18 1529 |
| | **aPTT** | **63.9 (H)** | sec | |
| **IRON PROFILE [470616086]  (Abnormal)** | | | | Collected: 09/02/18 1440 |
| Specimen: Plasma | | | | Updated: 09/02/18 1513 |
| | **Iron** | **17.2 (L)** | mcg/dL | |
| | **Transferrin** | 203.0 | mg/dL | |
| | **TIBC** | 284 | ug/dL | |
| | **% Saturation** | **6 (L)** | % | |
| **Calcium, Ionized [470616084]  (Abnormal)** | | | | Collected: 09/02/18 1440 |
| Specimen: Blood | | | | Updated: 09/02/18 1458 |
| | **Calcium, Ionized** | **3.25 (L)** | mg/dL | |
| **i-Stat CG4 Arterial CartrIDge [470616094]  (Abnormal)** | | | | Collected: 09/02/18 1438 |
| Specimen: Arterial | | | | Updated: 09/02/18 1445 |
| | **pH, ISTAT** | 7.36 | | |
| | **PO2, ISTAT** | 100 | mm Hg | |
| | **BE, ISTAT** | **-7 (L)** | mMol/L | |
| | **HCO3, ISTAT** | **17.3 (L)** | mMol/L | |
| | **PCO2, ISTAT** | **30.7 (L)** | mm Hg | |
| | **O2 Sat, %, ISTAT** | 98 | % | |
| | **Room Number, ISTAT** | 324 | | |
| | **i-STAT Allen's Test** | Pass | | |
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 0.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **18 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 1.07 | mMol/L | |
| | **Operator, ISTAT** | Operator: 2737 MYERS DUANE RT | | |
| **APTT [470616055]  (Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Blood | | | | Updated: 09/02/18 1350 |
| | **aPTT** | **190.7 (HH)** | sec | |
| **Basic Metabolic Panel [470616054]  (Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Plasma | | | | Updated: 09/02/18 1317 |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**                                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | **3.0 (LL)** | mMol/L | |
| | **Chloride** | **112 (H)** | mMol/L | |
| | **CO2** | **17.6 (L)** | mMol/L | |
| | **Calcium** | **6.5 (L)** | mg/dL | |
| | **Glucose** | **192 (H)** | mg/dL | |
| | **Creatinine** | 0.75 | mg/dL | |
| | **BUN** | 9 | mg/dL | |
| | **Anion Gap** | 10.4 | mMol/L | |
| | **BUN/Creatinine Ratio** | 12.0 | Ratio | |
| | **EGFR** | 116 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 278 | mOsm/kg | |

**Lactic Acid, Plasma [470616053]  (Abnormal)**            Collected:  09/02/18 1240
Specimen:  Blood                                            Updated:  09/02/18 1310

| | **Lactic acid** | **2.26 (HH)** | mMol/L | |
|---|---|---|---|---|

**Blood Culture - Venipuncture [470616071]**               Collected:  09/02/18 0850
Specimen:  Blood                                            Updated:  09/02/18 1110
Narrative:
   Specimen: Blood
   Collected: 09/02/2018 08:50

   Status: Valued     Last Updated: 09/02/2018 11:09


   Culture Result (Prelim)
      Culture In Progress




Recent CBC
**Recent Labs**

| | 09/03/18 0422 |
|---|---|
| RBC | 4.53 |
| Hemoglobin | **10.5\*** |
| Hematocrit | **33.3\*** |
| MCV | **74\*** |
| MCH | **23\*** |
| MCHC | 32 |
| RDW | **16.7\*** |
| MPV | **10.2\*** |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bukovac, Lisa A, DO at 9/3/2018 11:00 AM (continued)**    Version 1 of 1

**Rads:**

Radiological Procedure reviewed:

Ultrasound:

Clinical History:
Reason For Exam: UTERINE FIBROID

Examination:
US PELVIS WITH TRANSVAGINAL

TECHNIQUE: Transabdominal and endovaginal ultrasound was performed and multiple grayscale sonographic images of the uterus and adnexa. Color flow and spectral Doppler interrogation of the ovaries was performed.

Comparison:
CT abdomen pelvis from 9/2/2018

Findings:
Uterus measures approximately 10.1 x 5.6 x 6.9 cm with endometrial stripe thickness of 7 mm. There is a subtle heterogeneous hypoechoic structure in measuring approximately 1.8 x 2 x 1.4 cm the uterine fundus. Free fluid is again noted in the pelvis.
Left ovary measures approximately 2.8 x 2.9 x 2.8 cm. Right ovary measures approximately 2.7 x 2.1 x 2.4 cm. Blood flow was documented in the ovaries with color flow and spectral waveforms.

IMPRESSION:
Heterogeneous focus in the uterus is consistent with fibroids. This correlates with the previous CT scan.

Moderate amount of free fluid is seen in the pelvis consistent with ascites is seen in the prior CT scan.
Signed by: Lisa A Bukovac, DO

Electronically signed by Bukovac, Lisa A, DO on 9/3/2018 11:07 AM

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM**    Version 1 of 1

| | | |
|---|---|---|
| Author: Jones, Matthew Page, MD | Service: Hematology | Author Type: Physician |
| Filed: 9/2/2018 1:34 PM | Date of Service: 9/2/2018 1:24 PM | Creation Time: 9/2/2018 1:24 PM |
| Status: Signed | Editor: Jones, Matthew Page, MD (Physician) | |
| Consult Orders: | | |

    1. Inpatient consult to Hematology [470616052] ordered by Hailesilasie, Dereje D, MD at 09/02/18 0754

## MEDICAL ONCOLOGY/HEMATOLOGY CONSULTATION NOTE

**Date Time:** 09/02/18 1:25 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                    Version 1 of 1

> **Patient Name**: SMITH,DORIS D ALAQUE
> **Attending Physician**: Rahman, Mohammad A, MD

**History of Present Illness:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital with

Abdominal pain starting after eating several weeks ago that has persisted and caused significant diarrhea. In ED , CT done and mesenteric venous thrombosis found.

She has no prior history of thrombosis- venous or arterial.  She has not used oral contraceptives.  She does not smoke.  Apparently her mother had TTP and died.  Otherwise, she is not aware of a family history of any clotting disorder or a family history of cancer.  She herself has no prior hx of cancer.  She does not c/o constitutional problems such as weight loss.  Prior to this, she was healthy except for elevated bp.

Today, she feels a little better as far as the pain goes.  She works and has 3 children, 2 at home.

**Assessment:**

Hematology/Oncology Diagnosis:

Mesenteric venous thrombosis.  My review of CT - question of pancreatic edema/inflammation?

**Plan:**

1.  Agree with anti coagulation. Activities of natural anticoagulants in the setting of acute clot are often in the low range.  Will need to recheck in the future once she is on stable anti coag regimen. Genetic tests (factor V mutation and prothrombin gene mutation) will not be affected by presence of active clot.

2.  Check amylase and lipase. (ordered)

**Review of Systems:**

Pertinent above and per record review

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**          Version 1 of 1

### Family History:
History reviewed. No pertinent family history.

### Social History:

**Social History**

Social History
- Marital status:                          Single
     Spouse name:                     N/A
- Number of children:               N/A
- Years of education:                N/A

Social History Main Topics
- Smoking status:                     Never Smoker
- Smokeless tobacco:              Never Used
- Alcohol use                            Yes
     *Comment: occas*
- Drug use:                               No
- Sexual activity:                      Not on file

Other Topics                                                            Concern
- Not on file

Social History Narrative
- No narrative on file


### Allergies:

**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |


### Medications:

**Prescriptions Prior to Admission**

| Medication | Sig |
| --- | --- |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth every morning. |
| • losartan-hydrochlorothiazide (HYZAAR) 100-25 MG per tablet | Take 1 tablet by mouth every morning. |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**          Version 1 of 1

### Physical Exam:

**Vitals:**

| | 09/02/18 1135 |
|---|---|
| BP: | 124/90 |
| Pulse: | (!) 129 |
| Resp: | 17 |
| Temp: | 98.8 °F (37.1 °C) |
| SpO2: | 99% |

Intake and Output Summary (Last 24 hours) at Date Time

Intake/Output Summary (Last 24 hours) at 09/02/18 1325
Last data filed at 09/02/18 1300

| | Gross per 24 hour |
|---|---|
| Intake | 100 ml |
| Output | 925 ml |
| **Net** | -825 ml |

GENERAL:  Alert and Oriented.  NO acute distress
HEENT:  No scleral icterus.  Cranial nerves symmetric.  No lymphadenopathy.  No thyromegaly.
CHEST:  Clear to auscultation
COR:  RRR without murmer
ABDOMEN:  Soft and mildly tender with palpation, diffusely, but no rebound or guarding.  No organomegaly,
mass or ascites.  Bowel sounds hypoactive
EXTREM:  No clubbing, cyanosis or edema.
LYMPHATIC:  No peripheral adenopathy
SKIN:  Warm and dry. NO pathologic rash or significant hemorrhagic lesions
NEURO:  Grossly non-focal

### PATHOLOGY DATA:
Pathology was reviewed and is notable for:

**Specimens**
   None

### Labs:


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                     Version 1 of 1

### Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Basic Metabolic Panel [470616054]** **(Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Plasma | | | | Updated: 09/02/18 1317 |
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | **3.0 (LL)** | mMol/L | |
| | **Chloride** | **112 (H)** | mMol/L | |
| | **CO2** | **17.6 (L)** | mMol/L | |
| | **Calcium** | **6.5 (L)** | mg/dL | |
| | **Glucose** | **192 (H)** | mg/dL | |
| | **Creatinine** | 0.75 | mg/dL | |
| | **BUN** | 9 | mg/dL | |
| | **Anion Gap** | 10.4 | mMol/L | |
| | **BUN/Creatinine Ratio** | 12.0 | Ratio | |
| | **EGFR** | 116 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 278 | mOsm/kg | |
| **Lactic Acid, Plasma [470616053]** **(Abnormal)** | | | | Collected: 09/02/18 1240 |
| Specimen: Blood | | | | Updated: 09/02/18 1310 |
| | **Lactic acid** | **2.26 (HH)** | mMol/L | |
| **APTT [470616055]** | | | | Collected: 09/02/18 1240 |
| Specimen: Blood | | | | Updated: 09/02/18 1247 |
| **Blood Culture - Venipuncture [470616071]** | | | | Collected: 09/02/18 0850 |
| Specimen: Blood | | | | Updated: 09/02/18 1110 |

Narrative:
  Specimen: Blood
  Collected: 09/02/2018 08:50

  Status: Valued    Last Updated: 09/02/2018 11:09

  Culture Result (Prelim)
    Culture In Progress

| | | | | |
|---|---|---|---|---|
| **Antithrombin III Level [470607520]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0836 |
| | **Antithrombin 3** | 80 | % | |
| **Urine Culture [470597015]** | | | | Collected: 09/02/18 0130 |
| Specimen: Urine, Random | | | | Updated: 09/02/18 0703 |

Narrative:
  Specimen: Urine, Random
  Collected: 09/02/2018 01:30

  Status: Valued    Last Updated: 09/02/2018 07:03



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**　　　　　　　　　　　Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Culture Result (Prelim)
   Culture In Progress

**Blood Culture - Venipuncture [470596988]**　　　　　　　　Collected:  09/02/18 0151
Specimen:  Blood　　　　　　　　　　　　　　　　　　　　　Updated:  09/02/18 0645
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 01:51

  Status: Valued　　　Last Updated: 09/02/2018 06:43

Culture Result (Prelim)
   Culture In Progress

**Blood Culture - Venipuncture [470596989]**　　　　　　　　Collected:  09/02/18 0202
Specimen:  Blood　　　　　　　　　　　　　　　　　　　　　Updated:  09/02/18 0644
Narrative:
  Specimen: Blood
  Collected: 09/02/2018 02:02

  Status: Valued　　　Last Updated: 09/02/2018 06:43

Culture Result (Prelim)
   Culture In Progress

**i-Stat CG4 Arterial CartrIDge [470607540]  (Abnormal)**　　Collected:  09/02/18 0534
Specimen:  Arterial　　　　　　　　　　　　　　　　　　　　Updated:  09/02/18 0542

| Component | Value | Units |
|---|---|---|
| pH, ISTAT | **7.29 (L)** | |
| PO2, ISTAT | 87 | mm Hg |
| BE, ISTAT | **-9 (L)** | mMol/L |
| HCO3, ISTAT | **16.1 (L)** | mMol/L |
| PCO2, ISTAT | **33.3 (L)** | mm Hg |
| O2 Sat, %, ISTAT | 96 | % |
| Room Number, ISTAT | 16 | |
| i-STAT Allen's Test | Pass | |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                   Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 21.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **17 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 0.61 | mMol/L | |
| | **Operator, ISTAT** | Operator: 43523 HOSE SAVANNAH RT | | |
| **CBC with differential [470596993]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0513 |
| | **WBC** | **16.8 (H)** | K/cmm | |
| | **RBC** | **5.18 (H)** | M/cmm | |
| | **Hemoglobin** | **11.7 (L)** | gm/dL | |
| | **Hematocrit** | 38.1 | % | |
| | **MCV** | **74 (L)** | fL | |
| | **MCH** | **23 (L)** | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **16.6 (H)** | % | |
| | **PLT CT** | 190 | K/cmm | |
| | **MPV** | **10.8 (H)** | fL | |
| | **NEUTROPHIL %** | **91.0 (H)** | % | |
| | **Lymphocytes** | **4.0 (L)** | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 2 | % | |
| | **Neutrophils Absolute** | **15.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 0.7 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |

Narrative:
  Manual differential performed

**Comprehensive metabolic panel [470596994]  (Abnormal)**          Collected:  09/02/18 0412
Specimen:  Plasma                                                    Updated:  09/02/18 0503



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Sodium | 136 | mMol/L | |
| | Potassium | 4.6 | mMol/L | |
| | Chloride | 109 | mMol/L | |
| | CO2 | 15.4 (L) | mMol/L | |
| | Calcium | 7.3 (L) | mg/dL | |
| | Glucose | 196 (H) | mg/dL | |
| | Creatinine | 0.81 | mg/dL | |
| | BUN | 9 | mg/dL | |
| | Protein, Total | 5.8 (L) | gm/dL | |
| | Albumin | 2.6 (L) | gm/dL | |
| | Alkaline Phosphatase | 69 | U/L | |
| | ALT | 86 (H) | U/L | |
| | AST (SGOT) | 44 (H) | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Albumin/Globulin Ratio | 0.81 | Ratio | |
| | Anion Gap | 16.2 | mMol/L | |
| | BUN/Creatinine Ratio | 11.1 | Ratio | |
| | EGFR | 106 | mL/min/1.73m2 | |
| | Osmolality Calc | 276 | mOsm/kg | |
| | Globulin | 3.2 | gm/dL | |

**Baseline APTT [470607504]  (Abnormal)**                                    Collected:  09/02/18 0411
Specimen:  Blood                                    Updated:  09/02/18 0454

| | aPTT | 22.9 (L) | sec | |
|---|---|---|---|---|

**Baseline Prothrombin time/INR [470607505]  (Abnormal)**                                    Collected:  09/02/18 0411
Specimen:  Blood                                    Updated:  09/02/18 0454

| | PT | 11.6 (H) | sec | |
|---|---|---|---|---|
| | PT INR | 1.2 | | |

**Protein S, total and free [470607519]**                                    Collected:  09/02/18 0413
Specimen:  Blood                                    Updated:  09/02/18 0413
**Cardiolipin Antibody [470607521]**                                    Collected:  09/02/18 0412
Specimen:  Blood                                    Updated:  09/02/18 0412
**Protein C Antigen [470607516]**                                    Collected:  09/02/18 0411
Specimen:  Blood                                    Updated:  09/02/18 0411
**Protein C-Functional, Plasma [470607517]**                                    Collected:  09/02/18 0411
Specimen:  Blood                                    Updated:  09/02/18 0411
**Factor 5 Leiden [470607518]**                                    Collected:  09/02/18 0411
Specimen:  Blood                                    Updated:  09/02/18 0411
**Lactic Acid, Plasma [470597019]  (Abnormal)**                                    Collected:  09/02/18 0235
Specimen:  Blood                                    Updated:  09/02/18 0314

| | Lactic acid | 2.58 (HH) | mMol/L | |
|---|---|---|---|---|

**Urinalysis w Microscopic and Culture if Indicated [470597011]  (Abnormal)**                                    Collected:  09/02/18 0130

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Urine, Random | | | Updated:  09/02/18 0155 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | **>1.060 (H)** | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **100 (A)** | mg/dL | |
| | Glucose, UA | **50 (A)** | mg/dL | |
| | Ketones UA | **80 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | **6 (H)** | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
  A Urine Culture has been ordered based upon the Positive UA results.

**Hepatic Function Panel (LFT) [470596999]  (Abnormal)**          Collected:  09/02/18 0029

| | | | | |
|---|---|---|---|---|
| Specimen: | Plasma | | | Updated:  09/02/18 0102 |
| | Protein, Total | 6.6 | gm/dL | |
| | Albumin | **2.9 (L)** | gm/dL | |
| | Alkaline Phosphatase | 81 | U/L | |
| | ALT | **99 (H)** | U/L | |
| | AST (SGOT) | **49 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Bilirubin, Direct | **0.5 (H)** | mg/dL | |
| | Albumin/Globulin Ratio | 0.78 | Ratio | |
| | Globulin | 3.7 | gm/dL | |

**Basic Metabolic Panel [470597000]  (Abnormal)**          Collected:  09/02/18 0029

| | | | | |
|---|---|---|---|---|
| Specimen: | Plasma | | | Updated:  09/02/18 0102 |
| | Sodium | 138 | mMol/L | |
| | Potassium | 3.6 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | **19.5 (L)** | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **195 (H)** | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |
| **Lipase [470596987]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | Lipase | **6 (L)** | U/L | |
| **Lactic acid, plasma [470596990]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0101 |
| | Lactic acid | **2.93 (HH)** | mMol/L | |
| **CBC with Automated Differential [470596985]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0051 |
| | WBC | **18.3 (H)** | K/cmm | |
| | RBC | **5.60 (H)** | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | **73 (L)** | fL | |
| | MCH | **22 (L)** | pg | |
| | MCHC | **30 (L)** | gm/dL | |
| | RDW | **16.9 (H)** | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | **10.4 (H)** | fL | |
| | NEUTROPHIL % | **82.3 (H)** | % | |
| | Lymphocytes | **9.4 (L)** | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | **15.1 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| | aPTT | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**                                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: | Urine, Random | | | Updated:  09/01/18 1456 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.025 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **30 (A)** | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | **20 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | **2.0 (A)** | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 3 | /hpf | |
| | RBC, UA | 2 | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | Lipase | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | **139 (H)** | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | **133 (H)** | U/L | |
| | AST (SGOT) | **87 (H)** | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | **8.8 (L)** | Ratio | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018 1:24 PM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **274 (L)** | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]   (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | **11.4 (L)** | gm/dL | |
| | Hematocrit | **35.1 (L)** | % | |
| | MCV | **71 (L)** | fL | |
| | MCH | **23 (L)** | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **16.4 (H)** | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | **10.2 (H)** | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |

**Rads:**

Radiological Procedure reviewed.

Ct Angiogram Chest

Result Date: 9/2/2018
No pulmonary embolism in main and lobar pulmonary arteries. No acute findings in the chest. Small perihepatic and perisplenic ascites. ReadingStation:SHOU-VH-PACS3



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Jones, Matthew Page, MD at 9/2/2018  1:24 PM (continued)**            Version 1 of 1

Nm Hepatobiliary

Result Date: 9/1/2018
The gallbladder is well visualized, excluding acute cholecystitis. No significant gallbladder contraction is identified over one hour after stimulation. Findings are suggestive of chronic or acalculous cholecystitis. Of note, the patient developed reproduction of symptoms following consumption of ensure to stimulate gallbladder contraction. ReadingStation:WMCMRR1

Us Abdomen Complete

Result Date: 9/1/2018
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying bowel gas. ReadingStation:WIRADBODY

Ct Abdomen Pelvis W Iv/ Wo Po Cont

Result Date: 9/2/2018
 Moderate circumferential wall thickening of long segments of small bowel is likely due to venous congestion related to extensive superior mesenteric venous thrombosis which contributes to small amount of portal venous thrombosis in right lobe of liver. Related small amount of ascites. Small amount of gastroesophageal reflux. Submucosal versus intramural fibroid on right side of body of the uterus. Less likely etiology includes adenomyosis  .  ReadingStation:SHOU-VH-PACS3

Xr Abdomen 2 View With Cxr

Result Date: 9/1/2018
Unremarkable plain film study of the chest and abdomen. ReadingStation:WIRADBODY

Signed by:  Matthew Page Jones, MD

Electronically signed by Jones, Matthew Page, MD on 9/2/2018  1:34 PM

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM**            Version 2 of 2

| | | |
|---|---|---|
| Author:  Kim, Hannah J, DO | Service:  Vascular Surgery | Author Type:  Physician |
| Filed:  9/2/2018  9:52 AM | Date of Service:  9/2/2018  9:34 AM | Creation Time:  9/2/2018  9:34 AM |
| Status:  Addendum | Editor:  Kim, Hannah J, DO (Physician) | |

Related Notes:  Original Note by Kim, Hannah J, DO (Physician) filed at 9/2/2018  9:51 AM
    Consult Orders:
    1. Inpatient consult to vascular surgery [470607538] ordered by Rahman, Mohammad A, MD at 09/02/18 0525

### VASCULAR SURGERY CONSULTATION



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                          Version 2 of 2

Date Time: 09/02/18 9:35 AM
Patient Name: SMITH,DORIS D ALAQUE
MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Rahman, Mohammad A, MD

**Reason for Consultation:**

SMV thrombosis

**History of Present Illness:**

Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with >1week history of abdominal pain associated with diarrhea, that has been getting worse since Wednesday and came in last night for an evaluation.  The patient reports her abdominal pain controlled with pain medications.

She denies history of smoking, taking oral contraceptives, or history of blood clots in the past. She reports her mother having passed away from thrombotic thrombocytopenic purpura after being transfused with platelets. She did not have any blood workup for any hypercoagulability.

**Vascular Surgical History:**

**None**

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|-----------|------|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History:**

Past Surgical History:

| Procedure | Laterality | Date |
|-----------|-----------|------|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Family History:**

Mother died from thrombotic thrombocytopenic purpura.

**Social History:**

Social History

Social History

| • Marital status: | Single |
|-------------------|--------|
| Spouse name: | N/A |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**     Version 2 of 2
- Number of children:                          N/A
- Years of education:                          N/A

Social History Main Topics
- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol use                        Yes
           *Comment: occas*

## Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

## Medications:

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • ciprofloxacin | 400 mg | Intravenous | Q12H |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • metroNIDAZOLE | 500 mg | Intravenous | Q8H SCH |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

## Review of Systems:

Constitutional:  No weight loss or weight gain, negative for chronic fatigue/malaise, fever/chills or night sweats.
Integumentary:  No rashes, ulcerations or skin changes (ie. CVI).
HEENT:  No visual changes, loss of vision, amaurosis fugax
Cardiovascular: No chest pain, dyspnea a, orthopnea, palpitations.
Respiratory:  No cough, hemoptysis
GI:  No abdominal pain, nausea, vomiting, diarrhea, or constipation
GU:  No frequency or incontinence.
Musculoskeletal:  No varicose veins, claudication.
Hematologic/lymphatic:  No bleeding/clotting disorders, or history of DVT
Endocrine:  No thyroid disorders or diabetes.
Neuro:  No stroke/TIA, syncope,   memory loss or confusion.
Allergic/immunologic:  No known dye allergies.

## Physical Exam:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                          Version 2 of 2

**Vitals:**

|  | 09/02/18 0740 |
|---|---|
| BP: | 139/90 |
| Pulse: | **(!) 125** |
| Resp: | 19 |
| Temp: | 98.6 °F (37 °C) |
| SpO2: | 98% |

General: No acute distress, morbidly obese
Eye: pupils equal bilaterally
HEENT: No asymmetry, atraumatic
Neck: no JVD, no carotid bruits noted bilaterally
Lungs: clear to auscultation, inspiratory effort adequate
Heart: regular rhythm and rate
Abdomen:  Soft, non-distended, (+) tender to palpation, no abdominal aortic pulsating mass palpable
Extremities: No edema, no lipodermatosclerosis, no deformities
Pulse/Doppler exam:  Palpable femoral pulses bilaterally, palpable PT on the right, palpable DP and PT on the left.
Neuro: No focal neurologic deficits in the extremities
Psych:  normal affect, oriented x 3, memory appears intact
Skin: no ulcerations or skin changes to suggest chronic venous insufficiency

**Labs Reviewed:**

**Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Blood Culture - Venipuncture [470616071]** | | | | Collected:  09/02/18 0850 |
| Specimen:  Blood | | | | Updated:  09/02/18 0906 |
| **Antithrombin III Level [470607520]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0836 |
| | **Antithrombin 3** | 80 | % | |
| **Urine Culture [470597015]** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0703 |
| Narrative: | | | | |

   Specimen: Urine, Random
   Collected: 09/02/2018 01:30

   Status: Valued    Last Updated: 09/02/2018 07:03

   Culture Result (Prelim)
     Culture In Progress

| **Blood Culture - Venipuncture [470596988]** | | | | Collected:  09/02/18 0151 |
|---|---|---|---|---|
| Specimen:  Blood | | | | Updated:  09/02/18 0645 |
| Narrative: | | | | |
|    Specimen: Blood | | | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                              Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Collected: 09/02/2018 01:51 | | | | |

Status: Valued    Last Updated: 09/02/2018 06:43

Culture Result (Prelim)
   Culture In Progress

**Blood Culture - Venipuncture [470596989]**                   Collected:  09/02/18 0202
Specimen:  Blood                                              Updated:  09/02/18 0644
Narrative:
   Specimen: Blood
   Collected: 09/02/2018 02:02

Status: Valued    Last Updated: 09/02/2018 06:43

Culture Result (Prelim)
   Culture In Progress

**i-Stat CG4 Arterial CartrIDge [470607540]  (Abnormal)**       Collected:  09/02/18 0534
Specimen:  Arterial                                           Updated:  09/02/18 0542

| | Component | Value | Units | |
|---|---|---|---|---|
| | **pH, ISTAT** | **7.29 (L)** | | |
| | **PO2, ISTAT** | 87 | mm Hg | |
| | **BE, ISTAT** | **-9 (L)** | mMol/L | |
| | **HCO3, ISTAT** | **16.1 (L)** | mMol/L | |
| | **PCO2, ISTAT** | **33.3 (L)** | mm Hg | |
| | **O2 Sat, %, ISTAT** | 96 | % | |
| | **Room Number, ISTAT** | 16 | | |
| | **i-STAT Allen's Test** | Pass | | |
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 21.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **17 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 0.61 | mMol/L | |
| | **Operator, ISTAT** | Operator: 43523 HOSE SAVANNAH RT | | |

**CBC with differential [470596993]  (Abnormal)**              Collected:  09/02/18 0411
Specimen:  Blood from Blood                                   Updated:  09/02/18 0513

| | Component | Value | Units | |
|---|---|---|---|---|
| | **WBC** | **16.8 (H)** | K/cmm | |
| | **RBC** | **5.18 (H)** | M/cmm | |
| | **Hemoglobin** | **11.7 (L)** | gm/dL | |
| | **Hematocrit** | 38.1 | % | |
| | **MCV** | **74 (L)** | fL | |
| | **MCH** | **23 (L)** | pg | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                              Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **16.6 (H)** | % | |
| | **PLT CT** | 190 | K/cmm | |
| | **MPV** | **10.8 (H)** | fL | |
| | **NEUTROPHIL %** | **91.0 (H)** | % | |
| | **Lymphocytes** | **4.0 (L)** | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 2 | % | |
| | **Neutrophils Absolute** | **15.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 0.7 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |

Narrative:
Manual differential performed

**Comprehensive metabolic panel [470596994]  (Abnormal)**          Collected:  09/02/18 0412
Specimen: Plasma                                                    Updated:  09/02/18 0503

| | Component | Value | Units | |
|-----------|-----------|-------|-------|-----------|
| | **Sodium** | 136 | mMol/L | |
| | **Potassium** | 4.6 | mMol/L | |
| | **Chloride** | 109 | mMol/L | |
| | **CO2** | **15.4 (L)** | mMol/L | |
| | **Calcium** | **7.3 (L)** | mg/dL | |
| | **Glucose** | **196 (H)** | mg/dL | |
| | **Creatinine** | 0.81 | mg/dL | |
| | **BUN** | 9 | mg/dL | |
| | **Protein, Total** | **5.8 (L)** | gm/dL | |
| | **Albumin** | **2.6 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | 69 | U/L | |
| | **ALT** | **86 (H)** | U/L | |
| | **AST (SGOT)** | **44 (H)** | U/L | |
| | **Bilirubin, Total** | 0.9 | mg/dL | |
| | **Albumin/Globulin Ratio** | 0.81 | Ratio | |
| | **Anion Gap** | 16.2 | mMol/L | |
| | **BUN/Creatinine Ratio** | 11.1 | Ratio | |
| | **EGFR** | 106 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 276 | mOsm/kg | |
| | **Globulin** | 3.2 | gm/dL | |

**Baseline APTT [470607504]  (Abnormal)**                          Collected:  09/02/18 0411



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018 9:34 AM (continued)**                    Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen: Blood | | | | Updated: 09/02/18 0454 |
| | aPTT | 22.9 (L) | sec | |
| **Baseline Prothrombin time/INR [470607505]** **(Abnormal)** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0454 |
| | PT | 11.6 (H) | sec | |
| | PT INR | 1.2 | | |
| **Protein S, total and free [470607519]** | | | | Collected: 09/02/18 0413 |
| Specimen: Blood | | | | Updated: 09/02/18 0413 |
| **Cardiolipin Antibody [470607521]** | | | | Collected: 09/02/18 0412 |
| Specimen: Blood | | | | Updated: 09/02/18 0412 |
| **Protein C Antigen [470607516]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Protein C-Functional, Plasma [470607517]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Factor 5 Leiden [470607518]** | | | | Collected: 09/02/18 0411 |
| Specimen: Blood | | | | Updated: 09/02/18 0411 |
| **Lactic Acid, Plasma [470597019]** **(Abnormal)** | | | | Collected: 09/02/18 0235 |
| Specimen: Blood | | | | Updated: 09/02/18 0314 |
| | Lactic acid | 2.58 (HH) | mMol/L | |
| **Urinalysis w Microscopic and Culture if Indicated [470597011]** **(Abnormal)** | | | | Collected: 09/02/18 0130 |
| Specimen: Urine, Random | | | | Updated: 09/02/18 0155 |
| | Color, UA | Yellow | | |
| | Clarity, UA | Slightly Cloudy (A) | | |
| | Specific Gravity, UR | >1.060 (H) | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | 100 (A) | mg/dL | |
| | Glucose, UA | 50 (A) | mg/dL | |
| | Ketones UA | 80 (A) | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 6 (H) | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
   A Urine Culture has been ordered based upon the Positive UA results.

| | | | | |
|---|---|---|---|---|
| **Hepatic Function Panel (LFT) [470596999]** **(Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Plasma | | | | Updated: 09/02/18 0102 |
| | Protein, Total | 6.6 | gm/dL | |
| | Albumin | 2.9 (L) | gm/dL | |
| | Alkaline Phosphatase | 81 | U/L | |
| | ALT | 99 (H) | U/L | |
| | AST (SGOT) | 49 (H) | U/L | |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                      Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Bilirubin, Total** | 0.9 | mg/dL | |
| | **Bilirubin, Direct** | **0.5 (H)** | mg/dL | |
| | **Albumin/Globuli n Ratio** | 0.78 | Ratio | |
| | **Globulin** | 3.7 | gm/dL | |
| **Basic Metabolic Panel [470597000]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | **Sodium** | 138 | mMol/L | |
| | **Potassium** | 3.6 | mMol/L | |
| | **Chloride** | 107 | mMol/L | |
| | **CO2** | **19.5 (L)** | mMol/L | |
| | **Calcium** | 8.6 | mg/dL | |
| | **Glucose** | **195 (H)** | mg/dL | |
| | **Creatinine** | 0.84 | mg/dL | |
| | **BUN** | 10 | mg/dL | |
| | **Anion Gap** | 15.1 | mMol/L | |
| | **BUN/Creatinine Ratio** | 11.9 | Ratio | |
| | **EGFR** | 101 | mL/min/1.73m2 | |
| | **Osmolality Calc** | 280 | mOsm/kg | |
| **Lipase [470596987]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | **Lipase** | **6 (L)** | U/L | |
| **Lactic acid, plasma [470596990]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0101 |
| | **Lactic acid** | **2.93 (HH)** | mMol/L | |
| **CBC with Automated Differential [470596985]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0051 |
| | **WBC** | **18.3 (H)** | K/cmm | |
| | **RBC** | **5.60 (H)** | M/cmm | |
| | **Hemoglobin** | 12.5 | gm/dL | |
| | **Hematocrit** | 41.0 | % | |
| | **MCV** | **73 (L)** | fL | |
| | **MCH** | **22 (L)** | pg | |
| | **MCHC** | **30 (L)** | gm/dL | |
| | **RDW** | **16.9 (H)** | % | |
| | **PLT CT** | 239 | K/cmm | |
| | **MPV** | **10.4 (H)** | fL | |
| | **NEUTROPHIL %** | **82.3 (H)** | % | |
| | **Lymphocytes** | **9.4 (L)** | % | |
| | **Monocytes** | 7.7 | % | |
| | **Eosinophils %** | 0.1 | % | |
| | **Basophils %** | 0.4 | % | |
| | **Neutrophils Absolute** | **15.1 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 1.7 | K/cmm | |
| | **Monocytes Absolute** | 1.4 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                          Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | BASO Absolute | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| | aPTT | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | 1.025 | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **30 (A)** | mg/dL | |
| | Glucose, UA | Negative | mg/dL | |
| | Ketones UA | **20 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | **2.0 (A)** | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 3 | /hpf | |
| | RBC, UA | 2 | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | Lipase | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | **139 (H)** | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | **133 (H)** | U/L | |
| | AST (SGOT) | **87 (H)** | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                      Version 2 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | BUN/Creatinine Ratio | **8.8 (L)** | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | **274 (L)** | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | **11.4 (L)** | gm/dL | |
| | Hematocrit | **35.1 (L)** | % | |
| | MCV | **71 (L)** | fL | |
| | MCH | **23 (L)** | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | **16.4 (H)** | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | **10.2 (H)** | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |

**Vascular Imaging Studies:**

CT chest abdomen and pelvis reviewed. Positive for extensive SMV thrombosis, with small bowel edema and associated inflammatory changes with free fluid in the pelvis. Patent aorta and mesenteric arteries.

**Assessment:**

Superior mesenteric venous thrombosis of unknown etiology

**Plan:**

Intra-abdominal infection and/or hereditary or acquired hypercoagulability will need to be ruled out as the source for her SMV thrombosis. At this time, continue therapeutic anticoagulation, and close monitoring of her abdominal pain.
NPO with IV fluid hydration.
Agree with hematology consult especially with her family history of thrombotic thrombocytopenic purpura.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Consult Notes (continued)**

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                Version 2 of 2

Signed by: Hannah J Kim

Electronically signed by Kim, Hannah J, DO on 9/2/2018  9:52 AM

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM**                Version 1 of 2

| | | |
|---|---|---|
| Author:  Kim, Hannah J, DO | Service:  Vascular Surgery | Author Type:  Physician |
| Filed:  9/2/2018  9:51 AM | Date of Service:  9/2/2018  9:34 AM | Creation Time:  9/2/2018  9:34 AM |
| Status:  Signed | Editor:  Kim, Hannah J, DO (Physician) | |
| Related Notes:  Addendum by Kim, Hannah J, DO (Physician) filed at 9/2/2018  9:52 AM | | |

## VASCULAR SURGERY CONSULTATION

Date Time: 09/02/18 9:35 AM
Patient Name: SMITH,DORIS D ALAQUE
MRN#: 20012296
DOB: 8/4/1979
Requesting Physician: Rahman, Mohammad A, MD

**Reason for Consultation:**
SMV thrombosis

**History of Present Illness:**
Doris D Alaque Smith is a 39 y.o. female who presents to the hospital on 9/1/2018 with >1week history of abdominal pain associated with diarrhea, that has been getting worse since Wednesday and came in last night for an evaluation.  The patient reports her abdominal pain controlled with pain medications.

She denies history of smoking, taking oral contraceptives, or history of blood clots in the past. She reports her mother having passed away from thrombotic thrombocytopenic purpura after being transfused with platelets. She did not have any blood workup for any hypercoagulability.

**Vascular Surgical History:**
**None**

**Past Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)                      Version 1 of 2

### Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|-----------|------------|------|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Family History:

Mother died from thrombotic thrombocytopenic purpura.

### Social History:

Social History

Social History

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
| *Comment: occas* | |

### Allergies:

Allergies

| Allergen | Reactions |
|----------|-----------|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Medications:

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|------------|------|-------|-----------|
| • ciprofloxacin | 400 mg | Intravenous | Q12H |
| • lactobacillus species | 50 Billion CFU | Oral | Daily |
| • metroNIDAZOLE | 500 mg | Intravenous | Q8H SCH |
| • sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| • vancomycin | 1,250 mg | Intravenous | Q12H |
| • vancomycin therapy | | Does not apply | See Admin |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                     Version 1 of 2

placeholder                                   Instructions

### Review of Systems:

Constitutional:  No weight loss or weight gain, negative for chronic fatigue/malaise, fever/chills or night sweats.
Integumentary:  No rashes, ulcerations or skin changes (ie. CVI).
HEENT:  No visual changes, loss of vision, amaurosis fugax
Cardiovascular: No chest pain, dyspnea a, orthopnea, palpitations.
Respiratory:  No cough, hemoptysis
GI:  No abdominal pain, nausea, vomiting, diarrhea, or constipation
GU:  No frequency or incontinence.
Musculoskeletal:  No varicose veins, claudication.
Hematologic/lymphatic:  No bleeding/clotting disorders, or history of DVT
Endocrine:  No thyroid disorders or diabetes.
Neuro:  No stroke/TIA, syncope,   memory loss or confusion.
Allergic/immunologic:  No known dye allergies.

### Physical Exam:

Vitals:

|  | 09/02/18 0740 |
|---|---|
| BP: | 139/90 |
| Pulse: | (!) 125 |
| Resp: | 19 |
| Temp: | 98.6 °F (37 °C) |
| SpO2: | 98% |

General: No acute distress, morbidly obese
Eye: pupils equal bilaterally
HEENT: No asymmetry, atraumatic
Neck: no JVD, no carotid bruits noted bilaterally
Lungs: clear to auscultation, inspiratory effort adequate
Heart: regular rhythm and rate
Abdomen:  Soft, non-distended, (+) tender to palpation, no abdominal aortic pulsating mass palpable
Extremities:  No edema, no lipodermatosclerosis, no deformities
Pulse/Doppler exam:  Palpable femoral pulses bilaterally, palpable PT on the right, palpable DP and PT on the left.
Neuro: No focal neurologic deficits in the extremities
Psych:  normal affect, oriented x 3, memory appears intact
Skin: no ulcerations or skin changes to suggest chronic venous insufficiency

### Labs Reviewed:

Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Blood Culture - Venipuncture [470616071]** | | | | Collected:  09/02/18 0850 |
| Specimen:  Blood | | | | Updated:  09/02/18 0906 |
| **Antithrombin III Level [470607520]** | | | | Collected:  09/02/18 0411 |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                      Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen:  Blood | | | | Updated:  09/02/18 0836 |
| | **Antithrombin 3** | 80 | % | |

**Urine Culture [470597015]**                                                                    Collected:  09/02/18 0130
Specimen:  Urine, Random                                                                          Updated:  09/02/18 0703
Narrative:
   Specimen: Urine, Random
   Collected: 09/02/2018 01:30

   Status: Valued    Last Updated: 09/02/2018 07:03


   Culture Result (Prelim)
      Culture In Progress


**Blood Culture - Venipuncture [470596988]**                                                      Collected:  09/02/18 0151
Specimen:  Blood                                                                                  Updated:  09/02/18 0645
Narrative:
   Specimen: Blood
   Collected: 09/02/2018 01:51

   Status: Valued    Last Updated: 09/02/2018 06:43


   Culture Result (Prelim)
      Culture In Progress


**Blood Culture - Venipuncture [470596989]**                                                      Collected:  09/02/18 0202
Specimen:  Blood                                                                                  Updated:  09/02/18 0644
Narrative:
   Specimen: Blood
   Collected: 09/02/2018 02:02

   Status: Valued    Last Updated: 09/02/2018 06:43


   Culture Result (Prelim)
      Culture In Progress


**i-Stat CG4 Arterial CartrIDge [470607540]  (Abnormal)**                                          Collected:  09/02/18 0534
Specimen:  Arterial                                                                                Updated:  09/02/18 0542

| | Component | Value | Units | |
|---|---|---|---|---|
| | **pH, ISTAT** | **7.29 (L)** | | |
| | PO2, ISTAT | 87 | mm Hg | |
| | **BE, ISTAT** | **-9 (L)** | mMol/L | |
| | **HCO3, ISTAT** | **16.1 (L)** | mMol/L | |
| | **PCO2, ISTAT** | **33.3 (L)** | mm Hg | |
| | O2 Sat, %, ISTAT | 96 | % | |
| | Room Number, | 16 | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                            Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **ISTAT** | | | |
| | **i-STAT Allen's Test** | Pass | | |
| | **DELS, ISTAT** | Room Air | | |
| | **i-STAT FIO2** | 21.00 | % | |
| | **Sample, ISTAT** | Arterial | | |
| | **Site, ISTAT** | R Radial | | |
| | **TCO2, ISTAT** | **17 (L)** | mMol/L | |
| | **i-STAT Lactic acid** | 0.61 | mMol/L | |
| | **Operator, ISTAT** | Operator: 43523 HOSE SAVANNAH RT | | |
| **CBC with differential [470596993]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood from Blood | | | | Updated:  09/02/18 0513 |
| | **WBC** | **16.8 (H)** | K/cmm | |
| | **RBC** | **5.18 (H)** | M/cmm | |
| | **Hemoglobin** | **11.7 (L)** | gm/dL | |
| | **Hematocrit** | 38.1 | % | |
| | **MCV** | **74 (L)** | fL | |
| | **MCH** | **23 (L)** | pg | |
| | **MCHC** | **31 (L)** | gm/dL | |
| | **RDW** | **16.6 (H)** | % | |
| | **PLT CT** | 190 | K/cmm | |
| | **MPV** | **10.8 (H)** | fL | |
| | **NEUTROPHIL %** | **91.0 (H)** | % | |
| | **Lymphocytes** | **4.0 (L)** | % | |
| | **Monocytes** | 3.0 | % | |
| | **Eosinophils %** | 0.0 | % | |
| | **Basophils %** | 0.0 | % | |
| | **Bands** | 2 | % | |
| | **Neutrophils Absolute** | **15.6 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 0.7 | K/cmm | |
| | **Monocytes Absolute** | 0.5 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.0 | K/cmm | |
| | **RBC Morphology** | RBC Morphology Reviewed | | |
| | **Microcytic** | 1+ | | |
| | **Anisocytosis** | 1+ | | |
| Narrative: | | | | |
| Manual differential performed | | | | |
| **Comprehensive metabolic panel [470596994]  (Abnormal)** | | | | Collected:  09/02/18 0412 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0503 |
| | **Sodium** | 136 | mMol/L | |
| | **Potassium** | 4.6 | mMol/L | |
| | **Chloride** | 109 | mMol/L | |
| | **CO2** | **15.4 (L)** | mMol/L | |
| | **Calcium** | **7.3 (L)** | mg/dL | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                    Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Glucose | **196 (H)** | mg/dL | |
| | Creatinine | 0.81 | mg/dL | |
| | BUN | 9 | mg/dL | |
| | Protein, Total | **5.8 (L)** | gm/dL | |
| | Albumin | **2.6 (L)** | gm/dL | |
| | Alkaline Phosphatase | 69 | U/L | |
| | ALT | **86 (H)** | U/L | |
| | AST (SGOT) | **44 (H)** | U/L | |
| | Bilirubin, Total | 0.9 | mg/dL | |
| | Albumin/Globulin Ratio | 0.81 | Ratio | |
| | Anion Gap | 16.2 | mMol/L | |
| | BUN/Creatinine Ratio | 11.1 | Ratio | |
| | EGFR | 106 | mL/min/1.73m2 | |
| | Osmolality Calc | 276 | mOsm/kg | |
| | Globulin | 3.2 | gm/dL | |
| **Baseline APTT [470607504]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | aPTT | **22.9 (L)** | sec | |
| **Baseline Prothrombin time/INR [470607505]  (Abnormal)** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0454 |
| | PT | **11.6 (H)** | sec | |
| | PT INR | 1.2 | | |
| **Protein S, total and free [470607519]** | | | | Collected:  09/02/18 0413 |
| Specimen:  Blood | | | | Updated:  09/02/18 0413 |
| **Cardiolipin Antibody [470607521]** | | | | Collected:  09/02/18 0412 |
| Specimen:  Blood | | | | Updated:  09/02/18 0412 |
| **Protein C Antigen [470607516]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Protein C-Functional, Plasma [470607517]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Factor 5 Leiden [470607518]** | | | | Collected:  09/02/18 0411 |
| Specimen:  Blood | | | | Updated:  09/02/18 0411 |
| **Lactic Acid, Plasma [470597019]  (Abnormal)** | | | | Collected:  09/02/18 0235 |
| Specimen:  Blood | | | | Updated:  09/02/18 0314 |
| | Lactic acid | **2.58 (HH)** | mMol/L | |
| **Urinalysis w Microscopic and Culture if Indicated [470597011] (Abnormal)** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0155 |
| | Color, UA | Yellow | | |
| | Clarity, UA | **Slightly Cloudy (A)** | | |
| | Specific Gravity, UR | **>1.060 (H)** | | |
| | pH, Urine | 5.0 | pH | |
| | Protein, UR | **100 (A)** | mg/dL | |
| | Glucose, UA | **50 (A)** | mg/dL | |
| | Ketones UA | **80 (A)** | mg/dL | |
| | Bilirubin, UA | Negative | | |
| | Blood, UA | Negative | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                                                    Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| | Nitrite, UA | Negative | | |
| | Urobilinogen, UA | Normal | mg/dL | |
| | Leukocyte Esterase, UA | Negative | Leu/uL | |
| | UR Micro | Performed | | |
| | WBC, UA | 6 (H) | /hpf | |
| | Squam Epithel, UA | 1 | /hpf | |

Narrative:
   A Urine Culture has been ordered based upon the Positive UA results.

**Hepatic Function Panel (LFT) [470596999] (Abnormal)**                      Collected:  09/02/18 0029
Specimen:  Plasma                                                            Updated:  09/02/18 0102

| | Component | Value | Units |
|---|-----------|-------|-------|
| | Protein, Total | 6.6 | gm/dL |
| | Albumin | 2.9 (L) | gm/dL |
| | Alkaline Phosphatase | 81 | U/L |
| | ALT | 99 (H) | U/L |
| | AST (SGOT) | 49 (H) | U/L |
| | Bilirubin, Total | 0.9 | mg/dL |
| | Bilirubin, Direct | 0.5 (H) | mg/dL |
| | Albumin/Globulin Ratio | 0.78 | Ratio |
| | Globulin | 3.7 | gm/dL |

**Basic Metabolic Panel [470597000] (Abnormal)**                            Collected:  09/02/18 0029
Specimen:  Plasma                                                            Updated:  09/02/18 0102

| | Component | Value | Units |
|---|-----------|-------|-------|
| | Sodium | 138 | mMol/L |
| | Potassium | 3.6 | mMol/L |
| | Chloride | 107 | mMol/L |
| | CO2 | 19.5 (L) | mMol/L |
| | Calcium | 8.6 | mg/dL |
| | Glucose | 195 (H) | mg/dL |
| | Creatinine | 0.84 | mg/dL |
| | BUN | 10 | mg/dL |
| | Anion Gap | 15.1 | mMol/L |
| | BUN/Creatinine Ratio | 11.9 | Ratio |
| | EGFR | 101 | mL/min/1.73m2 |
| | Osmolality Calc | 280 | mOsm/kg |

**Lipase [470596987] (Abnormal)**                                           Collected:  09/02/18 0029
Specimen:  Plasma                                                            Updated:  09/02/18 0102

| | Component | Value | Units |
|---|-----------|-------|-------|
| | Lipase | 6 (L) | U/L |

**Lactic acid, plasma [470596990] (Abnormal)**                              Collected:  09/02/18 0029
Specimen:  Blood                                                            Updated:  09/02/18 0101

| | Component | Value | Units |
|---|-----------|-------|-------|
| | Lactic acid | 2.93 (HH) | mMol/L |

**CBC with Automated Differential [470596985] (Abnormal)**                  Collected:  09/02/18 0029
Specimen:  Blood from Blood                                                  Updated:  09/02/18 0051

| | Component | Value | Units |
|---|-----------|-------|-------|
| | WBC | 18.3 (H) | K/cmm |
| | RBC | 5.60 (H) | M/cmm |
| | Hemoglobin | 12.5 | gm/dL |
| | Hematocrit | 41.0 | % |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                          Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **MCV** | **73 (L)** | fL | |
| | **MCH** | **22 (L)** | pg | |
| | **MCHC** | **30 (L)** | gm/dL | |
| | **RDW** | **16.9 (H)** | % | |
| | **PLT CT** | 239 | K/cmm | |
| | **MPV** | **10.4 (H)** | fL | |
| | **NEUTROPHIL %** | **82.3 (H)** | % | |
| | **Lymphocytes** | **9.4 (L)** | % | |
| | **Monocytes** | 7.7 | % | |
| | **Eosinophils %** | 0.1 | % | |
| | **Basophils %** | 0.4 | % | |
| | **Neutrophils Absolute** | **15.1 (H)** | K/cmm | |
| | **Lymphocytes Absolute** | 1.7 | K/cmm | |
| | **Monocytes Absolute** | 1.4 | K/cmm | |
| | **Eosinophils Absolute** | 0.0 | K/cmm | |
| | **BASO Absolute** | 0.1 | K/cmm | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | **PT** | **11.6 (H)** | sec | |
| | **PT INR** | 1.2 | | |
| | **aPTT** | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | 1.025 | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **30 (A)** | mg/dL | |
| | **Glucose, UA** | Negative | mg/dL | |
| | **Ketones UA** | **20 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | **2.0 (A)** | mg/dL | |
| | **Leukocyte Esterase, UA** | Negative | Leu/uL | |
| | **UR Micro** | Performed | | |
| | **WBC, UA** | 3 | /hpf | |
| | **RBC, UA** | 2 | /hpf | |
| | **Squam Epithel, UA** | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | **Lipase** | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**            Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|-----------|-----------|-------|-------|-----------|
| Specimen: | Plasma | | | Updated:  09/01/18 1005 |
| | Sodium | 137 | mMol/L | |
| | Potassium | 3.8 | mMol/L | |
| | Chloride | 106 | mMol/L | |
| | CO2 | 20.8 | mMol/L | |
| | Calcium | 9.5 | mg/dL | |
| | Glucose | 139 (H) | mg/dL | |
| | Creatinine | 0.80 | mg/dL | |
| | BUN | 7 | mg/dL | |
| | Protein, Total | 7.7 | gm/dL | |
| | Albumin | 3.8 | gm/dL | |
| | Alkaline Phosphatase | 84 | U/L | |
| | ALT | 133 (H) | U/L | |
| | AST (SGOT) | 87 (H) | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | 8.8 (L) | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | 274 (L) | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen: | Plasma | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen: | Blood from Blood | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | 11.4 (L) | gm/dL | |
| | Hematocrit | 35.1 (L) | % | |
| | MCV | 71 (L) | fL | |
| | MCH | 23 (L) | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 16.4 (H) | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | 10.2 (H) | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils | 0.0 | K/cmm | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Kim, Hannah J, DO at 9/2/2018  9:34 AM (continued)**                          Version 1 of 2

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Absolute** | | | |
| | **BASO Absolute** | 0.1 | K/cmm | |

**Vascular Imaging Studies:**

CT chest abdomen and pelvis reviewed. Positive for extensive SMV thrombosis, with small bowel edema and associated inflammatory changes with free fluid in the pelvis. Patent aorta and mesenteric arteries.

**Assessment:**

Superior mesenteric venous thrombosis of unknown etiology

**Plan:**

Intra-abdominal infection and/or hereditary or acquired hypercoagulability will need to be ruled out as the source for her SMV thrombosis. At this time, continue therapeutic anticoagulation, and close monitoring of her abdominal pain.
Agree with hematology consult especially with her family history of thrombotic thrombocytopenic purpura.

Signed by: Hannah J Kim

Electronically signed by Kim, Hannah J, DO on 9/2/2018  9:51 AM

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM**                          Version 1 of 1

| Author: Bowers, Timothy Keefe Jr., MD | Service: Surgery | Author Type: Physician |
|---|---|---|
| Filed: 9/2/2018 3:13 AM | Date of Service: 9/2/2018 3:07 AM | Creation Time: 9/2/2018 3:07 AM |
| Status: Signed | Editor: Bowers, Timothy Keefe Jr., MD (Physician) | |

### CONSULTATION - ACCESS

**Name:  SMITH,DORIS D ALAQUE**
**MR#:  20012296**

**Date:  09/02/18**

**Requesting Physician:  Benkelman**          (received call from physician)
**Reason for Consultation:  Abdominal pain**

### IMPRESSION:

39 y.o. female with acute mesenteric venous thrombosis.
Sepsis likely secondary to bacterial translocation from edematous bowel
No signs of peritonitis, no acute surgical indications at this time.



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Consult Notes (continued)**

Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)                    Version 1 of 1

**Active Hospital Problems**

Diagnosis

- Abdominal pain

**RECOMMENDATIONS:**

She will need to be started on a heparin drip immediately.
Recommend broad-spectrum IV antibiotics.
Continue volume resuscitation as needed.

**Timothy Keefe Bowers Jr., MD**
**ACCESS        x60506 or #5400**

**CC:**  Patient complains of diffuse abdominal pain.

**HPI:**

39 y.o. female  presentsto the emergency department complaining of a several day history of intermittent
crampy abdominal pain. She was admitted to the observation unit with suspicion of an acute gallbladder attack.
She had a right upper quadrant ultrasound done which was normal. A follow-up HIDA scan revealed filling of
the gallbladder but a gallbladder ejection fraction of 0%. This is initially suspected to represent chronic
cholecystitis however through the evening the patient became increasingly painful, febrile, with an increasing
white blood cell count and lactic acid. Surgery was consulted and a CT scan of the abdomen was
recommended. The CT scan has now been completed and this does confirm the finding of mesenteric venous
thrombosis.

**PMH:**

She  has a past medical history of Hyperlipemia and Hypertension.

**PSH:**

She  has a past surgical history that includes Ectopic pregnancy surgery (Right) and ovarian cyst removed
(Right).

**Social History:**

She  reports that she has never smoked. She has never used smokeless tobacco. She reports that she drinks
alcohol. She reports that she does not use drugs.

**Family History:**

Her family history is significant for venous thromboembolism in her mother.

**Home Medications:**

Outpatient Prescriptions Marked as Taking for the 9/1/18 encounter
(Hospital Encounter)

| Medication | Sig | Dispense | Refill |
|------------|-----|----------|--------|
| • amLODIPine (NORVASC) 5 | Take 5 mg by mouth | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Consult Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                    Version 1 of 1

| | |
|---|---|
| MG tablet | every morning. |
| • losartan-hydrochlorothiazide (HYZAAR) 100-25 MG per tablet | Take 1 tablet by mouth every morning. |

### Hospital Medications:

| | | | |
|---|---|---|---|
| amLODIPine | 5 mg | Oral | QAM |
| cefepime | 2 g | Intravenous | Q12H |
| heparin (porcine) | 10,000 Units | Intravenous | Once |
| hydroCHLOROthiazide | 25 mg | Oral | Daily |
| lactobacillus species | 50 Billion CFU | Oral | Daily |
| losartan | 100 mg | Oral | Daily |
| sodium chloride (PF) | 3 mL | Intravenous | Q8H |
| vancomycin | 1,000 mg | Intravenous | Q12H |
| vancomycin therapy placeholder | | Does not apply | See Admin Instructions |

### Allergies:

She is allergic to biaxin [clarithromycin] and hydrocodone.

### ROS(10 of 14):

Pertinent details as detailed in HPI.
In addition, patient denies 10 point systems is reviewed and is negative.

### Physical Exam(8 of 12):

Blood pressure **(!) 139/97**, pulse 87, temperature **(!) 101.5 °F (38.6 °C)**, temperature source Rectal, resp. rate 18, height 1.549 m (5' 1"), weight 117.9 kg (259 lb 14.8 oz), last menstrual period 08/15/2018, SpO2 94 %.
General: obese, in no apparent distress
HEENT(2-eye/+): normocephalic, atraumatic
Chest: lungs clear to ausculation
Cardiac: regular rate and rhythm without murmurs/rubs/gallops
Abdomen: soft, moderate generalized tenderness without rebound and without guarding
Extremities: no edema
Neuro: alert, no gross focal neurologic deficits, moves all extremities well, no involuntary movements
Psych: mood and affect are within normal limits, insight good

### Labs:

Lab results have been reviewed as follows:
Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Lactic Acid, Plasma [470597019]** | | | | Collected:  09/02/18 0235 |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| Specimen:  Blood | | | | Updated:  09/02/18 0242 |
| **Blood Culture - Venipuncture [470596988]** | | | | Collected:  09/02/18 0151 |
| Specimen:  Blood | | | | Updated:  09/02/18 0219 |
| **Blood Culture - Venipuncture [470596989]** | | | | Collected:  09/02/18 0202 |
| Specimen:  Blood | | | | Updated:  09/02/18 0219 |
| **Urinalysis w Microscopic and Culture if Indicated [470597011]  (Abnormal)** | | | | Collected:  09/02/18 0130 |
| Specimen:  Urine, Random | | | | Updated:  09/02/18 0155 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | **>1.060 (H)** | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **100 (A)** | mg/dL | |
| | **Glucose, UA** | **50 (A)** | mg/dL | |
| | **Ketones UA** | **80 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | Normal | mg/dL | |
| | **Leukocyte Esterase, UA** | Negative | Leu/uL | |
| | **UR Micro** | Performed | | |
| | **WBC, UA** | **6 (H)** | /hpf | |
| | **Squam Epithel, UA** | 1 | /hpf | |

Narrative:
   A Urine Culture has been ordered based upon the Positive UA results.

| | | | | |
|---|---|---|---|---|
| **Hepatic Function Panel (LFT) [470596999]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | **Protein, Total** | 6.6 | gm/dL | |
| | **Albumin** | **2.9 (L)** | gm/dL | |
| | **Alkaline Phosphatase** | 81 | U/L | |
| | **ALT** | **99 (H)** | U/L | |
| | **AST (SGOT)** | **49 (H)** | U/L | |
| | **Bilirubin, Total** | 0.9 | mg/dL | |
| | **Bilirubin, Direct** | **0.5 (H)** | mg/dL | |
| | **Albumin/Globulin Ratio** | 0.78 | Ratio | |
| | **Globulin** | 3.7 | gm/dL | |
| **Basic Metabolic Panel [470597000]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Plasma | | | | Updated:  09/02/18 0102 |
| | **Sodium** | 138 | mMol/L | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018 3:07 AM (continued)**    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | Potassium | 3.6 | mMol/L | |
| | Chloride | 107 | mMol/L | |
| | CO2 | **19.5 (L)** | mMol/L | |
| | Calcium | 8.6 | mg/dL | |
| | Glucose | **195 (H)** | mg/dL | |
| | Creatinine | 0.84 | mg/dL | |
| | BUN | 10 | mg/dL | |
| | Anion Gap | 15.1 | mMol/L | |
| | BUN/Creatinine Ratio | 11.9 | Ratio | |
| | EGFR | 101 | mL/min/1.73m2 | |
| | Osmolality Calc | 280 | mOsm/kg | |
| **Lipase [470596987] (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Plasma | | | | Updated: 09/02/18 0102 |
| | Lipase | **6 (L)** | U/L | |
| **Lactic acid, plasma [470596990] (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Blood | | | | Updated: 09/02/18 0101 |
| | Lactic acid | **2.93 (HH)** | mMol/L | |
| **CBC with Automated Differential [470596985] (Abnormal)** | | | | Collected: 09/02/18 0029 |
| Specimen: Blood from Blood | | | | Updated: 09/02/18 0051 |
| | WBC | **18.3 (H)** | K/cmm | |
| | RBC | **5.60 (H)** | M/cmm | |
| | Hemoglobin | 12.5 | gm/dL | |
| | Hematocrit | 41.0 | % | |
| | MCV | **73 (L)** | fL | |
| | MCH | **22 (L)** | pg | |
| | MCHC | **30 (L)** | gm/dL | |
| | RDW | **16.9 (H)** | % | |
| | PLT CT | 239 | K/cmm | |
| | MPV | **10.4 (H)** | fL | |
| | NEUTROPHIL % | **82.3 (H)** | % | |
| | Lymphocytes | **9.4 (L)** | % | |
| | Monocytes | 7.7 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.4 | % | |
| | Neutrophils Absolute | **15.1 (H)** | K/cmm | |
| | Lymphocytes Absolute | 1.7 | K/cmm | |
| | Monocytes Absolute | 1.4 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO | 0.1 | K/cmm | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**                    Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | **Absolute** | | | |
| **PT/APTT [470597002]  (Abnormal)** | | | | Collected:  09/02/18 0029 |
| Specimen:  Blood | | | | Updated:  09/02/18 0047 |
| | **PT** | **11.6 (H)** | sec | |
| | **PT INR** | 1.2 | | |
| | **aPTT** | 26.7 | sec | |
| **Urinalysis with Microscopic [242135705]  (Abnormal)** | | | | Collected:  09/01/18 1420 |
| Specimen:  Urine, Random | | | | Updated:  09/01/18 1456 |
| | **Color, UA** | Yellow | | |
| | **Clarity, UA** | **Slightly Cloudy (A)** | | |
| | **Specific Gravity, UR** | 1.025 | | |
| | **pH, Urine** | 5.0 | pH | |
| | **Protein, UR** | **30 (A)** | mg/dL | |
| | **Glucose, UA** | Negative | mg/dL | |
| | **Ketones UA** | **20 (A)** | mg/dL | |
| | **Bilirubin, UA** | Negative | | |
| | **Blood, UA** | Negative | | |
| | **Nitrite, UA** | Negative | | |
| | **Urobilinogen, UA** | **2.0 (A)** | mg/dL | |
| | **Leukocyte Esterase, UA** | Negative | Leu/uL | |
| | **UR Micro** | Performed | | |
| | **WBC, UA** | 3 | /hpf | |
| | **RBC, UA** | 2 | /hpf | |
| | **Squam Epithel, UA** | 1 | /hpf | |
| **Lipase [242135704]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1010 |
| | **Lipase** | 13 | U/L | |
| **CMP [242135702]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1005 |
| | **Sodium** | 137 | mMol/L | |
| | **Potassium** | 3.8 | mMol/L | |
| | **Chloride** | 106 | mMol/L | |
| | **CO2** | 20.8 | mMol/L | |
| | **Calcium** | 9.5 | mg/dL | |
| | **Glucose** | **139 (H)** | mg/dL | |
| | **Creatinine** | 0.80 | mg/dL | |
| | **BUN** | 7 | mg/dL | |
| | **Protein, Total** | 7.7 | gm/dL | |
| | **Albumin** | 3.8 | gm/dL | |
| | **Alkaline Phosphatase** | 84 | U/L | |
| | **ALT** | **133 (H)** | U/L | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

**Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)**          Version 1 of 1

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | AST (SGOT) | 87 (H) | U/L | |
| | Bilirubin, Total | 1.1 | mg/dL | |
| | Albumin/Globulin Ratio | 0.97 | Ratio | |
| | Anion Gap | 14.0 | mMol/L | |
| | BUN/Creatinine Ratio | 8.8 (L) | Ratio | |
| | EGFR | 107 | mL/min/1.73m2 | |
| | Osmolality Calc | 274 (L) | mOsm/kg | |
| | Globulin | 3.9 | gm/dL | |
| **Beta HCG, Qual [242135703]** | | | | Collected:  09/01/18 0915 |
| Specimen:  Plasma | | | | Updated:  09/01/18 1001 |
| | BHCG Qual | Negative | | |
| **CBC [242135701]  (Abnormal)** | | | | Collected:  09/01/18 0915 |
| Specimen:  Blood from Blood | | | | Updated:  09/01/18 0944 |
| | WBC | 8.9 | K/cmm | |
| | RBC | 4.92 | M/cmm | |
| | Hemoglobin | 11.4 (L) | gm/dL | |
| | Hematocrit | 35.1 (L) | % | |
| | MCV | 71 (L) | fL | |
| | MCH | 23 (L) | pg | |
| | MCHC | 33 | gm/dL | |
| | RDW | 16.4 (H) | % | |
| | PLT CT | 221 | K/cmm | |
| | MPV | 10.2 (H) | fL | |
| | NEUTROPHIL % | 73.7 | % | |
| | Lymphocytes | 17.0 | % | |
| | Monocytes | 8.3 | % | |
| | Eosinophils % | 0.1 | % | |
| | Basophils % | 0.8 | % | |
| | Neutrophils Absolute | 6.6 | K/cmm | |
| | Lymphocytes Absolute | 1.5 | K/cmm | |
| | Monocytes Absolute | 0.7 | K/cmm | |
| | Eosinophils Absolute | 0.0 | K/cmm | |
| | BASO Absolute | 0.1 | K/cmm | |

**Radiology:**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Consult Notes (continued)

Consults by Bowers, Timothy Keefe Jr., MD at 9/2/2018  3:07 AM (continued)                    Version 1 of 1

Nm Hepatobiliary

Result Date: 9/1/2018
The gallbladder is well visualized, excluding acute cholecystitis. No significant gallbladder contraction is identified over one hour after stimulation. Findings are suggestive of chronic or acalculous cholecystitis. Of note, the patient developed reproduction of symptoms following consumption of ensure to stimulate gallbladder contraction. ReadingStation:WMCMRR1

Us Abdomen Complete

Result Date: 9/1/2018
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying bowel gas. ReadingStation:WIRADBODY

Ct Abdomen Pelvis W Iv/ Wo Po Cont

Result Date: 9/2/2018
 Moderate circumferential wall thickening of long segments of small bowel is likely due to venous congestion related to extensive superior mesenteric venous thrombosis which contributes to small amount of portal venous thrombosis in right lobe of liver. Related small amount of ascites. Small amount of gastroesophageal reflux. Submucosal versus intramural fibroid on right side of body of the uterus. Less likely etiology includes adenomyosis  .  ReadingStation:SHOU-VH-PACS3

Xr Abdomen 2 View With Cxr

Result Date: 9/1/2018
Unremarkable plain film study of the chest and abdomen. ReadingStation:WIRADBODY


Additional Information for this encounter:
I have personally reviewed the images for CT scan.


Electronically signed by Bowers, Timothy Keefe Jr., MD on 9/2/2018  3:13 AM

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes

**Op Note by Carter, Jeffrey, MD at 9/22/2018 12:56 PM**                                              Version 1 of 1

| | | |
|---|---|---|
| Author: Carter, Jeffrey, MD | Service: (none) | Author Type: Physician |
| Filed: 10/20/2018 9:03 AM | Date of Service: 9/22/2018 12:56 PM | Creation Time: 10/20/2018 8:56 AM |
| Status: Signed | Editor: Carter, Jeffrey, MD (Physician) | |

### OPERATIVE NOTE

**Name: SMITH,DORIS D ALAQUE**            **DOB: 8/4/1979**
**MR#: 20012296**

Procedure Date: 9/22/2018

Preop Diagnosis: Open Abdomen
Postop Diagnosis: Same

Procedure: Closure of abdomen with Fortiva Mesh

Surgeons: Jeffrey Carter, MD
Assistants: Anita Garrett, CFA/CST

Anesthesia: GET
Blood Products: None
Complications: None
Drains/Packs: None
EBL: 20 cc
Specimens: None
Findings: Large abdominal wall defect from having open abdomen for several weeks. Closed with 20x35cm Fortiva Mesh

Wound Class: Contaminated


Procedure in Detail:
After obtaining informed consent, the patient was brought to the operating suite and placed in the supine position. Preoperative antibiotics were administered. SCD's were in place on bilateral lower extremities. The patient's abdomen was prepped with betadine and draped in a sterile fashion. The ABTHERA sponge removed. A previously placed whittmans patch was removed. The abdomen was irrigated with saline. There was no evidence of bleeding. We then sewed in a 20x35 CM fortiva mesh to the fascial edges with prolene suture. Large skin flaps had already been made at previous surgery. We then closed the skin with interrupted vertical mattress sutures over 3 JP drains which were left in the SQ dead space. Between the vertical mattress sutures the skin was closed with staples. The patient tolerated the procedure and was brought back to ICU in critical condition on ECMO and the ventilator.


Electronically signed by Carter, Jeffrey, MD on 10/20/2018 9:03 AM

**Op Note by Snow, Nicholas D, MD at 10/10/2018 10:39 AM**                                           Version 1 of 1



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

| **Op Note by Snow, Nicholas D, MD at 10/10/2018 10:39 AM (continued)** | | Version 1 of 1 |
|---|---|---|
| Author:  Snow, Nicholas D, MD | Service:  Gastroenterology | Author Type:  Physician |
| Filed:  10/10/2018 10:40 AM | Date of Service:  10/10/2018 10:39 AM | Creation Time:  10/10/2018 10:39 AM |
| Status:  Signed | Editor:  Snow, Nicholas D, MD (Physician) | |

### PROCEDURE NOTE

**Date Time**: 10/10/18 10:39 AM
**Patient Name**: SMITH,DORIS D ALAQUE
DOB:  8/4/1979

**Procedure:**

No orders of the defined types were placed in this encounter.

**Providers Performing:**

Nicholas D Snow, MD

**Consent:**

This procedure has been fully reviewed with the patient and written informed consent has been obtained.

**Timeout:**

Was performed

**Anesthesia:**

IV Sedation

**Medical History:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Pre-Procedure Dx:**

Pre-Op Diagnosis Codes:
  * Bleeding [R58]

**Post-Procedure Dx:**

Post-Op Diagnosis Codes:
  * Bleeding [R58]

No problems updated.

**Complications:**

No immediate complication.

---

Generated on 12/27/18  1:55 PM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note by Snow, Nicholas D, MD at 10/10/2018 10:39 AM (continued)** — Version 1 of 1

**Brief Notes:**

See procedure note from yesterday.  Endoscopy was performed in the the standard fashion.  Details of procedure, detailed recommendations, and pictures were recorded under the Provation System.

Signed by: Nicholas D Snow, MD

*Electronically signed by Snow, Nicholas D, MD on 10/10/2018 10:40 AM*

**Op Note filed by Provider, Generic Hpf at 10/9/2018  3:10 PM** — Version 1 of 1

| | | |
|---|---|---|
| Author: Provider, Generic Hpf | Service: (none) | Author Type: Physician |
| Filed: 10/9/2018  3:10 PM | Date of Service: 10/9/2018  3:10 PM | Creation Time: 10/9/2018  3:10 PM |
| Status: Signed | Editor: Interface, Valley Hpf Incoming Document Pointers | |
| Trans ID: VHHPF125490299 | Dictation Time:    Trans Time: | Trans Doc Type: Endoscopic Studies | Trans Status: Available |

Scan on 10/9/2018  3:10 PM : 9654301          1

*Electronically signed by Interface, Valley Hpf Incoming Document Pointers on 10/9/2018  3:10 PM*

**Op Note signed by Kofsky, Edward R, MD at 9/24/2018  4:10 PM** — Version 1 of 1

| | | |
|---|---|---|
| Author: Kofsky, Edward R, MD | Service: Cardiac Surgery | Author Type: Physician |
| Filed: 9/24/2018  4:10 PM | Date of Service: 9/23/2018  8:56 AM | Creation Time: 9/24/2018  9:27 AM |
| Status: Signed | Editor: Kofsky, Edward R, MD (Physician) | |
| Trans ID: PS48977350 | Dictation Time: 9/23/2018  8:56 AM    Trans Time: 9/23/2018  10:43 AM | Trans Doc Type: Operative Report-T | Trans Status: Available |

Date: 09/23/2018
PREOPERATIVE DIAGNOSES:
1.   Status post venovenous extracorporeal membrane
     oxygenation, femoral vein femoral vein cannulation, day :20.
2.   Excellent weaning from extracorporeal membrane
     oxygenation gas exchange over the last 48 hours with
     satisfactory blood gas on low settings on the ventilator
     support alone.
3.   Status post abdominal wound closure 24 hours ago.

POSTOPERATIVE DIAGNOSES:
1.   Status post venovenous extracorporeal membrane
     oxygenation, femoral vein femoral vein cannulation, day :20.
2.   Excellent weaning from extracorporeal membrane
     oxygenation gas exchange over the last 48 hours with



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/24/2018  4:10 PM  (continued)**                    Version 1 of 1

satisfactory blood gas on low settings on the ventilator support alone.
3.  Status post abdominal wound closure 24 hours ago.

PROCEDURE: Extracorporeal membrane oxygenation decannulation.

SURGEON: Edward R Kofsky, MD

ASSISTANT:
1.  Christopher J Gullett, MD
2.  Miranda L Markesteyn, PA

ANESTHESIA: Local infiltration with infiltration and IV sedation.

ESTIMATED BLOOD LOSS: 15 cc.

REPLACEMENT: 1 unit packed cells.

INDICATION FOR OPERATION: This 39-year-old woman had developed ARDS +/- transfusion related lung injury three weeks ago following presentation with mesenteric vein thrombosis requiring lytic therapy and abdominal exploration.  She remained on ECMO for almost three weeks with intense lung wide out, but has undergone successful diuresis over the last week or so.  She has had several abdominal bleed, which have required trips back to the operative room.  She has stabilized in the last 48 hours and had an abdominal wound closed without much impact on excellent gas exchange being provided by her ventilator alone for the last day or so.  We feel she is ready for ECMO decannulation.

DESCRIPTION OF TECHNIQUE: The patient was brought given a bit of extra sedation in the form of 50 mcg of fentanyl and 5 mg of Versed and she was quite comfortable.  The venovenous ECMO cannulae were robustly prepped and then draped into the field, the groin and surrounding tissues were also prepped and draped.  Appropriate time-out was completed.  The fixation sutures were all cut between the cannulae and the skin.  A heavy pursestring of 0 silk was placed around each of the cannulation entry sites and the groin after infiltration of each area with about 10 cc of 1% Xylocaine each.  The tubing for each limb of the ECMO circ were simultaneously clamped twice and ECMO was discontinued. The venous drainage cannula was removed first followed by tying down of the pursestring with good hemostasis.  Gentle pressure



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/24/2018  4:10 PM  (continued)**          Version 1 of 1

```
was applied.  Now, the arterial return cannula was removed and
the pursestring was tied down without significant bleeding.  The
pressure was then gently applied.  The Cell-Saver was available
at the bedside to evacuate blood from the circuit.  We saved
about 3 to 400 cc of red cells, which were returned to the
patient.  The procedure was tolerated well.  1 unit of packed
cells were infused.  The O2 sats at the end of the case were
100% on 40% FiO2.
```

```
40863
DD: 09/23/2018 08:56:25
DT: 09/23/2018 10:43:24
JOB: 2772381/48977350
```

Electronically signed by Kofsky, Edward R, MD on 9/24/2018  4:10 PM

**Op Note by Carter, Jeffrey, MD at 9/21/2018 12:52 PM**          Version 1 of 1

| | | |
|---|---|---|
| Author:  Carter, Jeffrey, MD | Service:  (none) | Author Type:  Physician |
| Filed:  9/23/2018 12:55 PM | Date of Service:  9/21/2018 12:52 PM | Creation Time:  9/23/2018 12:52 PM |
| Status:  Signed | Editor:  Carter, Jeffrey, MD (Physician) | |

### OPERATIVE NOTE

**Name:  SMITH,DORIS D ALAQUE**          **DOB:  8/4/1979**
**MR#:  20012296**

Procedure Date:  09/21/2018

Preop Diagnosis:  Open Abdomen
Postop Diagnosis:  Same

Surgeons:  Jeffrey Carter, MD
Assistants:  Anita Garrett, CFA/CST

Anesthesia:  GET
Blood Products:  None
Complications:  None
Drains/Packs:  None
EBL: 5 cc
Specimens:  None

**PROCEDURE:**
Procedure(s):
EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

Op Note by Carter, Jeffrey, MD at 9/21/2018 12:52 PM (continued) | Version 1 of 1

**DESCRIPTION OF PROCEDURE:**
The pt was bought to the OR from ICU, intubated, on ECMO. She was placed supine.
The existing Ab Thera was removed, the abdomen was prepped with Betadine.
The quadrants, pelvis, epigastric area and gutters were gently explored and evacuated of serous or serosanguinous fluid, then irrigated. There was no clot or bleeding.  She has high peak airway pressures so the previously place whittman patch was loosened with some improvement in pressures.
The AbThera was replaced. The sponges and adhesive were placed.

Electronically signed by Carter, Jeffrey, MD on 9/23/2018 12:55 PM

**Brief Op Note by Carter, Jeffrey, MD at 9/22/2018 10:03 AM** | Version 1 of 1

| Author: Carter, Jeffrey, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 9/22/2018 10:03 AM | Date of Service: 9/22/2018 10:03 AM | Creation Time: 9/22/2018 10:03 AM |
| Status: Signed | Editor: Carter, Jeffrey, MD (Physician) | |

## BRIEF OP NOTE

Date Time: 09/22/18 10:03 AM

**Patient Name:**
Doris D Alaque Smith

**Date of Operation:**
9/22/2018

**Providers Performing:**
Surgeon(s):
Carter, Jeffrey, MD

**Assistant (s):**
Circulator: Marshall, Deborah, RN
Perfusionist: Brown, Ranie-Ann, CCP
Scrub Person: Miller, Tonya M, CSA
First Assistant: Garrett, Anita L
Charge Nurse: Haan, Lisa M, RN

**Operative Procedure:**
Procedure(s):
DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Carter, Jeffrey, MD at 9/22/2018 10:03 AM (continued)**            Version 1 of 1

### Preoperative Diagnosis:
Pre-Op Diagnosis Codes:
   * Open wound of abdomen, subsequent encounter [S31.109D]

### Postoperative Diagnosis:
Post-Op Diagnosis Codes:
   * Open wound of abdomen, subsequent encounter [S31.109D]

### Anesthesia:
General

### Estimated Blood Loss:
 20 mL

### Implants:

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used | Action |
|---|---|---|---|---|---|---|---|---|
| DERMIS FORTIVA PORCINE 20X35CM - LOG1181904 | | DERMIS FORTIVA PORCINE 20X35CM | | VHRTI BIOLOGICS | MP154301 | N/A | 1 | Implanted |

### Drains:
Drains: Yes, Drain #1: Jackson-Pratt Round 19 Fr, Drain #2: Jackson-Pratt Round 19 Fr and Drain #3: Jackson-Pratt Round 19 Fr

### Specimens:
 None

### OR Specimens:
* No specimens in log *

### Findings:
No bleeding

### Complications:
None


Signed by: Jeffrey  Carter, MD                                    WINCHESTER MAIN OR



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

**Brief Op Note by Carter, Jeffrey, MD at 9/22/2018 10:03 AM (continued)** | Version 1 of 1

Electronically signed by Carter, Jeffrey, MD on 9/22/2018 10:03 AM

**Brief Op Note by Carter, Jeffrey, MD at 9/21/2018 12:19 PM** | Version 1 of 1

| | | |
|---|---|---|
| Author:  Carter, Jeffrey, MD | Service:  (none) | Author Type:  Physician |
| Filed:  9/21/2018 12:20 PM | Date of Service:  9/21/2018 12:19 PM | Creation Time:  9/21/2018 12:19 PM |
| Status:  Signed | Editor:  Carter, Jeffrey, MD (Physician) | |

# BRIEF OP NOTE

Date Time: 09/21/18 12:19 PM

**Patient Name:**
Doris D Alaque Smith

**Date of Operation:**
9/21/2018

**Providers Performing:**
Surgeon(s):
Carter, Jeffrey, MD

**Assistant (s):**
Circulator: Anderson, Dana, RN; Simpson, David P, RN
Perfusionist: Chacon, Iris, CCP
Scrub Person: Jenkins, Benjamin G, CSA
First Assistant: Garrett, Anita L
Charge Nurse: Haan, Lisa M, RN
Second Circulator: Willingham, Heather E, RN
LPN: Braithwaite, Allison D, LPN

**Operative Procedure:**
Procedure(s):
EXPLORATORY LAPAROTOMY; CONTROL OF BLEEDING; ABTHERA DRESSING CHANGE

**Preoperative Diagnosis:**
Pre-Op Diagnosis Codes:
   * Abdominal pain, chronic, generalized [R10.84, G89.29]

**Postoperative Diagnosis:**
Post-Op Diagnosis Codes:
   * Abdominal pain, chronic, generalized [R10.84, G89.29]

**Anesthesia:**
General

**Estimated Blood Loss:**

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

**Brief Op Note by Carter, Jeffrey, MD at 9/21/2018 12:19 PM (continued)**    Version 1 of 1

10 mL

**Implants:**
* No implants in log *

**Drains:**
Drains: no

**Specimens:**
None

**OR Specimens:**
* No specimens in log *

**Findings:**
+skin bleeder.  No intra-abdominal bleeding

**Complications:**
None

Signed by: Jeffrey  Carter, MD                    WINCHESTER MAIN OR

Electronically signed by Carter, Jeffrey, MD on 9/21/2018 12:20 PM

**Brief Op Note by Xu, Haoxuan A, MD at 9/3/2018  5:01 PM**    Version 1 of 1

| | | |
|---|---|---|
| Author: Xu, Haoxuan A, MD | Service: Trauma Acute Care Surgery | Author Type: Resident |
| Filed: 9/21/2018 9:39 AM | Date of Service: 9/3/2018 5:01 PM | Creation Time: 9/21/2018 9:38 AM |
| Status: Signed | Editor: Xu, Haoxuan A, MD (Resident) | |
| Cosigner: Carter, Jeffrey, MD at 9/21/2018 5:15 PM | | |

## ACCESS - BRIEF OP NOTE

**Patient:** SMITH,DORIS D ALAQUE
**MR#:**        20012296
**CSN:**        13088162069

**Date:**    09/21/18

Preop Diagnosis:    Mesenteric Thrombus complicated by aspiration requiring
ECMO



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

**Brief Op Note by Xu, Haoxuan A, MD at 9/3/2018  5:01 PM (continued)**                    Version 1 of 1

Postop Diagnosis:    Post-Op Diagnosis Codes:
  * Abdominal pain, chronic, generalized [R10.84, G89.29]

Procedure:    Procedure(s):
EXPLORATORY LAPAROTOMY

Surgeon: Carter, Jeffrey, MD

Assistant:     Haoxuan Xu

Wound Class:     Clean Contaminated

Anesthesia:    General endotracheal anesthesia

Blood Products:     None

Complications: None.

Drains/Packs:     Abthera Therapy

EBL:    5 cc

Specimens:    None * No specimens in log *

Intraop Findings:    Small amount of bleeding within subcutaneous tissue

Haoxuan A Xu, MD

Electronically signed by Carter, Jeffrey, MD on 9/21/2018  5:15 PM

**Op Note signed by Kofsky, Edward R, MD at 9/20/2018  1:53 PM**                    Version 1 of 1

| Author: Kofsky, Edward R, MD | Service: Cardiac Surgery | Author Type: Physician |
|---|---|---|
| Filed: 9/20/2018  1:53 PM | Date of Service: 9/19/2018 11:43 AM | Creation Time: 9/19/2018 12:31 PM |
| Status: Signed | Editor: Kofsky, Edward R, MD (Physician) | |
| Trans ID: PS48959765 | Dictation Time: | Trans Time: | Trans Doc Type: | Trans Status: |
| | 9/19/2018 11:43 AM | 9/19/2018 12:31 PM | Operative Report-T | Available |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/20/2018 1:53 PM  (continued)**      Version 1 of 1

Date: 09/19/2018
PREOPERATIVE DIAGNOSES:
1.  Increasing burden of both pre and post oxygenator
    thrombus on venovenous extracorporeal membrane oxygenation
    circuit with deteriorating gas exchange from oxygenator.
2.  Day #17 venovenous extracorporeal membrane oxygenation
    circuit with deteriorating gas exchange from oxygenator.
3.  Transfusion requirement requiring abdominal exploration.

POSTOPERATIVE DIAGNOSES:
1.  Increasing burden of both pre and post oxygenator
    thrombus on venovenous extracorporeal membrane oxygenation
    circuit with deteriorating gas exchange from oxygenator.
2.  Day #17 venovenous extracorporeal membrane oxygenation
    circuit with deteriorating gas exchange from oxygenator.
3.  Transfusion requirement requiring abdominal exploration.

PROCEDURE: Change out of venovenous extracorporeal membrane
oxygenation circuit.

SURGEON: Edward R Kofsky, MD

ASSISTANT: Jeffery B Fox, PA

ANESTHESIA: General endotracheal tube, Dr. Claudia Viens,
attending.

ESTIMATED BLOOD LOSS: Scant with evacuation about 700 cc from
old ECMO circuit and the Cell Saver.

REPLACEMENT: None related to this procedure.

INDICATION FOR OPERATION: This 39-year-old woman has been on
ECMO for nearly 17 days.  She has had a small amount of clot
noted on the pre-membrane portion of the oxygenator and small
areas of clot on several focal areas of the post oxygenator
portion of the membrane.  The gas exchange had been satisfactory
up to this morning where there has been some deterioration in
pre and post oxygenated pO2 on blood gases.  The patient is
returning to the operating this morning for abdominal
exploration for a transfusion requirement.  The team has
developed the consensus that the circuit should be changed out
to a new oxygenator and tubing due to the increasing burden of
thrombus and each of the circuit at this point.  It does not



**VALLEY**Health

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/20/2018 1:53 PM  (continued)**                    Version 1 of 1

appear that the patient is going to be able to weaned from ECMO
in the next short interval of time i.e., not in the next 24 to
48 hours and although there was no urgency to the circuit
change, we feel that this is the appropriate time to proceed.

DESCRIPTION OF TECHNIQUE: The patient has been on the operating
table for abdominal exploration, which was really quite
unrevealing.  The ABThera was replaced and a VAC dressing
reapplied.  Now, the cannulas were prepped and draped in the
usual sterile fashion using copious Betadine.  A new circuit had
been prepared with the appropriate time.  The new lines were
brought to the field and divided and properly identified.  The
connection between the connector and the old tubing was incised
to allow for easy removal and then at first and now to start,
the venous line was clamped on the cannula and just proximal to
the connector.  The line was disengaged from the connector and a
new high venous line was brought up and using a bulb syringe,
de-aired at the connector and tip of the tubing to allow for a
new mating period.  The clamps removed with no air noted.  Now,
attention was directed to the arterial return, portions of the
VV circuit.  Similarly, the clamps were applied to the arterial
return for the circuit.  The connection between the connector
and the old arterial timeline were removed.  The new line was
brought up and mated to the old connector using de-airing
techniques with a bulb syringe.  The clamps were now removed.
No air was appreciated.  ECMO had been discontinued briefly for
these maneuvers.  Flow was reestablished at 500 cc.  The Foley
moved up to 3.2 L/minute with no hemodynamic consequences at
all.  The prime did include 1000 units of heparin.  No heparin
bolus was given for this of ECMO discontinuation, which lasted
for a total of less than 1 minute.  The patient tolerated the
procedure well.  The lines were now fixed to the skin in several
places.  Ioban dressings were reapplied and the patient returned
to the intensive care unit in stable condition.


40863
DD: 09/19/2018 11:43:47
DT: 09/19/2018 12:31:07
JOB: 2760370/48959765


Electronically signed by Kofsky, Edward R, MD on 9/20/2018  1:53 PM



| | | |
|---|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 | |

**Operative Notes (continued)**

Brief Op Note by Ulich, Paul J, MD at 9/19/2018  2:11 PM                                                    Version 1 of 1

| Author:  Ulich, Paul J, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
|---|---|---|
| Filed:  9/19/2018  2:14 PM | Date of Service:  9/19/2018  2:11 PM | Creation Time:  9/19/2018  2:11 PM |
| Status:  Signed | Editor:  Ulich, Paul J, MD (Physician) | |

# BRIEF OP NOTE

Date Time: 09/19/18 2:11 PM

**Patient Name:**

Doris D Alaque Smith

**Date of Operation:**

9/19/2018

**Providers Performing:**

Surgeon(s):
Kofsky, Edward R, MD
Ulich, Paul J, MD

**Assistant (s):**

Circulator: Allen, Tara M, RN
Perfusionist: Chacon, Iris, CCP
Physician Assistant: Fox, Jeffery B, PA
Scrub Person: Bettis, Virginia A; Mercer, Sarah L
First Assistant: Garrett, Anita L
Team Leader: Haan, Lisa M, RN
Second Circulator: Anderson, Dana, RN; Cochran, Shawna, RN; Simpson, David P, RN

**Operative Procedure:**

Procedure(s):
ABDOMINAL EXPLORATION; LAPAROTOMY/ ABTHERA CHANGE
ECMO LINE CHANGE

**Preoperative Diagnosis:**

Pre-Op Diagnosis Codes:
  * Bleeding [R58]
Open abdomen

**Postoperative Diagnosis:**

Post-Op Diagnosis Codes:
  Same

**Anesthesia:**

General

**Estimated Blood Loss:**

 200 mL (50 cc from the abdominal portion)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

**Brief Op Note by Ulich, Paul J, MD at 9/19/2018  2:11 PM (continued)**          Version 1 of 1

**Implants:**
* No implants in log *

**Drains:**
Ab Thera

**Specimens:**
 none.

**Findings:**
Old blood and clot, primarily around the lower abdominal wall. No evidence of intraabdominal bleed.
Presumably from needle holes of transfascial sutures and/or sites in space of undermined SQ

**Complications:**
None.


Signed by: Paul J Ulich, MD                                    WINCHESTER MAIN OR




Electronically signed by Ulich, Paul J, MD on 9/19/2018  2:14 PM

**Brief Op Note by Kofsky, Edward R, MD at 9/19/2018  1:07 PM**          Version 1 of 1
| | | |
|---|---|---|
| Author: **Kofsky, Edward R, MD** | Service: **Cardiac Surgery** | Author Type: **Physician** |
| Filed: **9/19/2018 1:10 PM** | Date of Service: **9/19/2018 1:07 PM** | Creation Time: **9/19/2018 1:07 PM** |
| Status: **Signed** | Editor: **Kofsky, Edward R, MD (Physician)** | |

## BRIEF OP NOTE

Date Time: 09/19/18 1:07 PM

**Patient Name:**
Doris D Alaque Smith

**Date of Operation:**
9/19/2018

**Providers Performing:**
Kofsky, Edward

**Assistant (s):**
Circulator: Allen, Tara M, RN

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Brief Op Note by Kofsky, Edward R, MD at 9/19/2018  1:07 PM (continued)**    Version 1 of 1

Perfusionist: Chacon, Iris, CCP
Physician Assistant: Fox, Jeffery B, PA
Scrub Person: Bettis, Virginia A; Mercer, Sarah L
First Assistant: Garrett, Anita L
Team Leader: Haan, Lisa M, RN
Second Circulator: Anderson, Dana, RN; Cochran, Shawna, RN; Simpson, David P, RN

**Operative Procedure:**

VV ECMO circuit change

**Preoperative Diagnosis:**

Worsening thrombus burden ecmo oxygenator

**Postoperative Diagnosis:**

same

**Anesthesia:**

General

**Estimated Blood Loss:**

 200 mL

**Implants:**

**Drains:**

nonr

**Specimens:**

**OR Specimens:**

None

**Findings:**

No clot at connectors

**Complications:**

Signed by: Edward R Kofsky, MD                          WINCHESTER MAIN OR



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Kofsky, Edward R, MD at 9/19/2018  1:07 PM (continued)**      Version 1 of 1

Electronically signed by Kofsky, Edward R, MD on 9/19/2018  1:10 PM

**Op Note by Riccio, Lin M, MD at 9/13/2018  4:04 PM**      Version 1 of 1

| | | |
|---|---|---|
| Author:  Riccio, Lin M, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/18/2018 2:13 PM | Date of Service:  9/13/2018 4:04 PM | Creation Time:  9/18/2018 1:04 PM |
| Status:  Signed | Editor:  Riccio, Lin M, MD (Physician) | |

### ACCESS - BRIEF OP NOTE

**Patient:**     SMITH,DORIS D ALAQUE
**MR#:**         20012296
**CSN:**         13088162069

**Date:**   09/14/18

Preop Diagnosis:      hemoperitoneum
Postop Diagnosis:      Intraabdominal hemorrhage secondary to splenic capsular tear and anticoagulation

Procedure:     Procedure(s):
EXPLORATORY LAPAROTOMY,
Abdominal packing

Surgeon:     Riccio, Lin M, MD

Assistant:
Ana Xu, MD
Anita Garrett, CFA

Wound Class:        Contaminated

Anesthesia:    General endotracheal anesthesia

Blood Products:      9 RBCs, 1 Platelets and None

Complications:      None.

Drains/Packs:      Multiple lap pads and Abthera

EBL:   2 liters

Specimens:    None

Intraop Findings:      Blood throughout the abdomen, active bleeding from the left upper quadrant, capsular tear of the spleen, several serosal tears made upon entry into the abdomen

Indication for the Procedure:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note by Riccio, Lin M, MD at 9/13/2018  4:04 PM (continued)**                        Version 1 of 1

39 yo female with SMV thrombosis causing acute mesenteric ischemia, s/p catheter directed lysis complicated by liver hemorrhage requiring massive transfusion protocol. She had a massive aspiration event during intubation and also developed TRALI due to massive transfusion.  She was taken emergently to the OR for ex lap, liver packing, and resection of a a segment of infarcted small bowel. Her abdomen was left open with an abthera.  She developed ARDS and was placed on ECMO the same night.

The patient has subsequently undergone bowel reanastomosis and several washouts with abthera changes.  Due to volume overload there is too much edema to close the abdomen.

We planned to change the abthera this morning, however before we could start the case, she began to hemorrhage from the abdomen.  The heparin drip was discontinued and she was brought emergently to the OR for exploration and hemostasis

Operative Procedure
The patient was brought to the OR while on ECMO.  No adverse events during transport.  After the patient was situated on the OR table, the abthera was removed and the abdomen was prepped with betadine.  The abdomen was filled with blood.  Several serosal tear were made in the small bowel while attempting to mobilize the small bowel.  The lower abdomen was inspected and there did not appear to be active bleeding from the pelvis or lower abdomen.  The active bleeding appeared to be originating from the upper abdomen. Multiple packs were placed over the liver and in the LUQ which provided hemostasis.  While allowing anesthesiology and perfusion teams to stabilize the patient and give blood products, the serosal tears were repaired in 2 layers, an inner layer of 3-0 vicryl and an outer layer of 3-0 silk.

The packs in the RUQ were removed and there was no active bleeding from around the liver.  The packs were removed from the LUQ and there was active bleeding from that site.  The spleen was inspected and there was a large capsular tear.  This was covered with thrombin soaked gelfoam and then packed with multiple lap pads.  There was no active bleeding once the LUQ was packed.

At this point, I discussed the case with IR and my colleage on the ACCESS team.  Because it is unclear whether the splenic capsular tear was the only source of bleeding, the decision was made to take the patient to IR for splenic embolization and arteriogram to find and treat any other sources of bleeding.  This was coordinated with IR who agreed to perform the procedure.  The packs in the LUQ maintained hemostasis.  The abthera was replaced and the patient was prepared for transport to IR on ECMO.


Signed:
Lin M. Riccio, MD
ACCESS/Trauma Surgery
Medical/Surgical Critical Care
Winchester Medical Center


Electronically signed by Riccio, Lin M, MD on 9/18/2018  2:13 PM

**Op Note by Ulich, Paul J, MD at 9/17/2018 10:42 AM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Ulich, Paul J, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/17/2018 10:55 AM | Date of Service:  9/17/2018 10:42 AM | Creation Time:  9/17/2018 10:42 AM |
| Status:  Signed | Editor:  Ulich, Paul J, MD (Physician) | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

Op Note by Ulich, Paul J, MD at 9/17/2018 10:42 AM (continued)                     *Version 1 of 1*

## OPERATIVE NOTE

**Name:** SMITH,DORIS D ALAQUE
**DOB:** 8/4/1979
**MR#:** 20012296

**Procedure Date:** 09/17/18


**PREOPERATIVE DIAGNOSIS:**
Pre-Op Diagnosis Codes:
Open abdomen
S/p small bowel resection and splenectomy

**POSTOPERATIVE DIAGNOSIS**:
Same.

**PROCEDURE:**
Procedure(s):
EXPLORATORY LAPAROTOMY; ABTHERA WOUND VAC DRESSING CHANGE; WITTMANN PATCH


**SURGEON:**
Paul J Ulich, MD

**ANESTHESIA:**
General


**BLOOD LOSS:**
30 mL


**DRAINS:**
Ab Thera

**COMPLICATIONS:**
None.

**SPECIMEN:**
**None.**


**DESCRIPTION OF PROCEDURE:**
The pt was bought to the OR from ICU, intubated, on ECMO. She was placed supine.
The existing Ab Thera was removed, the abdomen was prepped with Betadine.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Op Note by Ulich, Paul J, MD at 9/17/2018 10:42 AM (continued)**                                Version 1 of 1

The quadrants, pelvis, epigastric area and gutters were gently explored and evacuated of serous or serosanguinous fluid, then irrigated. There was no clot or bleeding.

The SQ was undermined to expose fascia back from the edges ~ 2-3 cm.
2 strips of a Wittmann patch were placed, secured with transfascial fixation sutures of #1 Vicryl suture. The AbThera was replaced. The Wittmann strips were pulled together without any notable detriment with regard to peak ventilatory pressures or ECMO flow.  The sponges and adhesive were placed.

Cannula dressings were changed by the CV team then to pt was taken back to ICU in stable condition.

Paul J Ulich, MD

Electronically signed by Ulich, Paul J, MD on 9/17/2018 10:55 AM

**Op Note by Ulich, Paul J, MD at 9/14/2018  3:30 PM**                                             Version 1 of 1

| | | |
|---|---|---|
| Author:  Ulich, Paul J, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/14/2018  3:46 PM | Date of Service:  9/14/2018  3:30 PM | Creation Time:  9/14/2018  3:30 PM |
| Status:  Signed | Editor:  Ulich, Paul J, MD (Physician) | |

<div align="center">

**FULL OPERATIVE NOTE**

</div>

**Date Time**: 09/14/18 3:31 PM
**Patient Name**: SMITH,DORIS D ALAQUE
**Attending Physician**: Hutchens, William Thomas*


**Date of Operation:**

9/14/2018

**Providers Performing:**

Surgeon(s):
Ulich, Paul J, MD

Circulator: Clarke, Tracy-Ann, RN
Radiology Technologist: Chapins, Teresa L
Relief Circulator: Lewis, Michael A, RN
Scrub Person: Mercer, Sarah L
First Assistant: Garrett, Anita L
Team Leader: Haan, Lisa M, RN; Simpson, David P, RN
Second Circulator: Delozier, Joseph B; Robinson, Jermaine, RN
Surgical Resident: Xu, Haoxuan A, MD
LPN: Pifer Dodson, Kristin L, LPN

**Operative Procedure:**

Procedure(s):
EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE
SPLENECTOMY



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Op Note by Ulich, Paul J, MD at 9/14/2018  3:30 PM (continued)**                    Version 1 of 1

**Preoperative Diagnosis:**
Pre-Op Diagnosis Codes:  Intraabdominal bleeding

**Postoperative Diagnosis:**
Post-Op Diagnosis Codes:   Intraabdominal bleeding from spleen

**Indications:**
Bleeding without the ability to be off anticoagulation for any length of time.

**Operative Notes:**
The pt was brought intubated from the ICU with ECMO intact.  Placed supine.
Ab Thera was removed followed by Betadine prep.
Old packs were removed from the perihepatic area - no bleeding or clot noted.
No bleeding in lower abdomen.  No enteric contents leaking.

Packs were gradually removed from the LUQ. Minor oozing was seen which increased as pressure was
reduced.  There was frank hemorrhage from the spleen with removal of the final packing.  This was mostly
venous oozing, possibly more than expected due to venous hypertension.  Exposure of the spleen was difficult
due to depth and pt body habitus. I extended the midline incision up to the xiphoid then to the LUQ and through
the cartilage of 2 ribs of the medial costal margin.  The spleen was exposed and brought up, the posterior
peritoneum was incised and the hilum was able to be approach. This was divided with a Ligasure.  The spleen
was removed then a few veins were sutured with 3-0 Vicryl or clips.  Surgi-Flow and SurgiCell were placed.

The abdomen was irrigated. The ribs were approximated with #1 Vicryl. The muscle in the LUQ was closed
with interrupted Vicryl. The skin of the LUQ extension was closed with staples.

An Xray confirmed absence of any retained packs.

The AbThera device was placed again.

Blood loss ~ 6L with 2.5L returned via Cell Saver.

The pt was returned to ICU in critical condition yet stable.

PJUlich, MD
ACCESS

**Estimated Blood Loss:**
6000 mL

**Implants:**
* No implants in log *

**Drains:**
Drains: no



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Op Note by Ulich, Paul J, MD at 9/14/2018  3:30 PM (continued)**                    Version 1 of 1

**Specimens:**

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| A : Spleen | Splenectomy | Spleen | VH SURGICAL PATHOLOGY | Ulich, Paul J, MD | 9/14/2018 1257 | |

**Complications:**

None.

Signed by: Paul J Ulich, MD

Electronically signed by Ulich, Paul J, MD on 9/14/2018  3:46 PM

**Brief Op Note by Ulich, Paul J, MD at 9/14/2018  3:04 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Ulich, Paul J, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/14/2018  3:06 PM | Date of Service:  9/14/2018  3:04 PM | Creation Time:  9/14/2018  3:04 PM |
| Status:  Signed | Editor:  Ulich, Paul J, MD (Physician) | |

# BRIEF OP NOTE

Date Time: 09/14/18 3:04 PM

**Patient Name:**

Doris D Alaque Smith

**Date of Operation:**

9/14/2018

**Providers Performing:**

Surgeon(s):
Ulich, Paul J, MD

**Assistant (s):**

Circulator: Clarke, Tracy-Ann, RN
Radiology Technologist: Chapins, Teresa L
Relief Circulator: Lewis, Michael A, RN
Scrub Person: Mercer, Sarah L
First Assistant: Garrett, Anita L
Team Leader: Haan, Lisa M, RN; Simpson, David P, RN
Second Circulator: Delozier, Joseph B; Robinson, Jermaine, RN
Surgical Resident: Xu, Haoxuan A, MD



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Ulich, Paul J, MD at 9/14/2018  3:04 PM (continued)**                Version 1 of 1

LPN: Pifer Dodson, Kristin L, LPN

### Operative Procedure:
Procedure(s):
EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE DEVICE
SPLENECTOMY

### Preoperative Diagnosis:
Pre-Op Diagnosis Codes:
  * SBO (small bowel obstruction) [K56.609]
  * Chronic generalized abdominal pain [R10.84, G89.29]

### Postoperative Diagnosis:
Post-Op Diagnosis Codes:
  * SBO (small bowel obstruction) [K56.609]
  * Chronic generalized abdominal pain [R10.84, G89.29]

### Anesthesia:
General

### Estimated Blood Loss:
 6000 mL

### Implants:
Ab Thera

### Drains:
Drains: no

### Specimens:
Spleen

### OR Specimens:

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| A : Spleen | Splenectomy | Spleen | VH SURGICAL PATHOLOGY | Ulich, Paul J, MD | 9/14/2018 1257 | |

### Findings:
Oozing spleen with rapid bleeding once packing removed.
Required thoraco-abdominal extention

### Complications:
None.

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Ulich, Paul J, MD at 9/14/2018  3:04 PM (continued)**          Version 1 of 1

Signed by: Paul J Ulich, MD                                WINCHESTER MAIN OR

Electronically signed by Ulich, Paul J, MD on 9/14/2018  3:06 PM

**Brief Op Note by Riccio, Lin M, MD at 9/13/2018  3:14 PM**          Version 2 of 2

| | | |
|---|---|---|
| Author: Riccio, Lin M, MD | Service: Trauma Acute Care Surgery | Author Type: Physician |
| Filed: 9/14/2018 7:22 AM | Date of Service: 9/13/2018 3:14 PM | Creation Time: 9/14/2018 7:14 AM |
| Status: Addendum | Editor: Riccio, Lin M, MD (Physician) | |
| Related Notes: Original Note by Riccio, Lin M, MD (Physician) filed at 9/14/2018 7:22 AM | | |

### ACCESS - BRIEF OP NOTE

**Patient:**    SMITH,DORIS D ALAQUE
**MR#:**         20012296
**CSN:**         13088162069

**Date:**    09/14/18

Preop Diagnosis:   hemoperitoneum
Postop Diagnosis: Intraabdominal hemorrhage secondary to splenic capsular tear and anticoagulation

Procedure: Procedure(s):
EXPLORATORY LAPAROTOMY,
Abdominal packing

Surgeon:   Riccio, Lin M, MD

Assistant:
Ana Xu, MD
Anita Garrett, CFA

Wound Class:              Contaminated

Anesthesia: General endotracheal anesthesia

Blood Products:    9 RBCs, 1 Platelets and None

Complications:    None.

Drains/Packs:             Multiple lap pads and Abthera

EBL:    2 liters



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Riccio, Lin M, MD at 9/13/2018  3:14 PM (continued)**                    Version 2 of 2

Specimens: None

Intraop Findings:   Blood throughout the abdomen, active bleeding from the left upper quadrant, capsular tear of the spleen, several serosal tears made upon entry into the abdomen

Lin M Riccio, MD

Electronically signed by Riccio, Lin M, MD on 9/14/2018  7:22 AM

**Brief Op Note by Riccio, Lin M, MD at 9/14/2018  7:14 AM**                    Version 1 of 2

| | | |
|---|---|---|
| Author:  Riccio, Lin M, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/14/2018  7:22 AM | Date of Service:  9/14/2018  7:14 AM | Creation Time:  9/14/2018  7:14 AM |
| Status:  Signed | Editor:  Riccio, Lin M, MD (Physician) | |

Related Notes:  Addendum by Riccio, Lin M, MD (Physician) filed at 9/14/2018  7:22 AM

### ACCESS - BRIEF OP NOTE

**Patient:**   SMITH,DORIS D ALAQUE
**MR#:**        20012296
**CSN:**        13088162069

**Date:**     09/14/18

Preop Diagnosis:   hemoperitoneum
Postop Diagnosis:  Intraabdominal hemorrhage secondary to splenic capsular tear and anticoagulation

Procedure:  Procedure(s):
EXPLORATORY LAPAROTOMY,
Abdominal packing

Surgeon:   Riccio, Lin M, MD

Assistant:
Ana Xu, MD
Anita Garrett, CFA

Wound Class:             Contaminated

Anesthesia: General endotracheal anesthesia

Blood Products:    9 RBCs, 1 Platelets and None

Complications:     None.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Riccio, Lin M, MD at 9/14/2018  7:14 AM (continued)**          Version 1 of 2

Drains/Packs:            Multiple lap pads and Abthera

EBL:      2 liters

Specimens: None

Intraop Findings:   Blood throughout the abdomen, active bleeding from the left upper quadrant, capsular tear of the spleen, several serosal tears made upon entry into the abdomen

Lin M Riccio, MD

Electronically signed by Riccio, Lin M, MD on 9/14/2018  7:22 AM

**Brief Op Note by Fox, Preston Stuart, MD at 9/13/2018  2:45 PM**          Version 1 of 1

| Author:  Fox, Preston Stuart, MD | Service:  Interventional Radiology | Author Type:  Physician |
|---|---|---|
| Filed:  9/13/2018  2:49 PM | Date of Service:  9/13/2018  2:45 PM | Creation Time:  9/13/2018  2:45 PM |
| Status:  Signed | Editor:  Fox, Preston Stuart, MD (Physician) | |

Mesenteric Angio;
No active bleeding site seen from celiac and SMA angio. Dr. Riccio request splenic a embo for splenic capsular tear. Successful proximal splenic A embo with MReye coils.

Electronically signed by Fox, Preston Stuart, MD on 9/13/2018  2:49 PM

**Op Note by Carter, Jeffrey, MD at 9/10/2018  3:46 PM**          Version 1 of 1

| Author:  Carter, Jeffrey, MD | Service:  (none) | Author Type:  Physician |
|---|---|---|
| Filed:  9/10/2018  3:50 PM | Date of Service:  9/10/2018  3:46 PM | Creation Time:  9/10/2018  3:46 PM |
| Status:  Signed | Editor:  Carter, Jeffrey, MD (Physician) | |

## OPERATIVE NOTE

**Name:  SMITH,DORIS D ALAQUE            DOB:  8/4/1979**
**MR#:  20012296**

Procedure Date:  09/10/18

Preop Diagnosis:  Open Abdomen
Postop Diagnosis:  Same

Procedure:  Washout, Replacement of abthera device

Surgeons:  Jeffrey Carter, MD
Assistants:  Anita Garrett, CFA/CST

Anesthesia:  GET
Blood Products:  None



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Op Note by Carter, Jeffrey, MD at 9/10/2018  3:46 PM (continued)**                    Version 1 of 1

Complications:  None
Drains/Packs:  None
EBL:  5cc
Specimens:  None
Findings:  Edematous bowel and abdominal wall - unable to close abdomen

Wound Class: Contiaminated


Procedure in Detail:
After obtaining informed consent, the patient was brought to the operating suite and placed in the supine position.  Preoperative antibiotics were administered.  SCD's were in place on bilateral lower extremities.  The patient's abdomen was prepped and draped in a sterile fashion.  The ABTHERA device was removed and abdomen assessed.  Fascia has retracted laterally and the intra-abdominal contents and abdominal wall was very edematous.  The patient already had high airway pressures.  The fascia was unable to be closed.  Even a whitman patch would significantly increase airway pressures.  Will plan to reassess in 48 hours.  Patient remains in critical condition on ECMO.
Jeffrey  Carter, MD



Electronically signed by Carter, Jeffrey, MD on 9/10/2018  3:50 PM

**Brief Op Note by Carter, Jeffrey, MD at 9/10/2018  3:44 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Carter, Jeffrey, MD | Service:  (none) | Author Type:  Physician |
| Filed:  9/10/2018  3:45 PM | Date of Service:  9/10/2018  3:44 PM | Creation Time:  9/10/2018  3:44 PM |
| Status:  Signed | Editor:  Carter, Jeffrey, MD (Physician) | |

# BRIEF OP NOTE


Date Time: 09/10/18 3:44 PM

**Patient Name:**

Doris D Alaque Smith

**Date of Operation:**

9/10/2018

**Providers Performing:**

Surgeon(s):
Carter, Jeffrey, MD

**Assistant (s):**

Circulator: Linton, Torri D, RN
Perfusionist: Newton, D'Christopher M, CCP
Physician Assistant: Fox, Jeffery B, PA
Scrub Person: O'Connor, Christopher R
First Assistant: Garrett, Anita L

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Carter, Jeffrey, MD at 9/10/2018  3:44 PM (continued)**          Version 1 of 1

Second Circulator: Hatton, Darlene D, RN

### Operative Procedure:
Procedure(s):
DEBRIDEMENT & IRRIGATION, ABDOMEN WOUND CLOSURE

### Preoperative Diagnosis:
Pre-Op Diagnosis Codes:
   * S/P small bowel resection [Z90.49]
Open Abdomen

### Postoperative Diagnosis:
Post-Op Diagnosis Codes:
   * S/P small bowel resection [Z90.49]
Open Abdomen

### Anesthesia:
General

### Estimated Blood Loss:
 5cc

### Implants:
* No implants in log *

### Drains:
Drains: no

### Specimens:
 None

### OR Specimens:
* No specimens in log *

### Findings:
Edematous bowel and abdominal wall.  Unable to close abdomen

### Complications:
None


Signed by: Jeffrey  Carter, MD                                    WINCHESTER MAIN OR

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Carter, Jeffrey, MD at 9/10/2018  3:44 PM (continued)**                      Version 1 of 1

Electronically signed by Carter, Jeffrey, MD on 9/10/2018  3:45 PM

**Op Note by Goode, Terral C, MD at 9/6/2018  1:17 PM**                                         Version 1 of 1

| | |
|---|---|
| Author:  **Goode, Terral C, MD** | Service:  **Trauma Acute Care Surgery**   Author Type:  **Physician** |
| Filed:  **9/6/2018 2:51 PM** | Date of Service:  **9/6/2018  1:17 PM**   Creation Time:  **9/6/2018  1:17 PM** |
| Status:  **Signed** | Editor:  **Goode, Terral C, MD (Physician)** |

WMC ACCESS

DATE OF OPERATION:
9/6/2018

ATTENDING SURGEON:
Terral Goode, MD.

PREOPERATIVE DIAGNOSIS:
Open abdomen
Ischemic bowel
Mesenteric venous thrombosis

POSTOPERATIVE DIAGNOSIS:
Open abdomen
Ischemic bowel
Mesenteric venous thrombosis

PROCEDURE:
Exploratory laparotomy
Abdominal washout
Small bowel resection and anastomosis
Percutaneous tracheostomy


OPERATIVE FINDINGS:
Packs removed.  Transhepatic catheter removed without difficulty.  Additional short segment small bowel resection and anastomosis.   Replacement of ABTHERA dressing.  Placement of Shiley 8 XLTCP.

ANESTHESIA:
General.

INTRAVENOUS FLUIDS:
200 ml crystalloid

ESTIMATED BLOOD LOSS:
50 ml

SPECIMENS:
Small bowel



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Operative Notes (continued)**

**Op Note by Goode, Terral C, MD at 9/6/2018  1:17 PM (continued)**                      Version 1 of 1

WOUND CLASS:
Contaminated.


INDICATION FOR PROCEDURE:
Patient is a 39 year old woman, who presented to ACCESS at Winchester Medical Center for abdominal pain. Diagnosed with SMV thrombosis.  Progressed to bowel infarction.  Needed resection.  Left with open abdomen.  Concurrently, developed severe ARDS, requiring ECMO.  Currently stable on vent settings and minimal pressors.  Patient is appropriate for surgical intervention.

OPERATIVE COURSE:
The patient was brought to the operating room, placed in supine
position.  Patient had bilateral
sequential compression devices placed on lower extremities. Patient
had appropriate IV antibiotics administered.  Patient was then
prepped and draped in a sterile fashion.  The ABTHERA outer dressing was removed before prepping.  Inner dressing was removed sterilely.  Significant thickening and edema of edges of abdominal wall fascia was noted.  The tissue was otherwise healthy.  Abdominal cavity washed out with 500 ml of warm normal saline.  Limited exploration of abdominal cavity performed.  No evidence of succus, pus, or necrosis.  Liver appeared regionally ischemia but otherwise normal.  I removed the transhepatic catheter under direct visualization and cauterized the entry site.  Several lap pads were removed from the abdominal cavity.  I ran the bowel from the ligament of Treitz to the ileocecal valve.  Localized area of congestion noted proximally.  There was a prior small bowel resection and she had been left in discontinuity.  I resected an additional 3-4 cm.  Then I performed a stapled side to side anastomosis.  I oversewed the staple line and then closed the mesenteric defect with running silk suture.  The stomach and colon and spleen appeared normal.  I lysed minimal adhesions in order to visualize the intraabdominal cavity fully.  I was satisfied with hemostasis, small sheet of surgicel left in the pelvis.  ABTHERA dressing applied.  Biilateral femoral vein cannulation sites were surveilled and redressed (dictated separately) by CT surgery.
The patient was prepped and draped for the tracheostomy. I injected about 5 ml 1% lidocaine without epi at the cervical midline for local anesthesia. I made a 1-2 cm longitudinal incision using a #15 blade at the cervical midline. I carried the incision down through the subcutaneous tissue using blunt dissection. I identified the tracheal rings digitally. Anesthesia performed bronch in conjuction with my manipulation of the trachea.  The patient's O2 sat was 100% on advanced vent settings. The ETT was slowly withdrawn until I could see the anterior wall of the trachea. I identified the access needle in the lumen of the trachea as I inserted it through the midline incision. Using seldinger technique, I inserted the guidewire. I adequated dilated the tract. I then inserted Shiley 8 XLTCP tracheostomy tube (successful on first attempt). Adequate oxygenation and end tidal $CO_2$ was achieved. I sutured the trach to the skin using silk sutures. The collar was then attached. A sterile dressing was then placed at the site. Patient tolerated procedure well.
There were no complications during this
Procedure.

The patient was
transferred to awaiting bed where patient was taken to ICU
in stable condition.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Operative Notes (continued)

**Op Note by Goode, Terral C, MD at 9/6/2018  1:17 PM (continued)**                    Version 1 of 1
  Electronically signed by Goode, Terral C, MD on 9/6/2018  2:51 PM

**Op Note by Carter, Jeffrey, MD at 9/3/2018  7:47 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Carter, Jeffrey, MD | Service:  (none) | Author Type:  Physician |
| Filed:  9/6/2018 11:55 AM | Date of Service:  9/3/2018  7:47 PM | Creation Time:  9/6/2018 11:47 AM |
| Status:  Signed | Editor:  Carter, Jeffrey, MD (Physician) | |

### OPERATIVE NOTE

**Name:  SMITH,DORIS D ALAQUE**          **DOB:  8/4/1979**
**MR#:  20012296**

Procedure Date:  09/03/2018

Preop Diagnosis:  Intra-abdominal hemorrhage, abdominal compartment syndrome, ischemic bowel
Postop Diagnosis:  Same

Procedure:  Exploratory laparotomy; Liver packing; Small Bowel Resection

Surgeons:  Jeffrey Carter, MD; Lin Riccio
Assistants:  Anita Garrett, CFA/CST

Anesthesia:  GET
Blood Products:  None
Complications:  None
Drains/Packs:  None
EBL:  2000cc
Specimens:  Small Bowel
Findings:  Hemorrhage from inferior aspect of liver edge; Abdominal compartment syndrome; 30cm of ischemic small bowel.

Wound Class: Dirty

Brief History:
39 y.o. female with SMV thrombosis who had underwent catheter directed thrombolysis earlier in the day who developed signs of hemorrhagic shock.
Procedure in Detail:
After obtaining informed consent, the patient was brought to the operating suite and placed in the supine position.  Preoperative antibiotics were administered.  SCD's were in place on bilateral lower extremities. The patient's abdomen was prepped and draped in a sterile fashion.  A midline incision was made and cautery was used to dissect through the adipose tissue and to open the fascia.  Kocher clamps were applied to the fascial edges and the peritoneum was entered directly with Metzenbaum scissors while lifting up on the abdominal wall.  Upon entering the abdomen we found a large amount of hemoperitoneum.  After evacuating the hemoperitoneum we identified ongoing bleeding from the liver edge at a site that appeared to be an intrahepatic hematoma which had ruptured.  Packs were used to directly compress the area of concern both above and below the liver.  With packing a cessation of tPA there did not appear to be any further hemorrhage. We then directed our attention to the small bowel.  We ran bowel from ligament of trietz to cecum.  We identified a 30cm segment of mid jejunal bowel which was non-viable.  This was divided with linear staplers



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

**Op Note by Carter, Jeffrey, MD at 9/3/2018  7:47 PM (continued)**                                  Version 1 of 1

and the mesentery taken with the ligature device.  At that point the patient was left in discontinuity.  An
ABTHERA was placed in the standard fashion and the patient was brought back to ICU in critical condition.


Jeffrey  Carter, MD




Electronically signed by Carter, Jeffrey, MD on 9/6/2018 11:55 AM

**Op Note signed by Kofsky, Edward R, MD at 9/4/2018  2:59 PM**                                      Version 1 of 1

| | | |
|---|---|---|
| Author:  Kofsky, Edward R, MD | Service:  Cardiac Surgery | Author Type:  Physician |
| Filed:  9/4/2018  2:59 PM | Date of Service:  9/3/2018  9:56 PM | Creation Time:  9/4/2018  2:30 AM |
| Status:  Signed | Editor:  Kofsky, Edward R, MD (Physician) | |
| Trans ID:  PS48884155 | | |

| Dictation Time: | Trans Time: | Trans Doc Type: | Trans Status: |
|---|---|---|---|
| 9/3/2018  9:56 PM | 9/4/2018  1:38 AM | Operative Report-T | Available |

```
Date: 09/03/2018
PREOPERATIVE DIAGNOSES:
1.   Acute respiratory failure, likely secondary to
     aspiration on intubation.
2.   Mesenteric vein thrombosis leading to intra-abdominal
     catastrophe with gut ischemia, requiring emergency laparotomy
     and ultimately lytic therapy to the mesenteric vein.
3.   Morbid obesity.

POSTOPERATIVE DIAGNOSES:
1.   Acute respiratory failure, likely secondary to
     aspiration on intubation.
2.   Mesenteric vein thrombosis leading to intra-abdominal
     catastrophe with gut ischemia, requiring emergency laparotomy
     and ultimately lytic therapy to the mesenteric vein.
3.   Morbid obesity.

PROCEDURE PERFORMED: Femoral venous/femoral venous cannulation
for a venovenous extracorporeal membrane oxygenation.

SURGEON: Edward R Kofsky, MD

ASSISTANTS:
1.   Glenn Bouder, MD
2.   Jeffery B Fox, PA-C
```



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/4/2018 2:59 PM (continued)**                    Version 1 of 1

ANESTHESIA: IV sedation.

INDICATION FOR OPERATION: This is a 39-year-old woman with the above stated medical problems, underwent laparotomy today for gut ischemia. She underwent bowel resection with abdominal packing and ABThera dressing. At arrival in the ICU, she was noted to be hypoxemic. She was thought to either be suffering from transfusion related lung injury or aspiration. She rapidly desaturated and became somewhat unstable. Dr. Glenn Bouder of the ECMO Team was consulted and in light of the patient's rapid deterioration, it was felt that ECMO would be appropriate. Code ECMO was called. The patient's family had been consented.

DESCRIPTION OF TECHNIQUE: The OR Team presented to the bedside. A previous right internal jugular venous line was present as was right femoral arterial sheath. The patient was morbidly obese. Both femoral vein accessible for cannulation. At the time of the team assembly, the oxygen saturations were in the 70s and blood pressure was 80s on increasing doses of pressors. The patient had no known cardiac history. We still felt that VV ECMO was appropriate at this point, but that the most expeditious cannulation methodology would be best for this patient, so we abandoned thought of using a Avalon cannula. The abdomen, chest, and lower extremities were prepped and draped in usual sterile fashion. After standard ECMO time-out, the SonoSite was utilized to access both femoral veins with a micropuncture needle set and long 0.035 wires were advanced into each femoral vein and identified by fluoro either in the superior vena cava with the cava atrial junction. The patient was given 9000 units of heparin, which allowed 2 minutes to circulate. We started on the right side and planned to place our arterial and return cannula through this venous cannula. We initially selected a 22 Sorin cannula for this purpose. A series of dilators were placed over the femoral venous wire on the right side. We then passed the 22-French cannula and dilator over the wire, we were not able to advance it into the vein. We re-dilated the tract and again we were unable to advance the 22. The patient was morbidly obese with about 8 inches of fat between the skin and the femoral vein. We felt that either our angle was not correct or we did not have tied in a frail. We exchanged our wire over one of our smaller dilators to a super stiff wire. We then again tried to advance our 22, we were unable to. We downsized to a 19 Bio-Medicus cannula and we were unable to advance and the wire became kinked and we lost



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Op Note signed by Kofsky, Edward R, MD at 9/4/2018  2:59 PM  (continued)**                    Version 1 of 1

access at this point.  We controlled our femoral venous bleeding
with a heavy pursestring suture and turned our attention to the
left leg.  At this point, we planned now to place a venous
drainage cannula through the left side and used the right
jugular vein for arterial return.  The left side again was
dilated with a series of dilators and this time we again tried
to use the 22 venous drainage catheter, again we could not
advance the 22 through the angles that we had.  We were finally
able to advance a 19 Bio-Medicus cannula up and located it just
at the diaphragm.  We fixed this cannula in position.  We made
it to the venous limb of the venovenous ECMO circuit.  Before
moving to the neck, we figured we would try one additional
attempt at puncturing the femoral vein at a different angle.
Using SonoSite, we did again find the femoral vein and this time
we were able to again access at a slightly different angle.  We
were able to easily dilate up and our wires passed up much more
easily this time.  We used a regular plain 0.035 wire and we
were able to easily advance another 19 Bio-Medicus cannula this
time above the cavoatrial junction to allow a good location for
"arterial return cannula."  There was about 15 cm separation
between the most proximal hole in the arterial return cannula
and the tip of the venous drainage cannula.  We felt this was
adequate separation to avoid recirculation.  This cannulas was
fixed in position and mated to the arterial limb of the
venovenous circuit.  ECMO was initiated and very low flows about
500 cc/minute and ramped up to about 3.5 liters per minute with
a little chatter.  We fixed each of her cannula in position on
the skin with a series of heavy silk stitches.  The chest x-ray
was obtained to identify a good position of both cannula tips.
There was no bleeding at the puncture sites.  Each of the
cannula was dressed with Ioban drape to provide additional
fixation.  The patient tolerated the procedure well.


40863
DD: 09/03/2018 21:56:46
DT: 09/04/2018 01:38:01
JOB: 1798425/48884155


Electronically signed by Kofsky, Edward R, MD on 9/4/2018  2:59 PM

**Brief Op Note by Riccio, Lin M, MD at 9/3/2018 10:22 PM**                    Version 1 of 1



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Operative Notes (continued)**

| Brief Op Note by Riccio, Lin M, MD at 9/3/2018 10:22 PM (continued) | | Version 1 of 1 |
|---|---|---|
| Author:  Riccio, Lin M, MD | Service:  Trauma Acute Care Surgery | Author Type:  Physician |
| Filed:  9/3/2018 10:27 PM | Date of Service:  9/3/2018 10:22 PM | Creation Time:  9/3/2018 10:22 PM |
| Status:  Signed | Editor:  Riccio, Lin M, MD (Physician) | |

## BRIEF OP NOTE

Date Time: 09/03/18 10:22 PM

**Patient Name:**

Doris D Alaque Smith

**Date of Operation:**

9/3/2018

**Providers Performing:**

Surgeon(s):
Carter, Jeffrey, MD
Riccio, Lin M, MD

**Assistant (s):**

Circulator: Morton, Janice, RN
Scrub Person: O'Connor, Christopher R; Snyder, Nathan M
First Assistant: Garrett, Anita L
Surgical Resident: Xu, Haoxuan A, MD

**Operative Procedure:**

Procedure(s):
EXPLORATORY LAPAROTOMY
LAPAROTOMY, SMALL BOWEL RESECTION

**Preoperative Diagnosis:**

Intraabdominal hemorrhage
Acute mesenteric ischemia

**Postoperative Diagnosis:**

Intraabdominal hemorrhage
Acute mesenteric ischemia

**Anesthesia:**

General

**Estimated Blood Loss:**

 2000 mL

**Implants:**

* No implants in log *

**Drains:**

Drains: Abthera

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Operative Notes (continued)

**Brief Op Note by Riccio, Lin M, MD at 9/3/2018 10:22 PM (continued)**                                    Version 1 of 1

**Specimens:**

30 cm small bowel

**OR Specimens:**

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| A : portion small bowel | Excision | Soft tissue (specify site) | VH SURGICAL PATHOLOGY | Carter, Jeffrey, MD | 9/3/2018 1740 | |

**Findings:**

Liver hematoma
Portion of necrotic small bowel
2 liters blood in the abdomen

**Complications:**

None

Signed by: Lin M Riccio, MD                                    WINCHESTER MAIN OR

Electronically signed by Riccio, Lin M, MD on 9/3/2018 10:27 PM

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes**

**H&P by Rahman, Mohammad A, MD at 9/2/2018 5:58 AM**                                                Version 5 of 5

| | | |
|---|---|---|
| Author: Rahman, Mohammad A, MD | Service: Medicine | Author Type: Physician |
| Filed: 9/2/2018 6:47 AM | Date of Service: 9/2/2018 5:58 AM | Creation Time: 9/2/2018 5:58 AM |
| Status: Addendum | Editor: Rahman, Mohammad A, MD (Physician) | |
| Related Notes: Original Note by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018 6:12 AM | | |

### History of Present Illness

9/2/2018
Chief complaint : Abdominal pain

HPI:

Doris Smith is a 39 y.o. female with past medical history of hypertension was admitted to ED observation unit on 9/1/2018 with abdominal pain. Patient has ongoing diffuse abdominal pain for last 1 week she had 2 visits Martinsburg Hospital in last 1 week. Yesterday she came to our hospital. Patient has complains of nausea and vomiting and poor oral intake. HIDA scan was negative for acute cholecystitis. At midnight patient spiked fever of 11.5 and signs of sepsis with tachycardia initial lactic acid is 2.93. WBC count jumped up to 18,008 was normal before after 3 L bolus repeat lactic acid 2.5 CT abdomen showed extensive superior mesenteric venous thrombosis with portal venous thrombosis moderate circumferential wall thickening of the lung segments of small bowel due to venous congestion.
Patient got vancomycin and cefepime in ED
Pregnancy test was negative in ED
Mother died of blood clot

### Past Medical History
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

### Past Surgical History
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Allergies
**Allergies**

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 5 of 5

### Prior to Admission Medications

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • 0.9% NaCl infusion | | Intravenous | Continuous | Benkelman, Douglas Wade, MD | | Stopped at 09/02/18 0030 |
| • 0.9% NaCl infusion | | Intravenous | Continuous | Rahman, Mohammad A, MD | | |
| • acetaminophen (TYLENOL) tablet 650 mg  Or | 650 mg | Oral | Q4H PRN | Benkelman, Douglas Wade, MD | | 650 mg at 09/02/18 0415 |
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg Or | 650 mg | per NG tube | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • heparin (porcine) injection 5,000-10,000 Units | 5,000-10,000 Units | Intravenous | Q6H PRN | Casey, Sandra L, NP | | |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Casey, Sandra L, NP | 38 mL/hr at 09/02/18 0419 | 1,900 Units/hr at 09/02/18 0419 |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg | Intravenous | Q2H PRN | Casey, Sandra L, NP | | 1 mg at 09/02/18 0501 |
| • lactobacillus species (BIO-K PLUS) capsule 50 Billion CFU | 50 Billion CFU | Oral | Daily | Casey, Sandra L, NP | | |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • piperacillin-tazobactam | 3.375 g | Intravenous | Q6H | Rahman, Mohammad A, | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                           Version 5 of 5

| | | | | | |
|---|---|---|---|---|---|
| (ZOSYN) IVPB 3.375 g | | | | MD | |
| • promethazine (PHENERGAN) tablet 25 mg  Or | 25 mg | Oral | Q6H PRN | Benkelman, Douglas Wade, MD | 25 mg at 09/01/18 1839 |
| • promethazine (PHENERGAN) suppository 12.5 mg  Or | 12.5 mg | Rectal | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • promethazine (PHENERGAN) IM injection 6.25 mg  Or | 6.25 mg | Intramuscular | Q6H PRN | Benkelman, Douglas Wade, MD | 6.25 mg at 09/02/18 0133 |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | |
| • vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL | 1,250 mg | Intravenous | Q12H | Benkelman, Douglas Wade, MD | |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions | Benkelman, Douglas Wade, MD | |

## Social History

**Social History**

Substance Use Topics

- Smoking status:          Never Smoker
- Smokeless tobacco:          Never Used
- Alcohol use          Yes
    *Comment: occas*

## Family History

Family history was obtained and was non contributory for cardiac history, cancer history.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                   Version 5 of 5

**Review of Systems**

Ten completed review of systems including eyes, ENT, cardiovascular, respiratory, gastrointestinal, genitourinary, psychiatric, neurologic, integumentary, allergic/hematology,  are reviewed and found unremarkable except pertinent positives mentioned in the history of present illness and past medical history.

**Physical Exam**

BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018 | SpO2 100% | BMI 49.11 kg/m²

Intake/Output Summary (Last 24 hours) at 09/02/18 0558
Last data filed at 09/02/18 0240

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 220 ml            |
| Output | 125 ml            |
| **Net** | 95 ml            |

*Physical Exam*

**1) General appearance:**  well developed,well nourished, in no apparent acute cardiorespiratory distress.

**2) HEENT:** Head is atraumatic and normocephalic. Pupils are equally reactive to light and accommodation. Extraocular muscles are intact. Patient has intact external auditory canal. No abnormal lesions or bleeding from nose. Oral mucosa moist with no pharyngeal congestion.

**3) Neck:** Supple. Trachea is central, no JVD or carotid bruit.

**4) Chest:** Clear to auscultation bilaterally, no wheezing

 **6) CVS:** The S1, S2 normal. Regular rate and rhythm.No murmur

**7) Abdomen:**  soft, severe tenderness soft negative bowel sounds
 **8) Musculoskeletal:** Patient has 5/5 motor strength in bilateral upper extremities as well as bilateral LE. No pitting edema in bilateral lower extremities.

**9) Neurological:** Cranial nerves II-XII intact. Grossly non focal

**10) Psychiatric:** Alert and oriented x 3. Mood is appropriate.

**11) Integumentary:** warm with normal skin turgor, no rash

**12) Lymphatics**: No lymphadenopathy in axillary, cervial and inguinal area.

EKG reviewed by me none
*Labs*

Labs Reviewed



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 5 of 5

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
| --- | --- |
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |
| MPV | 10.2 (*) |
| All other components within normal limits | |

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Glucose | 139 (*) |
| ALT | 133 (*) |
| AST (SGOT) | 87 (*) |
| BUN/Creatinine Ratio | 8.8 (*) |
| Osmolality Calc | 274 (*) |
| All other components within normal limits | |

**VH URINALYSIS WITH MICROSCOPIC - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Clarity, UA | Slightly Cloudy (*) |
| Protein, UR | 30 (*) |
| Ketones UA | 20 (*) |
| Urobilinogen, UA | 2.0 (*) |
| All other components within normal limits | |

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
| --- | --- |
| WBC | 18.3 (*) |
| RBC | 5.60 (*) |
| MCV | 73 (*) |
| MCH | 22 (*) |
| MCHC | 30 (*) |
| RDW | 16.9 (*) |
| MPV | 10.4 (*) |
| NEUTROPHIL % | 82.3 (*) |
| Lymphocytes | 9.4 (*) |
| Neutrophils Absolute | 15.1 (*) |
| All other components within normal limits | |

**LIPASE - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Lipase | 6 (*) |
| All other components within normal limits | |

**LACTIC ACID, PLASMA - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Lactic acid | 2.93 (*) |
| All other components within normal limits | |

**CBC AND DIFFERENTIAL - Abnormal; Notable**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 5 of 5

for the following:

| | |
|---|---|
| WBC | 16.8 (*) |
| RBC | 5.18 (*) |
| Hemoglobin | 11.7 (*) |
| MCV | 74 (*) |
| MCH | 23 (*) |
| MCHC | 31 (*) |
| RDW | 16.6 (*) |
| MPV | 10.8 (*) |
| NEUTROPHIL % | 91.0 (*) |
| Lymphocytes | 4.0 (*) |
| Neutrophils Absolute | 15.6 (*) |

All other components within normal limits
*Narrative:*
*Manual differential performed*

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
|---|---|
| CO2 | 15.4 (*) |
| Calcium | 7.3 (*) |
| Glucose | 196 (*) |
| Protein, Total | 5.8 (*) |
| Albumin | 2.6 (*) |
| ALT | 86 (*) |
| AST (SGOT) | 44 (*) |

All other components within normal limits

**HEPATIC FUNCTION PANEL - Abnormal; Notable for the following:**

| | |
|---|---|
| Albumin | 2.9 (*) |
| ALT | 99 (*) |
| AST (SGOT) | 49 (*) |
| Bilirubin, Direct | 0.5 (*) |

All other components within normal limits

**BASIC METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
|---|---|
| CO2 | 19.5 (*) |
| Glucose | 195 (*) |

All other components within normal limits

**PT AND APTT - Abnormal; Notable for the following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC AND CULTURE IF INDICATED     - Abnormal; Notable for the following:**

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Specific Gravity, UR | >1.060 (*) |

---



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 5 of 5

| | |
|---|---|
| Protein, UR | 100 (*) |
| Glucose, UA | 50 (*) |
| Ketones UA | 80 (*) |
| WBC, UA | 6 (*) |

All other components within normal limits
*Narrative:*
*A Urine Culture has been ordered based upon*
*the Positive UA results.*

**LACTIC ACID, PLASMA - Abnormal; Notable for the following:**

| | |
|---|---|
| Lactic acid | 2.58 (*) |

All other components within normal limits

**APTT - Abnormal; Notable for the following:**

| | |
|---|---|
| aPTT | 22.9 (*) |

All other components within normal limits

**PT/INR - Abnormal; Notable for the following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**I-STAT CG4 ARTERIAL CARTRIDGE - Abnormal; Notable for the following:**

| | |
|---|---|
| pH, ISTAT | 7.29 (*) |
| BE, ISTAT | -9 (*) |
| HCO3, ISTAT | 16.1 (*) |
| PCO2, ISTAT | 33.3 (*) |
| TCO2, ISTAT | 17 (*) |

All other components within normal limits
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE, URINE**
**HCG, SERUM, QUALITATIVE**
**LIPASE**
**PROTEIN C ANTIGEN**
**PROTEIN C-FUNCTIONAL, PLASMA**
**FACTOR 5 LEIDEN**
**PROTEIN S, TOTAL AND FREE**
**ANTITHROMBIN III LEVEL**
**CARDIOLIPIN ANTIBODY**


**Assessment and Plan**


1.Acute superior mesenteric vein thrombosis complicated with sepsis with moderate circumferential thickening of long segments of bowel due to venous congestion
Concern for transmural necrosis? With sepsis elevated lactic acid
Close monitoring
as per surgery no indication for surgery right now as there is no signs of peritonitis
+ Severe abdominal tenderness soft Negative bowel sound


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)** <span style="float:right">Version 5 of 5</span>

Blood pressure remained stable however patient is tachycardic to 100
We'll admit to inpatient
We will continue IV heparin
We will continue nothing by mouth IV fluid
Pain control
Broad-spectrum antibiotics
Serial abdominal examination
Serial lactic acid/BMP ordered in few hours
Follow-up access surgery recommendation
Vascular surgery consult appreciated
ICU consult requested To evaluate the patient for CCRAU/ICU spoke to Dr. Goode
2. Hypertension we will hold blood pressure medication due to concern of sepsis related hypotension from now
3. Metabolic acidosis due to #1


CODE Status : Full code

GI prophylaxis not required
DVT prophylaxis on IV heparin

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently.
Critical care time spent excluding billable procedures 60 mins



**Mohammad A Rahman**
**9/2/2018**

**5:58 AM**

Electronically signed by Rahman, Mohammad A, MD on 9/2/2018  6:47 AM

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM** <span style="float:right">Version 4 of 5</span>

| | | |
|---|---|---|
| Author:  Rahman, Mohammad A, MD | Service:  Medicine | Author Type:  Physician |
| Filed:  9/2/2018  6:12 AM | Date of Service:  9/2/2018  5:58 AM | Creation Time:  9/2/2018  5:58 AM |
| Status:  Addendum | Editor:  Rahman, Mohammad A, MD (Physician) | |

Related Notes:  Addendum by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018  6:47 AM
Original Note by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018  6:11 AM

## History of Present Illness

9/2/2018
Chief complaint : Abdominal pain

HPI:

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                                   Version 4 of 5

Doris Smith is a 39 y.o.  female with past medical  history of hypertension was admitted to ED observation unit
on 9/1/2018 with abdominal pain. Patient has ongoing diffuse abdominal pain for last 1 week she had 2 visits
Martinsburg Hospital in last 1 week. Yesterday she came to our hospital. Patient has complains of nausea and
vomiting and poor oral intake. HIDA scan was negative for acute cholecystitis. At midnight patient spiked fever
of 11.5 and signs of sepsis with tachycardia initial lactic acid is 2.93. WBC count jumped up to 18,008 was
normal before after 3 L bolus repeat lactic acid 2.5 CT abdomen showed extensive superior mesenteric venous
thrombosis with portal venous thrombosis moderate circumferential wall thickening of the lung segments of
small bowel due to venous congestion.
Patient got vancomycin and cefepime in ED
Pregnancy test was negative in ED
Mother died of blood clot

**Past Medical History**
**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History**
**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

**Allergies**
**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

**Prior to Admission Medications**
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
| --- | --- | --- | --- | --- | --- | --- |
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Benkelman, Douglas Wade, MD | | Stopped at 09/02/18 0030 |
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Rahman, Mohammad A, | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 4 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | MD | | |
| • acetaminophen (TYLENOL) tablet 650 mg<br><br>Or | 650 mg | Oral | Q4H PRN | Benkelman, Douglas Wade, MD | | 650 mg at 09/02/18 0415 |
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg<br>Or | 650 mg | per NG tube | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • heparin (porcine) injection 5,000-10,000 Units | 5,000-10,000 Units | Intravenous | Q6H PRN | Casey, Sandra L, NP | | |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Casey, Sandra L, NP | 38 mL/hr at 09/02/18 0419 | 1,900 Units/hr at 09/02/18 0419 |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg | Intravenous | Q2H PRN | Casey, Sandra L, NP | | 1 mg at 09/02/18 0501 |
| • lactobacillus species (BIO-K PLUS) capsule 50 Billion CFU | 50 Billion CFU | Oral | Daily | Casey, Sandra L, NP | | |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • piperacillin-tazobactam (ZOSYN) IVPB 3.375 g | 3.375 g | Intravenous | Q6H | Rahman, Mohammad A, MD | | |
| • promethazine (PHENERGAN) tablet 25 mg<br><br>Or | 25 mg | Oral | Q6H PRN | Benkelman, Douglas Wade, MD | | 25 mg at 09/01/18 1839 |
| • promethazine (PHENERGAN) suppository 12.5 mg | 12.5 mg | Rectal | Q6H PRN | Benkelman, Douglas Wade, MD | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 4 of 5

Or

| | | | | | |
|---|---|---|---|---|---|
| • promethazine (PHENERGAN) IM injection 6.25 mg | 6.25 mg | Intramuscular | Q6H PRN | Benkelman, Douglas Wade, MD | 6.25 mg at 09/02/18 0133 |

Or

| | | | | | |
|---|---|---|---|---|---|
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | |
| • vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL | 1,250 mg | Intravenous | Q12H | Benkelman, Douglas Wade, MD | |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions | Benkelman, Douglas Wade, MD | |

## Social History
**Social History**
Substance Use Topics

- Smoking status:              Never Smoker
- Smokeless tobacco:           Never Used
- Alcohol use                  Yes
       *Comment: occas*

## Family History
Family history was obtained and was non contributory for cardiac history, cancer history.

## Review of Systems
Ten completed review of systems including eyes, ENT, cardiovascular, respiratory, gastrointestinal, genitourinary, psychiatric, neurologic, integumentary, allergic/hematology,  are reviewed and found unremarkable except pertinent positives mentioned in the history of present illness and past medical history.

## Physical Exam
BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²

Intake/Output Summary (Last 24 hours) at 09/02/18 0558



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 4 of 5

Last data filed at 09/02/18 0240

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 220 ml            |
| Output | 125 ml            |
| **Net** | 95 ml            |

*Physical Exam*

**1) General appearance:**  well developed,well nourished, in no apparent acute cardiorespiratory distress.

**2) HEENT:** Head is atraumatic and normocephalic. Pupils are equally reactive to light and accommodation. Extraocular muscles are intact. Patient has intact external auditory canal. No abnormal lesions or bleeding from nose. Oral mucosa moist with no pharyngeal congestion.

**3) Neck:** Supple. Trachea is central, no JVD or carotid bruit.

**4) Chest:** Clear to auscultation bilaterally, no wheezing

 **6) CVS:** The S1, S2 normal. Regular rate and rhythm.No murmur

**7) Abdomen:**  soft, severe tenderness soft negative bowel sounds
 **8) Musculoskeletal:** Patient has 5/5 motor strength in bilateral upper extremities as well as bilateral LE. No pitting edema in bilateral lower extremities.

**9) Neurological:** Cranial nerves II-XII intact. Grossly non focal

**10) Psychiatric:** Alert and oriented x 3. Mood is appropriate.

**11) Integumentary:** warm with normal skin turgor, no rash

**12) Lymphatics:** No lymphadenopathy in axillary, cervial and inguinal area.

EKG reviewed by me none
*Labs*

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
|--------|-------|
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |
| MPV | 10.2 (*) |
| All other components within normal limits | |

**COMPREHENSIVE METABOLIC PANEL -**


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 4 of 5

Abnormal; Notable for the following:

| | |
|---|---|
| Glucose | 139 (*) |
| ALT | 133 (*) |
| AST (SGOT) | 87 (*) |
| BUN/Creatinine Ratio | 8.8 (*) |
| Osmolality Calc | 274 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC -**
Abnormal; Notable for the following:

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Protein, UR | 30 (*) |
| Ketones UA | 20 (*) |
| Urobilinogen, UA | 2.0 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 18.3 (*) |
| RBC | 5.60 (*) |
| MCV | 73 (*) |
| MCH | 22 (*) |
| MCHC | 30 (*) |
| RDW | 16.9 (*) |
| MPV | 10.4 (*) |
| NEUTROPHIL % | 82.3 (*) |
| Lymphocytes | 9.4 (*) |
| Neutrophils Absolute | 15.1 (*) |

All other components within normal limits

**LIPASE - Abnormal; Notable for the following:**

| | |
|---|---|
| Lipase | 6 (*) |

All other components within normal limits

**LACTIC ACID, PLASMA - Abnormal; Notable for the following:**

| | |
|---|---|
| Lactic acid | 2.93 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 16.8 (*) |
| RBC | 5.18 (*) |
| Hemoglobin | 11.7 (*) |
| MCV | 74 (*) |
| MCH | 23 (*) |
| MCHC | 31 (*) |
| RDW | 16.6 (*) |
| MPV | 10.8 (*) |
| NEUTROPHIL % | 91.0 (*) |
| Lymphocytes | 4.0 (*) |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 4 of 5

    Neutrophils Absolute      15.6 (*)
    All other components within normal limits
    *Narrative:*
    *Manual differential performed*
**COMPREHENSIVE METABOLIC PANEL -**
**Abnormal; Notable for the following:**
    $CO_2$                    15.4 (*)
    Calcium                   7.3 (*)
    Glucose                   196 (*)
    Protein, Total            5.8 (*)
    Albumin                   2.6 (*)
    ALT                       86 (*)
    AST (SGOT)                44 (*)
    All other components within normal limits
**HEPATIC FUNCTION PANEL - Abnormal;**
**Notable for the following:**
    Albumin                   2.9 (*)
    ALT                       99 (*)
    AST (SGOT)                49 (*)
    Bilirubin, Direct         0.5 (*)
    All other components within normal limits
**BASIC METABOLIC PANEL - Abnormal;**
**Notable for the following:**
    $CO_2$                    19.5 (*)
    Glucose                   195 (*)
    All other components within normal limits
**PT AND APTT - Abnormal; Notable for the**
**following:**
    PT                        11.6 (*)
    All other components within normal limits
**VH URINALYSIS WITH MICROSCOPIC AND**
**CULTURE IF INDICATED       - Abnormal;**
**Notable for the following:**
    Clarity, UA               Slightly
                              Cloudy (*)
    Specific Gravity, UR      >1.060 (*)
    Protein, UR               100 (*)
    Glucose, UA               50 (*)
    Ketones UA                80 (*)
    WBC, UA                   6 (*)
    All other components within normal limits
    *Narrative:*
    *A Urine Culture has been ordered upon*
    *the Positive UA results.*
**LACTIC ACID, PLASMA - Abnormal; Notable for**
**the following:**
    Lactic acid               2.58 (*)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 4 of 5

    All other components within normal limits
**APTT - Abnormal; Notable for the following:**
    aPTT             22.9 (*)
    All other components within normal limits
**PT/INR - Abnormal; Notable for the following:**
    PT                11.6 (*)
    All other components within normal limits
**I-STAT CG4 ARTERIAL CARTRIDGE -**
**Abnormal; Notable for the following:**
    pH, ISTAT        7.29 (*)
    BE, ISTAT        -9 (*)
    HCO3, ISTAT     16.1 (*)
    PCO2, ISTAT     33.3 (*)
    TCO2, ISTAT     17 (*)
    All other components within normal limits
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE, URINE**
**HCG, SERUM, QUALITATIVE**
**LIPASE**
**PROTEIN C ANTIGEN**
**PROTEIN C-FUNCTIONAL, PLASMA**
**FACTOR 5 LEIDEN**
**PROTEIN S, TOTAL AND FREE**
**ANTITHROMBIN III LEVEL**
**CARDIOLIPIN ANTIBODY**


**Assessment and Plan**

1.Acute superior mesenteric vein thrombosis complicated with sepsis with moderate circumferential thickening of long segments of bowel due to venous congestion as per surgery no indication for surgery right now as there is no signs of peritonitis
+ Severe abdominal tenderness soft Negative bowel sound
Blood pressure remained stable however patient is tachycardic to 100
We'll admit to inpatient
We will continue IV heparin
We will continue nothing by mouth IV fluid
Pain control
Broad-spectrum antibiotics
Serial abdominal examination
Serial lactic acid/BMP
Follow-up access surgery recommendation
Vascular surgery consult appreciated
ICU consult requested To evaluate the patient for CCRAU spoke to Dr. Goode
2. Hypertension we will hold blood pressure medication due to concern of sepsis related hypotension from now
3. Metabolic acidosis due to #1



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 4 of 5

CODE Status : Full code

GI prophylaxis not required
DVT prophylaxis on IV heparin

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently.
Critical care time spent excluding billable procedures 60 mins

**Mohammad A Rahman
9/2/2018**

**5:58 AM**

Electronically signed by Rahman, Mohammad A, MD on 9/2/2018  6:12 AM

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM**                    Version 3 of 5

| | | |
|---|---|---|
| Author: Rahman, Mohammad A, MD | Service: Medicine | Author Type: Physician |
| Filed: 9/2/2018 6:11 AM | Date of Service: 9/2/2018 5:58 AM | Creation Time: 9/2/2018 5:58 AM |
| Status: Addendum | Editor: Rahman, Mohammad A, MD (Physician) | |

Related Notes: Addendum by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018  6:12 AM
Original Note by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018  6:10 AM

**History of Present Illness**

9/2/2018
Chief complaint : Abdominal pain

HPI:

Doris Smith is a 39 y.o.  female with past medical  history of hypertension was admitted to ED observation unit on 9/1/2018 with abdominal pain. Patient has ongoing diffuse abdominal pain for last 1 week she had 2 visits Martinsburg Hospital in last 1 week. Yesterday she came to our hospital. Patient has complains of nausea and vomiting and poor oral intake. HIDA scan was negative for acute cholecystitis. At midnight patient spiked fever of 11.5 and signs of sepsis with tachycardia initial lactic acid is 2.93. WBC count jumped up to 18,008 was normal before after 3 L bolus repeat lactic acid 2.5 CT abdomen showed extensive superior mesenteric venous thrombosis with portal venous thrombosis moderate circumferential wall thickening of the lung segments of small bowel due to venous congestion.
Patient got vancomycin and cefepime in ED
Pregnancy test was negative in ED



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018 5:58 AM (continued)**                    Version 3 of 5

### Past Medical History
**Past Medical History:**

| Diagnosis | Date |
|-----------|------|
| • Hyperlipemia | |
| • Hypertension | |

### Past Surgical History
**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|------------|------|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

### Allergies
**Allergies**

| Allergen | Reactions |
|----------|-----------|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Prior to Admission Medications
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|-----------|------|-------|-----------|----------|-----------|-----------|
| • 0.9% NaCl infusion | | Intravenous | Continuous | Benkelman, Douglas Wade, MD | | Stopped at 09/02/18 0030 |
| • 0.9% NaCl infusion | | Intravenous | Continuous | Rahman, Mohammad A, MD | | |
| • acetaminophen (TYLENOL) tablet 650 mg  Or | 650 mg | Oral | Q4H PRN | Benkelman, Douglas Wade, MD | | 650 mg at 09/02/18 0415 |
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg  Or | 650 mg | per NG tube | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • acetaminophen (TYLENOL) suppository 650 | 650 mg | Rectal | Q4H PRN | Benkelman, Douglas Wade, MD | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

### H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)

Version 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| mg | | | | | | |
| • heparin (porcine) injection 5,000-10,000 Units | 5,000-10,000 Units | Intravenous | Q6H PRN | Casey, Sandra L, NP | | |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Casey, Sandra L, NP | 38 mL/hr at 09/02/18 0419 | 1,900 Units/hr at 09/02/18 0419 |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg | Intravenous | Q2H PRN | Casey, Sandra L, NP | | 1 mg at 09/02/18 0501 |
| • lactobacillus species (BIO-K PLUS) capsule 50 Billion CFU | 50 Billion CFU | Oral | Daily | Casey, Sandra L, NP | | |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • piperacillin-tazobactam (ZOSYN) IVPB 3.375 g | 3.375 g | Intravenous | Q6H | Rahman, Mohammad A, MD | | |
| • promethazine (PHENERGAN) tablet 25 mg   Or | 25 mg | Oral | Q6H PRN | Benkelman, Douglas Wade, MD | | 25 mg at 09/01/18 1839 |
| • promethazine (PHENERGAN) suppository 12.5 mg   Or | 12.5 mg | Rectal | Q6H PRN | Benkelman, Douglas Wade, MD | | |
| • promethazine (PHENERGAN) IM injection 6.25 mg   Or | 6.25 mg | Intramuscular | Q6H PRN | Benkelman, Douglas Wade, MD | | 6.25 mg at 09/02/18 0133 |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Benkelman, Douglas Wade, MD | | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | | |
| • vancomycin | 1,250 | Intravenous | Q12H | Benkelman, | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 3 of 5

| | | | |
|---|---|---|---|
| (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL | mg | | Douglas Wade, MD |
| • vancomycin therapy placeholder | Does not apply | See Admin Instructions | Benkelman, Douglas Wade, MD |

## Social History

**Social History**

Substance Use Topics

- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used
- Alcohol use             Yes
        *Comment: occas*

## Family History

Family history was obtained and was non contributory for cardiac history, cancer history.

## Review of Systems

Ten completed review of systems including eyes, ENT, cardiovascular, respiratory, gastrointestinal, genitourinary, psychiatric, neurologic, integumentary, allergic/hematology,  are reviewed and found unremarkable except pertinent positives mentioned in the history of present illness and past medical history.

## Physical Exam

BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²

Intake/Output Summary (Last 24 hours) at 09/02/18 0558
Last data filed at 09/02/18 0240

| | Gross per 24 hour |
|---|---|
| Intake | 220 ml |
| Output | 125 ml |
| **Net** | 95 ml |

*Physical Exam*

**1) General appearance:**  well developed,well nourished, in no apparent acute cardiorespiratory distress.

**2) HEENT:** Head is atraumatic and normocephalic. Pupils are equally reactive to light and accommodation. Extraocular muscles are intact. Patient has intact external auditory canal. No abnormal lesions or bleeding from nose. Oral mucosa moist with no pharyngeal congestion.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                    Version 3 of 5

**3) Neck:** Supple. Trachea is central, no JVD or carotid bruit.

**4) Chest:** Clear to auscultation bilaterally, no wheezing

**6) CVS:** The S1, S2 normal. Regular rate and rhythm.No murmur

**7) Abdomen:**  soft, severe tenderness soft negative bowel sounds

**8) Musculoskeletal:** Patient has 5/5 motor strength in bilateral upper extremities as well as bilateral LE. No pitting edema in bilateral lower extremities.

**9) Neurological:** Cranial nerves II-XII intact. Grossly non focal

**10) Psychiatric:** Alert and oriented x 3. Mood is appropriate.

**11) Integumentary:** warm with normal skin turgor, no rash

**12) Lymphatics**: No lymphadenopathy in axillary, cervial and inguinal area.

EKG reviewed by me none
_Labs_

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
| --- | --- |
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |
| MPV | 10.2 (*) |

All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| Glucose | 139 (*) |
| --- | --- |
| ALT | 133 (*) |
| AST (SGOT) | 87 (*) |
| BUN/Creatinine Ratio | 8.8 (*) |
| Osmolality Calc | 274 (*) |

All other components within normal limits
**VH URINALYSIS WITH MICROSCOPIC - Abnormal; Notable for the following:**

| Clarity, UA | Slightly Cloudy (*) |
| --- | --- |
| Protein, UR | 30 (*) |
| Ketones UA | 20 (*) |
| Urobilinogen, UA | 2.0 (*) |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                     Version 3 of 5

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 18.3 (*) |
| RBC | 5.60 (*) |
| MCV | 73 (*) |
| MCH | 22 (*) |
| MCHC | 30 (*) |
| RDW | 16.9 (*) |
| MPV | 10.4 (*) |
| NEUTROPHIL % | 82.3 (*) |
| Lymphocytes | 9.4 (*) |
| Neutrophils Absolute | 15.1 (*) |

All other components within normal limits

**LIPASE - Abnormal; Notable for the following:**

| | |
|---|---|
| Lipase | 6 (*) |

All other components within normal limits

**LACTIC ACID, PLASMA - Abnormal; Notable for the following:**

| | |
|---|---|
| Lactic acid | 2.93 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 16.8 (*) |
| RBC | 5.18 (*) |
| Hemoglobin | 11.7 (*) |
| MCV | 74 (*) |
| MCH | 23 (*) |
| MCHC | 31 (*) |
| RDW | 16.6 (*) |
| MPV | 10.8 (*) |
| NEUTROPHIL % | 91.0 (*) |
| Lymphocytes | 4.0 (*) |
| Neutrophils Absolute | 15.6 (*) |

All other components within normal limits
*Narrative:*
*Manual differential performed*

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
|---|---|
| $CO_2$ | 15.4 (*) |
| Calcium | 7.3 (*) |
| Glucose | 196 (*) |
| Protein, Total | 5.8 (*) |
| Albumin | 2.6 (*) |
| ALT | 86 (*) |
| AST (SGOT) | 44 (*) |

All other components within normal limits



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 3 of 5

**HEPATIC FUNCTION PANEL - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| Albumin | 2.9 (*) |
| ALT | 99 (*) |
| AST (SGOT) | 49 (*) |
| Bilirubin, Direct | 0.5 (*) |

All other components within normal limits

**BASIC METABOLIC PANEL - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| CO2 | 19.5 (*) |
| Glucose | 195 (*) |

All other components within normal limits

**PT AND APTT - Abnormal; Notable for the**
**following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC AND**
**CULTURE IF INDICATED     - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Specific Gravity, UR | >1.060 (*) |
| Protein, UR | 100 (*) |
| Glucose, UA | 50 (*) |
| Ketones UA | 80 (*) |
| WBC, UA | 6 (*) |

All other components within normal limits
*Narrative:*
*A Urine Culture has been ordered based upon*
*the Positive UA results.*

**LACTIC ACID, PLASMA - Abnormal; Notable for**
**the following:**

| | |
|---|---|
| Lactic acid | 2.58 (*) |

All other components within normal limits

**APTT - Abnormal; Notable for the following:**

| | |
|---|---|
| aPTT | 22.9 (*) |

All other components within normal limits

**PT/INR - Abnormal; Notable for the following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**I-STAT CG4 ARTERIAL CARTRIDGE -**
**Abnormal; Notable for the following:**

| | |
|---|---|
| pH, ISTAT | 7.29 (*) |
| BE, ISTAT | -9 (*) |
| HCO3, ISTAT | 16.1 (*) |
| PCO2, ISTAT | 33.3 (*) |
| TCO2, ISTAT | 17 (*) |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                   Version 3 of 5

   All other components within normal limits
VH CULTURE-BLOOD-VENIPUNCTURE
VH CULTURE-BLOOD-VENIPUNCTURE
VH CULTURE, URINE
HCG, SERUM, QUALITATIVE
LIPASE
PROTEIN C ANTIGEN
PROTEIN C-FUNCTIONAL, PLASMA
FACTOR 5 LEIDEN
PROTEIN S, TOTAL AND FREE
ANTITHROMBIN III LEVEL
CARDIOLIPIN ANTIBODY


**Assessment and Plan**

1.Acute superior mesenteric vein thrombosis complicated with sepsis with moderate circumferential thickening
of long segments of bowel due to venous congestion as per surgery no indication for surgery right now as there
is no signs of peritonitis
+ Severe abdominal tenderness soft
We'll admit to inpatient
We will continue IV heparin
We will continue nothing by mouth IV fluid
Pain control
Broad-spectrum antibiotics
Serial abdominal examination
Serial lactic acid/BMP
Follow-up access surgery recommendation
Vascular surgery consult appreciated
ICU consult requested To evaluate the patient for CCRAU spoke to Dr. Goode
2. Hypertension we will hold blood pressure medication due to concern of sepsis related hypotension from now
3. Metabolic acidosis due to #1


CODE Status : Full code

GI prophylaxis not required
DVT prophylaxis on IV heparin

This patient has a high probability of sudden clinically significant deterioration which requires the highest level
of physician preparedness to intervene urgently.
Critical care time spent excluding billable procedures 60 mins


**Mohammad A Rahman**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018 5:58 AM (continued)**          Version 3 of 5

**9/2/2018**

**5:58 AM**

Electronically signed by Rahman, Mohammad A, MD on 9/2/2018 6:11 AM

**H&P by Rahman, Mohammad A, MD at 9/2/2018 5:58 AM**          Version 2 of 5

Author: **Rahman, Mohammad A, MD**    Service: **Medicine**          Author Type: **Physician**
Filed: **9/2/2018 6:10 AM**    Date of Service: **9/2/2018 5:58 AM**    Creation Time: **9/2/2018 5:58 AM**
Status: **Addendum**    Editor: **Rahman, Mohammad A, MD (Physician)**
Related Notes: **Addendum by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018 6:11 AM**
Original Note by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018 6:08 AM

### History of Present Illness

9/2/2018
Chief complaint : Abdominal pain

HPI:

Doris Smith is a 39 y.o. female with past medical history of hypertension was admitted to ED observation unit on 9/1/2018 with abdominal pain. Patient has ongoing diffuse abdominal pain for last 1 week she had 2 visits Martinsburg Hospital in last 1 week. Yesterday she came to our hospital. Patient has complains of nausea and vomiting and poor oral intake. HIDA scan was negative for acute cholecystitis. At midnight patient spiked fever of 11.5 and signs of sepsis with tachycardia initial lactic acid is 2.93. WBC count jumped up to 18,008 was normal before after 3 L bolus repeat lactic acid 2.5 CT abdomen showed extensive superior mesenteric venous thrombosis with portal venous thrombosis moderate circumferential wall thickening of the lung segments of small bowel due to venous congestion.
Patient got vancomycin and cefepime in ED
Pregnancy test was negative in ED

**Past Medical History**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

**Past Surgical History**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 2 of 5

### Allergies

Allergies

| Allergen | Reactions |
|---|---|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

### Prior to Admission Medications

Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Benkelman, Douglas Wade, MD | | Stopped at 09/02/18 0030 |
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Rahman, Mohammad A, MD | | |
| • acetaminophen (TYLENOL) tablet 650 mg  Or | 650 mg | Oral | Q4H PRN | Benkelman, Douglas Wade, MD | | 650 mg at 09/02/18 0415 |
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg  Or | 650 mg | per NG tube | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • heparin (porcine) injection 5,000-10,000 Units | 5,000-10,000 Units | Intravenous | Q6H PRN | Casey, Sandra L, NP | | |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Casey, Sandra L, NP | 38 mL/hr at 09/02/18 0419 | 1,900 Units/hr at 09/02/18 0419 |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg | Intravenous | Q2H PRN | Casey, Sandra L, NP | | 1 mg at 09/02/18 0501 |
| • lactobacillus species (BIO-K PLUS) capsule 50 | 50 Billion CFU | Oral | Daily | Casey, Sandra L, NP | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)                    Version 2 of 5

Billion CFU

| | | | | | |
|---|---|---|---|---|---|
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | |
| • piperacillin-tazobactam (ZOSYN) IVPB 3.375 g | 3.375 g | Intravenous | Q6H | Rahman, Mohammad A, MD | |
| • promethazine (PHENERGAN) tablet 25 mg<br><br>Or | 25 mg | Oral | Q6H PRN | Benkelman, Douglas Wade, MD | 25 mg at 09/01/18 1839 |
| • promethazine (PHENERGAN) suppository 12.5 mg<br>Or | 12.5 mg | Rectal | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • promethazine (PHENERGAN) IM injection 6.25 mg<br>Or | 6.25 mg | Intramuscular | Q6H PRN | Benkelman, Douglas Wade, MD | 6.25 mg at 09/02/18 0133 |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | |
| • vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL | 1,250 mg | Intravenous | Q12H | Benkelman, Douglas Wade, MD | |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions | Benkelman, Douglas Wade, MD | |

## Social History

### Social History

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**               Version 2 of 5

- Alcohol use                                    Yes
            *Comment: occas*


## Family History
Family history was obtained and was non contributory for cardiac history, cancer history.


## Review of Systems
Ten completed review of systems including eyes, ENT, cardiovascular, respiratory, gastrointestinal, genitourinary, psychiatric, neurologic, integumentary, allergic/hematology,  are reviewed and found unremarkable except pertinent positives mentioned in the history of present illness and past medical history.


## Physical Exam
BP 123/83  | Pulse 87  | Temp 100.3 °F (37.9 °C) (Rectal)  | Resp 18  | Ht 1.549 m (5' 1")  | Wt 117.9 kg (259 lb 14.8 oz)  | LMP 08/15/2018  | SpO2 100%  | BMI 49.11 kg/m²

Intake/Output Summary (Last 24 hours) at 09/02/18 0558
Last data filed at 09/02/18 0240

|        | **Gross per 24 hour** |
|--------|------------------------|
| Intake | 220 ml                 |
| Output | 125 ml                 |
| **Net** | 95 ml                 |

*Physical Exam*

**1) General appearance:**  well developed,well nourished, in no apparent acute cardiorespiratory distress.

**2) HEENT:** Head is atraumatic and normocephalic. Pupils are equally reactive to light and accommodation. Extraocular muscles are intact. Patient has intact external auditory canal. No abnormal lesions or bleeding from nose. Oral mucosa moist with no pharyngeal congestion.

**3) Neck:** Supple. Trachea is central, no JVD or carotid bruit.

**4) Chest:** Clear to auscultation bilaterally, no wheezing

 **6) CVS:** The S1, S2 normal. Regular rate and rhythm.No murmur

**7) Abdomen:**  soft, severe tenderness soft negative bowel sounds
 **8) Musculoskeletal:** Patient has 5/5 motor strength in bilateral upper extremities as well as bilateral LE. No pitting edema in bilateral lower extremities.

**9) Neurological:** Cranial nerves II-XII intact. Grossly non focal

**10) Psychiatric:** Alert and oriented x 3. Mood is appropriate.

**11) Integumentary:** warm with normal skin turgor, no rash



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 2 of 5

**12) Lymphatics**: No lymphadenopathy in axillary, cervial and inguinal area.

EKG reviewed by me none
*Labs*

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
| --- | --- |
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |
| MPV | 10.2 (*) |

All other components within normal limits

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Glucose | 139 (*) |
| ALT | 133 (*) |
| AST (SGOT) | 87 (*) |
| BUN/Creatinine Ratio | 8.8 (*) |
| Osmolality Calc | 274 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC - Abnormal; Notable for the following:**

| | |
| --- | --- |
| Clarity, UA | Slightly Cloudy (*) |
| Protein, UR | 30 (*) |
| Ketones UA | 20 (*) |
| Urobilinogen, UA | 2.0 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
| --- | --- |
| WBC | 18.3 (*) |
| RBC | 5.60 (*) |
| MCV | 73 (*) |
| MCH | 22 (*) |
| MCHC | 30 (*) |
| RDW | 16.9 (*) |
| MPV | 10.4 (*) |
| NEUTROPHIL % | 82.3 (*) |
| Lymphocytes | 9.4 (*) |
| Neutrophils Absolute | 15.1 (*) |

All other components within normal limits

**LIPASE - Abnormal; Notable for the following:**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                    Version 2 of 5

Lipase                    6 (*)
All other components within normal limits
**LACTIC ACID, PLASMA - Abnormal; Notable for**
**the following:**
Lactic acid               2.93 (*)
All other components within normal limits
**CBC AND DIFFERENTIAL - Abnormal; Notable**
**for the following:**
WBC                       16.8 (*)
RBC                       5.18 (*)
Hemoglobin                11.7 (*)
MCV                       74 (*)
MCH                       23 (*)
MCHC                      31 (*)
RDW                       16.6 (*)
MPV                       10.8 (*)
NEUTROPHIL %              91.0 (*)
Lymphocytes               4.0 (*)
Neutrophils Absolute      15.6 (*)
All other components within normal limits
*Narrative:*
*Manual differential performed*
**COMPREHENSIVE METABOLIC PANEL -**
**Abnormal; Notable for the following:**
CO2                       15.4 (*)
Calcium                   7.3 (*)
Glucose                   196 (*)
Protein, Total            5.8 (*)
Albumin                   2.6 (*)
ALT                       86 (*)
AST (SGOT)                44 (*)
All other components within normal limits
**HEPATIC FUNCTION PANEL - Abnormal;**
**Notable for the following:**
Albumin                   2.9 (*)
ALT                       99 (*)
AST (SGOT)                49 (*)
Bilirubin, Direct         0.5 (*)
All other components within normal limits
**BASIC METABOLIC PANEL - Abnormal;**
**Notable for the following:**
CO2                       19.5 (*)
Glucose                   195 (*)
All other components within normal limits
**PT AND APTT - Abnormal; Notable for the**
**following:**
PT                        11.6 (*)

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                    Version 2 of 5

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC AND
CULTURE IF INDICATED        - Abnormal;
Notable for the following:**

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Specific Gravity, UR | >1.060 (*) |
| Protein, UR | 100 (*) |
| Glucose, UA | 50 (*) |
| Ketones UA | 80 (*) |
| WBC, UA | 6 (*) |

All other components within normal limits
*Narrative:*
*A Urine Culture has been ordered based upon
the Positive UA results.*

**LACTIC ACID, PLASMA - Abnormal; Notable for
the following:**

| | |
|---|---|
| Lactic acid | 2.58 (*) |

All other components within normal limits

**APTT - Abnormal; Notable for the following:**

| | |
|---|---|
| aPTT | 22.9 (*) |

All other components within normal limits

**PT/INR - Abnormal; Notable for the following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**I-STAT CG4 ARTERIAL CARTRIDGE -
Abnormal; Notable for the following:**

| | |
|---|---|
| pH, ISTAT | 7.29 (*) |
| BE, ISTAT | -9 (*) |
| HCO3, ISTAT | 16.1 (*) |
| PCO2, ISTAT | 33.3 (*) |
| TCO2, ISTAT | 17 (*) |

All other components within normal limits

**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE, URINE**
**HCG, SERUM, QUALITATIVE**
**LIPASE**
**PROTEIN C ANTIGEN**
**PROTEIN C-FUNCTIONAL, PLASMA**
**FACTOR 5 LEIDEN**
**PROTEIN S, TOTAL AND FREE**
**ANTITHROMBIN III LEVEL**
**CARDIOLIPIN ANTIBODY**

## Assessment and Plan



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 2 of 5

1.Acute superior mesenteric vein thrombosis complicated with sepsis with moderate circumferential thickening of long segments of bowel due to venous congestion as per surgery no indication for surgery right now as there is no signs of peritonitis
+ Severe abdominal tenderness soft
We'll admit to inpatient
We will continue IV heparin
We will continue nothing by mouth IV fluid
Pain control
Broad-spectrum antibiotics
Serial abdominal examination
Serial lactic acid/BMP
Follow-up access surgery recommendation
Vascular surgery consult appreciated
ICU consult requested spoke to Dr. Goode
2. Hypertension we will hold blood pressure medication due to concern of sepsis related hypotension from now
3. Metabolic acidosis due to #1


CODE Status : Full code

GI prophylaxis not required
DVT prophylaxis on IV heparin

This patient has a high probability of sudden clinically significant deterioration which requires the highest level of physician preparedness to intervene urgently.
Critical care time spent excluding billable procedures 60 mins



**Mohammad A Rahman**
**9/2/2018**

**5:58 AM**

  Electronically signed by Rahman, Mohammad A, MD on 9/2/2018  6:10 AM

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM**                                   Version 1 of 5

| | | |
|---|---|---|
| Author:  Rahman, Mohammad A, MD | Service:  Medicine | Author Type:  Physician |
| Filed:  9/2/2018  6:08 AM | Date of Service:  9/2/2018  5:58 AM | Creation Time:  9/2/2018  5:58 AM |
| Status:  Signed | Editor:  Rahman, Mohammad A, MD (Physician) | |
| Related Notes:  Addendum by Rahman, Mohammad A, MD (Physician) filed at 9/2/2018  6:10 AM | | |

## History of Present Illness

9/2/2018
Chief complaint : Abdominal pain



| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
| --- | --- |

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                              Version 1 of 5

HPI:

Doris Smith is a 39 y.o.  female with past medical  history of hypertension was admitted to ED observation unit on 9/1/2018 with abdominal pain. Patient has ongoing diffuse abdominal pain for last 1 week she had 2 visits Martinsburg Hospital in last 1 week. Yesterday she came to our hospital. Patient has complains of nausea and vomiting and poor oral intake. HIDA scan was negative for acute cholecystitis. At midnight patient spiked fever of 11.5 and signs of sepsis with tachycardia initial lactic acid is 2.93. WBC count jumped up to 18,008 was normal before after 3 L bolus repeat lactic acid 2.5 CT abdomen showed extensive superior mesenteric venous thrombosis with portal venous thrombosis moderate circumferential wall thickening of the lung segments of small bowel due to venous congestion.
Patient got vancomycin and cefepime in ED
Pregnancy test was negative in ED

## Past Medical History
**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Hyperlipemia | |
| • Hypertension | |

## Past Surgical History
**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • ECTOPIC PREGNANCY SURGERY | Right | |
| • ovarian cyst removed | Right | |

## Allergies
**Allergies**

| Allergen | Reactions |
| --- | --- |
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

## Prior to Admission Medications
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
| --- | --- | --- | --- | --- | --- | --- |
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Benkelman, Douglas Wade, MD | | Stopped at 09/02/18 0030 |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                        Version 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| • 0.9%  NaCl infusion | | Intravenous | Continuous | Rahman, Mohammad A, MD | | |
| • acetaminophen (TYLENOL) tablet 650 mg  Or | 650 mg | Oral | Q4H PRN | Benkelman, Douglas Wade, MD | | 650 mg at 09/02/18 0415 |
| • acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg  Or | 650 mg | per NG tube | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • acetaminophen (TYLENOL) suppository 650 mg | 650 mg | Rectal | Q4H PRN | Benkelman, Douglas Wade, MD | | |
| • heparin (porcine) injection 5,000-10,000 Units | 5,000-10,000 Units | Intravenous | Q6H PRN | Casey, Sandra L, NP | | |
| • heparin 25000 units in dextrose 5% 500 mL infusion (premix) | 0-3,500 Units/hr | Intravenous | Titrated | Casey, Sandra L, NP | 38 mL/hr at 09/02/18 0419 | 1,900 Units/hr at 09/02/18 0419 |
| • HYDROmorphone (DILAUDID) injection 1 mg | 1 mg | Intravenous | Q2H PRN | Casey, Sandra L, NP | | 1 mg at 09/02/18 0501 |
| • lactobacillus species (BIO-K PLUS) capsule 50 Billion CFU | 50 Billion CFU | Oral | Daily | Casey, Sandra L, NP | | |
| • naloxone (NARCAN) injection 0.4 mg | 0.4 mg | Intravenous | PRN | Benkelman, Douglas Wade, MD | | |
| • piperacillin-tazobactam (ZOSYN) IVPB 3.375 g | 3.375 g | Intravenous | Q6H | Rahman, Mohammad A, MD | | |
| • promethazine (PHENERGAN) tablet 25 mg  Or | 25 mg | Oral | Q6H PRN | Benkelman, Douglas Wade, MD | | 25 mg at 09/01/18 1839 |
| • promethazine (PHENERGAN) | 12.5 mg | Rectal | Q6H PRN | Benkelman, Douglas Wade, | | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 1 of 5

| | | | | | |
|---|---|---|---|---|---|
| suppository 12.5 mg Or | | | | MD | |
| • promethazine (PHENERGAN) IM injection 6.25 mg Or | 6.25 mg | Intramuscular | Q6H PRN | Benkelman, Douglas Wade, MD | 6.25 mg at 09/02/18 0133 |
| • promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg | 25 mg | Topical | Q6H PRN | Benkelman, Douglas Wade, MD | |
| • sodium chloride (PF) 0.9 % injection 3 mL | 3 mL | Intravenous | Q8H | Benkelman, Douglas Wade, MD | |
| • vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL | 1,250 mg | Intravenous | Q12H | Benkelman, Douglas Wade, MD | |
| • vancomycin therapy placeholder | | Does not apply | See Admin Instructions | Benkelman, Douglas Wade, MD | |

## Social History
**Social History**

Substance Use Topics

- Smoking status:                    Never Smoker
- Smokeless tobacco:                 Never Used
- Alcohol use                        Yes
  *Comment: occas*

## Family History
Family history was obtained and was non contributory for cardiac history, cancer history.

## Review of Systems
Ten completed review of systems including eyes, ENT, cardiovascular, respiratory, gastrointestinal, genitourinary, psychiatric, neurologic, integumentary, allergic/hematology,  are reviewed and found unremarkable except pertinent positives mentioned in the history of present illness and past medical history.

## Physical Exam
BP 123/83 | Pulse 87 | Temp 100.3 °F (37.9 °C) (Rectal) | Resp 18 | Ht 1.549 m (5' 1") | Wt 117.9 kg (259 lb 14.8 oz) | LMP 08/15/2018 | SpO2 100% | BMI 49.11 kg/m²



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**            Version 1 of 5

Intake/Output Summary (Last 24 hours) at 09/02/18 0558
Last data filed at 09/02/18 0240

|  | **Gross per 24 hour** |
|---|---|
| Intake | 220 ml |
| Output | 125 ml |
| **Net** | 95 ml |

*Physical Exam*

**1) General appearance:**  well developed,well nourished, in no apparent acute cardiorespiratory distress.

**2) HEENT:** Head is atraumatic and normocephalic. Pupils are equally reactive to light and accommodation. Extraocular muscles are intact. Patient has intact external auditory canal. No abnormal lesions or bleeding from nose. Oral mucosa moist with no pharyngeal congestion.

**3) Neck:** Supple. Trachea is central, no JVD or carotid bruit.

**4) Chest:** Clear to auscultation bilaterally, no wheezing

 **6) CVS:** The S1, S2 normal. Regular rate and rhythm.No murmur

**7) Abdomen:**  soft, severe tenderness soft negative bowel sounds
 **8) Musculoskeletal:** Patient has 5/5 motor strength in bilateral upper extremities as well as bilateral LE. No pitting edema in bilateral lower extremities.

**9) Neurological:** Cranial nerves II-XII intact. Grossly non focal

**10) Psychiatric:** Alert and oriented x 3. Mood is appropriate.

**11) Integumentary:** warm with normal skin turgor, no rash

**12) Lymphatics**: No lymphadenopathy in axillary, cervial and inguinal area.

EKG reviewed by me none
*Labs*

Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| Result | Value |
|---|---|
| Hemoglobin | 11.4 (*) |
| Hematocrit | 35.1 (*) |
| MCV | 71 (*) |
| MCH | 23 (*) |
| RDW | 16.4 (*) |
| MPV | 10.2 (*) |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**          Version 1 of 5

All other components within normal limits

**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:**

| | |
|---|---|
| Glucose | 139 (*) |
| ALT | 133 (*) |
| AST (SGOT) | 87 (*) |
| BUN/Creatinine Ratio | 8.8 (*) |
| Osmolality Calc | 274 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC - Abnormal; Notable for the following:**

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Protein, UR | 30 (*) |
| Ketones UA | 20 (*) |
| Urobilinogen, UA | 2.0 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 18.3 (*) |
| RBC | 5.60 (*) |
| MCV | 73 (*) |
| MCH | 22 (*) |
| MCHC | 30 (*) |
| RDW | 16.9 (*) |
| MPV | 10.4 (*) |
| NEUTROPHIL % | 82.3 (*) |
| Lymphocytes | 9.4 (*) |
| Neutrophils Absolute | 15.1 (*) |

All other components within normal limits

**LIPASE - Abnormal; Notable for the following:**

| | |
|---|---|
| Lipase | 6 (*) |

All other components within normal limits

**LACTIC ACID, PLASMA - Abnormal; Notable for the following:**

| | |
|---|---|
| Lactic acid | 2.93 (*) |

All other components within normal limits

**CBC AND DIFFERENTIAL - Abnormal; Notable for the following:**

| | |
|---|---|
| WBC | 16.8 (*) |
| RBC | 5.18 (*) |
| Hemoglobin | 11.7 (*) |
| MCV | 74 (*) |
| MCH | 23 (*) |
| MCHC | 31 (*) |
| RDW | 16.6 (*) |
| MPV | 10.8 (*) |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                                        Version 1 of 5

| | |
|---|---|
| NEUTROPHIL % | 91.0 (*) |
| Lymphocytes | 4.0 (*) |
| Neutrophils Absolute | 15.6 (*) |

All other components within normal limits
*Narrative:*
*Manual differential performed*

**COMPREHENSIVE METABOLIC PANEL -**
**Abnormal; Notable for the following:**

| | |
|---|---|
| CO2 | 15.4 (*) |
| Calcium | 7.3 (*) |
| Glucose | 196 (*) |
| Protein, Total | 5.8 (*) |
| Albumin | 2.6 (*) |
| ALT | 86 (*) |
| AST (SGOT) | 44 (*) |

All other components within normal limits

**HEPATIC FUNCTION PANEL - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| Albumin | 2.9 (*) |
| ALT | 99 (*) |
| AST (SGOT) | 49 (*) |
| Bilirubin, Direct | 0.5 (*) |

All other components within normal limits

**BASIC METABOLIC PANEL - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| CO2 | 19.5 (*) |
| Glucose | 195 (*) |

All other components within normal limits

**PT AND APTT - Abnormal; Notable for the**
**following:**

| | |
|---|---|
| PT | 11.6 (*) |

All other components within normal limits

**VH URINALYSIS WITH MICROSCOPIC AND**
**CULTURE IF INDICATED        - Abnormal;**
**Notable for the following:**

| | |
|---|---|
| Clarity, UA | Slightly Cloudy (*) |
| Specific Gravity, UR | >1.060 (*) |
| Protein, UR | 100 (*) |
| Glucose, UA | 50 (*) |
| Ketones UA | 80 (*) |
| WBC, UA | 6 (*) |

All other components within normal limits
*Narrative:*
*A Urine Culture has been ordered based upon*
*the Positive UA results.*

**LACTIC ACID, PLASMA - Abnormal; Notable for**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 1 of 5

the following:

    Lactic acid              2.58 (*)
    All other components within normal limits

**APTT - Abnormal; Notable for the following:**

    aPTT               22.9 (*)
    All other components within normal limits

**PT/INR - Abnormal; Notable for the following:**

    PT                11.6 (*)
    All other components within normal limits

**I-STAT CG4 ARTERIAL CARTRIDGE -**
**Abnormal; Notable for the following:**

    pH, ISTAT         7.29 (*)
    BE, ISTAT         -9 (*)
    HCO3, ISTAT      16.1 (*)
    PCO2, ISTAT     33.3 (*)
    TCO2, ISTAT      17 (*)
    All other components within normal limits

**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE-BLOOD-VENIPUNCTURE**
**VH CULTURE, URINE**
**HCG, SERUM, QUALITATIVE**
**LIPASE**
**PROTEIN C ANTIGEN**
**PROTEIN C-FUNCTIONAL, PLASMA**
**FACTOR 5 LEIDEN**
**PROTEIN S, TOTAL AND FREE**
**ANTITHROMBIN III LEVEL**
**CARDIOLIPIN ANTIBODY**


**Assessment and Plan**


1.Acute superior mesenteric vein thrombosis complicated with sepsis with moderate circumferential thickening of long segments of bowel due to venous congestion as per surgery no indication for surgery right now as there is no signs of peritonitis
+ Severe abdominal tenderness soft
We'll admit to inpatient
We will continue IV heparin
We will continue nothing by mouth IV fluid
Pain control
Broad-spectrum antibiotics
Serial abdominal examination
Serial lactic acid/BMP
Follow-up access surgery recommendation
Vascular surgery consult appreciated
ICU consult requested spoke to Dr. Goode
2. Hypertension we will hold blood pressure medication due to concern of sepsis related hypotension from now



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Rahman, Mohammad A, MD at 9/2/2018  5:58 AM (continued)**                    Version 1 of 5

3. Metabolic acidosis due to #1

CODE Status : Full code

GI prophylaxis not required
DVT prophylaxis on IV heparin

**Mohammad A Rahman**
**9/2/2018**

**5:58 AM**

Electronically signed by Rahman, Mohammad A, MD on 9/2/2018  6:08 AM

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018  1:41 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Benkelman, Douglas Wade, MD | Service:  Emergency Medicine | Author Type:  Physician |
| Filed:  9/1/2018  1:47 PM | Date of Service:  9/1/2018  1:41 PM | Creation Time:  9/1/2018  1:41 PM |
| Status:  Signed | Editor:  Benkelman, Douglas Wade, MD (Physician) | |

---

### WINCHESTER MEDICAL CENTER
### OBSERVATION UNIT
### HISTORY AND PHYSICAL

| | |
|---|---|
| **Patient**: Doris D Alaque Smith | **Admission Date:** 9/1/2018 |
| **DOB**: 8/4/1979 | **Age:** 39 y.o. |
| **MRN**: 20012296 | **Sex:** female |
| **PCP:** Sheetz, Michele M, FNP | **Attending**: Dunn, Chad B, MD |

### HISTORY OF PRESENT ILLNESS

Doris D Alaque Smith is a 39 y.o. female who presented with one-week history of worsening right upper quadrant and epigastric abdominal pain. She began having nausea and vomiting this morning. She denies fevers night sweats or chills. She was seen and evaluated emergency department had a negative ultrasound of the abdomen. She was seen twice at city Hospital this past week and had a negative CAT scan of the abdomen and pelvis. She has mild elevation of her transaminase. She's had continued pain in the ED along with intermittent nausea and vomiting he'll be sent to the observation unit for further evaluation and treatment. Rest of the review systems are negative.

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**H&P Notes (continued)**

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018  1:41 PM (continued)**                Version 1 of 1

## PAST MEDICAL HISTORY

**Code Status:** No Order

**Past Medical History:**

| Diagnosis | Date |
|-----------|------|
| • Hyperlipemia | |
| • Hypertension | |

History reviewed. No pertinent surgical history.

| Current/Home Medications | |
|--------------------------|---|
| AMLODIPINE (NORVASC) 5 MG TABLET | Take 5 mg by mouth every morning. |
| LOSARTAN-HYDROCHLOROTHIAZIDE (HYZAAR) 100-25 MG PER TABLET | Take 1 tablet by mouth every morning. |

**Allergies:**

**Allergies**

| Allergen | Reactions |
|----------|-----------|
| • Biaxin [Clarithromycin] | Itching |
| • Hydrocodone | Itching |

History reviewed. No pertinent family history.

**SHx:**  reports that she has never smoked. She has never used smokeless tobacco. Her alcohol and drug histories are not on file.

## REVIEW OF SYSTEMS

See above

## PHYSICAL EXAM

**Vital Signs:** Blood pressure **(!) 136/97**, pulse 97, temperature 98.1 °F (36.7 °C), temperature source Tympanic, resp. rate 16, height 1.549 m, weight 117.9 kg, last menstrual period 08/15/2018, SpO2 100 %.

Physical Examination: General appearance - alert, well appearing, and in no distress
Mental status - alert, oriented to person, place, and time
Eyes - pupils equal and reactive, extraocular eye movements intact
Chest - clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry
Heart - normal rate, regular rhythm, normal S1, S2, no murmurs, rubs, clicks or gallops



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018  1:41 PM (continued)**                     Version 1 of 1

Abdomen - tenderness in the right upper quadrant and epigastrium. No masses or hernia
Neurological - alert, oriented, normal speech, no focal findings or movement disorder noted
Musculoskeletal - no joint tenderness, deformity or swelling
Extremities - peripheral pulses normal, no pedal edema, no clubbing or cyanosis
Skin - normal coloration and turgor, no rashes, no suspicious skin lesions noted

## LABS & IMAGING

**Labs:**

**Results for orders placed or performed during the hospital encounter of 09/01/18**

**CBC**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 8.9 | 4.0 - 11.0 K/cmm |
| RBC | 4.92 | 3.80 - 5.00 M/cmm |
| Hemoglobin | 11.4 (L) | 12.0 - 16.0 gm/dL |
| Hematocrit | 35.1 (L) | 36.0 - 48.0 % |
| MCV | 71 (L) | 80 - 100 fL |
| MCH | 23 (L) | 28 - 35 pg |
| MCHC | 33 | 32 - 36 gm/dL |
| RDW | 16.4 (H) | 11.0 - 14.0 % |
| PLT CT | 221 | 130 - 440 K/cmm |
| MPV | 10.2 (H) | 6.0 - 10.0 fL |
| NEUTROPHIL % | 73.7 | 42.0 - 78.0 % |
| Lymphocytes | 17.0 | 15.0 - 46.0 % |
| Monocytes | 8.3 | 3.0 - 15.0 % |
| Eosinophils % | 0.1 | 0.0 - 7.0 % |
| Basophils % | 0.8 | 0.0 - 3.0 % |
| Neutrophils Absolute | 6.6 | 1.7 - 8.6 K/cmm |
| Lymphocytes Absolute | 1.5 | 0.6 - 5.1 K/cmm |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm |

**CMP**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L |
| Chloride | 106 | 98 - 110 mMol/L |
| CO2 | 20.8 | 20.0 - 30.0 mMol/L |
| Calcium | 9.5 | 8.5 - 10.5 mg/dL |
| Glucose | 139 (H) | 71 - 99 mg/dL |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL |
| BUN | 7 | 7 - 22 mg/dL |
| Protein, Total | 7.7 | 6.0 - 8.3 gm/dL |
| Albumin | 3.8 | 3.5 - 5.0 gm/dL |
| Alkaline Phosphatase | 84 | 40 - 145 U/L |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## H&P Notes (continued)

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018 1:41 PM (continued)**                                    Version 1 of 1

| | | |
|---|---|---|
| ALT | 133 (H) | 0 - 55 U/L |
| AST (SGOT) | 87 (H) | 10 - 42 U/L |
| Bilirubin, Total | 1.1 | 0.1 - 1.2 mg/dL |
| Albumin/Globulin Ratio | 0.97 | 0.70 - 1.50 Ratio |
| Anion Gap | 14.0 | 7.0 - 18.0 mMol/L |
| BUN/Creatinine Ratio | 8.8 (L) | 10.0 - 30.0 Ratio |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 |
| Osmolality Calc | 274 (L) | 275 - 300 mOsm/kg |
| Globulin | 3.9 | 2.0 - 4.0 gm/dL |

**Beta HCG, Qual**

| Result | Value | Ref Range |
|---|---|---|
| BHCG Qual | Negative | Negative |

**Lipase**

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 13 | 8 - 78 U/L |

**Imaging**:

US Abdomen Complete

**Final Result**

Essentially normal abdominal ultrasound exam.
Pancreas not visualized due to overlying bowel gas.

ReadingStation:WIRADBODY

XR Abdomen 2 View With CXR

**Final Result**

Unremarkable plain film study of the chest and abdomen.

ReadingStation:WIRADBODY

**EKG**: none

---

## EMERGENCY DEPARTMENT COURSE

### ED Medication Orders

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 09/01 /18 1219 | 09/01 /18 1218 | **ondansetron (ZOFRAN) injection 4 mg** Once in ED<br>Route: Intravenous Ordered Dose: 4 mg | Last MAR action:  Given | DUNN, CHAD B |

---



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**H&P Notes (continued)**

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018 1:41 PM (continued)**                Version 1 of 1

| | | | | |
|---|---|---|---|---|
| 09/01<br>/18<br>1217 | 09/01<br>/18<br>1216 | **dicyclomine (BENTYL) 10 MG/5ML syrup 20 mg**  Once<br>Route: Oral  Ordered Dose: 20 mg | Last MAR action:  Given | DUNN, CHAD B |
| 09/01<br>/18<br>1217 | 09/01<br>/18<br>1216 | **sodium chloride 0.9 % bolus 1,000 mL**  Once in ED<br>Route: Intravenous  Ordered Dose: 1,000 mL | Last MAR action:  New Bag | DUNN, CHAD B |
| 09/01<br>/18<br>1046 | 09/01<br>/18<br>1045 | **HYDROmorphone (DILAUDID) injection 0.5 mg**  Once in ED<br>Route: Intravenous  Ordered Dose: 0.5 mg | Last MAR action:  Given | DUNN, CHAD B |
| 09/01<br>/18<br>0917 | 09/01<br>/18<br>0916 | **promethazine (PHENERGAN) injection 12.5 mg**  Once in ED<br>Route: Intravenous  Ordered Dose: 12.5 mg | Last MAR action:  Given | DUNN, CHAD B |
| 09/01<br>/18<br>0917 | 09/01<br>/18<br>0916 | **sodium chloride 0.9 % bolus 1,000 mL**  Once in ED<br>Route: Intravenous  Ordered Dose: 1,000 mL | Last MAR action:  Stopped | DUNN, CHAD B |
| 09/01<br>/18<br>0917 | 09/01<br>/18<br>0916 | **HYDROmorphone (DILAUDID) injection 1 mg**  Once in ED<br>Route: Intravenous  Ordered Dose: 1 mg | Last MAR action:  Given | DUNN, CHAD B |

ED documentation including nurses notes were reviewed by myself.  The case was discussed with the ED Attending.

## ASSESSMENT & PLAN

Doris D Alaque Smith is a 39 y.o. female admitted under **OBSERVATION** with one-week of epigastric and right upper quadrant abdominal pain which is postprandial in nature along with intermittent nausea and vomiting.

**Assessment & Plan:**
1.  Transfer to the observation unit
2.  Parental pain control
3.  Full liquid diet then advance
4.  Obtain HIDA scan
5.  IV fluid for the next 12-24 hours

I certify the need for admission to the Observation Unit based on the patient's history and the information above.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## H&P Notes (continued)

**H&P by Benkelman, Douglas Wade, MD at 9/1/2018  1:41 PM (continued)**                    Version 1 of 1

Douglas Wade Benkelman, MD
9/1/2018 1:41 PM

Electronically signed by Benkelman, Douglas Wade, MD on 9/1/2018  1:47 PM

---

## Procedure Notes

**Pre-Procedure Instructions filed by Provider, Generic Hpf at 11/6/2018  1:52 PM**

| | | |
|---|---|---|
| Author: **Provider, Generic Hpf** | Service: **(none)** | Author Type: **Physician** |
| Filed: **11/6/2018  1:52 PM** | Date of Service: **11/5/2018  5:29 PM** | Creation Time: **11/6/2018  1:52 PM** |
| Status: **Addendum** | Editor: **Interface, Valley Hpf Incoming Document Pointers** | |
| Related Notes: **Original Note by Interface, Valley Hpf Incoming Document Pointers filed at 11/6/2018  1:52 PM** | | |
| Trans ID: **VHHPF125603516** | Dictation Time:    Trans Time: | Trans Doc Type:    Trans Status: |
| | | **Surgical Checklist    Available** |

Scan on 11/6/2018  1:52 PM : 11/06/2018        1

---

**Procedures by Lapole, Jeffrey, RA at 10/19/2018 11:53 AM**

| | | |
|---|---|---|
| Author: **Lapole, Jeffrey, RA** | Service: **Interventional Radiology** | Author Type: **Technologist** |
| Filed: **10/19/2018 11:57 AM** | Date of Service: **10/19/2018 11:53 AM** | Creation Time: **10/19/2018 11:53 AM** |
| Status: **Signed** | Editor: **Lapole, Jeffrey, RA (Technologist)** | |
| Related Notes: **Original Note by Lapole, Jeffrey, RA (Technologist) filed at 10/19/2018 11:56 AM** | | |
| Cosigner: **Foust, Robert James, MD at 10/19/2018 12:17 PM** | | |

Successful conversion of G to G-J tube with fluoroscopic guidance.
The original placement angle is not favorable for G-J.
If the J limb pulls back into the stomach she will need endoscopic guidance to reposition the tube.
IR has maximized tube position from a percutaneous approach.

Pt's RN confirmed she no longer needs NG tube.
Tube pulled using fluoroscopy.

No complications.
See Radiology report for details of procedure.

---

**Procedures by Burrows, Ashley L, RN at 10/16/2018  6:25 PM**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Burrows, Ashley L, RN at 10/16/2018  6:25 PM (continued)

| | | |
|---|---|---|
| Author:  Burrows, Ashley L, RN | Service:  Vascular Access | Author Type:  Registered Nurse |
| Filed:  10/16/2018  6:26 PM | Date of Service:  10/16/2018  6:25 PM | Creation Time:  10/16/2018  6:21 PM |
| Status:  Signed | Editor:  Burrows, Ashley L, RN (Registered Nurse) | |

Procedure Orders:
 1. Midline Catheter Eval and Place [478695881] ordered by Lewis, Benjamin Franklin, MD at 10/16/18 1819

### POWERMIDLINE PROCEDURE NOTE





**Midline Catheter**

SMITH,DORIS D ALAQUE
10/16/2018

### PROCEDURE DETAILS:

Ultrasound was used to confirm patency of the Left Basilic vein prior to obtaining venous access. The area to be punctured was
cleansed with chlorhexidine 2% for more than 30 seconds and the site draped using maximal sterile barrier precautions.

After 1% lidocaine injected followed by puncture of the vessel with a 21-gauge single-wall needle under direct sonographic guidance. Guidewire was advanced and the needle was removed and a peel-away sheath was



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

**Procedures by Burrows, Ashley L, RN at 10/16/2018  6:25 PM (continued)**

placed. The catheter was then trimmed and advanced through the peel-away sheath using electronic navigation.  The sheath was removed, brisk blood return confirmed, the catheter was flushed with normal saline and capped.

Maximal sterile barrier was used: cap, mask, sterile gloves, sterile gown and body drape.  All guide wires were removed with tip intact by visual inspection.  The catheter was stabilized on the skin using a securement device.  Antimicrobial disc and sterile transparent occlusive dressing applied using sterile technique.

Patient did tolerate procedure well.

**Catheter Type:** PowerMidline 4 French
**Insertion Site (vein):** Left Basilic
**Total Length:** 9 cm
**Internal Length:** 9 cm
**External Length:** -1 cm inserted to hub
**UAC:** 39 cm at insertion site

**PowerMidline Kit Lot #:** RECV1493

**Midline inserted by: K. Shaw RN VAS**

**FINDINGS/CONCLUSIONS:**
No signs of bleeding or symptoms of related complications.

**PowerMidline is ready for use**
Midline education / instructions provided to patient and primary RN.

## Catheter Care

### Dressing Changes

- A Sterile dressing change is indicated at least once every seven (7)  days or if otherwise indicated.

- Assess the dressing more frequently in the first 24 hours for accumulation of blood, fluid, or moisture beneath the dressing.

- Periodically confirm catheter placement, patency, and security of dressing.

### Securement Device
Statlock Stabilization Device must remain in place for the duration of the catheter and to be replaced at least once every seven (7) days in accordance with a sterile dressing change, or if otherwise indicated.

### Removable Caps
This institution uses removable caps on the tip of the lumen. The cap must be changed at least once every four (4) days in accordance with a sterile dressing change, or if otherwise indicated.

### Flushing

- Administer a brisk pulsatile flush using a 10mL syringe of 0.9% normal saline at least once every twelve (12) hours or before/after catheter use.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Burrows, Ashley L, RN at 10/16/2018  6:25 PM (continued)

- Heparin flush is not indicated in the maintenance of the catheter.

- Do not flush against resistance.

- **Blood return is often better with a larger gauge catheter, but is <u>NOT GUARANTEED</u>**.

- It depends on a patient's vasculature, the gauge of the catheter placed, and the effects of medications on the vessel.

- Cath-flo (Activase) declotting procedure is not indicated in a Powerglide. If it is determined the catheter is occluded with blood, the catheter is to be removed.

**THE POWERMIDLINE STATLOCK IS DIFFERENT THAN A POWERGLIDE MIDLINE BUT THE SAME AS A PICC STATLOCK**

**YOU MAY USE** a <u>Central Line Dressing Change Kit</u> and the **SAME STATLOCK AS A PICC**

The PowerMidline is a 4 French (18G) trimmable catheter that does not cross the axilla/midline.The tip of the catheter lies just distal to the axillary vein in the upper extremity. These types of trimmable catheters are indicated for patient populations with with deep vasculature that requires longer than 10cm in length (as that is the longest a POWERGLIDE Midline can provide). What is indicated to go through a Midline remains the same as any peripheral IV.

### Procedures by Bouck, Timothy H, MD at 10/8/2018  4:59 PM

Author:  Bouck, Timothy H, MD          Service: Critical Care Medicine          Author Type:  Physician
Filed:  10/8/2018  5:01 PM               Date of Service:  10/8/2018  4:59 PM     Creation Time:  10/8/2018  4:59 PM
Status:  Signed                          Editor:  Bouck, Timothy H, MD (Physician)

Procedure Orders:
1. CENTRAL LINE [477218023] ordered by Bouck, Timothy H, MD at 10/08/18 1659

Post-procedure Diagnoses:
1. ARDS (adult respiratory distress syndrome) [J80]
2. Ischemic bowel disease [K55.9]
3. Shock liver [K72.00]
4. On mechanically assisted ventilation [Z99.11]
5. Sepsis, due to unspecified organism [A41.9]
6. Intermittent fever of unknown origin [R50.9]

Doris D Alaque Smith is a 39 y.o. female patient.
Principal Problem:
  Mesenteric venous thrombosis
Active Problems:
  Obesity, morbid, BMI 40.0-49.9
  Acute blood loss anemia
  Hemorrhage secondary to anti-coagulation
  Acute respiratory failure with hypoxia



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

**Procedures by Bouck, Timothy H, MD at 10/8/2018  4:59 PM (continued)**

Ischemic bowel disease
ARDS (adult respiratory distress syndrome)
Hypotension, unspecified hypotension type
Atelectasis of left lung
Subcapsular hematoma of liver
Splenic hemorrhage
Abdominal pain, generalized
Thrombus
Tachycardia
Abnormal liver enzymes
Diarrhea, unspecified type
Nausea vomiting and diarrhea
Aspiration into airway
Tracheostomy care
Gastrostomy in place
Leukocytosis
Intermittent fever of unknown origin
Personal history of ECMO
S/P splenectomy
S/P small bowel resection
Anxiety disorder due to general medical condition
Posthemorrhagic anemia
On mechanically assisted ventilation
Acute pulmonary edema
Sepsis
Fever
Tracheostomy in place
S/P percutaneous endoscopic gastrostomy (PEG) tube placement
Metabolic encephalopathy

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

Blood pressure 128/83, pulse **(!) 116**, temperature **(!) 101.5 °F (38.6 °C)**, temperature source Foley Temp, resp. rate 20, height 1.549 m (5' 1"), weight 116.9 kg (257 lb 11.5 oz), last menstrual period 08/15/2018, SpO2 100 %.

## Central Line

Date/Time: **10/8/2018 4:59 PM**
Performed by: **BOUCK, TIMOTHY H**
Authorized by: **BOUCK, TIMOTHY H**
Consent: **Written consent obtained**.
Consent given by: **power of attorney**
Required items: **required blood products, implants, devices, and special equipment available**
Patient identity confirmed: **arm band**
Time out: **Immediately prior to procedure a "time out" was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required**.


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

Procedures by Bouck, Timothy H, MD at 10/8/2018  4:59 PM (continued)

Indications: vascular access

Sedation:
Patient sedated: **yes**
Sedatives: **midazolam and fentanyl**

Preparation: skin prepped with ChloraPrep
Skin prep agent dried: skin prep agent completely dried prior to procedure
Sterile barriers: all five maximum sterile barriers used - cap, mask, sterile gown, sterile gloves, and large sterile sheet
Hand hygiene: hand hygiene performed prior to central venous catheter insertion
Location details: **right internal jugular**
Patient position: Trendelenburg
Catheter type: triple lumen
Catheter size: 7 Fr
Pre-procedure: landmarks identified
Ultrasound guidance: yes
Sterile ultrasound techniques: sterile gel and sterile probe covers were used
Number of attempts: 1
Successful placement: yes
Post-procedure: line sutured and dressing applied
Assessment: blood return through all ports
Patient tolerance: **Patient tolerated the procedure well with no immediate complications**
Comments: **Central line placed on L as dual-lumen on R 10 days old and she needs a TPN line**
**Reviewed procedure with sister**
**Took consent from chart as she has had several lines.**
**EBL negligible**
**Timothy H Bouck, MD**

Timothy H Bouck
10/8/2018

Procedures by Mohr, Crystal D, NP at 9/30/2018 10:15 PM

Author: Mohr, Crystal D, NP          Service: Critical Care Medicine          Author Type: Nurse Practitioner
Filed:  9/30/2018 10:17 PM          Date of Service: 9/30/2018 10:15 PM   Creation Time: 9/30/2018 10:15 PM
Status: Attested                    Editor: Mohr, Crystal D, NP (Nurse Practitioner)
Cosigner: Ashame, Elias S, MD at 9/30/2018 10:23 PM
    Procedure Orders:
    1. CENTRAL LINE [475759965] ordered by Mohr, Crystal D, NP at 09/30/18 2215

    Post-procedure Diagnoses:
    1. Mesenteric venous thrombosis [I81]

Attestation signed by Ashame, Elias S, MD at 9/30/2018 10:23 PM



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Mohr, Crystal D, NP at 9/30/2018 10:15 PM (continued)

I was available for collaboration with the advanced practitioner during this procedure. I agree with the advanced practitioner's assessment and plan.

**Signed by:** Elias S Ashame, MD
**cc:** Sheetz, Michele M, FNP

Doris D Alaque Smith is a 39 y.o. female patient.
Principal Problem:
  Mesenteric venous thrombosis
Active Problems:
  Obesity, morbid, BMI 40.0-49.9
  Acute blood loss anemia
  Hemorrhage secondary to anti-coagulation
  Acute respiratory failure with hypoxia
  Ischemic bowel disease
  ARDS (adult respiratory distress syndrome)
  Hypotension, unspecified hypotension type
  Atelectasis of left lung
  Subcapsular hematoma of liver
  Splenic hemorrhage
  Abdominal pain, generalized
  Thrombus
  Tachycardia
  Abnormal liver enzymes
  Diarrhea, unspecified type
  Nausea vomiting and diarrhea
  Aspiration into airway
  Tracheostomy care
  Gastrostomy in place
  Leukocytosis
  Intermittent fever of unknown origin
  Personal history of ECMO
  S/P splenectomy
  S/P small bowel resection
  Anxiety disorder due to general medical condition
  Posthemorrhagic anemia

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

Blood pressure **(!) 79/54**, pulse 96, temperature 100.4 °F (38 °C), resp. rate **(!) 36**, height 1.549 m (5' 1"), weight 114.9 kg



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

__Procedures by Mohr, Crystal D, NP at 9/30/2018 10:15 PM (continued)__

(253 lb 4.9 oz), last menstrual period 08/15/2018, SpO2 100 %.

### Central Line

Date/Time: **9/30/2018 10:15 PM**
Performed by: **MOHR, CRYSTAL D**
Authorized by: **MOHR, CRYSTAL D**
Consent: **Written consent obtained**.
Risks and benefits: **risks, benefits and alternatives were discussed**
Consent given by: **power of attorney**
Required items: **required blood products, implants, devices, and special equipment available**
Patient identity confirmed: **arm band, provided demographic data, hospital-assigned identification number and anonymous protocol, patient vented/unresponsive**
Time out: **Immediately prior to procedure a "time out" was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required**.
Indications: vascular access and central pressure monitoring
Anesthesia: **local infiltration**

Anesthesia:
Local Anesthetic: **lidocaine 1% without epinephrine**
Anesthetic total: **2** mL
Preparation: skin prepped with 2% chlorhexidine
Skin prep agent dried: skin prep agent completely dried prior to procedure
Sterile barriers: all five maximum sterile barriers used - cap, mask, sterile gown, sterile gloves, and large sterile sheet
Hand hygiene: hand hygiene performed prior to central venous catheter insertion
Location details: **right internal jugular**
Patient position: flat
Catheter type: double lumen (Power injector)
Catheter size: 8 Fr
Pre-procedure: landmarks identified
Ultrasound guidance: yes
Sterile ultrasound techniques: sterile gel and sterile probe covers were used
Number of attempts: 1
Successful placement: yes
Post-procedure: line sutured and dressing applied
Assessment: blood return through all ports,  free fluid flow,  placement verified by x-ray and no pneumothorax on x-ray
Patient tolerance: **Patient tolerated the procedure well with no immediate complications**

Crystal D Mohr
9/30/2018

__Procedures by Ashame, Elias S, MD at 9/17/2018  3:11 PM__



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

**Procedures by Ashame, Elias S, MD at 9/17/2018 3:11 PM (continued)**

| | | |
|---|---|---|
| Author: **Ashame, Elias S, MD** | Service: **Critical Care Medicine** | Author Type: **Physician** |
| Filed: **9/17/2018 3:13 PM** | Date of Service: **9/17/2018 3:11 PM** | Creation Time: **9/17/2018 3:11 PM** |
| Status: **Signed** | Editor: **Ashame, Elias S, MD (Physician)** | |

Procedure Orders:
1. Insert arterial line [473256652] ordered by Ashame, Elias S, MD at 09/17/18 1511

Post-procedure Diagnoses:
1. Acute respiratory failure with hypoxia [J96.01]
2. ARDS (adult respiratory distress syndrome) [J80]
3. Shock [R57.9]

Doris D Alaque Smith is a 39 y.o. female patient.
Active Problems:
  Abdominal pain, generalized
  Obesity, morbid, BMI 40.0-49.9
  Mesenteric venous thrombosis
  Acute blood loss anemia
  Hemorrhage secondary to anti-coagulation
  Acute respiratory failure with hypoxia
  Shock
  Ischemic bowel disease
  Lactic acidosis
  Shock liver
  ARDS (adult respiratory distress syndrome)
  Hypotension, unspecified hypotension type
  Thrombus
  Atelectasis of left lung

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Hyperlipemia | |
| • Hypertension | |

Blood pressure 153/81, pulse **(!) 102**, temperature 98.1 °F (36.7 °C), resp. rate **(!) 28**, height 1.549 m (5' 1"), weight 119.2 kg (262 lb 12.6 oz), last menstrual period 08/15/2018, SpO2 100 %.

**Insert Arterial Line**
Date/Time: **9/17/2018 3:11 PM**
Performed by: **ASHAME, ELIAS S**
Authorized by: **ASHAME, ELIAS S**
Consent: **Written consent obtained**.
Risks and benefits: **risks, benefits and alternatives were discussed**
Consent given by: **power of attorney**
Relevant documents: **relevant documents present and verified**
Test results: **test results available and properly labeled**
Site marked: **the operative site was marked**
Imaging studies: **imaging studies available**
Required items: **required blood products, implants, devices, and special equipment available**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Ashame, Elias S, MD at 9/17/2018  3:11 PM (continued)

Patient identity confirmed: **arm band, provided demographic data and hospital-assigned identification number**

Time out: **Immediately prior to procedure a "time out" was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required**.

Preparation: **Patient was prepped and draped in the usual sterile fashion**.

Indications: multiple ABGs and hemodynamic monitoring

Location: right radial

Anesthesia: **local infiltration**

Anesthesia:
Local Anesthetic: **lidocaine 1% without epinephrine**

Sedation:
Patient sedated: **yes**
Sedatives: **fentanyl and propofol**

Allen's test normal: yes
Needle gauge: 18
Seldinger technique: Seldinger technique used
Number of attempts: 1
Post-procedure: line sutured and dressing applied
Post-procedure CMS: normal
Patient tolerance: **Patient tolerated the procedure well with no immediate complications**

Elias S Ashame
9/17/2018

### Procedures by Lafalce, Christian Anthony, MD at 9/15/2018 10:34 AM

| | | |
|---|---|---|
| Author: **Lafalce, Christian Anthony, MD** | Service: **Critical Care Medicine** | Author Type: **Physician** |
| Filed: **9/15/2018 10:38 AM** | Date of Service: **9/15/2018 10:34 AM** | Creation Time: **9/15/2018 10:34 AM** |
| Status: **Signed** | Editor: **Lafalce, Christian Anthony, MD (Physician)** | |

Pre-procedure Diagnoses:
1. Atelectasis of left lung [J98.11]

Post-procedure Diagnoses:
1. Atelectasis of left lung [J98.11]

Procedures:
1. BRONCHOSCOPY FLEXIBLE [PRO45 (Custom)]

**Valley Intensivists**

**Bronchoscopy Procedure Note**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Lafalce, Christian Anthony, MD at 9/15/2018 10:34 AM (continued)

**Procedure:**
Bronchoscopy, Diagnostic
Bronchoscopy, Therapeutic: initial

**Pre-Procedure Diagnosis:**Atelectasis

**Post-Procedure  Diagnosi**s: Same

**Indication**: Atelectasis

**Anesthesia:**  Fentanyl gtt 250mcg/hr; versed gtt 7mg/hr

**Consent:**
The indications were discussed with the patient / {Family Members: son and sister, prior to starting the procedure and  an informed consent was obtained. This person was given the opportunity to ask questions and all concerns were answered.

**Procedure Details:**
Sedation:Patient currently receiving sedation, Versed 7 mg  and Fentanyl 250 micrograms
The patient is on a ventilator.
Procedure was performed in the ICU with ECG monitoring and oximetry throughout with RT/RN  support.

The bronchocope was inserted into the main airway via the tracheostomy. The trachea was entered and the findings are reported below.

**Findings:** Entire endobronchial tree is normal except: Left upper lobe bronchus: Collapse with mucus plugging

**Specimens:**  Sent to lab: Gram stain / culture and sensitivity and AFB / Fungal Cultures

**Estimated Blood Loss:**  0 ml

**Disposition:**ICU - intubated and critically ill.

Patient tolerated the procedure well.

Christian Anthony LaFalce
9/15/2018
10:36 AM



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Lafalce, Christian Anthony, MD at 9/15/2018 10:34 AM (continued)

### Procedures by Hutchens, William Thomas Jr., MD at 9/9/2018  8:21 AM

Author: Hutchens, William Thomas Jr., MD    Service: Critical Care Medicine    Author Type: Physician
Filed: 9/9/2018 8:29 AM    Date of Service: 9/9/2018 8:21 AM    Creation Time: 9/9/2018 8:21 AM
Status: Signed    Editor: Hutchens, William Thomas Jr., MD (Physician)

Pre-procedure Diagnoses:
1. ARDS (adult respiratory distress syndrome) [J80]

Post-procedure Diagnoses:
1. ARDS (adult respiratory distress syndrome) [J80]

Procedures:
1. PR US CHEST REAL TIME W/IMAGE DOCUMENTATION [76604 (CPT®)]

Indication: Asymmetric CXR appearance; r/o L pleural effusion.

B-scan L lung done just above diaphragm in mid to post axillary line while supine with slight reverse Trendelenberg.  Main finding was multiple B-lines in all imaged intercostal windows.  Minimal pleural fluid seen.

Interpretation:
-Lung infiltrates c/w clinical diagnosis of ARDS.
-No tappable fluid at the imaged site.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

Procedures by Hutchens, William Thomas Jr., MD at 9/9/2018  8:21 AM (continued)





WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Hutchens, William Thomas Jr., MD at 9/9/2018  8:21 AM (continued)



### Procedures by Hutchens, William Thomas Jr., MD at 9/4/2018  9:00 AM

| | | |
|---|---|---|
| Author: Hutchens, William Thomas Jr., MD | Service: Critical Care Medicine | Author Type: Physician |
| Filed: 9/4/2018 5:44 PM | Date of Service: 9/4/2018 9:00 AM | Creation Time: 9/4/2018 5:37 PM |
| Status: Addendum | Editor: Hutchens, William Thomas Jr., MD (Physician) | |

Related Notes:  Original Note by Hutchens, William Thomas Jr., MD (Physician) filed at 9/4/2018 5:42 PM

Pre-procedure Diagnoses:
1. Hypotension, unspecified hypotension type [I95.9]
2. Acute respiratory distress syndrome (ARDS) [J80]

Procedures:
1. POCUS ECHO [IMG4027 (Custom)]

Bedside echo done to evaluate R heart function d/t persistent pressor requirement and high ventilatory pressures.

LV appeared normal to hyperdynamic.  RV normal size and function.  Subcostal views including IVC not obtainable d/t open abdomen.

Interpretation.  No acute RV failure; pt may still be volume responsive.  Overall appearance similar to previous evening's consultative echocardiogram.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedure Notes (continued)

### Procedures by Hutchens, William Thomas Jr., MD at 9/4/2018  9:00 AM (continued)



## Procedures - All Results

Resulted: 09/30/18 2215, Result status: Final
result

### CENTRAL LINE [475759965]

Ordering provider:  Mohr, Crystal D, NP  09/30/18 2215
Narrative:
Mohr, Crystal D, NP    9/30/2018 10:17 PM
Central Line
Date/Time: 9/30/2018 10:15 PM
Performed by: MOHR, CRYSTAL D
Authorized by: MOHR, CRYSTAL D
Consent: Written consent obtained.
Risks and benefits: risks, benefits and alternatives were discussed
Consent given by: power of attorney
Required items: required blood products, implants, devices, and special
equipment available
Patient identity confirmed: arm band, provided demographic data,
hospital-assigned identification number and anonymous protocol, patient
vented/unresponsive



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedures - All Results (continued)

Resulted: 09/30/18 2215, Result status: Final
result

CENTRAL LINE [475759965] (continued)

Time out: Immediately prior to procedure a "time out" was called to verify
the correct patient, procedure, equipment, support staff and site/side
marked as required.
Indications: vascular access and central pressure monitoring
Anesthesia: local infiltration

Anesthesia:
Local Anesthetic: lidocaine 1% without epinephrine
Anesthetic total: 2 mL
Preparation: skin prepped with 2% chlorhexidine
Skin prep agent dried: skin prep agent completely dried prior to procedure
Sterile barriers: all five maximum sterile barriers used - cap, mask,
sterile gown, sterile gloves, and large sterile sheet
Hand hygiene: hand hygiene performed prior to central venous catheter
insertion
Location details: right internal jugular
Patient position: flat
Catheter type: double lumen (Power injector)
Catheter size: 8 Fr
Pre-procedure: landmarks identified
Ultrasound guidance: yes
Sterile ultrasound techniques: sterile gel and sterile probe covers were
used
Number of attempts: 1
Successful placement: yes
Post-procedure: line sutured and dressing applied
Assessment: blood return through all ports,  free fluid flow,  placement
verified by x-ray and no pneumothorax on x-ray
Patient tolerance: Patient tolerated the procedure well with no immediate
complications

Resulted: 10/08/18 1659, Result status: Final
result

CENTRAL LINE [477218023]

Ordering provider:  Bouck, Timothy H, MD  10/08/18 1659
Narrative:
Bouck, Timothy H, MD    10/8/2018  5:01 PM
Central Line
Date/Time: 10/8/2018 4:59 PM
Performed by: BOUCK, TIMOTHY H
Authorized by: BOUCK, TIMOTHY H
Consent: Written consent obtained.
Consent given by: power of attorney
Required items: required blood products, implants, devices, and special
equipment available
Patient identity confirmed: arm band
Time out: Immediately prior to procedure a "time out" was called to verify
the correct patient, procedure, equipment, support staff and site/side
marked as required.
Indications: vascular access

Sedation:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Procedures - All Results (continued)

Resulted: 10/08/18 1659, Result status: Final result

### CENTRAL LINE [477218023] (continued)

Patient sedated: yes
Sedatives: midazolam and fentanyl

Preparation: skin prepped with ChloraPrep
Skin prep agent dried: skin prep agent completely dried prior to procedure
Sterile barriers: all five maximum sterile barriers used - cap, mask,
sterile gown, sterile gloves, and large sterile sheet
Hand hygiene: hand hygiene performed prior to central venous catheter
insertion
Location details: right internal jugular
Patient position: Trendelenburg
Catheter type: triple lumen
Catheter size: 7 Fr
Pre-procedure: landmarks identified
Ultrasound guidance: yes
Sterile ultrasound techniques: sterile gel and sterile probe covers were
used
Number of attempts: 1
Successful placement: yes
Post-procedure: line sutured and dressing applied
Assessment: blood return through all ports
Patient tolerance: Patient tolerated the procedure well with no immediate
complications
Comments: Central line placed on L as dual-lumen on R 10 days old and she
needs a TPN line
Reviewed procedure with sister
Took consent from chart as she has had several lines.
EBL negligible
Timothy H Bouck, MD

## Point of Care Testing - All Results

Resulted: 09/02/18 0541, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470607540] (Abnormal)

Ordering provider: Benkelman, Douglas Wade, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/02/18 0534

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.29 | 7.35 - 7.45 | L |
| PO2, ISTAT | 87 | 75 - 100 mm Hg | — |
| BE, ISTAT | -9 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 16.1 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 33.3 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 16 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Room Air | — | — |
| i-STAT FIO2 | 21.00 | % | — |
| Sample, ISTAT | Arterial | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/02/18 0541, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470607540] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Site, ISTAT | R Radial | — | — |
| TCO2, ISTAT | 17 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 0.61 | 0.50 - 2.10 mMol/L | |
| Operator, ISTAT | Operator: 43523 HOSE SAVANNAH RT | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1445, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470616094] (Abnormal)

Ordering provider: Rahman, Mohammad A, MD  09/02/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB 1438

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 100 | 75 - 100 mm Hg | — |
| BE, ISTAT | -7 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 17.3 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 30.7 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 324 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Room Air | — | — |
| i-STAT FIO2 | 0.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| TCO2, ISTAT | 18 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 1.07 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 2737 MYERS DUANE RT | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1549, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470777150] (Abnormal)

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB 1545

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 79 | 75 - 100 mm Hg | — |
| BE, ISTAT | -5 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.9 | 20.0 - 29.0 mMol/L | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 1549, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470777150] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| PCO2, ISTAT | 31.1 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 35 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Room Air | — | — |
| i-STAT FIO2 | 21.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 1.33 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 30472 KAWATSKY ADRIENNE RT | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1800, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470783289] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1746      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.17 | 7.35 - 7.45 | LL |
| PO2, ISTAT | 106 | 75 - 100 mm Hg | H |
| BE, ISTAT | -9 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.6 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 50.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | OR | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 95.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 7 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 14 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 500 | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 1.55 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 4723 MALIN ELIZABETH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 1800, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470783289] (Abnormal) (continued)**

Resulted: 09/03/18 1931, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470794626] (Abnormal)**
Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1855
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.19 | 7.35 - 7.45 | LL |
| PO2, ISTAT | 41 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -10 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.6 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 49.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 64 | 96 - 100 % | L |
| Room Number, ISTAT | 35 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 20 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 380 | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 1.93 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 30472 KAWATSKY ADRIENNE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1931, Result status: Final result

**i-Stat Chem 8 CartrIDge [470794628] (Abnormal)**
Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1909
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Sodium | 147 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.2 | 3.5 - 5.3 mMol/L | L |
| i-STAT Chloride | 109 | 98 - 110 mMol/L | — |
| TCO2, ISTAT | 23 | 24 - 29 mMol/L | L |
| Ionized Ca, ISTAT | 3.40 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 109 | 71 - 99 mg/dL | H |
| i-STAT Creatinine | 1.10 | 0.60 - 1.20 mg/dL | — |
| i-STAT BUN | 7 | 7 - 22 mg/dL | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 1931, Result status: Final result

**i-Stat Chem 8 CartrIDge [470794628] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Anion Gap, ISTAT | 19.0 | 7.0 - 16.0 | H |
| EGFR | 73 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| i-STAT Hematocrit | 23.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 7.8 | 12.0 - 16.0 gm/dL | L |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1931, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470794630] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1911    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.35 | 7.35 - 7.45 | — |
| PO2, ISTAT | 42 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -3 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 22.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 41.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 75 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| Rate, ISTAT | 20 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| Tidal Vol, ISTAT | 480 | — | — |
| TCO2, ISTAT | 24 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 2.58 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2043, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470804903] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 2003    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.26 | 7.35 - 7.45 | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 2043, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470804903] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| PO2, ISTAT | 34 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -11 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 14.5 | 20.0 - 29.0 mMol/L | LL |
| PCO2, ISTAT | 32.0 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 58 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Man Resus | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 15 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 3.43 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2102, Result status: Final result

**i-Stat E3 CartrIDge [470804918] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 2058      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Sodium | 144 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| i-STAT Hematocrit | 27.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2103, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470804920] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 2058      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.32 | 7.35 - 7.45 | L |
| PO2, ISTAT | 29 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -8 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 16.9 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 33.2 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 51 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 2103, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470804920] (Abnormal) (continued)**

| | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Man Resus | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 18 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 4.75 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36746 LIGHT KRISTIN RT | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2142, Result status: Final result

**I-STAT ACT KAOLIN [470804945]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 2136

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 197 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2159, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470810205] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 2138

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.17 | 7.35 - 7.45 | LL |
| PO2, ISTAT | 81 | 75 - 100 mm Hg | — |
| BE, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | -2 - 2 mMol/L | — |
| HCO3, ISTAT | <14.1 | 20.0 - 29.0 mMol/L | LL |
| PCO2, ISTAT | 37.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | Unable to calculate result due to analyte out of the analytical measurement | 96 - 100 % | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 2159, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [470810205] (Abnormal) (continued)

| | | | | |
|---|---|---|---|---|
| | range | | | |
| Room Number, ISTAT | 3546 | — | | — |
| i-STAT Allen's Test | N/A | — | | — |
| DELS, ISTAT | Vent | — | | — |
| i-STAT FIO2 | 100.00 | % | | — |
| IP, ISTAT | 48 | | | — |
| i-STAT Mode | PCV | — | | — |
| i-STAT Peep | 10 | — | | — |
| Rate, ISTAT | 12 | — | | — |
| Sample, ISTAT | Arterial | — | | — |
| Site, ISTAT | A-Line | — | | — |
| TCO2, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | 24 - 29 mMol/L | | — |
| i-STAT Lactic acid | 7.26 | 0.50 - 2.10 mMol/L | **HH** | |
| Operator, ISTAT | Operator: 36746 LIGHT KRISTIN  RT | — | | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2258, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [470810217] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 2245
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.07 | 7.35 - 7.45 | **LL** |
| PO2, ISTAT | 80 | 75 - 100 mm Hg | — |
| BE, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | -2 - 2 mMol/L | — |
| HCO3, ISTAT | <14.1 | 20.0 - 29.0 mMol/L | **LL** |
| PCO2, ISTAT | 45.9 | 35.0 - 45.0 mm Hg | **H** |
| O2 Sat, %, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | 96 - 100 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 2258, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470810217] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 48 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 6.00 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2258, Result status: Final result

**i-Stat G3 Venous CartrIDge [470810219] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/03/18 2249

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.21 | 7.32 - 7.42 | LL |
| PO2, ISTAT | 36 | 25 - 35 mm Hg | H |
| BE, ISTAT | -9 | mMol/L | — |
| HCO3, ISTAT | 17.8 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 44.3 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 58 | 40 - 70 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 48 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 19 | 24 - 29 mMol/L | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/03/18 2258, Result status: Final result

**i-Stat G3 Venous CartrIDge [470810219] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator: 6992 SIMMONS AMY RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/03/18 2258, Result status: Final result

**i-Stat G3 Arterial CartrIDge [470810221] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 2250

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.26 | 7.35 - 7.45 | L |
| PO2, ISTAT | 477 | 75 - 100 mm Hg | H |
| BE, ISTAT | -8 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.4 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 41.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 48 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/04/18 0025, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470825641] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0012

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.32 | 7.35 - 7.45 | L |
| PO2, ISTAT | 46 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -8 | -2 - 2 mMol/L | L |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 0025, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [470825641] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| HCO3, ISTAT | 17.1 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 32.8 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 79 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 48 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 18 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 6.17 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0047, Result status: Final
result

### I-STAT ACT KAOLIN [470825669]

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | >1,000 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0047, Result status: Final
result

### I-STAT ACT KAOLIN [470825671]

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0038

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 142 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 0133, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470825675] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0129     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.34 | 7.35 - 7.45 | L |
| PO2, ISTAT | 64 | 75 - 100 mm Hg | L |
| BE, ISTAT | -7 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.1 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 33.6 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| Tidal Vol, ISTAT | 404 | — | — |
| TCO2, ISTAT | 19 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 6.27 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0226, Result status: Final result

**I-STAT ACT KAOLIN [470834930]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0123     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 136 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0319, Result status: Final result

**I-STAT ACT KAOLIN [470834936]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0313     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 202 | sec | — |

Comment:



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 0319, Result status: Final result

**I-STAT ACT KAOLIN [470834936] (continued)**

    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0424, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470834944] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0419    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.30 | 7.35 - 7.45 | L |
| PO2, ISTAT | 68 | 75 - 100 mm Hg | L |
| BE, ISTAT | -7 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.5 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 37.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 48 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | L |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 4.62 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

    Comment:
    The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0534, Result status: Final result

**I-STAT ACT KAOLIN [470834956]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0416    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 142 | sec | — |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 0534, Result status: Final result

**I-STAT ACT KAOLIN [470834958]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0427

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | >1,000 | sec | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0534, Result status: Final result

**I-STAT ACT KAOLIN [470834960]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0449

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 147 | sec | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0603, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470834962] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0544

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.35 - 7.45 | L |
| PO2, ISTAT | 90 | 75 - 100 mm Hg | — |
| BE, ISTAT | -6 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 19.1 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 36.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| Tidal Vol, ISTAT | 456 | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 4.54 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |
| Comment: | | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 0603, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470834962] (Abnormal) (continued)**

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0603, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470834964] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0552

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.32 | 7.35 - 7.45 | L |
| PO2, ISTAT | 554 | 75 - 100 mm Hg | H |
| BE, ISTAT | -4 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 22.0 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 43.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 457 | — | — |
| TCO2, ISTAT | 23 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 4.79 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1107, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470852829] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0558

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.32 | 7.35 - 7.45 | L |
| PO2, ISTAT | 41 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -4 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 21.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 73 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1107, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470852829] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Mixed Venous | — | — |
| Site, ISTAT | Heel Stick | — | — |
| TCO2, ISTAT | 22 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 4.76 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | 36996 | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1117, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470852831] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1049

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.13 | 7.35 - 7.45 | LL |
| PO2, ISTAT | 50 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -4 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 26.1 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 79.0 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 70 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 60.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.11 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1144, Result status: Final result

**i-Stat Chem 8 CartrIDge [470852841] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 1539

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1144, Result status: Final result

### i-Stat Chem 8 CartrIDge [470852841] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Sodium | 135 | 136 - 147 mMol/L | L |
| i-STAT Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| i-STAT Chloride | 100 | 98 - 110 mMol/L | — |
| TCO2, ISTAT | 23 | 24 - 29 mMol/L | L |
| Ionized Ca, ISTAT | 4.60 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 194 | 71 - 99 mg/dL | H |
| i-STAT Creatinine | 1.50 | 0.60 - 1.20 mg/dL | H |
| i-STAT BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap, ISTAT | 17.0 | 7.0 - 16.0 | H |
| EGFR | 50 | 60 - 150 mL/min/1.73m2 | L |

Comment:   eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Hematocrit | 20.0 | 36.0 - 48.0 % | LL |
| i-STAT Hemoglobin | 6.8 | 12.0 - 16.0 gm/dL | LL |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1156, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470852843] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 1151

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.23 | 7.35 - 7.45 | L |
| PO2, ISTAT | 44 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -3 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 24.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 59.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 70 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.11 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1156, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470852843] (Abnormal) (continued)**

Resulted: 09/04/18 1205, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470852846] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1155

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.26 | 7.35 - 7.45 | L |
| PO2, ISTAT | 446 | 75 - 100 mm Hg | H |
| BE, ISTAT | -2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 26.0 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 57.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.25 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1220, Result status: Final result

**i-Stat G3 Venous CartrIDge [470920788] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1154

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.21 | 7.32 - 7.42 | LL |
| PO2, ISTAT | 36 | 25 - 35 mm Hg | H |
| BE, ISTAT | -2 | mMol/L | — |
| HCO3, ISTAT | 26.1 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 64.8 | 39.0 - 52.0 mm Hg | H |
| O2 Sat, %, ISTAT | 55 | 40 - 70 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1220, Result status: Final result

**i-Stat G3 Venous CartrIDge [470920788] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1351, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470920804] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1328

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.35 - 7.45 | L |
| PO2, ISTAT | 39 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.4 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 48.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 69 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 35 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.38 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1455, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [470920809] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 1432

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.37 | 7.35 - 7.45 | — |
| PO2, ISTAT | 40 | 75 - 100 mm Hg | LL |
| BE, ISTAT | -1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 24.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 73 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 26 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.46 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1620, Result status: Final result

### i-Stat G3 Arterial CartrIDge [470920823] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 1615

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 49 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 0 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 23.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 31.2 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 88 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 1620, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [470920823] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 24 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 4466 DUFFEE MARK RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2000, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [470985547] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/04/18 1953

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 54 | 75 - 100 mm Hg | **L** |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 36.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | **L** |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.72 | 0.50 - 2.10 mMol/L | **HH** |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2000, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [470985549] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/04/18 1955

Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/04/18 2000, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [470985549] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 58 | 75 - 100 mm Hg | L |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 24.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 36.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 26 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.49 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36746 LIGHT KRISTIN  RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0044, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471036088] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0029

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.52 | 7.35 - 7.45 | H |
| PO2, ISTAT | 88 | 75 - 100 mm Hg | — |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 33.8 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 0044, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [471036088] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.71 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator:<br>50091 SMITH<br>SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0419, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [471036103] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0401

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.53 | 7.35 - 7.45 | H |
| PO2, ISTAT | 75 | 75 - 100 mm Hg | — |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 33.8 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 4.41 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator:<br>50091 SMITH<br>SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0604, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [471061400] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0540

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 0604, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471061400] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.50 | 7.35 - 7.45 | H |
| PO2, ISTAT | 112 | 75 - 100 mm Hg | H |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 37.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 4.10 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0948, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471061423] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0920

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 75 | 75 - 100 mm Hg | — |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 42.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 60.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 0948, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [471061423] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 3.73 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 37261 ROTHROCK JONAS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1041, Result status: Edited
Result - FINAL

**i-Stat G3 Arterial CartrIDge [470920821] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1609

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 44 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 24.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 33.0 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 84 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | See Comment | — | — |

Comment:
Corrected results called and read back by (licensed clinician/date/time/tech): MARK DUFFEE RT/ 09.04.18/ 1655/
27
APRV
CORRECTED REPORT:  Result updated 09/05/2018 10:41 by VLILLER previously reported as: PCV

| | | | |
|---|---|---|---|
| i-STAT Peep | 5 | — | — |
| i-STAT PEEP High | 40 | — | — |

Comment:
CORRECTED REPORT:  Result updated 09/05/2018 10:41 by VLILLER previously reported as: no value

| | | | |
|---|---|---|---|
| i-STAT PEEP Low | 0 | — | — |

Comment:
CORRECTED REPORT:  Result updated 09/05/2018 10:41 by VLILLER previously reported as: no value

| | | | |
|---|---|---|---|
| i-STAT Pressure Support | 5 | — | — |
| Rate, ISTAT | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 5.5 | — | — |

Comment:
CORRECTED REPORT:  Result updated 09/05/2018 10:41 by VLILLER previously reported as: no value

| | | | |
|---|---|---|---|
| i-STAT Time Low | 0.5 | — | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 1041, Result status: Edited
Result - FINAL

**i-Stat G3 Arterial CartrIDge [470920821] (Abnormal) (continued)**

CORRECTED REPORT:  Result updated 09/05/2018 10:41 by VLILLER previously reported as: no value

| | | | |
|---|---|---|---|
| TCO2, ISTAT | 26 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 4466 DUFFEE MARK RT | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1111, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471061436] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1059

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.7 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 3.25 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 37261 ROTHROCK JONAS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1244, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471061449] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1239

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 1244, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471061449] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 38 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 73 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37261 ROTHROCK JONAS RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1245, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471143714] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1238

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 423 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 45.7 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 1245, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [471143714] (Abnormal) (continued)**

| Operator, ISTAT | Operator: 37261 ROTHROCK JONAS RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1658, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [471143744] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1651

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 55 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 88 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 3.07 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 37261 ROTHROCK JONAS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1955, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [471143753] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1950

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/05/18 1955, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471143753] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PO2, ISTAT | 58 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.82 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 37871 HARDEN LOGAN RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471235701] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 2355
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471235701] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Lactic acid | 2.44 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 17691 CARDEN DREW | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0116, Result status: Final result

**i-Stat G3 Venous CartrIDge [471235703] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0111

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.32 - 7.42 | — |
| PO2, ISTAT | 38 | 25 - 35 mm Hg | H |
| BE, ISTAT | 5 | mMol/L | — |
| HCO3, ISTAT | 30.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.8 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 70 | 40 - 70 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 17691 CARDEN DREW | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0419, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471235713] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0401

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 0419, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471235713] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PO2, ISTAT | 61 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.13 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 17691 CARDEN DREW | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0851, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471277196] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0832

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 68 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 35 | — | — |
| i-STAT PEEP Low | 10 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 0851, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [471277196] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Lactic acid | 1.89 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0930, Result status: Final
result

**I-STAT ACT KAOLIN [471277202]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0909

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 175 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0951, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [471277205] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0932

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 33 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 20 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.78 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39690 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 0951, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471277205] (Abnormal) (continued)**

PRESTON
CHARITY RT

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1125, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471342211] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0115

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 436 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 52.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 17691 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1236, Result status: Final result

**I-STAT ACT KAOLIN [471342229]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1053

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 147 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1236, Result status: Final result

**I-STAT ACT KAOLIN [471342235]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1151

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 1236, Result status: Final result

**I-STAT ACT KAOLIN [471342235] (continued)**

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| ACT | 142 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1357, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471342239] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1340

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 36 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.3 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 39.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 73 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| IP, ISTAT | 33 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 12 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.74 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1426, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471342257] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1421

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.54 | 7.35 - 7.45 | H |
| PO2, ISTAT | 99 | 75 - 100 mm Hg | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 1426, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471342257] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 26.3 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 30.7 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 2.78 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1545, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471390079] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1539

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 85 | 75 - 100 mm Hg | — |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 36.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 40 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 1545, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471390079] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Lactic acid | 3.22 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1820, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471390092] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1811

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 47 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 83 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.60 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2008, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471390106] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 2003



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 2008, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471390106] (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 42 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.7 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 76 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.37 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2157, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471390112] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 2138

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 43 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 78 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/06/18 2157, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471390112] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.43 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471469618] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0010

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.52 | 7.35 - 7.45 | H |
| PO2, ISTAT | 474 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 36.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.71 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0027, Result status: Final result

**i-Stat G3 Venous CartrIDge [471469620] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0011

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/07/18 0027, Result status: Final result

**i-Stat G3 Venous CartrIDge [471469620] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.32 - 7.42 | — |
| PO2, ISTAT | 37 | 25 - 35 mm Hg | H |
| BE, ISTAT | 4 | mMol/L | — |
| HCO3, ISTAT | 29.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.7 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 69 | 40 - 70 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0038, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471469625] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0017

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 43 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 79 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/07/18 0038, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471469625] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT Lactic acid | 2.49 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0419, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471469632] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0404

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 43 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 78 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.70 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0733, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471469640] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0729

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 52 | 75 - 100 mm Hg | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/07/18 0733, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471469640] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 86 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.40 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1139, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471509545] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1130
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 52 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 47.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 86 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/07/18 1139, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471509545] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Lactic acid | 2.28 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1618, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471617200] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1612

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 53 | 75 - 100 mm Hg | L |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 26.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 88 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 2.19 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2156, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471617232] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 2144



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/07/18 2156, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471617232] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 61 | 75 - 100 mm Hg | L |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 26.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 41.4 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.89 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0037, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471676775] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0029

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 63 | 75 - 100 mm Hg | L |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 27.1 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.4 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/08/18 0037, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471676775] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.85 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0037, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471676777] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0029

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.52 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 408 | 75 - 100 mm Hg | **H** |
| BE, ISTAT | 5 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 34.9 | 35.0 - 45.0 mm Hg | **L** |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0038, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471676779] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0031

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 41 | 75 - 100 mm Hg | **LL** |
| BE, ISTAT | 6 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 29.4 | 20.0 - 29.0 mMol/L | **H** |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/08/18 0038, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471676779] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PCO2, ISTAT | 37.0 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 81 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0429, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471676788] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0421

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 66 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.3 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.0 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.87 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36996 REDDA ZAYED | — | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/08/18 0429, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471676788] (Abnormal) (continued)**

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1153, Result status: Final result

**i-Stat G3 Arterial CartrIDge (471706052) (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1605

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 441 | 75 - 100 mm Hg | H |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 42.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | See Comment | — | — |
| Comment: APRV | | | |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted 09/08/18 1248, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471706065] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1604

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 35 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 67 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/08/18 1248, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471706065] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | See Comment | — | — |
| Comment: APRV | | | |
| i-STAT PEEP High | 30 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |
| Comment: | | | |

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0009, Result status: Final result

### i-Stat Lactic AcID [471771306]

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Lactic acid | 1.82 | 0.50 - 2.10 mMol/L | — |
| Comment: | | | |

The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0010, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471771308] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0000

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.52 | 7.35 - 7.45 | H |
| PO2, ISTAT | 501 | 75 - 100 mm Hg | H |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 35.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 24 | — | — |
| i-STAT PEEP Low | 0 | — | — |



**Valley**Health
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/09/18 0010, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471771308] (Abnormal) (continued)

| Sample, ISTAT | Arterial | — | — |
|---|---|---|---|
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.71 | 0.50 - 2.10 mMol/L | |
| Operator, ISTAT | Operator: 35642 YONKER MELISSA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0010, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471771310] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 2357

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 62 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.1 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 43.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 24 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.60 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 35642 YONKER MELISSA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/09/18 0847, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471808754] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1557

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 37 | 75 - 100 mm Hg | **LL** |
| BE, ISTAT | 4 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 29.5 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 45.4 | 35.0 - 45.0 mm Hg | **H** |
| O2 Sat, %, ISTAT | 71 | 96 - 100 % | **L** |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | **H** |
| Operator, ISTAT | 37262 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0849, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471808756] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1557

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 473 | 75 - 100 mm Hg | **H** |
| BE, ISTAT | 7 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 31.0 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 42.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | **H** |
| Operator, ISTAT | 37262 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0016, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471858797] (Abnormal)**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0016, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471858797] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0000

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 69 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 22 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.31 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0159, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471914097] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0153

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 72 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 22 | — | — |
| i-STAT PEEP Low | 0 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0159, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [471914097] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37683 MARQUESS CHRISTOPHER | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0427, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [471914104] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0416

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 68 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | APRV | — | — |
| i-STAT PEEP High | 22 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37683 MARQUESS CHRISTOPHER | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0851, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471914138] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 0011

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 475 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 38.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT PEEP High | 22 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.44 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | 4.510 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0852, Result status: Final result

### i-Stat Lactic AcID [471937492]

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 0838

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Lactic acid | 1.49 | 0.50 - 2.10 mMol/L | — |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0852, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471937494] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 0839

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0852, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471937494] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PO2, ISTAT | 47 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 40.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 86 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 200 | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.44 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0852, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [471937496] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0843

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.52 | 7.35 - 7.45 | H |
| PO2, ISTAT | 418 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| Tidal Vol, ISTAT | 200 | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.66 | 0.50 - 2.10 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0852, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471937496] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0859, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [471914142] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0023

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 45 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 54.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 79 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | See Comment | — | — |
| Comment: APRV | | | |
| i-STAT PEEP High | 22 | — | — |
| i-STAT PEEP Low | 0 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Time High | 7.5 | — | — |
| i-STAT Time Low | 0.5 | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.38 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | 50091 | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0902, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471937488] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1608

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 45 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0902, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471937488] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PCO2, ISTAT | 54.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 77 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50090 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0905, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471937490] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1612

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 492 | 75 - 100 mm Hg | H |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 54.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50090 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0947, Result status: Final result

### i-Stat G3 Arterial CartrIDge [471937508] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0944

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 51 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 0947, Result status: Final result

**i-Stat G3 Arterial CartrIDge [471937508] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| PCO2, ISTAT | 38.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 0.50 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1719, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472059140] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 1712

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 118 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 60.0 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.33 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/10/18 1719, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472059140] (Abnormal) (continued)**

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 2022, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472059152] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 2003

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 70 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.29 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0028, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472059183] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0012

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 72 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 95 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/11/18 0028, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472059183] (Abnormal) (continued)**

| | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.34 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0028, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472059185] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0016

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.55 | 7.35 - 7.45 | H |
| PO2, ISTAT | 524 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.8 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 39.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/11/18 0028, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472059185] (Abnormal) (continued)**

Resulted: 09/11/18 0029, Result status: Final result

**i-Stat G3 Venous CartrIDge [472123873] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0019

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.32 - 7.42 | H |
| PO2, ISTAT | 42 | 25 - 35 mm Hg | H |
| BE, ISTAT | 9 | mMol/L | — |
| HCO3, ISTAT | 33.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.8 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 78 | 40 - 70 % | H |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0412, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472123882] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0402

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.50 | 7.35 - 7.45 | H |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/11/18 0412, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472123882] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.34 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1243, Result status: Final result

**i-Stat G3 Venous CartrIDge [472193371] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 1233

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.32 - 7.42 | H |
| PO2, ISTAT | 45 | 25 - 35 mm Hg | H |
| BE, ISTAT | 5 | mMol/L | — |
| HCO3, ISTAT | 29.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 42.6 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 82 | 40 - 70 % | H |
| Room Number, ISTAT | 354 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1243, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472193373] (Abnormal)**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/11/18 1243, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472193373] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 1233

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 498 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1243, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472193375] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 1238

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 69 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/11/18 1243, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472193375] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37660 TONEY KENNETH RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 2354, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472268090] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 2349

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 79 | 75 - 100 mm Hg | — |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.8 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.08 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0008, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472268103] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 2349

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/12/18 0008, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472268103] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 504 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0010, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472268105] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/11/18 2351

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 43 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 80 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/12/18 0010, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472268105] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0444, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472344166] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/12/18 0421          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 90 | 75 - 100 mm Hg | — |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.09 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50091 SMITH SKYE RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0916, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472344188] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/12/18 0857          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 83 | 75 - 100 mm Hg | — |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/12/18 0916, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472344188] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| HCO3, ISTAT | 34.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 7652 MCCARTHY PATRICIA RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1023, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399903] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/12/18 1005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 90 | 75 - 100 mm Hg | — |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 14 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 7652 MCCARTHY PATRICIA RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/12/18 1023, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399903] (Abnormal) (continued)**

Resulted: 09/12/18 1201, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399906] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/12/18 1154
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 44 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 81 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 7652 MCCARTHY PATRICIA RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1216, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399914] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/12/18 1156
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 80 | 75 - 100 mm Hg | — |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 25 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/12/18 1216, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399914] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Site, ISTAT | A-Line | — | |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 7652 MCCARTHY PATRICIA RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1235, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472399916] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1155

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 321 | 75 - 100 mm Hg | H |
| BE, ISTAT | 12 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 37.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 39 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 7652 MCCARTHY PATRICIA RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1305, Result status: Final result

**I-STAT ACT KAOLIN [472399918]**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1528

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 131 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 0032, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472511831] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 0025

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 77 | 75 - 100 mm Hg | — |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.14 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37871 HARDEN LOGAN RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0731, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472563662] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 0723

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 83 | 75 - 100 mm Hg | — |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 36.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 53.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 0731, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472563662] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 38 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.20 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37262 ROTHROCK REBECCA RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1118, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472590754] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1110

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 66 | 75 - 100 mm Hg | L |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 24 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37262 ROTHROCK REBECCA RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1224, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472590745] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0742



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 1224, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472590745] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 45 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 81 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 37262 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1226, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472590747] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0028

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 39 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 53.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 74 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 37871 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1227, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472590749] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0029



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 1227, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472590749] (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 314 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 37871 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1235, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472590751] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0744

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 294 | 75 - 100 mm Hg | H |
| BE, ISTAT | 13 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 38.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 52.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 40 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 37262 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1545, Result status: Final result

### i-Stat E3 CartrIDge [472697069] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1540



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 1545, Result status: Final result

**i-Stat E3 CartrIDge [472697069] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Sodium | 141 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| i-STAT Hematocrit | 30.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1545, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472697071] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1540

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.50 | 7.35 - 7.45 | H |
| PO2, ISTAT | 55 | 75 - 100 mm Hg | L |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 35.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 2.17 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 37262 ROTHROCK REBECCA RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1801, Result status: Final result

**i-Stat E3 CartrIDge [472724065] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1757

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 1801, Result status: Final result

**i-Stat E3 CartrIDge [472724065] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Sodium | 141 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| i-STAT Hematocrit | 27.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1855, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472724087] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1823

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.53 | 7.35 - 7.45 | H |
| PO2, ISTAT | 80 | 75 - 100 mm Hg | — |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 37.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | AC | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.18 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 30839 STRINGFELLO W JESSICA | — | — |

Comment:
The above 16 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1959, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472724090] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1954

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.55 | 7.35 - 7.45 | H |
| PO2, ISTAT | 70 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 33.9 | 35.0 - 45.0 mm Hg | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 1959, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472724090] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 80.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | H |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.31 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 2119, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472749937] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 2114

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.54 | 7.35 - 7.45 | H |
| PO2, ISTAT | 67 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 34.6 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 95 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 70.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.13 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/13/18 2119, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472749937] (Abnormal) (continued)**

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0027, Result status: Final result

**i-Stat G3 Venous CartrIDge [472749958] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0011

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.55 | 7.32 - 7.42 | H |
| PO2, ISTAT | 38 | 25 - 35 mm Hg | H |
| BE, ISTAT | 7 | mMol/L | — |
| HCO3, ISTAT | 30.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 34.8 | 39.0 - 52.0 mm Hg | L |
| O2 Sat, %, ISTAT | 79 | 40 - 70 % | H |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 60.00 | % | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0028, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472749960] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0011

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.54 | 7.35 - 7.45 | H |
| PO2, ISTAT | 67 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.5 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 33.1 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 95 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 60.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 0028, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472749960] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.15 | 0.50 - 2.10 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0039, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472749962] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/14/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.64 | 7.35 - 7.45 | HH |
| PO2, ISTAT | 415 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 30.1 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0111, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472749965] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/14/18 0105

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 85 | 75 - 100 mm Hg | — |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 0111, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472749965] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HCO3, ISTAT | 32.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0514, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472749986] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/14/18 0508    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 97 | 75 - 100 mm Hg | — |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 57.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.41 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 0514, Result status: Final
**i-Stat CG4 Arterial CartrIDge [472749986] (Abnormal) (continued)** result

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0630, Result status: Final
**i-Stat CG4 Arterial CartrIDge [472793423] (Abnormal)** result
Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1237
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.35 - 7.45 | **L** |
| PO2, ISTAT | NA | 75 - 100 mm Hg | — |
| BE, ISTAT | 5 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 31.8 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 61.1 | 35.0 - 45.0 mm Hg | **HH** |
| O2 Sat, %, ISTAT | NA | 96 - 100 % | — |
| Room Number, ISTAT | CVOR | — | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | **H** |
| i-STAT Lactic acid | 3.17 | 0.50 - 2.10 mMol/L | **HH** |
| Operator, ISTAT | 203132 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0819, Result status: Final
**i-Stat CG4 Arterial CartrIDge [472793443] (Abnormal)** result
Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0814
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 87 | 75 - 100 mm Hg | — |
| BE, ISTAT | 6 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 31.8 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 51.4 | 35.0 - 45.0 mm Hg | **H** |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 13 | — | — |
| Rate, ISTAT | 30 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 0819, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472793443] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.55 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0943, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472793456] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0936

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 66 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 25 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.60 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 1514, Result status: Final
result

**i-Stat CG4 Arterial CartrlDge [472892520] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.31 | 7.35 - 7.45 | L |
| PO2, ISTAT | 72 | 75 - 100 mm Hg | L |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 28.1 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 55.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.02 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1741, Result status: Final
result

**i-Stat CG4 Arterial CartrlDge [472915161] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1736

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 155 | 75 - 100 mm Hg | H |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 45.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/14/18 1741, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472915161] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 2.34 | 0.50 - 2.10 mMol/L | HH |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0025, Result status: Final result

### i-Stat G3 Venous CartrIDge [472949749] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 2349

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.32 - 7.42 | H |
| PO2, ISTAT | 38 | 25 - 35 mm Hg | H |
| BE, ISTAT | 4 | mMol/L | — |
| HCO3, ISTAT | 28.3 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.8 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 74 | 40 - 70 % | H |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:

The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0027, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [472949751] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 2348

Components



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472949751] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 61 | 75 - 100 mm Hg | L |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 38.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.95 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0027, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472949753] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 2354

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.53 | 7.35 - 7.45 | H |
| PO2, ISTAT | 363 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 35.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 0027, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472949753] (Abnormal) (continued)**

The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0728, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [472996002] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0720

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 65 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | AC | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.47 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 17691 CARDEN DREW | — | — |

Comment:
The above 16 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0912, Result status: Final result

**i-Stat G3 Arterial CartrIDge [472996034] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1516

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.31 | 7.35 - 7.45 | L |
| PO2, ISTAT | 46 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 56.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 76 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 0912, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472996034] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0933, Result status: Final result

### i-Stat G3 Arterial CartrIDge [472996032] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1517

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 570 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1001, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473019765] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0947

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 1001, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473019765] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PO2, ISTAT | 60 | 75 - 100 mm Hg | L |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 26.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 40.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.49 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1248, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473019785] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1100

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 501 | 75 - 100 mm Hg | H |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.8 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 39.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 1248, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473019785] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |
| Comment: | | | |

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1252, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473019783] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1059

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 42 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 27.0 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 44.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 77 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Peep | 15 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| Operator, ISTAT | 20189 | — | — |
| Comment: | | | |

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1428, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473019791] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1424

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 54 | 75 - 100 mm Hg | L |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 38.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/15/18 1428, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473019791] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.29 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0002, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473081463] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 2343

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 470 | 75 - 100 mm Hg | H |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 38.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0002, Result status: Final result

**i-Stat G3 Venous CartrIDge [473081465] (Abnormal)**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/16/18 0002, Result status: Final
result

**i-Stat G3 Venous CartrIDge [473081465] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 2341

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.40 | 7.32 - 7.42 | — |
| PO2, ISTAT | 39 | 25 - 35 mm Hg | H |
| BE, ISTAT | -1 | mMol/L | — |
| HCO3, ISTAT | 24.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 39.1 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 73 | 40 - 70 % | H |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 25 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0610, Result status: Final
result

**i-Stat CG4 Arterial CartrIDge [473081493] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0547

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 55 | 75 - 100 mm Hg | L |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 41.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 88 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 30 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.23 | 0.50 - 2.10 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/16/18 0610, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473081493] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0737, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473081495] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 0734

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 0 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.0 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 41.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 26 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.16 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 2343, Result status: Final result

**i-Stat G3 Venous CartrIDge [473176717] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 2339

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.32 - 7.42 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/16/18 2343, Result status: Final result

**i-Stat G3 Venous CartrIDge [473176717] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| PO2, ISTAT | 41 | 25 - 35 mm Hg | H |
| BE, ISTAT | 1 | mMol/L | — |
| HCO3, ISTAT | 26.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 43.7 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 75 | 40 - 70 % | H |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 2353, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473176719] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 2338

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 64 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 30 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.17 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/16/18 2353, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473176719] (Abnormal) (continued)**

Resulted: 09/16/18 2353, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473176721] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 2345

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 378 | 75 - 100 mm Hg | H |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 38.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0536, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473227661] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 0526

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 27.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 30 | — | — |
| Rate, ISTAT | 30 | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 0536, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473227661] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 1.17 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1015, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473256634] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 1113      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 39 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.5 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 73 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1018, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473256636] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 1114      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 476 | 75 - 100 mm Hg | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 1018, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [473256636] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.4 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 38.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1028, Result status: Final
result

**I-STAT ACT KAOLIN [473256640]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/17/18 0904

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 136 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1028, Result status: Final
result

**I-STAT ACT KAOLIN [473256642]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/17/18 1008

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 136 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1808, Result status: Final
result

**i-Stat G3 Arterial CartrIDge [473256665] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/17/18 1802

Resulting lab: WINCHESTER MEDICAL CENTER LAB



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 1808, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473256665] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 51 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 86 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 50090 MCKEEVER SCOTT RT | — | — |

Comment:

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1835, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473256667] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1151

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.34 | 7.35 - 7.45 | L |
| PO2, ISTAT | 70 | 75 - 100 mm Hg | L |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 56.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3544 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 300 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 1835, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473256667] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 50090 MCKEEVER SCOTT RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1835, Result status: Final result

**i-Stat G3 Venous CartrIDge [473399101] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1215

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.32 - 7.42 | — |
| PO2, ISTAT | 46 | 25 - 35 mm Hg | H |
| BE, ISTAT | 4 | mMol/L | — |
| HCO3, ISTAT | 30.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 57.5 | 39.0 - 52.0 mm Hg | H |
| O2 Sat, %, ISTAT | 77 | 40 - 70 % | H |
| Room Number, ISTAT | 46 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 31 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 19 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 219947 BROWN RONNIE ANN | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1835, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473399103] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1219

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 1835, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473399103] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 509 | 75 - 100 mm Hg | H |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 52.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 46 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 219947 BROWN RONNIE ANN | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2206, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473399121] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 2200

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 56 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 30 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 2206, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473399121] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.49 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2206, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473399123] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/17/18 2201

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 411 | 75 - 100 mm Hg | H |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2219, Result status: Final result

### i-Stat Lactic AcID [473399133]

Ordering provider: Hutchens, William Thomas Jr., MD 09/17/18 2157

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| i-STAT Lactic acid | 1.37 | 0.50 - 2.10 mMol/L | — |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/17/18 2219, Result status: Final result

**i-Stat Lactic AcID [473399133] (continued)**

Resulted: 09/18/18 0429, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473453471] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/18/18 0424

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 61 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 45.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.30 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1021, Result status: Final result

**i-Stat Lactic AcID [473508927]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/18/18 1014

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Lactic acid | 1.23 | 0.50 - 2.10 mMol/L | — |

Comment:

The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/18/18 1021, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473508929] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/18/18 1016

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 462 | 75 - 100 mm Hg | H |
| BE, ISTAT | 12 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 36.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 38 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.33 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 20071 EATON WENDELL RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0026, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473618834] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 380 | 75 - 100 mm Hg | H |
| BE, ISTAT | 12 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 37.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 56.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 39 | 24 - 29 mMol/L | H |



ValleyHealth

*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/19/18 0026, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473618834] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator:<br>36667 CAIN<br>MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0026, Result status: Final result

### i-Stat G3 Venous CartrIDge [473618836] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 0014

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.37 | 7.32 - 7.42 | — |
| PO2, ISTAT | 39 | 25 - 35 mm Hg | H |
| BE, ISTAT | 8 | mMol/L | — |
| HCO3, ISTAT | 34.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 59.7 | 39.0 - 52.0 mm Hg | H |
| O2 Sat, %, ISTAT | 70 | 40 - 70 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator:<br>36667 CAIN<br>MEREDITH RT | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0557, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473672191] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 0536

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 67 | 75 - 100 mm Hg | L |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 50.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/19/18 0557, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473672191] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT FIO2 | 30.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 30 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.98 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36667 CAIN MEREDITH RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1652, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473730333] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1647

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.53 | 7.35 - 7.45 | H |
| PO2, ISTAT | 49 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 36.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.37 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 20071 EATON WENDELL RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/19/18 1652, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473730333] (Abnormal) (continued)**

Resulted: 09/19/18 2023, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473842424] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2003

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 91 | 75 - 100 mm Hg | — |
| BE, ISTAT | 7 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 31.4 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 41.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | **H** |
| i-STAT Lactic acid | 1.08 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2349, Result status: Final result

**i-Stat G3 Venous CartrIDge [473842452] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2344

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.32 - 7.42 | **H** |
| PO2, ISTAT | 41 | 25 - 35 mm Hg | **H** |
| BE, ISTAT | 7 | mMol/L | — |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 41.5 | 39.0 - 52.0 mm Hg | — |
| O2 Sat, %, ISTAT | 79 | 40 - 70 % | **H** |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/19/18 2349, Result status: Final
result

### i-Stat G3 Venous CartrIDge [473842452] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2349, Result status: Final
result

### i-Stat G3 Arterial CartrIDge [473842454] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2345

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.57 | 7.35 - 7.45 | H |
| PO2, ISTAT | 526 | 75 - 100 mm Hg | H |
| BE, ISTAT | 13 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 36.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 39.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0003, Result status: Final
result

### i-Stat CG4 Arterial CartrIDge [473842456] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0003, Result status: Final result

**i-Stat CG4 Arterial CartrlDge [473842456] (Abnormal) (continued)**

09/19/18 2343

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.50 | 7.35 - 7.45 | H |
| PO2, ISTAT | 74 | 75 - 100 mm Hg | L |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 42.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.93 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0405, Result status: Final result

**i-Stat CG4 Arterial CartrlDge [473842460] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/20/18 0401

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.54 | 7.35 - 7.45 | H |
| PO2, ISTAT | 73 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 35.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| Rate, ISTAT | 30 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0405, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473842460] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.80 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 43510 EMERICK KAYLA RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0723, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901133] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 1441

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.60 | 7.35 - 7.45 | HH |
| PO2, ISTAT | 472 | 75 - 100 mm Hg | H |
| BE, ISTAT | 12 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 35.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 219706 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0725, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901135] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 1441

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 32 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 38.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 68 | 96 - 100 % | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0725, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901135] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Catheter | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 219706 | — | — |

Comment:
The above 13 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0737, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473901137] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 0725

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.58 | 7.35 - 7.45 | H |
| PO2, ISTAT | 66 | 75 - 100 mm Hg | L |
| BE, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | -2 - 2 mMol/L | — |
| HCO3, ISTAT | <14.1 | 20.0 - 29.0 mMol/L | LL |
| PCO2, ISTAT | 6.0 | 35.0 - 45.0 mm Hg | LL |
| O2 Sat, %, ISTAT | Unable to calculate result due to analyte out of the analytical measurement range | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | Unable to calculate result out of the | 24 - 29 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0737, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473901137] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| | analytical measurement range | | |
| i-STAT Lactic acid | 0.84 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0737, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473901139] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 0732

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.53 | 7.35 - 7.45 | H |
| PO2, ISTAT | 70 | 75 - 100 mm Hg | L |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 37.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.85 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0950, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473730308] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/19/18 1046    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.35 | 7.35 - 7.45 | — |
| PO2, ISTAT | 302 | 75 - 100 mm Hg | H |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 63.1 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | NA | — | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.23 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0959, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901159] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/20/18 0717    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.59 | 7.35 - 7.45 | H |
| PO2, ISTAT | 543 | 75 - 100 mm Hg | H |
| BE, ISTAT | 13 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 37.0 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 0959, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901159] (Abnormal) (continued)**

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1002, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901161] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 0715

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 40 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 25.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 32.3 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 80 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1212, Result status: Final result

**i-Stat G3 Arterial CartrIDge [473901165] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1151

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 253 | 75 - 100 mm Hg | H |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.6 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 33.4 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 1212, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473901165] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1214, Result status: Final result

### i-Stat G3 Arterial CartrIDge [473901167] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1150

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 47 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 42.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 84 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1224, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [473901169] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1220

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 1224, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473901169] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 104 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.08 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1321, Result status: Final result

**I-STAT ACT KAOLIN [473901177]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0931

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 125 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1534, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473996896] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1529

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 116 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 1534, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473996896] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HCO3, ISTAT | 33.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 45.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.90 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1820, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473996922] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1816

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 125 | 75 - 100 mm Hg | H |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.80 | 0.50 - 2.10 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 1820, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473996922] (Abnormal) (continued)**

| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1936, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473996928] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/20/18 1931

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| pH, ISTAT | 7.47 | 7.35 - 7.45 | H |
| PO2, ISTAT | 121 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.86 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 2355, Result status: Final result

**ISTAT BG3, Mixed Venous [474056744]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/20/18 2350

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
No reference ranges established

Components



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 2355, Result status: Final result

**ISTAT BG3, Mixed Venous [474056744] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | — | — |
| PO2, ISTAT | 41 | mm Hg | — |
| BE, ISTAT | 7 | mMol/L | — |
| HCO3, ISTAT | 32.1 | mMol/L | — |
| PCO2, ISTAT | 46.5 | mm Hg | — |
| O2 Sat, %, ISTAT | 78 | % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Mixed Venous | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 33 | mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 2355, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474056746] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 2350

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 194 | 75 - 100 mm Hg | H |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 43.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | OTHER | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/20/18 2355, Result status: Final result

### i-Stat G3 Arterial CartrIDge [474056746] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0009, Result status: Final result

### i-Stat CG4 Arterial CartrIDge [474056759] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/20/18 2346

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 95 | 75 - 100 mm Hg | — |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.76 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0228, Result status: Final result

### i-Stat Chem 8 CartrIDge [474056785] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/21/18 0213

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT Sodium | 143 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| i-STAT Chloride | 99 | 98 - 110 mMol/L | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/21/18 0228, Result status: Final result

**i-Stat Chem 8 CartrIDge [474056785] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.60 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 154 | 71 - 99 mg/dL | H |
| i-STAT Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| i-STAT BUN | 45 | 7 - 22 mg/dL | H |
| Anion Gap, ISTAT | 19.0 | 7.0 - 16.0 | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| i-STAT Hematocrit | 29.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0403, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474107704] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/21/18 0348

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 74 | 75 - 100 mm Hg | L |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.78 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH CARPER RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/21/18 0801, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [473901173] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/17/18 0901     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 162 | 75 - 100 mm Hg | H |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | CVOR | — | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.12 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0905, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474126863] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/20/18 1158     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.51 | 7.35 - 7.45 | H |
| PO2, ISTAT | 467 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| Room Number, ISTAT | 3536 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Other | — | — |
| Site, ISTAT | Others | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Operator, ISTAT | 50189 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/21/18 0905, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474126863] (Abnormal) (continued)**

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0922, Result status: Final result

**I-STAT ACT KAOLIN [474126868]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 0907

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| ACT | 142 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results

Resulted: 09/21/18 1049, Result status: Final
result

### i-Stat G3 Arterial CartrlDge [474126881] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 1045

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.49 | 7.35 - 7.45 | H |
| PO2, ISTAT | 101 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1331, Result status: Final
result

### i-Stat CG4 Arterial CartrlDge [474126892] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 1317

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.50 | 7.35 - 7.45 | H |
| PO2, ISTAT | 74 | 75 - 100 mm Hg | L |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 41.7 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 30 | — | — |
| i-STAT Mode | PCV | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/21/18 1331, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474126892] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 30 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.01 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1414, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474126894] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/21/18 1406

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 102 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.9 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/21/18 1414, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474126894] (Abnormal) (continued)**

Resulted: 09/21/18 1623, Result status: Final result

**i-Stat G3 Arterial CartrIDge [474220395] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 1617

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.47 | 7.35 - 7.45 | **H** |
| PO2, ISTAT | 104 | 75 - 100 mm Hg | **H** |
| BE, ISTAT | 10 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 34.4 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 47.4 | 35.0 - 45.0 mm Hg | **H** |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | **H** |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474220429] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0018

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.42 | 7.35 - 7.45 | — |
| PO2, ISTAT | 37 | 75 - 100 mm Hg | **LL** |
| BE, ISTAT | 7 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 32.3 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 49.6 | 35.0 - 45.0 mm Hg | **H** |
| O2 Sat, %, ISTAT | 71 | 96 - 100 % | **L** |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/22/18 0027, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474220429] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.73 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator:
33973 CLARK
CHRIS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0048, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474302771] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0017

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 102 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.73 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator:
33973 CLARK
CHRIS RT | | |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/22/18 0048, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474302773] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0021

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 42 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 80 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.74 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 33973 CLARK CHRIS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0048, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474302775] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0029

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 41 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.8 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 79 | 96 - 100 % | L |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/22/18 0048, Result status: Final result

**i-Stat CG4 Arterial CartrlDge [474302775] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.73 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 33973 CLARK CHRIS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0812, Result status: Final result

**i-Stat CG4 Arterial CartrlDge [474325431] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0753

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 82 | 75 - 100 mm Hg | — |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.3 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.74 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1138, Result status: Final result

**i-Stat CG4 Arterial CartrlDge [474325462] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/22/18 1138, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474325462] (Abnormal) (continued)**
09/22/18 1133

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 151 | 75 - 100 mm Hg | H |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 45.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 12 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 250 | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.85 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1502, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474325470] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 1440

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.41 | 7.35 - 7.45 | — |
| PO2, ISTAT | 125 | 75 - 100 mm Hg | H |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 48.8 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/22/18 1502, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474325470] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.66 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0001, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474378954] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/22/18 2342    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 113 | 75 - 100 mm Hg | H |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 28.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 48.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.64 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 33973 CLARK CHRIS RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0752, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474436483] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/23/18 0732    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/23/18 0752, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474436483] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 92 | 75 - 100 mm Hg | — |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 27.2 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 45.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 29 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 0.66 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1026, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474436507] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/23/18 1026

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 166 | 75 - 100 mm Hg | H |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 43.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/23/18 1026, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474436507] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 0.64 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 39201 BERG JOSHUA RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0441, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474483822] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/24/18 0436

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.37 | 7.35 - 7.45 | — |
| PO2, ISTAT | 104 | 75 - 100 mm Hg | H |
| BE, ISTAT | 0 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 25.8 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 45.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3546 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 10 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 27 | 24 - 29 mMol/L | — |
| i-STAT Lactic acid | 0.64 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37557 PARKER AUTUMN RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0552, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474720343] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/25/18 0549

Resulting lab: WINCHESTER MEDICAL CENTER LAB



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/25/18 0552, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474720343] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 102 | 75 - 100 mm Hg | H |
| BE, ISTAT | -2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 21.9 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 31.7 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 6 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 23 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 0.79 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 37871 HARDEN LOGAN RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0725, Result status: Final result

**I-STAT ACT KAOLIN [474720346]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0908

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ACT | 136 | sec | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 2354, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474893255] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/25/18 2349

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |
| PO2, ISTAT | 84 | 75 - 100 mm Hg | — |
| BE, ISTAT | -3 | -2 - 2 mMol/L | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/25/18 2354, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [474893255] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HCO3, ISTAT | 21.4 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 35.6 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 6 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 22 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 0.77 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 35642 YONKER MELISSA RT | — | — |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 2009, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [475759954] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 2004

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.28 | 7.35 - 7.45 | L |
| PO2, ISTAT | 64 | 75 - 100 mm Hg | L |
| BE, ISTAT | -8 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.0 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 38.2 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 89 | 96 - 100 % | L |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 45.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 6 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 19 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 0.63 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 6712 SENSABAUGH | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 09/30/18 2009, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [475759954] (Abnormal) (continued)**

CARPER RT

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 1811, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [475810118] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/01/18 1806

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.35 | 7.35 - 7.45 | — |
| PO2, ISTAT | 75 | 75 - 100 mm Hg | — |
| BE, ISTAT | -6 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.9 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 34.1 | 35.0 - 45.0 mm Hg | L |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 8 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 44 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 0.66 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 50189 STEWART COURTNEY RT | — | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0150, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [476056496] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/03/18 0145

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.35 - 7.45 | L |
| PO2, ISTAT | 78 | 75 - 100 mm Hg | — |
| BE, ISTAT | -6 | -2 - 2 mMol/L | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 10/03/18 0150, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [476056496] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| HCO3, ISTAT | 19.0 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 36.1 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 95 | 96 - 100 % | L |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 65.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 8 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 300 | — | — |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| i-STAT Lactic acid | 1.21 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 38265 WILSON TRAVIS RT | — | — |

Comment:

The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0925, Result status: Final result

**i-Stat G3 Arterial CartrIDge [476446082] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 0901

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.33 | 7.35 - 7.45 | L |
| PO2, ISTAT | 66 | 75 - 100 mm Hg | L |
| BE, ISTAT | 0 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 26.5 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 50.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 91 | 96 - 100 % | L |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 8 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 320 | — | — |
| TCO2, ISTAT | 28 | 24 - 29 mMol/L | — |
| Operator, ISTAT | Operator: 39690 PRESTON CHARITY RT | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 10/04/18 0925, Result status: Final result

**i-Stat G3 Arterial CartrIDge [476446082] (Abnormal) (continued)**

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 2009, Result status: Final result

**i-Stat G3 Arterial CartrIDge [476578878] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.46 | 7.35 - 7.45 | H |
| PO2, ISTAT | 79 | 75 - 100 mm Hg | — |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 43.9 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 50.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 8 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 320 | — | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 36986 HERSHBERGER MISTY RT | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1223, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [477035025] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/07/18 1217

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.45 | 7.35 - 7.45 | — |
| PO2, ISTAT | 61 | 75 - 100 mm Hg | L |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 36.8 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 52.4 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| Room Number, ISTAT | 3540 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 10/07/18 1223, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [477035025] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| i-STAT Mode | AC | — | — |
| i-STAT Peep | 8 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| Tidal Vol, ISTAT | 320 | — | — |
| TCO2, ISTAT | 38 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 1.00 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 34266 BLANCHETTE SHAWN RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 0053, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [477490502] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/10/18 0047    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 97 | 75 - 100 mm Hg | — |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Vent | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| IP, ISTAT | 45 | — | — |
| i-STAT Mode | PCV | — | — |
| i-STAT Peep | 6 | — | — |
| i-STAT Pressure Support | 0 | — | — |
| Rate, ISTAT | 26 | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| i-STAT Lactic acid | 0.68 | 0.50 - 2.10 mMol/L | — |
| Operator, ISTAT | Operator: 36986 HERSHBERGER MISTY RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Point of Care Testing - All Results (continued)

Resulted: 10/10/18 0053, Result status: Final result

**i-Stat CG4 Arterial CartrIDge [477490502] (Abnormal) (continued)**
  1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 1148, Result status: Final result

**i-Stat G3 Arterial CartrIDge [478412733] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/15/18 1127     Resulting lab: WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.48 | 7.35 - 7.45 | H |
| PO2, ISTAT | 105 | 75 - 100 mm Hg | H |
| BE, ISTAT | 10 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 34.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 46.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 98 | 96 - 100 % | — |
| Room Number, ISTAT | 3540 | — | — |
| i-STAT Allen's Test | Pass | — | — |
| DELS, ISTAT | Hi-Humid | — | — |
| i-STAT FIO2 | 40.00 | % | — |
| Hi Humid, ISTAT | T-Collar | — | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| TCO2, ISTAT | 36 | 24 - 29 mMol/L | H |
| Operator, ISTAT | Operator: 37262 ROTHROCK REBECCA RT | — | — |

  Comment:
  The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
  1840 Amherst Street,WINCHESTER,VA 22601

## ECG - All Results

Resulted: 09/04/18 1240, Result status: Final result

**ECG 12 lead [470616096]**
Ordering provider: Hailesilasie, Dereje D, MD  09/02/18 1550     Resulting lab: VH EPIPHANY
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Patient Age | 39 | years | — |
| Patient DOB | 1979-08-04 | — | — |
| Patient Height | -- | — | — |
| Patient Weight | -- | — | — |
| Interpretation Text | -- | — | — |

  Result:
  Sinus tachycardia
  Nonspecific ST/T-wave changes
  no old EKG available for comparison



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## ECG - All Results (continued)

Resulted: 09/04/18 1240, Result status: Final result

**ECG 12 lead [470616096] (continued)**

Electronically Signed On 9-4-2018 12:40:13 EDT by Saif Al-Najafi

| | | | |
|---|---|---|---|
| Physician Interpreter | Saif Al-Najafi | — | — |
| Ventricular Rate | 118 | //min | — |
| QRS Duration | 83 | ms | — |
| P-R Interval | 130 | ms | — |
| Q-T Interval | 311 | ms | — |
| Q-T Interval(Corrected) | 436 | ms | — |
| P Wave Axis | 51 | deg | — |
| QRS Axis | 30 | deg | — |
| T Axis | -67 | years | — |

View Image (below)





WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## ECG - All Results (continued)

Resulted: 09/27/18 1206, Result status: Final result

**ECG 12 lead [474976002]**

Ordering provider: Mikita, Jeffrey Alan, MD  09/26/18 1015    Resulting lab: VH EPIPHANY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Patient Age | 39 | years | — |
| Patient DOB | 1979-08-04 | — | — |
| Patient Height | -- | — | — |
| Patient Weight | -- | — | — |
| Interpretation Text | -- | — | — |

Result:
Sinus rhythm
Borderline T abnormalities, inferior leads
Baseline wander in lead(s) II,III,aVR,aVL,aVF
Compared to ECG 09/02/2018 00:09:08
T-wave abnormality now present
Sinus tachycardia no longer present

Electronically Signed On 9-27-2018 12:06:20 EDT by THOMAS MURPHY

| | | | |
|---|---|---|---|
| Physician Interpreter | THOMAS MURPHY | — | — |
| Ventricular Rate | 98 | //min | — |
| QRS Duration | 83 | ms | — |
| P-R Interval | 132 | ms | — |
| Q-T Interval | 314 | ms | — |
| Q-T Interval(Corrected) | 401 | ms | — |
| P Wave Axis | 50 | deg | — |
| QRS Axis | 25 | deg | — |
| T Axis | 8 | years | — |

View Image (below)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## ECG - All Results (continued)

Resulted: 09/27/18 1206, Result status: Final result

### ECG 12 lead [474976002] (continued)



| | | | |
|---|---|---|---|
| Pat ID 20012296 | 09/26/2018 09:58:27 | SMITH, DORIS | Winchester Medical Center WP |
| | 08/04/1979 39 yrs | Black Female | Dept |
| RX | | | Room 3540 |
| DX | | | Tech mc |

| | | | | |
|---|---|---|---|---|
| Rate | 98 | Sinus rhythm | Req Provider: | JEFFREY MIKITA ALAN |
| PR | 132 | Borderline T abnormalities, inferior leads | CSN: | 13088162069 |
| QRSd | 83 | Baseline wander in lead(s) II,III,aVR,aVL,aVF | | |
| QT | 314 | Compared to ECG 09/02/2018 00:09:08 | | |
| QTc | 401 | T-wave abnormality now present | | |
| --Axis-- | | Sinus tachycardia no longer present | | |
| P | 50 | | | |
| QRS | 25 | Electronically Signed On 9-27-2018 12:06:20 EDT by THOMAS MURPHY | | |
| T | 8 | | | |

- Borderline ECG -                                                                    Confirmed By: THOMAS MURPHY 09/27/2018 12:06:20

Philips PageWriter TC          25 mm/sec          10 mm/mV          F 60~ 0.15 - 100 Hz W

---

Resulted: 10/07/18 1338, Result status: Final result

### ECG 12 lead [476261034]

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: VH EPIPHANY
10/03/18 0617

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Patient Age | 39 | years | — |
| Patient DOB | 1979-08-04 | — | — |
| Patient Height | -- | — | — |
| Patient Weight | -- | — | — |
| Interpretation Text | -- | — | — |
| Result: | | | |
| Sinus rhythm | | | |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## ECG - All Results (continued)

Resulted: 10/07/18 1338, Result status: Final
result

**ECG 12 lead [476261034] (continued)**

    Nonspecific T abnormalities, anterior leads
    Compared to ECG 09/26/2018 09:58:27
    No significant changes

    Electronically Signed On 10-7-2018 13:38:01 EDT by Daniel Alexander

| Physician Interpreter | Daniel Alexander | — | — |
|---|---|---|---|
| Ventricular Rate | 78 | //min | — |
| QRS Duration | 80 | ms | — |
| P-R Interval | 149 | ms | — |
| Q-T Interval | 382 | ms | — |
| Q-T Interval(Corrected) | 436 | ms | — |
| P Wave Axis | 45 | deg | — |
| QRS Axis | 27 | deg | — |
| T Axis | -7 | years | — |

    View Image (below)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## ECG - All Results (continued)

Resulted: 10/07/18 1338, Result status: Final result

### ECG 12 lead [476261034] (continued)



| Pat ID 20012296 | 10/03/2018 01:48:38 | SMITH, DORIS | Winchester Medical Center WCVM |
| | 08/04/1979 39 yrs | Black Female | Dept |
| RX | | | Room 3540 |
| DX | | | Tech tm |
| Rate 78 | Sinus rhythm | | Req Provider: |
| PR 149 | Nonspecific T abnormalities, anterior leads | | CSN: |
| QRSd 80 | Compared to ECG 09/26/2018 09:58:27 | | |
| QT 382 | No significant changes | | |
| QTc 436 | | | |
| --Axis-- | Electronically Signed On 10-7-2018 13:38:01 EDT by Daniel Alexander | | |
| P 45 | | | |
| QRS 27 | | | |
| T -7 | | | |

- Abnormal ECG -                                  Confirmed By: Daniel Alexander 10/07/2018 13:38:01

Philips PageWriter TC          25 mm/sec          10.00 mm/mV          F 60~ 0.15 - 100 Hz

## Echocardiography - All Results

Resulted: 09/04/18 0855, Result status: Final result

### Echocardiogram Adult Limited W Dopp Waveform Ltd [470810203]

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1428

Resulted by: Krishna, Nikolas G, MD

Performed: 09/03/18 2155 - 09/03/18 2156

Accession number: 57227925

Resulting lab: VALLEY HEALTH RADIOLOGY

Narrative:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Echocardiography - All Results (continued)

**Echocardiogram Adult Limited W Dopp Waveform Ltd [470810203] (continued)**                 Resulted: 09/04/18 0855, Result status: Final result

> 1840 Amherst Street
> Winchester, VA 22601
> 540-536-8000

Transthoracic Echo Report
Name:  SMITH, DORIS
Age:  39    Gender:  F    Exam Date:  09/03/2018 21:44    Ordering Physician:
DOB:  08/04/1979    Exam Location:WMC Echo    Attending Physician:83743, EIDBERGER, ANDREW
MRN:  20012296    Ht (in):61  Wt (lb):240 BSA (m2): 2    Technologist:    Toy, Rodger RDCS
Indications:   S/P ECMO, LVF / RVF
History:
Procedure Performed: A limited two-dimensional transthoracic echocardiogram was performed with limited color and doppler.
BP:    /    HR: 129    Rhythm:    Sinus

Contrast:    Dose (mL):    Technical Quality:Good

MEASUREMENTS
2D ECHO
LV Diastolic Diameter PLA  3.2 cm              Aortic Root Diameter      3.1 cm
LV Systolic Diameter PLAX  2.0 cm               LA Systolic Diameter LX   2.6 cm
IVS Diastolic Thickness   0.9 cm          LV Stroke Volume 2D Teich  28.3 cm3
LVPW Diastolic Thickness   0.9 cm               LV Stroke Volume 2D Cubed  24.8 cm3

MITRAL VALVE
Mitral E Point Velocity   55.5 cm/s          LV E' Septal Velocity    4.7 cm/s
Mitral A Point Velocity   77.7 cm/s          Mitral E to LV E' Septal   11.8
Mitral E to A Ratio      0.7

FINDINGS
2D / M-MODE
Left Ventricle    The left ventricular cavity size, wall thickness, systolic function are normal with no regional wall motion abnormalities present. The left ventricular ejection fraction is normal, estimated at 65-70%. There is grade I diastolic dysfunction of the left ventricle (impaired relaxation pattern).
Right Ventricle    The right ventricular size and systolic function are normal.
Left Atrium      Left atrial size is normal.
Right Atrium      Right atrial size is normal.  There is a wire/cannula present in the right atrial cavity.
Aorta      The aortic root is normal in size.
Pericardium      There is no pericardial effusion.

VALVULAR / DOPPLER
Tricuspid Valve    There is trace tricuspid valve regurgitation. The pulmonary arterial systolic pressure could not be estimated
        due to an incomplete tricuspid regurgitation velocity profile.

Conclusions      1: The left ventricular cavity size, wall thickness, systolic function are normal with no regional wall



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

**Echocardiogram Adult Limited W Dopp Waveform Ltd [470810203]**
**(continued)**
Resulted: 09/04/18 0855, Result status: Final
result

motion
abnormalities present. The left ventricular ejection fraction is normal, estimated at 65-70%. There is grade I
diastolic dysfunction of the left ventricle (impaired relaxation pattern).
2: The right ventricular size and systolic function are normal.
3: Biatrial size is normal. There is a wire/cannula present in the right atrial cavity.
4: There is no pericardial effusion.
5: There is no evidence of pulmonary hypertension.

Nikolas Krishna MD
(Electronically Signed)
Final Date:04 September 2018 08:55
 View Image (below)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

**Echocardiogram Adult Limited W Dopp Waveform Ltd [470810203] (continued)**    Resulted: 09/04/18 0855, Result status: Final result





**Winchester Medical Center**
1840 Amherst Street
Winchester, VA 22601
540-536-8000

### Transthoracic Echo Report

Name:   SMITH, DORIS

Age: 39    Gender:  F    Exam Date:    09/03/2018 21:44    Ordering Physician:

DOB:   08/04/1979    Exam Location:   WMC Echo    Attending Physician:  83743, EIDBERGER, ANDRE

MRN:   20012296    Ht (in): 61    Wt (lb): 240    BSA (m²): 2    Technologist:    Toy, Rodger RDCS

Indications:    S/P ECMO, LVF / RVF

History:

Procedure Performed:    A limited two-dimensional transthoracic echocardiogram was performed with limited color and doppler.

| BP: | / | HR: 129 | Rhythm: | Sinus |
|---|---|---|---|---|
| Contrast: | Dose (mL): | | Technical Quality: | Good |

### MEASUREMENTS

**2D ECHO**

| | | | |
|---|---|---|---|
| LV Diastolic Diameter PLAX | 3.2 cm | Aortic Root Diameter | 3.1 cm |
| LV Systolic Diameter PLAX | 2.0 cm | LA Systolic Diameter LX | 2.6 cm |
| IVS Diastolic Thickness | 0.9 cm | LV Stroke Volume 2D Teich | 28.3 cm³ |
| LVPW Diastolic Thickness | 0.9 cm | LV Stroke Volume 2D Cubed | 24.8 cm³ |
| **MITRAL VALVE** | | | |
| Mitral E Point Velocity | 55.5 cm/s | LV E' Septal Velocity | 4.7 cm/s |
| Mitral A Point Velocity | 77.7 cm/s | Mitral E to LV E' Septal Ratio | 11.8 |
| Mitral E to A Ratio | 0.7 | | |

### FINDINGS

**2D / M-MODE**

| | |
|---|---|
| Left Ventricle | The left ventricular cavity size, wall thickness, systolic function are normal with no regional wall motion abnormalities present. The left ventricular ejection fraction is normal, estimated at 65-70%. There is grade I diastolic dysfunction of the left ventricle (impaired relaxation pattern). |
| Right Ventricle | The right ventricular size and systolic function are normal. |
| Left Atrium | Left atrial size is normal. |
| Right Atrium | Right atrial size is normal. There is a wire/cannula present in the right atrial cavity. |
| Aorta | The aortic root is normal in size. |
| Pericardium | There is no pericardial effusion. |

**VALVULAR / DOPPLER**

| | |
|---|---|
| Tricuspid Valve | There is trace tricuspid valve regurgitation. The pulmonary arterial systolic pressure could not be estimated due to an incomplete tricuspid regurgitation velocity profile. |
| | |
| Conclusions | 1: The left ventricular cavity size, wall thickness, systolic function are normal with no regional wall motion |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Echocardiography - All Results (continued)

**Echocardiogram Adult Limited W Dopp Waveform Ltd [470810203] (continued)**    Resulted: 09/04/18 0855, Result status: Final result

| Transthoracic Echo Report | SMITH, DORIS | 20012296 | Page 2 |
|---|---|---|---|

abnormalities present. The left ventricular ejection fraction is normal, estimated at 65-70%. There is grade I diastolic dysfunction of the left ventricle (impaired relaxation pattern).
2: The right ventricular size and systolic function are normal.
3: Biatrial size is normal. There is a wire/cannula present in the right atrial cavity.
4: There is no pericardial effusion.
5: There is no evidence of pulmonary hypertension.

Nikolas Krishna MD

(Electronically Signed)

Final Date:    04 September 2018 08:55

---

**Echocardiogram Adult Complete W Clr/ Dopp Waveform [476446090]**    Resulted: 10/04/18 1133, Result status: Final result

| Ordering provider:  Carter, Jeffrey, MD  10/04/18 0803 | Resulted by:  Al-Najafi, Saif, MD |
|---|---|
| Performed:  10/04/18 1049 - 10/04/18 1105 | Accession number:  57355194 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

**Echocardiogram Adult Complete W Clr/ Dopp Waveform [476446090] (continued)**

Resulted: 10/04/18 1133, Result status: Final result

Narrative:

Winchester Medical Center
1840 Amherst Street
Winchester, VA 22601
540-536-8000

Transthoracic Echo Report
Name:  SMITH, DORIS
Age: 39    Gender: F    Exam Date:   10/04/2018 08:29    Ordering Physician:CARTER, JEFFREY
DOB:  08/04/1979    Exam Location:WMC Echo    Attending Physician:
MRN:  20012296    Ht (in):61  Wt (lb):262 BSA (m2): 2    Technologist:    Okorie, Ronald MPH, BS, RDCS, RVT

Indications:    failuire
History:    Hyperlipiemia, Hypertension
Procedure Performed: A complete two-dimensional, color flow and Doppler transthoracic echocardiogram was performed.
BP:  147  / 82    HR: 121    Rhythm:    Sinus


Contrast:    Dose (mL):    Technical Quality:Fair

MEASUREMENTS
2D ECHO

| | | |
|---|---|---|
| LV Diastolic Diameter PLA 3.5 cm | LV Stroke Volume 2D Teich | 29.1 cm3 |
| LV Systolic Diameter PLAX 2.4 cm | LV Stroke Volume 2D Cubed | 27.4 cm3 |
| IVS Diastolic Thickness   1.1 cm | LV Cardiac Index MOD BP   3351.9 cm3 | |
| LVPW Diastolic Thickness  1.0 cm | LV Ejection Fraction MOD  73.7 % | |
| RV Internal Dim ED PLAX   3.4 cm | LV Cardiac Index MOD 4C   3300.2 cm3 | |
| LVOT Diameter      1.7 cm | LV Ejection Fraction MOD  71.6 % | |
| Aortic Root Diameter    3.2 cm | LV Cardiac Index MOD 2C   3434.7 cm3 | |
| LA Systolic Diameter LX   3.2 cm | Ascending Aorta Diameter   3.1 cm | |
| LV Ejection Fraction MOD  72.6 % | | |

AORTIC VALVE

| | | |
|---|---|---|
| AV Peak Velocity      172.0 cm/s | LVOT Peak Gradient     9.2 mmHg | |
| AV Peak Gradient    11.8 mmHg | LVOT Velocity Time Integr 21.1 cm | |
| AV Mean Gradient    7.0 mmHg | LVOT Cardiac Index    2477.3 cm3 | |
| AV Velocity Time Integral  25.0 cm | AV Area Cont Eq vti    1.9 cm2 | |
| LVOT Peak Velocity     152.0 cm/s | AV Area Cont Eq pk    2.0 cm2 | |

MITRAL VALVE

| | | |
|---|---|---|
| Mitral E Point Velocity   92.2 cm/s | LV E' Septal Velocity    8.0 cm/s | |
| Mitral A Point Velocity   59.5 cm/s | Mitral E to LV E' Septal   11.6 | |
| Mitral E to A Ratio    1.5 | Pulmonary Vein S/D Ratio  1.1 | |
| LV E' Lateral Velocity    16.2 cm/s | Pulmonary Vein A to Mitra  0.4 | |
| Mitral E to LV E' Lateral  5.7 | | |

TRICUSPID VALVE


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

**Echocardiogram Adult Complete W Clr/ Dopp Waveform
[476446090] (continued)**

Resulted: 10/04/18 1133, Result status: Final
result

| | | | |
|---|---|---|---|
| TR Peak Velocity | 378.0 cm/s | TR Peak Gradient | 57.2 mmHg |

FINDINGS
2D / M-MODE
Left Ventricle    The left ventricle is normal in size with hyperdynamic systolic function. EF >70%. There is normal
diastolic
function.
Right Ventricle   The right ventricle is moderately dilated with moderately reduced systolic function-the apex function is
preserved-McConnel's sign. There is flattening of the ventricular septum indicative of right ventricular
pressure overload
Left Atrium       The left atrium is mildly enlarged.
Right Atrium      The right atrium is mildly enlarged.
Aorta             The aortic root and proximal ascending aorta are normal to two-dimensional imaging.
Vessels           A dilated inferior vena cava with poor inspiration collapse is present, consistent with elevated right atrial
pressure.
Pericardium       There is no pericardial effusion.

VALVULAR / DOPPLER
Aortic Valve      The aortic valve is trileaflet. The aortic valve appears structurally normal. The mean gradient is 7
mmHg,
and the aortic valve area is 1.9 cm2.
Mitral Valve      The mitral valve appears structurally normal.
Tricuspid Valve   The tricuspid valve appears structurally normal. The tricuspid regurgitation is moderate. RA Pressure
is
20mmHg. 68mmHg. RVSP=88mmHg.
Pulmonary Valve   Pulmonary valve regurgitation is trace.

ADDITIONAL FINDINGS
Atrial Septum     No patent foramen ovale or atrial septal defect is demonstrated by color flow Doppler interrogation.

Conclusions       1: The left ventricle is normal in size with hyperdynamic systolic function. EF >70%. There is normal
diastolic function.
2: The right ventricle is moderately dilated with moderately reduced systolic function-the apex function is
preserved-McConnel's sign. There is flattening of the ventricular septum indicative of right ventricular
pressure overload. McConnel's sign could be seen in patients with PE however it could also be seen with
long-standing pulmonary hypertension.
3: There is echocardiographic evidence of severe pulmonary hypertension with an estimated systolic
pulmonary pressure of 88 mmHg
4: Mild tricuspid regurgitation

Saif Al-Najafi MD
(Electronically Signed)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

### Echocardiogram Adult Complete W Clr/ Dopp Waveform [476446090] (continued)

Resulted: 10/04/18 1133, Result status: Final result

Final Date:04 October 2018 11:33
View Image (below)



#### Winchester Medical Center



Winchester Medical Center
1840 Amherst Street
Winchester, VA 22601
540-536-8000

**Transthoracic Echo Report**

Name:    SMITH, DORIS

| | | | | |
|---|---|---|---|---|
| Age: 39 | Gender: F | Exam Date: 10/04/2018 08:29 | Ordering Physician: CARTER, JEFFREY | |
| DOB: 08/04/1979 | | Exam Location: WMC Echo | Attending Physician: | |
| MRN: 20012296 | | Ht (in): 61   Wt (lb): 262   BSA (m²): 2 | Technologist: Okorie, Ronald MPH, BS, RD | |

Indications:    failure

History:    Hyperlipemia, Hypertension

Procedure Performed:    A complete two-dimensional, color flow and Doppler transthoracic echocardiogram was performed.

| | | | |
|---|---|---|---|
| BP:   147   / 82 | HR: 121 | Rhythm: | Sinus |
| Contrast: | Dose (mL): | Technical Quality: | Fair |

#### MEASUREMENTS

**2D ECHO**

| | | | |
|---|---|---|---|
| LV Diastolic Diameter PLAX | 3.5 cm | LV Stroke Volume 2D Teich | 29.1 cm³ |
| LV Systolic Diameter PLAX | 2.4 cm | LV Stroke Volume 2D Cubed | 27.4 cm³ |
| IVS Diastolic Thickness | 1.1 cm | LV Cardiac Index MOD BP | 3351.9 cm³/min·m² |
| LVPW Diastolic Thickness | 1.0 cm | LV Ejection Fraction MOD 4C | 73.7 % |
| RV Internal Dim ED PLAX | 3.4 cm | LV Cardiac Index MOD 4C | 3300.2 cm³/min·m² |
| LVOT Diameter | 1.7 cm | LV Ejection Fraction MOD 2C | 71.6 % |
| Aortic Root Diameter | 3.2 cm | LV Cardiac Index MOD 2C | 3434.7 cm³/min·m² |
| LA Systolic Diameter LX | 3.2 cm | Ascending Aorta Diameter | 3.1 cm |
| LV Ejection Fraction MOD BP | 72.6 % | | |
| AORTIC VALVE | | | |
| AV Peak Velocity | 172.0 cm/s | LVOT Peak Gradient | 9.2 mmHg |
| AV Peak Gradient | 11.8 mmHg | LVOT Velocity Time Integral | 21.1 cm |
| AV Mean Gradient | 7.0 mmHg | LVOT Cardiac Index | 2477.3 cm³/min·m² |
| AV Velocity Time Integral | 25.0 cm | AV Area Cont Eq vti | 1.9 cm³ |
| LVOT Peak Velocity | 152.0 cm/s | AV Area Cont Eq pk | 2.0 cm³ |
| MITRAL VALVE | | | |
| Mitral E Point Velocity | 92.2 cm/s | LV E' Septal Velocity | 8.0 cm/s |
| Mitral A Point Velocity | 59.5 cm/s | Mitral E to LV E' Septal Ratio | 11.6 |
| Mitral E to A Ratio | 1.5 | Pulmonary Vein S/D Ratio | 1.1 |
| LV E' Lateral Velocity | 16.2 cm/s | Pulmonary Vein A to Mitral A Ratio | 0.4 |
| Mitral E to LV E' Lateral Ratio | 5.7 | | |
| TRICUSPID VALVE | | | |
| TR Peak Velocity | 378.0 cm/s | TR Peak Gradient | 57.2 mmHg |

#### FINDINGS

**2D / M-MODE**

| | |
|---|---|
| **Left Ventricle** | The left ventricle is normal in size with hyperdynamic systolic function. EF >70%. There is normal diastolic function. |
| **Right Ventricle** | The right ventricle is moderately dilated with moderately reduced systolic function-the apex function is |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

**Echocardiogram Adult Complete W Clr/ Dopp Waveform [476446090] (continued)**

Resulted: 10/04/18 1133, Result status: Final result

| Transthoracic Echo Report | SMITH, DORIS | 20012296 | Page 2 |
|---|---|---|---|

| | |
|---|---|
| | preserved-McConnel's sign. There is flattening of the ventricular septum indicative of right ventricular pressure overload |
| Left Atrium | The left atrium is mildly enlarged. |
| Right Atrium | The right atrium is mildly enlarged. |
| Aorta | The aortic root and proximal ascending aorta are normal to two-dimensional imaging. |
| Vessels | A dilated inferior vena cava with poor inspiration collapse is present, consistent with elevated right atrial pressure. |
| Pericardium | There is no pericardial effusion. |

**VALVULAR / DOPPLER**

| | |
|---|---|
| Aortic Valve | The aortic valve is trileaflet. The aortic valve appears structurally normal. The mean gradient is 7 mmHg, and the aortic valve area is 1.9 cm². |
| Mitral Valve | The mitral valve appears structurally normal. |
| Tricuspid Valve | The tricuspid valve appears structurally normal. The tricuspid regurgitation is moderate. RA Pressure is 20mmHg. 68mmHg. RVSP=88mmHg. |
| Pulmonary Valve | Pulmonary valve regurgitation is trace. |

**ADDITIONAL FINDINGS**

| | |
|---|---|
| Atrial Septum | No patent foramen ovale or atrial septal defect is demonstrated by color flow Doppler interrogation. |
| Conclusions | 1: The left ventricle is normal in size with hyperdynamic systolic function. EF >70%. There is normal diastolic function.<br>2: The right ventricle is moderately dilated with moderately reduced systolic function-the apex function is preserved-McConnel's sign. There is flattening of the ventricular septum indicative of right ventricular pressure overload. McConnel's sign could be seen in patients with PE however it could also be seen with long-standing pulmonary hypertension.<br>3: There is echocardiographic evidence of severe pulmonary hypertension with an estimated systolic pulmonary pressure of 88 mmHg<br>4: Mild tricuspid regurgitation |

Saif Al-Najafi MD

(Electronically Signed)

Final Date:    04 October 2018 11:33

**Echocardiogram Adlt Ltd W Clr & Dopp Ltd [477102004]**

Resulted: 10/08/18 1613, Result status: Final result

| | |
|---|---|
| Ordering provider:  **Bouck, Timothy H, MD**  10/08/18 0939 | Resulted by:  **Plitt, David, MD** |
| Performed:  **10/08/18 0950 - 10/08/18 1004** | Accession number:  **57369793** |
| Resulting lab:  **VALLEY HEALTH RADIOLOGY** | |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

Resulted: 10/08/18 1613, Result status: Final result

**Echocardiogram Adlt Ltd W Clr & Dopp Ltd [477102004] (continued)**

Narrative:

Winchester Medical Center
1840 Amherst Street
Winchester, VA 22601
540-536-8000

Transthoracic Echo Report
Name: SMITH, DORIS
Age: 39    Gender: F    Exam Date:   10/08/2018 09:56    Ordering Physician:BOUCK, TIMOTHY H
DOB:  08/04/1979    Exam Location:WMC Echo    Attending Physician:
MRN:  20012296    Ht (in):61  Wt (lb):258 BSA (m2): 2    Technologist:    Taylor, Rebecca RDCS
Indications:   eval cardiac function
History:    HTN, HLD
Procedure Performed: A limited two-dimensional transthoracic echocardiogram was performed with limited color and doppler.
BP:  114  / 66    HR: 113    Rhythm:    Sinus


Contrast:    Dose (mL):    Technical Quality:Good

MEASUREMENTS
2D ECHO
LV Ejection Fraction MOD   69.6 %    LV Cardiac Index MOD 4C    1852.1 cm3
LV Cardiac Index MOD BP    1900.8 cm3    LV Ejection Fraction MOD   67.7 %
LV Ejection Fraction MOD   74.5 %    LV Cardiac Index MOD 2C    2047.1 cm3

MITRAL VALVE
Mitral E Point Velocity    108.0 cm/s    LV E' Septal Velocity    7.7 cm/s
LV E' Lateral Velocity    15.9 cm/s    Mitral E to LV E' Septal   14.1
Mitral E to LV E' Lateral  6.8

TRICUSPID VALVE
TR Peak Velocity    317.0 cm/s    TR Peak Gradient    40.2 mmHg


FINDINGS
2D / M-MODE
Left Ventricle    The left ventricular ejection fraction is normal, estimated at 65-70%.
Right Ventricle    The right ventricular systolic function is normal.
Vessels    The inferior vena cava (IVC) is normal in size.
Pericardium    There is no pericardial effusion.


Conclusions    1: The left ventricular ejection fraction is normal, estimated at 65-70%.
2: The right ventricular systolic function is normal.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

Resulted: 10/08/18 1613, Result status: Final
result

**Echocardiogram Adlt Ltd W Clr & Dopp Ltd [477102004] (continued)**

David Plitt MD
(Electronically Signed)
Final Date:08 October 2018 16:13
 View Image (below)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

Resulted: 10/08/18 1613, Result status: Final result

### Echocardiogram Adlt Ltd W Clr & Dopp Ltd [477102004] (continued)



**Winchester Medical Center**
1840 Amherst Street
Winchester, VA 22601
540-536-8000

**Winchester Medical Center**

**Transthoracic Echo Report**

| | | | | |
|---|---|---|---|---|
| Name: | SMITH, DORIS | | | |
| Age: 39 | Gender: F | Exam Date: 10/08/2018 09:56 | Ordering Physician: | BOUCK, TIMOTHY H |
| DOB: 08/04/1979 | | Exam Location: WMC Echo | Attending Physician: | |
| MRN: 20012296 | Ht (in): 61 | Wt (lb): 258 BSA (m²): 2 | Technologist: | Taylor, Rebecca RDCS |
| Indications: | eval cardiac function | | | |
| History: | HTN, HLD | | | |

Procedure Performed:  A limited two-dimensional transthoracic echocardiogram was performed with limited color and doppler.

| | | | |
|---|---|---|---|
| BP: 114  / 66 | HR: 113 | Rhythm: | Sinus |
| Contrast: | Dose (mL): | Technical Quality: | Good |

**MEASUREMENTS**

**2D ECHO**

| | | | |
|---|---|---|---|
| LV Ejection Fraction MOD BP | 69.6 % | LV Cardiac Index MOD 4C | 1852.1 cm³/min·m² |
| LV Cardiac Index MOD BP | 1900.8 cm³/min·m² | LV Ejection Fraction MOD 2C | 67.7 % |
| LV Ejection Fraction MOD 4C | 74.5 % | LV Cardiac Index MOD 2C | 2047.1 cm³/min·m² |
| MITRAL VALVE | | | |
| Mitral E Point Velocity | 108.0 cm/s | LV E' Septal Velocity | 7.7 cm/s |
| LV E' Lateral Velocity | 15.9 cm/s | Mitral E to LV E' Septal Ratio | 14.1 |
| Mitral E to LV E' Lateral Ratio | 6.8 | | |
| TRICUSPID VALVE | | | |
| TR Peak Velocity | 317.0 cm/s | TR Peak Gradient | 40.2 mmHg |

**FINDINGS**

**2D / M-MODE**

| | |
|---|---|
| **Left Ventricle** | The left ventricular ejection fraction is normal, estimated at 65-70%. |
| **Right Ventricle** | The right ventricular systolic function is normal. |
| **Vessels** | The inferior vena cava (IVC) is normal in size. |
| **Pericardium** | There is no pericardial effusion. |

| | |
|---|---|
| **Conclusions** | 1: The left ventricular ejection fraction is normal, estimated at 65-70%. |
| | 2: The right ventricular systolic function is normal. |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Echocardiography - All Results (continued)

Resulted: 10/08/18 1613, Result status: Final
result

**Echocardiogram Adlt Ltd W Clr & Dopp Ltd [477102004] (continued)**

| Transthoracic Echo Report | SMITH, DORIS | 20012296 | Page 2 |

David Plitt MD
(Electronically Signed)
Final Date:   08 October 2018 16:13

## Microbiology - All Results

Resulted: 09/04/18 0553, Result status: Final
result

**Urine Culture [470597015]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/04/18 0553, Result status: Final result

### Urine Culture [470597015] (continued)

Ordering provider:  Casey, Sandra L, NP  09/02/18 0130        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Urine, Random
Collected: 09/02/2018 01:30

Status: Final    Last Updated: 09/04/2018 05:53

Culture Result (Final)
  No Growth Final

Resulted: 09/04/18 1203, Result status: Final result

### MRSA Detection by DNA Amp. (Nares) [470852820]

Ordering provider:  Hutchens, William Thomas Jr., MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 1014

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| MRSA | No MRSA detected. | No MRSA detected. | — |

  Comment:
  The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
  1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1311, Result status: Final result

### Blood Culture - Venipuncture [470596988]

Ordering provider:  Casey, Sandra L, NP  09/02/18 0013        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Blood
Collected: 09/02/2018 01:51

Status: Final    Last Updated: 09/07/2018 13:09

Culture Result (Final)
  No Growth in 5 Days

Resulted: 09/07/18 1311, Result status: Final result

### Blood Culture - Venipuncture [470596989]

Ordering provider:  Casey, Sandra L, NP  09/02/18 0013        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Blood
Collected: 09/02/2018 02:02

Status: Final    Last Updated: 09/07/2018 13:09



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/07/18 1311, Result status: Final
result

**Blood Culture - Venipuncture [470596989] (continued)**

Culture Result (Final)
No Growth in 5 Days

Resulted: 09/07/18 1311, Result status: Final
result

**Blood Culture - Venipuncture [470616071]**

Ordering provider: Hailesilasie, Dereje D, MD  09/02/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0807
Narrative:
Specimen: Blood
Collected: 09/02/2018 08:50

Status: Final    Last Updated: 09/07/2018 13:09

Culture Result (Final)
No Growth in 5 Days

Resulted: 09/12/18 0639, Result status: Final
result

**Respiratory Culture and Smear  (endotracheal aspirate) [471914122]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0756
Narrative:
Specimen/Source: Sputum/Endotracheal  Aspirate
Collected: 09/10/2018 11:45

Status: Final    Last Updated: 09/12/2018 06:39

Gram Stain (Final)
Many WBC's Seen
Few Epithelial Cells
No Organisms Seen

Culture Result (Final)
No Growth Final

Resulted: 09/12/18 0709, Result status: Final
result

**Urine Culture [471914121]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0756
Narrative:
Specimen/Source: Urine Specimens/Catheterized
Collected: 09/10/2018 09:35

Status: Final    Last Updated: 09/12/2018 07:09



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/12/18 0709, Result status: Final result

**Urine Culture [471914121] (continued)**

Culture Result (Final)
No Growth Final

Resulted: 09/12/18 2137, Result status: Final result

**Culture-Blood-Line Draw [471617208]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1649
Narrative:
Specimen/Source: Blood Culture Line Draw/Central Line Blood Draw
Collected: 09/07/2018 17:02

Status: Final     Last Updated: 09/12/2018 21:35

Culture Result (Final)
No Growth in 5 Days

Resulted: 09/14/18 0859, Result status: Final result

**Urine Culture [472399929]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1548
Narrative:
Specimen/Source: Urine Specimens/Catheterized
Collected: 09/12/2018 18:00

Status: Final     Last Updated: 09/14/2018 08:59

Culture Result (Final)
No Growth Final

Resulted: 09/14/18 1656, Result status: Final result

**MRSA  PCR Nares [472892512]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| MRSA | No MRSA detected. | No MRSA detected. | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Microbiology - All Results (continued)

Resulted: 09/15/18 1230, Result status: Final
result

**Blood Culture - Venipuncture #1 [471914120]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0756
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/10/2018 08:43

Status: Final    Last Updated: 09/15/2018 12:29

Culture Result (Final)
  No Growth in 5 Days

Resulted: 09/16/18 0648, Result status: Final
result

**Respiratory Culture and Smear  (endotracheal aspirate) [472892514]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510
Narrative:
Specimen/Source: Sputum/Endotracheal  Aspirate
Collected: 09/14/2018 15:37

Status: Final    Last Updated: 09/16/2018 06:48

Gram Stain (Final)
  Many WBC's Seen
  Few Epithelial Cells
  No Organisms Seen

Culture Result (Final)
  No Growth Final

Resulted: 09/16/18 1127, Result status: Final
result

**Urine Culture [472892513]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510
Narrative:
Specimen/Source: Urine Specimens/Catheterized
Collected: 09/14/2018 15:30

Status: Final    Last Updated: 09/16/2018 11:27

Culture Result (Final)
  No Growth Final

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/17/18 0731, Result status: Final result

**Respiratory Culture and Smear [472563641]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0551
Narrative:
This order is a replacement of the rejected order with accession number M1825500280.
Specimen/Source: Bronch Wash/Expectorated
Collected: 09/15/2018 10:00

Status: Final    Last Updated: 09/17/2018 07:31

(1) This order is a replacement of the rejected order with accession number M1825500280.

Gram Stain (Final)
 Moderate WBC's Seen
 No Organisms Seen

Culture Result (Final)
 No Growth Final

Resulted: 09/17/18 1816, Result status: Final result

**Blood Culture - Venipuncture #1 [472399928]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1548
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/12/2018 16:13

Status: Final    Last Updated: 09/17/2018 18:15

Culture Result (Final)
 No Growth in 5 Days

Resulted: 09/18/18 0625, Result status: Final result

**Respiratory Culture and Smear  (endotracheal aspirate) [473131830]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0752
Narrative:
Specimen/Source: Sputum/Endotracheal  Aspirate
Collected: 09/16/2018 11:17

Status: Final    Last Updated: 09/18/2018 06:25

Gram Stain (Final)
 Many WBC's Seen
 No Organisms Seen



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

**Respiratory Culture and Smear  (endotracheal aspirate) [473131830] (continued)**

Resulted: 09/18/18 0625, Result status: Final result

Culture Result (Final)
No Growth Final

**Blood Culture - Venipuncture #1 [472892511]**

Resulted: 09/18/18 0648, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/14/18 1510

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/14/2018 15:25

Status: Final    Last Updated: 09/18/2018 06:48

Gram Stain (Final)
1 of 1 Culture Positive
Results called and read back by (licensed clinician/date/time/tech)
: drew curden rn 9.16.18 1409 28
Gram Stain  Gram Positive Cocci
In Clusters

Blood Culture Gram Positive Panel (Final)
Verigene Blood Culture Panel
Staphylococcus epidermidis Detected by NAT
Methicillin resistance (MecA) Detected by NAT
Interpretive Comment:  Antimicrobial resistance may be present by
mechanisms not detected by Nucleic acid capture and probe detection
methodology (NAT).  Culture results to follow.
Results called and read back by (licensed clinician/date/time/tech):
Larissa Coyle-Pharmacy 9-17-18 1001 #43

ISO #1 (Final)
Coagulase Negative Staphylococcus
Probable contamination. No further workup performed. Please contact the
microbiology lab if further testing is needed.

**Urine Culture [473131829]**

Resulted: 09/18/18 0650, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/16/18 0752

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Urine Specimens/Catheterized
Collected: 09/16/2018 09:00

Status: Final    Last Updated: 09/18/2018 06:50



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/18/18 0650, Result status: Final
result

### Urine Culture [473131829] (continued)

Culture Result (Final)
No Growth Final

Resulted: 09/21/18 1017, Result status: Final
result

### Blood Culture - Venipuncture #1 [473131828]

Ordering provider: Lafalce, Christian Anthony, MD 09/16/18 0752

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/16/2018 09:11

Status: Final     Last Updated: 09/21/2018 10:15

Culture Result (Final)
No Growth in 5 Days

Resulted: 09/24/18 0624, Result status: Final
result

### RespiratoryCulture and Smear [474302799]

Ordering provider: Bouder, Thomas Glen, MD 09/22/18 0732

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Endotracheal Aspirate/Endotracheal Aspirate
Collected: 09/22/2018 08:10

Status: Final     Last Updated: 09/24/2018 06:24

Gram Stain (Final)
Few WBC's Seen
No Organisms Seen

Culture Result (Final)
No Growth Final

Resulted: 09/27/18 0759, Result status: Final
result

### Urine Culture [474775568]

Ordering provider: Xu, Haoxuan A, MD 09/25/18 1111

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Urine Specimens/Clean Catch
Collected: 09/25/2018 13:45

Status: Final     Last Updated: 09/27/2018 07:59

Culture Result (Final)

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/27/18 0759, Result status: Final
result

**Urine Culture [474775568] (continued)**

No Growth Final

Resulted: 09/27/18 1056, Result status: Final
result

**Blood Culture – Venipuncture [474302797]**

Ordering provider: Bouder, Thomas Glen, MD  09/22/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0732
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/22/2018 10:41

Status: Final    Last Updated: 09/27/2018 10:55

Culture Result (Final)
No Growth in 5 Days

Resulted: 09/28/18 1740, Result status: Final
result

**C diff Toxin B Gene by DNA Amplification [475488033]**

Ordering provider: Cole, Michael A, MD  09/28/18 1637    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| C.difficile Toxin B gene by DNA Amplification | Negative for Toxigenic C. difficile | Negative for Toxigenic C. difficile | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 0749, Result status: Final
result

**RespiratoryCulture and Smear [475379526]**

Ordering provider: Smith, Connie L, MD  09/28/18 1212    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Endotracheal Aspirate/Endotracheal  Aspirate
Collected: 09/28/2018 15:10

Status: Final    Last Updated: 09/30/2018 07:49

Gram Stain (Final)
Occasional WBC's Seen
Occasional Epithelial Cells
No Organisms Seen

Culture Result (Final)
No Growth Final



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 09/30/18 0749, Result status: Final
result

**RespiratoryCulture and Smear [475379526] (continued)**

Resulted: 09/30/18 1117, Result status: Final
result

**Urine Culture [475488025]**

Ordering provider: Smith, Connie L, MD  09/28/18 1500     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Urine, Random
Collected: 09/28/2018 15:00

Status: Final    Last Updated: 09/30/2018 11:17

Culture Result (Final)
  No Growth Final

Resulted: 09/30/18 2112, Result status: Final
result

**Blood Culture-Venipuncture #1 [474775552]**

Ordering provider: Khirbat, Rohit, MD  09/25/18 0933     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/25/2018 10:17

Status: Final    Last Updated: 09/30/2018 21:09

Culture Result (Final)
  No Growth in 5 Days

Resulted: 09/30/18 2112, Result status: Final
result

**Blood Culture-Venipuncture #2 [474775553]**

Ordering provider: Khirbat, Rohit, MD  09/25/18 0933     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/25/2018 10:17

Status: Final    Last Updated: 09/30/2018 21:09

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/01/18 1145, Result status: Final
result

**Urine Culture [475599726]**

Ordering provider: Smith, Connie L, MD  09/29/18 1640     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Urine, Random



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 10/01/18 1145, Result status: Final result

**Urine Culture [475599726] (continued)**
Collected: 09/29/2018 16:40

Status: Final    Last Updated: 10/01/2018 11:45

Culture Result (Final)
  No Growth Final

Resulted: 10/03/18 1452, Result status: Final result

**Blood Culture – Venipuncture [475379523]**
Ordering provider: Smith, Connie L, MD  09/28/18 1212    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/28/2018 14:01

Status: Final    Last Updated: 10/03/2018 14:51

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/03/18 1452, Result status: Final result

**Blood Culture – Venipuncture [475379524]**
Ordering provider: Smith, Connie L, MD  09/28/18 1212    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/28/2018 14:07

Status: Final    Last Updated: 10/03/2018 14:51

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/04/18 1828, Result status: Final result

**Blood Culture – Venipuncture [475599717]**
Ordering provider: Smith, Connie L, MD  09/29/18 1358    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 09/29/2018 14:11

Status: Final    Last Updated: 10/04/2018 18:27

Culture Result (Final)
  No Growth in 5 Days



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

**Blood Culture – Venipuncture [475599717] (continued)**

Resulted: 10/04/18 1828, Result status: Final
result

**Culture-Blood-Line Draw [475599720]**

Resulted: 10/04/18 1829, Result status: Final
result

Ordering provider: Smith, Connie L, MD  09/29/18 1604     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
Collected: 09/29/2018 16:38

Status: Final    Last Updated: 10/04/2018 18:27

Culture Result (Final)
  No Growth in 5 Days

**RespiratoryCulture and Smear [476261040]**

Resulted: 10/05/18 0608, Result status: Final
result

Ordering provider: Ashame, Elias S, MD  10/03/18 0757     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Endotracheal Aspirate/Endotracheal  Aspirate
Collected: 10/03/2018 08:57

Status: Final    Last Updated: 10/05/2018 06:08

Gram Stain (Final)
  Moderate WBC's Seen
  No Organisms Seen

Culture Result (Final)
  No Growth Final

**Urine Culture [476677875]**

Resulted: 10/07/18 0958, Result status: Final
result

Ordering provider: Smith, Connie L, MD  10/05/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Urine, Random
Collected: 10/05/2018 20:05

Status: Final    Last Updated: 10/07/2018 09:58

Culture Result (Final)
  No Growth Final



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 10/08/18 1142, Result status: Final result

### Culture-Fungal Blood-Line Draw [471617207]

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1649    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood Culture Line Draw/A-Line Blood Draw
Collected: 09/07/2018 17:06

Status: Final    Last Updated: 10/08/2018 11:42

Culture Result (Final)
  No Fungus Isolated - Final Report

Resulted: 10/10/18 0655, Result status: Final result

### RespiratoryCulture and Smear [477102011]

Ordering provider: Bouck, Timothy H, MD  10/08/18 1018    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Sputum/Sputum
Collected: 10/08/2018 11:42

Status: Final    Last Updated: 10/10/2018 06:55

Gram Stain (Final)
  Many WBC's Seen
  No Organisms Seen

Culture Result (Final)
  No Growth Final

Resulted: 10/10/18 0810, Result status: Final result

### Urine Culture [477102018]

Ordering provider: Bouck, Timothy H, MD  10/08/18 1030    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen: Urine, Random
Collected: 10/08/2018 10:30

Status: Final    Last Updated: 10/10/2018 08:10

Culture Result (Final)
  No Growth Final

Resulted: 10/10/18 1940, Result status: Final result

### Culture-Blood-Line Draw [476677862]

Ordering provider: Smith, Connie L, MD  10/05/18 1801    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 10/10/18 1940, Result status: Final
result

### Culture-Blood-Line Draw [476677862] (continued)

Specimen/Source: Blood Culture Line Draw/PICC Line Blood Draw
Collected: 10/05/2018 19:21

Status: Final    Last Updated: 10/10/2018 19:38

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/10/18 1940, Result status: Final
result

### Blood Culture – Venipuncture [476677863]

Ordering provider:  Smith, Connie L, MD  10/05/18 1801    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 10/05/2018 19:31

Status: Final    Last Updated: 10/10/2018 19:38

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/13/18 2051, Result status: Final
result

### Blood Culture-Venipuncture #1 [477102013]

Ordering provider:  Bouck, Timothy H, MD  10/08/18 1018    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 10/08/2018 12:52

Status: Final    Last Updated: 10/13/2018 20:50

Culture Result (Final)
  No Growth in 5 Days

Resulted: 10/13/18 2052, Result status: Final
result

### Blood Culture-Venipuncture #2 [477102014]

Ordering provider:  Bouck, Timothy H, MD  10/08/18 1018    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Blood/Venipuncture
Collected: 10/08/2018 12:52

Status: Final    Last Updated: 10/13/2018 20:50

Culture Result (Final)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Microbiology - All Results (continued)

Resulted: 10/13/18 2052, Result status: Final
result

**Blood Culture-Venipuncture #2 [477102014] (continued)**
   No Growth in 5 Days

Resulted: 10/14/18 0750, Result status: Final
result

**Sterile Body Fluid Culture and Smear [477582415]**
Ordering provider:  Carter, Jeffrey, MD  10/10/18 0736     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Peritoneal/Peritoneal Fluid
Collected: 10/10/2018 07:37

Status: Final      Last Updated: 10/14/2018 07:50


 Gram Stain (Final)
   Moderate WBC's Seen
   No Organisms Seen

 Culture Result (Final)
   No Growth Final

Resulted: 10/15/18 0900, Result status: Final
result

**Anaerobic Culture [477582413]**
Ordering provider:  Carter, Jeffrey, MD  10/10/18 0736     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Abscess/Peritoneal Fluid
Collected: 10/10/2018 07:37

Status: Final      Last Updated: 10/15/2018 09:00


 Culture Result (Final)
   No Anaerobes Isolated

Resulted: 10/15/18 2107, Result status: Final
result

**C diff Toxin B Gene by DNA Amplification [478605085]**
Ordering provider:  Lewis, Benjamin Franklin, MD     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
10/15/18 1950
   Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| C.difficile Toxin B gene by DNA Amplification | Negative for Toxigenic C. difficile | Negative for Toxigenic C. difficile | — |

   Comment:
   The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
   1840 Amherst Street,WINCHESTER,VA 22601

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 10/16/18 0854, Result status: Final
result

### Fungal, Other Culture and Smear [473019771]

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0950

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Bronch Wash/Left Upper Lobe
Collected: 09/15/2018 09:50

Status: Final    Last Updated: 10/16/2018 08:54

Smear, Fungal (Final)
 No Fungal Elements Seen

Culture Result (Final)
 No Fungus Isolated - Final Report

Resulted: 10/23/18 1115, Result status: Final
result

### C diff Toxin B Gene by DNA Amplification [479877603]

Ordering provider: Bishwakarma, Raju, MD  10/23/18
0848

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| C.difficile Toxin B gene by DNA Amplification | Negative for Toxigenic C. difficile | Negative for Toxigenic C. difficile | — |

Comment:
 The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 0708, Result status: Final
result

### AFB (Mycobacterium) Culture and Smear [473019769]

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0950

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Specimen/Source: Bronch Wash/Left Upper Lobe
Collected: 09/15/2018 09:50

Status: Final    Last Updated: 10/29/2018 07:08

Smear, AFB (Final)
 No Acid Fast Bacilli Seen

Culture Result (Final)
 No Mycobacterium Isolated - Final Report



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Microbiology - All Results (continued)

Resulted: 11/08/18 1301, Result status: Final result

**Fungal, Other Culture and Smear [477582414]**

Ordering provider: Carter, Jeffrey, MD  10/10/18 0736     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Specimen/Source: Abscess/Abdomen
Collected: 10/10/2018 07:37

Status: Final     Last Updated: 11/08/2018 13:01

Smear, Fungal (Final)
  No Fungal Elements Seen

Culture Result (Final)
  No Fungus Isolated - Final Report

## Blood Bank - All Results

Resulted: 09/03/18 1537, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [470777144]**

Ordering provider: Riccio, Lin M, MD  09/03/18 1537     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1630, Result status: Final result

**Type and Screen [470777143]**

Ordering provider: Riccio, Lin M, MD  09/03/18 1537     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1904, Result status: Final result

**Prepare/Crossmatch RBC: two units [470794614]**

Ordering provider: Riccio, Lin M, MD  09/03/18 1904     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Hgb<5g/dL or | — | — |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/03/18 1904, Result status: Final
result

**Prepare/Crossmatch RBC: two units [470794614] (continued)**

Hct<15% in
symptomatic,
hemodynamical
ly stable patient

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2053, Result status: Final
result

**Prepare/Crossmatch RBC: multiple units [470804910]**

Ordering provider: Riccio, Lin M, MD  09/03/18 2053    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2148, Result status: Final
result

**Crossmatch RBC:  Multiple Units [470810189]**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2148    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2214, Result status: Final
result

**Prepare/Crossmatch RBC: multiple units [470810211]**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2214    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/03/18 2214, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [470810211] (continued)**

Resulted: 09/04/18 2124, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [470985568]**

Ordering provider: Leavey, James Francis, MD  09/04/18 2123   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1440, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [471143726]**

Ordering provider: Hutchens, William Thomas Jr., MD  09/05/18 1440   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1758, Result status: Final result

**Packed Red Blood Cells - Product [471143746]**

Ordering provider: Bouder, Thomas Glen, MD  09/05/18 1758   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1839, Result status: Final result

**Type and Screen [471143738]**

Ordering provider: Bouder, Thomas Glen, MD  09/05/18 1608   Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/05/18 1839, Result status: Final result

**Type and Screen [471143738] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1039, Result status: Final result

**Prepare/Crossmatch RBC: two units [471277216]**

Ordering provider: Goode, Terral C, MD  09/06/18 1039    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1240, Result status: Edited Result - FINAL

**Crossmatch PRBCS, 2 Units [470777147]**

Ordering provider: Riccio, Lin M, MD  09/03/18 1533    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Ongoing blood loss
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618923215 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4532V00 | — | — |
| 01 -  Blood Type | O Neg | — | — |
| 01 -  Issue Date/Time | 201809032038 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618922598 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E4533V00 | — | — |
| 02 -  Blood Type | O Neg | — | — |
| 02 -  Issue Date/Time | 201809032038 | — | — |

Comment:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/06/18 1240, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 2 Units [470777147] (continued)**

The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1240, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [470777156]**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18
1614

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618923224 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4532V00 | — | — |
| 01 -  Blood Type | O Neg | — | — |
| 01 -  Issue Date/Time | 201809032027 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618062577 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E4544V00 | — | — |
| 02 -  Blood Type | O Neg | — | — |
| 02 -  Issue Date/Time | 201809032027 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W087618591898 | — | — |
| 03 -  Cross Match | Compatible | — | — |
| 03 -  Status Info | Transfused | — | — |
| 03 -  Product Code | E4533V00 | — | — |
| 03 -  Blood Type | O Neg | — | — |
| 03 -  Issue Date/Time | 201809032027 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W087618923206 | — | — |
| 04 -  Cross Match | Compatible | — | — |
| 04 -  Status Info | Transfused | — | — |
| 04 -  Product Code | E4532V00 | — | — |
| 04 -  Blood Type | O Neg | — | — |
| 04 -  Issue Date/Time | 201809032027 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

Resulted: 09/06/18 1240, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [470777156] (continued)**

Resulted: 09/06/18 1245, Result status: Edited
Result - FINAL

**Fresh Frozen Plasma (FFP) 4 Units [470777158]**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1614     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W087618062262 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E4717V00 | — | — |
| 01 - Blood Type | AB Pos | — | — |
| 01 - Issue Date/Time | 201809032107 | — | — |
| 02 - Product ID | FFP | — | — |
| 02 - Unit Number | W087618043179 | — | — |
| 02 - Status Info | Transfused | — | — |
| 02 - Product Code | E4713V00 | — | — |
| 02 - Blood Type | AB Neg | — | — |
| 02 - Issue Date/Time | 201809032107 | — | — |
| 03 - Product ID | FFP | — | — |
| 03 - Unit Number | W087618922024 | — | — |
| 03 - Status Info | Canceled | — | — |
| 03 - Product Code | E2719V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 04 - Product ID | FFP | — | — |
| 04 - Unit Number | W087618061824 | — | — |
| 04 - Status Info | Canceled | — | — |
| 04 - Product Code | E4717V00 | — | — |
| 04 - Blood Type | A Pos | — | — |

Comment:
The above 22 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/06/18 1245, Result status: Edited
Result - FINAL

**Pheresis 1 Unit [470777160]**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 1614     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W087618001432 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E3089V00 | — | — |
| 01 - Blood Type | O Pos | — | — |
| 01 - Issue Date/Time | 201809032031 | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/06/18 1245, Result status: Edited
**Pheresis 1 Unit [470777160] (continued)**                                          Result - FINAL

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1245, Result status: Edited
**2 POOLED CRYO [470777162]**                                                        Result - FINAL

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18     Resulting lab: WINCHESTER MEDICAL CENTER LAB
1614

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Cryoprecipitate | — | — |
| 01 - Unit Number | W125618077638 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3587V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809032042 | — | — |
| 02 - Product ID | Cryoprecipitate | — | — |
| 02 - Unit Number | W125618077693 | — | — |
| 02 -  Status Info | Canceled | — | — |
| 02 - Product Code | E3587V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |

Comment:
The above 11 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1245, Result status: Edited
**Crossmatch PRBCS, 2 Units [470794616]**                                            Result - FINAL

Ordering provider: Riccio, Lin M, MD  09/03/18 1904     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb<5g/dL or Hct<15% in symptomatic, hemodynamically stable patient
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618522126 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4532V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809031914 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618001302 | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/06/18 1245, Result status: Edited

**Crossmatch PRBCS, 2 Units [470794616] (continued)**                     Result - FINAL

| | | | |
|---|---|---|---|
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809031914 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1245, Result status: Edited

**Crossmatch PRBCS, 4 Units [470804912]**                     Result - FINAL

Ordering provider:  Riccio, Lin M, MD  09/03/18 2053          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Ongoing blood loss
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618601521 | — | — |
| 01 -  Cross Match | Massive Tx - XM NR | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809051449 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618092516 | — | — |
| 02 -  Cross Match | Massive Tx - XM NR | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W087618532181 | — | — |
| 03 -  Cross Match | Massive Tx - XM NR | — | — |
| 03 -  Status Info | Released | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W087618012169 | — | — |
| 04 -  Cross Match | Massive Tx - | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

Resulted: 09/06/18 1245, Result status: Edited

**Crossmatch PRBCS, 4 Units [470804912] (continued)**                                    Result - FINAL

|  | | Value | Reference | |
|---|---|---|---|---|
| | | XM NR | | |
| 04 - | Status Info | Released | — | — |
| 04 - | Product Code | E0382V00 | — | — |
| 04 - | Blood Type | A Pos | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/06/18 1245, Result status: Edited

**Crossmatch PRBCS, 2 Units [470804943]**                                               Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/03/18 2135

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618813026 | — | — |
| 01 -   Cross Match | Compatible | — | — |
| 01 -   Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -   Blood Type | A Pos | — | — |
| 01 -   Issue Date/Time | 201809042235 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618831775 | — | — |
| 02 -   Cross Match | Compatible | — | — |
| 02 -   Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -   Blood Type | A Pos | — | — |
| 02 -   Issue Date/Time | 201809032219 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/07/18 0811, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [471509530]**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0811

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [471509530] (continued)**    Resulted: 09/07/18 0811, Result status: Final result

1840 Amherst Street,WINCHESTER,VA 22601

**Prepare/Crossmatch Red Blood Cells: one unit [471706039]**    Resulted: 09/08/18 0914, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 0914    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Type and Screen [471706062]**    Resulted: 09/08/18 1755, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Crossmatch PRBCS, 2 Units [471277218]**    Resulted: 09/08/18 2055, Result status: Edited Result - FINAL

Ordering provider: Goode, Terral C, MD 09/06/18 1038    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
Other: Specify under Comments

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618831891 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809061104 | — | — |
| 02 - Product ID | Red Blood | — | — |



**Valley Health**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/08/18 2055, Result status: Edited

**Crossmatch PRBCS, 2 Units [471277218] (continued)**                                     Result - FINAL

| | | | |
|---|---|---|---|
| | Cells | | |
| 02 - Unit Number | W0876188148 26 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809061104 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 2159, Result status: Edited

**Crossmatch PRBCS, 4 Units [471143748]**                                                Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD  09/05/18          Resulting lab: WINCHESTER MEDICAL CENTER LAB
1757
Narrative:
Other: please specify in comments
Irradiated

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0876180440 12 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0876180121 69 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W0876180925 16 | — | — |
| 03 -  Cross Match | Compatible | — | — |
| 03 -  Status Info | Transfused | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 03 -  Issue Date/Time | 201809080943 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W0876185321 81 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

Resulted: 09/08/18 2159, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [471143748] (continued)**

| | | | | |
|---|---|---|---|---|
| 04 - | Cross Match | Compatible | — | — |
| 04 - | Status Info | Transfused | — | — |
| 04 - | Product Code | E0382V00 | — | — |
| 04 - | Blood Type | A Pos | — | — |
| 04 - | Issue Date/Time | 201809070905 | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/08/18 2213, Result status: Final result

**Packed Red Blood Cells - Product [471771287]**

Ordering provider: Bouder, Thomas Glen, MD  09/08/18 2212      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/09/18 0939, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [471808759]**

Ordering provider: Hutchens, William Thomas Jr., MD  09/09/18 0939      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/10/18 0758, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [471914127]**

Ordering provider: Lafalce, Christian Anthony, MD  09/10/18 0758      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in | — | — |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [471914127] (continued)**

Resulted: 09/10/18 0758, Result status: Final result

comments

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 2112, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [472059155]**

Ordering provider: Leavey, James Francis, MD  09/10/18      Resulting lab: WINCHESTER MEDICAL CENTER LAB
2112

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0959, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [471808761]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0939
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618923264 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0379V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809102129 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1707, Result status: Final result

**Type and Screen [472193369]**

Ordering provider: Leavey, James Francis, MD  09/11/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
1205

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/11/18 1707, Result status: Final
result

**Type and Screen [472193369] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1818, Result status: Final
result

**Prepare/Crossmatch Red Blood Cells: one unit [472268067]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 1818

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 2055, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [471771289]**

Ordering provider: Bouder, Thomas Glen, MD  09/08/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
2213

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618012169 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809091010 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618814826 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809101508 | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/11/18 2055, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [471771289] (continued)**

| | Value | Reference Range | Flag |
|---|---|---|---|
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W087618044012 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809100858 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W087618562508 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Released | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 2055, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [472059158]**

Ordering provider: Leavey, James Francis, MD  09/10/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
2111
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W042218036436 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0030, Result status: Final
result

**Prepare/Crossmatch Red Blood Cells: one unit [472344142]**

Ordering provider: Leavey, James Francis, MD  09/12/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0029
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [472344142] (continued)**  Resulted: 09/12/18 0030, Result status: Final result

| | | | |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1810, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [472511783]**

Ordering provider:  Lafalce, Christian Anthony, MD 09/12/18 1810    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0010, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [472511825]**

Ordering provider:  Leavey, James Francis, MD  09/13/18 0010    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0632, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [472563648]**

Ordering provider:  Leavey, James Francis, MD  09/13/18 0631    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [472563648] (continued)**

Resulted: 09/13/18 0632, Result status: Final result

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/13/18 0723, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [472268069]**

Ordering provider: Lafalce, Christian Anthony, MD 09/11/18 1818

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618062574 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809111845 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/13/18 0728, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [472563658]**

Ordering provider: Leavey, James Francis, MD 09/13/18 0728

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/13/18 0731, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [472344144]**

Ordering provider: Leavey, James Francis, MD 09/12/18 0029

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/13/18 0731, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [472344144] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618814826 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809120103 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0859, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [472511785]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1809
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618814982 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809121838 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1123, Result status: Final
result

**Prepare Platelets [472590759]**

Ordering provider: Bouck, Timothy H, MD  09/13/18 1122     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet <20,000/uL & signs of hemorragic diathesis | — | — |
| Quantity | 1 | — | — |



**ValleyHealth**
*Healthier, together.*

| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Blood Bank - All Results (continued)

Resulted: 09/13/18 1123, Result status: Final result

**Prepare Platelets [472590759] (continued)**

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1129, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [472590770]**

Ordering provider: Riccio, Lin M, MD  09/13/18 1128        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1236, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [472590789]**

Ordering provider: Riccio, Lin M, MD  09/13/18 1236        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1259, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [472511827]**

Ordering provider: Leavey, James Francis, MD  09/13/18 0010        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618031630 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/13/18 1259, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [472511827] (continued)**

| 01 -  Issue Date/Time | 201809130023 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1300, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [472657457]**

Ordering provider:  Dennard, Andrew Keith, MD  09/13/18 1300        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1806, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [472724070]**

Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1806        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1817, Result status: Final result

**Prepare pooled cryoprecipitate [472724077]**

Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1817        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Dysfibrinogenemia | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/13/18 1817, Result status: Final result

**Prepare Platelets [472724078]**

Ordering provider: Lafalce, Christian Anthony, MD 09/13/18 1817

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet dysfunction due to: please specify in comments | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1959, Result status: Edited Result - FINAL

**Crossmatch PRBC, 1 Unit [472563650]**

Ordering provider: Leavey, James Francis, MD 09/13/18 0632

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618522436 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809130708 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 2359, Result status: Edited Result - FINAL

**Crossmatch PRBCS, 4 Units [472563660]**

Ordering provider: Leavey, James Francis, MD 09/13/18 0727

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0876188320 | — | — |



Healthier, together.

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/13/18 2359, Result status: Edited

**Crossmatch PRBCS, 4 Units [472563660] (continued)**    Result - FINAL

| | | | |
|---|---|---|---|
| | 38 | | |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809131129 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0876188131 67 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809131129 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W0876189234 01 | — | — |
| 03 -  Cross Match | Compatible | — | — |
| 03 -  Status Info | Transfused | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 03 -  Issue Date/Time | 201809131129 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W0876189234 19 | — | — |
| 04 -  Cross Match | Compatible | — | — |
| 04 -  Status Info | Transfused | — | — |
| 04 -  Product Code | E0382V00 | — | — |
| 04 -  Blood Type | A Pos | — | — |
| 04 -  Issue Date/Time | 201809131129 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0808, Result status: Edited

**Pheresis 1 Unit [472590762]**    Result - FINAL

Ordering provider:  Bouck, Timothy H, MD  09/13/18 1122    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Platelet <20,000/uL & signs of hemorragic diathesis
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W0876180443 26 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3089V00 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0808, Result status: Edited

**Pheresis 1 Unit [472590762] (continued)**                                      Result - FINAL

| | Value | | |
|---|---|---|---|
| 01 - Blood Type | A Neg | — | — |
| 01 - Issue Date/Time | 201809131137 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0814, Result status: Edited

**Crossmatch PRBCS, 4 Units [472590772]**                                        Result - FINAL

Ordering provider: Riccio, Lin M, MD  09/13/18 1128         Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Ongoing blood loss
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618542172 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809131157 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618815006 | — | — |
| 02 - Cross Match | Compatible | — | — |
| 02 - Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 - Blood Type | A Pos | — | — |
| 02 - Issue Date/Time | 201809131157 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W087618062655 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809131157 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W087618813218 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809131157 | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0814, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [472590772] (continued)**

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0830, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [472657449]**

Ordering provider:  Riccio, Lin M, MD  09/13/18 1236          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0876180927 16 | — | — |
| 01 -   Cross Match | Compatible | — | — |
| 01 -   Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -   Blood Type | A Pos | — | — |
| 01 -   Issue Date/Time | 201809131243 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0876185322 57 | — | — |
| 02 -   Cross Match | Compatible | — | — |
| 02 -   Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -   Blood Type | A Pos | — | — |
| 02 -   Issue Date/Time | 201809131243 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -   Unit Number | W0876180442 02 | — | — |
| 03 -   Cross Match | Compatible | — | — |
| 03 -   Status Info | Released | — | — |
| 03 -   Product Code | E0382V00 | — | — |
| 03 -   Blood Type | A Pos | — | — |
| 03 -   Issue Date/Time | 201809131243 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -   Unit Number | W0876189129 18 | — | — |
| 04 -   Cross Match | Compatible | — | — |
| 04 -   Status Info | Released | — | — |
| 04 -   Product Code | E0382V00 | — | — |
| 04 -   Blood Type | A Pos | — | — |
| 04 -   Issue Date/Time | 201809131243 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0830, Result status: Edited

__Crossmatch PRBCS, 4 Units [472657449] (continued)__                            Result - FINAL
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0830, Result status: Edited

__Crossmatch PRBCS, 4 Units [472657459]__                                        Result - FINAL
Ordering provider: Dennard, Andrew Keith, MD  09/13/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
1258
Narrative:
Ongoing blood loss
No special requirements
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618044201 | — | — |
| 01 -  Cross Match | Massive Tx - XM NR | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618815004 | — | — |
| 02 -  Cross Match | Massive Tx - XM NR | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E4533V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809131838 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W087618001439 | — | — |
| 03 -  Cross Match | Massive Tx - XM NR | — | — |
| 03 -  Status Info | Released | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W087618591987 | — | — |
| 04 -  Cross Match | Massive Tx - XM NR | — | — |
| 04 -  Status Info | Released | — | — |
| 04 -  Product Code | E4532V00 | — | — |
| 04 -  Blood Type | A Pos | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0830, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [472657459] (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0835, Result status: Final
result

**Prepare/Crossmatch RBC: multiple units [472793448]**
Ordering provider:  Kofsky, Edward R, MD  09/14/18 0835    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

    Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0859, Result status: Edited
Result - FINAL

**Pheresis 1 Unit [472724082]**
Ordering provider:  Lafalce, Christian Anthony, MD
09/13/18 1817    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Platelet dysfunction due to: please specify in comments
Leukoreduced/CMV Safe
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W287618002626 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3089V00 | — | — |
| 01 -  Blood Type | O Pos | — | — |
| 01 -  Issue Date/Time | 201809132027 | — | — |

    Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0948, Result status: Final
result

**Type and Screen [472793445]**
Ordering provider:  Kofsky, Edward R, MD  09/14/18 0825    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

    Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0948, Result status: Final
result

**Type and Screen [472793445] (continued)**

Resulted: 09/14/18 0959, Result status: Edited
Result - FINAL

**1 POOLED CRYO [472724080]**

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1816

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Dysfibrinogenemia

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Cryoprecipitate | — | — |
| 01 - Unit Number | W0362186385 54 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3587V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809132125 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0959, Result status: Edited
Result - FINAL

**Fresh Frozen Plasma (FFP) 4 Units [472749939]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 2123

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W0425180367 62 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E2737V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809132130 | — | — |
| 02 - Product ID | FFP | — | — |
| 02 - Unit Number | W0876180618 30 | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E4717V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809132130 | — | — |
| 03 - Product ID | FFP | — | — |
| 03 -  Unit Number | W0876185520 30 | — | — |
| 03 -  Status Info | Transfused | — | — |
| 03 -  Product Code | E2719V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 03 -  Issue Date/Time | 201809132130 | — | — |
| 04 - Product ID | FFP | — | — |
| 04 -  Unit Number | W0876180617 10 | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 0959, Result status: Edited
Result - FINAL

**Fresh Frozen Plasma (FFP) 4 Units [472749939] (continued)**

| | | | |
|---|---|---|---|
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E7760V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809132130 | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/14/18 1104, Result status: Final result

**Packed Red Blood Cells - Product [472793462]**

Ordering provider: Ulich, Paul J, MD  09/14/18 1104     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/14/18 1345, Result status: Final result

**Prepare Platelets [472863450]**

Ordering provider: Ulich, Paul J, MD  09/14/18 1345     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet dysfunction due to: please specify in comments | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/14/18 1350, Result status: Final result

**Prepare pooled cryoprecipitate [472863457]**

Ordering provider: Ulich, Paul J, MD  09/14/18 1350     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/14/18 1350, Result status: Final result

**Prepare pooled cryoprecipitate [472863457] (continued)**

The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1757, Result status: Final result

**Prepare Platelets [472915164]**

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 1757

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet <50,000/uL with active hemorrhage | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1032, Result status: Edited Result - FINAL

**Fresh Frozen Plasma (FFP) 4 Units [472863421]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/14/18 1226

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W042518044165 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E7751V00 | — | — |
| 01 - Blood Type | AB Neg | — | — |
| 01 - Issue Date/Time | 201809141230 | — | — |
| 02 - Product ID | FFP | — | — |
| 02 - Unit Number | W087618043527 | — | — |
| 02 - Status Info | Transfused | — | — |
| 02 - Product Code | E7760V00 | — | — |
| 02 - Blood Type | AB Pos | — | — |
| 02 - Issue Date/Time | 201809141230 | — | — |
| 03 - Product ID | FFP | — | — |
| 03 - Unit Number | W087618012122 | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E2719V00 | — | — |
| 03 - Blood Type | A Neg | — | — |
| 03 - Issue Date/Time | 201809141230 | — | — |
| 04 - Product ID | FFP | — | — |
| 04 - Unit Number | W087618011540 | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/15/18 1032, Result status: Edited

**Fresh Frozen Plasma (FFP) 4 Units [472863421] (continued)**                    Result - FINAL

| | | | |
|---|---|---|---|
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E7759V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809141230 | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1032, Result status: Edited

**Pheresis 1 Unit [472863423]**                                                   Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1226

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W0358180742<br>12 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E3088V00 | — | — |
| 01 - Blood Type | O Pos | — | — |
| 01 - Issue Date/Time | 201809141230 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1032, Result status: Edited

**Pheresis 1 Unit [472863433]**                                                   Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1236

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W0358180742<br>10 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E3087V00 | — | — |
| 01 - Blood Type | O Pos | — | — |
| 01 - Issue Date/Time | 201809141352 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1040, Result status: Edited

**1 POOLED CRYO [472863459]**                                                     Result - FINAL

Ordering provider: Ulich, Paul J, MD  09/14/18 1351    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/15/18 1040, Result status: Edited

**1 POOLED CRYO [472863459] (continued)**                                      Result - FINAL

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Cryoprecipitate | — | — |
| 01 - Unit Number | W1256180705 62 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3587V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809141430 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1044, Result status: Edited

**Pheresis 1 Unit [472915166]**                                      Result - FINAL

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1757

Narrative:
Platelet <50,000/uL with active hemorrhage
Leukoreduced/CMV Safe

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W0358180791 94 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3089V00 | — | — |
| 01 -  Blood Type | O Pos | — | — |
| 01 -  Issue Date/Time | 201809141831 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1318, Result status: Final

**Prepare/Crossmatch Red Blood Cells: one unit [473131860]**                              result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1318

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch RBC: multiple units [473176697]**

Resulted: 09/16/18 1818, Result status: Final result

Ordering provider: Kofsky, Edward R, MD 09/16/18 1818    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Type and Screen [473131876]**

Resulted: 09/16/18 1930, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/16/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Crossmatch PRBCS, 4 Units [472793450]**

Resulted: 09/16/18 1935, Result status: Edited Result - FINAL

Ordering provider: Kofsky, Edward R, MD 09/14/18 0831    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018127050 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E4533V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809141134 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W041018113391 | — | — |
| 02 - Cross Match | Compatible | — | — |
| 02 - Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 - Blood Type | A Pos | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/16/18 1935, Result status: Edited

**Crossmatch PRBCS, 4 Units [472793450] (continued)**                    Result - FINAL

| | | | |
|---|---|---|---|
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W042218035094 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Released | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W042218039558 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809141134 | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1935, Result status: Edited

**Fresh Frozen Plasma (FFP) 4 Units [472863431]**                    Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1236

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W087618062613 | — | — |
| 01 - Status Info | Canceled | — | — |
| 01 - Product Code | E2284V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809141240 | — | — |
| 02 - Product ID | FFP | — | — |
| 02 - Unit Number | W087618044134 | — | — |
| 02 - Status Info | Canceled | — | — |
| 02 - Product Code | E2719V00 | — | — |
| 02 - Blood Type | A Neg | — | — |
| 02 - Issue Date/Time | 201809141240 | — | — |
| 03 - Product ID | FFP | — | — |
| 03 - Unit Number | W087618092664 | — | — |
| 03 - Status Info | Canceled | — | — |
| 03 - Product Code | E2719V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809141240 | — | — |
| 04 - Product ID | FFP | — | — |
| 04 - Unit Number | W087618042B | — | — |



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/16/18 1935, Result status: Edited

**Fresh Frozen Plasma (FFP) 4 Units [472863431] (continued)**

Result - FINAL

| | | | | |
|---|---|---|---|---|
| | | 56 | | |
| 04 - | Status Info | Canceled | — | — |
| 04 - | Product Code | E7759V00 | — | — |
| 04 - | Blood Type | A Pos | — | — |
| 04 - | Issue Date/Time | 201809141240 | — | — |
| | Comment: | | | |

The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0159, Result status: Edited

**Crossmatch PRBCS, 4 Units [472863429]**

Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1236

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W042218039170 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809141240 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618044202 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809141240 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W087618044201 | — | — |
| 03 -  Cross Match | Compatible | — | — |
| 03 -  Status Info | Transfused | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | A Pos | — | — |
| 03 -  Issue Date/Time | 201809161346 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W042218040602 | — | — |
| 04 -  Cross Match | Compatible | — | — |
| 04 -  Status Info | Released | — | — |
| 04 -  Product Code | E4533V00 | — | — |
| 04 -  Blood Type | A Pos | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/17/18 0159, Result status: Edited

**Crossmatch PRBCS, 4 Units [472863429] (continued)**                                           Result - FINAL

| 04 - Issue Date/Time | 201809141240 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1416, Result status: Edited

**Crossmatch PRBCS, 4 Units [472793464]**                                                       Result - FINAL

Ordering provider: Ulich, Paul J, MD  09/14/18 1103          Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
Leukoreduced

Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618922816 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4544V00 | — | — |
| 01 -  Blood Type | O Neg | — | — |
| 01 -  Issue Date/Time | 201809141230 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618012341 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | O Neg | — | — |
| 02 -  Issue Date/Time | 201809141230 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W087618022607 | — | — |
| 03 -  Cross Match | Compatible | — | — |
| 03 -  Status Info | Returned from Issue | — | — |
| 03 -  Product Code | E0382V00 | — | — |
| 03 -  Blood Type | O Neg | — | — |
| 03 -  Issue Date/Time | 201809141230 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 -  Unit Number | W087618022605 | — | — |
| 04 -  Cross Match | Compatible | — | — |
| 04 -  Status Info | Transfused | — | — |
| 04 -  Product Code | E4545V00 | — | — |
| 04 -  Blood Type | O Neg | — | — |
| 04 -  Issue Date/Time | 201809141230 | — | — |



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Blood Bank - All Results (continued)

Resulted: 09/17/18 1416, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [472793464] (continued)**

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0734, Result status: Final
result

**Prepare/Crossmatch Red Blood Cells: one unit [473453478]**

Ordering provider: Ashame, Elias S, MD 09/18/18 0734    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0818, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [473176699]**

Ordering provider: Kofsky, Edward R, MD 09/16/18 1817    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018114657 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809170832 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618092700 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 03 - Product ID | Red Blood Cells | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/18/18 0818, Result status: Edited Result - FINAL

### Crossmatch PRBCS, 4 Units [473176699] (continued)

| | | | |
|---|---|---|---|
| 03 - Unit Number | W042218041869 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Released | — | — |
| 03 - Product Code | E4533V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W041018121479 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Released | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809170832 | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0842, Result status: Final result

### Prepare/Crossmatch RBC: multiple units [473453497]

Ordering provider: Kofsky, Edward R, MD  09/18/18 0842     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0937, Result status: Final result

### Type and Screen [473453494]

Ordering provider: Ashame, Elias S, MD  09/18/18 0818     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1018, Result status: Final result

### Prepare/Crossmatch Red Blood Cells: one unit [473508918]

Ordering provider: Ashame, Elias S, MD  09/18/18 1018     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

### Prepare/Crossmatch Red Blood Cells: one unit [473508918] (continued)

Resulted: 09/18/18 1018, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Prepare/Crossmatch RBC: multiple units [473508923]

Resulted: 09/18/18 1019, Result status: Final result

Ordering provider: Kofsky, Edward R, MD  09/18/18 1019    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Crossmatch PRBCS, 4 Units [473453499]

Resulted: 09/18/18 1203, Result status: Edited Result - FINAL

Ordering provider: Kofsky, Edward R, MD  09/18/18 0841    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Ongoing blood loss
No special requirements
on ECMO

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618822090 | — | — |
| 01 -  Status Info | Canceled | — | — |
| 01 - Product Code | E0379V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W041018114657 | — | — |
| 02 -  Status Info | Canceled | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 -  Unit Number | W0410181214 | — | — |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/18/18 1203, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [473453499] (continued)**

| | | | |
|---|---|---|---|
| | 79 | | |
| 03 - Status Info | Canceled | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W087618092700 | — | — |
| 04 - Status Info | Canceled | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1457, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [473508950]**

Ordering provider: Ashame, Elias S, MD  09/18/18 1457    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1837, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [473618790]**

Ordering provider: Ashame, Elias S, MD  09/18/18 1837    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

**Blood Bank - All Results (continued)**

**Prepare/Crossmatch Red Blood Cells: one unit [473618790] (continued)**     Resulted: 09/18/18 1837, Result status: Final result

Resulted: 09/18/18 2259, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [473618816]**

Ordering provider: Sheikh, Amna O, MD  09/18/18 2259     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0511, Result status: Final result

**Prepare Platelets [473672186]**

Ordering provider: Sheikh, Amna O, MD  09/19/18 0511     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet dysfunction due to: please specify in comments | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0829, Result status: Final result

**Prepare/Crossmatch RBC: two units [473672213]**

Ordering provider: Viens, Claudia H, MD  09/19/18 0829     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Hgb<5g/dL or Hct<15% in symptomatic, hemodynamically stable patient | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/19/18 1032, Result status: Final
result

**Prepare/Crossmatch RBC: multiple units [473730293]**

Ordering provider: Viens, Claudia H, MD  09/19/18 1032    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1135, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [473508952]**

Ordering provider: Ashame, Elias S, MD  09/18/18 1458    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0422180418 69 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4533V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809181856 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1159, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [473618792]**

Ordering provider: Ashame, Elias S, MD  09/18/18 1837    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0422180418 66 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809182316 | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/19/18 1159, Result status: Edited

**Crossmatch PRBC, 1 Unit [473618792] (continued)**                     Result - FINAL

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1759, Result status: Edited

**Pheresis 1 Unit [473672188]**                                          Result - FINAL

Ordering provider: Sheikh, Amna O, MD  09/19/18 0511     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Platelet dysfunction due to: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W0876185524 22 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3077V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809190538 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2059, Result status: Edited

**Crossmatch PRBCS, 4 Units [473508925]**                                Result - FINAL

Ordering provider: Kofsky, Edward R, MD  09/18/18 1019     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements
ecmo

Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0876188220 90 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0379V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809181055 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0410181146 57 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/19/18 2059, Result status: Edited

**Crossmatch PRBCS, 4 Units [473508925] (continued)**                                                     Result - FINAL

| | | | |
|---|---|---|---|
| 02 - Blood Type | A Pos | — | — |
| 02 - Issue Date/Time | 201809190822 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W087618092700 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809181534 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W041018121479 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809190822 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2159, Result status: Edited

**Crossmatch PRBC, 1 Unit [473508920]**                                                                   Result - FINAL

Ordering provider: Ashame, Elias S, MD  09/18/18 1017          Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements
ecmo

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W042218040602 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E4533V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809190934 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1941, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [473996933]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [473996933] (continued)**

Resulted: 09/20/18 1941, Result status: Final result

Ordering provider: Sheikh, Amna O, MD  09/20/18 1941     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0213, Result status: Final result

**Prepare Platelets [474056778]**

Ordering provider: Johnson, Sarah, NP  09/21/18 0213     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet <100,000/uL with surgery/bleed in brain/eye/orbit/spine | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0616, Result status: Final result

**Prepare fresh frozen plasma (FFP) [474107716]**

Ordering provider: Sheikh, Amna O, MD  09/21/18 0615     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other-please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0632, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [474107724]**

Ordering provider: Sheikh, Amna O, MD  09/21/18 0632     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [474107724] (continued)**    Resulted: 09/21/18 0632, Result status: Final result

| | | | |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0633, Result status: Final result

**Prepare Platelets [474107731]**

Ordering provider:  Sheikh, Amna O, MD  09/21/18 0633    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Indication for Transfusion | Platelet dysfunction due to: please specify in comments | — | — |
| Quantity | 1 | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0807, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [474126853]**

Ordering provider:  Bouder, Thomas Glen, MD  09/21/18 0806    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 4 | — | — |
| Indication for Transfusion | Ongoing blood loss | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Type and Screen: if there is no current type and screen in Blood Bank [474126852]**    Resulted: 09/21/18 0847, Result status: Final result

Ordering provider:  Bouder, Thomas Glen, MD  09/21/18 0806    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Blood Bank - All Results (continued)

**Type and Screen: if there is no current type and screen in Blood Bank [474126852] (continued)**

Resulted: 09/21/18 0847, Result status: Final result

1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/21/18 0848, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [473618819]**

Ordering provider: Sheikh, Amna O, MD  09/18/18 2259    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0410181231 14 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809190934 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/21/18 0848, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 2 Units [473672215]**

Ordering provider: Viens, Claudia H, MD  09/19/18 0814    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb<5g/dL or Hct<15% in symptomatic, hemodynamically stable patient
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0410181270 88 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809191030 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0410181148 34 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/21/18 0848, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 2 Units [473672215] (continued)**

02 -  Issue Date/Time                           201809191030    —                           —
Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0956, Result status: Final
result

**Prepare fresh frozen plasma (FFP) [474126876]**

Ordering provider:  Ashame, Elias S, MD  09/21/18 0955      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Bleeding or emergent surgery if patient in New Oral Anticoagulant (NOAC) | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1459, Result status: Edited
Result - FINAL

**Pheresis 1 Unit [474056780]**

Ordering provider:  Johnson, Sarah, NP  09/21/18 0213      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Platelet <100,000/uL with surgery/bleed in brain/eye/orbit/spine
No special requirements
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |
| 01 - Unit Number | W286418003717 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E3089V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809210239 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1859, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [473730295]**

Ordering provider:  Viens, Claudia H, MD  09/19/18 1030      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Ongoing blood loss
No special requirements



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/21/18 1859, Result status: Edited

**Crossmatch PRBCS, 4 Units [473730295] (continued)**                    Result - FINAL

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018120038 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W041018119541 | — | — |
| 02 - Cross Match | Compatible | — | — |
| 02 - Status Info | Transfused | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 - Blood Type | A Pos | — | — |
| 02 - Issue Date/Time | 201809210650 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W041018110721 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809202013 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W041018119985 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Released | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1859, Result status: Edited

**Pheresis 1 Unit [474107733]**                    Result - FINAL

Ordering provider: **Sheikh, Amna O, MD  09/21/18 0633**    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Platelet dysfunction due to: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Platelets | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/21/18 1859, Result status: Edited

**Pheresis 1 Unit [474107733] (continued)**

Result - FINAL

| | | | |
|---|---|---|---|
| 01 - Unit Number | W041518039268 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E3087V00 | — | — |
| 01 - Blood Type | O Pos | — | — |
| 01 - Issue Date/Time | 201809210650 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1959, Result status: Edited

**FRESH FROZEN PLASMA (FFP), 1 Unit [474107718]**

Result - FINAL

Ordering provider:  Sheikh, Amna O, MD  09/21/18 0615      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Other-please specify in comments

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W087618042874 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E2719V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809210717 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 2259, Result status: Edited

**FRESH FROZEN PLASMA (FFP), 1 Unit [474126878]**

Result - FINAL

Ordering provider:  Ashame, Elias S, MD  09/21/18 0956      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Bleeding or emergent surgery if patient in New Oral Anticoagulant (NOAC)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W087618522217 | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E2737V00 | — | — |
| 01 - Blood Type | A Neg | — | — |
| 01 - Issue Date/Time | 201809211047 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/22/18 0032, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [474302766]**

Ordering provider: Riccio, Lin M, MD  09/22/18 0032      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0642, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [474302790]**

Ordering provider: Ashame, Elias S, MD  09/22/18 0642      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0903, Result status: Final result

**Prepare fresh frozen plasma (FFP) [474325446]**

Ordering provider: Carter, Jeffrey, MD  09/22/18 0903      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other-please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1901, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [474378936]**

Ordering provider: Kofsky, Edward R, MD  09/22/18 1901      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [474378936] (continued)**     Resulted: 09/22/18 1901, Result status: Final result

| | | | |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 2159, Result status: Edited
Result - FINAL

**FRESH FROZEN PLASMA (FFP), 1 Unit [474325449]**

Ordering provider: Carter, Jeffrey, MD  09/22/18 0901        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other-please specify in comments

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | FFP | — | — |
| 01 - Unit Number | W0876178121 59 | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E2737V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809220916 | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0736, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [474436476]**

Ordering provider: Ashame, Elias S, MD  09/23/18 0736        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0759, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [474302768]**

Ordering provider: Riccio, Lin M, MD  09/22/18 0032        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/23/18 0759, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [474302768] (continued)**

Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618923385 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809221912 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 2059, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [474378938]**

Ordering provider: Kofsky, Edward R, MD  09/22/18 1900    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018125408 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809230803 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1255, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 4 Units [474126855]**

Ordering provider: Bouder, Thomas Glen, MD  09/21/18 0759    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Ongoing blood loss
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/24/18 1255, Result status: Edited

**Crossmatch PRBCS, 4 Units [474126855] (continued)**                                    Result - FINAL

| | | | |
|---|---|---|---|
| | Cells | | |
| 01 - Unit Number | W0410181200 38 | — | — |
| 01 - Cross Match | Compatible | — | — |
| 01 - Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 - Blood Type | A Pos | — | — |
| 01 - Issue Date/Time | 201809210855 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W0410181199 85 | — | — |
| 02 - Cross Match | Compatible | — | — |
| 02 - Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 - Blood Type | A Pos | — | — |
| 02 - Issue Date/Time | 201809210855 | — | — |
| 03 - Product ID | Red Blood Cells | — | — |
| 03 - Unit Number | W0410181231 14 | — | — |
| 03 - Cross Match | Compatible | — | — |
| 03 - Status Info | Transfused | — | — |
| 03 - Product Code | E0382V00 | — | — |
| 03 - Blood Type | A Pos | — | — |
| 03 - Issue Date/Time | 201809220100 | — | — |
| 04 - Product ID | Red Blood Cells | — | — |
| 04 - Unit Number | W0410181148 34 | — | — |
| 04 - Cross Match | Compatible | — | — |
| 04 - Status Info | Transfused | — | — |
| 04 - Product Code | E0382V00 | — | — |
| 04 - Blood Type | A Pos | — | — |
| 04 - Issue Date/Time | 201809220649 | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1255, Result status: Edited

**Crossmatch PRBC, 1 Unit [474302792]**                                    Result - FINAL

Ordering provider: Ashame, Elias S, MD  09/22/18 0642      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0422180350 | — | — |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/24/18 1255, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [474302792] (continued)**

|  |  |  |  |
|---|---|---|---|
|  | 94 |  |  |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201809220827 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1255, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [474436478]**

Ordering provider:  Ashame, Elias S, MD  09/23/18 0736          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb <8g/dL or Hct <24% in pt with CAD, unstable angina, MI,or cardiogenic shock
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W0422180316 03 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |

Comment:
The above 6 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results

Resulted: 09/25/18 0728, Result status: Final
result

**Prepare/Crossmatch RBC: two units [474720348]**

Ordering provider: Riccio, Lin M, MD  09/25/18 0728      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0729, Result status: Final
result

**Prepare/Crossmatch RBC: two units [474720352]**

Ordering provider: Riccio, Lin M, MD  09/25/18 0729      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0941, Result status: Final
result

**Type and Screen [474720356]**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/25/18 0744

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | NEGATIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1255, Result status: Edited
Result - FINAL

**Crossmatch PRBCS, 2 Units [474720350]**

Ordering provider: Riccio, Lin M, MD  09/25/18 0729      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/28/18 1255, Result status: Edited

**Crossmatch PRBCS, 2 Units [474720350] (continued)**                                                    Result - FINAL

| | | | |
|---|---|---|---|
| 01 - Unit Number | W087618022590 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618001435 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1255, Result status: Edited

**Crossmatch PRBCS, 2 Units [474720354]**                                                                Result - FINAL

Ordering provider: Riccio, Lin M, MD  09/25/18 0729          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018120038 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Released | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W041018127088 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Released | — | — |
| 02 - Product Code | E0382V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1548, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [475759937]**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/30/18 1548, Result status: Final result

**Prepare/Crossmatch RBC: multiple units [475759937] (continued)**

Ordering provider: Cole, Michael A, MD  09/30/18 1548    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 2 | — | — |
| Indication for Transfusion | Other: please specify in comments | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 2216, Result status: Final result

**Type and Screen [475759941]**

Ordering provider: Cole, Michael A, MD  09/30/18 1551    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | POSITIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 2219, Result status: Final result

**Direct Coombs Test (DAT) [475759968]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 2217

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| DAT, Poly Specific | Positive | — | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 2220, Result status: Final result

**Antibody ID [475759963]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 2214

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antibody ID | Anti-E | — | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 09/30/18 2220, Result status: Final result

**Direct Coombs Test (DAT) [475759970]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/30/18 2219    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| DAT, IgG | Positive | — | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 1259, Result status: Edited Result - FINAL

**Crossmatch PRBCS, 2 Units [475759939]**

Ordering provider: Cole, Michael A, MD 09/30/18 1548    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Other: please specify in comments
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W041018127088 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E0382V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201810010043 | — | — |
| 02 - Product ID | Red Blood Cells | — | — |
| 02 - Unit Number | W087618592013 | — | — |
| 02 -  Cross Match | Compatible | — | — |
| 02 -  Status Info | Transfused | — | — |
| 02 - Product Code | E4531V00 | — | — |
| 02 -  Blood Type | A Pos | — | — |
| 02 -  Issue Date/Time | 201809302246 | — | — |

Comment:
The above 14 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 2004, Result status: Final result

**Prepare/Crossmatch Red Blood Cells: one unit [477218042]**

Ordering provider: Sahni, Adarsh, MD 10/08/18 2004    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Quantity | 1 | — | — |
| Indication for Transfusion | Hgb <7g/dL or Hct <21% in symptomatic, | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

**Prepare/Crossmatch Red Blood Cells: one unit [477218042] (continued)**

Resulted: 10/08/18 2004, Result status: Final result

<div align="center">hemodynamical<br>ly stable patient</div>

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0415, Result status: Final result

**Type and Screen [477218048]**

Ordering provider: Sahni, Adarsh, MD  10/08/18 2039     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
This order is a replacement of the rejected order with accession number B1828100091.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ABO Rh | A Positive | — | — |
| AB Screen | POSITIVE | — | — |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0417, Result status: Edited Result - FINAL

**Direct Coombs Test (DAT) [477218060]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/08/18 2107

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| DAT, IgG | Positive | — | — |
| DAT, Poly Specific | Positive | — | — |

Comment:
CORRECTED REPORT:  Result updated 10/09/2018 04:17 by IF previously reported as: no value
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 2340, Result status: Final result

**Antibody ID [477218057]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/08/18 2107

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antibody ID | -- | — | — |

Comment:
IDENTIFIED BY VBS
IDENTIFIED BY VBS
IDENTIFIED BY VBS
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Blood Bank - All Results (continued)

Resulted: 10/09/18 2340, Result status: Final
result

**Antibody ID [477218057] (continued)**

Result:
Anti-Cw
Anti-E
Anti-Kell

Resulted: 10/11/18 0930, Result status: Edited
Result - FINAL

**Crossmatch PRBC, 1 Unit [477218044]**

Ordering provider: Sahni, Adarsh, MD  10/08/18 2004        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Hgb <7g/dL or Hct <21% in symptomatic, hemodynamically stable patient
No special requirements

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| 01 - Product ID | Red Blood Cells | — | — |
| 01 - Unit Number | W087618522984 | — | — |
| 01 -  Cross Match | Compatible | — | — |
| 01 -  Status Info | Transfused | — | — |
| 01 - Product Code | E4532V00 | — | — |
| 01 -  Blood Type | A Pos | — | — |
| 01 -  Issue Date/Time | 201810100648 | — | — |

Comment:
The above 7 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

## IV - All Results

Resulted: 09/17/18 1511, Result status: Final
result

**Insert arterial line [473256652]**

Ordering provider: Ashame, Elias S, MD  09/17/18 1511
Narrative:
Ashame, Elias S, MD      9/17/2018  3:13 PM
Insert Arterial Line
Date/Time: 9/17/2018 3:11 PM
Performed by: ASHAME, ELIAS S
Authorized by: ASHAME, ELIAS S
Consent: Written consent obtained.
Risks and benefits: risks, benefits and alternatives were discussed
Consent given by: power of attorney
Relevant documents: relevant documents present and verified
Test results: test results available and properly labeled
Site marked: the operative site was marked
Imaging studies: imaging studies available
Required items: required blood products, implants, devices, and special
equipment available
Patient identity confirmed: arm band, provided demographic data and
hospital-assigned identification number



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## IV - All Results (continued)

Resulted: 09/17/18 1511, Result status: Final result

**Insert arterial line [473256652] (continued)**

Time out: Immediately prior to procedure a "time out" was called to verify
the correct patient, procedure, equipment, support staff and site/side
marked as required.
Preparation: Patient was prepped and draped in the usual sterile fashion.
Indications: multiple ABGs and hemodynamic monitoring
Location: right radial
Anesthesia: local infiltration

Anesthesia:
Local Anesthetic: lidocaine 1% without epinephrine

Sedation:
Patient sedated: yes
Sedatives: fentanyl and propofol

Allen's test normal: yes
Needle gauge: 18
Seldinger technique: Seldinger technique used
Number of attempts: 1
Post-procedure: line sutured and dressing applied
Post-procedure CMS: normal
Patient tolerance: Patient tolerated the procedure well with no immediate
complications

Resulted: 10/16/18 1825, Result status: Final result

**Midline Catheter Eval and Place [478695881]**

Ordering provider: Lewis, Benjamin Franklin, MD  10/16/18 1819
Narrative:
Burrows, Ashley L, RN    10/16/2018  6:26 PM
POWERMIDLINE PROCEDURE NOTE

SMITH,DORIS D ALAQUE
10/16/2018

PROCEDURE DETAILS:

Ultrasound was used to confirm patency of the Left Basilic vein
prior to obtaining venous access. The area to be punctured was
cleansed with chlorhexidine 2% for more than 30 seconds and the
site draped using maximal sterile barrier precautions.

After 1% lidocaine injected followed by puncture of the vessel
with a 21-gauge single-wall needle under direct sonographic
guidance. Guidewire was advanced and the needle was removed and a
peel-away sheath was placed. The catheter was then trimmed and
advanced through the peel-away sheath using electronic
navigation.  The sheath was removed, brisk blood return
confirmed, the catheter was flushed with normal saline and



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## IV - All Results (continued)

Resulted: 10/16/18 1825, Result status: Final
result

### Midline Catheter Eval and Place [478695881] (continued)

capped.

Maximal sterile barrier was used: cap, mask, sterile gloves,
sterile gown and body drape.  All guide wires were removed with
tip intact by visual inspection.  The catheter was stabilized on
the skin using a securement device.  Antimicrobial disc and
sterile transparent occlusive dressing applied using sterile
technique.

Patient did tolerate procedure well.

Catheter Type: PowerMidline 4 French
Insertion Site (vein): Left Basilic
Total Length: 9 cm
Internal Length: 9 cm
External Length: -1 cm inserted to hub
UAC: 39 cm at insertion site

PowerMidline Kit Lot #: RECV1493

Midline inserted by: K. Shaw RN VAS

FINDINGS/CONCLUSIONS:
No signs of bleeding or symptoms of related complications.

PowerMidline is ready for use
Midline education / instructions provided to patient and primary
RN.

Catheter Care

Dressing Changes
· A Sterile dressing change is indicated at least once every
seven (7)  days or if otherwise indicated.

· Assess the dressing more frequently in the first 24 hours for
accumulation of blood, fluid, or moisture beneath the dressing.

· Periodically confirm catheter placement, patency, and security
of dressing.
Securement Device
Statlock Stabilization Device must remain in place for the
duration of the catheter and to be replaced at least once every
seven (7) days in accordance with a sterile dressing change, or
if otherwise indicated.

Removable Caps
This institution uses removable caps on the tip of the lumen. The
cap must be changed at least once every four (4) days in
accordance with a sterile dressing change, or if otherwise
indicated.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## IV - All Results (continued)

Resulted: 10/16/18 1825, Result status: Final
result

**Midline Catheter Eval and Place [478695881] (continued)**

Flushing
· Administer a brisk pulsatile flush using a 10mL syringe of 0.9%
normal saline at least once every twelve (12) hours or
before/after catheter use.

· Heparin flush is not indicated in the maintenance of the
catheter.

· Do not flush against resistance.

· Blood return is often better with a larger gauge catheter, but
is NOT GUARANTEED.

· It depends on a patient's vasculature, the gauge of the
catheter placed, and the effects of medications on the vessel.

· Cath-flo (Activase) declotting procedure is not indicated in a
Powerglide. If it is determined the catheter is occluded with
blood, the catheter is to be removed.

THE POWERMIDLINE STATLOCK IS DIFFERENT THAN A POWERGLIDE MIDLINE
BUT THE SAME AS A PICC STATLOCK

YOU MAY USE a Central Line Dressing Change Kit and the SAME
STATLOCK AS A PICC

The PowerMidline is a 4 French (18G) trimmable catheter that does
not cross the axilla/midline.The tip of the catheter lies just
distal to the axillary vein in the upper extremity. These types
of trimmable catheters are indicated for patient populations with
with deep vasculature that requires longer than 10cm in length
(as that is the longest a POWERGLIDE Midline can provide). What
is indicated to go through a Midline remains the same as any
peripheral IV.

## Imaging - All Results

Resulted: 09/01/18 1056, Result status: Final
result

**XR Abdomen 2 View With CXR [242135713]**

Ordering provider:  Dunn, Chad B, MD  09/01/18 0956          Resulted by:  Repasky, Ronald George, MD
Performed:  09/01/18 1032 - 09/01/18 1039                    Accession number:  57222516
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: abdominal pain
Patient states right sided abdominal pain and lower abdominal pain, nausea, diarrhea, vomiting this am.

Examination:
XR ABDOMEN 2 VIEW WITH CHEST 1 VIEW



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/01/18 1056, Result status: Final
result

**XR Abdomen 2 View With CXR [242135713] (continued)**

Comparison:
None available.

Findings:
Heart and mediastinum are within normal limits. The lung fields are clear. There is normal pulmonary vascularity.

There is no free intraperitoneal air.

Bowel gas pattern is nonobstructive. There is no organomegaly. Small calcifications in the pelvis probably representing phleboliths. Otherwise, there are no abnormal calcifications identified.

Impression:
Unremarkable plain film study of the chest and abdomen.

ReadingStation:WIRADBODY

Resulted: 09/01/18 1211, Result status: Final
result

**US Abdomen Complete [242135717]**

Ordering provider: Dunn, Chad B, MD  09/01/18 1044     Resulted by: Repasky, Ronald George, MD
Performed: 09/01/18 1117 - 09/01/18 1157              Accession number: 57222595
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: ABDOMINAL PAIN

Examination:
US ABDOMEN COMPLETE

Comparison:
12/16/2011

Findings:
Abdominal aorta and inferior vena cava are normal in caliber.

The pancreas is obscured by bowel gas.

Liver is normal in size measuring 16.2 cm in length. There is normal echogenicity with no focal lesions identified.

The gallbladder is normal in appearance with no tenderness. There is no biliary tract dilatation with the common duct measuring 4 mm.

The right kidney measures 10.1 cm in length. It is normal in appearance.

The left kidney measures 11.1 cm in length. It is normal in appearance.

The spleen is normal in appearance measuring 12.3 cm in length.

No free fluid is identified.

Impression:
Essentially normal abdominal ultrasound exam. Pancreas not visualized due to overlying bowel gas.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/01/18 1211, Result status: Final
result

### US Abdomen Complete [242135717] (continued)

ReadingStation:WIRADBODY

Resulted: 09/01/18 1736, Result status: Final
result

### NM Hepatobiliary [470539100]

Ordering provider: Benkelman, Douglas Wade, MD    Resulted by: Meyer, Brendan J, MD
09/01/18 1353
Performed: 09/01/18 1522 - 09/01/18 1725    Accession number: 57223173
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: RUQ PAIN, CHOLECYSTITIS SUSPECTED
Abdominal pain, n/v x 1 week
4.9 mCi Mebrofenin via RAC
EF=Ensure protocol; the patient consumed 8 oz of Ensure without difficulty and imaging was resumed per protocol. She
did experience a reproduction of her symptoms almost immediately after drinking the Ensure.

Examination:
Nuclear medicine hepatobiliary imaging and gallbladder ejection evaluation.

Dose:
TECHNETIUM TC 99M MEBROFENIN/5 millicurie

Comparison:
None available.

Findings:
There is prompt and uniform uptake by the liver. Prompt excretion into the bile ducts and duodenum and normal
accumulation in the gallbladder.

Gallbladder contraction was stimulated via consumption of 8 ounces of ensure. This caused reproduction of the patient's
symptoms. After stimulation, the gallbladder demonstrates no significant emptying.

Impression:
The gallbladder is well visualized, excluding acute cholecystitis. No significant gallbladder contraction is identified over
one hour after stimulation. Findings are suggestive of chronic or acalculous cholecystitis. Of note, the patient developed
reproduction of symptoms following consumption of ensure to stimulate gallbladder contraction.

ReadingStation:WMCMRR1

Resulted: 09/02/18 0220, Result status: Final
result

### CT Abdomen Pelvis W IV/ WO PO Cont [470597004]

Ordering provider: Casey, Sandra L, NP  09/02/18 0040    Resulted by: Shou, Jason, MD
Performed: 09/02/18 0107 - 09/02/18 0109    Accession number: 57224032
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
ABDOMINAL PAIN

EXAMINATION:
CT ABDOMEN PELVIS W IV/ WO PO CONT



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/02/18 0220, Result status: Final result

**CT Abdomen Pelvis W IV/ WO PO Cont [470597004] (continued)**

COMPARISON:
none.

TECHNIQUE:
contiguous axial CT images of the abdomen and pelvis are obtained.
Coronal and sagittal reconstructions are performed.
A radiation dose optimization technique is used for this scan.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/100 mL

FINDINGS:

ABDOMINAL FINDINGS:

Visualized heart: within normal limits.

Visualized lung bases: small amount of dependent posterior atelectasis in the visualized lung bases.

Liver: within normal limits.

Biliary system: within normal limits.

Pancreas: within normal limits.

Stomach: Small amount refluxed fluid in the visualized distal esophagus

Spleen: within normal limits.

Adrenal glands: within normal limits.

Kidneys: within normal limits.


PELVIC FINDINGS:

Appendix: Normal

Bladder: within normal limits.

Reproductive organs: Linear hypoenhancing lesion in the right body of the uterus may represent fibroid.


ABDOMINAL AND PELVIC FINDINGS:

Bowel: Long segment of small bowel in upper abdomen have moderate circumferential wall thickening measuring up to 9 mm with associated prominent mesenteric edema/vessels.

Mesentery: Small ascites

Lymph nodes: within normal limits.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/02/18 0220, Result status: Final
result

**CT Abdomen Pelvis W IV/ WO PO Cont [470597004] (continued)**

Bones: within normal limits.

Subcutaneous soft tissues: within normal limits.

Vessels: Extensive Superior mesenteric venous thrombosis is best seen on series 2 image 33, series 602 image 49, about to enter into portal vein. There is a small linear thrombosis in the portal vein to right lobe the liver best seen on series 603 image
34.


Impression:

Moderate circumferential wall thickening of long segments of small bowel is likely due to venous congestion related to extensive superior mesenteric venous thrombosis which contributes to small amount of portal venous thrombosis in right lobe of liver.

Related small amount of ascites.

Small amount of gastroesophageal reflux.

Submucosal versus intramural fibroid on right side of body of the uterus. Less likely etiology includes adenomyosis
.


ReadingStation:SHOU-VH-PACS3

Resulted: 09/02/18 0341, Result status: Final
result

**CT Angiogram Chest [470607509]**

Ordering provider:  Casey, Sandra L, NP  09/02/18 0239
Performed:  09/02/18 0242 - 09/02/18 0321
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: CHEST PAIN, ACUTE, PE SUSPECTED

Resulted by:  Shou, Jason, MD
Accession number:  57224114

EXAMINATION:
CT ANGIOGRAM CHEST

COMPARISON:
none

TECHNIQUE:
contiguous axial CTA images of the chest are obtained.
Multiplanar re-formation, maximum intensity projection, sagittal, coronal and/or volumetric reconstruction are performed on a separate workstation for the purposes of CT pulmonary angiography.
A radiation dose optimization technique is used for this scan.
Limitations: Scattering artifact and respiratory motion artifact decreases the sensitivity of this exam.
CONTRAST:
IOHEXOL 350 MG/ML IV SOLN/100 mL


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Imaging - All Results (continued)

Resulted: 09/02/18 0341, Result status: Final result

**CT Angiogram Chest [470607509] (continued)**

FINDINGS:

Lungs:  Clear.

Vessels: No pulmonary embolism in main and lobar pulmonary arteries. Segmental pulmonary arteries are poorly evaluated due to suboptimal contrast bolus. Normal thoracic aorta

Mediastinum: Within normal limits.

Lymph nodes: Within normal limits.

Bones: Within normal limits.

Subcutaneous soft tissues:  Within normal limits.

Visualized thyroid gland: Within normal limits

Visualized abdominal viscera: Small perihepatic and perisplenic ascites.


Impression:

No pulmonary embolism in main and lobar pulmonary arteries. No acute findings in the chest.

Small perihepatic and perisplenic ascites.

ReadingStation:SHOU-VH-PACS3

Resulted: 09/02/18 1805, Result status: Final result

**US Pelvis with Transvaginal [470673338]**

| | |
|---|---|
| Ordering provider: Hailesilasie, Dereje D, MD  09/02/18 1409 | Resulted by: Grimme, John D, MD |
| Performed: 09/02/18 1652 - 09/02/18 1733 | Accession number: 57225442 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: UTERINE FIBROID

Examination:
US PELVIS WITH TRANSVAGINAL

TECHNIQUE: Transabdominal and endovaginal ultrasound was performed and multiple grayscale sonographic images of the uterus and adnexa. Color flow and spectral Doppler interrogation of the ovaries was performed.

Comparison:
CT abdomen pelvis from 9/2/2018

Findings:
Uterus measures approximately 10.1 x 5.6 x 6.9 cm with endometrial stripe thickness of 7 mm. There is a subtle heterogeneous hypoechoic structure in measuring approximately 1.8 x 2 x 1.4 cm the uterine fundus.


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/02/18 1805, Result status: Final
result

**US Pelvis with Transvaginal [470673338] (continued)**

Free fluid is again noted in the pelvis.
Left ovary measures approximately 2.8 x 2.9 x 2.8 cm. Right ovary measures approximately 2.7 x 2.1 x 2.4 cm. Blood flow was documented in the ovaries with color flow and spectral waveforms.

Impression:
Heterogeneous focus in the uterus is consistent with fibroids. This correlates with the previous CT scan.

Moderate amount of free fluid is seen in the pelvis consistent with ascites is seen in the prior CT scan.

ReadingStation:GRIMME-VH-PACS2

Resulted: 09/03/18 0733, Result status: Final
result

**CT Abdomen Pelvis WO IV/ WO PO Cont [470673365]**

| Ordering provider: Rahman, Mohammad A, MD 09/03/18 0523 | Resulted by: Miro, Santiago, MD |
|---|---|
| Performed: 09/03/18 0553 - 09/03/18 0555 | Accession number: 57226359 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
CLINICAL HISTORY:
Reason For Exam: ABDOMINAL PAIN
 39 years  old Female

PROCEDURE: CT ABDOMEN PELVIS WO IV/ WO PO CONT

TECHNIQUE:
Images were acquired from the lung bases through the pubic symphysis without oral, without intravenous contrast with 5mm collimation. Coronal reconstructions were reconstructed. Automated dose lowering techniques and/or adjustment according to patient
size were utilized for this exam.

COMPARISON: 9/2/2018

FINDINGS:
The patient was diagnosed 24 hours prior with a thrombosis of the SMV.

Today's study shows interval appearance of consolidation in the left lower lobe, likely atelectasis, with tiny bilateral effusions.

The small bowel edema persists. There is no evidence of metastasis.
There is no significant change in the amount of ascites.
There is no free air There is mild edema within the mesentery.

In the pelvis, the uterus remains slightly prominent.

Impression:
IMPRESSION:
In as much as the current CT was performed without contrast, there is no obvious change with a CT performed less than hours prior, where a thrombosis of the SMV with ascites was described. No evidence of free air or pneumatosis at this point

ReadingStation:WMCMRR1



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/03/18 1657, Result status: Final result

### XR Chest AP Portable [470777152]

| | |
|---|---|
| Ordering provider: Eidberger, Andrew J, PA  09/03/18 1604 | Resulted by: Grimme, John D, MD |
| Performed: 09/03/18 1635 - 09/03/18 1639 | Accession number: 57227547 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical history:
Reason For Exam: line placement
Endotracheal tube and line placement.  Patient admitted to hospital two days ago with diffuse abdominal pain for a week.  History of hypertension.

Examination:
XR CHEST AP PORTABLE

Technique: Single view chest 1 image

Comparison:
Chest radiograph 9/1/2018

Findings:
Endotracheal tube tip lies in the proximal right mainstem bronchus. There is a right internal jugular central venous catheter or significant to the level of the superior vena cava. Lung volumes are diminished. There is increased opacity in the
retrocardiac region of the left lung base. There is increased opacity in the medial aspect of the right lung base. Heart size is within normal limits. No acute osseous abnormality is identified.

Impression:
IMPRESSION:

1. Endotracheal tube tip lies at the level of the proximal right mainstem bronchus. This should be retracted slightly.

2. Atelectasis versus infiltrate in the lung bases. The appearance may be exaggerated by diminished lung volumes.

CRITICAL RESULT:

Critical result of right mainstem intubation communicated with Dr. Hutchens by myself on 9/3/2018 at 1655 hours.

ReadingStation:GRIMME-VH-PACS2

Resulted: 09/03/18 1940, Result status: Final result

### XR Chest AP Portable [470783307]

| | |
|---|---|
| Ordering provider: Riccio, Lin M, MD  09/03/18 1848 | Resulted by: Rizzo, Richard John, MD |
| Performed: 09/03/18 1915 - 09/03/18 1925 | Accession number: 57227831 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: s/p intubation, ex lap, massive witnessed aspiration
Status post exploratory laparotomy.  History of hypertension.

Examination:
Frontal view of the chest.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/03/18 1940, Result status: Final
result

### XR Chest AP Portable [470783307] (continued)

Comparison:
September 03, 2018 at 1632 hours

Findings:

AP supine portable chest radiograph 1914 hours.

The cardiomediastinal silhouette is exaggerated and thought to be normal. There is a large bore right jugular central line with its tip overlying the superior vena cava. The endotracheal tube has been retracted, with its tip proximally 5 cm above the
carina. There is a nasogastric tube with its tip extending off the radiograph, at least to the proximal gastric body level. There is likely a marker from gauze in or overlying the right upper quadrant of the abdomen.

The lung volumes have improved, but there is extensive bilateral patchy lung consolidation, moderately worse when compared to the last exam. There is no pneumothorax or definite pleural effusion.

The bony structures are grossly intact.

Impression:
The endotracheal tube has been retracted, and now has its tip at the level of the medial clavicles. There is significant worsening in the extensive bilateral lung consolidation.

ReadingStation:WMCMRR5

Resulted: 09/03/18 2152, Result status: Final
result

### FL Guidance In OR No Charge [470810199]

Ordering provider:  Kofsky, Edward R, MD  09/03/18 2149     Performed:  09/03/18 1920 - 09/03/18 2149
Accession number:  57228102
Narrative:
See procedural report for fluoroscopy result.

Resulted: 09/03/18 2224, Result status: Final
result

### X-ray chest AP portable (once) [470810192]

Ordering provider:  Bouder, Thomas Glen, MD  09/03/18     Resulted by:  Grimme, John D, MD
2148
Performed:  09/03/18 2153 - 09/03/18 2211           Accession number:  57228111
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical history:
Reason For Exam: Line Position
Post ECMO

Examination:
XR CHEST AP PORTABLE

Technique: Single view chest 1 image

Comparison:
Chest radiograph from 9/3/2018

Findings:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/03/18 2224, Result status: Final
result

**X-ray chest AP portable (once) [470810192] (continued)**

Enteric tube courses to the stomach. Endotracheal tube tip lies at the level of the heads of the clavicles. Right internal jugular central venous catheter is in stable position. There are central venous catheters coursing cranially in the inferior vena

cava. One courses to the level of the superior vena cava. The second versus to the level of the distal inferior vena cava near the diaphragm. There has been interval increase in bilateral airspace opacification. Heart is incompletely evaluated in this

study. No acute osseous abnormality is identified.

Impression:
IMPRESSION:

1.  Support devices are noted as described above.

2.  Interval increase in diffuse airspace opacity. This may be secondary to infection and/or edema.

ReadingStation:GRIMME-VH-PACS2

Resulted: 09/04/18 0657, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [470810193]**

Ordering provider:  Bouder, Thomas Glen, MD  09/03/18          Resulted by:  Couvillon, Joseph, MD
2148
Performed:  09/04/18 0419 - 09/04/18 0433          Accession number:  57228416
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position

Examination:
XR CHEST AP PORTABLE

Comparison:
1 day prior

Technique:
Portable AP

Findings:
Right IJ central line, NG tube, esophageal probe, large bore catheter lower mid thorax extending to abdomen probably surgical drain.
Heart size obscured.
Worsening diffuse severe airspace opacification.
No acute bony abnormality.

Impression:
FURTHER WORSENING DIFFUSE SEVERE COMPLETE AIRSPACE OPACIFICATION/CONSOLIDATION;
ASPIRATION, EDEMA, AND/OR ARDS.

ReadingStation:WMCICRR1

Resulted: 09/04/18 0845, Result status: Final
result

**Thrombolysis Arterial General [470746142]**

Ordering provider:  Couvillon, Joseph, MD  09/03/18 0949          Resulted by:  Couvillon, Joseph, MD



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/04/18 0845, Result status: Final result

**Thrombolysis Arterial General [470746142] (continued)**

Performed:  09/03/18 0956 - 09/03/18 1224         Accession number:  57226751
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
PERCUTANEOUS TRANSHEPATIC PORTAL VEIN ACCESS
MECHANICAL THROMBOLYSIS OF SMV
SMA SELECTION FOR INFUSION CATHETER PLACEMENT
ULTRASOUND AND FLUOROSCOPIC GUIDANCE
MODERATE SEDATION

INDICATION: Ischemic bowel with SMV thrombosis.

Procedure: Informed consent obtained from patient, with sister present as well. Prepped draped standard sterile fashion. Local anesthesia lidocaine. Moderate sedation administered by radiology nursing for duration of procedure under my direct
supervision. Under ultrasound guidance, right portal vein accessed; ultrasound images archived to PACS. Contrast injected confirming portal vein. 6 French sheath. SMV selected and contrast injected, demonstrating significant thrombosis as seen on CT.
Penumbra catheter suction thrombectomy performed, with significant clot removal; final venogram from distal SMV demonstrated near complete resolution of thrombus in main SMV with good flow. As such, infusion catheter lysis from this location deemed
useless. Given certain residual pericolonic microvascular thrombosis, decision made to infuse SMA. Right common femoral artery accessed under real-time ultrasound guidance; permanent images archived to PACS. 4 French sheath. SMA selected and contrast
injected. 10 cm infusion catheter placed. TPA initiated. Devices secured. Hepatic sheath left in place to mitigate risk of hemorrhage during lysis. Patient tolerated procedure well. No immediate complications.
Fluoroscopy time 15.6 minutes.

Impression:
1.  SMV THROMBECTOMY.
2.  INFUSION CATHETER PLACEMENT INTO SMA FOR TPA DRIP.

ReadingStation:WMCICRR1

Resulted: 09/04/18 1340, Result status: Final result

**US Venous Low Extrem Duplx Dopp Comp Bilat [470746166]**

Ordering provider:  Eidberger, Andrew J, PA  09/03/18 1428         Resulted by:  Harry, David K, MD
Performed:  09/04/18 1234 - 09/04/18 1330         Accession number:  57227623
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:

Hypercoaguable state, recent venous stasis with travel.

Examination:
Two-dimensional grayscale, Doppler spectral waveform analysis and color flow Doppler imaging of the deep veins of both lower extremities was performed from groin to calf.

Comparison:
None available.

Findings:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**US Venous Low Extrem Duplx Dopp Comp Bilat [470746166] (continued)**

Resulted: 09/04/18 1340, Result status: Final result

Evaluation somewhat limited by body habitus and difficulty in positioning the patient.

Right leg: The deep veins and saphenous vein are patent with normal flow, compressibility, and augmentation.

Left leg: The deep veins and saphenous vein are patent with normal flow, compressibility, and augmentation.

Impression:
Somewhat limited study shows no evidence of deep vein thrombosis in either leg.

ReadingStation:HMHRADRR1

Resulted: 09/05/18 0741, Result status: Final result

**X-ray chest AP portable (daily while intubated) [470852810]**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0800

Resulted by: Miro, Santiago, MD

Performed: 09/05/18 0419 - 09/05/18 0430

Accession number: 57233847

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
Intubated. History of acute respiratory failure with hypoxia, hypotension, and hypertension.
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Previous day

Impression:
FINDINGS/IMPRESSION:
Tubes and catheters in adequate position.
ECMO catheter appears to be at the junction of the right atrium and SVC, coming from the MIC.
Slight improvement in aeration of the upper lobes

ReadingStation:WMCMRR1

Resulted: 09/06/18 0711, Result status: Final result

**X-ray chest AP portable (daily while intubated) [471061411]**

Ordering provider: Bouder, Thomas Glen, MD  09/05/18 0800

Resulted by: Harry, David K, MD

Performed: 09/06/18 0334 - 09/06/18 0338

Accession number: 57238739

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
The patient is on ECMO. Evaluate line placement.

Examination:
Frontal view of the chest.

Comparison:
Sep 05, 2018 and other prior studies.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [471061411] (continued)**                    Resulted: 09/06/18 0711, Result status: Final result

Findings:
Endotracheal tube, nasogastric tube and vascular catheters unchanged in good position.

Diffuse pulmonary airspace disease persists although slightly improved. Heart size grossly normal. No other acute changes.

Impression:
Mild improvement in diffuse airspace disease/ARDS in the lungs which remains quite severe.

Lines and tubes in good position.

ReadingStation:WMCMRR1

Resulted: 09/06/18 0917, Result status: Final result

**XR Abdomen AP [471277188]**

Ordering provider: Bouder, Thomas Glen, MD 09/06/18 0816                    Resulted by: Fox, Preston Stuart, MD

Performed: 09/06/18 0829 - 09/06/18 0848                    Accession number: 57239219
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Assess cannula sites. Open belly.
Cannula placement

Examination:
XR ABDOMEN AP

Comparison:
None available.

Findings:
Femoral ECMO catheters and right transhepatic portal venous access catheter in place in the right upper quadrant. Mild Kinking of the transhepatic catheter. Radiopaque drains or packing in the right subhepatic region of the abdomen.

Impression:
Femoral ECMO catheters and right transhepatic portal venous catheter is in place. Radiopaque drains are packing in the right subhepatic region.

ReadingStation:WMCMRR2

Resulted: 09/06/18 1443, Result status: Final result

**XR Chest AP Portable [471342253]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1410                    Resulted by: Meyer, Brendan J, MD

Performed: 09/06/18 1424 - 09/06/18 1435                    Accession number: 57241730
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: post op
Post tracheostomy.  History of hypertension.

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/06/18 1443, Result status: Final result

### XR Chest AP Portable [471342253] (continued)

Examination:
Frontal view of the chest.

Comparison:
Prior study obtained earlier the same day.

Findings:
Tracheostomy tube appears appropriately positioned. Nasogastric tube courses below left hemidiaphragm and off the field-of-view. There is a right IJ approach sheath with a catheter terminating in the central SVC. The cardiomediastinal silhouette is
unchanged in appearance. There is no evidence of pneumothorax. No drainable effusion is identified. Dense bilateral airspace disease persists. No acute osseous pathology is noted.

Impression:
Support devices appear appropriately positioned as described above. Endotracheal tube has been replaced with a tracheostomy tube. There is unchanged diffuse bilateral airspace disease.

ReadingStation:PMHRADRR2

Resulted: 09/07/18 0729, Result status: Final result

### X-ray chest AP portable (daily while intubated) [471277180]

| Ordering provider: Bouder, Thomas Glen, MD 09/06/18 0800 | Resulted by: Nelson, Erik Nels, MD |
|---|---|
| Performed: 09/07/18 0327 - 09/07/18 0332 | Accession number: 57243693 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
39-year-old on extracorporeal membrane oxygenation. Assess line placement.

Examination:
AP portable supine chest September 07, 2018 at 332.

Comparison:
Prior radiographs, most recent September 06, 2018 at 1430.

Findings:
ECMO catheter projects over the right cardiophrenic angle, at the level of the T8-9 disc space. Tracheostomy tip projects 3 cm above the carina. Right internal jugular central venous catheter tip overlies the SVC. Esophageal temperature probe projects
over the proximal third. Gastric tube passes beneath the diaphragm beyond the inferior margin of the film. There is persistent diffuse alveolar opacity throughout each lung, unchanged, with air bronchograms and air alveolograms. Lung volumes are stable.
There is no pneumothorax.

Impression:
1.  Support tubes and lines as described.
2.  ARDS.

ReadingStation:WMCMRR5

Resulted: 09/08/18 0720, Result status: Final result

### X-ray chest AP portable (daily while intubated) [471469647]


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [471469647] (continued)**

Resulted: 09/08/18 0720, Result status: Final result

Ordering provider:  Bouder, Thomas Glen, MD  09/07/18 0800

Resulted by:  Nieman, Christopher M, MD

Performed:  09/08/18 0334 - 09/08/18 0338
Resulting lab:  VALLEY HEALTH RADIOLOGY

Accession number:  57248538

Narrative:
Clinical History:
Reason For Exam: Line Position
The patient is on ECMO. Evaluate line placement.

Examination:
Frontal view of the chest.

Comparison:
Portable AP chest x-ray September 07, 2018

Findings:
Tracheostomy tube, orogastric tube, esophageal thermometer and right internal jugular central venous catheter are in satisfactory position and are stable.

The heart size is normal.

There is stable diffuse patchy opacification with air bronchograms of the lungs. There is no pleural effusion or pneumothorax.

The bones and soft tissues are unremarkable.

Impression:
1.  Lines and tubes are in satisfactory position.
2.  Stable ARDS.

ReadingStation:WMCMRR1

Resulted: 09/09/18 0650, Result status: Final result

**X-ray chest AP portable (daily while intubated) [471676798]**

Ordering provider:  Bouder, Thomas Glen, MD  09/08/18 0800

Resulted by:  Lull, Lisa S, MD

Performed:  09/09/18 0339 - 09/09/18 0341
Resulting lab:  VALLEY HEALTH RADIOLOGY

Accession number:  57250630

Narrative:
HISTORY:Reason For Exam: Line Position
Evaluate line placement.  The patient is on ECMO.

COMPARISON: September 08, 2018

TECHNIQUE: XR CHEST AP PORTABLE

FINDINGS:

Lines and tubes: Endotracheal tube and esophageal thermometer are stable. Nasogastric tube is off the inferior edge of the film. Right central venous catheter is stable in the region of the SVC. Catheter from the abdomen extending into the IVC is
unchanged.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [471676798] (continued)**  Resulted: 09/09/18 0650, Result status: Final result

Lungs and hila: There is diffuse airspace opacification in the lungs with mild worsening from the prior study. There is a probable small left pleural effusion which is stable. There is no pneumothorax.

Heart and Mediastinum: Normal

Bones and soft tissues: No acute abnormality.

Upper abdomen: Normal

Impression:

1. Bilateral airspace disease has mildly worsened.
2. Support structures are stable.

ReadingStation:LULL-VH-PACS5

Resulted: 09/10/18 0626, Result status: Final result

**X-ray chest AP portable (daily while intubated) [471808748]**

Ordering provider:  Bouder, Thomas Glen, MD  09/09/18 0800    Resulted by:  Lull, Lisa S, MD

Performed:  09/10/18 0331 - 09/10/18 0334    Accession number:  57252533

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:

HISTORY:Reason For Exam: Line Position
The patient is on ECMO. Evaluate line placement.

COMPARISON: September 09, 2018

TECHNIQUE: XR CHEST AP PORTABLE

FINDINGS:

Lines and tubes: Tracheostomy tube and enteric tube are stable. Esophageal temperature probe and right central venous catheter are stable. Catheter in the inferior vena cava is unchanged.

Lungs and hila: There is diffuse pulmonary airspace disease without significant change from the prior study. There is no pleural effusion. There is no pneumothorax.

Heart and Mediastinum: Normal

Bones and soft tissues: No acute abnormality.

Upper abdomen: Normal

Impression:

1. Stable diffuse airspace disease.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [471808748]**
**(continued)**

Resulted: 09/10/18 0626, Result status: Final
result

ReadingStation:LULL-VH-PACS5

Resulted: 09/11/18 0650, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [471914134]**

Ordering provider: **Bouder, Thomas Glen, MD** 09/10/18
0800

Resulted by: **Couvillon, Joseph, MD**

Performed: **09/11/18 0348 - 09/11/18 0526**

Accession number: **57257640**

Resulting lab: **VALLEY HEALTH RADIOLOGY**
Narrative:
Clinical History:
Reason For Exam: Line Position
History of hypertension, adult respiratory distress syndrome, and acute respiratory failure with hypoxia.

Examination:
XR CHEST AP PORTABLE

Comparison:
1 day prior

Technique:
Portable AP

Findings:
ECMO cannulas, tracheostomy, esophageal probe, NG tube.
Heart size unchanged.
Persistent diffuse severe airspace disease.
No pneumothorax.
No acute bony abnormality.

Impression:
1.  NO SIGNIFICANT CHANGE.
2.  PERSISTENT DIFFUSE SEVERE AIRSPACE DISEASE.

ReadingStation:WMCICRR1

Resulted: 09/12/18 0719, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [472123904]**

Ordering provider: **Bouder, Thomas Glen, MD** 09/11/18
0800

Resulted by: **Poe, Joseph Worthy, MD**

Performed: **09/12/18 0522 - 09/12/18 0534**

Accession number: **57262469**

Resulting lab: **VALLEY HEALTH RADIOLOGY**
Narrative:
Clinical History:
Reason For Exam: Intubated. Line Position

Examination:
Frontal view of the chest.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [472123904] (continued)**

Resulted: 09/12/18 0719, Result status: Final result

Comparison:
Portable chest September 11, 2018 0448 hours

Findings:
Lines and tubes: Tracheostomy tube. Enteric tube in the stomach, tip not included on the image. Esophageal probe tip in the lower esophagus near the GE junction. Right PICC line catheter tip possible RA. IVC catheter tip projected over the right atrium.

Lungs and hila: Diffuse bilateral pulmonary infiltrates unchanged.

Heart and mediastinum: Within normal limits.

Bones and soft tissues:
No acute abnormality.

Upper abdomen: Diffuse increased density in the upper abdomen could be due to ascites.

Impression:
1. Since yesterday, the right IJ catheters been removed and PICC line catheters been placed and the esophageal probe is in the lower esophagus.

2. Chest otherwise unchanged.

ReadingStation:WMCMRR1

Resulted: 09/13/18 0812, Result status: Final result

**X-ray chest AP portable (daily while intubated) [472344176]**

Ordering provider: Bouder, Thomas Glen, MD  09/12/18 0801

Resulted by: Young, Kyle Wilson, MD

Performed: 09/13/18 0400 - 09/13/18 0457

Accession number: 57267450

Resulting lab: VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Respiratory distress, on ECMO

Examination:
Frontal view of the chest.

Comparison:
12 September 2018

Findings:
The support apparatus is unchanged and in satisfactory position.

Heart size is stable as is extensive diffuse bilateral airspace disease.

Impression:
No significant change.

ReadingStation:WMCMRR1

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/13/18 1524, Result status: Final result

**IR Angiogram Visceral Selective [472657461]**

Ordering provider:  Fox, Preston Stuart, MD  09/13/18 1319

Resulted by:  Fox, Preston Stuart, MD

Performed:  09/13/18 1322 - 09/13/18 1445

Accession number:  57269989

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:

Clinical History:

39-year-old female status post transhepatic embolectomy and TPA thrombolysis of SMV thrombosis with associated bowel resection and open abdomen with upper abdominal bleeding in the operating room with splenic laceration. Patient presents for emergent

mesenteric angiography and splenic artery embolization at the request of Dr. Riccio.


Examination:

Ultrasound-guided puncture right common femoral artery. Catheter placement to the supraceliac abdominal aorta with abdominal aortogram. First order selective catheterization of the celiac axis and SMA with celiac axis and SMA angiography. Second order

catheterization of the splenic artery with splenic angiogram. Coil embolization of the proximal splenic artery with 5 mm MReye coils.


Procedure:

Procedure was deemed emergent by Dr. Riccio and no consent was obtained. Ultrasound examination of the right common femoral region demonstrates a patent right common femoral artery. After sterile prep and drape as well as chlorhexidine scrubs and maximal

 barrier technique, right common femoral artery is punctured using ultrasound guidance and micropuncture technique. 5 French vascular sheath was placed followed by placement of a 4 French tennis racket catheter to the supraceliac abdominal aorta.

Abdominal aortogram demonstrates patent celiac axis SMA and renal arteries with normal-appearing abdominal aorta. Replaced right hepatic artery from the SMA.

Selective celiac angiography demonstrates patent hepatic and splenic arteries with no active bleeding site demonstrated. Selective hepatic and splenic angiogram demonstrating no active bleeding from the spleen or liver. Selective SMA angiography

demonstrates no active bleeding from the main SMA branches with replaced right hepatic artery from the SMA.

At the request of Dr. Riccio empiric embolization was performed of the proximal splenic artery given the history of splenic laceration. Proximal splenic artery was catheterized and embolized with 5 mm MReye coils. Follow-up celiac angiogram demonstrates

successful coil embolization of the splenic artery with selective hepatic angiography demonstrating no active bleeding site from the liver. Catheter and 5 French sheath were removed and hemostasis was obtained with manual compression.


Fluoroscopy time: 5 minutes

Number of images: 26

Contrast: 55 mL of Visipaque


Impression:

1. No active bleeding was identified on selective mesenteric angiography and abdominal aortogram.

2. Successful empiric embolization of the proximal splenic artery for splenic laceration.

ReadingStation:WMCMRR2



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/13/18 1614, Result status: Final result

### XR Chest AP Portable [472697067]

Ordering provider:  Lafalce, Christian Anthony, MD 09/13/18 1534
Resulted by:  Santacana-Laffitte, Guido E, MD

Performed:  09/13/18 1550 - 09/13/18 1608
Accession number:  57270996

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
INDICATION:
Reason For Exam: SHORTNESS OF BREATH; edema
ECMO Patient with edema.

EXAMINATION:
XR CHEST AP PORTABLE

COMPARISON:
Chest x-ray dated 9/13/2018 at 4:31 AM.

TECHNIQUE: Portable AP view.

FINDINGS/
Impression:
IMPRESSION: When compared to the reference examination and when considering for differences in technique, there has been significant worsening in diffuse airspace edema and bilateral pleural effusions with almost complete bilateral white lungs. Chest
devices remain in place. Close follow-up is advised.

ReadingStation:WMHRADRR1

Resulted: 09/14/18 0722, Result status: Final result

### X-ray chest AP portable (daily while intubated) [472563667]

Ordering provider:  Bouder, Thomas Glen, MD  09/13/18 0800
Resulted by:  Harry, David K, MD

Performed:  09/14/18 0358 - 09/14/18 0402
Accession number:  57272401

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Reason For Exam: Line Position
Evaluate line placement. Patient is on ECMO.

Examination:
Frontal view of the chest.

Comparison:
Sep 13, 2018 and other prior studies.

Findings:
Tracheostomy cannula, NG tube, right arm PICC line and vena cava catheter are all in good position.

Mild improvement in the lungs with gradual clearing of diffuse airspace disease. Heart grossly stable. No other interval changes.

Impression:
Satisfactory position of lines and tubes.



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [472563667]
(continued)**

Resulted: 09/14/18 0722, Result status: Final
result

Minor improvement in the lungs.

ReadingStation:WMCMRR1

Resulted: 09/14/18 1417, Result status: Final
result

**XR Abdomen AP [472863445]**

Ordering provider:  Ulich, Paul J, MD  09/14/18 1334
Performed:  09/14/18 1335 - 09/14/18 1409
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: no count/lap tapes packed in abd.
Abdomen films taken @ 1400 hours for no instrument count and lap tapes being packed in abdomen.
EXPLORATORATION OF ABDOMEN, REMOVAL OF PACKS, WASHOUT, PLACEMENT OF WOUND CLOSURE
DEVICE

Resulted by:  Harry, David K, MD
Accession number:  57274818

Examination:
XR ABDOMEN AP

Comparison:
Sep 06, 2018

Findings:
No unexpected opaque material seen overlying the abdomen. NG tube in the stomach. Bilateral iliac catheters present
extending into the aorta. Splenic and position coil seen in the left upper quadrant.

No distended bowel loops identified.

Impression:
No opaque foreign bodies identified.

ReadingStation:WMCMRR1

Resulted: 09/14/18 1540, Result status: Final
result

**XR Chest AP Portable [472892518]**

Ordering provider:  Lafalce, Christian Anthony, MD
09/14/18 1510
Performed:  09/14/18 1517 - 09/14/18 1535
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
SHORTNESS OF BREATH; lines and tubes
Patient had surgical exploration of the abdomen and splenectomy earlier today.  History of hypertension.

Resulted by:  Davidson, Duncan B, MD

Accession number:  57275516

Examination:
Frontal view of the chest.

Comparison:
None available.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaqxe
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/14/18 1540, Result status: Final
result

### XR Chest AP Portable [472892518] (continued)

Impression:
Interval removed material left upper quadrant.
Newly seen left upper quadrant skin staples.
Tracheostomy, esophageal pH probe, enteric catheter, right-sided central venous line as before.
No discernible pneumothorax.
Grossly stable cardiomegaly.
Bilateral pleural effusions, left greater than right, increased on the left compared to prior.
Diffuse bilateral patchy airspace disease, left greater than right, with sparing of the apices, as before.
Interval increased left basilar atelectasis.

ReadingStation:WMCMRR5

Resulted: 09/15/18 0721, Result status: Final
result

### X-ray chest AP portable (daily while intubated) [472793432]

| | |
|---|---|
| Ordering provider: Bouder, Thomas Glen, MD  09/14/18 0800 | Resulted by: Miro, Santiago, MD |
| Performed: 09/15/18 0411 - 09/15/18 0504 | Accession number: 57277056 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
ECMO patient, line placement eval
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Previous day

Impression:
FINDINGS/IMPRESSION:
Tubes and lines in adequate position..

No significant change in the appearance of the lung parenchyma, with bilateral multifocal areas of consolidation, more
prominent in the left retrocardiac space.
Bilateral effusions are also present

ReadingStation:WMCMRR1

Resulted: 09/16/18 0725, Result status: Final
result

### X-ray chest AP portable (daily while intubated) [472996006]

| | |
|---|---|
| Ordering provider: Bouder, Thomas Glen, MD  09/15/18 0800 | Resulted by: Miro, Santiago, MD |
| Performed: 09/16/18 0411 - 09/16/18 0429 | Accession number: 57279233 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Previous day



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [472996006] (continued)**

Resulted: 09/16/18 0725, Result status: Final result

Impression:
FINDINGS/IMPRESSION:
No new lines visualized.
Existing lines including an ECMO  catheter in adequate position
The right-sided PICC line tip is approximately 2 cm into the right atrium.
.
No change in the appearance of the lung parenchyma

ReadingStation:WMCMRR1

Resulted: 09/17/18 0710, Result status: Final result

**X-ray chest AP portable (daily while intubated) [473131836]**

Ordering provider:  Bouder, Thomas Glen, MD  09/16/18 0800

Resulted by:  Repasky, Ronald George, MD

Performed:  09/17/18 0442 - 09/17/18 0519

Accession number:  57281404

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
ECMO patient, Line Position

Examination:
Frontal view of the chest.

Comparison:
September 16, 2018

Findings:
Life support lines and tubes remain in satisfactory position.

Heart size stable and upper normal. Dense bilateral airspace disease unchanged. Lung volumes are decreased. No pneumothorax.

Impression:
Stable exam.

ReadingStation:WMCMRR1

Resulted: 09/18/18 0709, Result status: Final result

**X-ray chest AP portable (daily while intubated) [473227674]**

Ordering provider:  Bouder, Thomas Glen, MD  09/17/18 0800

Resulted by:  Miro, Santiago, MD

Performed:  09/18/18 0436 - 09/18/18 0502

Accession number:  57286872

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [473227674] (continued)**

Resulted: 09/18/18 0709, Result status: Final result

COMPARISON: Previous day's

Impression:
FINDINGS/IMPRESSION:
Tubes and lines in adequate position..

Gradual decrease in the bilateral patchy consolidation, with improved aeration at the bases.

ReadingStation:WMCMRR1

Resulted: 09/19/18 0706, Result status: Final result

**X-ray chest AP portable (daily while intubated) [473453482]**

Ordering provider: Bouder, Thomas Glen, MD  09/18/18 0800

Resulted by: Rizzo, Richard John, MD

Performed: 09/19/18 0359 - 09/19/18 0400

Accession number: 57292184

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
Intubated. Daily CXR

Examination:
Frontal view of the chest.

Comparison:
September 18, 2018

Findings:

AP supine portable chest radiograph 0350 hours.

Extensive bilateral lung consolidation obscures the cardiac silhouette, which is likely at least mildly enlarged, and not grossly changed. The tracheostomy tube is unchanged, with its tip near the level of the aortic arch. The nasogastric tube extends
off the radiograph, at least to the mid gastric body. There is likely an esophageal temperature probe in place, unchanged. There is a right PICC line with its tip overlying the right atrium. There are overlying monitoring leads.

There is moderate to marked patchy consolidation throughout both lungs, mildly worse. There is no definite pneumothorax or pleural effusion.

There are skin staples and clips in the left upper quadrant of the abdomen.

The bony structures are grossly intact.

Impression:
The lines and tubes are not significantly changed. There is moderate to marked diffuse bilateral lung consolidation, mildly worse when compared to the last exam. There is no pneumothorax.

ReadingStation:WMCMRR5

Resulted: 09/20/18 0755, Result status: Final result

**X-ray chest AP portable (daily while intubated) [473672196]**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [473672196] (continued)**　　　　　Resulted: 09/20/18 0755, Result status: Final result

Ordering provider: Bouder, Thomas Glen, MD  09/19/18 0800
Performed:  09/20/18 0403 - 09/20/18 0500
Resulting lab:  VALLEY HEALTH RADIOLOGY

Resulted by:  Young, Kyle Wilson, MD

Accession number:  57297023

Narrative:
Clinical History:
Respiratory distress

Examination:
Frontal view of the chest.

Comparison:
19 September 2018

Findings:
The tip of the right upper extremity PICC remains in the region of the lower right atrium. The other lines remain in satisfactory position.

Heart size is stable. Extensive bilateral airspace disease has slightly improved.

Impression:
Slight improvement of bilateral airspace disease.

ReadingStation:WMCMRR1

Resulted: 09/21/18 0713, Result status: Final result

**X-ray chest AP portable (daily while intubated) [473901142]**

Ordering provider: Bouder, Thomas Glen, MD  09/20/18 0800
Performed:  09/21/18 0314 - 09/21/18 0359
Resulting lab:  VALLEY HEALTH RADIOLOGY

Resulted by:  Perry, Nicholas, MD

Accession number:  57302054

Narrative:
Clinical History:
Reason For Exam: Line Position
Line position; ECMO patient

Examination:
Frontal view of the chest.

Comparison:
September 20, 2018

Impression:

Stable support apparatus. No pneumothorax.

Heart size is stable. Stable extensive bilateral airspace disease and edema.

ReadingStation:WMCMRR1

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/22/18 0721, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [474107740]**

| | |
|---|---|
| Ordering provider: Bouder, Thomas Glen, MD  09/21/18 0800 | Resulted by: Rizzo, Richard John, MD |
| Performed:  09/22/18 0425 - 09/22/18 0435 | Accession number:  57306775 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: Line Position
Daily. History of acute respiratory failure with hypoxia, hypotension, and adult respiratory distress syndrome.

Examination:
Frontal view of the chest.

Comparison:
September 21, 2018

Findings:

AP supine portable chest radiograph 0420 hours.

There is likely mild cardiomegaly considering the technique. The tracheostomy tube is not significantly changed, with tip approximately 2 cm above the carina. There is an esophageal temperature probe with its tip in the distal thoracic esophagus. There
is a nasogastric tube extending off the radiograph. There are overlying monitoring leads.

There are are aligned linear devices, vertically oriented overlying the mid to lower thoracic spine, likely related to ECMO.

There is chronic mild elevation of the right hemidiaphragm. The interstitial abnormality has mildly improved, with mild to moderate residua. There is new linear atelectasis in both mid lungs. There is no pneumothorax. There may be minimal pleural
effusions.

The bony structures are grossly intact.

Impression:
There is mild improvement in the bilateral lung consolidation. The lines and tubes are as noted, without pneumothorax. There is new bilateral atelectasis.

ReadingStation:WMCMRR5

Resulted: 09/22/18 0938, Result status: Final
result

**XR Abdomen Portable [474325453]**

| | |
|---|---|
| Ordering provider:  Carter, Jeffrey, MD  09/22/18 0924 | Resulted by: Couvillon, Joseph, MD |
| Performed:  09/22/18 0920 - 09/22/18 0933 | Accession number:  57307190 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: Miscount per protocol
Patient has had multiple surgeries recently. Patient abdomen left open. Checking for sponges before closing per protocol.

Examination:
XR ABDOMEN PORTABLE



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/22/18 0938, Result status: Final
result

### XR Abdomen Portable [474325453] (continued)

Comparison:
None available.

Impression:
FINDINGS/IMPRESSION:
1.  NO UNEXPECTED RADIOPAQUE FOREIGN BODY.
2.  ECMO CATHETERS.
3.  NG TUBE.

ReadingStation:WIRADBODY

Resulted: 09/23/18 0710, Result status: Final
result

### X-ray chest AP portable (daily while intubated) [474302806]

| | |
|---|---|
| Ordering provider: Bouder, Thomas Glen, MD 09/22/18 0800 | Resulted by: Rizzo, Richard John, MD |
| Performed: 09/23/18 0333 - 09/23/18 0405 | Accession number: 57308960 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: Line Position
Daily chest x-ray. History of acute respiratory failure with hypoxia, atelectasis of left lung, and adult respiratory distress
syndrome.

Examination:
Frontal view of the chest.

Comparison:
September 22, 2018

Findings:

AP supine portable chest radiograph 0400 hours.

There is likely mild cardiomegaly considering the technique. There is an ECMO device in place. There is an esophageal
temperature probe. The nasogastric tube is no longer identified. The right PICC line has its tip overlying the right atrium.
The
tracheostomy tube again has its tip approximately 2 cm above the carina.

There are overlying monitoring leads.

There is again moderate interstitial prominence, possibly due to interstitial edema. This has a mild patchy component,
bringing up the possibility of ARDS. There is new mild linear atelectasis at the right base. There is mild elevation of the
right
hemidiaphragm. There is no pneumothorax.

The bony structures are grossly intact.

Impression:
The lines and tubes are as noted. The nasogastric tube has been removed. There is no pneumothorax. The
predominantly interstitial abnormality in the lungs is not significantly changed, but there is a new band of atelectasis at
the right base.

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [474302806] (continued)**

Resulted: 09/23/18 0710, Result status: Final result

ReadingStation:WMCMRR5

Resulted: 09/23/18 1407, Result status: Final result

**US Venous Low Extrem Duplx Dopp Comp Bilat [474436481]**

Ordering provider: Ashame, Elias S, MD  09/23/18 0743      Resulted by: Couvillon, Joseph, MD
Performed: 09/23/18 1303 - 09/23/18 1401                   Accession number: 57309215
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
US VENOUS LOW EXTREM DUPLX DOPP COMP BILAT

Clinical History: Reason For Exam: LEG SWELLING, PAIN, SUSPECT DVT
bil leg swelling ? dvt .

Comparison: None.

Technique: Grayscale, color, duplex Doppler sonography bilateral lower extremities.

Findings:
Left common femoral, and bilateral femoral, popliteal, and calf veins compressible and color Doppler patent with normal augmentation with distal compression. No internal echoes.

Impression:
1. NO DVT WITHIN LEFT LEG OR VISUALIZED VEINS OF RIGHT LEG.
2. DISTAL RIGHT EXTERNAL ILIAC, COMMON FEMORAL, AND PROXIMAL PROFUNDA AND GREATER SAPHENOUS VEINS NOT SEEN DUE TO OVERLYING BANDAGES.

ReadingStation:WIRADBODY

Resulted: 09/24/18 0742, Result status: Final result

**X-ray chest AP portable (daily while intubated) [474436487]**

Ordering provider: Bouder, Thomas Glen, MD  09/23/18 0800      Resulted by: Harry, David K, MD
Performed: 09/24/18 0317 - 09/24/18 0330                       Accession number: 57310853
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
The patient has a history of respiratory failure.

Examination:
Frontal view of the chest.

Comparison:
Sep 23, 2018 and other prior studies.

Findings:
Tracheostomy cannula, right arm PICC line and esophageal monitor are all in good position.

No significant acute changes in the lungs with persistent interstitial edema.

Heart top normal in size. No visible effusions.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [474436487] (continued)**

Resulted: 09/24/18 0742, Result status: Final result

Impression:
Satisfactory position of lines and tubes.

No significant acute change in the lungs.

ReadingStation:WMCMRR1

Resulted: 09/25/18 0722, Result status: Final result

**X-ray chest AP portable (daily while intubated) [474483826]**

| | |
|---|---|
| Ordering provider: **Bouder, Thomas Glen, MD** 09/24/18 0800 | Resulted by: Rizzo, Richard John, MD |
| Performed: **09/25/18 0342 - 09/25/18 0507** | Accession number: 57315962 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: Line Position
Daily while intubated. History of acute respiratory failure with hypoxia, thrombus, atelectasis of left lung, hypotension, and adult respiratory distress syndrome.

Examination:
Frontal view of the chest.

Comparison:
September 24, 2018

Findings:

AP semierect portable chest radiograph 0415 hours.

There is likely mild to moderate chronic cardiomegaly considering the technique. The tracheostomy tube is unchanged, with its tip near the level of the aortic arch. The right PICC line is unchanged with its tip in the right atrium. There are overlying
monitoring leads.

There is persistent moderate ill-defined increased density in the lungs and an increase in the reticular markings, possibly interstitial edema or interstitial pneumonitis. There is no pneumothorax or definite pleural effusion. The pattern is not changed.

There has been upper abdominal surgery.

The bony structures are grossly intact.

Impression:
The nasogastric tube has been removed. Otherwise, there is no significant change.

ReadingStation:WMCMRR5

Resulted: 09/26/18 0720, Result status: Final result

**X-ray chest AP portable (daily while intubated) [474720360]**

| | |
|---|---|
| Ordering provider: **Bouder, Thomas Glen, MD** 09/25/18 0800 | Resulted by: Miro, Santiago, MD |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [474720360] (continued)** — Resulted: 09/26/18 0720, Result status: Final result

Performed:  09/26/18 0414 - 09/26/18 0415
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
Line placement, status post ECMO
 39 years  old Female

Accession number:  57320939

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Previous day

Impression:
FINDINGS/IMPRESSION:
Tracheostomy tube in adequate position.
Right-sided PICC line at the cavoatrial junction or inside the right atrium..

No change in the bilateral diffuse alveolar opacities

ReadingStation:WMCMRR1

**XR Abdomen Portable [474975985]** — Resulted: 09/26/18 0807, Result status: Final result

Ordering provider:  Sundy, Rael D, MD  09/26/18 0438
Performed:  09/26/18 0612 - 09/26/18 0627
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: abdominal distention
History of small bowel resection.

Resulted by:  Snow, David Michael, MD
Accession number:  57321087

Examination:
XR ABDOMEN PORTABLE

Comparison:
September 22, 2018

Findings:
The multiple surgical drains now present in the abdomen. Skin staples along the midline. Bowel gas pattern unremarkable. No obvious free gas on this supine portable exam. Bilateral iliac vein to IVC catheters have been removed.

Impression:
Satisfactory postop abdomen.

ReadingStation:WMCICRR1

**US Abdomen Limited Ruq [474775561]** — Resulted: 09/26/18 0856, Result status: Final result

Ordering provider:  Xu, Haoxuan A, MD  09/25/18 1104
Performed:  09/26/18 0603 - 09/26/18 0707
Resulting lab:  VALLEY HEALTH RADIOLOGY

Resulted by:  Miro, Santiago, MD
Accession number:  57321071



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Imaging - All Results (continued)

Resulted: 09/26/18 0856, Result status: Final
result

**US Abdomen Limited Ruq [474775561] (continued)**

Narrative:
CLINICAL HISTORY:
Reason For Exam: RUQ pain
Abdominal distention status-post multiple abdominal surgeries (bowel resection per mesenteric ischemia), mestenteric
vein thrombosis, and hepatic hemorrhage.
 39 years  old Female

PROCEDURE: US ABDOMEN LIMITED RUQ

COMPARISON: 9/1/2018

FINDINGS:
Sonographic survey of the upper abdomen was performed.
Liver has enlarged compared to prior study. The liver echotexture is uniformly hypoechoic, suggesting possible liver
congestion..
The 3 suprahepatic veins are patent, with adequate cardiac variability.
The hepatic artery flow is slightly increased, which can be normal in fasting patient.
The main portal vein is patent with adequate variability.
The gallbladder  is well-distended and normal in appearance.  The gallbladder wall is normal.  There is no
pericholecystic edema.
There is no evidence of biliary dilatation.
Visualized portions of the pancreas are unremarkable.
The spleen is unremarkable
Limited survey views of the kidneys  reveal no obvious abnormality.
There is no evidence of ascites.

Impression:
IMPRESSION:
Study performed at the bedside, somewhat limited.
Interval increase in size of the liver with decreased echogenicity of liver suggesting congestion.
The hepatic veins, hepatic artery and main portal vein are patent

ReadingStation:WMCMRR1

Resulted: 09/27/18 0705, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [474975990]**

| | |
|---|---|
| Ordering provider:  Bouder, Thomas Glen, MD  09/26/18 0801 | Resulted by:  Nelson, Erik Nels, MD |
| Performed:  09/27/18 0325 - 09/27/18 0332 | Accession number:  57326050 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
39-year-old with respiratory failure. Assess line position.

Examination:
AP portable semierect chest September 27, 2018 at 332.

Comparison:
Prior radiographs, most recent September 26, 2018.

Findings:
Tracheostomy tube tip projects 2.6 cm above the carina. Right upper extremity PICC tip overlies the right atrium.

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [474975990]**
**(continued)**

Resulted: 09/27/18 0705, Result status: Final
result

Monitor leads overlie the thorax. There is a warming blanket, obscuring fine detail. The degree of cardiac enlargement has not significantly
 changed. There is diffuse reticular density throughout each lung. There is elevation of the right hemidiaphragm, and volume loss at the bases. No new consolidation is seen. There is no visible pneumothorax. The degree of cardiac enlargement has not
significantly changed. Skin staples overlie the upper abdomen, and there are surgical clips at and left of midline. Vertebral body heights are not well assessed.

Impression:
Persistently low-lying PICC tip, projecting over the right atrium.

CRITICAL RESULT:

Critical result of PICC position communicated with the patient's nurse, Tammy, by Dr. Nelson on September 27 at 7:00 AM.  Understanding of critical result was confirmed by a read back.

ReadingStation:WMCMRR5

**XR Chest AP Portable [475172494]**

Resulted: 09/27/18 1005, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD
09/27/18 0927

Resulted by: Meyer, Brendan J, MD

Performed:  09/27/18 0950 - 09/27/18 0957

Accession number:  57326985

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: verify PICC placement
History of ARDS and recent small bowel resection.

Examination:
Frontal view of the chest.

Comparison:
Prior study obtained earlier the same day.

Findings:
Tracheostomy tube appears unchanged in position. Right upper extremity PICC terminates near the cavoatrial junction. Unchanged cardiomegaly is present. There is no appreciable pneumothorax or drainable effusion. Increased reticular markings suggestive of
 interstitial thickening are seen. There is mild bibasilar airspace disease which is favored to represent atelectasis. Anatomic detail is partly obscured by overlying blanket. Surgical staples project over the upper abdomen. No acute osseous pathology is
 noted.

Impression:
Right upper extremity PICC has been slightly retracted and terminates in the region of the cavoatrial junction. The chest is otherwise similar in appearance to prior study.

ReadingStation:PMHRADRR2

**CT Chest W Contrast [475241702]**

Resulted: 09/27/18 2131, Result status: Final
result

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/27/18 2131, Result status: Final result

### CT Chest W Contrast [475241702] (continued)

Ordering provider: Boyd, Loretta A, MD  09/27/18 1749
Performed: 09/27/18 2048 - 09/27/18 2112
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Rizzo, Richard John, MD
Accession number: 57330220

Narrative:
Clinical History:
Reason For Exam: fever - ARDS - vented

Examination:
CT of the chest was performed with intravenous contrast. Multiplanar reconstructions obtained.

CT images were acquired utilizing Automated Exposure Control for dose reduction.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/100 mL

Comparison:
September 02, 2018

Findings:
There is no mediastinal or hilar mass or lymphadenopathy. The heart is larger, now measuring 14.3 cm transverse and previously measured 11.9 cm. This suggests new mild cardiomegaly since the exam from 3 1/2 weeks ago. There is no pericardial effusion.
There is a tracheostomy tube with its tip approximately 2 cm above the carina. There is a new right PICC line with its tip in the right atrium.

Limited imaging in the upper abdomen demonstrates a new surgical drain in the subcutaneous fat in the right upper quadrant of the abdomen. There is a percutaneous gastrostomy tube in place. There has been a midline upper abdominal incision, with a
complex collection in the deep subcutaneous fat in that area. This contains fluid and gas. If the surgery is recent, this may be a small hematoma or seroma. There is new linear hypodensity in the mid anterior liver, concerning for a laceration. There has
been a splenectomy. There is increasing fluid in Morison's pouch, but less fluid around the upper lateral liver.

There is no endobronchial or endotracheal abnormality. Patient motion markedly limits the assessment of the lungs. There is new moderate to marked interstitial abnormality, predominantly an increase in the reticular markings, but there is also peripheral
patchy consolidation, which could be due to the history of RDS. There is a minimal left pleural effusion. There is no pneumothorax.

The bony structures are grossly intact.

Impression:
There is new tracheostomy tube and PICC line. There is new mild cardiomegaly, without a pericardial effusion. The lungs are poorly assessed due to patient motion, but there is a new interstitial and alveolar abnormality, consistent with the history of
ARDS. There has been a splenectomy since the last chest CT. There is new linear low-density in the anterior liver, concerning for a liver laceration. For full details, please see the above report.

ReadingStation:WMCMRR5

Resulted: 09/27/18 2151, Result status: Final result

### CT Abdomen Pelvis W IV And PO Cont [475241703]



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/27/18 2151, Result status: Final result

### CT Abdomen Pelvis W IV And PO Cont [475241703] (continued)

Ordering provider: Boyd, Loretta A, MD  09/27/18 1749
Performed: 09/27/18 2048 - 09/27/18 2112
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Rizzo, Richard John, MD
Accession number: 57330221

Narrative:
Clinical History:
Reason For Exam: fever - SMV thrombosis, splenectomy, delayed abdominal closure, s/p ECMO etc etc

Technique:
CT abdomen and pelvis with intravenous and oral contrast. Multiplanar reconstructions obtained.

CT images were acquired utilizing Automated Exposure Control for dose reduction.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/100 mL

Comparison:
September 03, 2018

Findings:

Abdomen:
There is new linear low-density in the anterolateral mid liver measuring 2.5 cm in length, concerning for a new liver laceration.

There are midline abdominopelvic skin staples. There are surgical drainage tubes in the ventral abdominal wall. In the subxiphoid region of the deep subcutaneous fat in the ventral abdominal wall, there is a triangular collection containing fluid and
gas. This measures 4.5 cm transverse by 2.0 cm AP by 5.0 cm cephalocaudad. This could be a hematoma or seroma, but I can't exclude an abscess in the subcutaneous fat. This points toward the skin staples in that area.

There has likely been a splenectomy since the last examination. There is a spleen shaped area in the splenectomy site, but smaller than the previously seen spleen. This measures 8.3 x 3.8 cm and may represent a hematoma measuring 65 Hounsfield units.

There is no focal abnormality of the kidneys, pancreas, or adrenal glands.

There is radiodense material in the gallbladder, which may represent contrast or sludge. There are no definite stones.

The kidneys are opacified, limiting the assessment for stones, but there is no hydronephrosis.

There is no gross acute bowel pathology, but the colon is incompletely opacified, making it difficult to exclude wall thickening in the distal transverse colon. There is no significant bowel dilation. There is a new percutaneous gastrostomy tube in
place. There is a mildly dilated small bowel loop which appears to be tethered to the anterior peritoneal lining in the upper abdomen in the area of surgery. The appendix is likely present and unremarkable.

There is no retroperitoneal mass or lymphadenopathy.

There is a decrease in the ascites in the upper abdomen, but there is a greater amount of fluid in Morison's pouch, concerning for loculated fluid. There is also loculated fluid anterior to the descending colon. There is loculated fluid along the



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 09/27/18 2151, Result status: Final result

**CT Abdomen Pelvis W IV And PO Cont [475241703] (continued)**

posterolateral aspect of the descending colon. There is mild pelvic ascites which has layering density, suggesting some complexity. This could be hemorrhage, or even infection. There is no gas within these collections.

The bony structures are intact.

Pelvis:
There is a Foley catheter in the collapsed urinary bladder, difficult to evaluate.

There is no definite gynecologic abnormality.

There is no retroperitoneal mass or lymphadenopathy.

There is generalized body wall edema. There is more focal edema in the right groin, suggesting an intervention in that area.

There is mild pelvic ascites described previously.

There is no acute bowel pathology in the true or false pelvis.

Impression:
There are extensive postoperative changes since the last exam there has likely been a splenectomy with a hematoma in the splenectomy bed. There is less ascites, but there are multiloculated small to moderate fluid collections in the abdomen. There is
some free ascites in the pelvis, but this has some layering density, indicating complexity. This can be seen in hemorrhage and infection. There is also a collection in the midline ventral abdominal wall in the upper abdomen deep to the skin staples,
which could be hematoma, seroma, or abscess, and contains fluid and gas. There is new linear low-density in the liver, concerning for a new small laceration. For full details, please see above report.

I have attempted to reach the ordering clinician, who could not be reached through the paging service. I have attempted to give the critical findings to the intensivist, but he would not take the results, since his service did not order the CT. I am now
attempting to page the access surgeon on call to discuss the findings on September 27, 2018 at 9:50 PM.

ReadingStation:WMCMRR5

Resulted: 09/28/18 0638, Result status: Final result

**X-ray chest AP portable (daily while intubated) [475172478]**

Ordering provider: Bouder, Thomas Glen, MD  09/27/18 0800

Resulted by: Meyer, Brendan J, MD

Performed: 09/28/18 0328 - 09/28/18 0332

Accession number: 57330607

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
The patient has a history of respiratory failure.

Examination:
Frontal view of the chest.

Comparison:
September 27, 2018



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [475172478] (continued)**

Resulted: 09/28/18 0638, Result status: Final result

Findings:
Tracheostomy tube is unchanged in position. Right upper extremity PICC terminates near the cavoatrial junction. The heart is enlarged. There is no evidence of pneumothorax or drainable effusion. Mild bilateral airspace disease and interstitial thickening
 are present. No acute osseous pathology is noted. Surgical staples project over the upper abdomen.

Impression:
1.  There is mild bilateral airspace disease and interstitial thickening with cardiomegaly. Findings are suspected to represent edema. Superimposed infection cannot be definitively excluded.
2.  Support devices as described above.

ReadingStation:WRHOMEPACS5

Resulted: 09/29/18 0740, Result status: Final result

**X-ray chest AP portable (daily while intubated) [475379503]**

Ordering provider:  Bouder, Thomas Glen, MD  09/28/18 0800

Resulted by:  Thwing, Curtis Jeffrey, MD

Performed:  09/29/18 0408 - 09/29/18 0411

Accession number:  57335098

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
Line position, patient is status post ECMO

Examination:
Frontal view of the chest.

Comparison:
9/28/2018

Findings:
There is a tracheostomy in place. There is a right arm PICC line with the tip the SVC. Heart size stable. Again there is diffuse bilateral airspace disease unchanged. There is no obvious effusion or pneumothorax.

Impression:
No significant interval change, diffuse bilateral airspace disease again noted

ReadingStation:WMCMRR1

Resulted: 09/30/18 0719, Result status: Final result

**X-ray chest AP portable (daily while intubated) [475599691]**

Ordering provider:  Bouder, Thomas Glen, MD  09/29/18 0800

Resulted by:  Thwing, Curtis Jeffrey, MD

Performed:  09/30/18 0330 - 09/30/18 0422

Accession number:  57337217

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position

Examination:
Frontal view of the chest.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [475599691] (continued)**     Resulted: 09/30/18 0719, Result status: Final result

Comparison:
9/29/2018

Findings:
ET tube mid trachea. There is a right arm PICC line in place unchanged. Again there is diffuse bilateral airspace disease which is slightly progressed with progression of coalescence along the right mid and lower lung zone. No obvious effusion or
pneumothorax. Heart size stable

Impression:
Medical appliances appropriately positioned. Bilateral diffuse airspace disease with slight interval progression of the right lung

ReadingStation:WMCMRR5

Resulted: 09/30/18 2230, Result status: Final result

**XR Chest AP Only [475759961]**

Ordering provider:  Ashame, Elias S, MD  09/30/18 2204     Resulted by:  Jahed, Kiarash, MD
Performed:  09/30/18 2205 - 09/30/18 2219     Accession number:  57338983
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: CVC placement
CVC line placement check. History of acute respiratory failure, hypotension, atelectasis of left lung, tachycardia, and ECMO.

Examination:
Frontal view of the chest.

Comparison:
Chest radiograph dated 9/30/2018

Findings:
A right-sided central line terminates in the cavoatrial junction. An endotracheal tube terminates 2.6 cm from the carina. There is no pneumothorax. There is a layering right pleural effusion. Diffuse bilateral airspace disease within the enlarged cardiac
 silhouette is grossly stable since the prior exam. There is no new bony abnormality.

Impression:

1. PICC line has been removed, there is a right IJ approach central line terminating in the right cavoatrial junction. No pneumothorax.

2. Diffuse bilateral airspace disease unchanged since the prior exam.

ReadingStation:WMCMRR1

Resulted: 10/01/18 0343, Result status: Final result

**CT Chest W Contrast [475759976]**

Ordering provider:  Ashame, Elias S, MD  09/30/18 2222     Resulted by:  Shou, Jason, MD
Performed:  09/30/18 2354 - 10/01/18 0015     Accession number:  57339090

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Imaging - All Results (continued)**

Resulted: 10/01/18 0343, Result status: Final
result

**CT Chest W Contrast [475759976] (continued)**

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: PNEUMONIA COMPLICATED / UNRESOLVED

EXAMINATION:
CT CHEST W CONTRAST

COMPARISON:
09/27/2018

TECHNIQUE:
contiguous axial CT images of the chest were obtained.
Coronal and sagittal reconstructions are performed.
A radiation dose optimization technique is used for this scan.
Scattering artifact related patient's large body habitus decreases sensitivity of this exam.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/100 mL

FINDINGS:

Lungs: Tracheostomy tube is again noted. Large amount of interstitial and airspace opacities throughout both lungs,
slightly increased. Septal thickening throughout both lungs is again noted.

Mediastinum: Mild cardiomegaly

Lymph nodes: Within normal limits.

Bones: within normal limits.

Soft tissues: Within normal limits.

Vessels: Right PICC is unchanged in position. No pulmonary embolism in main and lobar pulmonary arteries. Segmental
pulmonary arteries are difficult to assess due to suboptimal contrast bolus and scattered artifact. Normal aorta.

Visualized thyroid gland: Within normal limits.

Visualized abdominal viscera: Please refer to report of CT abdomen and pelvis from the same day for detailed
abdominal findings.

Impression:
IMPRESSION:

Large amount of airspace disease throughout both lungs, slightly increased.

No pulmonary embolism in main and lobar pulmonary arteries.

ReadingStation:SHOU-VH-PACS3

Resulted: 10/01/18 0403, Result status: Final
result

**CT Abdomen Pelvis W IV And PO Cont [475759973]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/01/18 0403, Result status: Final result

### CT Abdomen Pelvis W IV And PO Cont [475759973] (continued)

Ordering provider:  Ashame, Elias S, MD  09/30/18 2222      Resulted by:  Shou, Jason, MD
Performed:  09/30/18 2354 - 10/01/18 0015                   Accession number:  57339094
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: POST OPERATIVE INFECTION, ABDOMEN PELVIS

EXAMINATION:
CT ABDOMEN PELVIS W IV AND PO CONT

COMPARISON:
09/27/2018.

TECHNIQUE:
contiguous axial CT images of the abdomen and pelvis are obtained.
Coronal and sagittal reconstructions are performed.
A radiation dose optimization technique is used for this scan.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/100 mL . Oral contrast reached distal small bowel but not the colon

FINDINGS:

ABDOMINAL FINDINGS:

Please refer to report of CT chest from the same day for detailed chest findings

Liver: within normal limits.

Biliary system: Sludge versus vicarious excretion of IV contrast. Gallbladder is again noted

Pancreas: within normal limits.

Stomach: PEG tube is unchanged in position

Spleen: Unchanged

Adrenal glands: within normal limits.

Kidneys: within normal limits.


PELVIC FINDINGS:

Appendix: Poorly visualized, containing contrast versus inspissated stool, has normal caliber

Bladder: Underdistended, containing only catheter balloon.

Reproductive organs: within normal limits.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/01/18 0403, Result status: Final result

**CT Abdomen Pelvis W IV And PO Cont [475759973] (continued)**

ABDOMINAL AND PELVIC FINDINGS:

Bowel: The remainder of the bowel appears normal. Rectal tube is new

Mesentery: Large hernia repair mesh small ascites

Lymph nodes: within normal limits.

Bones: within normal limits.

Subcutaneous soft tissues: Anasarca is unchanged. Midline abdominal and pelvic incision closed with multiple surgical staples. Subcutaneous drains are unchanged in position. Subxiphoid fluid collection, mixed with tiny gas pockets , not substantially
changed

Vessels: within normal limits.




Impression:

Interval insertion rectal tube, otherwise no substantial change.




ReadingStation:SHOU-VH-PACS3

Resulted: 10/01/18 0713, Result status: Final result

**X-ray chest AP portable (daily while intubated) [475692696]**

Ordering provider:  Bouder, Thomas Glen, MD  09/30/18 0800          Resulted by:  Perry, Nicholas, MD

Performed:  10/01/18 0345 - 10/01/18 0351          Accession number:  57339255

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:

Clinical History:

Reason For Exam: Line Position

Daily while intubated. History of acute respiratory failure with hypoxia, adult respiratory distress syndrome, hypotension, atelectasis of left lung, and tachycardia.

Examination:
Frontal view of the chest.

Comparison:
September 30, 2018

Impression:

Stable tracheostomy tube and right central catheter. No visible pneumothorax.

Hypoexpanded lungs without significant change in diffuse bilateral airspace disease.


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [475692696] (continued)**

Resulted: 10/01/18 0713, Result status: Final result

Grossly stable enlarged cardiac mediastinal silhouette. No acute osseous change.


ReadingStation:WMCMRR1

Resulted: 10/02/18 0710, Result status: Final result

**X-ray chest AP portable (daily while intubated) [475810102]**

Ordering provider:  Bouder, Thomas Glen, MD  10/01/18 0800

Resulted by:  Miro, Santiago, MD

Performed:  10/02/18 0433 - 10/02/18 0451

Accession number:  57344682

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
Daily while intubated. History of hypertension, acute respiratory failure with hypoxia, adult respiratory distress syndrome, atelectasis of left lung, tachycardia, and acute pulmonary edema.
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Previous day

Impression:
FINDINGS/IMPRESSION:
The right IJ catheter is in adequate position.
No significant change in the appearance of the lungs, with bilateral patchy bronchovascular opacities, likely the result of the prior ECMO.


ReadingStation:WMCMRR1

Resulted: 10/03/18 0709, Result status: Final result

**X-ray chest AP portable (daily while intubated) [476056452]**

Ordering provider:  Bouder, Thomas Glen, MD  10/02/18 0800

Resulted by:  Davidson, Duncan B, MD

Performed:  10/03/18 0304 - 10/03/18 0352

Accession number:  57349778

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Line Position

Examination:
Frontal view of the chest.

Comparison:
10/2/2018.

Impression:
Right-sided central venous line terminating over the right atrium.
Tracheostomy, as before.
Left upper quadrant surgical clips, skin staples.
No discernible pneumothorax.

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [476056452] (continued)**

Resulted: 10/03/18 0709, Result status: Final result

Grossly stable cardiomegaly.

Possible small layering pleural effusions bilaterally.
Diffusely increased lung markings bilaterally, as before.
Grossly stable left retrocardiac patchy airspace opacities.

ReadingStation:WMCMRR1

Resulted: 10/04/18 1128, Result status: Final result

**XR Abdomen AP [476446080]**

Ordering provider:  Ashame, Elias S, MD  10/04/18 0823
Performed:  10/04/18 1104 - 10/04/18 1122
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: ?ileus
History of abdominal surgery.

Resulted by:  Snow, David Michael, MD
Accession number:  57355242

Examination:
XR ABDOMEN AP

Comparison:
None available.

Findings:
Bowel gas pattern is normal. No obvious masses or worrisome calcifications. Bones and soft tissues unremarkable.

Impression:
Normal abdomen.

ReadingStation:WMCMRR1

Resulted: 10/04/18 1129, Result status: Final result

**XR Chest AP Portable [476446079]**

Ordering provider:  Ashame, Elias S, MD  10/04/18 0823
Performed:  10/04/18 1104 - 10/04/18 1121
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: respiratory failure
History of hypertension, acute respiratory failure
with hypoxia, adult respiratory distress syndrome, atelectasis of left
lung, tachycardia, and acute pulmonary edema.

Resulted by:  Snow, David Michael, MD
Accession number:  57355241

Examination:
Frontal view of the chest.

Comparison:
March 20, 2018

Findings:

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/04/18 1129, Result status: Final
result

**XR Chest AP Portable [476446079] (continued)**

Tracheostomy tube and right
Unchanged.

Heart enlarged. Diffuse bilateral airspace disease slightly improved.

Impression:
Slight improvement in diffuse bilateral infiltrates.

ReadingStation:WMCMRR1

Resulted: 10/05/18 0732, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [476446069]**

Ordering provider:  Bouder, Thomas Glen, MD  10/04/18
0800

Resulted by:  Thwing, Curtis Jeffrey, MD

Performed:  10/05/18 0339 - 10/05/18 0343

Accession number:  57359695

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: Line Position
The patient has a history of respiratory failure.

Examination:
Frontal view of the chest.

Comparison:
10/4/2018

Findings:
Tracheostomy tube appropriately positioned. There is a right internal jugular central venous catheter, tip at the expected
location of the SVC. Again there is diffuse bilateral airspace disease with overall small right lung volume unchanged.
Trace
effusion also possible. Irregularity overlying the lateral aspect of the lateral aspect right seventh rib, this likely represents
an external device less likely fracture.

Impression:
Central venous catheter in tracheostomy tube remaining in appropriate position. Ongoing diffuse bilateral airspace
disease and small right lung volume unchanged from prior exam.

ReadingStation:WMCMRR1

Resulted: 10/05/18 1646, Result status: Final
result

**G,J,G/J Tube Check/Change [476677856]**

Ordering provider:  Fox, Preston Stuart, MD  10/05/18
1249

Resulted by:  Fox, Preston Stuart, MD

Performed:  10/05/18 1508 - 10/05/18 1631

Accession number:  57362055

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
39-year-old female with previously placed 18 French surgical gastrostomy tube. Patient presents for conversion to GJ
tube

Examination:


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/05/18 1646, Result status: Final
result

**G,J,G/J Tube Check/Change [476677856] (continued)**

Attempted conversion of gastrostomy tube to gastrojejunal feeding tube. Fluoroscopic-guided exchange and placement of new 18 French balloon retention percutaneous gastrostomy tube.

Technique:
Methods, risks, benefits, and alternatives of the procedure were fully explained to the patient. The patient understands and wishes to proceed. Written consent obtained.

Findings:
Previously placed 18 French gastrostomy tube is oriented towards the gastric fundus and given this finding and no contrast exiting into the duodenum cannulation of the duodenum was not possible from the existing gastrostomy tube site. The old gastrostomy
 tube was replaced with a new 18 French balloon retention gastrostomy tube.

Contrast: 50 mL of Visipaque

Number of images: 6

Fluoroscopy time: 5 minutes

Impression:
1. Attempts to exchange the existing gastrostomy tube for gastrojejunal feeding tube were unsuccessful given the orientation of the previously placed gastrostomy tube towards the gastric fundus as well as no contrast seen to exit into the duodenum.
Probable edema at the at the proximal duodenum.
2. A new 18 French balloon retention gastrostomy tube was placed with evacuation of the stomach.

ReadingStation:WMCMRR2

Resulted: 10/06/18 0745, Result status: Final
result

**X-ray chest AP portable (daily while intubated) [476677835]**

Ordering provider:  Bouder, Thomas Glen, MD  10/05/18
0801

Resulted by:  Nieman, Christopher M, MD

Performed:  10/06/18 0340 - 10/06/18 0346

Accession number:  57364392

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Reason For Exam: Line Position

Examination:
Frontal view of the chest.

Comparison:
Portable AP chest x-ray October 05, 2018

Findings:
Tracheostomy tube and right internal jugular central venous catheter are in satisfactory position and are stable.

There is stable mild cardiomegaly. There are stable diffuse mixed reticular interstitial and patchy airspace opacities in both lungs. There is no pleural effusion or pneumothorax.

Impression:
1.  Lines and tubes are in satisfactory position.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [476677835] (continued)**     Resulted: 10/06/18 0745, Result status: Final result

  2.  Stable lung disease with a differential diagnosis of pulmonary edema, diffuse infection or ARDS.

ReadingStation:WMCMRR1

---

Resulted: 10/06/18 1843, Result status: Final result

**XR Abdomen Portable [476947701]**

Ordering provider: Riccio, Lin M, MD  10/06/18 1814      Resulted by: Meyer, Brendan J, MD
Performed: 10/06/18 1819 - 10/06/18 1833      Accession number: 57365911
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: cortrack
History of small bowel resection about one month ago and splenectomy about two and a half weeks ago.

Examination:
XR ABDOMEN PORTABLE

Comparison:
October 4, 2018

Findings:
Feeding tube appears coiled in the left upper quadrant, likely terminating in the gastric fundus. There is a nonobstructive bowel gas pattern without evidence of free air. Contrast material is noted in the colon. No obvious masses or worrisome calcifications are identified in the abdomen. A probable surgical drain projects over the pelvis. Surgical clips project over the right mid abdomen. The regional osseous structures appear intact.

Impression:
Feeding tube likely terminates in the gastric fundus as described above.

ReadingStation:WMCMRR2

---

Resulted: 10/06/18 1928, Result status: Final result

**XR Abdomen Portable [476947704]**

Ordering provider: Riccio, Lin M, MD  10/06/18 1858      Resulted by: Meyer, Brendan J, MD
Performed: 10/06/18 1910 - 10/06/18 1921      Accession number: 57366012
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: cortrack
Cortak repositioned.  History of small bowel resection about one month ago and splenectomy about two and a half weeks ago.

Examination:
XR ABDOMEN PORTABLE

Comparison:
Prior study obtained earlier the same day.

Findings:
Feeding tube is again coiled in the left upper quadrant, likely terminating in the gastric fundus or body. The abdomen is otherwise unchanged in appearance.

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/06/18 1928, Result status: Final result

**XR Abdomen Portable [476947704] (continued)**

Impression:
Feeding tube terminates in the left upper quadrant, likely in the gastric fundus or body.

ReadingStation:WMCMRR2

Resulted: 10/07/18 0731, Result status: Final result

**X-ray chest AP portable (daily while intubated) [476853977]**

Ordering provider:  Bouder, Thomas Glen, MD  10/06/18 0800

Resulted by:  Nieman, Christopher M, MD

Performed:  10/07/18 0339 - 10/07/18 0343

Accession number:  57366607

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Reason For Exam: Line Position

Examination:
Frontal view of the chest.

Comparison:
1.  Portable AP chest x-ray October 06, 2018
2.  Abdomen x-ray October 06, 2018

Findings:
Tracheostomy tube, right internal jugular central venous catheter and Cortrak feeding tube are in satisfactory position and are stable. The tip of the feeding tube is in the stomach.

There is stable mild cardiomegaly. There are stable diffuse mixed reticular interstitial and patchy airspace opacities in both lungs. There is no pleural effusion or pneumothorax.

Impression:
1.  Lines and tubes are in satisfactory position.
2.  Stable lung disease with a differential diagnosis of pulmonary edema, diffuse infection or ARDS.

ReadingStation:WMCMRR1

Resulted: 10/08/18 0755, Result status: Final result

**X-ray chest AP portable (daily while intubated) [476947740]**

Ordering provider:  Bouder, Thomas Glen, MD  10/07/18 0800

Resulted by:  Young, Kyle Wilson, MD

Performed:  10/08/18 0326 - 10/08/18 0359

Accession number:  57368766

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:
Clinical History:
Respiratory distress

Examination:
Frontal view of the chest.

Comparison:
7 October 2018

Findings:


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [476947740] (continued)**

Resulted: 10/08/18 0755, Result status: Final result

The support apparatus appears to be unchanged.

Heart size is stable as are interstitial thickening and diffuse bilateral airspace disease.

Impression:
No significant change.

ReadingStation:WMCMRR1

Resulted: 10/08/18 1705, Result status: Final result

**XR Chest AP Portable [477218020]**

Ordering provider:  Bouck, Timothy H, MD  10/08/18 1600
Performed:  10/08/18 1639 - 10/08/18 1650
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: L IJ central line placement
History of hypertension, tracheostomy, and ECMO.

Resulted by:  Perry, Nicholas, MD
Accession number:  57372800

Examination:
Frontal view of the chest.

Comparison:
10/8/2018

Impression:

Stable ET tube, or right central catheter, and visualized feeding tube. No pneumothorax.

New left IJ catheter tip appears at the brachiocephalic/SVC junction. This is probably also at the azygos orifice.

No change in cardiopulmonary status with diffuse bilateral interstitial and airspace disease, and effusions.

ReadingStation:WMCMRR5

Resulted: 10/09/18 0725, Result status: Final result

**X-ray chest AP portable (daily while intubated) [477101995]**

Ordering provider:  Bouder, Thomas Glen, MD  10/08/18 0800
Performed:  10/09/18 0354 - 10/09/18 0355
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: Line Position
Evaluation of line placement
 39 years  old Female

Resulted by:  Miro, Santiago, MD
Accession number:  57373947

PROCEDURE: XR CHEST AP PORTABLE

---



| | WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
| --- | --- | --- |
| | 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| | Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| | ROI Abstract Inpatient | |

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [477101995] (continued)**
Resulted: 10/09/18 0725, Result status: Final result

COMPARISON: Previous day

Impression:
FINDINGS/IMPRESSION:
Left IJ catheter tip has now tipped in the superior SVC.
Feeding tube tip in the fundus of the stomach.

Lower lung volumes, likely contributing to the appearance of increasing alveolar and parenchymal opacities in the bases

ReadingStation:WMCMRR1

Resulted: 10/09/18 1555, Result status: Final result

**XR Abdomen Portable [477320753]**

Ordering provider: Snow, Nicholas D, MD  10/09/18 1512
Performed: 10/09/18 1526 - 10/09/18 1542
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Davidson, Duncan B, MD
Accession number: 57377528

Narrative:
Clinical History:
Cortrak placement
Check abdomen for cor trak placement.
Patient is in adult respiratory distress syndrome with respiratory failure, sepsis, and fever.
Recent history of ischemic bowel disease, splenic hemorrhage, tachycardia, and splenectomy as well as small bowel resection.


Examination:
XR ABDOMEN PORTABLE

Comparison:
10/6/2018.


Impression:
Feeding tube now with distal tip possibly in the mid duodenum, versus the distal stomach.

Left upper quadrant, right abdominal surgical clips, as before.

Bowel gas pattern is nonspecific.

No obvious mass or worrisome calcification.

Right lung base airspace opacification, as before.

ReadingStation:WMCEDRR

Resulted: 10/09/18 1846, Result status: Final result

**CT Chest W Contrast [477320749]**

Ordering provider: Smith, Connie L, MD  10/09/18 1448
Performed: 10/09/18 1759 - 10/09/18 1834
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Young, Kyle Wilson, MD
Accession number: 57378151

Narrative:
Clinical History:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/09/18 1846, Result status: Final result

**CT Chest W Contrast [477320749] (continued)**

Sepsis, respiratory distress

Examination:
Helical CT images were obtained through the chest after IV contrast administration. Multiplanar reformatted images were provided. Automatic exposure control was used for dose reduction.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/90 mL

Comparison:
1 October 2018

Findings:
A tracheostomy tube is present and in satisfactory position. There is also a feeding tube, which extends into the abdomen.

The heart is mildly enlarged. There is no visible vascular calcification. The ascending thoracic aorta measures 2.9 cm in AP dimension. The main pulmonary artery measures 3.5 cm in diameter.

There is a mildly enlarged lymph node in the left axilla. It measures 1.3 cm across its short axis, compared to 1.0 cm. It is probably reactive. No other enlarged thoracic lymph nodes are identified. No pleural or pericardial effusions are seen.

Diffuse interstitial thickening and extensive bilateral airspace disease are similar to the previous study, with the evaluation limited by patient motion.

No acute skeletal abnormalities are seen.

The abdomen is reported separately.

Impression:
1.  Extensive interstitial and airspace disease, which likely represents pulmonary edema, though inflammation cannot be excluded, all similar to the previous study.
2.  Enlarged main pulmonary artery, suggesting pulmonary arterial hypertension.
3.  Mild left axillary lymphadenopathy, likely reactive.

ReadingStation:WMCMRR2

Resulted: 10/09/18 2237, Result status: Edited Result - FINAL

**CT Abdomen Pelvis W IV And PO Cont [477320751]**

| | |
|---|---|
| Ordering provider:  Smith, Connie L, MD  10/09/18 1451 | Resulted by:  Young, Kyle Wilson, MD |
| Performed:  10/09/18 1759 - 10/09/18 1834 | Accession number:  57378152 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Addenda signed by Young, Kyle Wilson, MD on 10/09/18 2237
There is a typographical error in the original report. The official Impression is listed under the Pelvis section in the report. The pelvic findings have been deleted.

The Pelvis section should state:
The bladder is largely collapsed about a Foley catheter. A drainage catheter is also present in the rectum. The reproductive organs are normal in appearance.



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/09/18 2237, Result status: Edited

**CT Abdomen Pelvis W IV And PO Cont [477320751] (continued)**                      Result - FINAL

The Impression should state:
1. 10 x 10 x 3 cm fluid collection deep to the mesh in the upper anterior
abdominal wall: A small amount of gas and what appears to be oral contrast
material within the fluid suggests some communication with the bowel,
likely the stomach, and possibly
related to the PEG tube, though a perforation could be present elsewhere.
2. Moderate amount of free fluid elsewhere in the peritoneal cavity.
3. Slight enlargement of what may be a hematoma in the splenic bed.
4. Slight improvement of an anterior liver defect/injury
5. Diffuse body wall edema.
6. Other chronic findings as above.

This was all discussed with Dr. Smith at approximately 2230 hours on 9
October 2018.


ReadingStation:WMCMRR2
Narrative:
Clinical History:
Abdominal pain, fever, suspected abscess

Technique:
Helical CT images were obtained through the abdomen and pelvis after oral and IV contrast administration. Multiplanar
reformatted images were provided. Automatic exposure control was used for dose reduction.

Contrast:
IOHEXOL 350 MG/ML IV SOLN/90 mL

Comparison:
1 October 2018 and several earlier studies

Findings:

Lower chest:
Please see today's chest CT

Abdomen:
Due to the patient's large size, portions of the anterior abdominal wall are not included within the field-of-view.

The tip of the feeding tube is in the distal duodenum. There appears to be a PEG tube in the left upper quadrant. There
is an additional surgical drain within the anterior abdominal wall. It appears to be extraperitoneal in location and is not in
contact
 with any significant fluid collection.

There has been previous mesh repair of the upper anterior abdominal wall. A poorly marginated fluid collection deep to
the mesh appears contain a tiny amount of gas. This collection measures approximately 10 x 10 x 4 cm and has slightly
enlarged. The
fluid is visually inseparable from the anterior aspect of the stomach and portions of the liver. Along its upper aspect,
there is ill-defined high density material which has increased in volume since the most recent study. This material is
most



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/09/18 2237, Result status: Edited
Result - FINAL

### CT Abdomen Pelvis W IV And PO Cont [477320751] (continued)

suggestive of oral contrast, suggesting some communication with the bowel, though no direct communication is visible on this study. The suspected location would be the stomach, due to its proximity. The PEG tube passes through the fluid collection.

There is a moderate volume of free fluid in the peritoneal cavity.

An ill-defined low-density lesion in the anterior aspect of the left hepatic lobe is smaller today, with visualization somewhat limited by motion artifact. The liver remains markedly enlarged, measuring 22 cm in length.

The spleen has likely been removed. There is a 9.8 x 5.0 cm heterogeneous structure at its previous site, that could represent a hematoma, measuring slightly larger than on the previous study.

The kidneys, adrenal glands, pancreas, major vessels and intestines appear to be within normal limits, with visualization of the bowel markedly limited. The appendix is not seen.

No enlarged lymph nodes are identified. There is diffuse body wall edema.

Pelvis:
1. 10 x 10 x 3 cm fluid collection deep to the mesh in the upper anterior abdominal wall: A small amount of gas and what appears to be oral contrast material within the fluid suggests some communication with the bowel, likely the stomach, and possibly
related to the PEG tube, though a perforation could be present elsewhere.
2. Moderate amount of free fluid elsewhere in the peritoneal cavity.
3. Slight enlargement of what may be a hematoma in the splenic bed.
4. Slight improvement of an anterior liver defect/injury
5. Diffuse body wall edema.
6. Other chronic findings as above.

Bones:
No acute skeletal abnormalities are seen. There is slight generalized sclerosis of the bones, suggesting a metabolic disorder.

Impression:
Essentially normal CT of the abdomen and pelvis

ReadingStation:WMCMRR2

Resulted: 10/10/18 0028, Result status: Final
result

### XR Chest AP Portable [477490484]

| | |
|---|---|
| Ordering provider:  Ashame, Elias S, MD  10/10/18 0000 | Resulted by:  Lull, Lisa S, MD |
| Performed:  10/10/18 0000 - 10/10/18 0021 | Accession number:  57379058 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
HISTORY:Reason For Exam: reevaluate
reevaluation from CT earlier

COMPARISON: October 09, 2018

TECHNIQUE: XR CHEST AP PORTABLE

FINDINGS:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/10/18 0028, Result status: Final result

**XR Chest AP Portable [477490484] (continued)**

Lines and tubes: Tracheostomy tube and left central venous catheter are stable. Feeding tube tip is off the inferior edge of the film.

Lungs and hila: Multiple interstitial and airspace opacities are present bilaterally and are stable from the prior x-ray. There is no pleural effusion. There is no pneumothorax.

Heart and Mediastinum: The cardiac silhouette is enlarged and stable in size.

Bones and soft tissues: No acute abnormality.

Upper abdomen: Normal

Impression:
Stable bilateral pulmonary opacities which may be secondary to edema or pneumonia.

ReadingStation:LULL-VH-PACS5

Resulted: 10/10/18 0029, Result status: Final result

**XR Abdomen Portable [477490485]**

| | |
|---|---|
| Ordering provider:  Ashame, Elias S, MD  10/10/18 0000 | Resulted by:  Lull, Lisa S, MD |
| Performed:  10/10/18 0001 - 10/10/18 0020 | Accession number:  57379059 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
HISTORY:
re evaluation.

COMPARISON: October 09, 2018

TECHNIQUE: XR ABDOMEN PORTABLE

FINDINGS:
Feeding tube tip is likely at the ligament of Treitz. The bowel gas pattern is nonobstructive. Foley catheter is present in the bladder.  The bones are normal.

Impression:
1. No acute process in the abdomen.

ReadingStation:LULL-VH-PACS5

Resulted: 10/11/18 0744, Result status: Final result

**X-ray chest AP portable (daily while intubated) [477582417]**

| | |
|---|---|
| Ordering provider:  Bouder, Thomas Glen, MD  10/10/18 0800 | Resulted by:  Perry, Nicholas, MD |
| Performed:  10/11/18 0330 - 10/11/18 0333 | Accession number:  57384268 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Imaging - All Results (continued)**

**X-ray chest AP portable (daily while intubated) [477582417] (continued)**                     Resulted: 10/11/18 0744, Result status: Final result

Reason For Exam: Line Position
The patient has a history of respiratory failure.

Examination:
Frontal view of the chest.

Comparison:
10/10/2018

Impression:

Stable left IJ central line. Stable tracheostomy and visualized enteric tube. No pneumothorax evident.

Stable lungs with elevated right hemidiaphragm and coarse interstitial and airspace disease bilaterally.

Grossly stable enlarged cardiomediastinal silhouette.

ReadingStation:WMCMRR1

**US GUIDED CATHETER DRAINAGE (ABSCESS,HEMATOMA,CYST,ETC) PERI RETRO PQ [477582419]**        Resulted: 10/11/18 1600, Result status: Final result

Ordering provider:  Fox, Preston Stuart, MD  10/10/18 0859                          Resulted by:  Snow, David Michael, MD
Performed:  10/11/18 1059 - 10/11/18 1130                                            Accession number:  57385777
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical history:
Anterior abdominal wall fluid collection

Examination:
Ultrasound-guided abdominal wall aspiration

Comparison:
None available

Findings:
The risks, benefits and alternatives of the procedure were fully discussed with the patient. The patient understands and wishes to proceed.

Intra-abdominal wall was prepped and draped in usual sterile fashion.

Using ultrasound guidance a 5 French catheter was introduced into the fluid collection in the anterior abdominal wall. Approximately 10 cc of thin bloody fluid was aspirated and sent to the lab for evaluation.

Access to the fluid collection is not possible without penetrating the anterior abdominal wall mesh. After discussion with Dr. Riccio, drain was not left in place.

Impression:
Successful ultrasound-guided aspiration of anterior abdominal wall fluid collection.

ReadingStation:WMCICRR1

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/12/18 0643, Result status: Final result

**X-ray chest AP portable (daily while intubated) [477582462]**

| | |
|---|---|
| Ordering provider: Bouder, Thomas Glen, MD  10/11/18 0800 | Resulted by:  Lull, Lisa S, MD |
| Performed:  10/12/18 0329 - 10/12/18 0414 | Accession number:  57389357 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
HISTORY:Reason For Exam: Line Position
Line Position

COMPARISON: October 11, 2018

TECHNIQUE: XR CHEST AP PORTABLE

FINDINGS:

Lines and tubes: Tracheostomy tube and left central venous catheter are stable. Feeding tube tip is not visualized..

Lungs and hila: Interstitial and airspace opacities bilaterally are stable. There is no pleural effusion. There is no pneumothorax.

Heart and Mediastinum: The cardiac silhouette is enlarged and stable in size.

Bones and soft tissues: No acute abnormality.

Upper abdomen: Normal

Impression:
Stable cardiomegaly and bilateral pulmonary opacities.

ReadingStation:LULL-VH-PACS5

Resulted: 10/13/18 1257, Result status: Final result

**X-ray chest AP portable (daily while intubated) [478045899]**

| | |
|---|---|
| Ordering provider: Bouck, Timothy H, MD  10/13/18 0601 | Resulted by:  Couvillon, Joseph, MD |
| Performed:  10/13/18 1226 - 10/13/18 1237 | Accession number:  57394755 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: Line Position
History of hypertension, acute respiratory failure with hypoxia, adult respiratory distress syndrome, atelectasis of left lung, tachycardia, and acute pulmonary edema.

Examination:
XR CHEST AP PORTABLE

Comparison:
1 day prior



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

**X-ray chest AP portable (daily while intubated) [478045899] (continued)**

Resulted: 10/13/18 1257, Result status: Final result

Technique:
Portable AP

Findings:
Tracheostomy, Corpak, left IJ central line with catheter tip at confluence of innominate veins.
Heart size unchanged.
Persistent diffuse airspace opacity, and interstitial prominence.
No sizable effusions or pneumothorax.
No acute bony abnormality.

Impression:
1.  NO ACUTE CARDIOPULMONARY CHANGE; PERSISTENT DIFFUSE AIRSPACE OPACITY LIKELY ARDS.
2.  LEFT IJ CENTRAL LINE CATHETER TIP AT CONFLUENCE OF INNOMINATE VEINS.

ReadingStation:WMCMRR4

**XR Chest AP Portable [479299623]**

Resulted: 10/19/18 0612, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  10/19/18 0539

Resulted by: Lull, Lisa S, MD

Performed:  10/19/18 0557 - 10/19/18 0608

Accession number:  57418561

Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
HISTORY:Reason For Exam: trach partially dislodged and reinserted
Trach became partially dislodged and was reinserted

COMPARISON: October 13, 2018

TECHNIQUE: XR CHEST AP PORTABLE

FINDINGS:

Lines and tubes: Tracheostomy tube is present and appears in good position. Feeding tube is present and off the inferior edge of the film.

Lungs and hila: Multifocal airspace opacities bilaterally are stable. Small bilateral pleural effusions are stable. There is no pneumothorax.

Heart and Mediastinum: The cardiac silhouette is enlarged and stable in size.

Bones and soft tissues: No acute abnormality.

Upper abdomen: Normal

Impression:

1. Support structures in good position.
2. Bilateral airspace disease and cardiomegaly are stable.
3. Stable small pleural effusions.



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/19/18 0612, Result status: Final
result

### XR Chest AP Portable [479299623] (continued)

ReadingStation:LULL-VH-PACS5

Resulted: 10/19/18 1633, Result status: Final
result

### G,J,G/J Tube Check/Change [479113782]

Ordering provider:  Foust, Robert James, MD  10/18/18
1609

Resulted by:  Foust, Robert James, MD

Performed:  10/19/18 1001 - 10/19/18 1154

Accession number:  57417327

Resulting lab:  VALLEY HEALTH RADIOLOGY

Narrative:

Clinical History:
Reason For Exam: Request has been placed to convert the the patient's indwelling surgically placed G-tube for a GJ
tube.

Examination:
G,J,G/J TUBE CHECK/CHANGE

Fluoroscopy time: 21.2 minutes.

Number of images: 16.

Conscious sedation:
Conscious sedation was administered under my supervision by an independent nurse provider who continuously
monitored the patient's telemetry and respiratory status. Intraprocedure monitoring was performed for approximately 45
minutes.

Technique:
Methods, risks, benefits, and alternatives of the procedure were fully explained to the patient. The patient understands
and wishes to proceed. Written consent obtained.

Findings:
The anterior abdominal wall was prepped and draped in the normal sterile fashion. A guidewire was placed through the
patient's indwelling surgically placed G-tube. The gastrostomy balloon was deflated. G-tube was removed. Over
guidewire and Kumpe
catheter is passed over guidewire and into the third portion of the duodenum. Fluoroscopy does demonstrate that there
is an indwelling cor Trak feeding catheter within the stomach. With moderate difficulty placement of an 18 French GJ
tube was performed.
 Proximal portion of the GJ tube though is looped within the fundus of the stomach. The distal portion was able to be
advanced into the third portion of the duodenum. It cannot be advanced any further. This is due to the the access site of
the surgically
 placed G-tube.  The gastrostomy balloon was inflated. The catheter secured to the skin surface. The patient tolerated
procedure well.

Impression:
Successful conversion of the patient's indwelling gastrostomy tube which is placed surgically to an 18 French GJ tube.
The distal end of the jejunal portion of the tube was left within the third portion the duodenum. Unfortunately there is a
proximal
loop of the GJ tube within the fundus of stomach. The tube could not be advanced any further due to the prior access
site chosen under placement of a G-tube surgically.

ReadingStation:WMCMRR4



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/19/18 1633, Result status: Final result

**G,J,G/J Tube Check/Change [479113782] (continued)**

Resulted: 10/21/18 0703, Result status: Final result

**XR Chest AP Portable [479527764]**

Ordering provider:  Delvecchio, Sally, DO  10/20/18 1449
Performed:  10/21/18 0400 - 10/21/18 0453
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Recovering from ARDS/pneumonia, considering stopping abx today

Resulted by:  Davidson, Duncan B, MD
Accession number:  57425320

Examination:
Frontal view of the chest.

Comparison:
10/19/2018.

Impression:
Tracheostomy.
Interval removed feeding tube.
No discernible pneumothorax.

Grossly stable cardiomegaly.

Bilateral pleural effusions.
Bibasilar atelectasis.
Stable pulmonary edema.

ReadingStation:WMCMRR1

Resulted: 10/27/18 0706, Result status: Final result

**XR Chest AP Portable [480702759]**

Ordering provider:  Bishwakarma, Raju, MD  10/26/18 1439
Performed:  10/27/18 0408 - 10/27/18 0505
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure

Resulted by:  Poe, Joseph Worthy, MD
Accession number:  57452204

Examination:
Frontal view of the chest.

Comparison:
Portable chest 10/21/2018

Findings:
Tracheostomy.

Mild improvement in the diffuse bilateral coarse pulmonary infiltrates since 10/21/2018.


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/27/18 0706, Result status: Final
result

**XR Chest AP Portable [480702759] (continued)**

Chest otherwise unchanged.

Stable cardiac enlargement.

Percutaneous gastrostomy tube.

Impression:
Mild improvement in the diffuse bilateral pulmonary infiltrates since 10/21/2018.

ReadingStation:WMCMRR3

Resulted: 10/27/18 1410, Result status: Final
result

**XR Knee Right 4+ Views [480842665]**

| | |
|---|---|
| Ordering provider: Bishwakarma, Raju, MD 10/27/18 1239 | Resulted by: Nelson, Erik Nels, MD |
| Performed: 10/27/18 1256 - 10/27/18 1257 | Accession number: 57453019 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
39-year-old with right knee pain distal aspect.

Examination:
Right knee 4 views 10/27/2018.

Comparison:
None available.

Findings:
AP, lateral, bilateral oblique views of the right knee show no evidence of acute displaced fracture or dislocation. An intramedullary nail in the tibia is partially visible, with proximal interlocking screws. There is no evidence of screw loosening.
There is mature callus at the middle third of the tibial diaphysis, partially visible. There is mild narrowing of the medial and patellofemoral joint spaces. There is a small suprapatellar effusion. There is no gas or radiopaque foreign body.

Impression:
1. ORIF right tibia with fixation hardware, partially visible.
2. Mild narrowing of the medial and patellofemoral joint spaces, accompanied by a small joint effusion.

ReadingStation:WIRADMSK

Resulted: 10/28/18 0714, Result status: Final
result

**XR Chest AP Portable [480702785]**

| | |
|---|---|
| Ordering provider: Bishwakarma, Raju, MD 10/27/18 0800 | Resulted by: Poe, Joseph Worthy, MD |
| Performed: 10/28/18 0434 - 10/28/18 0446 | Accession number: 57454379 |
| Resulting lab: VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure
Suspected infection.

Examination:


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/28/18 0714, Result status: Final
result

**XR Chest AP Portable [480702785] (continued)**

Frontal view of the chest.

Comparison:
Portable chest 10/27/2018, 0410 hours

Findings:
Tracheostomy.

Stable cardiac enlargement.

Stable diffuse bilateral pulmonary infiltrates.

Percutaneous gastrostomy tube.

Impression:
No change since yesterday.

ReadingStation:WMCMRR3

Resulted: 10/28/18 0720, Result status: Final
result

**XR Abdomen Portable [480842714]**

| | |
|---|---|
| Ordering provider:  Bajaj, Madhu S, MD  10/28/18 0255 | Resulted by:  Poe, Joseph Worthy, MD |
| Performed:  10/28/18 0417 - 10/28/18 0433 | Accession number:  57454378 |
| Resulting lab:  VALLEY HEALTH RADIOLOGY | |

Narrative:
Clinical History:
Reason For Exam: abdominal distension
Suspected infection from abdomen tube site.

Examination:
XR ABDOMEN PORTABLE

Comparison:
Portable abdomen 10/10/2018

Findings:
Supine views of the abdomen show percutaneous gastrostomy tube and left upper quadrant surgical clips.

Surgical clip projected over the right mid abdomen.

Normal bowel gas pattern.

Bones unremarkable.

Impression:
No acute findings.

ReadingStation:WMCMRR3

Resulted: 10/29/18 0828, Result status: Final
result

**XR Chest AP Portable [480923980]**

| | |
|---|---|
| Ordering provider:  Bishwakarma, Raju, MD  10/28/18 | Resulted by:  Couvillon, Joseph, MD |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/29/18 0828, Result status: Final
result

**XR Chest AP Portable [480923980] (continued)**

0800
Performed:  10/29/18 0445 - 10/29/18 0505          Accession number:  57456541
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure
Suspected cardiac enlargement, suspected diffuse bilateral pulmonary infiltrates, positioning of lines and tubes,
Suspected infection of the percutaneous gastrostomy tube and abdominal region.


Examination:
XR CHEST AP PORTABLE

Comparison:
1 day prior

Technique:
Portable AP

Findings:
Tracheostomy.
Heart size unchanged.
Persistent diffuse increased interstitial markings.
No large effusion or pneumothorax.
No acute bony abnormality.

Impression:
1.  NO ACUTE CARDIOPULMONARY CHANGE GIVEN PORTABLE TECHNIQUE.
2.  DIFFUSE INCREASED INTERSTITIAL MARKINGS.

ReadingStation:WMCICRR1

Resulted: 10/30/18 0722, Result status: Final
result

**XR Chest AP Portable [480924017]**

Ordering provider:  Bishwakarma, Raju, MD  10/29/18          Resulted by:  Miro, Santiago, MD
0801
Performed:  10/30/18 0427 - 10/30/18 0537          Accession number:  57462156
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: trach, previous respiratory failure
trach, previous respiratory failure
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: Several priors

Impression:
FINDINGS/IMPRESSION:
Residual diffuse increased bronchovascular markings, likely from underlying diffuse alveolar damage..



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/30/18 0722, Result status: Final
result

**XR Chest AP Portable [480924017] (continued)**

Probable tiny underlying effusions

ReadingStation:WMCMRR1

Resulted: 10/30/18 1119, Result status: Final
result

**FL Modified Barium Swallow W Speech Therapy [481119764]**

Ordering provider:  Do, Thieu M, MD  10/29/18 1811          Resulting by:  Miro, Santiago, MD
Performed:  10/30/18 1026 - 10/30/18 1056                    Accession number:  57463504
Resulting lab:  VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: size 6 trach
Cookie Swallow
WMC Main Xray Rm 1
Room Time 20 min
Fluoro Time 1 min 4 sec
Dr. Miro/B Ciarrocchi/L Frye
795 images saved

Examination:
FL BARIUM SWALLOW (MODIFIED) W SPEECH THERAPY

Fluoroscopy Time: 1 minute 4

Number of Images: 795

Supervision: I personally supervised the fluoroscopy for this procedure.

Comparison:
None available.

Technique:
Video fluoroscopy was performed while the patient was administered oral barium of varying consistencies by Speech
Pathology.

Findings:
Tracheostomy in place.
No evidence of penetration or aspiration with any of the consistencies utilized.

Impression:
Tracheostomy in place.
Normal exam without evidence of aspiration with any of the utilized consistencies. Please see separate speech
pathology report for further details.

ReadingStation:WMCMRR1

Resulted: 10/31/18 0810, Result status: Final
result

**XR Chest AP Portable [481119791]**

Ordering provider:  Bishwakarma, Raju, MD  10/30/18          Resulted by:  Fox, Preston Stuart, MD
0800
Performed:  10/31/18 0720 - 10/31/18 0732                    Accession number:  57467553
Resulting lab:  VALLEY HEALTH RADIOLOGY



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 10/31/18 0810, Result status: Final
result

**XR Chest AP Portable [481119791] (continued)**

Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure
History of abdominal surgery and hypertension.

Examination:
Frontal view of the chest.

Comparison:
10/30/2018

Findings:
Stable cardiac enlargement with bilateral airspace disease or edema. Tracheostomy tube in place. Osseous structures
are intact. Gastrostomy tube in place.

Impression:
Stable mild cardiac enlargement with bilateral airspace disease or edema. No pleural effusion or pneumothorax.
Tracheostomy and gastrostomy tube in place.

ReadingStation:WMCMRR2

Resulted: 11/01/18 0919, Result status: Final
result

**XR Chest AP Portable [481451285]**

Ordering provider: Bishwakarma, Raju, MD  10/31/18
0801
Performed: 11/01/18 0854 - 11/01/18 0911
Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
CLINICAL HISTORY:
Reason For Exam: trach, previous respiratory failure
History of abdominal surgery and hypertension.
 39 years  old Female

PROCEDURE: XR CHEST AP PORTABLE

COMPARISON: 10/31

Impression:
FINDINGS/IMPRESSION:
Lower lung volumes, with persistent multifocal patchy alveolar opacities, slightly more prominent in the left base.
Persistent elevation of the right hemidiaphragm.
No new process

Resulted by: Miro, Santiago, MD

Accession number: 57472976

ReadingStation:WIRADBODY

Resulted: 11/02/18 0814, Result status: Final
result

**XR Chest AP Portable [481451319]**

Ordering provider: Bishwakarma, Raju, MD  11/01/18
0800
Performed: 11/02/18 0719 - 11/02/18 0809
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Harry, David K, MD

Accession number: 57477762



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 11/02/18 0814, Result status: Final result

### XR Chest AP Portable [481451319] (continued)

Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure
History of abdominal surgery and hypertension.

Examination:
Frontal view of the chest.

Comparison:
Nov 01, 2018 and other prior studies.

Findings:
Tracheostomy cannula in good position.

There is shallow ventilation of the lungs diffusely with gradually resolving airspace disease with mild residual. Heart enlarged and stable. No visible effusions.

Impression:
Gradually resolving pulmonary airspace disease. Cardiomegaly.

ReadingStation:WMCMRR1

Resulted: 11/03/18 0815, Result status: Final result

### XR Chest AP Portable [481739004]

Ordering provider: Bishwakarma, Raju, MD  11/02/18 0800
Performed: 11/03/18 0619 - 11/03/18 0703
Resulting lab: VALLEY HEALTH RADIOLOGY

Resulted by: Nitz, Matthew David, MD

Accession number: 57482518

Narrative:
Clinical History:
Respiratory failure.

Examination:
XR CHEST AP PORTABLE

Comparison:
11/02/2018, 11/1/2018, 10/31/2018.

Findings:
Unchanged enlargement of the cardiac contour with prominent central hilar pulmonary vasculature. The lungs are relatively hypoinflated with elevation of the right hemidiaphragm, unchanged. There are bilateral perihilar airspace opacities, similar to the
prior exam, but mildly improving from more remote exams. The tracheostomy tube remains in place. Probable small right pleural effusion. No pneumothorax.

Impression:
Stable exam. Cardiomegaly with unchanged bilateral airspace disease.

ReadingStation:WIRADMSK

Resulted: 11/04/18 1224, Result status: Final result

### XR Chest AP Portable [482075639]



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 11/04/18 1224, Result status: Final
result

**XR Chest AP Portable [482075639] (continued)**

Ordering provider: Bishwakarma, Raju, MD 11/03/18 0800

Resulted by: Rizzo, Richard John, MD

Performed: 11/04/18 0848 - 11/04/18 0909

Accession number: 57484815

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure

Examination:
Frontal view of the chest.

Comparison:
November 3, 2018

Findings:

AP semierect portable chest radiograph at approximately 0859 hours.

The cardiomediastinal silhouette is exaggerated and thought to be mildly to moderately enlarged, and not significantly changed. There is a tracheostomy tube overlying the tracheal airway at the level of the medial clavicles.

There are left upper quadrant clips.

There is chronic moderate elevation of the right hemidiaphragm. There is chronic ill-defined mild to moderate density at the right base, concerning for pneumonia. There is milder patchy left perihilar consolidation. There may be a minimal right pleural
effusion. There is no pneumothorax.

There may be a percutaneous gastrostomy tube in place.

The bony structures are grossly intact.

Impression:
There is little change in the mild to moderate bilateral lung consolidation.

ReadingStation:WMCMRR5

Resulted: 11/05/18 0745, Result status: Final
result

**XR Chest AP Portable [482075660]**

Ordering provider: Bishwakarma, Raju, MD 11/04/18 0800

Resulted by: Snow, David Michael, MD

Performed: 11/05/18 0653 - 11/05/18 0706

Accession number: 57486895

Resulting lab: VALLEY HEALTH RADIOLOGY
Narrative:
Clinical History:
Reason For Exam: trach, previous respiratory failure
History of abdominal surgery and hypertension.

Examination:
Frontal view of the chest.


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Imaging - All Results (continued)

Resulted: 11/05/18 0745, Result status: Final
result

**XR Chest AP Portable [482075660] (continued)**

Comparison:
November 4, 2018

Findings:
The heart is mildly enlarged. The pulmonary vascularity is normal. The lungs are clear. There is no effusion or
pneumothorax. Bones normal. Soft tissues are unremarkable. Tracheostomy tube unchanged

Impression:
Cardiomegaly. No significant interval change.

ReadingStation:WMCMRR1

## Pathology and Cytology - All Results

Resulted: 09/05/18 1615, Result status: Final
result

**Surgical Pathology [470783287]**

Ordering provider:  Carter, Jeffrey, MD  09/03/18 1742     Resulting lab:  VH WINCHESTER MEDICAL CENTER
PATHOLOGY

Narrative:
Clinical Diagnosis:
Free intraperitoneal air
PostOp:
Same
Specimen:
PORTION OF SMALL BOWEL
Gross Description:
The specimen is labeled small bowel, is dull reddish-brown in color grossly nearly completely necrotic, measuring 55 cm
in length and up to 3.5 cm in diameter.  There are no mucosal mass lesions present.  Rss A1 from the central portion
and A2 from the proximal and distal margins.

09/04/18
RCD/lb
Diagnosis:
SMALL BOWEL, EXCISION:
-TRANSMURAL NECROSIS.  SEE NOTE.

NOTE:  The resection margins have partially lost mucosa but appear viable.

Code:  5
ac
Signature on File:
Robert Dillingham, M.D.
Result Date: 9/5/2018
Specimen preparation and interpretation performed at Winchester Medical Center, 1840 Amherst St., Winchester, VA
22601

Resulted: 09/07/18 1506, Result status: Final
result

**Surgical Pathology [471342219]**

Ordering provider:  Goode, Terral C, MD  09/06/18 1149     Resulting lab:  VH WINCHESTER MEDICAL CENTER
PATHOLOGY

Narrative:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Pathology and Cytology - All Results (continued)

Resulted: 09/07/18 1506, Result status: Final
result

**Surgical Pathology [471342219] (continued)**

Clinical Diagnosis:
Generalized acute abdominal pain
PostOp:
Same
Specimen:
SMALL BOWEL RESECTION
Gross Description:
The specimen is labeled small bowel as small bowel resection and consists of a segment of small intestine with
mesentery measuring 6 cm in length x 4 cm in diameter.  The serosa is congested.  Opening of the small intestine
reveals hemorrhagic mucosa with superficial ulceration.  Sectioning reveals focal hemorrhage and necrosis of the
intestinal wall.  The gross perforation is not identified.  Rss 1.

09/06/18
JX/ac
Diagnosis:
SMALL BOWEL, EXCISION:
-TRANSMURAL HEMORRHAGIC NECROSIS.

Code: 5
ac
Signature on File:
Robert Dillingham, M.D.
Result Date: 9/7/2018
Specimen preparation and interpretation performed at Winchester Medical Center, 1840 Amherst St., Winchester, VA
22601

Resulted: 09/19/18 1647, Result status: Final
result

**Surgical Pathology [472863439]**

Ordering provider:  Ulich, Paul J, MD  09/14/18 1259

Resulting lab:  VH WINCHESTER MEDICAL CENTER
PATHOLOGY

Narrative:
Clinical Diagnosis:
Small bowel obstruction, chronic generalized abdominal pain
PostOp:
Same
Specimen:
SPLEEN
Gross Description:
The specimen is labeled as spleen and consists of a 254 gm spleen measuring 16 x 9 x 5 cm.  Sectioning reveals a
focal area of subcapsular hemorrhage.  The splenic parenchyma is congested without mass lesions.  Rss A1-A3.

09/14/18; 09/19/18
JX/ac
Diagnosis:
SPLEEN, SPLENECTOMY:
-BENIGN SPLEEN WITH DIFFUSE SINUS CONGESTION AND SUBCAPSULAR HEMORRHAGE.

Code:  10
lb/ac
Signature on File:
Jianwu Xie, M.D., Ph.D.
Result Date: 9/19/2018



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Pathology and Cytology - All Results (continued)

Resulted: 09/19/18 1647, Result status: Final
result

**Surgical Pathology [472863439] (continued)**

Specimen preparation and interpretation performed at Winchester Medical Center, 1840 Amherst St., Winchester, VA
22601

## Nursing Transfusion - All Results

Resulted: 09/05/18 0112, Result status: Final
result

**Transfuse 1 unit RBC [470985566]**

Ordering provider:  Leavey, James Francis, MD  09/04/18 2123

Resulted: 09/05/18 0112, Result status: Final
result

**Transfuse 1 unit RBC [470985572]**

Ordering provider:  Leavey, James Francis, MD  09/04/18 2206

Resulted: 09/05/18 1615, Result status: Final
result

**Transfuse 1 unit RBC [471143725]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/05/18 1440

Resulted: 09/05/18 1615, Result status: Final
result

**Transfuse 1 unit RBC [471143729]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/05/18 1440

Resulted: 09/06/18 1354, Result status: Final
result

**Transfuse 2 units RBC [471277214]**

Ordering provider:  Goode, Terral C, MD  09/06/18 1039

Resulted: 09/06/18 1354, Result status: Final
result

**Transfuse 2 units RBC [471342212]**

Ordering provider:  Goode, Terral C, MD  09/06/18 1124

Resulted: 09/07/18 1118, Result status: Final
result

**Transfuse 1 unit RBC [471509529]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/07/18 0811

Resulted: 09/07/18 1118, Result status: Final
result

**Transfuse 1 unit RBC [471509535]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/07/18 0829

Resulted: 09/08/18 1212, Result status: Edited
Result - FINAL

**Transfuse 1 unit RBC [471706037]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/08/18 0914

Resulted: 09/08/18 1212, Result status: Edited
Result - FINAL

**Transfuse 1 unit RBC [471706042]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/08/18 0928

Resulted: 09/09/18 1646, Result status: Final
result

**Transfuse 1 unit RBC [471808758]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/09/18 0939

Resulted: 09/09/18 1646, Result status: Final
result

**Transfuse 1 unit RBC [471808762]**

Ordering provider:  Hutchens, William Thomas Jr., MD  09/09/18 0939

Resulted: 09/10/18 1046, Result status: Final
result

**Transfuse 1 unit RBC [471914125]**



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Nursing Transfusion - All Results (continued)

Resulted: 09/10/18 1046, Result status: Final result

**Transfuse 1 unit RBC [471914125] (continued)**
Ordering provider: Lafalce, Christian Anthony, MD  09/10/18 0758

Resulted: 09/10/18 1046, Result status: Final result

**Transfuse 1 unit RBC [471937486]**
Ordering provider: Lafalce, Christian Anthony, MD  09/10/18 0807

Resulted: 09/11/18 0108, Result status: Final result

**Transfuse 1 unit RBC [472059154]**
Ordering provider: Leavey, James Francis, MD  09/10/18 2112

Resulted: 09/11/18 0108, Result status: Final result

**Transfuse 1 unit RBC [472059156]**
Ordering provider: Leavey, James Francis, MD  09/10/18 2112

Resulted: 09/11/18 2123, Result status: Final result

**Transfuse 1 unit RBC [472268065]**
Ordering provider: Lafalce, Christian Anthony, MD  09/11/18 1818

Resulted: 09/11/18 2123, Result status: Final result

**Transfuse 1 unit RBC [472268073]**
Ordering provider: Lafalce, Christian Anthony, MD  09/11/18 1820

Resulted: 09/12/18 0324, Result status: Final result

**Transfuse 1 unit RBC [472344141]**
Ordering provider: Leavey, James Francis, MD  09/12/18 0029

Resulted: 09/12/18 0324, Result status: Final result

**Transfuse 1 unit RBC [472344147]**
Ordering provider: Leavey, James Francis, MD  09/12/18 0035

Resulted: 09/12/18 2100, Result status: Final result

**Transfuse 1 unit RBC [472511781]**
Ordering provider: Lafalce, Christian Anthony, MD  09/12/18 1810

Resulted: 09/12/18 2100, Result status: Final result

**Transfuse 1 unit RBC [472511786]**
Ordering provider: Lafalce, Christian Anthony, MD  09/12/18 1811

Resulted: 09/13/18 0300, Result status: Final result

**Transfuse 1 unit RBC [472511823]**
Ordering provider: Leavey, James Francis, MD  09/13/18 0010

Resulted: 09/13/18 0300, Result status: Final result

**Transfuse 1 unit RBC [472511828]**
Ordering provider: Leavey, James Francis, MD  09/13/18 0012

Resulted: 09/13/18 1006, Result status: Final result

**Transfuse 1 unit RBC [472563646]**
Ordering provider: Leavey, James Francis, MD  09/13/18 0631

Resulted: 09/13/18 1006, Result status: Final result

**Transfuse 1 unit RBC [472563651]**
Ordering provider: Leavey, James Francis, MD  09/13/18 0633

Resulted: 09/13/18 2115, Result status: Final result

**Transfuse RBC: mutiple units [472590788]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Nursing Transfusion - All Results (continued)

**Transfuse RBC: mutiple units [472590788] (continued)**
Resulted: 09/13/18 2115, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/13/18 1236

**Transfuse RBC: mutiple units [472724083]**
Resulted: 09/13/18 2115, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/13/18 1821

**Transfuse Platelets [472724076]**
Resulted: 09/13/18 2140, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1817

**Transfuse Platelets [472724085]**
Resulted: 09/13/18 2140, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1825

**Transfuse pooled cryoprecipitate [472724074]**
Resulted: 09/13/18 2220, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1817

**Transfuse pooled cryoprecipitate [472724084]**
Resulted: 09/13/18 2220, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/13/18 1821

**Transfuse Platelets [472915163]**
Resulted: 09/14/18 2202, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/14/18 1757

**Transfuse Platelets [472915168]**
Resulted: 09/14/18 2202, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/14/18 1812

**Transfuse RBC: mutiple units [470794618]**
Resulted: 09/15/18 1329, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/03/18 1905

**Transfuse 2 units RBC [470794619]**
Resulted: 09/15/18 1330, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/03/18 1905

**Transfuse 2 units RBC [470794612]**
Resulted: 09/15/18 1330, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/03/18 1904

**Transfuse 2 units RBC [470794620]**
Resulted: 09/15/18 1330, Result status: Final result
Ordering provider:  Riccio, Lin M, MD  09/03/18 1905

**Transfuse 1 unit RBC [473131859]**
Resulted: 09/16/18 1614, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/16/18 1318

**Transfuse 1 unit RBC [473131863]**
Resulted: 09/16/18 1614, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD  09/16/18 1318

**Transfuse 1 unit RBC [473453509]**
Resulted: 09/18/18 1604, Result status: Final result

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Nursing Transfusion - All Results (continued)

Resulted: 09/18/18 1604, Result status: Final result

**Transfuse 1 unit RBC [473453509] (continued)**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 1018

Resulted: 09/18/18 1604, Result status: Final result

**Transfuse 1 unit RBC [473508930]**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 1055

Resulted: 09/18/18 1840, Result status: Final result

**Transfuse 1 unit RBC [473453476]**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 0734

Resulted: 09/18/18 1840, Result status: Final result

**Transfuse 1 unit RBC [473453492]**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 0811

Resulted: 09/18/18 2047, Result status: Final result

**Transfuse 1 unit RBC [473508968]**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 1837

Resulted: 09/18/18 2047, Result status: Final result

**Transfuse 1 unit RBC [473618795]**
  Ordering provider:  Ashame, Elias S, MD  09/18/18 1840

Resulted: 09/19/18 0139, Result status: Final result

**Transfuse 1 unit RBC [473618814]**
  Ordering provider:  Sheikh, Amna O, MD  09/18/18 2259

Resulted: 09/19/18 0139, Result status: Final result

**Transfuse 1 unit RBC [473618817]**
  Ordering provider:  Sheikh, Amna O, MD  09/18/18 2259

Resulted: 09/19/18 0636, Result status: Final result

**Transfuse Platelets [473672184]**
  Ordering provider:  Sheikh, Amna O, MD  09/19/18 0511

Resulted: 09/19/18 0636, Result status: Final result

**Transfuse Platelets [473672189]**
  Ordering provider:  Sheikh, Amna O, MD  09/19/18 0513

Resulted: 09/19/18 1006, Result status: Final result

**Transfuse RBC: mutiple units [473714064]**
  Ordering provider:  Kofsky, Edward R, MD  09/19/18 0939

Resulted: 09/19/18 1025, Result status: Final result

**Transfuse RBC: mutiple units [473714066]**
  Ordering provider:  Kofsky, Edward R, MD  09/19/18 1007

Resulted: 09/20/18 2300, Result status: Final result

**Transfuse 1 unit RBC [473996931]**
  Ordering provider:  Sheikh, Amna O, MD  09/20/18 1941

Resulted: 09/20/18 2300, Result status: Final result

**Transfuse 1 unit RBC [473996936]**
  Ordering provider:  Sheikh, Amna O, MD  09/20/18 1941

Resulted: 09/21/18 0329, Result status: Final result

**Transfuse Platelets [474056773]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Nursing Transfusion - All Results (continued)

**Transfuse Platelets [474056773] (continued)**
Resulted: 09/21/18 0329, Result status: Final result
Ordering provider: Johnson, Sarah, NP  09/21/18 0213

**Transfuse Platelets [474056783]**
Resulted: 09/21/18 0329, Result status: Final result
Ordering provider: Johnson, Sarah, NP  09/21/18 0219

**Transfuse 1 unit RBC [474107722]**
Resulted: 09/21/18 1038, Result status: Final result
Ordering provider: Sheikh, Amna O, MD  09/21/18 0632

**Transfuse 1 unit RBC [474107734]**
Resulted: 09/21/18 1038, Result status: Final result
Ordering provider: Sheikh, Amna O, MD  09/21/18 0633

**Transfuse fresh frozen plasma (FFP) [474107714]**
Resulted: 09/21/18 1502, Result status: Final result
Ordering provider: Sheikh, Amna O, MD  09/21/18 0615

**Transfuse fresh frozen plasma (FFP) [474107719]**
Resulted: 09/21/18 1502, Result status: Final result
Ordering provider: Sheikh, Amna O, MD  09/21/18 0616

**Transfuse 1 unit RBC [474302765]**
Resulted: 09/22/18 0303, Result status: Final result
Ordering provider: Riccio, Lin M, MD  09/22/18 0032

**Transfuse 1 unit RBC [474302769]**
Resulted: 09/22/18 0303, Result status: Final result
Ordering provider: Riccio, Lin M, MD  09/22/18 0032

**Transfuse fresh frozen plasma (FFP) [474126874]**
Resulted: 09/22/18 0958, Result status: Final result
Ordering provider: Ashame, Elias S, MD  09/21/18 0955

**Transfuse fresh frozen plasma (FFP) [474126879]**
Resulted: 09/22/18 0958, Result status: Final result
Ordering provider: Ashame, Elias S, MD  09/21/18 1009

**Transfuse 1 unit RBC [474302789]**
Resulted: 09/22/18 1117, Result status: Final result
Ordering provider: Ashame, Elias S, MD  09/22/18 0641

**Transfuse 1 unit RBC [474302793]**
Resulted: 09/22/18 1117, Result status: Final result
Ordering provider: Ashame, Elias S, MD  09/22/18 0642

**Transfuse 1 unit RBC [474378934]**
Resulted: 09/22/18 2211, Result status: Final result
Ordering provider: Kofsky, Edward R, MD  09/22/18 1901

**Transfuse 1 unit RBC [474378939]**
Resulted: 09/22/18 2211, Result status: Final result
Ordering provider: Kofsky, Edward R, MD  09/22/18 1907

**Transfuse 1 unit RBC [474436473]**
Resulted: 09/23/18 1256, Result status: Final result



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Nursing Transfusion - All Results (continued)

**Transfuse 1 unit RBC [474436473] (continued)**

Resulted: 09/23/18 1256, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/23/18 0736

**Transfuse 1 unit RBC [474436479]**

Resulted: 09/23/18 1256, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/23/18 0739

**Transfuse RBC: mutiple units [475759944]**

Resulted: 10/01/18 0042, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 1636

**Transfuse RBC: mutiple units [475692723]**

Resulted: 10/01/18 0230, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 1547

**Transfuse RBC: mutiple units [475759945]**

Resulted: 10/01/18 0230, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 1636

**Transfuse 1 unit RBC [477218038]**

Resulted: 10/10/18 1139, Result status: Final result

Ordering provider:  Sahni, Adarsh, MD  10/08/18 2004

**Transfuse 1 unit RBC [477218046]**

Resulted: 10/10/18 1139, Result status: Final result

Ordering provider:  Sahni, Adarsh, MD  10/08/18 2024

## Lab - All Results

**CBC [242135701] (Abnormal)**

Resulted: 09/01/18 0944, Result status: Final result

Ordering provider:  Dunn, Chad B, MD  09/01/18 0916        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 8.9 | 4.0 - 11.0 K/cmm | — |
| RBC | 4.92 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 11.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 35.1 | 36.0 - 48.0 % | L |
| MCV | 71 | 80 - 100 fL | L |
| MCH | 23 | 28 - 35 pg | L |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.4 | 11.0 - 14.0 % | H |
| PLT CT | 221 | 130 - 440 K/cmm | — |
| MPV | 10.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 73.7 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.3 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.1 | 0.0 - 7.0 % | — |
| Basophils % | 0.8 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 6.6 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/01/18 0944, Result status: Final result

**CBC [242135701] (Abnormal) (continued)**

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/01/18 1001, Result status: Final result

**Beta HCG, Qual [242135703]**

Ordering provider: Dunn, Chad B, MD  09/01/18 0916        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| BHCG Qual | Negative | Negative | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/01/18 1005, Result status: Final result

**CMP [242135702] (Abnormal)**

Ordering provider: Dunn, Chad B, MD  09/01/18 0916        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 20.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.5 | 8.5 - 10.5 mg/dL | — |
| Glucose | 139 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 7 | 7 - 22 mg/dL | — |
| Protein, Total | 7.7 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.8 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 84 | 40 - 145 U/L | — |
| ALT | 133 | 0 - 55 U/L | H |
| AST (SGOT) | 87 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.1 | 0.1 - 1.2 mg/dL | — |
| Albumin/Globulin Ratio | 0.97 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 14.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.8 | 10.0 - 30.0 Ratio | L |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |
| | Comment: eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 274 | 275 - 300 mOsm/kg | L |
| Globulin | 3.9 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/01/18 1010, Result status: Final result

**Lipase [242135704]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Lipase [242135704] (continued)**

Resulted: 09/01/18 1010, Result status: Final result

Ordering provider: Dunn, Chad B, MD  09/01/18 0916    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lipase | 13 | 8 - 78 U/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Urinalysis with Microscopic [242135705] (Abnormal)**

Resulted: 09/01/18 1456, Result status: Final result

Ordering provider: Dunn, Chad B, MD  09/01/18 0916    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Yellow | Colorless,Yellow,Straw | — |
| Clarity, UA | Slightly Cloudy | Clear | A |
| Specific Gravity, UR | 1.025 | 1.001 - 1.040 | — |
| pH, Urine | 5.0 | 5.0 - 8.0 pH | — |
| Protein, UR | 30 | Negative mg/dL | A |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | 20 | Negative,5 mg/dL | A |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Negative | Negative | — |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | 2.0 | Normal mg/dL | A |
| Leukocyte Esterase, UA | Negative | Negative Leu/uL | — |
| UR Micro | Performed | — | — |
| WBC, UA | 3 | 0 - 4 /hpf | — |
| RBC, UA | 2 | 0 - 5 /hpf | — |
| Squam Epithel, UA | 1 | 0 - 2 /hpf | — |

Comment:
The above 16 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**PT/APTT [470597002] (Abnormal)**

Resulted: 09/02/18 0047, Result status: Final result

Ordering provider: Casey, Sandra L, NP  09/02/18 0017    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 11.6 | 9.5 - 11.5 sec | H |
| PT INR | 1.2 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/02/18 0047, Result status: Final
result

**PT/APTT [470597002] (Abnormal) (continued)**

Prosthetic Heart Value    2.5 - 3.5

aPTT                    26.7         24.0 - 34.0 sec        —
Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0051, Result status: Final
result

**CBC with Automated Differential [470596985] (Abnormal)**

Ordering provider: Casey, Sandra L, NP  09/02/18 0013      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 18.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 5.60 | 3.80 - 5.00 M/cmm | H |
| Hemoglobin | 12.5 | 12.0 - 16.0 gm/dL | — |
| Hematocrit | 41.0 | 36.0 - 48.0 % | — |
| MCV | 73 | 80 - 100 fL | L |
| MCH | 22 | 28 - 35 pg | L |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 239 | 130 - 440 K/cmm | — |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 82.3 | 42.0 - 78.0 % | H |
| Lymphocytes | 9.4 | 15.0 - 46.0 % | L |
| Monocytes | 7.7 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.1 | 0.0 - 7.0 % | — |
| Basophils % | 0.4 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 15.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0101, Result status: Final
result

**Lactic acid, plasma [470596990] (Abnormal)**

Ordering provider: Casey, Sandra L, NP  09/02/18 0013      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 2.93 | 0.50 - 2.10 mMol/L | HH |

Comment:
Results called and read back by (licensed clinician/date/time/tech): NAETICIA BELL,RN\09-2-18\0101\52



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/02/18 0101, Result status: Final
result

**Lactic acid, plasma [470596990] (Abnormal) (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0102, Result status: Final
result

**Lipase [470596987] (Abnormal)**

Ordering provider: Casey, Sandra L, NP　09/02/18 0013　　Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lipase | 6 | 8 - 78 U/L | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results

Resulted: 09/02/18 0102, Result status: Final result

### Hepatic Function Panel (LFT) [470596999] (Abnormal)

Ordering provider: Casey, Sandra L, NP  09/02/18 0017    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 6.6 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 81 | 40 - 145 U/L | — |
| ALT | 99 | 0 - 55 U/L | H |
| AST (SGOT) | 49 | 10 - 42 U/L | H |
| Bilirubin, Total | 0.9 | 0.1 - 1.2 mg/dL | — |
| Bilirubin, Direct | 0.5 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.78 | 0.70 - 1.50 Ratio | — |
| Globulin | 3.7 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0102, Result status: Final result

### Basic Metabolic Panel [470597000] (Abnormal)

Ordering provider: Casey, Sandra L, NP  09/02/18 0017    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 19.5 | 20.0 - 30.0 mMol/L | L |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 195 | 71 - 99 mg/dL | H |
| Creatinine | 0.84 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 15.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 11.9 | 10.0 - 30.0 Ratio | — |
| EGFR | 101 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 280 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0155, Result status: Final result

### Urinalysis w Microscopic and Culture if Indicated [470597011] (Abnormal)

Ordering provider: Casey, Sandra L, NP  09/02/18 0131    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
A Urine Culture has been ordered based upon the Positive UA results.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Yellow | Colorless,Yellow,Straw | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Urinalysis w Microscopic and Culture if Indicated [470597011] (Abnormal) (continued)**   Resulted: 09/02/18 0155, Result status: Final result

| | | | |
|---|---|---|---|
| Clarity, UA | Slightly Cloudy | Clear | **A** |
| Specific Gravity, UR | >1.060 | 1.001 - 1.040 | **H** |
| pH, Urine | 5.0 | 5.0 - 8.0 pH | — |
| Protein, UR | 100 | Negative mg/dL | **A** |
| Glucose, UA | 50 | Negative mg/dL | **A** |
| Ketones UA | 80 | Negative,5 mg/dL | **A** |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Negative | Negative | — |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | Normal | Normal mg/dL | — |
| Leukocyte Esterase, UA | Negative | Negative Leu/uL | — |
| UR Micro | Performed | — | — |
| WBC, UA | 6 | 0 - 4 /hpf | **H** |
| Squam Epithel, UA | 1 | 0 - 2 /hpf | — |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Lactic Acid, Plasma [470597019] (Abnormal)**    Resulted: 09/02/18 0314, Result status: Final result

Ordering provider: Casey, Sandra L, NP  09/02/18 0226    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 2.58 | 0.50 - 2.10 mMol/L | **HH** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): WENDY LEVERING,RN\09-2-18\0314\52
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Baseline APTT [470607504] (Abnormal)**    Resulted: 09/02/18 0454, Result status: Final result

Ordering provider: Casey, Sandra L, NP  09/02/18 0233    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 22.9 | 24.0 - 34.0 sec | **L** |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Baseline Prothrombin time/INR [470607505] (Abnormal)**    Resulted: 09/02/18 0454, Result status: Final result

Ordering provider: Casey, Sandra L, NP  09/02/18 0233    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/02/18 0454, Result status: Final
result

**Baseline Prothrombin time/INR [470607505] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| PT | 11.6 | 9.5 - 11.5 sec | H |
| PT INR | 1.2 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition    INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism    2.0 - 3.0
Atrial Fibrillation    2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 0502, Result status: Final
result

**Comprehensive metabolic panel [470596994] (Abnormal)**

Ordering provider: Benkelman, Douglas Wade, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/02/18 0015

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 136 | 136 - 147 mMol/L | — |
| Potassium | 4.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 15.4 | 20.0 - 30.0 mMol/L | L |
| Calcium | 7.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 196 | 71 - 99 mg/dL | H |
| Creatinine | 0.81 | 0.60 - 1.20 mg/dL | — |
| BUN | 9 | 7 - 22 mg/dL | — |
| Protein, Total | 5.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 69 | 40 - 145 U/L | — |
| ALT | 86 | 0 - 55 U/L | H |
| AST (SGOT) | 44 | 10 - 42 U/L | H |
| Bilirubin, Total | 0.9 | 0.1 - 1.2 mg/dL | — |
| Albumin/Globulin Ratio | 0.81 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 16.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 11.1 | 10.0 - 30.0 Ratio | — |
| EGFR | 106 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 276 | 275 - 300 mOsm/kg | — |
| Globulin | 3.2 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with differential [470596993] (Abnormal)**

Resulted: 09/02/18 0513, Result status: Final result

Ordering provider: Benkelman, Douglas Wade, MD 09/02/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 5.18 | 3.80 - 5.00 M/cmm | H |
| Hemoglobin | 11.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 38.1 | 36.0 - 48.0 % | — |
| MCV | 74 | 80 - 100 fL | L |
| MCH | 23 | 28 - 35 pg | L |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 16.6 | 11.0 - 14.0 % | H |
| PLT CT | 190 | 130 - 440 K/cmm | — |
| MPV | 10.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 91.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 4.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 2 | 0 - 10 % | — |
| Neutrophils Absolute | 15.6 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [470607520]**

Resulted: 09/02/18 0836, Result status: Final result

Ordering provider: Casey, Sandra L, NP  09/02/18 0255

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 80 | 80 - 120 % | |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/02/18 1310, Result status: Final result

### Lactic Acid, Plasma [470616053] (Abnormal)

Ordering provider: Rahman, Mohammad A, MD  09/02/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 2.26 | 0.50 - 2.10 mMol/L | **HH** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): VICTORIA BALLENGER,RN/09-02-18/1310/96
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1316, Result status: Final result

### Basic Metabolic Panel [470616054] (Abnormal)

Ordering provider: Rahman, Mohammad A, MD  09/02/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 3.0 | 3.5 - 5.3 mMol/L | **LL** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): VICTORIA BALLENGER,RN/09-02-18/1316/96

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Chloride | 112 | 98 - 110 mMol/L | **H** |
| CO2 | 17.6 | 20.0 - 30.0 mMol/L | **L** |
| Calcium | 6.5 | 8.5 - 10.5 mg/dL | **L** |
| Glucose | 192 | 71 - 99 mg/dL | **H** |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 9 | 7 - 22 mg/dL | — |
| Anion Gap | 10.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 12.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1350, Result status: Final result

### APTT [470616055] (Abnormal)

Ordering provider: Benkelman, Douglas Wade, MD  09/02/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 190.7 | 24.0 - 34.0 sec | **HH** |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/02/18 1350, Result status: Final result

### APTT [470616055] (Abnormal) (continued)

Results called and read back by (licensed clinician/date/time/tech): VICTORIA BALLENGER,RN/09-02-2018/1350/57
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1458, Result status: Final result

### Calcium, Ionized [470616084] (Abnormal)

Ordering provider: Hailesilasie, Dereje D, MD  09/02/18 1346    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.25 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1513, Result status: Final result

### IRON PROFILE [470616086] (Abnormal)

Ordering provider: Hailesilasie, Dereje D, MD  09/02/18 1347    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Iron | 17.2 | 40.0 - 160.0 mcg/dL | L |
| Transferrin | 203.0 | 180.0 - 382.0 mg/dL | — |
| TIBC | 284 | 250 - 450 ug/dL | — |
| % Saturation | 6 | 15 - 50 % | L |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/02/18 1529, Result status: Final result

### APTT( Heparin Infusion Therapy) [470616090] (Abnormal)

Ordering provider: Rahman, Mohammad A, MD  09/02/18 1406    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 63.9 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**APTT( Heparin Infusion Therapy) [470616090] (Abnormal)
(continued)**

Resulted: 09/02/18 1529, Result status: Final
result

**APTT(Heparin Infusion Therapy) [470673342] (Abnormal)**

Resulted: 09/02/18 2306, Result status: Final
result

Ordering provider: Hailesilasie, Dereje D, MD  09/02/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
2000

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | 62.5 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [470673350] (Abnormal)**

Resulted: 09/03/18 0451, Result status: Final
result

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0016

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 17.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 4.53 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 33.3 | 36.0 - 48.0 % | L |
| MCV | 74 | 80 - 100 fL | L |
| MCH | 23 | 28 - 35 pg | L |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 16.7 | 11.0 - 14.0 % | H |
| PLT CT | 186 | 130 - 440 K/cmm | — |
| MPV | 10.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 78.9 | 42.0 - 78.0 % | H |
| Lymphocytes | 10.0 | 15.0 - 46.0 % | L |
| Monocytes | 10.6 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.2 | 0.0 - 7.0 % | — |
| Basophils % | 0.3 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 14.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.9 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 0505, Result status: Final result

**Basic Metabolic Panel [470673351] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 18.1 | 20.0 - 30.0 mMol/L | L |
| Calcium | 8.2 | 8.5 - 10.5 mg/dL | L |
| Glucose | 125 | 71 - 99 mg/dL | H |
| Creatinine | 0.79 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 15.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 12.7 | 10.0 - 30.0 Ratio | — |
| EGFR | 109 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 274 | 275 - 300 mOsm/kg | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 0507, Result status: Final result

**Calcium, Ionized [470673343] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/02/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.11 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 0507, Result status: Final result

**Lactic Acid, Plasma [470673357] (Abnormal)**

Ordering provider: Rahman, Mohammad A, MD  09/03/18 0335     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 3.24 | 0.50 - 2.10 mMol/L | HH |

Comment:
Results called and read back by (licensed clinician/date/time/tech): SARA HICKS,RN\09-3-18\0507\52
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 0524, Result status: Final result

**Magnesium [470673359]**

Ordering provider: Rahman, Mohammad A, MD  09/03/18 0335    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 0524, Result status: Final result

**Phosphorus [470673361] (Abnormal)**

Ordering provider: Rahman, Mohammad A, MD  09/03/18 0335    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 1.7 | 2.3 - 4.7 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1328, Result status: Final result

**Lactic Acid, Plasma [470673367]**

Ordering provider: Rahman, Mohammad A, MD  09/03/18 0700    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Lactic acid | 2.07 | 0.50 - 2.10 mMol/L | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1348, Result status: Final result

**Fibrinogen [470746144]**

Ordering provider: Kim, Hannah J, DO  09/03/18 1241    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1419, Result status: Final result

**APTT(Heparin Infusion Therapy) [470673374] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**APTT(Heparin Infusion Therapy) [470673374] (Abnormal) (continued)**

Resulted: 09/03/18 1419, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | 110.1 | 24.0 - 34.0 sec | **HH** |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): JESSICA STRINGFELLOW,RN/09-03-18/1419/70
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, ionized [470746160]**

Resulted: 09/03/18 1459, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1423     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.47 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Lactic Acid, Plasma [470746168]**

Resulted: 09/03/18 1510, Result status: Final result

Ordering provider: Riccio, Lin M, MD  09/03/18 1446     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Lactic acid | 1.28 | 0.50 - 2.10 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [470746158] (Abnormal)**

Resulted: 09/03/18 1514, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1423     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 134 | 136 - 147 mMol/L | **L** |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 21.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.8 | 8.5 - 10.5 mg/dL | **L** |
| Glucose | 135 | 71 - 99 mg/dL | **H** |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [470746158] (Abnormal) (continued)**    Resulted: 09/03/18 1514, Result status: Final result

| | | | |
|---|---|---|---|
| Creatinine | 1.25 | 0.60 - 1.20 mg/dL | H |
| BUN | 10 | 7 - 22 mg/dL | — |
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 53 | 40 - 145 U/L | — |
| ALT | 91 | 0 - 55 U/L | H |
| AST (SGOT) | 81 | 10 - 42 U/L | H |
| Bilirubin, Total | 0.9 | 0.1 - 1.2 mg/dL | — |
| Albumin/Globulin Ratio | 0.70 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 8.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.0 | 10.0 - 30.0 Ratio | L |
| EGFR | 63 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 269 | 275 - 300 mOsm/kg | L |
| Globulin | 2.7 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [470746161]**    Resulted: 09/03/18 1514, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1423    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [470746162] (Abnormal)**    Resulted: 09/03/18 1514, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1423    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [470746159] (Abnormal)**    Resulted: 09/03/18 1539, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1423    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [470746159] (Abnormal)
(continued)**

Resulted: 09/03/18 1539, Result status: Final
result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.51 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.5 | 36.0 - 48.0 % | L |
| MCV | 73 | 80 - 100 fL | L |
| MCH | 23 | 28 - 35 pg | L |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 16.2 | 11.0 - 14.0 % | H |
| PLT CT | 209 | 130 - 440 K/cmm | — |
| MPV | 9.7 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 79.6 | 42.0 - 78.0 % | H |
| Lymphocytes | 10.9 | 15.0 - 46.0 % | L |
| Monocytes | 9.2 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.1 | 0.0 - 7.0 % | — |
| Basophils % | 0.2 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 9.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**I-Stat CG8 Plus [470783291] (Abnormal)**

Resulted: 09/03/18 1800, Result status: Final
result

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18
1751

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.17 | 7.35 - 7.45 | LL |
| PO2, ISTAT | 107 | 75 - 100 mm Hg | H |
| BE, ISTAT | -10 | -2 - 2 mMol/L | L |
| HCO3, ISTAT | 18.2 | 20.0 - 29.0 mMol/L | L |
| PCO2, ISTAT | 50.1 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| Room Number, ISTAT | OR | — | — |
| i-STAT Allen's Test | N/A | — | — |
| DELS, ISTAT | Room Air | — | — |
| i-STAT FIO2 | 95.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 138 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.1 | 3.5 - 5.3 mMol/L | L |
| TCO2, ISTAT | 20 | 24 - 29 mMol/L | L |
| Ionized Ca, ISTAT | 4.30 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 127 | 71 - 99 mg/dL | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 1800, Result status: Final
result

**I-Stat CG8 Plus [470783291] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Hematocrit | 26.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 4723 MALIN ELIZABETH RT | — | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1911, Result status: Final
result

**Dextrose Stick Glucose [470794623] (Abnormal)**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18
1855     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 117 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1917, Result status: Final
result

**PT/APTT [470783304] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/03/18 1848     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 12.3 | 9.5 - 11.5 sec | H |
| PT INR | 1.2 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition    INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism    2.0 - 3.0
Atrial Fibrillation    2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 31.2 | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 1917, Result status: Final result

**Fibrinogen [470783305]**

Ordering provider: Riccio, Lin M, MD  09/03/18 1848    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 289 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1934, Result status: Final result

**Basic Metabolic Panel [470783300] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/03/18 1848    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 136 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 17.9 | 20.0 - 30.0 mMol/L | L |
| Calcium | 6.7 | 8.5 - 10.5 mg/dL | L |
| Glucose | 130 | 71 - 99 mg/dL | H |
| Creatinine | 1.21 | 0.60 - 1.20 mg/dL | H |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 9.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.3 | 10.0 - 30.0 Ratio | L |
| EGFR | 65 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 273 | 275 - 300 mOsm/kg | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1934, Result status: Final result

**Hepatic function panel (LFT) [470783301] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/03/18 1848    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 59 | 40 - 145 U/L | — |
| ALT | 154 | 0 - 55 U/L | H |
| AST (SGOT) | 180 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.3 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 0.7 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.78 | 0.70 - 1.50 Ratio | — |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/03/18 1934, Result status: Final result

**Hepatic function panel (LFT) [470783301] (Abnormal) (continued)**

Resulted: 09/03/18 1934, Result status: Final result

**Magnesium [470783302]**

Ordering provider:  Riccio, Lin M, MD  09/03/18 1848          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1934, Result status: Final result

**Phosphorus [470783303]**

Ordering provider:  Riccio, Lin M, MD  09/03/18 1848          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.1 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 1953, Result status: Final result

**CBC and differential [470783299] (Abnormal)**

Ordering provider:  Riccio, Lin M, MD  09/03/18 1848          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 1.2 | 4.0 - 11.0 K/cmm | L |
| RBC | 4.55 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 12.2 | 12.0 - 16.0 gm/dL | — |
| Hematocrit | 37.7 | 36.0 - 48.0 % | — |
| MCV | 83 | 80 - 100 fL | — |
| MCH | 27 | 28 - 35 pg | L |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 160 | 130 - 440 K/cmm | — |
| MPV | 8.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 6.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 88.0 | 15.0 - 46.0 % | H |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Neutrophils Absolute | 0.1 | 1.7 - 8.6 K/cmm | L |
| Lymphocytes Absolute | 1.1 | 0.6 - 5.1 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 1953, Result status: Final result

**CBC and differential [470783299] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 2+ | — | — |
| Elliptocytes | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2118, Result status: Final result

**I-Stat INR [470804925]**

Ordering provider: Hailesilasie, Dereje D, MD  09/03/18 2058    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT INR | 2.7 | 0.0 - 3.0 | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2202, Result status: Final result

**Calcium, ionized [470804937] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2127    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.89 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2210, Result status: Final result

**Magnesium [470804935]**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2127    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/03/18 2210, Result status: Final result

**Magnesium [470804935] (continued)**

Resulted: 09/03/18 2210, Result status: Final result

**Phosphorus [470804936]**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2127    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2212, Result status: Final result

**Lactic Acid, Plasma [470794609] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1900    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 8.64 | 0.50 - 2.10 mMol/L | **HH** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): Z REDDA RN 9/3/18 2212 65
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2213, Result status: Final result

**Comprehensive Metabolic Panel [470804934] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/03/18 2127    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.2 | 3.5 - 5.3 mMol/L | L |
| Chloride | 116 | 98 - 110 mMol/L | H |
| CO2 | 12.4 | 20.0 - 30.0 mMol/L | LL |

Comment:
Results called and read back by (licensed clinician/date/time/tech): Z REDDA RN 9/3/18 2212 65

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium | 6.7 | 8.5 - 10.5 mg/dL | L |
| Glucose | 148 | 71 - 99 mg/dL | H |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Protein, Total | 2.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 33 | 40 - 145 U/L | L |
| ALT | 102 | 0 - 55 U/L | H |
| AST (SGOT) | 127 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.5 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.38 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.8 | 7.0 - 18.0 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [470804934] (Abnormal) (continued)**

Resulted: 09/03/18 2213, Result status: Final result

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 8.8 | 10.0 - 30.0 Ratio | L |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |
| Globulin | 0.8 | 2.0 - 4.0 gm/dL | L |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [470804933] (Abnormal)**

Resulted: 09/03/18 2218, Result status: Final result

Ordering provider:  Bouder, Thomas Glen, MD  09/03/18      Resulting lab:  WINCHESTER MEDICAL CENTER LAB 2127

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 1.5 | 4.0 - 11.0 K/cmm | L |
| RBC | 3.30 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.9 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 101 | 130 - 440 K/cmm | L |
| MPV | 8.6 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 10.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 62.0 | 15.0 - 46.0 % | H |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Bands | 18 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 0.5 | 1.7 - 8.6 K/cmm | L |
| Lymphocytes Absolute | 0.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:

The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/03/18 2234, Result status: Final result

**Fibrinogen [470794608] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1900    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 120 | 181 - 469 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/03/18 2249, Result status: Final result

**PT/APTT [470794607] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/03/18 1900    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 19.6 | 9.5 - 11.5 sec | **H** |
| PT INR | 2.0 | 0.5 - 1.3 | **H** |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation        2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | NO COAGULATION OBTAINED | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): ZAYED REDDA,RN/09-03-18/2245/70
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0030, Result status: Final result

**Dextrose Stick Glucose [470825666] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/04/18 0014    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 146 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0030, Result status: Final result

**Dextrose Stick Glucose [470825666] (Abnormal) (continued)**

Resulted: 09/04/18 0052, Result status: Final result

**Calcium, Ionized [470825655] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0021    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.18 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0055, Result status: Final result

**Comprehensive Metabolic Panel [470825649] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0021    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 18.1 | 20.0 - 30.0 mMol/L | L |
| Calcium | 7.5 | 8.5 - 10.5 mg/dL | L |
| Glucose | 151 | 71 - 99 mg/dL | H |
| Creatinine | 1.21 | 0.60 - 1.20 mg/dL | H |
| BUN | 10 | 7 - 22 mg/dL | — |
| Protein, Total | 3.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 30 | 40 - 145 U/L | L |
| ALT | 152 | 0 - 55 U/L | H |
| AST (SGOT) | 221 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.44 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.3 | 10.0 - 30.0 Ratio | L |
| EGFR | 65 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 287 | 275 - 300 mOsm/kg | — |
| Globulin | 0.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0055, Result status: Final result

**Magnesium [470825651]**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0055, Result status: Final
result

**Magnesium [470825651] (continued)**
0021

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0055, Result status: Final
result

**Phosphorus [470825652]**
Ordering provider:  Bouder, Thomas Glen, MD  09/04/18    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0021

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0113, Result status: Final
result

**PT/APTT [470825653] (Abnormal)**
Ordering provider:  Bouder, Thomas Glen, MD  09/04/18    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0021

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 16.1 | 9.5 - 11.5 sec | H |
| PT INR | 1.6 | 0.5 - 1.3 | H |

Comment:
INR Interpretive Comment:

Clinical Condition      INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmanary Embolism      2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 155.7 | 24.0 - 34.0 sec | HH |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): ZEE SAYED, RN 09/04/2018 @ 0112 #20
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0113, Result status: Final result

### Fibrinogen [470825654] (Abnormal)

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0021      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 126 | 181 - 469 mg/dL | **L** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0143, Result status: Final result

### Dextrose Stick Glucose [470825677] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD  09/04/18 0124      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 171 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0149, Result status: Final result

### Ammonia [470825663]

Ordering provider: Leavey, James Francis, MD  09/04/18 0029      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Ammonia | 81.7 | 31.0 - 123.0 mcg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0157, Result status: Final result

### Lactic Acid, Plasma [470810224] (Abnormal)

Ordering provider: Eidberger, Andrew J, PA  09/03/18 2300      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Lactic acid | 6.78 | 0.50 - 2.10 mMol/L | **HH** |
| Comment: | | | |

Results called and read back by (licensed clinician/date/time/tech): Z REDDA,RN\09-4-18No treatment with antimicrobials is indicated as treatment may enhance toxin release and increase the risk of hemolytic uremic syndrome. Results of this test have been reported to state and local health departments.\52
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0342, Result status: Final
result

### CBC with Automated Differential [470825650] (Abnormal)

Ordering provider: Bouder, Thomas Glen, MD  09/04/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0021
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 1.5 | 4.0 - 11.0 K/cmm | L |
| RBC | 3.76 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.5 | 36.0 - 48.0 % | L |
| MCV | 84 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.7 | 11.0 - 14.0 % | H |
| PLT CT | 129 | 130 - 440 K/cmm | L |
| MPV | 9.1 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 20.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 65.0 | 15.0 - 46.0 % | H |
| Monocytes | 0.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 13 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 0.5 | 1.7 - 8.6 K/cmm | L |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0434, Result status: Final
result

### Dextrose Stick Glucose [470834948] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 0418

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 177 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0434, Result status: Final
result

**Dextrose Stick Glucose [470834948] (Abnormal) (continued)**
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0609, Result status: Final
result

**Plasma Free Hemoglobin [470825636] (Abnormal)**
Ordering provider:  Bouder, Thomas Glen, MD  09/04/18     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0015
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 50.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0629, Result status: Final
result

**PT/APTT [470834932] (Abnormal)**
Ordering provider:  Eidberger, Andrew J, PA  09/04/18     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0300
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 15.1 | 9.5 - 11.5 sec | H |
| PT INR | 1.5 | 0.5 - 1.3 | H |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 192.8 | 24.0 - 34.0 sec | HH |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): ZAYED REDDA RN 9/4/18 0629 45
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0629, Result status: Final
result

**Fibrinogen [470834933] (Abnormal)**
Ordering provider:  Eidberger, Andrew J, PA  09/04/18     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0300
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Fibrinogen [470834933] (Abnormal) (continued)**

Resulted: 09/04/18 0629, Result status: Final result

| | | | |
|---|---|---|---|
| Fibrinogen | 165 | 181 - 469 mg/dL | **L** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [470834969] (Abnormal)**

Resulted: 09/04/18 0635, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/04/18 0542          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 173 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Lactic Acid, Plasma [470834934] (Abnormal)**

Resulted: 09/04/18 0636, Result status: Final result

Ordering provider: Eidberger, Andrew J, PA 09/04/18 0300          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 5.04 | 0.50 - 2.10 mMol/L | **HH** |

Comment:

Results called and read back by (licensed clinician/date/time/tech): Z REDDA, RN. 09-04-18, 06:36. #71
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Basic Metabolic Panel [470810236] (Abnormal)**

Resulted: 09/04/18 0640, Result status: Final result

Ordering provider: Hailesilasie, Dereje D, MD 09/04/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | **L** |
| Chloride | 111 | 98 - 110 mMol/L | **H** |
| CO2 | 19.2 | 20.0 - 30.0 mMol/L | **L** |
| Calcium | 7.6 | 8.5 - 10.5 mg/dL | **L** |
| Glucose | 184 | 71 - 99 mg/dL | **H** |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |
| BUN | 11 | 7 - 22 mg/dL | — |
| Anion Gap | 12.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 9.7 | 10.0 - 30.0 Ratio | **L** |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0640, Result status: Final result

**Basic Metabolic Panel [470810236] (Abnormal) (continued)**

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |

Comment:

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0640, Result status: Final result

**Hepatic function panel (LFT) [470825637] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/04/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 3.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 34 | 40 - 145 U/L | L |
| ALT | 253 | 0 - 55 U/L | H |
| AST (SGOT) | 351 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.9 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 2.2 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 1.82 | 0.70 - 1.50 Ratio | H |
| Globulin | 1.1 | 2.0 - 4.0 gm/dL | L |

Comment:

The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0640, Result status: Final result

**Phosphorus [470825638] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/04/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.0 | 2.3 - 4.7 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0640, Result status: Final result

**Magnesium [470825639]**

Ordering provider:  Bouder, Thomas Glen, MD  09/04/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/04/18 0640, Result status: Final result

**Magnesium [470825639] (continued)**

Resulted: 09/04/18 0651, Result status: Final result

**CBC and differential (QAM) [470825632] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 4.4 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.73 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.1 | 36.0 - 48.0 % | L |
| MCV | 84 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.8 | 11.0 - 14.0 % | H |
| PLT CT | 126 | 130 - 440 K/cmm | L |
| MPV | 9.2 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 25.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 44.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Bands | 22 | 0 - 10 % | H |
| Metamyelocytes | 6 | 0 - 0 % | H |
| Neutrophils Absolute | 2.6 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Comment: | see comment | — | — |

Comment:
FEW SMUDGE CELLS NOTED
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0651, Result status: Final result

**Calcium, Ionized [470834951] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0522          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.33 | 4.35 - 5.10 mg/dL | L |
| Comment: | | | |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0651, Result status: Final result

### Calcium, Ionized [470834951] (Abnormal) (continued)

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0704, Result status: Final result

### Basic Metabolic Panel [470834967] (Abnormal)

Ordering provider: Leavey, James Francis, MD  09/04/18 0550     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 111 | 98 - 110 mMol/L | H |
| CO2 | 19.2 | 20.0 - 30.0 mMol/L | L |
| Calcium | 7.6 | 8.5 - 10.5 mg/dL | L |
| Glucose | 184 | 71 - 99 mg/dL | H |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |
| BUN | 11 | 7 - 22 mg/dL | — |
| Anion Gap | 12.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 9.7 | 10.0 - 30.0 Ratio | L |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0746, Result status: Final result

### Fibrinogen [470825634] (Abnormal)

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 163 | 181 - 469 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0746, Result status: Final result

### PT/APTT [470825635] (Abnormal)

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 14.9 | 9.5 - 11.5 sec | H |
| PT INR | 1.5 | 0.5 - 1.3 | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 0746, Result status: Final result

**PT/APTT [470825635] (Abnormal) (continued)**

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 166.9 | 24.0 - 34.0 sec | HH |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): ROBERTA CRONK RN 9/4/18 0746 45
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 0756, Result status: Final result

**Unfractionated Heparin Anti-Xa [470834938] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.14 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1121, Result status: Final result

**Calcium, ionized [470852804]**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0740    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.51 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1125, Result status: Final result

**Basic Metabolic Panel (Q12hr) [470852803] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/04/18 0740    Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 1125, Result status: Final result

**Basic Metabolic Panel (Q12hr) [470852803] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 24.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.6 | 8.5 - 10.5 mg/dL | L |
| Glucose | 191 | 71 - 99 mg/dL | H |
| Creatinine | 1.31 | 0.60 - 1.20 mg/dL | H |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 10.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 7.6 | 10.0 - 30.0 Ratio | L |
| EGFR | 59 | 60 - 150 mL/min/1.73m2 | L |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 280 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1129, Result status: Final result

**Lactic Acid, Plasma [470834975] (Abnormal)**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18 0700          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 4.18 | 0.50 - 2.10 mMol/L | HH |

Comment:
Results called and read back by (licensed clinician/date/time/tech): CHRIS McDONALD, RN. 09-07-18, 11:29. #71
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1143, Result status: Final result

**Fibrinogen [470834974]**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18 0700          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 218 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1145, Result status: Final result

**PT/APTT [470834973] (Abnormal)**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18          Resulting lab:  WINCHESTER MEDICAL CENTER LAB



**VALLEY HEALTH**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 1145, Result status: Final result

**PT/APTT [470834973] (Abnormal) (continued)**
0700

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| PT | 13.5 | 9.5 - 11.5 sec | **H** |
| PT INR | 1.4 | 0.5 - 1.3 | **H** |

    Comment:
    INR Interpretive Comment:

    Clinical Condition    INR Range
    Deep Venous Thrombosis   2.0 - 3.0
    Pulmonary Embolism    2.0 - 3.0
    Atrial Fibrillation    2.0 - 3.0
    Prosthetic Heart Value   2.5 - 3.5

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | >277.0 | 24.0 - 34.0 sec | **HH** |

    Comment:
    Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
    No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): CHRIS MCDONALD RN 9/4/18 1144 45
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1148, Result status: Final result

**Vancomycin, Trough [470852812]**
Ordering provider:  Benkelman, Douglas Wade, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 0805

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Vancomycin Trough | 12.54 | 10.00 - 20.00 mcg/mL | — |

    Comment:
    Goal trough ranges of 15 to 20 mcg/mL are recommended for treating complicated infections such as bacteremia, endocarditis, osteomyelitis, meningitis, and hospital-acquired pneumonia.

    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1157, Result status: Final result

**CBC with Automated Differential [470834941] (Abnormal)**
Ordering provider:  Eidberger, Andrew J, PA  09/04/18    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0405
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 7.7 | 4.0 - 11.0 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [470834941] (Abnormal) (continued)**   Resulted: 09/04/18 1157, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 3.89 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 10.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 33.1 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 114 | 130 - 440 K/cmm | L |
| MPV | 9.4 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 53.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 27.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 13 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 5.4 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [470920783] (Abnormal)**   Resulted: 09/04/18 1210, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1151

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 180 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [470920785] (Abnormal)**   Resulted: 09/04/18 1236, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1213

Components



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 1236, Result status: Final result

**Unfractionated Heparin Anti-Xa [470920785] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.12 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1243, Result status: Final result

**Fibrinogen [470852826]**

Ordering provider: Eidberger, Andrew J, PA  09/04/18 1100    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 218 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1428, Result status: Final result

**Dextrose Stick Glucose [470920807] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/04/18 1403    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 182 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1510, Result status: Final result

**Cardiolipin Antibody [470607521]**

Ordering provider: Casey, Sandra L, NP  09/02/18 0255    Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Cardiolipin AB, IgG | <14 | <=14 GPL | — |
| Cardiolipin AB, IgM | <12 | <=12 MPL | — |

Comment:

Cardiolipin Ab (IgG)
Reference range:

Value Units Interpretation
<=14  GPL  Negative
15-20  GPL  Indeterminate



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Lab - All Results (continued)**

Resulted: 09/04/18 1510, Result status: Final
result

**Cardiolipin Antibody [470607521] (continued)**

   21-80  GPL   Low to Medium Positive
    >80  GPL   High Positive


   Cardiolipin Ab (IgM)
   Reference range:

   Value Units Interpretation
   <=12  MPL   Negative
   13-20  MPL   Indeterminate
   21-80  MPL   Low to Medium Positive
    >80  MPL   High Positive


The Antiphospholipid Antibody Syndrome (APS) is a
clinical-pathologic correlation that includes a
clinical event (e.g. thrombosis, pregnancy loss,
thrombocytopenia) and persistent positive
Antiphospholipid Antibodies (IgM or IgG ACA >40
MPL/GPL, IgM or IgG anti-B2GPI antibodies, or a Lupus
Anticoagulant). The IgA isotype has been implicated
in smaller studies, but have not yet been incorporated
into the APS criteria. International consensus
guidelines suggest waiting at least 12 weeks before
retesting to confirm antibody persistence.

Reference J Thromb Haemost 2006: 4; 295


Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 2 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151



Resulted: 09/04/18 1534, Result status: Final
result

**Dextrose Stick Glucose [470920815] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 1509

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 185 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 1547, Result status: Final result

**Fibrinogen [470920781]**

Ordering provider: Riccio, Lin M, MD  09/04/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 206 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1606, Result status: Final result

**Unfractionated Heparin Anti-Xa [470920797] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1341

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.21 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1659, Result status: Final result

**Unfractionated Heparin Anti-Xa [470920813] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1514

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.24 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1706, Result status: Final result

**Fibrinogen [470920819]**

Ordering provider: Riccio, Lin M, MD  09/04/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 190 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 1708, Result status: Final result

**Lactic Acid, Plasma [470920811] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/04/18 1500    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 4.83 | 0.50 - 2.10 mMol/L | **HH** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): CHRIS MCDONALD RN 9/4/18 1708 61
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1709, Result status: Final result

**Comprehensive Metabolic Panel [470852847] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/04/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 25.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.7 | 8.5 - 10.5 mg/dL | L |
| Glucose | 187 | 71 - 99 mg/dL | H |
| Creatinine | 1.20 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Protein, Total | 3.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.4 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 38 | 40 - 145 U/L | L |
| ALT | 292 | 0 - 55 U/L | H |
| AST (SGOT) | 322 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.00 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.3 | 10.0 - 30.0 Ratio | L |
| EGFR | 66 | 60 - 150 mL/min/1.73m2 | — |
| | Comment: eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 280 | 275 - 300 mOsm/kg | — |
| Globulin | 1.2 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1709, Result status: Final result

**Magnesium [470852850] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  09/04/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|

**ValleyHealth**
*Healthier, together.*

| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

Resulted: 09/04/18 1709, Result status: Final result

**Magnesium [470852850] (Abnormal) (continued)**

| | | | | |
|---|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |
| Comment: | | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1709, Result status: Final result

**Phosphorus [470852851]**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18 1205          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.7 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 1736, Result status: Final result

**PT/APTT [470920810] (Abnormal)**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18 1500          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 14.3 | 9.5 - 11.5 sec | H |
| PT INR | 1.4 | 0.5 - 1.3 | H |
| Comment: | | | |

INR Interpretive Comment:

Clinical Condition          INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation        2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| aPTT | >277.5 | 24.0 - 34.0 sec | HH |
|---|---|---|---|
| Comment: | | | |

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): CHRIS MCDONALD RN 09/04/18 1735 12
The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2017, Result status: Final result

**CBC with Automated Differential [470920818] (Abnormal)**

Ordering provider:  Eidberger, Andrew J, PA  09/04/18 1605          Resulting lab:  WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [470920818] (Abnormal) (continued)**

Resulted: 09/04/18 2017, Result status: Final result

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.8 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.38 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.1 | 36.0 - 48.0 % | L |
| MCV | 83 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 94 | 130 - 440 K/cmm | L |
| MPV | 9.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 27.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 27.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 38 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 5.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Elliptocytes | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [470985561] (Abnormal)**

Resulted: 09/04/18 2038, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1941

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 181 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [470985535] (Abnormal)**

Resulted: 09/04/18 2105, Result status: Final result



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [470985535] (Abnormal)**
**(continued)**

Resulted: 09/04/18 2105, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1654
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.5 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.03 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.3 | 36.0 - 48.0 % | L |
| MCV | 83 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 84 | 130 - 440 K/cmm | L |
| MPV | 9.7 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 19.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 25.0 | 15.0 - 46.0 % | — |
| Monocytes | 11.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 36 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 4.7 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2113, Result status: Final result

**Fibrinogen [470985536]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1654

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 245 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 2113, Result status: Final result

**Fibrinogen [470985536] (continued)**

Resulted: 09/04/18 2118, Result status: Final result

**Unfractionated Heparin Anti-Xa [470985533] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 1654

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.29 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2119, Result status: Final result

**Dextrose Stick Glucose [470985563] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 2052

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 176 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2208, Result status: Final result

**APTT( Heparin Infusion Therapy) [470985537] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 1654

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | >277.5 | 24.0 - 34.0 sec | **HH** |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): MELANIE SPIVA RN 09/04/18 2207 12
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2217, Result status: Final result

**Dextrose Stick Glucose [470985574] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/04/18 2201



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/04/18 2217, Result status: Final result

### Dextrose Stick Glucose [470985574] (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 161 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/04/18 2318, Result status: Final result

### Dextrose Stick Glucose [470985576] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 2300

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 158 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0027, Result status: Final result

### Dextrose Stick Glucose [471036086] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 157 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0110, Result status: Final result

### Unfractionated Heparin Anti-Xa [470985555] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.24 | 0.30 - 0.70 IU/mL | **L** |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0111, Result status: Final result

### Fibrinogen [470985558]

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0111, Result status: Final result

**Fibrinogen [470985558] (continued)**

09/04/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 249 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0123, Result status: Final result

**CBC with Automated Differential [470985557] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/04/18 2005

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 6.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.12 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.9 | 36.0 - 48.0 % | L |
| MCV | 83 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 81 | 130 - 440 K/cmm | L |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 23.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 25.0 | 15.0 - 46.0 % | — |
| Monocytes | 9.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 31 | 0 - 10 % | H |
| Metamyelocytes | 5 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 4.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:

The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [470985557] (Abnormal)**
**(continued)**

Resulted: 09/05/18 0123, Result status: Final
result

**APTT( Heparin Infusion Therapy) [470985559]**

Resulted: 09/05/18 0142, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | SEE COMMENT | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


NO CLOT OBTAINED.
SPOKE TO MELANIE, RN
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Dextrose Stick Glucose [471036091] (Abnormal)**

Resulted: 09/05/18 0225, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0204

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 174 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Dextrose Stick Glucose [471036093] (Abnormal)**

Resulted: 09/05/18 0329, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0312

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 160 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Dextrose Stick Glucose [471036101] (Abnormal)**

Resulted: 09/05/18 0419, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0402

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0419, Result status: Final result

**Dextrose Stick Glucose [471036101] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Glucose, POCT | 157 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0448, Result status: Final result

**Protein C-Functional, Plasma [470607517] (Abnormal)**

Ordering provider: Casey, Sandra L, NP  09/02/18 0255     Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein C Activity | 45 | 70 - 180 % | L |

Comment:

Decreased levels of Protein C activity may be found
in hereditary deficiency, treatment with oral anti-
coagulants, liver disease, D.I.C. and post surgery.

Units: % of normal

Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 1 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151

Resulted: 09/05/18 0452, Result status: Final result

**Comprehensive Metabolic Panel [471036079] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 3.2 | 3.5 - 5.3 mMol/L | L |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 28.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 151 | 71 - 99 mg/dL | H |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Protein, Total | 3.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 51 | 40 - 145 U/L | — |
| ALT | 258 | 0 - 55 U/L | H |
| AST (SGOT) | 250 | 10 - 42 U/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471036079] (Abnormal) (continued)**

Resulted: 09/05/18 0452, Result status: Final result

| | | | |
|---|---|---|---|
| Bilirubin, Total | 3.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.64 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 8.8 | 10.0 - 30.0 Ratio | L |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 276 | 275 - 300 mOsm/kg | — |
| Globulin | 1.4 | 2.0 - 4.0 gm/dL | L |

    Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hepatic Function Panel (LFT) [471036081] (Abnormal)**

Resulted: 09/05/18 0452, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 0015

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 3.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 51 | 40 - 145 U/L | — |
| ALT | 258 | 0 - 55 U/L | H |
| AST (SGOT) | 250 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.7 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 1.3 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 1.64 | 0.70 - 1.50 Ratio | H |
| Globulin | 1.4 | 2.0 - 4.0 gm/dL | L |

    Comment:

The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [471036082]**

Resulted: 09/05/18 0452, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 0015

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |

    Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [471036083] (Abnormal)**

Resulted: 09/05/18 0452, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 0015

Resulting lab:  WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0452, Result status: Final result

### Phosphorus [471036083] (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 1.9 | 2.3 - 4.7 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0520, Result status: Final result

### CBC with Automated Differential [471036078] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 0015
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 6.0 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.23 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.0 | 36.0 - 48.0 % | L |
| MCV | 84 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 88 | 130 - 440 K/cmm | L |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 50.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 21 | 0 - 10 % | H |
| Neutrophils Absolute | 4.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0520, Result status: Final result

### Dextrose Stick Glucose [471036109] (Abnormal)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0520, Result status: Final
result

**Dextrose Stick Glucose [471036109] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0504

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 141 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0524, Result status: Final
result

**Calcium, Ionized [471036077] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.86 | 4.35 - 5.10 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0529, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471036075]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.30 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0529, Result status: Final
result

**Fibrinogen [471036080]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 289 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0557, Result status: Final
result

### APTT( Heparin Infusion Therapy) [471036084]

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | SEE COMMENT | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

NO CLOT OBTAINED. SPOKE TO MELANIE, RN
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0720, Result status: Edited
Result - FINAL

### Antithrombin III Level [470825633] (Abnormal)

Ordering provider: Bouder, Thomas Glen, MD  09/04/18
0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 22 | 80 - 120 % | LL |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
Results called and read back by (licensed clinician/date/time/tech): ROBERTA CRONK RN 9/4/18 0746 45
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0723, Result status: Edited
Result - FINAL

### PT/APTT [470852825] (Abnormal)

Ordering provider: Eidberger, Andrew J, PA  09/04/18
1100

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 13.4 | 9.5 - 11.5 sec | H |
| PT INR | 1.3 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition      INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism      2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0723, Result status: Edited
Result - FINAL

**PT/APTT [470852825] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| aPTT | >277.0 | 24.0 - 34.0 sec | **HH** |

Comment:
Results called and read back by (licensed clinician/date/time/tech): CHRIS MCDONALD RN 9/4/18 1335 84
CORRECTED REPORT:  Result updated 09/04/2018 13:36 by HPYLE previously reported as: ****.*
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0723, Result status: Edited
Result - FINAL

**Antithrombin III Level [470920792] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1244

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 41 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0724, Result status: Edited
Result - FINAL

**Antithrombin III Level [470920796] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/04/18 1341

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 49 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0725, Result status: Edited
Result - FINAL

**Antithrombin III Level [470985534] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 0725, Result status: Edited

**Antithrombin III Level [470985534] (Abnormal) (continued)**                    Result - FINAL

09/04/18 1654

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 39 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0725, Result status: Edited

**Antithrombin III Level [470985556] (Abnormal)**                    Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/04/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 40 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 0726, Result status: Edited

**Antithrombin III Level [471036076] (Abnormal)**                    Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/05/18 0015

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 39 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Dextrose Stick Glucose [471061405] (Abnormal)**

Resulted: 09/05/18 0731, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 0715

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 160 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**LABORATORY REFERENCE AND MISC SCAN [471061420]**

Resulted: 09/05/18 0844, Result status: Final result

Ordering provider: Provider, Generic Hpf  09/05/18 0844

**Unfractionated Heparin Anti-Xa [471036095]**

Resulted: 09/05/18 0908, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [471036097] (Abnormal)**

Resulted: 09/05/18 0908, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 5.5 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.24 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.1 | 36.0 - 48.0 % | L |
| MCV | 84 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 80 | 130 - 440 K/cmm | L |
| MPV | 9.4 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 41.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 22.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |



| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
|---|---|

## Lab - All Results (continued)

**CBC with Automated Differential [471036097] (Abnormal) (continued)**    Resulted: 09/05/18 0908, Result status: Final result

| | | | |
|---|---|---|---|
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 28 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 3.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [471036098]**    Resulted: 09/05/18 0908, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 330 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [471061425] (Abnormal)**    Resulted: 09/05/18 0949, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 0932    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 123 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Protein S, total and free [470607519] (Abnormal)**    Resulted: 09/05/18 1130, Result status: Final result

Ordering provider: Casey, Sandra L, NP 09/02/18 0255    Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1130, Result status: Final result

**Protein S, total and free [470607519] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein S Ag, Total | 99 | 70 - 140 % | — |
| Comment: | | | |
| Units: % of normal | | | |
| | | | |
| Protein S AG, Free | 81 | 50 - 147 % normal | — |
| Protein S Activity | 32 | 60 - 140 % | L |
| Comment: | | | |

Decreased levels of Protein S activity may be found
in patients with hereditary deficiency, warfarin
therapy, vitamin K deficiency, liver disease, DIC,
or recent thrombosis as well as after surgery. In
addition, it may be physiologic in pregnancy.

Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 3 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151

Resulted: 09/05/18 1133, Result status: Final result

**Factor 5 Leiden [470607518]**

Ordering provider: Casey, Sandra L, NP  09/02/18 0255        Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Result: | SEE NOTE | — | — |
| Comment:  FACTOR V LEIDEN (R506Q) MUTATION NOT DETECTED | | | |
| Interpretation: | SEE NOTE | — | — |
| Comment: | | | |
| This individual is negative (normal) for the Factor V Leiden (R506Q) mutation in the Factor V gene. Increased risk of thrombophilia can be caused by a variety of genetic and non-genetic factors not screened for by this assay. | | | |
| | | | |
| Reviewer | SEE NOTE | — | — |
| Comment: | | | |
| Kasinathan Muralidharan, Ph.D.,FACMG, Director, Molecular Genetics | | | |

SUPPLEMENTAL INFORMATION

The Factor V Leiden (R506Q) mutation [NM_000130.2:c.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1133, Result status: Final result

**Factor 5 Leiden [470607518] (continued)**

1601G>A (p.R534Q)] in the Factor V gene is one of the most common causes of inherited thrombophilia. This mutation causes resistance to degradation of activated Factor V protein by activated Protein C (APC).

The Factor V Leiden (R506Q) mutation is detected by amplification of the selected region of Factor V gene by polymerase chain reaction (PCR) and fluorescent probe hybridization to the targeted region, followed by melting curve analysis with a real time PCR system. Although rare, false positive or false negative results may occur. All results should be interpreted in context of clinical findings, relevant history, and other laboratory data.

Health care providers, please contact your local Quest Diagnostics genetic counselor or call 866-GENEINFO (866-436-3463) for assistance with interpretation of these r esults.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 3 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151

Resulted: 09/05/18 1202, Result status: Final result

**Protein C Antigen [470607516] (Abnormal)**

Ordering provider: Casey, Sandra L, NP  09/02/18 0255    Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein C AG | 52 | 70 - 140 % | L |

Comment:
Specimen slightly hemolyzed
RESULT HAS BEEN VERIFIED.

Decreased levels of Protein C antigen may be found in congenital deficiency, treatment with oral



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1202, Result status: Final result

**Protein C Antigen [470607516] (Abnormal) (continued)**

anticoagulants, liver disease, D.I.C. and post
surgery.

Units: % of normal

Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 1 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151

Resulted: 09/05/18 1217, Result status: Final result

**Dextrose Stick Glucose [471061447] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1158

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 100 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1253, Result status: Final result

**Calcium, Ionized [471061434] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1043

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.06 | 4.35 - 5.10 mg/dL | **L** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1309, Result status: Final result

**Basic Metabolic Panel [471061431] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1043

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 136 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 30.3 | 20.0 - 30.0 mMol/L | **H** |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1309, Result status: Final
result

**Basic Metabolic Panel [471061431] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium | 7.5 | 8.5 - 10.5 mg/dL | L |
| Glucose | 98 | 71 - 99 mg/dL | — |
| Creatinine | 1.05 | 0.60 - 1.20 mg/dL | — |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 9.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 9.5 | 10.0 - 30.0 Ratio | L |
| EGFR | 77 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 271 | 275 - 300 mOsm/kg | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1309, Result status: Final
result

**Magnesium [471061432]**

Ordering provider:  Hutchens, William Thomas Jr., MD       Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 1043

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1309, Result status: Final
result

**Phosphorus [471061433]**

Ordering provider:  Hutchens, William Thomas Jr., MD       Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 1043

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1316, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471061414]**

Ordering provider:  Hutchens, William Thomas Jr., MD       Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.31 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1316, Result status: Final result

### Unfractionated Heparin Anti-Xa [471061414] (continued)

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1316, Result status: Final result

### Fibrinogen [471061417]

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 0805

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 311 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1328, Result status: Final result

### Dextrose Stick Glucose [471143719]

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 1254

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 98 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1343, Result status: Final result

### CBC with Automated Differential [471061416] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD
09/05/18 0805

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 6.1 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.33 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.3 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.5 | 11.0 - 14.0 % | H |
| PLT CT | 84 | 130 - 440 K/cmm | L |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 51.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471061416] (Abnormal) (continued)**            Resulted: 09/05/18 1343, Result status: Final result

| | | | |
|---|---|---|---|
| Eosinophils % | 4.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 20 | 0 - 10 % | H |
| Neutrophils Absolute | 4.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1414, Result status: Final result

**Dextrose Stick Glucose [471143723]**
Ordering provider:  Hutchens, William Thomas Jr., MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 1356

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 92 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1423, Result status: Final result

**APTT( Heparin Infusion Therapy) [471036099]**
Ordering provider:  Hutchens, William Thomas Jr., MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/05/18 0405

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | NO CLOT OBTAINED | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1427, Result status: Final result

**APTT( Heparin Infusion Therapy) [471061418]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | NO CLOT FORMATION | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

NOTIFED THE UNIT 09/25/2018 1427 RN CHRIS
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1537, Result status: Final result

**Dextrose Stick Glucose [471143731]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1520

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 89 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1644, Result status: Final result

**Dextrose Stick Glucose [471143742]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1628

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 85 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1806, Result status: Final result

**Comprehensive Metabolic Panel [471061441] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471061441] (Abnormal) (continued)**

Resulted: 09/05/18 1806, Result status: Final result

| | | | |
|---|---|---|---|
| CO2 | 29.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.0 | 8.5 - 10.5 mg/dL | L |
| Glucose | 79 | 71 - 99 mg/dL | — |
| Creatinine | 1.09 | 0.60 - 1.20 mg/dL | — |
| BUN | 11 | 7 - 22 mg/dL | — |
| Protein, Total | 3.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 56 | 40 - 145 U/L | — |
| ALT | 262 | 0 - 55 U/L | H |
| AST (SGOT) | 208 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.24 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 10.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 10.1 | 10.0 - 30.0 Ratio | — |
| EGFR | 74 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 272 | 275 - 300 mOsm/kg | L |
| Globulin | 1.7 | 2.0 - 4.0 gm/dL | L |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [471061443]**

Resulted: 09/05/18 1806, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD 09/05/18 1205

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [471061440] (Abnormal)**

Resulted: 09/05/18 1816, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD 09/05/18 1205

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.1 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.48 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.6 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471061440] (Abnormal) (continued)**
Resulted: 09/05/18 1816, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 9.4 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 61.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 9.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 6.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 6 | 0 - 10 % | — |
| Neutrophils Absolute | 4.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 2+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1845, Result status: Final result

**Calcium, Ionized [471061439] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.23 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1904, Result status: Final result

**Dextrose Stick Glucose [471143750]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 1847

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 81 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 1939, Result status: Final result

**Fibrinogen [471061442]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 350 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1943, Result status: Final result

**APTT( Heparin Infusion Therapy) [471061444]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | NO CLOT OBTAINED | 24.0 - 34.0 sec | — |

Comment:

Results called and read back by (licensed clinician/date/time/tech): DREW CARDEN,RN/09-05-18/1943/70
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 1944, Result status: Final result

**Unfractionated Heparin Anti-Xa [471061438]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Heparin Unfractionated Anti-Xa | 0.40 | 0.30 - 0.70 IU/mL | — |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 2011, Result status: Final result

**Dextrose Stick Glucose [471143764]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 1955

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 80 | 71 - 99 mg/dL | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 2011, Result status: Final result

**Dextrose Stick Glucose [471143764] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 2105, Result status: Final result

**Fibrinogen [471143735]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 2106, Result status: Final result

**Unfractionated Heparin Anti-Xa [471143733] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.15 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 2155, Result status: Final result

**CBC with Automated Differential [471143734] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.4 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.40 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.9 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 78 | 130 - 440 K/cmm | L |
| MPV | 9.8 | 6.0 - 10.0 fL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471143734] (Abnormal)
(continued)**

Resulted: 09/05/18 2155, Result status: Final
result

| | | | |
|---|---|---|---|
| NEUTROPHIL % | 50.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 23 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 3 | 0 - 0 % | H |
| Neutrophils Absolute | 5.7 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**APTT [471235669]**

Resulted: 09/05/18 2247, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 2131

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | UNABLE TO REPORT RELIABLE RESULT DUE TO INTERFERING SUBSTANCES. | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

DISCUSSED WITH PATIENTS RN; DREW/70
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [471235668] (Abnormal)**

Resulted: 09/05/18 2248, Result status: Final
result

Ordering provider: Hutchens, William Thomas Jr., MD
09/05/18 2131

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/05/18 2248, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471235668] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.22 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/05/18 2312, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471235672] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 2250

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.23 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0008, Result status: Final
result

**Dextrose Stick Glucose [471235686]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 2352

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 79 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0131, Result status: Final
result

**CBC with Automated Differential [471143760] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/05/18 2005

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 8.1 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.47 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.6 | 36.0 - 48.0 % | L |
| MCV | 85 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471143760] (Abnormal) (continued)**    Resulted: 09/06/18 0131, Result status: Final result

| | | | |
|---|---|---|---|
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 34.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 12.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 31 | 0 - 10 % | H |
| Neutrophils Absolute | 5.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [471143761]**    Resulted: 09/06/18 0200, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 374 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [471143759] (Abnormal)**    Resulted: 09/06/18 0207, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.29 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 0207, Result status: Final result

**Unfractionated Heparin Anti-Xa [471143759] (Abnormal) (continued)**

Resulted: 09/06/18 0211, Result status: Final result

**APTT( Heparin Infusion Therapy) [471143762]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/05/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | SEE COMMENT | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


UNABLE TO REPORT RELIABLE RESULT DUE TO INTERFERING SUBSTANCES.
SPOKE TO DREW, RN 9-6-18 0210 32
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0416, Result status: Final result

**Dextrose Stick Glucose [471235711]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0359     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 81 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0435, Result status: Final result

**Calcium, Ionized [471235688] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.24 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0440, Result status: Final result

**Comprehensive Metabolic Panel [471235690] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471235690] (Abnormal) (continued)**

Resulted: 09/06/18 0440, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 29.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 78 | 71 - 99 mg/dL | — |
| Creatinine | 1.07 | 0.60 - 1.20 mg/dL | — |
| BUN | 12 | 7 - 22 mg/dL | — |
| Protein, Total | 3.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 66 | 40 - 145 U/L | — |
| ALT | 236 | 0 - 55 U/L | H |
| AST (SGOT) | 167 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.11 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 11.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 76 | 60 - 150 mL/min/1.73m2 | — |
| Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 274 | 275 - 300 mOsm/kg | L |
| Globulin | 1.8 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0440, Result status: Final result

**Hepatic Function Panel (LFT) [471235692] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 3.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 66 | 40 - 145 U/L | — |
| ALT | 236 | 0 - 55 U/L | H |
| AST (SGOT) | 167 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.9 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 1.8 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 1.11 | 0.70 - 1.50 Ratio | — |
| Globulin | 1.8 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 0440, Result status: Final result

**Phosphorus [471235693]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.1 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0440, Result status: Final result

**Magnesium [471235696]**

Ordering provider: Leavey, James Francis, MD  09/06/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0459, Result status: Final result

**Fibrinogen [471235691]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 374 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0500, Result status: Final result

**Unfractionated Heparin Anti-Xa [471235687]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.51 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 0504, Result status: Final result

### APTT( Heparin Infusion Therapy) [471235694]

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | SEE COMMENT | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


UNABLE TO REPORT RELIABLE RESULT DUE TO INTERFERING SUBSTANCES.
SPOKE WITH DREW, RN 9-6-18 0504 32
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


Resulted: 09/06/18 0511, Result status: Final result

### CBC with Automated Differential [471235689] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 0015
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.29 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.2 | 36.0 - 48.0 % | L |
| MCV | 86 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 9.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 34.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 15.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 40 | 0 - 10 % | H |
| Neutrophils Absolute | 5.6 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471235689] (Abnormal) (continued)**

Resulted: 09/06/18 0511, Result status: Final result

| | | | |
|---|---|---|---|
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0618, Result status: Edited

**Antithrombin III Level [471061445] (Abnormal)**

Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD  09/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 33 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0622, Result status: Edited

**Antithrombin III Level [471235699] (Abnormal)**

Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD  09/06/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 32 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0855, Result status: Final result

**Unfractionated Heparin Anti-Xa [471235706]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 0855, Result status: Final result

**Unfractionated Heparin Anti-Xa [471235706] (continued)**

| | | | |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.46 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0855, Result status: Final result

**Fibrinogen [471235708]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 410 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0921, Result status: Final result

**Dextrose Stick Glucose [471277200]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 0833

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 77 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 0932, Result status: Final result

**CBC with Automated Differential [471235707] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.5 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.28 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.2 | 36.0 - 48.0 % | L |
| MCV | 86 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 75 | 130 - 440 K/cmm | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471235707] (Abnormal) (continued)**

Resulted: 09/06/18 0932, Result status: Final result

| | | | |
|---|---|---|---|
| MPV | 9.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 53.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 22 | 0 - 10 % | H |
| Neutrophils Absolute | 5.6 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 30 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Creatinine, Random Urine [471277194]**

Resulted: 09/06/18 1051, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
09/06/18 0823

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Creatinine, UR | 164.68 | mg/dL | — |

Comment:
No reference ranges established
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Urinalysis with Microscopic [471277192] (Abnormal)**

Resulted: 09/06/18 1053, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
09/06/18 0823

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Amber - Color may affect some analytes. | Colorless,Yellow,Straw | A |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 1053, Result status: Final result

**Urinalysis with Microscopic [471277192] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Clarity, UA | Slightly Cloudy | Clear | A |
| Specific Gravity, UR | 1.026 | 1.001 - 1.040 | — |
| pH, Urine | 5.0 | 5.0 - 8.0 pH | — |
| Protein, UR | 30 | Negative mg/dL | A |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Small | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | Normal | Normal mg/dL | — |
| Leukocyte Esterase, UA | Negative | Negative Leu/uL | — |
| UR Micro | Performed | — | — |
| WBC, UA | 6 | 0 - 4 /hpf | H |
| RBC, UA | 6 | 0 - 5 /hpf | H |
| Bacteria, UA | Rare | None /hpf | A |
| Squam Epithel, UA | <1 | 0 - 2 /hpf | — |
| Budding Yeast, UA | Few | None /hpf | A |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1057, Result status: Final result

**Sodium, Random Urine [471277193]**

| | |
|---|---|
| Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 0823 | Resulting lab: WINCHESTER MEDICAL CENTER LAB |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium, UR | <20 | mMol/L | — |

Comment:
No reference ranges established
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1114, Result status: Final result

**I-Stat CG8 Plus [471342207] (Abnormal)**

| | |
|---|---|
| Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1055 | Resulting lab: WINCHESTER MEDICAL CENTER LAB |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.35 | 7.35 - 7.45 | — |
| PO2, ISTAT | 48 | 75 - 100 mm Hg | LL |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.3 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 57.0 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 80 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Venous | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 1114, Result status: Final
result

**I-Stat CG8 Plus [471342207] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 137 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 67 | 71 - 99 mg/dL | L |
| i-STAT Hematocrit | 26.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 219267 DIAZ ERNESTO | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1114, Result status: Final
result

**I-Stat CG8 Plus [471342209] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1106

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.34 | 7.35 - 7.45 | L |
| PO2, ISTAT | 60 | 75 - 100 mm Hg | L |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 57.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 88 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 137 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 67 | 71 - 99 mg/dL | L |
| i-STAT Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 35517 ROBERTS KAYLA | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1236, Result status: Final
result

**I-Stat CG8 Plus [471342231] (Abnormal)**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 1236, Result status: Final result

**I-Stat CG8 Plus [471342231] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 1100

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 389 | 75 - 100 mm Hg | H |
| BE, ISTAT | 7 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 56.7 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 136 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.60 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 67 | 71 - 99 mg/dL | L |
| i-STAT Hematocrit | 27.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 219267 DIAZ ERNESTO | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1236, Result status: Final result

**I-Stat INR [471342233]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 1116

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| i-STAT INR | 1.1 | 0.0 - 3.0 | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1417, Result status: Final result

**Dextrose Stick Glucose [471342255] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 1351

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 66 | 71 - 99 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Lab - All Results (continued)**

Resulted: 09/06/18 1417, Result status: Final
result

<u>**Dextrose Stick Glucose [471342255] (Abnormal) (continued)**</u>
    1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results

Resulted: 09/06/18 1504, Result status: Final result

**Unfractionated Heparin Anti-Xa [471342245] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1358     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1504, Result status: Final result

**Fibrinogen [471342249]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1358     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1507, Result status: Final result

**CBC with Automated Differential [471342246] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1358     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.1 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.43 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.5 | 36.0 - 48.0 % | L |
| MCV | 86 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 65 | 130 - 440 K/cmm | L |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 56.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Bands | 16 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 5.5 | 1.7 - 8.6 K/cmm | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471342246] (Abnormal) (continued)**
Resulted: 09/06/18 1507, Result status: Final result

| | | | |
|---|---|---|---|
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 32 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Basic Metabolic Panel [471342247] (Abnormal)**
Resulted: 09/06/18 1511, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/06/18 1358

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 27.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.9 | 8.5 - 10.5 mg/dL | L |
| Glucose | 63 | 71 - 99 mg/dL | L |

Comment:
Results called and read back by (licensed clinician/date/time/tech): TAMMY MADIGAN RN 9/6/18 1511 65

| | | | |
|---|---|---|---|
| Creatinine | 0.93 | 0.60 - 1.20 mg/dL | — |
| BUN | 12 | 7 - 22 mg/dL | — |
| Anion Gap | 11.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 12.9 | 10.0 - 30.0 Ratio | — |
| EGFR | 90 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 272 | 275 - 300 mOsm/kg | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [471390077] (Abnormal)**
Resulted: 09/06/18 1542, Result status: Final result



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 1542, Result status: Final result

**Dextrose Stick Glucose [471390077] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1518   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 147 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1601, Result status: Final result

**Calcium, Ionized [471390073] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1505   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.12 | 4.35 - 5.10 mg/dL | **L** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1601, Result status: Final result

**Phosphorus [471390074]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1505   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.2 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 1601, Result status: Final result

**Magnesium [471390075]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1505   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2029, Result status: Final result

**Unfractionated Heparin Anti-Xa [471390083] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 2029, Result status: Final result

**Unfractionated Heparin Anti-Xa [471390083] (Abnormal) (continued)**

09/06/18 1605

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.17 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2029, Result status: Final result

**Fibrinogen [471390085]**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/06/18 1605

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2031, Result status: Final result

**Calcium, Ionized [471390095]**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/06/18 1930

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.39 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2032, Result status: Final result

**Magnesium [471390096]**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/06/18 1930

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/06/18 2044, Result status: Final result

**CBC with Automated Differential [471390084] (Abnormal)**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471390084] (Abnormal) (continued)**    Resulted: 09/06/18 2044, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 10.3 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.41 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.6 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 64 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 13.0 | 15.0 - 46.0 % | L |
| Monocytes | 10.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 7.7 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Schistocytes | 1+ | — | — |

Comment:
The above 33 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [471390109] (Abnormal)**    Resulted: 09/06/18 2119, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 2055    Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/06/18 2119, Result status: Final result

### Dextrose Stick Glucose [471390109] (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 100 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0027, Result status: Final result

### Dextrose Stick Glucose [471469622] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/07/18 0001

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 104 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0031, Result status: Final result

### Unfractionated Heparin Anti-Xa [471390102] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/06/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.23 | 0.30 - 0.70 IU/mL | **L** |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0031, Result status: Final result

### Fibrinogen [471390104]

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/06/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 311 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0433, Result status: Final result

### Comprehensive Metabolic Panel [471469607] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471469607] (Abnormal) (continued)**    Resulted: 09/07/18 0433, Result status: Final result

09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 27.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 114 | 71 - 99 mg/dL | H |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |
| BUN | 13 | 7 - 22 mg/dL | — |
| Protein, Total | 4.3 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.4 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 63 | 40 - 145 U/L | — |
| ALT | 155 | 0 - 55 U/L | H |
| AST (SGOT) | 90 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.26 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 12.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 11.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |
| | | Comment:   eGFR determined using CKD-EPI equation | |
| Osmolality Calc | 275 | 275 - 300 mOsm/kg | — |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hepatic Function Panel (LFT) [471469609] (Abnormal)**    Resulted: 09/07/18 0433, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.3 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.4 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 63 | 40 - 145 U/L | — |
| ALT | 155 | 0 - 55 U/L | H |
| AST (SGOT) | 90 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.8 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 2.6 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 1.26 | 0.70 - 1.50 Ratio | — |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 0433, Result status: Final
result

**Phosphorus [471469610] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.2 | 2.3 - 4.7 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0433, Result status: Final
result

**Magnesium [471469612]**

Ordering provider: Leavey, James Francis, MD  09/07/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0519, Result status: Final
result

**Calcium, Ionized [471469605] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.18 | 4.35 - 5.10 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0634, Result status: Final
result

**Fibrinogen [471469608]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 350 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0640, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471469604]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 0640, Result status: Final result

**Unfractionated Heparin Anti-Xa [471469604] (continued)**

09/07/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.33 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0640, Result status: Final result

**APTT( Heparin Infusion Therapy) [471469616]**

Ordering provider: Bouder, Thomas Glen, MD  09/07/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | SEE COMMENT | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


UNABLE TO REPORT RELIABLE RESULTS DUE TO INTERFERING SUBSTANCE
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0643, Result status: Final result

**CBC with Automated Differential [471390103] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/06/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.27 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.3 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.3 | 11.0 - 14.0 % | H |
| PLT CT | 64 | 130 - 440 K/cmm | L |
| MPV | 10.0 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 50.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [471390103] (Abnormal) (continued)

Resulted: 09/07/18 0643, Result status: Final result

| | | | |
|---|---|---|---|
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 20 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Promyelocyte | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 9.4 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |

Comment:

The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### CBC with Automated Differential [471469606] (Abnormal)

Resulted: 09/07/18 0656, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0015
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.31 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.7 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.4 | 11.0 - 14.0 % | H |
| PLT CT | 66 | 130 - 440 K/cmm | L |
| MPV | 9.6 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 13.0 | 15.0 - 46.0 % | L |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 3 | 0 - 0 % | H |
| Neutrophils Absolute | 11.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471469606] (Abnormal) (continued)**     Resulted: 09/07/18 0656, Result status: Final result

| | | | |
|---|---|---|---|
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [471342248] (Abnormal)**     Resulted: 09/07/18 0716, Result status: Edited Result - FINAL

Ordering provider: Hutchens, William Thomas Jr., MD 09/06/18 1358     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 122 | 80 - 120 % | **H** |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
An elevated ATIII is not clinically significant. Only deficiencies are associated with an increased thrombotic risk.
An elevated ATIII is not clinically significant. Only deficiencies are associated with an increased thrombotic risk.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [471469615] (Abnormal)**     Resulted: 09/07/18 0720, Result status: Edited Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD 09/07/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 36 | 80 - 120 % | **L** |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 0852, Result status: Final
result

**Dextrose Stick Glucose [471509537] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 0825

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 122 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0911, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471469628]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.47 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0911, Result status: Final
result

**Fibrinogen [471469630]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 365 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0916, Result status: Final
result

**Calcium, Ionized [471509534] (Abnormal)**

Ordering provider: Kofsky, Edward R, MD  09/07/18 0827

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.24 | 4.35 - 5.10 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0922, Result status: Final
result

**Plasma Free Hemoglobin [471469642] (Abnormal)**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 0922, Result status: Final result

**Plasma Free Hemoglobin [471469642] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 0756    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Plasma Free Hemoglobin | 30.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 0933, Result status: Final result

**CBC with Automated Differential [471469629] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 16.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.13 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.1 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 70 | 130 - 440 K/cmm | L |
| MPV | 10.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 67.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Promyelocyte | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 12.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471469629] (Abnormal) (continued)**    Resulted: 09/07/18 0933, Result status: Final result

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1006, Result status: Final result

**I-Stat CG8 Plus [471509540] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1152

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.40 | 7.35 - 7.45 | — |
| PO2, ISTAT | 64 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.1 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 92 | 96 - 100 % | L |
| i-STAT Allen's Test | Pass | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| i-STAT Sodium | 136 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.50 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 71 | 71 - 99 mg/dL | — |
| i-STAT Hematocrit | 29.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 35517 ROBERTS KAYLA | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1006, Result status: Final result

**I-Stat CG8 Plus [471509542] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/06/18 1230

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 59 | 75 - 100 mm Hg | L |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 44.4 | 35.0 - 45.0 mm Hg | — |
| O2 Sat, %, ISTAT | 90 | 96 - 100 % | L |
| i-STAT Allen's Test | Pass | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 1006, Result status: Final
result

**I-Stat CG8 Plus [471509542] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | R Radial | — | — |
| i-STAT Sodium | 136 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 31 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.60 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 65 | 71 - 99 mg/dL | L |
| i-STAT Hematocrit | 29.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 35517 ROBERTS KAYLA | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1229, Result status: Final
result

**Dextrose Stick Glucose [471509555] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1212
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 115 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1257, Result status: Final
result

**Fibrinogen [471509527]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1300, Result status: Edited
Result - FINAL

**Unfractionated Heparin Anti-Xa [471509525]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|


Healthier, together.

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 1300, Result status: Edited
Result - FINAL

**Unfractionated Heparin Anti-Xa [471509525] (continued)**

| | | | |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.49 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
Results called and read back by (licensed clinician/date/time/tech): ANGIE MACHER RN 9/7/2018 1259 25
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1324, Result status: Final
result

**LABORATORY REFERENCE AND MISC SCAN [471509565]**

Ordering provider:  Provider, Generic Hpf  09/07/18 1324

Resulted: 09/07/18 1352, Result status: Final
result

**Magnesium [471509562]**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/07/18 1318

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1352, Result status: Final
result

**Phosphorus [471509563] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/07/18 1318

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.1 | 2.3 - 4.7 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1352, Result status: Final
result

**Potassium [471509564]**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/07/18 1318

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 1404, Result status: Final result

**CBC with Automated Differential [471509526] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 18.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.46 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.4 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 70 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 65.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 14.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1408, Result status: Final result

**Calcium, ionized [471509561]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1318

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.35 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 1620, Result status: Final result

**Dextrose Stick Glucose [471617202] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1603

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 106 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1635, Result status: Final result

**Unfractionated Heparin Anti-Xa [471509547]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.58 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1635, Result status: Final result

**Fibrinogen [471509551]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 410 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 1654, Result status: Final result

**Comprehensive Metabolic Panel [471509550] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 135 | 136 - 147 mMol/L | L |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 24.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 100 | 71 - 99 mg/dL | H |
| Creatinine | 1.13 | 0.60 - 1.20 mg/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471509550] (Abnormal) (continued)**    Resulted: 09/07/18 1654, Result status: Final result

| | | | |
|---|---|---|---|
| BUN | 16 | 7 - 22 mg/dL | — |
| Protein, Total | 4.3 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 111 | 40 - 145 U/L | — |
| ALT | 140 | 0 - 55 U/L | H |
| AST (SGOT) | 88 | 10 - 42 U/L | H |
| Bilirubin, Total | 5.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.05 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 14.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 14.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 71 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 271 | 275 - 300 mOsm/kg | L |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [471509552] (Abnormal)**    Resulted: 09/07/18 1654, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.1 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [471509549] (Abnormal)**    Resulted: 09/07/18 1702, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1205
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.51 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.8 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.2 | 11.0 - 14.0 % | H |
| PLT CT | 69 | 130 - 440 K/cmm | L |
| MPV | 10.2 | 6.0 - 10.0 fL | H |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471509549] (Abnormal) (continued)**    Resulted: 09/07/18 1702, Result status: Final result

| | | | |
|---|---|---|---|
| NEUTROPHIL % | 45.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Bands | 17 | 0 - 10 % | H |
| Metamyelocytes | 13 | 0 - 0 % | H |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 13.4 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [471509548]**    Resulted: 09/07/18 1801, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.61 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [471509573]**    Resulted: 09/07/18 2049, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 1605

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.40 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/07/18 2049, Result status: Final result

**Fibrinogen [471617197]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 391 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2058, Result status: Final result

**Calcium, Ionized [471617221]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 2001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.38 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2101, Result status: Final result

**Comprehensive Metabolic Panel [471617218] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/07/18 2001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 135 | 136 - 147 mMol/L | L |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 26.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 109 | 71 - 99 mg/dL | H |
| Creatinine | 1.17 | 0.60 - 1.20 mg/dL | — |
| BUN | 17 | 7 - 22 mg/dL | — |
| Protein, Total | 4.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 70 | 40 - 145 U/L | — |
| ALT | 125 | 0 - 55 U/L | H |
| AST (SGOT) | 75 | 10 - 42 U/L | H |
| Bilirubin, Total | 6.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.00 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 14.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 68 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 272 | 275 - 300 mOsm/kg | L |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [471617218] (Abnormal) (continued)**

Resulted: 09/07/18 2101, Result status: Final result

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2101, Result status: Final result

**Magnesium [471617219]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 2001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2101, Result status: Final result

**Phosphorus [471617220] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 2001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.3 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/07/18 2123, Result status: Final result

**CBC with Automated Differential [471509574] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/07/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 18.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.50 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.8 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 75 | 130 - 440 K/cmm | L |
| MPV | 10.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 46.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [471509574] (Abnormal) (continued)

Resulted: 09/07/18 2123, Result status: Final result

| | | | |
|---|---|---|---|
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Bands | 17 | 0 - 10 % | H |
| Metamyelocytes | 9 | 0 - 0 % | H |
| Myelocytes | 8 | 0 - 0 % | H |
| Promyelocyte | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 14.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 30 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Dextrose Stick Glucose [471676781] (Abnormal)

Resulted: 09/08/18 0050, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0025

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 101 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Unfractionated Heparin Anti-Xa [471617222]

Resulted: 09/08/18 0119, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.46 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 0119, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471617222] (continued)**

Resulted: 09/08/18 0120, Result status: Final
result

**Fibrinogen [471617224]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 391 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0133, Result status: Final
result

**CBC with Automated Differential [471617223] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/07/18 2005

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 19.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.26 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.7 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.3 | 11.0 - 14.0 % | H |
| PLT CT | 69 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 60.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 5.0 | 15.0 - 46.0 % | L |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Bands | 18 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 6 | 0 - 0 % | H |
| Neutrophils Absolute | 17.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471617223] (Abnormal) (continued)**   Resulted: 09/08/18 0133, Result status: Final result

| | | | |
|---|---|---|---|
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0504, Result status: Final result

**Unfractionated Heparin Anti-Xa [471617245]**
Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0015
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.43 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0504, Result status: Final result

**Fibrinogen [471676765]**
Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0015
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 410 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0506, Result status: Final result

**APTT( Heparin Infusion Therapy) [471676773] (Abnormal)**
Ordering provider: Bouder, Thomas Glen, MD  09/08/18   Resulting lab: WINCHESTER MEDICAL CENTER LAB
0015
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 159.2 | 24.0 - 34.0 sec | HH |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

Results called and read back by (licensed clinician/date/time/tech): Z REDDA RN 090818 0505 #17
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 0536, Result status: Final result

**Calcium, Ionized [471617246]**

Ordering provider: Hutchens, William Thomas Jr., MD  09/08/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.42 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0536, Result status: Final result

**Comprehensive Metabolic Panel [471676764] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/08/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 135 | 136 - 147 mMol/L | L |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 26.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 100 | 71 - 99 mg/dL | H |
| Creatinine | 1.09 | 0.60 - 1.20 mg/dL | — |
| BUN | 18 | 7 - 22 mg/dL | — |
| Protein, Total | 4.3 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 118 | 40 - 145 U/L | — |
| ALT | 113 | 0 - 55 U/L | H |
| AST (SGOT) | 76 | 10 - 42 U/L | H |
| Bilirubin, Total | 7.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.95 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 16.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 74 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 272 | 275 - 300 mOsm/kg | L |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0536, Result status: Final result

**Hepatic Function Panel (LFT) [471676766] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/08/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.3 | 6.0 - 8.3 gm/dL | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 0536, Result status: Final result

**Hepatic Function Panel (LFT) [471676766] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Albumin | 2.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 118 | 40 - 145 U/L | — |
| ALT | 113 | 0 - 55 U/L | H |
| AST (SGOT) | 76 | 10 - 42 U/L | H |
| Bilirubin, Total | 7.0 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 5.1 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.95 | 0.70 - 1.50 Ratio | — |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0536, Result status: Final result

**Phosphorus [471676767] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.1 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0536, Result status: Final result

**Magnesium [471676769]**

Ordering provider: Leavey, James Francis, MD 09/08/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0606, Result status: Final result

**CBC with Automated Differential [471617247] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.31 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.4 | 36.0 - 48.0 % | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471617247] (Abnormal) (continued)**   Resulted: 09/08/18 0606, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 80 | 130 - 440 K/cmm | L |
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 54.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Bands | 20 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 7 | 0 - 0 % | H |
| Neutrophils Absolute | 17.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [471676784]**   Resulted: 09/08/18 0842, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 0405   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.36 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [471676786] (Abnormal)**   Resulted: 09/08/18 0842, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 0405   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 474 | 181 - 469 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 0842, Result status: Final result

**Fibrinogen [471676786] (Abnormal) (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0845, Result status: Final result

**Dextrose Stick Glucose [471706035] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0819

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 105 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0858, Result status: Final result

**CBC with Automated Differential [471676785] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0405

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.37 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.9 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.8 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 9.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 45.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 25 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 16.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471676785] (Abnormal) (continued)**     Resulted: 09/08/18 0858, Result status: Final result

|  | Reviewed |  |  |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0859, Result status: Final result

**Magnesium [471676807]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/08/18 0822

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0859, Result status: Final result

**Potassium [471676808]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/08/18 0822

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0859, Result status: Final result

**Phosphorus [471676810] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/08/18 0822

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.1 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 0938, Result status: Final result

**Calcium, ionized [471706044]**

Ordering provider: Hutchens, William Thomas Jr., MD

Resulting lab: WINCHESTER MEDICAL CENTER LAB



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 0938, Result status: Final
result

**Calcium, ionized [471706044] (continued)**
09/08/18 0935

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.51 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1224, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471676800]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.38 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1224, Result status: Final
result

**Fibrinogen [471676802]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 429 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1243, Result status: Final
result

**Dextrose Stick Glucose [471706067]**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1216

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 97 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1257, Result status: Final
result

**CBC with Automated Differential [471676801] (Abnormal)**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471676801] (Abnormal) (continued)**

Resulted: 09/08/18 1257, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/08/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.64 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.7 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.5 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 9.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 14 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 18.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [471706055]**

Resulted: 09/08/18 1645, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/08/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.44 | 4.35 - 5.10 mg/dL | — |

Comment:



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 1645, Result status: Final result

**Calcium, Ionized [471706055] (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1653, Result status: Final result

**Dextrose Stick Glucose [471706076] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1613

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 109 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1700, Result status: Final result

**Comprehensive Metabolic Panel [471706057] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 135 | 136 - 147 mMol/L | L |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 25.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.4 | 8.5 - 10.5 mg/dL | L |
| Glucose | 111 | 71 - 99 mg/dL | H |
| Creatinine | 1.14 | 0.60 - 1.20 mg/dL | — |
| BUN | 21 | 7 - 22 mg/dL | — |
| Protein, Total | 4.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.4 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 81 | 40 - 145 U/L | — |
| ALT | 100 | 0 - 55 U/L | H |
| AST (SGOT) | 82 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.04 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 18.4 | 10.0 - 30.0 Ratio | — |
| EGFR | 70 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 274 | 275 - 300 mOsm/kg | L |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 1700, Result status: Final result

**Phosphorus [471706059] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 5.4 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1702, Result status: Final result

**CBC with Automated Differential [471706056] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 19.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.42 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.8 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 73 | 130 - 440 K/cmm | L |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 62.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 9.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 18 | 0 - 10 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 16.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 1719, Result status: Final result

### Unfractionated Heparin Anti-Xa [471706054]

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.40 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 1719, Result status: Final result

### Fibrinogen [471706058]

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 2032, Result status: Final result

### Fibrinogen [471706072]

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 429 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 2032, Result status: Final result

### Unfractionated Heparin Anti-Xa [471706082]

Ordering provider: Bouder, Thomas Glen, MD 09/08/18 1917

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.36 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/08/18 2032, Result status: Final result

**Unfractionated Heparin Anti-Xa [471706082] (continued)**

Resulted: 09/08/18 2032, Result status: Final result

**Dextrose Stick Glucose [471771282] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 2015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 114 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/08/18 2055, Result status: Final result

**CBC with Automated Differential [471706071] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/08/18 1605

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.45 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.8 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 17.8 | 11.0 - 14.0 % | H |
| PLT CT | 75 | 130 - 440 K/cmm | L |
| MPV | 10.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 47.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 26 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 6 | 0 - 0 % | H |
| Promyelocyte | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 18.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471706071] (Abnormal) (continued)**

Resulted: 09/08/18 2055, Result status: Final result

---

Resulted: 09/09/18 0007, Result status: Final result

**Dextrose Stick Glucose [471771304] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 2350

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 116 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/09/18 0011, Result status: Final result

**Unfractionated Heparin Anti-Xa [471771278] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.25 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/09/18 0011, Result status: Final result

**Fibrinogen [471771280]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 451 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/09/18 0108, Result status: Final result

**CBC with Automated Differential [471771279] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/08/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.5 | 4.0 - 11.0 K/cmm | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471771279] (Abnormal) (continued)**   Resulted: 09/09/18 0108, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 3.28 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.8 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.9 | 11.0 - 14.0 % | H |
| PLT CT | 69 | 130 - 440 K/cmm | L |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 10.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 17 | 0 - 10 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 17.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [471808736] (Abnormal)**   Resulted: 09/09/18 0444, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/09/18 0418    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 112 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [471771317]**   Resulted: 09/09/18 0501, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/09/18 0501, Result status: Final result

### Phosphorus [471771317] (continued)
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0502, Result status: Final result

### Comprehensive Metabolic Panel [471771314] (Abnormal)
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 136 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 29.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 112 | 71 - 99 mg/dL | H |
| Creatinine | 1.02 | 0.60 - 1.20 mg/dL | — |
| BUN | 23 | 7 - 22 mg/dL | H |
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 100 | 40 - 145 U/L | — |
| ALT | 86 | 0 - 55 U/L | H |
| AST (SGOT) | 91 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.92 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 9.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 22.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 80 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 276 | 275 - 300 mOsm/kg | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0502, Result status: Final result

### Hepatic Function Panel (LFT) [471771316] (Abnormal)
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 0502, Result status: Final result

**Hepatic Function Panel (LFT) [471771316] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Alkaline Phosphatase | 100 | 40 - 145 U/L | — |
| ALT | 86 | 0 - 55 U/L | H |
| AST (SGOT) | 91 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.8 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 8.0 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.92 | 0.70 - 1.50 Ratio | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0503, Result status: Final result

**Unfractionated Heparin Anti-Xa [471771311]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.34 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0503, Result status: Final result

**Fibrinogen [471771315]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 374 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0503, Result status: Final result

**APTT( Heparin Infusion Therapy) [471771319] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/09/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 108.1 | 24.0 - 34.0 sec | HH |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**APTT( Heparin Infusion Therapy) [471771319] (Abnormal) (continued)**  Resulted: 09/09/18 0503, Result status: Final result

Results called and read back by (licensed clinician/date/time/tech): CHRIS MARQUESS RN 9/9/2018 0502 26
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [471771312] (Abnormal)**  Resulted: 09/09/18 0507, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.18 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [471771313] (Abnormal)**  Resulted: 09/09/18 0628, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/09/18 0015

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.29 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.0 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.0 | 11.0 - 14.0 % | H |
| PLT CT | 74 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 58.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 6.0 | 15.0 - 46.0 % | L |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 27 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 17.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC | — | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471771313] (Abnormal) (continued)**

Resulted: 09/09/18 0628, Result status: Final result

|  | Morphology Reviewed |  |  |
|---|---|---|---|
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0647, Result status: Final result

**Magnesium [471808742]**

Ordering provider: Bouder, Thomas Glen, MD  09/09/18 0557          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0829, Result status: Final result

**Unfractionated Heparin Anti-Xa [471771322]**

Ordering provider: Hutchens, William Thomas Jr., MD  09/09/18 0405          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 0829, Result status: Final result

**Fibrinogen [471771324]**

Ordering provider: Hutchens, William Thomas Jr., MD  09/09/18 0405          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 410 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 0829, Result status: Final result

**Fibrinogen [471771324] (continued)**

Resulted: 09/09/18 0852, Result status: Final result

**CBC with Automated Differential [471771323] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0405
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.15 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.0 | 11.0 - 14.0 % | H |
| PLT CT | 77 | 130 - 440 K/cmm | L |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 84.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 19.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1221, Result status: Final result

**Dextrose Stick Glucose [471808781] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 123 | 71 - 99 mg/dL | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 1221, Result status: Final result

**Dextrose Stick Glucose [471808781] (Abnormal) (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1224, Result status: Final result

**Calcium, Ionized [471808778] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1210

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.16 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1228, Result status: Final result

**Unfractionated Heparin Anti-Xa [471808750] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.02 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1228, Result status: Final result

**Fibrinogen [471808752]**

Ordering provider: Hutchens, William Thomas Jr., MD  Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 190 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1230, Result status: Final result

**Magnesium [471808779]**

Ordering provider: Hutchens, William Thomas Jr., MD  Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1210

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

Resulted: 09/09/18 1230, Result status: Final result

**Magnesium [471808779] (continued)**

| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |
|---|---|---|---|

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1336, Result status: Final result

**CBC with Automated Differential [471808751] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 0805

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 23.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.48 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.8 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.5 | 11.0 - 14.0 % | H |
| PLT CT | 74 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 15.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Bands | 15 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 19.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:

The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1634, Result status: Final result

**Calcium, Ionized [471808770]**



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 1634, Result status: Final
result

**Calcium, Ionized [471808770] (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.48 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1647, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471808769]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1647, Result status: Final
result

**Fibrinogen [471808773]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 451 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1650, Result status: Final
result

**Phosphorus [471808774]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 1651, Result status: Final result

**Comprehensive Metabolic Panel [471808772] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.3 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 28.1 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 128 | 71 - 99 mg/dL | H |
| Creatinine | 0.88 | 0.60 - 1.20 mg/dL | — |
| BUN | 23 | 7 - 22 mg/dL | H |
| Protein, Total | 4.5 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 100 | 40 - 145 U/L | — |
| ALT | 77 | 0 - 55 U/L | H |
| AST (SGOT) | 97 | 10 - 42 U/L | H |
| Bilirubin, Total | 12.0 | 0.1 - 1.2 mg/dL | HH |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): CHRIS MCDONALD RN 9/9/18 1651 61 | | | |
| Albumin/Globulin Ratio | 0.80 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 12.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 26.1 | 10.0 - 30.0 Ratio | — |
| EGFR | 96 | 60 - 150 mL/min/1.73m2 | — |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1653, Result status: Final result

**CBC with Automated Differential [471808771] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/09/18 1205

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 24.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.56 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.7 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 17.8 | 11.0 - 14.0 % | H |
| PLT CT | 76 | 130 - 440 K/cmm | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471808771] (Abnormal)**
(continued)

Resulted: 09/09/18 1653, Result status: Final result

| | | | |
|---|---|---|---|
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 60.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 3.0 | 15.0 - 46.0 % | L |
| Monocytes | 0.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 29 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 24.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [471509553] (Abnormal)**

Resulted: 09/09/18 1834, Result status: Edited
Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD  09/07/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 44 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [471676772] (Abnormal)**

Resulted: 09/09/18 1839, Result status: Edited
Result - FINAL

Ordering provider: Bouder, Thomas Glen, MD  09/08/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 39 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 1839, Result status: Edited
Result - FINAL

**Antithrombin III Level [471676772] (Abnormal) (continued)**

thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1842, Result status: Edited
Result - FINAL

**Antithrombin III Level [471706060] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/08/18 1205          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 41 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1844, Result status: Edited
Result - FINAL

**Antithrombin III Level [471771318] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/09/18 0015          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 45 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 1847, Result status: Edited
Result - FINAL

**Antithrombin III Level [471808775] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/09/18 1205          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 45 | 80 - 120 % | L |

Comment:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 1847, Result status: Edited
Result - FINAL

**Antithrombin III Level [471808775] (Abnormal) (continued)**

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2030, Result status: Final result

**Dextrose Stick Glucose [471858773] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 2001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 122 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2037, Result status: Final result

**Unfractionated Heparin Anti-Xa [471858752]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.31 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2037, Result status: Final result

**Fibrinogen [471858754]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 391 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2040, Result status: Final result

**Magnesium [471858761]**



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/09/18 2040, Result status: Final result

**Magnesium [471858761] (continued)**

Ordering provider: Bouder, Thomas Glen, MD  09/09/18 1939          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2042, Result status: Final result

**Calcium, Ionized [471858762]**

Ordering provider: Bouder, Thomas Glen, MD  09/09/18 1939          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.35 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/09/18 2044, Result status: Final result

**CBC with Automated Differential [471858753] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/09/18 1605          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 25.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.40 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.1 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.0 | 11.0 - 14.0 % | H |
| PLT CT | 78 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 1.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 22 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 24.6 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.3 | 0.6 - 5.1 K/cmm | L |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471858753] (Abnormal)
(continued)**

Resulted: 09/09/18 2044, Result status: Final
result

| | | | |
|---|---|---|---|
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0026, Result status: Final
result

**Dextrose Stick Glucose [471858799] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 0002

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 122 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0032, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471858769]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.30 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0032, Result status: Final
result

**Fibrinogen [471858771]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 451 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Fibrinogen [471858771] (continued)**

Resulted: 09/10/18 0032, Result status: Final result

**CBC with Automated Differential [471858770] (Abnormal)**

Resulted: 09/10/18 0204, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/09/18 2005
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 23.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.27 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.1 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.9 | 11.0 - 14.0 % | H |
| PLT CT | 78 | 130 - 440 K/cmm | L |
| MPV | 10.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 71.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 7.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 9 | 0 - 10 % | — |
| Myelocytes | 8 | 0 - 0 % | H |
| Neutrophils Absolute | 20.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [471914108] (Abnormal)**

Resulted: 09/10/18 0432, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 0414
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 118 | 71 - 99 mg/dL | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 0432, Result status: Final
result

**Dextrose Stick Glucose [471914108] (Abnormal) (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0503, Result status: Final
result

**Comprehensive Metabolic Panel [471858791] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 28.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.2 | 8.5 - 10.5 mg/dL | L |
| Glucose | 116 | 71 - 99 mg/dL | H |
| Creatinine | 0.78 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Protein, Total | 4.2 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 110 | 40 - 145 U/L | — |
| ALT | 68 | 0 - 55 U/L | H |
| AST (SGOT) | 94 | 10 - 42 U/L | H |
| Bilirubin, Total | 11.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.75 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 30.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 111 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0503, Result status: Final
result

**Hepatic Function Panel (LFT) [471858793] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.2 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 110 | 40 - 145 U/L | — |
| ALT | 68 | 0 - 55 U/L | H |
| AST (SGOT) | 94 | 10 - 42 U/L | H |
| Bilirubin, Total | 11.8 | 0.1 - 1.2 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 0503, Result status: Final result

**Hepatic Function Panel (LFT) [471858793] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Bilirubin, Direct | 8.6 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.75 | 0.70 - 1.50 Ratio | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0503, Result status: Final result

**Phosphorus [471858794]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0510, Result status: Final result

**Calcium, Ionized [471858789]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.37 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0519, Result status: Final result

**Unfractionated Heparin Anti-Xa [471858788]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.34 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0519, Result status: Final result

**Fibrinogen [471858792]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 0519, Result status: Final
result

**Fibrinogen [471858792] (continued)**

09/10/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 410 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0537, Result status: Final
result

**Magnesium [471914110]**

Ordering provider:  Kofsky, Edward R, MD  09/10/18 0510    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0547, Result status: Edited
Result - FINAL

**Antithrombin III Level [471858795] (Abnormal)**

Ordering provider:  Bouder, Thomas Glen, MD  09/10/18
0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 52 | 80 - 120 % | L |

Comment:

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0628, Result status: Final
result

**CBC with Automated Differential [471858790] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/10/18 0015

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 24.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.15 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.1 | 36.0 - 48.0 % | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471858790] (Abnormal) (continued)**  Resulted: 09/10/18 0628, Result status: Final result

| | | | |
|---|---|---|---|
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.9 | 11.0 - 14.0 % | H |
| PLT CT | 84 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 74.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 5.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Promyelocyte | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 23.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**APTT( Heparin Infusion Therapy) [471914116] (Abnormal)**  Resulted: 09/10/18 0710, Result status: Final result

Ordering provider:  Kofsky, Edward R, MD  09/10/18 0613    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 65.5 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 0909, Result status: Final result

**Magnesium [471937485]**

Ordering provider: Kofsky, Edward R, MD  09/10/18 0807    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0910, Result status: Final result

**Unfractionated Heparin Anti-Xa [471914100]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0405

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Heparin Unfractionated Anti-Xa | 0.42 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0910, Result status: Final result

**Fibrinogen [471914102]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0405

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 391 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0910, Result status: Final result

**Calcium, Ionized [471937484] (Abnormal)**

Ordering provider: Kofsky, Edward R, MD  09/10/18 0807    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.31 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0914, Result status: Final result

**Dextrose Stick Glucose [471937503] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 0914, Result status: Final
result

**Dextrose Stick Glucose [471937503] (Abnormal) (continued)**
09/10/18 0842

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 133 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0928, Result status: Final
result

**Plasma Free Hemoglobin [471914140] (Abnormal)**
Ordering provider:  Bouder, Thomas Glen, MD  09/10/18     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
0803

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 20.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 0953, Result status: Final
result

**CBC with Automated Differential [471914101] (Abnormal)**
Ordering provider:  Hutchens, William Thomas Jr., MD     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/10/18 0405
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 22.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.96 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.4 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 18.3 | 11.0 - 14.0 % | H |
| PLT CT | 88 | 130 - 440 K/cmm | L |
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 18 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 20.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471914101] (Abnormal) (continued)**

Resulted: 09/10/18 0953, Result status: Final result

| | | | |
|---|---|---|---|
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [471914144] (Abnormal)**

Resulted: 09/10/18 1401, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 0805
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 24.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.43 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.2 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 85 | 130 - 440 K/cmm | L |
| MPV | 10.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 71.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 9.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 16 | 0 - 10 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 21.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Hypochromia | 1+ | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471914144] (Abnormal) (continued)**

Resulted: 09/10/18 1401, Result status: Final result

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1623, Result status: Final result

**I-Stat CG8 Plus [472052103] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 1529

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.43 | 7.35 - 7.45 | — |
| PO2, ISTAT | 71 | 75 - 100 mm Hg | L |
| BE, ISTAT | 6 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 47.5 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 139 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 33 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.80 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 102 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 31.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 16130 NEWTON D CHRISTOPHER | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1702, Result status: Final result

**Calcium, Ionized [471937512]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.45 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 1713, Result status: Final
result

**Comprehensive Metabolic Panel [471937514] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 28.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 109 | 71 - 99 mg/dL | H |
| Creatinine | 0.78 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Protein, Total | 4.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 103 | 40 - 145 U/L | — |
| ALT | 63 | 0 - 55 U/L | H |
| AST (SGOT) | 95 | 10 - 42 U/L | H |
| Bilirubin, Total | 11.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.69 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 13.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 30.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 111 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |
| Globulin | 2.6 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1713, Result status: Final
result

**Phosphorus [471937516]**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1717, Result status: Final
result

**Unfractionated Heparin Anti-Xa [471937511] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 1717, Result status: Final result

**Unfractionated Heparin Anti-Xa [471937511] (Abnormal) (continued)**

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1717, Result status: Final result

**Fibrinogen [471937515]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 429 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/10/18 1904, Result status: Final result

**CBC with Automated Differential [471937513] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/10/18 1205
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 29.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.49 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.0 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.6 | 11.0 - 14.0 % | H |
| PLT CT | 76 | 130 - 440 K/cmm | L |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 64.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 3.0 | 15.0 - 46.0 % | L |
| Monocytes | 0.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 22 | 0 - 10 % | H |
| Metamyelocytes | 5 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Promyelocyte | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 28.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [471937513] (Abnormal) (continued)**

Resulted: 09/10/18 1904, Result status: Final result

| | | | |
|---|---|---|---|
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [472059150] (Abnormal)**

Resulted: 09/10/18 2016, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 2000

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 117 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [471937531] (Abnormal)**

Resulted: 09/10/18 2038, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.10 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [471937533]**

Resulted: 09/10/18 2038, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 330 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/10/18 2115, Result status: Final result

**CBC with Automated Differential [471937532] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/10/18 1605

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 23.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.07 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.2 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.4 | 11.0 - 14.0 % | H |
| PLT CT | 70 | 130 - 440 K/cmm | L |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 74.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 6.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 7 | 0 - 0 % | H |
| Neutrophils Absolute | 21.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0032, Result status: Final result

**Dextrose Stick Glucose [472123875] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/11/18 0016

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 110 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 0131, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472059146] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.26 | 0.30 - 0.70 IU/mL | L |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0131, Result status: Final
result

**Fibrinogen [472059148]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0437, Result status: Final
result

**CBC with Automated Differential [472059147] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/10/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 26.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.37 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.3 | 36.0 - 48.0 % | L |
| MCV | 87 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 18.2 | 11.0 - 14.0 % | H |
| PLT CT | 87 | 130 - 440 K/cmm | L |
| MPV | 11.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 58.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 4.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 27 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 7 | 0 - 0 % | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472059147] (Abnormal) (continued)**
Resulted: 09/11/18 0437, Result status: Final result

| | | | |
|---|---|---|---|
| Neutrophils Absolute | 25.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Plasma Free Hemoglobin [472059181] (Abnormal)**
Resulted: 09/11/18 0448, Result status: Final result

Ordering provider: Bouder, Thomas Glen, MD  09/11/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 20.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [472059176] (Abnormal)**
Resulted: 09/11/18 0512, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/11/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 28.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.7 | 8.5 - 10.5 mg/dL | L |
| Glucose | 100 | 71 - 99 mg/dL | H |
| Creatinine | 0.69 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Protein, Total | 4.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 103 | 40 - 145 U/L | — |
| ALT | 48 | 0 - 55 U/L | — |
| AST (SGOT) | 88 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.6 | 0.1 - 1.2 mg/dL | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472059176] (Abnormal) (continued)**

Resulted: 09/11/18 0512, Result status: Final result

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 0.64 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 11.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 34.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hepatic Function Panel (LFT) [472059178] (Abnormal)**

Resulted: 09/11/18 0512, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 1.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 103 | 40 - 145 U/L | — |
| ALT | 48 | 0 - 55 U/L | — |
| AST (SGOT) | 88 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.6 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 7.5 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.64 | 0.70 - 1.50 Ratio | L |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [472059179]**

Resulted: 09/11/18 0512, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [472059174] (Abnormal)**

Resulted: 09/11/18 0525, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 0525, Result status: Final
result

**Calcium, Ionized [472059174] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.16 | 4.35 - 5.10 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0535, Result status: Final
result

**Magnesium [472123886]**

Ordering provider: Leavey, James Francis, MD  09/11/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0503

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0546, Result status: Edited
Result - FINAL

**Antithrombin III Level [471937517] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/10/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 55 | 80 - 120 % | L |

Comment:

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0548, Result status: Edited
Result - FINAL

**Antithrombin III Level [472059180] (Abnormal)**

Ordering provider: Bouder, Thomas Glen, MD  09/11/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB
0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 60 | 80 - 120 % | L |

Comment:

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 0548, Result status: Edited
Result - FINAL

**Antithrombin III Level [472059180] (Abnormal) (continued)**

thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0627, Result status: Final result

**Unfractionated Heparin Anti-Xa [472059173]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.46 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0627, Result status: Final result

**Fibrinogen [472059177]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 336 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0657, Result status: Final result

**CBC with Automated Differential [472059175] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0015

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 30.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.50 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.7 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.9 | 11.0 - 14.0 % | H |
| PLT CT | 99 | 130 - 440 K/cmm | L |
| MPV | 11.1 | 6.0 - 10.0 fL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472059175] (Abnormal) (continued)**
Resulted: 09/11/18 0657, Result status: Final result

| | | | |
|---|---|---|---|
| NEUTROPHIL % | 82.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 1.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 29.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.0 | 0.6 - 5.1 K/cmm | L |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 2+ | — | — |
| Burr Cells | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 30 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Basic Metabolic Panel [472123895] (Abnormal)**
Resulted: 09/11/18 0830, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD 09/11/18 0745
Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 30.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.5 | 8.5 - 10.5 mg/dL | L |
| Glucose | 129 | 71 - 99 mg/dL | H |
| Creatinine | 0.67 | 0.60 - 1.20 mg/dL | — |
| BUN | 22 | 7 - 22 mg/dL | — |
| Anion Gap | 9.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 32.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 128 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 0830, Result status: Final result

**Basic Metabolic Panel [472123895] (Abnormal) (continued)**

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0830, Result status: Final result

**Magnesium [472123896]**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0745

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0830, Result status: Final result

**Phosphorus [472123897]**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0745

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0843, Result status: Final result

**Unfractionated Heparin Anti-Xa [472123878]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.48 | 0.30 - 0.70 IU/mL | — |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0843, Result status: Final result

**Fibrinogen [472123880]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/11/18 0405

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 0843, Result status: Final result

**Fibrinogen [472123880] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 0945, Result status: Final result

**CBC with Automated Differential [472123879] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 0405
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 26.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.44 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.2 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 19.0 | 11.0 - 14.0 % | H |
| PLT CT | 104 | 130 - 440 K/cmm | L |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 79.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 1.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 13 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 25.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.3 | 0.6 - 5.1 K/cmm | L |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472123879] (Abnormal) (continued)**                                 Resulted: 09/11/18 0945, Result status: Final result

Resulted: 09/11/18 1230, Result status: Final result

**Fibrinogen [472123918]**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0926

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1236, Result status: Final result

**Magnesium [472123916]**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0926

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1236, Result status: Final result

**Phosphorus [472123917]**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0926

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1236, Result status: Final result

**Basic Metabolic Panel [472123919] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 0926

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 31.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 119 | 71 - 99 mg/dL | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/11/18 1236, Result status: Final result

**Basic Metabolic Panel [472123919] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Creatinine | 0.67 | 0.60 - 1.20 mg/dL | — |
| BUN | 21 | 7 - 22 mg/dL | — |
| Anion Gap | 9.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 128 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 284 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1240, Result status: Final result

**Unfractionated Heparin Anti-Xa [472123906]**

Ordering provider:  Hutchens, William Thomas Jr., MD
09/11/18 0805

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.38 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1343, Result status: Final result

**CBC with Automated Differential [472123920] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD
09/11/18 0926

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 26.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.17 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.8 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.6 | 11.0 - 14.0 % | H |
| PLT CT | 102 | 130 - 440 K/cmm | L |
| MPV | 10.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 82.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 4.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472123920] (Abnormal)**
(continued)

*Resulted: 09/11/18 1343, Result status: Final result*

| | | | |
|---|---|---|---|
| Bands | 10 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 24.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

*Resulted: 09/11/18 1458, Result status: Final result*

**PATHOLOGY REPORT SCAN [472193393]**

Ordering provider:  Provider, Generic Hpf  09/11/18 1458

*Resulted: 09/11/18 1608, Result status: Final result*

**Unfractionated Heparin Anti-Xa [472193367] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/11/18 1205

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.18 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

*Resulted: 09/11/18 1801, Result status: Final result*

**Calcium, Ionized [472268058] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/11/18 1601

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.31 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Lab - All Results (continued)**

Resulted: 09/11/18 1801, Result status: Final
result

**Calcium, Ionized [472268058] (Abnormal) (continued)**

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results

Resulted: 09/11/18 1814, Result status: Final result

**Magnesium [472193396]**

Ordering provider: Lafalce, Christian Anthony, MD 09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1814, Result status: Final result

**Phosphorus [472193397]**

Ordering provider: Lafalce, Christian Anthony, MD 09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 1814, Result status: Final result

**Comprehensive Metabolic Panel [472268059] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 32.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.0 | 8.5 - 10.5 mg/dL | L |
| Glucose | 121 | 71 - 99 mg/dL | H |
| Creatinine | 0.69 | 0.60 - 1.20 mg/dL | — |
| BUN | 21 | 7 - 22 mg/dL | — |
| Protein, Total | 4.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 78 | 40 - 145 U/L | — |
| ALT | 35 | 0 - 55 U/L | — |
| AST (SGOT) | 68 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.00 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 9.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 30.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 285 | 275 - 300 mOsm/kg | — |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472268059] (Abnormal) (continued)**

Resulted: 09/11/18 1814, Result status: Final result

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [472193398]**

Resulted: 09/11/18 1816, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472268057] (Abnormal)**

Resulted: 09/11/18 1837, Result status: Edited Result - FINAL

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 26.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.98 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.1 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 18.3 | 11.0 - 14.0 % | H |
| PLT CT | 109 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 65.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 2.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 21 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 6 | 0 - 0 % | H |
| Neutrophils Absolute | 24.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.5 | 0.6 - 5.1 K/cmm | L |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472268057] (Abnormal) (continued)**    Resulted: 09/11/18 1837, Result status: Edited Result - FINAL

CORRECTED REPORT:  Result updated 09/11/2018 18:37 by BQUINN previously reported as: no value

| | | |
|---|---|---|
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 2025, Result status: Final result

**Unfractionated Heparin Anti-Xa [472268060]**
Ordering provider:  Hutchens, William Thomas Jr., MD  09/11/18 1605    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.48 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/11/18 2033, Result status: Final result

**PATHOLOGY REPORT SCAN [472268087]**
Ordering provider:  Provider, Generic Hpf  09/11/18 2033

Resulted: 09/12/18 0024, Result status: Final result

**Unfractionated Heparin Anti-Xa [472268080]**
Ordering provider:  Hutchens, William Thomas Jr., MD  09/11/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.67 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0024, Result status: Final result

**Fibrinogen [472268083]**
Ordering provider:  Lafalce, Christian Anthony, MD  09/11/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 0024, Result status: Final
result

**Fibrinogen [472268083] (continued)**
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0025, Result status: Final
result

**Magnesium [472268081]**
Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 2005
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0025, Result status: Final
result

**Phosphorus [472268082]**
Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 2005
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0025, Result status: Final
result

**Comprehensive Metabolic Panel [472268086] (Abnormal)**
Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/11/18 2005
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 30.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.2 | 8.5 - 10.5 mg/dL | L |
| Glucose | 118 | 71 - 99 mg/dL | H |
| Creatinine | 0.64 | 0.60 - 1.20 mg/dL | — |
| BUN | 20 | 7 - 22 mg/dL | — |
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 75 | 40 - 145 U/L | — |
| ALT | 33 | 0 - 55 U/L | — |
| AST (SGOT) | 66 | 10 - 42 U/L | H |
| Bilirubin, Total | 11.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.19 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 10.8 | 7.0 - 18.0 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472268086] (Abnormal) (continued)**    Resulted: 09/12/18 0025, Result status: Final result

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 31.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 130 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472268085] (Abnormal)**    Resulted: 09/12/18 0026, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/11/18 2005
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.12 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.8 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.8 | 11.0 - 14.0 % | H |
| PLT CT | 102 | 130 - 440 K/cmm | L |
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 80.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 1.0 | 15.0 - 46.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 14 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 21.5 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.2 | 0.6 - 5.1 K/cmm | L |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**CBC with Automated Differential [472268085] (Abnormal) (continued)**

Resulted: 09/12/18 0026, Result status: Final result

The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, ionized [472344146] (Abnormal)**

Resulted: 09/12/18 0117, Result status: Final result

Ordering provider: Leavey, James Francis, MD  09/12/18 0034    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.24 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [472268106]**

Resulted: 09/12/18 0440, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/12/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.47 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Plasma Free Hemoglobin [472344158] (Abnormal)**

Resulted: 09/12/18 0558, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD  09/12/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 20.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [472344153]**

Resulted: 09/12/18 0601, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD  09/12/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 305 | 181 - 469 mg/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 0601, Result status: Final result

**Fibrinogen [472344153] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0622, Result status: Final result

**CBC with Automated Differential [472344156] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.32 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.8 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 17.4 | 11.0 - 14.0 % | H |
| PLT CT | 100 | 130 - 440 K/cmm | L |
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 82.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 3.0 | 15.0 - 46.0 % | L |
| Bands | 13 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 20.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0638, Result status: Final result

**Magnesium [472344151]**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 0638, Result status: Final result

**Magnesium [472344151] (continued)**

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0638, Result status: Final result

**Phosphorus [472344152]**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0640, Result status: Edited Result - FINAL

**Antithrombin III Level [472193400] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/11/18 1601

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 57 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0643, Result status: Edited Result - FINAL

**Antithrombin III Level [472344155] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 53 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 0643, Result status: Edited
Result - FINAL

__Antithrombin III Level [472344155] (Abnormal) (continued)__

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0650, Result status: Final result

__Calcium, Ionized [472344157] (Abnormal)__

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.18 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0652, Result status: Final result

__Comprehensive Metabolic Panel [472344159] (Abnormal)__

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 31.9 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 114 | 71 - 99 mg/dL | H |
| Creatinine | 0.68 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 86 | 40 - 145 U/L | — |
| ALT | 36 | 0 - 55 U/L | — |
| AST (SGOT) | 78 | 10 - 42 U/L | H |
| Bilirubin, Total | 12.2 | 0.1 - 1.2 mg/dL | HH |

Comment:
Results called and read back by (licensed clinician/date/time/tech): HEATHER DUVALL RN 9/12 651 91

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 1.30 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 10.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 27.9 | 10.0 - 30.0 Ratio | — |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |
| Globulin | 2.0 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472344159] (Abnormal) (continued)**

Resulted: 09/12/18 0652, Result status: Final result

Resulted: 09/12/18 0750, Result status: Final result

**Unfractionated Heparin Anti-Xa [472344160]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0405

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.58 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 0916, Result status: Final result

**Dextrose Stick Glucose [472344186] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0857

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 139 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1213, Result status: Final result

**Unfractionated Heparin Anti-Xa [472344178]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.47 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1213, Result status: Final result

**Fibrinogen [472344181]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 305 | 181 - 469 mg/dL | — |
| Comment: | | | |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 1213, Result status: Final result

**Fibrinogen [472344181] (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1214, Result status: Final result

**Dextrose Stick Glucose [472399912] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1157

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 119 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1234, Result status: Final result

**CBC with Automated Differential [472344183] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 0805

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.11 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.8 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.2 | 11.0 - 14.0 % | H |
| PLT CT | 108 | 130 - 440 K/cmm | L |
| MPV | 10.4 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 78.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 12.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 15.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472344183] (Abnormal) (continued)**

Resulted: 09/12/18 1234, Result status: Final result

| | Reviewed Morphology Consistent with Hemogram | | |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [472344179]**

Resulted: 09/12/18 1236, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/12/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [472344180]**

Resulted: 09/12/18 1236, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/12/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [472344184] (Abnormal)**

Resulted: 09/12/18 1236, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/12/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 32.6 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.4 | 8.5 - 10.5 mg/dL | L |
| Glucose | 114 | 71 - 99 mg/dL | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472344184] (Abnormal) (continued)**

Resulted: 09/12/18 1236, Result status: Final result

| | | | |
|---|---|---|---|
| Creatinine | 0.66 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Protein, Total | 4.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 71 | 40 - 145 U/L | — |
| ALT | 32 | 0 - 55 U/L | — |
| AST (SGOT) | 72 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.29 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 28.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Triglycerides [472399908]**

Resulted: 09/12/18 1256, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 1202

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Triglycerides | 98 | 10 - 150 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [472399920] (Abnormal)**

Resulted: 09/12/18 1326, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 1307

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.25 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [472399909]**

Resulted: 09/12/18 1619, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/12/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 1619, Result status: Final result

**Unfractionated Heparin Anti-Xa [472399909] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.44 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1810, Result status: Final result

**Unfractionated Heparin Anti-Xa [472399942] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1605

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.29 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1814, Result status: Final result

**Calcium, Ionized [472399940]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.42 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1827, Result status: Final result

**Magnesium [472399934]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 1827, Result status: Final result

**Phosphorus [472399935]**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1827, Result status: Final result

**Comprehensive Metabolic Panel [472399941] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/12/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 33.7 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 126 | 71 - 99 mg/dL | H |
| Creatinine | 0.65 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Protein, Total | 4.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 83 | 40 - 145 U/L | — |
| ALT | 33 | 0 - 55 U/L | — |
| AST (SGOT) | 83 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.47 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 7.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 29.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1842, Result status: Final result

**Dextrose Stick Glucose [472511790] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/12/18 1826

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 126 | 71 - 99 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/12/18 1842, Result status: Final result

**Dextrose Stick Glucose [472511790] (Abnormal) (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1843, Result status: Final result

**Fibrinogen [472399936]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1600

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 317 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 1845, Result status: Final result

**Procalcitonin [472399932] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1548

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| PROCALCITONIN | 3.33 | 0.00 - 0.09 ng/mL | H |

Comment:
Procalcitonin (PCT) Interpretive Comment:
*PCT may be elevated in other clinical conditions, including, chronic kidney disease, heart failure, severe trauma, major surgery, burns, shock, and fungal infections.
*PCT levels should not be used to guide initiation of antibiotics.

Lower Respiratory Tract Infection (LRTI)
PCT Level (ng/mL)        Recommendation
<0.1 OR drop >90% of baseline     Discontinuation or de-escalation strongly encouraged(1)
0.1-0.24 OR drop >80% of baseline   Discontinuation or de-escalation encouraged(1)
0.25-0.5         Empiric discontinuation or de-escalation discouraged(2,3)
>0.5         Empiric discontinuation or de-escalation strongly discouraged(2,3)

Sepsis
PCT Level (ng/mL)        Recommendation
<0.25 OR drop >90% of baseline     Discontinuation or de-escalation strongly encouraged(1)
0.25-0.49 OR drop >80% of baseline   Discontinuation or de-escalation encoura
ged(1)
0.5-1.0         Empiric discontinuation or de-escalation discouraged(2,3)
>1.0         Empiric discontinuation or de-escalation strongly discouraged(2,3)

(1)If the first two levels of PCT (baseline and 24-hour repeat) are <0.5 ng/mL for sepsis or <0.25 ng/mL for LRTI, no further PCT testing is recommended
(2)Continuation of antibiotics beyond standard duration of therapy is not recommended, regardless of PCT level
(3)Microbiological data should be used to guide de-escalation, regardless of PCT level



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Procalcitonin [472399932] (Abnormal) (continued)**

Resulted: 09/12/18 1845, Result status: Final result

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [472511806] (Abnormal)**

Resulted: 09/12/18 2011, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1955

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 146 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472399939] (Abnormal)**

Resulted: 09/12/18 2027, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 1600
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.72 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.5 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 91 | 130 - 440 K/cmm | L |
| MPV | 9.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 53.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 7.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 32 | 0 - 10 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 13.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472399939] (Abnormal) (continued)**     Resulted: 09/12/18 2027, Result status: Final result

| | | | |
|---|---|---|---|
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 2206, Result status: Final result

**Unfractionated Heparin Anti-Xa [472511798]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.44 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 2206, Result status: Final result

**Fibrinogen [472511801]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 289 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/12/18 2358, Result status: Final result

**Dextrose Stick Glucose [472511809] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2340

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 134 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0021, Result status: Final result

**Magnesium [472511799]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/13/18 0021, Result status: Final
result

**Magnesium [472511799] (continued)**

09/12/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0021, Result status: Final
result

**Phosphorus [472511800]**

Ordering provider: Lafalce, Christian Anthony, MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0021, Result status: Final
result

**Comprehensive Metabolic Panel [472511804] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 98 | 98 - 110 mMol/L | — |
| CO2 | 33.2 | 20.0 - 30.0 mMol/L | H |
| Calcium | 7.9 | 8.5 - 10.5 mg/dL | L |
| Glucose | 130 | 71 - 99 mg/dL | H |
| Creatinine | 0.63 | 0.60 - 1.20 mg/dL | — |
| BUN | 20 | 7 - 22 mg/dL | — |
| Protein, Total | 4.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 56 | 40 - 145 U/L | — |
| ALT | 41 | 0 - 55 U/L | — |
| AST (SGOT) | 108 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.42 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 9.3 | 7.0 - 16.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472511804] (Abnormal) (continued)**     Resulted: 09/13/18 0021, Result status: Final result

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [472511829]**     Resulted: 09/13/18 0224, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0016

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.48 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472511803] (Abnormal)**     Resulted: 09/13/18 0245, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/12/18 2005

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.96 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.4 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.8 | 11.0 - 14.0 % | H |
| PLT CT | 95 | 130 - 440 K/cmm | L |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 68.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 9 | 0 - 10 % | — |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 12.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472511803] (Abnormal) (continued)**    Resulted: 09/13/18 0245, Result status: Final result

|  | Reviewed |  |  |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 30 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0443, Result status: Final result
**Dextrose Stick Glucose [472563639] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 0427
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 136 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0614, Result status: Final result
**Plasma Free Hemoglobin [472563633] (Abnormal)**
Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 0400
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 40.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0625, Result status: Final result
**Magnesium [472563626]**
Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 0400
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 0625, Result status: Final result

**Phosphorus [472563627]**

Ordering provider: Lafalce, Christian Anthony, MD 09/13/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.0 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0625, Result status: Final result

**Comprehensive Metabolic Panel [472563634] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/13/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 35.1 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 134 | 71 - 99 mg/dL | H |
| Creatinine | 0.61 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Protein, Total | 4.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 57 | 40 - 145 U/L | — |
| ALT | 41 | 0 - 55 U/L | — |
| AST (SGOT) | 107 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.4 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.53 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 7.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 132 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0630, Result status: Final result

**Fibrinogen [472563628]**

Ordering provider: Lafalce, Christian Anthony, MD 09/13/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 266 | 181 - 469 mg/dL | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 0630, Result status: Final
result

**Fibrinogen [472563628] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0654, Result status: Final
result

**Calcium, Ionized [472563632] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.32 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0658, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472563653]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0545

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.48 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0701, Result status: Final
result

**CBC with Automated Differential [472563631] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0400
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.12 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.4 | 11.0 - 14.0 % | H |
| PLT CT | 94 | 130 - 440 K/cmm | L |
| MPV | 10.6 | 6.0 - 10.0 fL | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472563631] (Abnormal) (continued)**          Resulted: 09/13/18 0701, Result status: Final result

| | | | |
|---|---|---|---|
| NEUTROPHIL % | 88.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 3.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Neutrophils Absolute | 14.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.4 | 0.6 - 5.1 K/cmm | L |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Polychromasia | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/13/18 0803, Result status: Edited
Result - FINAL

**Antithrombin III Level [472399938] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/12/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 55 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/13/18 0808, Result status: Edited
Result - FINAL

**Antithrombin III Level [472563630] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/13/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 49 | 80 - 120 % | L |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 0808, Result status: Edited
Result - FINAL

**Antithrombin III Level [472563630] (Abnormal) (continued)**

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 0847, Result status: Final result

**Dextrose Stick Glucose [472590742] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0823

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 145 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1050, Result status: Final result

**Unfractionated Heparin Anti-Xa [472563635]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 0405

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.47 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1339, Result status: Final result

**I-Stat CG8 Plus [472657464] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1236

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.31 | 7.35 - 7.45 | L |
| PO2, ISTAT | 80 | 75 - 100 mm Hg | — |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 32.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 65.6 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 94 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 1339, Result status: Final result

**I-Stat CG8 Plus [472657464] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 140 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.7 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 3.20 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 171 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 33.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 11.2 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1551, Result status: Final result

**I-Stat CG8 Plus [472697073] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 1426

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.27 | 7.35 - 7.45 | L |
| PO2, ISTAT | 55 | 75 - 100 mm Hg | L |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 30.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 64.9 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 83 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 95.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 141 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 3.50 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 156 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 35.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 11.9 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 8031 THARP MELINDA | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1602, Result status: Final result

**PT/APTT [472697063] (Abnormal)**



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 1602, Result status: Final
result

**PT/APTT [472697063] (Abnormal) (continued)**

Ordering provider:  Riccio, Lin M, MD  09/13/18 1533          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| PT | 13.4 | 9.5 - 11.5 sec | H |
| PT INR | 1.3 | 0.5 - 1.3 | — |
| Comment: | | | |
| INR Interpretive Comment: | | | |

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|--|--|--|--|
| aPTT | 43.4 | 24.0 - 34.0 sec | H |
| Comment: | | | |

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1602, Result status: Final
result

**Fibrinogen [472697064] (Abnormal)**

Ordering provider:  Riccio, Lin M, MD  09/13/18 1533          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 124 | 181 - 469 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1610, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472590774] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/13/18 1205

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 1611, Result status: Final result

**Basic Metabolic Panel [472657497] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 27.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 6.7 | 8.5 - 10.5 mg/dL | L |
| Glucose | 146 | 71 - 99 mg/dL | H |
| Creatinine | 0.56 | 0.60 - 1.20 mg/dL | L |
| BUN | 21 | 7 - 22 mg/dL | — |
| Anion Gap | 10.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 37.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 136 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1611, Result status: Final result

**Hepatic function panel (LFT) [472697059] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.0 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 37 | 40 - 145 U/L | L |
| ALT | 49 | 0 - 55 U/L | — |
| AST (SGOT) | 133 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.7 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 7.0 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 2.33 | 0.70 - 1.50 Ratio | H |
| Globulin | 1.2 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1611, Result status: Final result

**Lipase [472697060] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lipase | 163 | 8 - 78 U/L | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**VALLEY HEALTH**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Lipase [472697060] (Abnormal) (continued)**

Resulted: 09/13/18 1611, Result status: Final result

---

**Magnesium [472697061]**

Resulted: 09/13/18 1611, Result status: Final result

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Phosphorus [472697062]**

Resulted: 09/13/18 1611, Result status: Final result

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**CBC and differential [472657498] (Abnormal)**

Resulted: 09/13/18 1649, Result status: Final result

Ordering provider: Riccio, Lin M, MD  09/13/18 1533          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 15.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.78 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 11.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 33.4 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 35 | 32 - 36 gm/dL | — |
| RDW | 13.6 | 11.0 - 14.0 % | — |
| PLT CT | 41 | 130 - 440 K/cmm | L |
| MPV | 10.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 7 | 0 - 0 % | H |
| Myelocytes | 3 | 0 - 0 % | H |
| Neutrophils Absolute | 13.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.2 | 0.6 - 5.1 K/cmm | — |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/13/18 1649, Result status: Final result

**CBC and differential [472657498] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Polychromasia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1748, Result status: Final result

**Dextrose Stick Glucose [472724062] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/13/18 1722    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 136 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1901, Result status: Final result

**Lactic acid, plasma [472697058]**

Ordering provider: Riccio, Lin M, MD  09/13/18 1533    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Lactic acid | 1.88 | 0.50 - 2.10 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 1902, Result status: Final result

**Fibrinogen [472697077] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD  09/13/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 130 | 181 - 469 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Fibrinogen [472697077] (Abnormal) (continued)**

Resulted: 09/13/18 1902, Result status: Final result

**Calcium, Ionized [472697081] (Abnormal)**

Resulted: 09/13/18 1902, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.55 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [472697075]**

Resulted: 09/13/18 1907, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [472697076]**

Resulted: 09/13/18 1907, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [472697082] (Abnormal)**

Resulted: 09/13/18 1907, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 28.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.6 | 8.5 - 10.5 mg/dL | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472697082] (Abnormal) (continued)**                Resulted: 09/13/18 1907, Result status: Final result

| | | | |
|---|---|---|---|
| Glucose | 142 | 71 - 99 mg/dL | H |
| Creatinine | 0.64 | 0.60 - 1.20 mg/dL | — |
| BUN | 20 | 7 - 22 mg/dL | — |
| Protein, Total | 4.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 40 | 40 - 145 U/L | — |
| ALT | 68 | 0 - 55 U/L | H |
| AST (SGOT) | 192 | 10 - 42 U/L | H |
| Bilirubin, Total | 10.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.20 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 130 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 286 | 275 - 300 mOsm/kg | — |
| Globulin | 1.5 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472697080] (Abnormal)**                Resulted: 09/13/18 1953, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD              Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/13/18 1600
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.30 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.8 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 32 | 28 - 35 pg | — |
| MCHC | 36 | 32 - 36 gm/dL | — |
| RDW | 13.7 | 11.0 - 14.0 % | — |
| PLT CT | 40 | 130 - 440 K/cmm | L |
| MPV | 10.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 62.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 3 | 0 - 0 % | H |
| Neutrophils Absolute | 10.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472697080] (Abnormal) (continued)**

Resulted: 09/13/18 1953, Result status: Final result

| | | | |
|---|---|---|---|
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Polychromasia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/13/18 2010, Result status: Final result

**Dextrose Stick Glucose [472724104] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 1952

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 171 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0037, Result status: Final result

**Magnesium [472724097]**

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0037, Result status: Final result

**Phosphorus [472724098] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0037, Result status: Final result

**Phosphorus [472724098] (Abnormal) (continued)**

Resulted: 09/14/18 0037, Result status: Final result

**Comprehensive Metabolic Panel [472724102] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 28.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.5 | 8.5 - 10.5 mg/dL | L |
| Glucose | 158 | 71 - 99 mg/dL | H |
| Creatinine | 0.63 | 0.60 - 1.20 mg/dL | — |
| BUN | 23 | 7 - 22 mg/dL | H |
| Protein, Total | 4.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 49 | 40 - 145 U/L | — |
| ALT | 108 | 0 - 55 U/L | H |
| AST (SGOT) | 297 | 10 - 42 U/L | H |
| Bilirubin, Total | 9.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.94 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 36.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 288 | 275 - 300 mOsm/kg | — |
| Globulin | 1.6 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0043, Result status: Final result

**CBC with Automated Differential [472724101] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/13/18 2005
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.19 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.1 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 36 | 32 - 36 gm/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472724101] (Abnormal) (continued)**　　Resulted: 09/14/18 0043, Result status: Final result

| | | | |
|---|---|---|---|
| RDW | 13.7 | 11.0 - 14.0 % | — |
| PLT CT | 46 | 130 - 440 K/cmm | L |
| MPV | 11.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 81.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 6.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Bands | 10 | 0 - 10 % | — |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 14.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [472724096] (Abnormal)**　　Resulted: 09/14/18 0044, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/13/18 2005　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [472724099]**　　Resulted: 09/14/18 0044, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 2005　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 218 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0044, Result status: Final result

**Fibrinogen [472724099] (continued)**

Resulted: 09/14/18 0445, Result status: Final result

**Dextrose Stick Glucose [472749983] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/14/18 0427

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 150 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0454, Result status: Final result

**Unfractionated Heparin Anti-Xa [472749956] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/14/18 0016

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0556, Result status: Edited Result - FINAL

**Antithrombin III Level [472590765] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  09/13/18 1128

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 49 | 80 - 120 % | **L** |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0557, Result status: Edited Result - FINAL

**Antithrombin III Level [472697079] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/13/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0557, Result status: Edited
Result - FINAL

**Antithrombin III Level [472697079] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Antithrombin 3 | 46 | 80 - 120 % | **L** |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0628, Result status: Final result

**Plasma Free Hemoglobin [472749976] (Abnormal)**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/14/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 50.0 | 0.0 - 10.0 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0631, Result status: Final result

**Fibrinogen [472749971]**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/14/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 213 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0641, Result status: Final result

**CBC with Automated Differential [472749974] (Abnormal)**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/14/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.7 | 4.0 - 11.0 K/cmm | **H** |
| RBC | 3.27 | 3.80 - 5.00 M/cmm | **L** |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | **L** |
| Hematocrit | 29.4 | 36.0 - 48.0 % | **L** |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472749974] (Abnormal) (continued)**

Resulted: 09/14/18 0641, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 35 | 32 - 36 gm/dL | — |
| RDW | 14.1 | 11.0 - 14.0 % | H |
| PLT CT | 58 | 130 - 440 K/cmm | L |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 74.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 14 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 18.4 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [472749969]**

Resulted: 09/14/18 0653, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [472749970]**

Resulted: 09/14/18 0653, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0653, Result status: Final
result

**Phosphorus [472749970] (continued)**

Resulted: 09/14/18 0653, Result status: Final
result

**Comprehensive Metabolic Panel [472749977] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 4.4 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 31.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 7.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 150 | 71 - 99 mg/dL | H |
| Creatinine | 0.64 | 0.60 - 1.20 mg/dL | — |
| BUN | 25 | 7 - 22 mg/dL | H |
| Protein, Total | 4.8 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 66 | 40 - 145 U/L | — |
| ALT | 176 | 0 - 55 U/L | H |
| AST (SGOT) | 422 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.82 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 8.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 39.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 130 | 60 - 150 mL/min/1.73m2 | — |

   Comment:   eGFR determined using CKD-EPI equation

| Osmolality Calc | 289 | 275 - 300 mOsm/kg | — |
| Globulin | 1.7 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0659, Result status: Final
result

**Calcium, Ionized [472749975] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.55 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0741, Result status: Final
result

**I-Stat CG8 Plus [472793426] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/13/18 1331



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0741, Result status: Final result

**I-Stat CG8 Plus [472793426] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.34 | 7.35 - 7.45 | L |
| PO2, ISTAT | 92 | 75 - 100 mm Hg | — |
| BE, ISTAT | 2 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 28.7 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 53.2 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 96 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 142 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 3.40 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 152 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 33.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 11.2 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0836, Result status: Final result

**Dextrose Stick Glucose [472793452] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/14/18 0813        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 151 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 0924, Result status: Final result

**PT/APTT [472793428] (Abnormal)**

Ordering provider: Kofsky, Edward R, MD 09/14/18 0751        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 11.8 | 9.5 - 11.5 sec | H |
| PT INR | 1.2 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 0924, Result status: Final result

**PT/APTT [472793428] (Abnormal) (continued)**

| | |
|---|---|
| Deep Venous Thrombosis | 2.0 - 3.0 |
| Pulmonary Embolism | 2.0 - 3.0 |
| Atrial Fibrillation | 2.0 - 3.0 |
| Prosthetic Heart Value | 2.5 - 3.5 |

aPTT                                    32.0                    24.0 - 34.0 sec              —
Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


Resulted: 09/14/18 0926, Result status: Final result

**Unfractionated Heparin Anti-Xa [472749979] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0405

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


Resulted: 09/14/18 1445, Result status: Final result

**LABORATORY REFERENCE AND MISC SCAN [472892484]**

Ordering provider: Provider, Generic Hpf  09/14/18 1445

Resulted: 09/14/18 1458, Result status: Final result

**I-Stat CG8 Plus [472892486] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1149

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.23 | 7.35 - 7.45 | L |
| PO2, ISTAT | 81 | 75 - 100 mm Hg | — |
| BE, ISTAT | 3 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 31.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 75.1 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 93 | 96 - 100 % | L |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 0.95 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Sodium | 146 | 136 - 147 mMol/L | — |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

Resulted: 09/14/18 1458, Result status: Final result

**I-Stat CG8 Plus [472892486] (Abnormal) (continued)**

| i-STAT Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
|---|---|---|---|
| TCO2, ISTAT | 34 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.00 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 146 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 26.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 33607 PIFER-DODSON KRISTIN | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1458, Result status: Final result

**I-Stat CG8 Plus [472892488] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1321

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.24 | 7.35 - 7.45 | L |
| PO2, ISTAT | 199 | 75 - 100 mm Hg | H |
| BE, ISTAT | 1 | -2 - 2 mMol/L | — |
| HCO3, ISTAT | 30.0 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 69.6 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 0.95 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | L Radial | — | — |
| i-STAT Sodium | 146 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.4 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 3.60 | 4.35 - 5.10 mg/dL | L |
| i-STAT Glucose | 169 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 31.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 33607 PIFER-DODSON KRISTIN | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1458, Result status: Final result

**I-Stat INR [472892490]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 1458, Result status: Final
result

**I-Stat INR [472892490] (continued)**

09/14/18 1340

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| i-STAT INR | 1.3 | 0.0 - 3.0 | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1524, Result status: Final
result

**Dextrose Stick Glucose [472892522] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1507

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 172 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1529, Result status: Final
result

**Fibrinogen [472892516] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 174 | 181 - 469 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1547, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472863411] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1205

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1551, Result status: Final
result

**Comprehensive Metabolic Panel [472892510] (Abnormal)**



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472892510] (Abnormal) (continued)**     Resulted: 09/14/18 1551, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 145 | 136 - 147 mMol/L | — |
| Potassium | 4.4 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 26.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 184 | 71 - 99 mg/dL | H |
| Creatinine | 0.64 | 0.60 - 1.20 mg/dL | — |
| BUN | 26 | 7 - 22 mg/dL | H |
| Protein, Total | 4.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 60 | 40 - 145 U/L | — |
| ALT | 116 | 0 - 55 U/L | H |
| AST (SGOT) | 309 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.59 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 40.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 130 | 60 - 150 mL/min/1.73m2 | — |

   Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 298 | 275 - 300 mOsm/kg | — |
| Globulin | 1.7 | 2.0 - 4.0 gm/dL | L |

   Comment:
   The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
   1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1551, Result status: Final result

**Hepatic Function Panel (LFT) [472892515] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1510

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 4.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 60 | 40 - 145 U/L | — |
| ALT | 116 | 0 - 55 U/L | H |
| AST (SGOT) | 309 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.0 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 5.6 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 1.59 | 0.70 - 1.50 Ratio | H |
| Globulin | 1.7 | 2.0 - 4.0 gm/dL | L |

   Comment:
   The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
   1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 1551, Result status: Final
result

**Hepatic Function Panel (LFT) [472892515] (Abnormal) (continued)**

Resulted: 09/14/18 1652, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472793435] (Abnormal)**
Ordering provider:  Hutchens, William Thomas Jr., MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay was validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1652, Result status: Final
result

**Fibrinogen [472793438]**
Ordering provider:  Lafalce, Christian Anthony, MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 202 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1710, Result status: Final
result

**Magnesium [472793436]**
Ordering provider:  Lafalce, Christian Anthony, MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 1710, Result status: Final
result

**Phosphorus [472793437]**
Ordering provider:  Lafalce, Christian Anthony, MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/14/18 0805
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.8 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Phosphorus [472793437] (continued)**

Resulted: 09/14/18 1710, Result status: Final result

**Comprehensive Metabolic Panel [472793441] (Abnormal)**

Resulted: 09/14/18 1710, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 4.4 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 25.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.2 | 8.5 - 10.5 mg/dL | L |
| Glucose | 182 | 71 - 99 mg/dL | H |
| Creatinine | 0.67 | 0.60 - 1.20 mg/dL | — |
| BUN | 28 | 7 - 22 mg/dL | H |
| Protein, Total | 4.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 55 | 40 - 145 U/L | — |
| ALT | 112 | 0 - 55 U/L | H |
| AST (SGOT) | 296 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.94 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 41.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 128 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 297 | 275 - 300 mOsm/kg | — |
| Globulin | 1.6 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472793440] (Abnormal)**

Resulted: 09/14/18 1730, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 4.10 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 12.8 | 12.0 - 16.0 gm/dL | — |
| Hematocrit | 36.8 | 36.0 - 48.0 % | — |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 35 | 32 - 36 gm/dL | — |
| RDW | 14.5 | 11.0 - 14.0 % | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472793440] (Abnormal) (continued)** — Resulted: 09/14/18 1730, Result status: Final result

| | | | |
|---|---|---|---|
| PLT CT | 50 | 130 - 440 K/cmm | L |
| MPV | 10.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 48.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 10.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 32 | 0 - 10 % | H |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 13.5 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Prothrombin Time / INR [472915139] (Abnormal)** — Resulted: 09/14/18 1745, Result status: Final result

Ordering provider: **Kofsky, Edward R, MD  09/14/18 1725**     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 12.2 | 9.5 - 11.5 sec | H |
| PT INR | 1.2 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [472949730] (Abnormal)** — Resulted: 09/14/18 2012, Result status: Final result

Ordering provider:  **Hutchens, William Thomas Jr., MD  09/14/18 1952**     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/14/18 2012, Result status: Final result

**Dextrose Stick Glucose [472949730] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 175 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 2037, Result status: Final result

**Fibrinogen [472892529]**

Ordering provider: Lafalce, Christian Anthony, MD 09/14/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 210 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 2053, Result status: Final result

**Magnesium [472892527]**

Ordering provider: Lafalce, Christian Anthony, MD 09/14/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 2053, Result status: Final result

**Phosphorus [472892528] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/14/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/14/18 2053, Result status: Final result

**Comprehensive Metabolic Panel [472915130] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/14/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472915130] (Abnormal) (continued)**

Resulted: 09/14/18 2053, Result status: Final result

| | | | |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 26.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.3 | 8.5 - 10.5 mg/dL | L |
| Glucose | 173 | 71 - 99 mg/dL | H |
| Creatinine | 0.67 | 0.60 - 1.20 mg/dL | — |
| BUN | 28 | 7 - 22 mg/dL | H |
| Protein, Total | 4.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 75 | 40 - 145 U/L | — |
| ALT | 109 | 0 - 55 U/L | H |
| AST (SGOT) | 281 | 10 - 42 U/L | H |
| Bilirubin, Total | 9.4 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.76 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 41.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 128 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 300 | 275 - 300 mOsm/kg | — |
| Globulin | 1.7 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472892532] (Abnormal)**

Resulted: 09/14/18 2112, Result status: Final result

Ordering provider: **Lafalce, Christian Anthony, MD**    Resulting lab: **WINCHESTER MEDICAL CENTER LAB**
09/14/18 1600
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.83 | 3.80 - 5.00 M/cmm | — |
| Hemoglobin | 12.0 | 12.0 - 16.0 gm/dL | — |
| Hematocrit | 34.4 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 35 | 32 - 36 gm/dL | — |
| RDW | 14.6 | 11.0 - 14.0 % | H |
| PLT CT | 65 | 130 - 440 K/cmm | L |
| MPV | 10.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 57.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 15.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Bands | 21 | 0 - 10 % | H |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 14.2 | 1.7 - 8.6 K/cmm | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472892532] (Abnormal) (continued)**                   Resulted: 09/14/18 2112, Result status: Final result

| | | | |
|---|---|---|---|
| Lymphocytes Absolute | 2.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [472949722] (Abnormal)**                   Resulted: 09/14/18 2234, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD
09/14/18 2000

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.06 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [472949723]**                   Resulted: 09/15/18 0052, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD
09/14/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [472949724] (Abnormal)**                   Resulted: 09/15/18 0052, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD
09/14/18 2005

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 0052, Result status: Final result

**Phosphorus [472949724] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.0 | 2.3 - 4.7 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0052, Result status: Final result

**Comprehensive Metabolic Panel [472949728] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 27.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 7.9 | 8.5 - 10.5 mg/dL | L |
| Glucose | 174 | 71 - 99 mg/dL | H |
| Creatinine | 0.68 | 0.60 - 1.20 mg/dL | — |
| BUN | 29 | 7 - 22 mg/dL | H |
| Protein, Total | 4.9 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 74 | 40 - 145 U/L | — |
| ALT | 102 | 0 - 55 U/L | H |
| AST (SGOT) | 251 | 10 - 42 U/L | H |
| Bilirubin, Total | 9.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.72 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 42.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 301 | 275 - 300 mOsm/kg | H |
| Globulin | 1.8 | 2.0 - 4.0 gm/dL | L |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0056, Result status: Final result

**Calcium, Ionized [472892533] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.75 | 4.35 - 5.10 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**VALLEY HEALTH**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 0056, Result status: Final result

**Calcium, Ionized [472892533] (Abnormal) (continued)**

Resulted: 09/15/18 0106, Result status: Final result

**Fibrinogen [472949725]**

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 215 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0202, Result status: Final result

**Calcium, Ionized [472949756] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/15/18 0140

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.83 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0323, Result status: Final result

**Unfractionated Heparin Anti-Xa [472949737] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.19 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0427, Result status: Final result

**CBC with Automated Differential [472949727] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/14/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 18.5 | 4.0 - 11.0 K/cmm | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472949727] (Abnormal)**
**(continued)**

Resulted: 09/15/18 0427, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 3.72 | 3.80 - 5.00 M/cmm | **L** |
| Hemoglobin | 11.4 | 12.0 - 16.0 gm/dL | **L** |
| Hematocrit | 33.3 | 36.0 - 48.0 % | **L** |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 14.8 | 11.0 - 14.0 % | **H** |
| PLT CT | 63 | 130 - 440 K/cmm | **L** |
| MPV | 9.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 13.0 | 15.0 - 46.0 % | **L** |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 17 | 0 - 10 % | **H** |
| Neutrophils Absolute | 15.4 | 1.7 - 8.6 K/cmm | **H** |
| Lymphocytes Absolute | 2.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |

Comment:
The above 22 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0641, Result status: Final result

**Fibrinogen [472949768]**

Ordering provider: Lafalce, Christian Anthony, MD 09/15/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 261 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0646, Result status: Final result

**Magnesium [472949766] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/15/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | **H** |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 0646, Result status: Final result

**Magnesium [472949766] (Abnormal) (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0646, Result status: Final result

**Phosphorus [472949767] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0646, Result status: Final result

**Calcium, Ionized [472995990]**

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.37 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0646, Result status: Final result

**Comprehensive Metabolic Panel [472995991] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 25.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 177 | 71 - 99 mg/dL | H |
| Creatinine | 0.70 | 0.60 - 1.20 mg/dL | — |
| BUN | 29 | 7 - 22 mg/dL | H |
| Protein, Total | 5.1 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 65 | 40 - 145 U/L | — |
| ALT | 102 | 0 - 55 U/L | H |
| AST (SGOT) | 227 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.8 | 0.1 - 1.2 mg/dL | H |



ValleyHealth
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472995991] (Abnormal) (continued)**    Resulted: 09/15/18 0646, Result status: Final result

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 1.83 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 41.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 126 | 60 - 150 mL/min/1.73m2 | — |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 297 | 275 - 300 mOsm/kg | — |
| Globulin | 1.8 | 2.0 - 4.0 gm/dL | L |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [472995989] (Abnormal)**    Resulted: 09/15/18 0734, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/15/18 0400
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.55 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 32.1 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 14.9 | 11.0 - 14.0 % | H |
| PLT CT | 64 | 130 - 440 K/cmm | L |
| MPV | 11.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 88.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 9.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 18.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |

Comment:

The above 21 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/15/18 0843, Result status: Final
result

**Unfractionated Heparin Anti-Xa [472995995] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0422

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.14 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0849, Result status: Edited
Result - FINAL

**Antithrombin III Level [472749973] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 48 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0851, Result status: Edited
Result - FINAL

**Antithrombin III Level [472892531] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/14/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 54 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent
thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0856, Result status: Edited
Result - FINAL

**Antithrombin III Level [472995988] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 0856, Result status: Edited
Result - FINAL

**Antithrombin III Level [472995988] (Abnormal) (continued)**
09/15/18 0400

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Antithrombin 3 | 50 | 80 - 120 % | **L** |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0954, Result status: Final
result

**Amylase [472996037]**
Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0910

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Amylase | 30 | 30 - 135 U/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 0954, Result status: Final
result

**Lipase [472996038] (Abnormal)**
Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0910

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Lipase | 120 | 8 - 78 U/L | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1002, Result status: Final
result

**Dextrose Stick Glucose [473019767] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 0947

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 170 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 1002, Result status: Final result

**Dextrose Stick Glucose [473019767] (Abnormal) (continued)**

Resulted: 09/15/18 1220, Result status: Final result

**Dextrose Stick Glucose [473019780] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/15/18 1203       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 165 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1237, Result status: Final result

**Fibrinogen [472996019]**

Ordering provider: Lafalce, Christian Anthony, MD 09/15/18 0805       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 311 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1246, Result status: Final result

**CBC with Automated Differential [472996021] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/15/18 0805       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 19.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.44 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.7 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.0 | 11.0 - 14.0 % | H |
| PLT CT | 73 | 130 - 440 K/cmm | L |
| MPV | 11.7 | 6.0 - 14.0 fL | H |
| NEUTROPHIL % | 94.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 5.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Neutrophils Absolute | 18.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [472996021] (Abnormal) (continued)**

Resulted: 09/15/18 1246, Result status: Final result

| | | | |
|---|---|---|---|
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 21 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1249, Result status: Final result

**Magnesium [472996017]**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/15/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1249, Result status: Final result

**Phosphorus [472996018]**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/15/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1249, Result status: Final result

**Comprehensive Metabolic Panel [472996022] (Abnormal)**

Ordering provider: **Lafalce, Christian Anthony, MD**
09/15/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 145 | 136 - 147 mMol/L | — |
| Potassium | 4.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | H |
| CO2 | 26.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 162 | 71 - 99 mg/dL | H |
| Creatinine | 0.73 | 0.60 - 1.20 mg/dL | — |
| BUN | 30 | 7 - 22 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [472996022] (Abnormal) (continued)**    Resulted: 09/15/18 1249, Result status: Final result

| | | | |
|---|---|---|---|
| Protein, Total | 5.2 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 78 | 40 - 145 U/L | — |
| ALT | 93 | 0 - 55 U/L | H |
| AST (SGOT) | 199 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.60 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 10.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 41.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 120 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 298 | 275 - 300 mOsm/kg | — |
| Globulin | 2.0 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473019788]**    Resulted: 09/15/18 1336, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD  09/15/18 1317    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.37 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [473019772] (Abnormal)**    Resulted: 09/15/18 1403, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD  09/15/18 1115    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.27 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [473019805] (Abnormal)**    Resulted: 09/15/18 1650, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD  09/15/18 1633    Resulting lab:  WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 1650, Result status: Final result

**Dextrose Stick Glucose [473019805] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 157 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1749, Result status: Final result

**Unfractionated Heparin Anti-Xa [473019793] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1515

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.29 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1755, Result status: Final result

**Calcium, Ionized [473019801]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.53 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1805, Result status: Final result

**Fibrinogen [473019796]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 323 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1808, Result status: Final result

**Magnesium [473019794]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 1808, Result status: Final result

**Magnesium [473019794] (continued)**

09/15/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1808, Result status: Final result

**Phosphorus [473019795]**

Ordering provider:  Lafalce, Christian Anthony, MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

09/15/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.0 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 1808, Result status: Final result

**Comprehensive Metabolic Panel [473019800] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

09/15/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 4.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 25.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 165 | 71 - 99 mg/dL | H |
| Creatinine | 0.72 | 0.60 - 1.20 mg/dL | — |
| BUN | 33 | 7 - 22 mg/dL | H |
| Protein, Total | 5.3 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 91 | 40 - 145 U/L | — |
| ALT | 95 | 0 - 55 U/L | H |
| AST (SGOT) | 184 | 10 - 42 U/L | H |
| Bilirubin, Total | 8.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.65 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 45.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 122 | 60 - 150 mL/min/1.73m2 | — |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 2.0 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473019800] (Abnormal) (continued)**
Resulted: 09/15/18 1808, Result status: Final result

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473019799] (Abnormal)**
Resulted: 09/15/18 1915, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1600
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 19.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.32 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.8 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 86 | 130 - 440 K/cmm | L |
| MPV | 11.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 67.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 15.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 11 | 0 - 10 /100 WBCs | H |
| RBC Morphology | Morphology Consistent with Hemogram | — | |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [473019806]**
Resulted: 09/15/18 2117, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 1915
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.33 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/15/18 2117, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473019806] (continued)**

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 2129, Result status: Final
result

**Dextrose Stick Glucose [473081459] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/15/18 2103

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 158 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/15/18 2359, Result status: Final
result

**Fibrinogen [473081453]**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/15/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 294 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0017, Result status: Final
result

**Magnesium [473019811]**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/15/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0017, Result status: Final
result

**Phosphorus [473081452]**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/15/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Lab - All Results (continued)**

Resulted: 09/16/18 0017, Result status: Final
result

**Phosphorus [473081452] (continued)**
Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0017, Result status: Final
result

**Comprehensive Metabolic Panel [473081456] (Abnormal)**
Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 2005
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 4.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 24.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 156 | 71 - 99 mg/dL | H |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 33 | 7 - 22 mg/dL | H |
| Protein, Total | 5.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 107 | 40 - 145 U/L | — |
| ALT | 86 | 0 - 55 U/L | H |
| AST (SGOT) | 153 | 10 - 42 U/L | H |
| Bilirubin, Total | 7.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.71 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 44.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 303 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0019, Result status: Final
result

**CBC with Automated Differential [473081455] (Abnormal)**
Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/15/18 2005
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.32 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.0 | 36.0 - 48.0 % | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473081455] (Abnormal) (continued)**  Resulted: 09/16/18 0019, Result status: Final result

| | | | |
|---|---|---|---|
| MCV | 94 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 94 | 130 - 440 K/cmm | L |
| MPV | 11.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 40.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 37 | 0 - 10 % | H |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 14.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473081457]**  Resulted: 09/16/18 0036, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.45 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [473081461]**  Resulted: 09/16/18 0146, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 2315

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/16/18 0146, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473081461] (continued)**

| | | | |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.32 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0619, Result status: Final
result

**Calcium, Ionized [473081488]**

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0624, Result status: Final
result

**Magnesium [473081481]**

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0624, Result status: Final
result

**Phosphorus [473081482]**

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0624, Result status: Final
result

**Comprehensive Metabolic Panel [473081487] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473081487] (Abnormal) (continued)**    Resulted: 09/16/18 0624, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 4.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 115 | 98 - 110 mMol/L | H |
| CO2 | 25.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.4 | 8.5 - 10.5 mg/dL | L |
| Glucose | 168 | 71 - 99 mg/dL | H |
| Creatinine | 0.74 | 0.60 - 1.20 mg/dL | — |
| BUN | 36 | 7 - 22 mg/dL | H |
| Protein, Total | 5.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.4 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 122 | 40 - 145 U/L | — |
| ALT | 85 | 0 - 55 U/L | H |
| AST (SGOT) | 139 | 10 - 42 U/L | H |
| Bilirubin, Total | 7.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.55 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 48.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 118 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 305 | 275 - 300 mOsm/kg | H |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [473081483]**    Resulted: 09/16/18 0638, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 330 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [473081489] (Abnormal)**    Resulted: 09/16/18 0638, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.26 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/16/18 0638, Result status: Final
result

__Unfractionated Heparin Anti-Xa [473081489] (Abnormal) (continued)__

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0657, Result status: Final
result

__CBC with Automated Differential [473081486] (Abnormal)__

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0400
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.16 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.6 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 99 | 130 - 440 K/cmm | L |
| MPV | 11.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 67.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 12.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 2.4 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 6 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 0739, Result status: Final
result

__Dextrose Stick Glucose [473081497] (Abnormal)__

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 0723



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/16/18 0739, Result status: Final
result

**Dextrose Stick Glucose [473081497] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 165 | 71 - 99 mg/dL | **H** |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1002, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473131838]**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/16/18 0800

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Heparin Unfractionated Anti-Xa | 0.30 | 0.30 - 0.70 IU/mL | — |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1052, Result status: Final
result

**Fibrinogen [473131842]**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/16/18 0805

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 374 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1218, Result status: Final
result

**Dextrose Stick Glucose [473131856] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/16/18 1200

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 170 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1241, Result status: Final
result

**Magnesium [473131840]**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/16/18 1241, Result status: Final
result

**Magnesium [473131840] (continued)**

09/16/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1241, Result status: Final
result

**Phosphorus [473131841]**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

09/16/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1241, Result status: Final
result

**Comprehensive Metabolic Panel [473131845] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

09/16/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 149 | 136 - 147 mMol/L | H |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| Chloride | 115 | 98 - 110 mMol/L | H |
| CO2 | 25.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 176 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 37 | 7 - 22 mg/dL | H |
| Protein, Total | 6.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 141 | 40 - 145 U/L | — |
| ALT | 75 | 0 - 55 U/L | H |
| AST (SGOT) | 117 | 10 - 42 U/L | H |
| Bilirubin, Total | 6.5 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.61 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 46.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |
| Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 309 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473131845] (Abnormal) (continued)**

Resulted: 09/16/18 1241, Result status: Final result

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473131846]**

Resulted: 09/16/18 1245, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.35 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473131844] (Abnormal)**

Resulted: 09/16/18 1248, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.94 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.6 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.5 | 11.0 - 14.0 % | H |
| PLT CT | 108 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 12.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473131844] (Abnormal) (continued)**　　Resulted: 09/16/18 1248, Result status: Final result

| | | | |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1416, Result status: Final result

**Unfractionated Heparin Anti-Xa [473131853] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 1200　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.28 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1601, Result status: Final result

**Dextrose Stick Glucose [473131878] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 1545　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 168 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1628, Result status: Final result

**Vancomycin, Trough [473131854]**

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 1205　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Vancomycin Trough | 17.21 | 10.00 - 20.00 mcg/mL | — |

Comment:
Goal trough ranges of 15 to 20 mcg/mL are recommended for treating complicated infections such as bacteremia, endocarditis, osteomyelitis, meningitis, and hospital-acquired pneumonia.

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/16/18 1742, Result status: Edited
Result - FINAL

**Antithrombin III Level [473019798] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/15/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 57 | 80 - 120 % | L |

Comment:
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1745, Result status: Edited
Result - FINAL

**Antithrombin III Level [473081485] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 0400

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 52 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1825, Result status: Final
result

**Fibrinogen [473131869]**

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 374 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1825, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473131875] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/16/18 1825, Result status: Final result

**Unfractionated Heparin Anti-Xa [473131875] (Abnormal) (continued)**

09/16/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.28 | 0.30 - 0.70 IU/mL | **L** |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results

Resulted: 09/16/18 1835, Result status: Final
result

**Calcium, Ionized [473131874]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.46 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1839, Result status: Final
result

**Magnesium [473131867]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1839, Result status: Final
result

**Phosphorus [473131868]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.0 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 1839, Result status: Final
result

**Comprehensive Metabolic Panel [473131873] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 149 | 136 - 147 mMol/L | H |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 26.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 177 | 71 - 99 mg/dL | H |
| Creatinine | 0.82 | 0.60 - 1.20 mg/dL | — |
| BUN | 37 | 7 - 22 mg/dL | H |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473131873] (Abnormal) (continued)**

Resulted: 09/16/18 1839, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Albumin | 3.8 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 147 | 40 - 145 U/L | H |
| ALT | 73 | 0 - 55 U/L | H |
| AST (SGOT) | 107 | 10 - 42 U/L | H |
| Bilirubin, Total | 7.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.65 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 45.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 104 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 309 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473131872] (Abnormal)**

Resulted: 09/16/18 1917, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD       Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 1600
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.39 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.2 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.6 | 11.0 - 14.0 % | H |
| PLT CT | 118 | 130 - 440 K/cmm | L |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 22.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 2 | 0 - 10 % | — |
| Metamyelocytes | 7 | 0 - 0 % | H |
| Neutrophils Absolute | 11.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 12 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [473131872] (Abnormal) (continued)

Resulted: 09/16/18 1917, Result status: Final result

|  | Reviewed |  |  |
|---|---|---|---|
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 2248, Result status: Final result

### Unfractionated Heparin Anti-Xa [473176704] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 2000

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.25 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 2251, Result status: Final result

### Dextrose Stick Glucose [473176714] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/16/18 2234

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 173 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/16/18 2357, Result status: Final result

### Fibrinogen [473176707]

Ordering provider: Lafalce, Christian Anthony, MD 09/16/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0012, Result status: Final result

### Magnesium [473176705]



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/17/18 0012, Result status: Final result

**Magnesium [473176705] (continued)**

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0012, Result status: Final result

**Phosphorus [473176706]**

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0012, Result status: Final result

**Comprehensive Metabolic Panel [473176710] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/16/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 149 | 136 - 147 mMol/L | H |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | H |
| CO2 | 27.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 182 | 71 - 99 mg/dL | H |
| Creatinine | 0.83 | 0.60 - 1.20 mg/dL | — |
| BUN | 38 | 7 - 22 mg/dL | H |
| Protein, Total | 6.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 164 | 40 - 145 U/L | H |
| ALT | 73 | 0 - 55 U/L | H |
| AST (SGOT) | 105 | 10 - 42 U/L | H |
| Bilirubin, Total | 6.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.70 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 45.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 103 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 310 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473176710] (Abnormal) (continued)**          Resulted: 09/17/18 0012, Result status: Final result

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473176711]**          Resulted: 09/17/18 0012, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473176709] (Abnormal)**          Resulted: 09/17/18 0025, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/16/18 2005

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.43 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.6 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.5 | 11.0 - 14.0 % | H |
| PLT CT | 117 | 130 - 440 K/cmm | L |
| MPV | 11.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 51.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Metamyelocytes | 5 | 0 - 0 % | H |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 10.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 17 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473176709] (Abnormal) (continued)**   Resulted: 09/17/18 0025, Result status: Final result

|  | Reviewed |  |  |
|---|---|---|---|
| Macrocytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0410, Result status: Final result

**Dextrose Stick Glucose [473227656] (Abnormal)**
Ordering provider:  Hutchens, William Thomas Jr., MD
09/17/18 0353          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 179 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0412, Result status: Final result

**Plasma Free Hemoglobin [473176733] (Abnormal)**
Ordering provider:  Lafalce, Christian Anthony, MD
09/17/18 0015          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 100.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0412, Result status: Final result

**Unfractionated Heparin Anti-Xa [473176734]**
Ordering provider:  Kofsky, Edward R, MD  09/17/18 0015     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.30 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 0523, Result status: Final result

**Calcium, Ionized [473227653] (Abnormal)**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Calcium, Ionized [473227653] (Abnormal) (continued)**

Resulted: 09/17/18 0523, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/17/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.29 | 4.35 - 5.10 mg/dL | **L** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473227646]**

Resulted: 09/17/18 0539, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/17/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473227647]**

Resulted: 09/17/18 0539, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/17/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [473227652] (Abnormal)**

Resulted: 09/17/18 0539, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/17/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | **H** |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | **H** |
| CO2 | 27.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 185 | 71 - 99 mg/dL | **H** |
| Creatinine | 0.79 | 0.60 - 1.20 mg/dL | — |
| BUN | 39 | 7 - 22 mg/dL | **H** |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473227652] (Abnormal) (continued)**          Resulted: 09/17/18 0539, Result status: Final result

| | | | |
|---|---|---|---|
| Albumin | 3.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 191 | 40 - 145 U/L | H |
| ALT | 75 | 0 - 55 U/L | H |
| AST (SGOT) | 114 | 10 - 42 U/L | H |
| Bilirubin, Total | 6.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.44 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 49.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 109 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 312 | 275 - 300 mOsm/kg | H |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473227651] (Abnormal)**          Resulted: 09/17/18 0614, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 0400
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.42 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.6 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.1 | 11.0 - 14.0 % | H |
| PLT CT | 120 | 130 - 440 K/cmm | L |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 72.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 12.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473227651] (Abnormal) (continued)**   Resulted: 09/17/18 0614, Result status: Final result

|  | | | |
|---|---|---|---|
|  | Morphology Reviewed Morphology Consistent with Hemogram | | |
| Polychromasia | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [473131871] (Abnormal)**   Resulted: 09/17/18 0713, Result status: Edited Result - FINAL

Ordering provider: Lafalce, Christian Anthony, MD 09/16/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 60 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**LABORATORY REFERENCE AND MISC SCAN [473256623]**   Resulted: 09/17/18 0836, Result status: Final result

Ordering provider: Provider, Generic Hpf 09/17/18 0836

**I-Stat CG8 Plus [473256638] (Abnormal)**   Resulted: 09/17/18 1028, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/17/18 0900    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 166 | 75 - 100 mm Hg | H |
| BE, ISTAT | 5 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.7 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 51.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 152 | 136 - 147 mMol/L | H |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/17/18 1028, Result status: Final result

**I-Stat CG8 Plus [473256638] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Potassium | 3.2 | 3.5 - 5.3 mMol/L | **L** |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | **H** |
| Ionized Ca, ISTAT | 4.90 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 169 | 71 - 99 mg/dL | **H** |
| i-STAT Hematocrit | 32.0 | 36.0 - 48.0 % | **L** |
| i-STAT Hemoglobin | 10.9 | 12.0 - 16.0 gm/dL | **L** |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1132, Result status: Final result

**Triglycerides [473256644] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1044

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Triglycerides | 168 | 10 - 150 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1217, Result status: Final result

**Unfractionated Heparin Anti-Xa [473227676] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 0800

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1217, Result status: Final result

**Fibrinogen [473256618]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/17/18 1217, Result status: Final result

**Fibrinogen [473256618] (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1229, Result status: Final result

**Magnesium [473227677]**
Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 0805
    Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1229, Result status: Final result

**Phosphorus [473256617]**
Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 0805
    Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Phosphorus | 4.4 | 2.3 - 4.7 mg/dL | — |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1229, Result status: Final result

**Comprehensive Metabolic Panel [473256621] (Abnormal)**
Ordering provider:  Lafalce, Christian Anthony, MD          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 0805
    Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 29.1 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 162 | 71 - 99 mg/dL | H |
| Creatinine | 0.81 | 0.60 - 1.20 mg/dL | — |
| BUN | 37 | 7 - 22 mg/dL | H |
| Protein, Total | 5.9 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 216 | 40 - 145 U/L | H |
| ALT | 78 | 0 - 55 U/L | H |
| AST (SGOT) | 127 | 10 - 42 U/L | H |
| Bilirubin, Total | 5.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.46 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 12.3 | 7.0 - 18.0 mMol/L | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473256621] (Abnormal) (continued)**

Resulted: 09/17/18 1229, Result status: Final result

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 45.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 106 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 310 | 275 - 300 mOsm/kg | H |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473256620] (Abnormal)**

Resulted: 09/17/18 1242, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 0805
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.36 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.3 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 110 | 130 - 440 K/cmm | L |
| MPV | 10.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 74.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 5 | 0 - 0 % | H |
| Neutrophils Absolute | 11.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 15 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 2+ | — | — |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473256620] (Abnormal) (continued)**

Resulted: 09/17/18 1242, Result status: Final result

| | | | |
|---|---|---|---|
| Poikilocytosis | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1254, Result status: Final result

**Calcium, Ionized [473256622]**

Ordering provider: Lafalce, Christian Anthony, MD
09/17/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.84 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1314, Result status: Final result

**Cell Count, Body Fluid [473019775]**

Ordering provider: Hutchens, William Thomas Jr., MD
09/15/18 1138

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fluid Type: | Other | — | — |
| Comment: BRONCHIAL WASH | | | |
| Neutrophil Count, Fluid | 80 | % | — |
| Body Fluid Lymphocytes | 15 | % | — |
| Mono, Fluid | 5 | % | — |
| Other Cells: | SEE NOTE | — | — |

Comment:
FEW MESOTHELIAL CELLS AND MACROPHAGES PRESENT.
NO EOSINOPHILS SEEN
MANY CELLULAR DEBRIS AND FIBRINOIDS
The above 5 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1440, Result status: Final result

**Unfractionated Heparin Anti-Xa [473256645] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/17/18 1200

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.13 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/17/18 1440, Result status: Final result

#### Unfractionated Heparin Anti-Xa [473256645] (Abnormal) (continued)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1836, Result status: Final result

#### Fibrinogen [473256655]
Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 330 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1836, Result status: Final result

#### Unfractionated Heparin Anti-Xa [473256661]
Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.31 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1850, Result status: Final result

#### Magnesium [473256653]
Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1850, Result status: Final result

#### Phosphorus [473256654]
Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.1 | 2.3 - 4.7 mg/dL | — |

Comment:

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/17/18 1850, Result status: Final result

**Phosphorus [473256654] (continued)**

    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1850, Result status: Final result

**Comprehensive Metabolic Panel [473256659] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 30.9 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 194 | 71 - 99 mg/dL | H |
| Creatinine | 0.81 | 0.60 - 1.20 mg/dL | — |
| BUN | 36 | 7 - 22 mg/dL | H |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 196 | 40 - 145 U/L | H |
| ALT | 75 | 0 - 55 U/L | H |
| AST (SGOT) | 109 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.54 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 44.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 106 | 60 - 150 mL/min/1.73m2 | — |
|    Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 308 | 275 - 300 mOsm/kg | H |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |
|    Comment: | | | |

    The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 1859, Result status: Final result

**Calcium, Ionized [473256660]**

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.86 | 4.35 - 5.10 mg/dL | — |
|    Comment: | | | |

    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/17/18 2118, Result status: Final result

**CBC with Automated Differential [473256658] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.17 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.5 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 108 | 130 - 440 K/cmm | L |
| MPV | 11.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 61.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 10 | 0 - 10 % | — |
| Metamyelocytes | 4 | 0 - 0 % | H |
| Myelocytes | 6 | 0 - 0 % | H |
| Neutrophils Absolute | 11.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 23 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Schistocytes | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 32 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2229, Result status: Final result

**Unfractionated Heparin Anti-Xa [473399111]**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 2000
Components



| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

Resulted: 09/17/18 2229, Result status: Final result

**Unfractionated Heparin Anti-Xa [473399111] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2229, Result status: Final result

**Fibrinogen [473399114]**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 294 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2242, Result status: Final result

**Magnesium [473399112]**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2242, Result status: Final result

**Phosphorus [473399113]**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 2005

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.0 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/17/18 2255, Result status: Final result

**Comprehensive Metabolic Panel [473399117] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/17/18 2005



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473399117] (Abnormal) (continued)**   Resulted: 09/17/18 2255, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 29.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 191 | 71 - 99 mg/dL | H |
| Creatinine | 0.79 | 0.60 - 1.20 mg/dL | — |
| BUN | <2 | 7 - 22 mg/dL | L |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 186 | 40 - 145 U/L | H |
| ALT | 74 | 0 - 55 U/L | H |
| AST (SGOT) | 100 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.54 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 1.3 | 10.0 - 30.0 Ratio | L |
| EGFR | 109 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 293 | 275 - 300 mOsm/kg | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473399118]**   Resulted: 09/17/18 2255, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD
09/17/18 2005

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.87 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473399116] (Abnormal)**   Resulted: 09/17/18 2310, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD
09/17/18 2005

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.0 | 4.0 - 11.0 K/cmm | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473399116] (Abnormal) (continued)**
Resulted: 09/17/18 2310, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 3.13 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.3 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 109 | 130 - 440 K/cmm | L |
| MPV | 11.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 72.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 10.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [473399135]**
Resulted: 09/18/18 0242, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 0001

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.36 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473399149]**
Resulted: 09/18/18 0441, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 0230

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.89 | 4.35 - 5.10 mg/dL | — |



*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 0441, Result status: Final result

**Calcium, Ionized [473399149] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0447, Result status: Final result

**Plasma Free Hemoglobin [473399147] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 50.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0449, Result status: Final result

**Fibrinogen [473453461]**

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 0230

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 323 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0450, Result status: Final result

**Comprehensive Metabolic Panel [473453460] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 0230

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 151 | 136 - 147 mMol/L | H |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 31.6 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | — |
| Glucose | 189 | 71 - 99 mg/dL | H |
| Creatinine | 0.77 | 0.60 - 1.20 mg/dL | — |
| BUN | 37 | 7 - 22 mg/dL | H |
| Protein, Total | 6.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 165 | 40 - 145 U/L | H |
| ALT | 65 | 0 - 55 U/L | H |
| AST (SGOT) | 86 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.7 | 0.1 - 1.2 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473453460] (Abnormal) (continued)**    *Resulted: 09/18/18 0450, Result status: Final result*

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 1.86 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 48.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 112 | 60 - 150 mL/min/1.73m2 | — |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 314 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473453462]**    *Resulted: 09/18/18 0450, Result status: Final result*

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0230

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473453463]**    *Resulted: 09/18/18 0450, Result status: Final result*

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0230

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473399150] (Abnormal)**    *Resulted: 09/18/18 0621, Result status: Final result*

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0230
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.92 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.0 | 36.0 - 48.0 % | L |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

### CBC with Automated Differential [473399150] (Abnormal) (continued)

Resulted: 09/18/18 0621, Result status: Final result

| | | | |
|---|---|---|---|
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.9 | 11.0 - 14.0 % | H |
| PLT CT | 121 | 130 - 440 K/cmm | L |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 78.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 8.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 10 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 13.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 6 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Schistocytes | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Unfractionated Heparin Anti-Xa [473453466]

Resulted: 09/18/18 0712, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD 09/18/18 0400

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Antithrombin III Level [473227650] (Abnormal)

Resulted: 09/18/18 0723, Result status: Edited Result - FINAL



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 0723, Result status: Edited
Result - FINAL

**Antithrombin III Level [473227650] (Abnormal) (continued)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 55 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0726, Result status: Edited
Result - FINAL

**Antithrombin III Level [473256657] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/17/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 60 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 0731, Result status: Edited
Result - FINAL

**Antithrombin III Level [473453465] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 63 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**LABORATORY REFERENCE AND MISC SCAN [473453506]**

Resulted: 09/18/18 1016, Result status: Final result

Ordering provider:  Provider, Generic Hpf  09/18/18 1016

**Unfractionated Heparin Anti-Xa [473453484]**

Resulted: 09/18/18 1029, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0800

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [473453489]**

Resulted: 09/18/18 1033, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 336 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [473453488] (Abnormal)**

Resulted: 09/18/18 1045, Result status: Final result

Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 32.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 214 | 71 - 99 mg/dL | H |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 37 | 7 - 22 mg/dL | H |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 155 | 40 - 145 U/L | H |
| ALT | 61 | 0 - 55 U/L | H |
| AST (SGOT) | 81 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.77 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.8 | 7.0 - 18.0 mMol/L | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473453488] (Abnormal) (continued)**

Resulted: 09/18/18 1045, Result status: Final result

| | Value | Reference Range | Flag |
|---|---|---|---|
| BUN/Creatinine Ratio | 49.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 313 | 275 - 300 mOsm/kg | H |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473453490]**

Resulted: 09/18/18 1045, Result status: Final result

Ordering provider: **Lafalce, Christian Anthony, MD**
09/18/18 0805

Resulting lab: **WINCHESTER MEDICAL CENTER LAB**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473453491]**

Resulted: 09/18/18 1045, Result status: Final result

Ordering provider: **Lafalce, Christian Anthony, MD**
09/18/18 0805

Resulting lab: **WINCHESTER MEDICAL CENTER LAB**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [473453487] (Abnormal)**

Resulted: 09/18/18 1048, Result status: Final result

Ordering provider: **Lafalce, Christian Anthony, MD**
09/18/18 0805

Resulting lab: **WINCHESTER MEDICAL CENTER LAB**

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.64 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.5 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473453487] (Abnormal) (continued)**    Resulted: 09/18/18 1048, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 16.6 | 11.0 - 14.0 % | H |
| PLT CT | 120 | 130 - 440 K/cmm | L |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 11.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 15 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473453486]**    Resulted: 09/18/18 1104, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 0805

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.78 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [473508936] (Abnormal)**    Resulted: 09/18/18 1217, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 1150

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 232 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 1217, Result status: Final result

### Dextrose Stick Glucose [473508936] (Abnormal) (continued)

Resulted: 09/18/18 1446, Result status: Final result

### Hemoglobin and Hematocrit, Blood [473508938] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/18/18 1417    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hemoglobin | 8.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.8 | 36.0 - 48.0 % | L |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1511, Result status: Final result

### Unfractionated Heparin Anti-Xa [473508934]

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1200    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.35 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1628, Result status: Final result

### Fibrinogen [473508943]

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1430    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 275 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1634, Result status: Final result

### Dextrose Stick Glucose [473508962] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD 09/18/18 1612    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 231 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 1634, Result status: Final result

**Dextrose Stick Glucose [473508962] (Abnormal) (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1647, Result status: Final result

**Comprehensive Metabolic Panel [473508942] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 1430

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 32.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 224 | 71 - 99 mg/dL | H |
| Creatinine | 0.78 | 0.60 - 1.20 mg/dL | — |
| BUN | 40 | 7 - 22 mg/dL | H |
| Protein, Total | 5.7 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.8 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 148 | 40 - 145 U/L | H |
| ALT | 53 | 0 - 55 U/L | — |
| AST (SGOT) | 69 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.4 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.00 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 51.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 111 | 60 - 150 mL/min/1.73m2 | — |
|   Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 315 | 275 - 300 mOsm/kg | H |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

  Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1647, Result status: Final result

**Magnesium [473508944]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 1430

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

  Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1647, Result status: Final result

**Phosphorus [473508945]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 1647, Result status: Final result

### Phosphorus [473508945] (continued)

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1749, Result status: Final result

### Calcium, Ionized [473508940]

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.71 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1826, Result status: Final result

### Unfractionated Heparin Anti-Xa [473508955]

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1600

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.32 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 1922, Result status: Final result

### CBC and differential [473508957] (Abnormal)

Ordering provider: Lafalce, Christian Anthony, MD 09/18/18 1617

Narrative:
This order is a replacement of the rejected order with accession number H1826100615.
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.86 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.7 | 36.0 - 48.0 % | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/18/18 1922, Result status: Final result

**CBC and differential [473508957] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.2 | 11.0 - 14.0 % | H |
| PLT CT | 108 | 130 - 440 K/cmm | L |
| MPV | 11.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 70.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 9.0 | 15.0 - 46.0 % | L |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 14 | 0 - 10 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 11.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 12 | 0 - 10 /100 WBCs | H |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/18/18 2117, Result status: Final result

**Dextrose Stick Glucose [473618809] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 2045

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 210 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/18/18 2227, Result status: Final result

**Unfractionated Heparin Anti-Xa [473618798] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/18/18 2000

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.23 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 2227, Result status: Final result

**Unfractionated Heparin Anti-Xa [473618798] (Abnormal) (continued)**
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2227, Result status: Final result

**Fibrinogen [473618803]**
Ordering provider:  Lafalce, Christian Anthony, MD         Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 2005
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 294 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2237, Result status: Final result

**Comprehensive Metabolic Panel [473618802] (Abnormal)**
Ordering provider:  Lafalce, Christian Anthony, MD         Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/18/18 2005
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 32.1 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 197 | 71 - 99 mg/dL | H |
| Creatinine | 0.58 | 0.60 - 1.20 mg/dL | L |
| BUN | 40 | 7 - 22 mg/dL | H |
| Protein, Total | 5.6 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 147 | 40 - 145 U/L | H |
| ALT | 52 | 0 - 55 U/L | — |
| AST (SGOT) | 64 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.67 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 69.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 134 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 308 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2237, Result status: Final result

**Magnesium [473618804]**



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 2237, Result status: Final
result

**Magnesium [473618804] (continued)**

Ordering provider:  Lafalce, Christian Anthony, MD
09/18/18 2005
Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2237, Result status: Final
result

**Phosphorus [473618805]**

Ordering provider:  Lafalce, Christian Anthony, MD
09/18/18 2005
Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2240, Result status: Final
result

**Calcium, Ionized [473618800]**

Ordering provider:  Lafalce, Christian Anthony, MD
09/18/18 2005
Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.35 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2252, Result status: Final
result

**CBC with Automated Differential [473618801] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD
09/18/18 2005
Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 13.8 | 4.0 - 11.0 K/cmm | H |
| Comment:  NO PLT CLUMPS FOUND ON SMEAR LG PLT NOTED | | | |
| RBC | 2.95 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.8 | 36.0 - 48.0 % | L |
| MCV | 91 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473618801] (Abnormal)** (continued)

Resulted: 09/18/18 2252, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 35 | 32 - 36 gm/dL | — |
| RDW | 16.3 | 11.0 - 14.0 % | H |
| PLT CT | 113 | 130 - 440 K/cmm | L |
| MPV | 11.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 68.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 24.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 9.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 22 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/18/18 2311, Result status: Final result

**Miscellaneous Test [473019778]**

| | |
|---|---|
| Ordering provider: Hutchens, William Thomas Jr., MD 09/15/18 1000 | Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY |

Narrative:
34475 Legionella Pneumophila Antigen, DFA

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Miscellaneous Test | SEE NOTE | — | — |

Comment:
FLEXITEST 1
LEGIONELLA PNEUMOPHILA ANTIGEN, DFA
SOURCE : BRONCH WASHING
L. PNEUMOPHILA, DFA        Not Detected

   Reference range:  Not Detected
Test Performed by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801

| | | | |
|---|---|---|---|
| Specimen type/source/volume | bronch washing | — | — |
| Test code and name of test | 34475 Legionella Pneumophila Antigen, DFA | — | — |

Comment:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/18/18 2311, Result status: Final
result

**Miscellaneous Test [473019778] (continued)**

The above 3 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20151

Resulted: 09/19/18 0034, Result status: Final
result

**Dextrose Stick Glucose [473618838] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0017

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 179 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0224, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473618820] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0001

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.18 | 0.30 - 0.70 IU/mL | L |
| Comment: | | | |

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0410, Result status: Final
result

**Plasma Free Hemoglobin [473618832] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0015

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 70.0 | 0.0 - 10.0 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0427, Result status: Final
result

**Fibrinogen [473672172]**

Ordering provider: Lafalce, Christian Anthony, MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0230

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 311 | 181 - 469 mg/dL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 0427, Result status: Final result

**Fibrinogen [473672172] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0428, Result status: Final result

**Calcium, Ionized [473672169]**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 0230

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.56 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0430, Result status: Final result

**Dextrose Stick Glucose [473672181] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 0401

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 169 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0434, Result status: Final result

**Comprehensive Metabolic Panel [473672171] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 0230

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 32.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 173 | 71 - 99 mg/dL | H |
| Creatinine | 0.77 | 0.60 - 1.20 mg/dL | — |
| BUN | 42 | 7 - 22 mg/dL | H |
| Protein, Total | 5.9 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 153 | 40 - 145 U/L | H |
| ALT | 45 | 0 - 55 U/L | — |
| AST (SGOT) | 60 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.6 | 0.1 - 1.2 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473672171] (Abnormal) (continued)**
*Resulted: 09/19/18 0434, Result status: Final result*

| | | | |
|---|---|---|---|
| Albumin/Globulin Ratio | 1.95 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 10.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 54.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 112 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 305 | 275 - 300 mOsm/kg | H |
| Globulin | 2.0 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473672173]**
*Resulted: 09/19/18 0434, Result status: Final result*

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 0230
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473672174]**
*Resulted: 09/19/18 0434, Result status: Final result*

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 0230
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.0 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [473508954] (Abnormal)**
*Resulted: 09/19/18 0631, Result status: Edited Result - FINAL*

Ordering provider: Lafalce, Christian Anthony, MD
09/18/18 1600
Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 54 | 80 - 120 % | L |
| Comment: | | | |

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

**Lab - All Results (continued)**

Resulted: 09/19/18 0631, Result status: Edited
Result - FINAL

**Antithrombin III Level [473508954] (Abnormal) (continued)**

    thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
        1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0640, Result status: Final
result

**CBC with Automated Differential [473672170] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0230
Narrative:
Manual differential performed
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.92 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.9 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.5 | 11.0 - 14.0 % | H |
| PLT CT | 94 | 130 - 440 K/cmm | L |
| MPV | 11.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 80.0 | 42.0 - 78.0 % | H |
| Lymphocytes | 6.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 12 | 0 - 10 % | H |
| Neutrophils Absolute | 12.4 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 0.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 8 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Polychromasia | 1+ | — | — |

    Comment:
    The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
        1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 0652, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473672177] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

Resulted: 09/19/18 0652, Result status: Final result

**Unfractionated Heparin Anti-Xa [473672177] (Abnormal) (continued)**

09/19/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.20 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730300] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/19/18 0914

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 342 | 75 - 100 mm Hg | **H** |
| BE, ISTAT | 9 | -2 - 2 mMol/L | **H** |
| HCO3, ISTAT | 35.5 | 20.0 - 29.0 mMol/L | **H** |
| PCO2, ISTAT | 62.9 | 35.0 - 45.0 mm Hg | **HH** |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 148 | 136 - 147 mMol/L | **H** |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | **H** |
| Ionized Ca, ISTAT | 4.80 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 142 | 71 - 99 mg/dL | **H** |
| i-STAT Hematocrit | 26.0 | 36.0 - 48.0 % | **L** |
| i-STAT Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | **L** |
| Operator, ISTAT | Operator: 35517 ROBERTS KAYLA | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730302] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB

09/19/18 0936

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.39 | 7.35 - 7.45 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730302] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PO2, ISTAT | 315 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.4 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 58.6 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 148 | 136 - 147 mMol/L | H |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.60 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 139 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 26.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 218211 VIENS CLAUDIA | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street, WINCHESTER, VA 22601

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730304] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1003

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.36 | 7.35 - 7.45 | — |
| PO2, ISTAT | 365 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.5 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 62.9 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 149 | 136 - 147 mMol/L | H |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 136 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Lab - All Results (continued)**

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730304] (Abnormal) (continued)**

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730306] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1026

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.38 | 7.35 - 7.45 | — |
| PO2, ISTAT | 292 | 75 - 100 mm Hg | H |
| BE, ISTAT | 11 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 37.6 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 63.5 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 148 | 136 - 147 mMol/L | H |
| i-STAT Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 39 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 138 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 29.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.9 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:

The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730310] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1054

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.35 | 7.35 - 7.45 | — |
| PO2, ISTAT | 241 | 75 - 100 mm Hg | H |
| BE, ISTAT | 8 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 35.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 64.4 | 35.0 - 45.0 mm Hg | HH |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 1202, Result status: Final result

**I-Stat CG8 Plus [473730310] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 149 | 136 - 147 mMol/L | H |
| i-STAT Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 37 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 130 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 31.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1256, Result status: Final result

**Dextrose Stick Glucose [473730316] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 1227

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 127 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1308, Result status: Final result

**Comprehensive Metabolic Panel [473672202] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 32.1 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 126 | 71 - 99 mg/dL | H |
| Creatinine | 0.74 | 0.60 - 1.20 mg/dL | — |
| BUN | 44 | 7 - 22 mg/dL | H |
| Protein, Total | 5.4 | 6.0 - 8.3 gm/dL | L |
| Albumin | 3.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 131 | 40 - 145 U/L | — |
| ALT | 42 | 0 - 55 U/L | — |
| AST (SGOT) | 60 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.00 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.7 | 7.0 - 18.0 mMol/L | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473672202] (Abnormal) (continued)**

Resulted: 09/19/18 1308, Result status: Final result

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 59.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 118 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 307 | 275 - 300 mOsm/kg | H |
| Globulin | 1.8 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/19/18 1308, Result status: Final result

**Magnesium [473672204]**

Ordering provider:  Lafalce, Christian Anthony, MD
09/19/18 0805

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/19/18 1308, Result status: Final result

**Phosphorus [473672205]**

Ordering provider:  Lafalce, Christian Anthony, MD
09/19/18 0805

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/19/18 1309, Result status: Final result

**Unfractionated Heparin Anti-Xa [473672198] (Abnormal)**

Ordering provider:  Lafalce, Christian Anthony, MD
09/19/18 0800

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.06 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 1309, Result status: Final result

### Fibrinogen [473672203]

Ordering provider: Lafalce, Christian Anthony, MD 09/19/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 242 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1403, Result status: Final result

### Calcium, Ionized [473672200]

Ordering provider: Lafalce, Christian Anthony, MD 09/19/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.65 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1629, Result status: Final result

### CBC and differential [473730312] (Abnormal)

Ordering provider: Lafalce, Christian Anthony, MD 09/19/18 1232

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
This order is a replacement of the rejected order with accession number H1826200343.
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.60 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 31.5 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.1 | 11.0 - 14.0 % | H |
| PLT CT | 75 | 130 - 440 K/cmm | L |
| MPV | 11.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 56.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 25.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 10 | 0 - 10 % | — |
| Metamyelocytes | 3 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 10.2 | 1.7 - 8.6 K/cmm | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 1629, Result status: Final result

**CBC and differential [473730312] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Lymphocytes Absolute | 3.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 22 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1642, Result status: Final result

**Unfractionated Heparin Anti-Xa [473730298] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1201

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.01 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1650, Result status: Final result

**Fibrinogen [473730325]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1430

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 192 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1656, Result status: Final result

**Comprehensive Metabolic Panel [473730324] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 1430

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473730324] (Abnormal) (continued)**

Resulted: 09/19/18 1656, Result status: Final result

| | | | |
|---|---|---|---|
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 30.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 165 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 45 | 7 - 22 mg/dL | H |
| Protein, Total | 5.9 | 6.0 - 8.3 gm/dL | L |
| Albumin | 4.0 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 128 | 40 - 145 U/L | — |
| ALT | 44 | 0 - 55 U/L | — |
| AST (SGOT) | 62 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.11 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 56.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 310 | 275 - 300 mOsm/kg | H |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473730326] (Abnormal)**

Resulted: 09/19/18 1656, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473730327]**

Resulted: 09/19/18 1656, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/19/18 1731, Result status: Final result

**Calcium, Ionized [473730322]**

Ordering provider: Lafalce, Christian Anthony, MD 09/19/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.62 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 1849, Result status: Final result

**CBC with Automated Differential [473730323] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/19/18 1430

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.42 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.9 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.1 | 11.0 - 14.0 % | H |
| PLT CT | 66 | 130 - 440 K/cmm | L |
| MPV | 12.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 50.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 19.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 15 | 0 - 10 % | H |
| Metamyelocytes | 7 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 10.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 19 | 0 - 10 /100 WBCs | H |
| RBC Morphology | RBC Morphology Reviewed | — | — |

Comment:

The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Dextrose Stick Glucose [473730339] (Abnormal)**
Resulted: 09/19/18 1943, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 1926

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 166 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [473842420]**
Resulted: 09/19/18 2231, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 202 | 181 - 469 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [473842419] (Abnormal)**
Resulted: 09/19/18 2241, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 32.7 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 152 | 71 - 99 mg/dL | H |
| Creatinine | 0.79 | 0.60 - 1.20 mg/dL | — |
| BUN | 47 | 7 - 22 mg/dL | H |
| Protein, Total | 6.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.2 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 124 | 40 - 145 U/L | — |
| ALT | 42 | 0 - 55 U/L | — |
| AST (SGOT) | 61 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.21 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 59.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 109 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 306 | 275 - 300 mOsm/kg | H |
| Globulin | 1.9 | 2.0 - 4.0 gm/dL | L |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473842419] (Abnormal) (continued)**

Resulted: 09/19/18 2241, Result status: Final result

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2241, Result status: Final result

**Magnesium [473842421] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2241, Result status: Final result

**Phosphorus [473842422]**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2258, Result status: Final result

**CBC with Automated Differential [473842418] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.23 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.4 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.0 | 11.0 - 14.0 % | H |
| PLT CT | 73 | 130 - 440 K/cmm | L |
| MPV | 12.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 31.0 | 15.0 - 46.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473842418] (Abnormal) (continued)**    Resulted: 09/19/18 2258, Result status: Final result

| | | | |
|---|---|---|---|
| Monocytes | 0.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 2 | 0 - 10 % | — |
| Neutrophils Absolute | 8.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |

Comment:
The above 21 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/19/18 2312, Result status: Final result

**Calcium, Ionized [473842417]**

Ordering provider: Lafalce, Christian Anthony, MD
09/19/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.44 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0005, Result status: Final result

**Dextrose Stick Glucose [473842458] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/19/18 2349    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 149 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0421, Result status: Final result

**Dextrose Stick Glucose [473842462] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/20/18 0355    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 0421, Result status: Final result

### Dextrose Stick Glucose [473842462] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Glucose, POCT | 163 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0428, Result status: Final result

### Unfractionated Heparin Anti-Xa [473842426] (Abnormal)

Ordering provider: Lafalce, Christian Anthony, MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2216

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.03 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0430, Result status: Final result

### Fibrinogen [473842444]

Ordering provider: Lafalce, Christian Anthony, MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2228

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 228 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0435, Result status: Final result

### Comprehensive Metabolic Panel [473842443] (Abnormal)

Ordering provider: Lafalce, Christian Anthony, MD        Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2228

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 31.3 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 158 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 46 | 7 - 22 mg/dL | H |
| Protein, Total | 6.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.2 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 119 | 40 - 145 U/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473842443] (Abnormal) (continued)**           Resulted: 09/20/18 0435, Result status: Final result

| | | | |
|---|---|---|---|
| ALT | 41 | 0 - 55 U/L | — |
| AST (SGOT) | 65 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.00 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 57.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 306 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473842445] (Abnormal)**           Resulted: 09/20/18 0435, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/19/18 2228
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473842446]**           Resulted: 09/20/18 0435, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/19/18 2228
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473842441]**           Resulted: 09/20/18 0440, Result status: Final result
Ordering provider:  Lafalce, Christian Anthony, MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/19/18 2228
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 0440, Result status: Final
result

**Calcium, Ionized [473842441] (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0453, Result status: Final
result

**Plasma Free Hemoglobin [473842439] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2225

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 70.0 | 0.0 - 10.0 mg/dL | H |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 0644, Result status: Final
result

**CBC with Automated Differential [473842442] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2228

Narrative:
Manual differential performed

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.17 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.9 | 36.0 - 48.0 % | L |
| MCV | 88 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 80 | 130 - 440 K/cmm | L |
| MPV | 11.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 71.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 10.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 7 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 6 | 0 - 0 % | H |
| Neutrophils Absolute | 11.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**CBC with Automated Differential [473842442] (Abnormal) (continued)**    Resulted: 09/20/18 0644, Result status: Final result

|  | Morphology Consistent with Hemogram |  |  |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/20/18 0716, Result status: Edited Result - FINAL

**Antithrombin III Level [473672176] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 0400

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 58 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/20/18 0723, Result status: Edited Result - FINAL

**Antithrombin III Level [473842447] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/19/18 2228

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 70 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/20/18 1108, Result status: Final result

**Comprehensive Metabolic Panel [473901148] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 0805

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473901148] (Abnormal) (continued)**

Resulted: 09/20/18 1108, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 31.7 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.5 | 8.5 - 10.5 mg/dL | — |
| Glucose | 174 | 71 - 99 mg/dL | H |
| Creatinine | 0.85 | 0.60 - 1.20 mg/dL | — |
| BUN | 46 | 7 - 22 mg/dL | H |
| Protein, Total | 6.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.1 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 137 | 40 - 145 U/L | — |
| ALT | 45 | 0 - 55 U/L | — |
| AST (SGOT) | 68 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.86 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 54.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 100 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 307 | 275 - 300 mOsm/kg | H |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1108, Result status: Final result

**Magnesium [473901150] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/20/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1108, Result status: Final result

**Phosphorus [473901151] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD
09/20/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 1108, Result status: Final result

### Phosphorus [473901151] (Abnormal) (continued)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1124, Result status: Final result

### Fibrinogen [473901149]
Ordering provider: Lafalce, Christian Anthony, MD
09/20/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 228 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1200, Result status: Final result

### CBC with Automated Differential [473901147] (Abnormal)
Ordering provider: Lafalce, Christian Anthony, MD
09/20/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.18 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.2 | 36.0 - 48.0 % | L |
| MCV | 89 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.0 | 11.0 - 14.0 % | H |
| PLT CT | 87 | 130 - 440 K/cmm | L |
| MPV | 12.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 71.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 12.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.0 | 0.1 - 1.7 K/cmm | L |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 10 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

### CBC with Automated Differential [473901147] (Abnormal) (continued)

Resulted: 09/20/18 1200, Result status: Final result

| | Value | | Flag |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

### Calcium, Ionized [473901146]

Resulted: 09/20/18 1206, Result status: Final result

Ordering provider: Lafalce, Christian Anthony, MD 09/20/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.71 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

### Unfractionated Heparin Anti-Xa [473901153] (Abnormal)

Resulted: 09/20/18 1301, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/20/18 0816    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.26 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

### I-Stat CG8 Plus [473901175] (Abnormal)

Resulted: 09/20/18 1321, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/17/18 1007    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| pH, ISTAT | 7.37 | 7.35 - 7.45 | — |
| PO2, ISTAT | 132 | 75 - 100 mm Hg | H |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 30.2 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 52.3 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 99 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 100.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 153 | 136 - 147 mMol/L | H |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 1321, Result status: Final result

**I-Stat CG8 Plus [473901175] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| i-STAT Potassium | 3.3 | 3.5 - 5.3 mMol/L | L |
| TCO2, ISTAT | 32 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.80 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 145 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 31.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 219947 BROWN RONNIE ANN | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1328, Result status: Final result

**PT/APTT [473901171] (Abnormal)**

Ordering provider:  Ashame, Elias S, MD  09/20/18 1255      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 11.2 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition       INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism       2.0 - 3.0
Atrial Fibrillation       2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 47.5 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1626, Result status: Final result

**Fibrinogen [473901182]**

Ordering provider:  Lafalce, Christian Anthony, MD      Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/20/18 1430

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 199 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 1626, Result status: Final result

**Fibrinogen [473901182] (continued)**
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1639, Result status: Final result

**Calcium, Ionized [473901179]**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1430
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.69 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1653, Result status: Final result

**Comprehensive Metabolic Panel [473901181] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/20/18 1430
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 31.2 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 156 | 71 - 99 mg/dL | H |
| Creatinine | 0.84 | 0.60 - 1.20 mg/dL | — |
| BUN | 48 | 7 - 22 mg/dL | H |
| Protein, Total | 6.4 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.3 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 130 | 40 - 145 U/L | — |
| ALT | 46 | 0 - 55 U/L | — |
| AST (SGOT) | 67 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.05 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 57.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 101 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 306 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1653, Result status: Final result

**Magnesium [473996892] (Abnormal)**



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 1653, Result status: Final result

**Magnesium [473996892] (Abnormal) (continued)**

Ordering provider: Lafalce, Christian Anthony, MD 09/20/18 1430      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 3.0 | 1.6 - 2.6 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1653, Result status: Final result

**Phosphorus [473996893] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/20/18 1430      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.2 | 2.3 - 4.7 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1710, Result status: Final result

**Unfractionated Heparin Anti-Xa [473996902] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/20/18 1650      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.28 | 0.30 - 0.70 IU/mL | L |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 1733, Result status: Final result

**CBC with Automated Differential [473901180] (Abnormal)**

Ordering provider: Lafalce, Christian Anthony, MD 09/20/18 1430      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.05 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.4 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |


**Healthier, together.**

| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**CBC with Automated Differential [473901180] (Abnormal) (continued)**       Resulted: 09/20/18 1733, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.4 | 11.0 - 14.0 % | H |
| PLT CT | 91 | 130 - 440 K/cmm | L |
| MPV | 11.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 64.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 14.0 | 15.0 - 46.0 % | L |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 16 | 0 - 10 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 11.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 13 | 0 - 10 /100 WBCs | H |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, ionized [473996916]**       Resulted: 09/20/18 1910, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 1705       Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.70 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [473996917]**       Resulted: 09/20/18 1923, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 1705       Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 235 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [473996914] (Abnormal)**       Resulted: 09/20/18 1927, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 1705       Resulting lab:  WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473996914] (Abnormal) (continued)**

Resulted: 09/20/18 1927, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 31.4 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 147 | 71 - 99 mg/dL | H |
| Creatinine | 0.86 | 0.60 - 1.20 mg/dL | — |
| BUN | 45 | 7 - 22 mg/dL | H |
| Protein, Total | 6.4 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.3 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 132 | 40 - 145 U/L | — |
| ALT | 44 | 0 - 55 U/L | — |
| AST (SGOT) | 65 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.05 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 15.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 52.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 98 | 60 - 150 mL/min/1.73m2 | — |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 307 | 275 - 300 mOsm/kg | H |
| Globulin | 2.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [473996918] (Abnormal)**

Resulted: 09/20/18 1927, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 1705     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [473996919] (Abnormal)**

Resulted: 09/20/18 1927, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 1705     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.3 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 1927, Result status: Final
result

**Phosphorus [473996919] (Abnormal) (continued)**

Resulted: 09/20/18 2002, Result status: Final
result

**CBC with Automated Differential [473996915] (Abnormal)**

Ordering provider: Ashame, Elias S, MD 09/20/18 1705    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.94 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.4 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.3 | 11.0 - 14.0 % | H |
| PLT CT | 89 | 130 - 440 K/cmm | L |
| MPV | 11.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 64.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 9 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 4 | 0 - 0 % | H |
| Neutrophils Absolute | 10.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.1 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/20/18 2032, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473996920]**

Ordering provider: Ashame, Elias S, MD 09/20/18 1705    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.31 | 0.30 - 0.70 IU/mL | — |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/20/18 2032, Result status: Final
result

**Unfractionated Heparin Anti-Xa [473996920] (continued)**

Resulted: 09/20/18 2056, Result status: Final
result

**Dextrose Stick Glucose [474056741] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD
09/20/18 1957

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 162 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0010, Result status: Final
result

**Fibrinogen [473996942]**
Ordering provider: Ashame, Elias S, MD  09/20/18 2005      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 218 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0010, Result status: Final
result

**Unfractionated Heparin Anti-Xa [474056739] (Abnormal)**
Ordering provider: Ashame, Elias S, MD  09/20/18 2005      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.29 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0014, Result status: Final
result

**CBC with Automated Differential [473996940] (Abnormal)**
Ordering provider: Ashame, Elias S, MD  09/20/18 2005      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.22 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.9 | 36.0 - 48.0 % | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [473996940] (Abnormal) (continued)** — Resulted: 09/21/18 0014, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.8 | 11.0 - 14.0 % | H |
| PLT CT | 89 | 130 - 440 K/cmm | L |
| MPV | 12.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 67.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 19.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Bands | 7 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 10.5 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [473996939] (Abnormal)** — Resulted: 09/21/18 0020, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 2005        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 30.9 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 147 | 71 - 99 mg/dL | H |
| Creatinine | 0.85 | 0.60 - 1.20 mg/dL | — |
| BUN | 48 | 7 - 22 mg/dL | H |
| Protein, Total | 6.8 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 135 | 40 - 145 U/L | — |
| ALT | 45 | 0 - 55 U/L | — |
| AST (SGOT) | 66 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.09 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 56.5 | 10.0 - 30.0 Ratio | H |



| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
|---|---|

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [473996939] (Abnormal) (continued)**    Resulted: 09/21/18 0020, Result status: Final result

| | | | |
|---|---|---|---|
| EGFR | 100 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474056737] (Abnormal)**    Resulted: 09/21/18 0020, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474056738] (Abnormal)**    Resulted: 09/21/18 0020, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.5 | 2.3 - 4.7 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [473996941]**    Resulted: 09/21/18 0054, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/20/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.68 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [474056766]**    Resulted: 09/21/18 0242, Result status: Final result

Ordering provider:  Sheikh, Amna O, MD  09/21/18 0210    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 279 | 181 - 469 mg/dL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**Lab - All Results (continued)**

Resulted: 09/21/18 0242, Result status: Final result

**Fibrinogen [474056766] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0242, Result status: Final result

**PT/APTT [474056767] (Abnormal)**

Ordering provider: Sheikh, Amna O, MD  09/21/18 0210          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 10.7 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition     INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism     2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 39.0 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0302, Result status: Final result

**CBC with Automated Differential [474056765] (Abnormal)**

Ordering provider: Sheikh, Amna O, MD  09/21/18 0210          Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 14.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.13 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.1 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.2 | 11.0 - 14.0 % | H |
| PLT CT | 87 | 130 - 440 K/cmm | L |
| MPV | 12.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 23.0 | 15.0 - 46.0 % | — |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [474056765] (Abnormal) (continued)

Resulted: 09/21/18 0302, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Bands | 12 | 0 - 10 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 11.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.3 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Basic Metabolic Panel [474056782] (Abnormal)

Resulted: 09/21/18 0308, Result status: Final result

Ordering provider: Sheikh, Amna O, MD  09/21/18 0216        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 33.1 | 20.0 - 30.0 mMol/L | H |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 153 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 53 | 7 - 22 mg/dL | H |
| Anion Gap | 12.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 66.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 304 | 275 - 300 mOsm/kg | H |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Dextrose Stick Glucose [474107709] (Abnormal)

Resulted: 09/21/18 0613, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD
09/21/18 0345        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/21/18 0613, Result status: Final result

**Dextrose Stick Glucose [474107709] (Abnormal) (continued)**

| Glucose, POCT | 171 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0620, Result status: Final result

**Calcium, Ionized [474107699]**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0626, Result status: Final result

**Unfractionated Heparin Anti-Xa [474056761] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.00 | 0.30 - 0.70 IU/mL | L |

Comment:

This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0627, Result status: Final result

**Fibrinogen [474107700]**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 189 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0630, Result status: Final result

**Plasma Free Hemoglobin [474056760] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 60.0 | 0.0 - 10.0 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/21/18 0630, Result status: Final result

**Plasma Free Hemoglobin [474056760] (Abnormal) (continued)**

1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0638, Result status: Final result

**Magnesium [474107701] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0638, Result status: Final result

**Phosphorus [474107702] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0641, Result status: Final result

**Comprehensive Metabolic Panel [474056787] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 142 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 31.2 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 154 | 71 - 99 mg/dL | H |
| Creatinine | 0.83 | 0.60 - 1.20 mg/dL | — |
| BUN | 53 | 7 - 22 mg/dL | H |
| Protein, Total | 6.5 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.3 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 138 | 40 - 145 U/L | — |
| ALT | 49 | 0 - 55 U/L | — |
| AST (SGOT) | 68 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.95 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 12.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 63.9 | 10.0 - 30.0 Ratio | H |
| EGFR | 103 | 60 - 150 mL/min/1.73m2 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474056787] (Abnormal) (continued)**        Resulted: 09/21/18 0641, Result status: Final result

| Comment: | eGFR determined using CKD-EPI equation | | |
|---|---|---|---|
| Osmolality Calc | 301 | 275 - 300 mOsm/kg | H |
| Globulin | 2.2 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**PT/APTT [474107711]**        Resulted: 09/21/18 0645, Result status: Final result

Ordering provider: Sheikh, Amna O, MD  09/21/18 0614        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 11.4 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |
| Comment: | | | |

INR Interpretive Comment:

```
Clinical Condition      INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism      2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5
```

| aPTT | 30.5 | 24.0 - 34.0 sec | — |
|---|---|---|---|
| Comment: | | | |

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Antithrombin III Level [473996913] (Abnormal)**        Resulted: 09/21/18 0652, Result status: Edited Result - FINAL

Ordering provider: Ashame, Elias S, MD  09/20/18 1705        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 69 | 80 - 120 % | L |
| Comment: | | | |

Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/21/18 0655, Result status: Edited
Result - FINAL

**Antithrombin III Level [474056786] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 64 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0703, Result status: Final
result

**CBC with Automated Differential [474107698] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.78 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.0 | 36.0 - 48.0 % | L |
| MCV | 90 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 16.1 | 11.0 - 14.0 % | H |
| PLT CT | 90 | 130 - 440 K/cmm | L |
| MPV | 10.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 21.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 10 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 10.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 8 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474107698] (Abnormal) (continued)**    Resulted: 09/21/18 0703, Result status: Final result

| | | | |
|---|---|---|---|
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 33 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0709, Result status: Final result

**Dextrose Stick Glucose [474107738] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/20/18 2350

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 139 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0810, Result status: Final result

**Unfractionated Heparin Anti-Xa [474107705] (Abnormal)**

Ordering provider:  Ashame, Elias S, MD  09/21/18 0405    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.01 | 0.30 - 0.70 IU/mL | **L** |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 0817, Result status: Final result

**Fibrinogen [474056774]**

Ordering provider:  Johnson, Sarah, NP  09/21/18 0213    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 207 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1105, Result status: Final result

**LABORATORY REFERENCE AND MISC SCAN [474126883]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**LABORATORY REFERENCE AND MISC SCAN [474126883] (continued)**    Resulted: 09/21/18 1105, Result status: Final result

Ordering provider: Provider, Generic Hpf  09/21/18 1105

Resulted: 09/21/18 1242, Result status: Final result

**Fibrinogen [474107745]**

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 187 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1242, Result status: Final result

**Unfractionated Heparin Anti-Xa [474107748] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.17 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1249, Result status: Final result

**Comprehensive Metabolic Panel [474107742] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 32.4 | 20.0 - 30.0 mMol/L | H |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 175 | 71 - 99 mg/dL | H |
| Creatinine | 0.87 | 0.60 - 1.20 mg/dL | — |
| BUN | 54 | 7 - 22 mg/dL | H |
| Protein, Total | 7.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 148 | 40 - 145 U/L | H |
| ALT | 53 | 0 - 55 U/L | — |
| AST (SGOT) | 81 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.04 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 62.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 97 | 60 - 150 mL/min/1.73m2 | — |

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474107742] (Abnormal) (continued)**

Resulted: 09/21/18 1249, Result status: Final result

| | | | |
|---|---|---|---|
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 304 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474107746] (Abnormal)**

Resulted: 09/21/18 1249, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474107747] (Abnormal)**

Resulted: 09/21/18 1249, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.9 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474107744]**

Resulted: 09/21/18 1307, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.60 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474107743] (Abnormal)**

Resulted: 09/21/18 1327, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.9 | 4.0 - 11.0 K/cmm | H |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**CBC with Automated Differential [474107743] (Abnormal) (continued)**    Resulted: 09/21/18 1327, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 2.87 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.0 | 36.0 - 48.0 % | L |
| MCV | 91 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.8 | 11.0 - 14.0 % | H |
| PLT CT | 85 | 130 - 440 K/cmm | L |
| MPV | 11.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 30.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 7 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 11.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 6 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 2+ | — | — |
| Target Cells | 2+ | — | — |
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 34 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [474220383] (Abnormal)**    Resulted: 09/21/18 1622, Result status: Final result

Ordering provider:  Bouder, Thomas Glen, MD  09/21/18 1526    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.15 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/21/18 1622, Result status: Final result

**Unfractionated Heparin Anti-Xa [474220383] (Abnormal) (continued)**

1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1802, Result status: Final result

**Dextrose Stick Glucose [474220399] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 1735

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 170 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1837, Result status: Final result

**Unfractionated Heparin Anti-Xa [474126888] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.18 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results

Resulted: 09/21/18 1841, Result status: Final result

**Calcium, Ionized [474220387]**

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.71 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1846, Result status: Final result

**Fibrinogen [474220388]**

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 238 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/21/18 1847, Result status: Final result

**Comprehensive Metabolic Panel [474220385] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 142 | 136 - 147 mMol/L | — |
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 31.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | H |
| Glucose | 174 | 71 - 99 mg/dL | H |
| Creatinine | 0.85 | 0.60 - 1.20 mg/dL | — |
| BUN | 55 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 161 | 40 - 145 U/L | H |
| ALT | 54 | 0 - 55 U/L | — |
| AST (SGOT) | 81 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.84 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 64.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 100 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474220385] (Abnormal) (continued)**    Resulted: 09/21/18 1847, Result status: Final result

**Magnesium [474220389] (Abnormal)**    Resulted: 09/21/18 1847, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474220390] (Abnormal)**    Resulted: 09/21/18 1847, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474220386] (Abnormal)**    Resulted: 09/21/18 1911, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.84 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.8 | 36.0 - 48.0 % | L |
| MCV | 91 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 90 | 130 - 440 K/cmm | L |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 52.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 30.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474220386] (Abnormal) (continued)**                    Resulted: 09/21/18 1911, Result status: Final result

| | | | |
|---|---|---|---|
| Neutrophils Absolute | 11.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 9 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 2+ | — | — |
| Target Cells | 2+ | — | — |
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 31 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474220413] (Abnormal)**                    Resulted: 09/21/18 2118, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/21/18 2051          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 169 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [474220408]**                    Resulted: 09/22/18 0021, Result status: Final result

Ordering provider: Ashame, Elias S, MD 09/21/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 215 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [474220411] (Abnormal)**                    Resulted: 09/22/18 0021, Result status: Final result

Ordering provider: Ashame, Elias S, MD 09/21/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.13 | 0.30 - 0.70 IU/mL | L |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/22/18 0021, Result status: Final
result

#### Unfractionated Heparin Anti-Xa [474220411] (Abnormal) (continued)

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic
range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0025, Result status: Final
result

#### Calcium, Ionized [474220407]

Ordering provider: Ashame, Elias S, MD  09/21/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.80 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0029, Result status: Final
result

#### CBC with Automated Differential [474220406] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/21/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.57 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.5 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 87 | 130 - 440 K/cmm | L |
| MPV | 11.6 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 11 | 0 - 10 % | H |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 12.4 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



**Healthier, together.**

| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**CBC with Automated Differential [474220406] (Abnormal) (continued)**          Resulted: 09/22/18 0029, Result status: Final result

| | | | |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0031, Result status: Final result

**Comprehensive Metabolic Panel [474220405] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 142 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 34.1 | 20.0 - 30.0 mMol/L | H |
| Calcium | 10.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 168 | 71 - 99 mg/dL | H |
| Creatinine | 0.86 | 0.60 - 1.20 mg/dL | — |
| BUN | 56 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.8 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 157 | 40 - 145 U/L | H |
| ALT | 54 | 0 - 55 U/L | — |
| AST (SGOT) | 82 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.09 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 65.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 98 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 0031, Result status: Final result

**Magnesium [474220409] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [474220409] (Abnormal) (continued)**

Resulted: 09/22/18 0031, Result status: Final result

**Phosphorus [474220410] (Abnormal)**

Resulted: 09/22/18 0031, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/21/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Plasma Free Hemoglobin [474220426] (Abnormal)**

Resulted: 09/22/18 0452, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Plasma Free Hemoglobin | 100.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hemoglobin and Hematocrit, Blood [474302777] (Abnormal)**

Resulted: 09/22/18 0453, Result status: Final result

Ordering provider: Riccio, Lin M, MD  09/22/18 0304    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.3 | 36.0 - 48.0 % | L |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [474302782]**

Resulted: 09/22/18 0609, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 225 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474302780] (Abnormal)**

Resulted: 09/22/18 0622, Result status: Final result



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**CBC with Automated Differential [474302780] (Abnormal) (continued)**  Resulted: 09/22/18 0622, Result status: Final result

Ordering provider: **Ashame, Elias S, MD**  09/22/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.67 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.6 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 83 | 130 - 440 K/cmm | L |
| MPV | 11.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 70.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Bands | 8 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 13.9 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [474302779] (Abnormal)**  Resulted: 09/22/18 0628, Result status: Final result

Ordering provider: **Ashame, Elias S, MD**  09/22/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 100 | 98 - 110 mMol/L | — |
| CO2 | 30.5 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 175 | 71 - 99 mg/dL | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474302779] (Abnormal) (continued)**    Resulted: 09/22/18 0628, Result status: Final result

| | | | |
|---|---|---|---|
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 58 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 152 | 40 - 145 U/L | H |
| ALT | 52 | 0 - 55 U/L | — |
| AST (SGOT) | 80 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.5 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.96 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 13.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 72.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 300 | 275 - 300 mOsm/kg | — |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474302783]**    Resulted: 09/22/18 0628, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/22/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474302784] (Abnormal)**    Resulted: 09/22/18 0628, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/22/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.0 | 2.3 - 4.7 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474302781]**    Resulted: 09/22/18 0630, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/22/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.56 | 4.35 - 5.10 mg/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Calcium, Ionized [474302781] (continued)**

Resulted: 09/22/18 0630, Result status: Final result

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Urinalysis with Microscopic [474302798] (Abnormal)**

Resulted: 09/22/18 0756, Result status: Final result

Ordering provider: Bouder, Thomas Glen, MD 09/22/18 0732        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Yellow | Colorless,Yellow,Straw | — |
| Clarity, UA | Clear | Clear | — |
| Specific Gravity, UR | 1.008 | 1.001 - 1.040 | — |
| pH, Urine | 6.0 | 5.0 - 8.0 pH | — |
| Protein, UR | Negative | Negative mg/dL | — |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Small | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | 2.0 | Normal mg/dL | A |
| Leukocyte Esterase, UA | Negative | Negative Leu/uL | — |
| UR Micro | Performed | — | — |
| WBC, UA | 5 | 0 - 4 /hpf | H |
| RBC, UA | 2 | 0 - 5 /hpf | — |
| Bacteria, UA | Rare | None /hpf | A |

Comment:
The above 16 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474325433] (Abnormal)**

Resulted: 09/22/18 0820, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/22/18 0409        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 186 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474325435] (Abnormal)**

Resulted: 09/22/18 0820, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/22/18 0012        Resulting lab: WINCHESTER MEDICAL CENTER LAB

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/22/18 0820, Result status: Final result

**Dextrose Stick Glucose [474325435] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 177 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1034, Result status: Final result

**I-Stat CG8 Plus [474325457] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/21/18 0908

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 244 | 75 - 100 mm Hg | H |
| BE, ISTAT | 9 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 33.8 | 20.0 - 29.0 mMol/L | H |
| PCO2, ISTAT | 49.9 | 35.0 - 45.0 mm Hg | H |
| O2 Sat, %, ISTAT | 100 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 70.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 144 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 35 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.70 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 159 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 9.5 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 203132 CHACON IRIS | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1034, Result status: Final result

**I-Stat CG8 Plus [474325459] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 0908

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| pH, ISTAT | 7.44 | 7.35 - 7.45 | — |
| PO2, ISTAT | 84 | 75 - 100 mm Hg | — |
| BE, ISTAT | 4 | -2 - 2 mMol/L | H |
| HCO3, ISTAT | 29.0 | 20.0 - 29.0 mMol/L | — |
| PCO2, ISTAT | 42.4 | 35.0 - 45.0 mm Hg | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/22/18 1034, Result status: Final result

**I-Stat CG8 Plus [474325459] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| O2 Sat, %, ISTAT | 97 | 96 - 100 % | — |
| i-STAT Allen's Test | N/A | — | — |
| i-STAT FIO2 | 30.00 | % | — |
| Sample, ISTAT | Arterial | — | — |
| Site, ISTAT | A-Line | — | — |
| i-STAT Sodium | 143 | 136 - 147 mMol/L | — |
| i-STAT Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| TCO2, ISTAT | 30 | 24 - 29 mMol/L | H |
| Ionized Ca, ISTAT | 4.80 | 4.35 - 5.10 mg/dL | — |
| i-STAT Glucose | 171 | 71 - 99 mg/dL | H |
| i-STAT Hematocrit | 30.0 | 36.0 - 48.0 % | L |
| i-STAT Hemoglobin | 10.2 | 12.0 - 16.0 gm/dL | L |
| Operator, ISTAT | Operator: 219947 BROWN RONNIE ANN | — | — |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1222, Result status: Final result

**Fibrinogen [474302812] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 165 | 181 - 469 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1224, Result status: Final result

**Calcium, Ionized [474302811]**

Ordering provider: Ashame, Elias S, MD  09/22/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.62 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1234, Result status: Final result

**Comprehensive Metabolic Panel [474302809] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474302809] (Abnormal) (continued)**

Resulted: 09/22/18 1234, Result status: Final result

| | | | |
|---|---|---|---|
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 28.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 174 | 71 - 99 mg/dL | H |
| Creatinine | 0.91 | 0.60 - 1.20 mg/dL | — |
| BUN | 60 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 157 | 40 - 145 U/L | H |
| ALT | 48 | 0 - 55 U/L | — |
| AST (SGOT) | 79 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.13 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 16.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 65.9 | 10.0 - 30.0 Ratio | H |
| EGFR | 92 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 306 | 275 - 300 mOsm/kg | H |
| Globulin | 2.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474302813] (Abnormal)**

Resulted: 09/22/18 1234, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/22/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474302814] (Abnormal)**

Resulted: 09/22/18 1234, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/22/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.9 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474302810] (Abnormal)**

Resulted: 09/22/18 1314, Result status: Final result



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474302810] (Abnormal) (continued)**    Resulted: 09/22/18 1314, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 16.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.68 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.4 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.7 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 78 | 130 - 440 K/cmm | L |
| MPV | 12.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 58.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 34.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 9.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.7 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474325481] (Abnormal)**    Resulted: 09/22/18 1631, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/22/18 1612    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 169 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [474325472] (Abnormal)**    Resulted: 09/22/18 1832, Result status: Final result



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474325472] (Abnormal) (continued)**    Resulted: 09/22/18 1832, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 27.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 159 | 71 - 99 mg/dL | H |
| Creatinine | 0.83 | 0.60 - 1.20 mg/dL | — |
| BUN | 62 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 154 | 40 - 145 U/L | H |
| ALT | 57 | 0 - 55 U/L | H |
| AST (SGOT) | 85 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.96 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 15.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 74.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 103 | 60 - 150 mL/min/1.73m2 | — |
| | Comment: eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1832, Result status: Final result

**Magnesium [474325476] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1832, Result status: Final result

**Phosphorus [474325477] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.0 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/22/18 1832, Result status: Final
result

**Phosphorus [474325477] (Abnormal) (continued)**

Resulted: 09/22/18 1846, Result status: Final
result

**Fibrinogen [474325475] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 1600        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 180 | 181 - 469 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1856, Result status: Final
result

**CBC with Automated Differential [474325473] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 1600        Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.58 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.8 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.1 | 11.0 - 14.0 % | H |
| PLT CT | 89 | 130 - 440 K/cmm | L |
| MPV | 12.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 26.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 13.7 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.3 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |



**Healthier, together.**

| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**CBC with Automated Differential [474325473] (Abnormal) (continued)**     Resulted: 09/22/18 1856, Result status: Final result

    Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 1906, Result status: Final result
**Calcium, Ionized [474325474]**
Ordering provider: Ashame, Elias S, MD  09/22/18 1600     Resulting lab: WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.67 | 4.35 - 5.10 mg/dL | — |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 2035, Result status: Final result
**Dextrose Stick Glucose [474378949] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 2010
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 174 | 71 - 99 mg/dL | **H** |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/22/18 2358, Result status: Final result
**Dextrose Stick Glucose [474378952] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/22/18 2341
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 176 | 71 - 99 mg/dL | **H** |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0017, Result status: Final result
**Comprehensive Metabolic Panel [474378942] (Abnormal)**
Ordering provider: Ashame, Elias S, MD  09/22/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 27.4 | 20.0 - 30.0 mMol/L | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474378942] (Abnormal) (continued)**

Resulted: 09/23/18 0017, Result status: Final result

| | | | |
|---|---|---|---|
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 168 | 71 - 99 mg/dL | H |
| Creatinine | 0.98 | 0.60 - 1.20 mg/dL | — |
| BUN | 60 | 7 - 22 mg/dL | H |
| Protein, Total | 7.6 | 6.0 - 8.3 gm/dL | — |
| Albumin | 5.2 | 3.5 - 5.0 gm/dL | H |
| Alkaline Phosphatase | 155 | 40 - 145 U/L | H |
| ALT | 53 | 0 - 55 U/L | — |
| AST (SGOT) | 85 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.4 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 2.17 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 16.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 61.2 | 10.0 - 30.0 Ratio | H |
| EGFR | 84 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 308 | 275 - 300 mOsm/kg | H |
| Globulin | 2.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474378946] (Abnormal)**

Resulted: 09/23/18 0017, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474378947] (Abnormal)**

Resulted: 09/23/18 0017, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.9 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474378944]**

Resulted: 09/23/18 0020, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/22/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/23/18 0020, Result status: Final result

**Calcium, Ionized [474378944] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.74 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0029, Result status: Final result

**Fibrinogen [474378945]**

Ordering provider: Ashame, Elias S, MD  09/22/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 187 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0205, Result status: Final result

**CBC with Automated Differential [474378943] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/22/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 24.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.76 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.3 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 32 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.0 | 11.0 - 14.0 % | H |
| PLT CT | 97 | 130 - 440 K/cmm | L |
| MPV | 11.9 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 73.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 22.0 | 15.0 - 46.0 % | — |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 18.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.5 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.5 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474378943] (Abnormal) (continued)**

Resulted: 09/23/18 0205, Result status: Final result

| | | | |
|---|---|---|---|
| Hypochromia | 1+ | — | — |
| Target Cells | 1+ | — | — |
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474378978] (Abnormal)**

Resulted: 09/23/18 0428, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/23/18 0402    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 162 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Plasma Free Hemoglobin [474378966] (Abnormal)**

Resulted: 09/23/18 0431, Result status: Final result

Ordering provider: Ashame, Elias S, MD 09/23/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 90.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Unfractionated Heparin Anti-Xa [474378976] (Abnormal)**

Resulted: 09/23/18 0431, Result status: Final result

Ordering provider: Kofsky, Edward R, MD 09/23/18 0407    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Heparin Unfractionated Anti-Xa | 0.13 | 0.30 - 0.70 IU/mL | L |

Comment:
This assay is validated to monitor Unfractionated Heparin (UFH) only. The Unfractionated Heparin Therapeutic range is 0.3-0.7 IU/mL.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [474378969] (Abnormal)**

Resulted: 09/23/18 0542, Result status: Final result

Ordering provider: Ashame, Elias S, MD 09/23/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474378969] (Abnormal) (continued)**

*Resulted: 09/23/18 0542, Result status: Final result*

| | | | |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 27.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 154 | 71 - 99 mg/dL | H |
| Creatinine | 0.90 | 0.60 - 1.20 mg/dL | — |
| BUN | 60 | 7 - 22 mg/dL | H |
| Protein, Total | 7.5 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 148 | 40 - 145 U/L | H |
| ALT | 58 | 0 - 55 U/L | H |
| AST (SGOT) | 80 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.88 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 66.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 93 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 305 | 275 - 300 mOsm/kg | H |
| Globulin | 2.6 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474378973]**

*Resulted: 09/23/18 0542, Result status: Final result*

Ordering provider:  Ashame, Elias S, MD  09/23/18 0400        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474378974]**

*Resulted: 09/23/18 0542, Result status: Final result*

Ordering provider:  Ashame, Elias S, MD  09/23/18 0400        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/23/18 0547, Result status: Final
result

**Calcium, Ionized [474378971]**

Ordering provider: Ashame, Elias S, MD  09/23/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.67 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0742, Result status: Final
result

**CBC with Automated Differential [474378970] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/23/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 25.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.73 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.2 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 111 | 130 - 440 K/cmm | L |
| MPV | 11.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 6 | 0 - 10 % | — |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 18.6 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 2.0 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 2+ | — | — |
| Poikilocytosis | 2+ | — | — |
| Target Cells | 2+ | — | — |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474378970] (Abnormal) (continued)**    Resulted: 09/23/18 0742, Result status: Final result

| | | | |
|---|---|---|---|
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 33 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0748, Result status: Final result

**Antithrombin III Level [474378968]**

Ordering provider: Ashame, Elias S, MD  09/23/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 80 | 80 - 120 % | — |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0748, Result status: Final result

**Fibrinogen [474378972] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/23/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 174 | 181 - 469 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 0755, Result status: Final result

**Dextrose Stick Glucose [474436485] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/23/18 0736    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 162 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1103, Result status: Edited Result - FINAL

**Antithrombin III Level [474220384] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/21/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 73 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/23/18 1103, Result status: Edited
Result - FINAL

#### Antithrombin III Level [474220384] (Abnormal) (continued)

For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1108, Result status: Edited
Result - FINAL

#### Antithrombin III Level [474302778] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/22/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 66 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1109, Result status: Edited
Result - FINAL

#### Antithrombin III Level [474325471] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/22/18 1600     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Antithrombin 3 | 77 | 80 - 120 % | L |

Comment:
Therapeutic doses of oral direct factor Xa inhibitors may cause erroneously increased antithrombin activities.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
For Low results, the major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy and nephrotic range proteinuria.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1152, Result status: Final
result

#### Dextrose Stick Glucose [474436510] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/23/18 1133
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 154 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/23/18 1152, Result status: Final result

**Dextrose Stick Glucose [474436510] (Abnormal) (continued)**
 1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1204, Result status: Final result

**Fibrinogen [474436492]**
 Ordering provider:  Ashame, Elias S, MD  09/23/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Fibrinogen | 221 | 181 - 469 mg/dL | — |

  Comment:
  The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
  1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1205, Result status: Final result

**Calcium, Ionized [474436491]**
 Ordering provider:  Ashame, Elias S, MD  09/23/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Calcium, Ionized | 4.73 | 4.35 - 5.10 mg/dL | — |

  Comment:
  The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
  1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1214, Result status: Final result

**CBC with Automated Differential [474436490] (Abnormal)**
 Ordering provider:  Ashame, Elias S, MD  09/23/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
 Narrative:
Manual differential performed
  Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| WBC | 21.4 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.93 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.1 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.1 | 11.0 - 14.0 % | H |
| PLT CT | 119 | 130 - 440 K/cmm | L |
| MPV | 12.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 68.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 5.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Neutrophils Absolute | 15.6 | 1.7 - 8.6 K/cmm | H |



**Healthier, together.**

| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**CBC with Automated Differential [474436490] (Abnormal) (continued)**
Resulted: 09/23/18 1214, Result status: Final result

| | | | |
|---|---|---|---|
| Lymphocytes Absolute | 3.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.1 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Burr Cells | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 2+ | — | — |
| Target Cells | 2+ | — | — |
| Tear Drop Cells | 1+ | — | — |

Comment:
The above 33 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Baseline APTT [474462534]**
Resulted: 09/23/18 1221, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/23/18 1202    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 31.0 | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Baseline Prothrombin time/INR [474462535]**
Resulted: 09/23/18 1221, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/23/18 1202    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 11.5 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/23/18 1221, Result status: Final result

### Baseline Prothrombin time/INR [474462535] (continued)

    Pulmonary Embolism      2.0 - 3.0
    Atrial Fibrillation      2.0 - 3.0
    Prosthetic Heart Value   2.5 - 3.5
    The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1223, Result status: Final result

### Comprehensive Metabolic Panel [474436489] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/23/18 0805      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 23.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 148 | 71 - 99 mg/dL | H |
| Creatinine | 0.84 | 0.60 - 1.20 mg/dL | — |
| BUN | 57 | 7 - 22 mg/dL | H |
| Protein, Total | 7.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.8 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 129 | 40 - 145 U/L | — |
| ALT | 50 | 0 - 55 U/L | — |
| AST (SGOT) | 76 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.92 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 16.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 67.9 | 10.0 - 30.0 Ratio | H |
| EGFR | 101 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 304 | 275 - 300 mOsm/kg | H |
| Globulin | 2.5 | 2.0 - 4.0 gm/dL | — |

    Comment:
    The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1223, Result status: Final result

### Magnesium [474436493] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/23/18 0805      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/23/18 1223, Result status: Final result

**Phosphorus [474436494]**

Ordering provider: Ashame, Elias S, MD  09/23/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 4.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1815, Result status: Final result

**Calcium, Ionized [474462560]**

Ordering provider: Ashame, Elias S, MD  09/23/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.76 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1816, Result status: Final result

**Fibrinogen [474462561]**

Ordering provider: Ashame, Elias S, MD  09/23/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 289 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1828, Result status: Final result

**Comprehensive Metabolic Panel [474462558] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/23/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 145 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 22.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 153 | 71 - 99 mg/dL | H |
| Creatinine | 1.00 | 0.60 - 1.20 mg/dL | — |
| BUN | 58 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 142 | 40 - 145 U/L | — |
| ALT | 62 | 0 - 55 U/L | H |
| AST (SGOT) | 86 | 10 - 42 U/L | H |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474462558] (Abnormal) (continued)**        Resulted: 09/23/18 1828, Result status: Final result

| | | | |
|---|---|---|---|
| Bilirubin, Total | 4.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.67 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 17.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 58.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 82 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 308 | 275 - 300 mOsm/kg | H |
| Globulin | 2.7 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1828, Result status: Final result

**Magnesium [474462562]**
Ordering provider:  Ashame, Elias S, MD  09/23/18 1600    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1828, Result status: Final result

**Phosphorus [474462563]**
Ordering provider:  Ashame, Elias S, MD  09/23/18 1600    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/23/18 1836, Result status: Final result

**CBC with Automated Differential [474462559] (Abnormal)**
Ordering provider:  Ashame, Elias S, MD  09/23/18 1600    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 22.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.91 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.9 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474462559] (Abnormal) (continued)**

Resulted: 09/23/18 1836, Result status: Final result

| | | | |
|---|---|---|---|
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.1 | 11.0 - 14.0 % | H |
| PLT CT | 125 | 130 - 440 K/cmm | L |
| MPV | 11.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 5.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Neutrophils Absolute | 16.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.1 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474483791] (Abnormal)**

Resulted: 09/23/18 2037, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/23/18 2017

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 196 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474483805] (Abnormal)**

Resulted: 09/24/18 0019, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/23/18 2356

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 182 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [474483783] (Abnormal)**

Resulted: 09/24/18 0034, Result status: Final result



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474483783] (Abnormal) (continued)**    Resulted: 09/24/18 0034, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |
| CO2 | 24.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 178 | 71 - 99 mg/dL | H |
| Creatinine | 1.14 | 0.60 - 1.20 mg/dL | — |
| BUN | 57 | 7 - 22 mg/dL | H |
| Protein, Total | 8.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.9 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 173 | 40 - 145 U/L | H |
| ALT | 61 | 0 - 55 U/L | H |
| AST (SGOT) | 87 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.58 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 17.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 50.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 70 | 60 - 150 mL/min/1.73m2 | — |
| Comment: | eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 315 | 275 - 300 mOsm/kg | H |
| Globulin | 3.1 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474483787] (Abnormal)**    Resulted: 09/24/18 0034, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474483788]**    Resulted: 09/24/18 0034, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/24/18 0034, Result status: Final result

**Phosphorus [474483788] (continued)**

Resulted: 09/24/18 0035, Result status: Final result

**Fibrinogen [474483786]**

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 343 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0035, Result status: Final result

**APTT( Heparin Infusion Therapy) [474483789] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 56.5 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0047, Result status: Final result

**Calcium, Ionized [474483785]**

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.69 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0149, Result status: Final result

**CBC with Automated Differential [474483784] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/23/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 24.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.82 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.9 | 12.0 - 16.0 gm/dL | L |


**Healthier, together.**

| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**CBC with Automated Differential [474483784] (Abnormal)** Resulted: 09/24/18 0149, Result status: Final
**(continued)** result

| | | | |
|---|---|---|---|
| Hematocrit | 26.2 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 32 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.0 | 11.0 - 14.0 % | H |
| PLT CT | 163 | 130 - 440 K/cmm | — |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 61.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 31.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 6.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 14.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 7.5 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.5 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 21 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0351, Result status: Final
**Dextrose Stick Glucose [474483809] (Abnormal)** result
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/23/18 1508

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 155 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0428, Result status: Final
**Dextrose Stick Glucose [474483818] (Abnormal)** result
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/24/18 0412

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 212 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/24/18 0619, Result status: Final result

**Plasma Free Hemoglobin [474483803] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 120.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0626, Result status: Final result

**Fibrinogen [474483813]**

Ordering provider: Ashame, Elias S, MD  09/24/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 300 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0626, Result status: Final result

**APTT( Heparin Infusion Therapy) [474483816] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/24/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 66.8 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 0631, Result status: Final result

**Comprehensive Metabolic Panel [474483810] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 0400     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.3 | 3.5 - 5.3 mMol/L | L |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 23.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 187 | 71 - 99 mg/dL | H |
| Creatinine | 1.04 | 0.60 - 1.20 mg/dL | — |
| BUN | 56 | 7 - 22 mg/dL | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474483810] (Abnormal) (continued)**          Resulted: 09/24/18 0631, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 7.5 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 164 | 40 - 145 U/L | H |
| ALT | 59 | 0 - 55 U/L | H |
| AST (SGOT) | 79 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.59 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 53.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 78 | 60 - 150 mL/min/1.73m2 | — |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 313 | 275 - 300 mOsm/kg | H |
| Globulin | 2.9 | 2.0 - 4.0 gm/dL | — |

    Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474483814] (Abnormal)**          Resulted: 09/24/18 0631, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/24/18 0400          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474483815]**          Resulted: 09/24/18 0631, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/24/18 0400          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474483811] (Abnormal)**          Resulted: 09/24/18 0712, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/24/18 0400          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.6 | 4.0 - 11.0 K/cmm | H |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474483811] (Abnormal) (continued)**

Resulted: 09/24/18 0712, Result status: Final result

| | | | |
|---|---|---|---|
| RBC | 2.63 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.7 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 32 | 28 - 35 pg | — |
| MCHC | 34 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 175 | 130 - 440 K/cmm | — |
| MPV | 11.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 63.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 24.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 6.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 14.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.2 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.3 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474483812]**

Resulted: 09/24/18 0713, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/24/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.66 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474555983] (Abnormal)**

Resulted: 09/24/18 1246, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/24/18 1229
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 209 | 71 - 99 mg/dL | H |

Comment:



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/24/18 1246, Result status: Final
result

**Dextrose Stick Glucose [474555983] (Abnormal) (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1322, Result status: Final
result

**Fibrinogen [474555964]**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 330 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1325, Result status: Final
result

**Calcium, Ionized [474555963]**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.72 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1327, Result status: Final
result

**Comprehensive Metabolic Panel [474483828] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 25.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 198 | 71 - 99 mg/dL | H |
| Creatinine | 1.09 | 0.60 - 1.20 mg/dL | — |
| BUN | 54 | 7 - 22 mg/dL | H |
| Protein, Total | 7.6 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 173 | 40 - 145 U/L | H |
| ALT | 59 | 0 - 55 U/L | H |
| AST (SGOT) | 74 | 10 - 42 U/L | H |
| Bilirubin, Total | 4.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.62 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 49.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 74 | 60 - 150 | — |



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474483828] (Abnormal) (continued)**　　　　Resulted: 09/24/18 1327, Result status: Final result

|  |  |  |  |
|---|---|---|---|
|  |  | mL/min/1.73m2 |  |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 318 | 275 - 300 mOsm/kg | H |
| Globulin | 2.9 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1327, Result status: Final result

**Magnesium [474555965] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805　　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.9 | 1.6 - 2.6 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1327, Result status: Final result

**Phosphorus [474555966]**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805　　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1357, Result status: Final result

**CBC with Automated Differential [474483829] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 0805　　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 19.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.57 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.2 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.5 | 11.0 - 14.0 % | H |
| PLT CT | 194 | 130 - 440 K/cmm | — |
| MPV | 11.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 65.0 | 42.0 - 78.0 % | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474483829] (Abnormal) (continued)**   Resulted: 09/24/18 1357, Result status: Final result

| | | | |
|---|---|---|---|
| Lymphocytes | 24.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 5.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 12.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.0 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**LABORATORY REFERENCE AND MISC SCAN [474126882]**   Resulted: 09/24/18 1510, Result status: Edited Result - FINAL

Ordering provider:  Provider, Generic Hpf  09/21/18 1105

**LABORATORY REFERENCE AND MISC SCAN [474555991]**   Resulted: 09/24/18 1510, Result status: Final result

Ordering provider:  Provider, Generic Hpf  09/24/18 1510

**Dextrose Stick Glucose [474556003] (Abnormal)**   Resulted: 09/24/18 1650, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/24/18 1632   Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 178 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474555995]**   Resulted: 09/24/18 1729, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/24/18 1600   Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.79 | 4.35 - 5.10 mg/dL | — |

Comment:



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/24/18 1729, Result status: Final result

**Calcium, Ionized [474555995] (continued)**

    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1733, Result status: Final result

**Comprehensive Metabolic Panel [474555993] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 115 | 98 - 110 mMol/L | H |
| CO2 | 24.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 175 | 71 - 99 mg/dL | H |
| Creatinine | 1.11 | 0.60 - 1.20 mg/dL | — |
| BUN | 55 | 7 - 22 mg/dL | H |
| Protein, Total | 7.7 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 182 | 40 - 145 U/L | H |
| ALT | 61 | 0 - 55 U/L | H |
| AST (SGOT) | 74 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.57 | 0.70 - 1.50 Ratio | H |
| Anion Gap | 14.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 49.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 72 | 60 - 150 mL/min/1.73m2 | — |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 317 | 275 - 300 mOsm/kg | H |
| Globulin | 3.0 | 2.0 - 4.0 gm/dL | — |

    Comment:
    The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1733, Result status: Final result

**Magnesium [474555997] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

    Comment:
    The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/24/18 1733, Result status: Final result

**Phosphorus [474555998]**

Ordering provider: Ashame, Elias S, MD  09/24/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Phosphorus [474555998] (continued)**

Resulted: 09/24/18 1733, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [474555996]**

Resulted: 09/24/18 1736, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/24/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 394 | 181 - 469 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**APTT( Heparin Infusion Therapy) [474555999] (Abnormal)**

Resulted: 09/24/18 1736, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/24/18 1600

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 49.0 | 24.0 - 34.0 sec | H |

Comment:

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC with Automated Differential [474555994] (Abnormal)**

Resulted: 09/24/18 1815, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/24/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.72 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.7 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474555994] (Abnormal) (continued)**    Resulted: 09/24/18 1815, Result status: Final result

| | | | |
|---|---|---|---|
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 255 | 130 - 440 K/cmm | — |
| MPV | 11.7 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 26.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 13.6 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.4 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 1.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.6 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 2 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474720317] (Abnormal)**    Resulted: 09/24/18 2203, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/24/18 2147    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 172 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Fibrinogen [474556011]**    Resulted: 09/25/18 0004, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/24/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 358 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/25/18 0004, Result status: Final
result

**Fibrinogen [474556011] (continued)**

Resulted: 09/25/18 0006, Result status: Final
result

**Calcium, Ionized [474556010]**

Ordering provider: Ashame, Elias S, MD  09/24/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.82 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0012, Result status: Final
result

**Comprehensive Metabolic Panel [474556008] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 152 | 136 - 147 mMol/L | H |
| Potassium | 4.3 | 3.5 - 5.3 mMol/L | — |
| Chloride | 117 | 98 - 110 mMol/L | H |
| CO2 | 21.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 168 | 71 - 99 mg/dL | H |
| Creatinine | 1.20 | 0.60 - 1.20 mg/dL | — |
| BUN | 56 | 7 - 22 mg/dL | H |
| Protein, Total | 7.9 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 205 | 40 - 145 U/L | H |
| ALT | 57 | 0 - 55 U/L | H |
| AST (SGOT) | 67 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.39 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 17.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 46.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 66 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 321 | 275 - 300 mOsm/kg | H |
| Globulin | 3.3 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0012, Result status: Final
result

**Magnesium [474556012] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/24/18 2005          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/25/18 0012, Result status: Final result

### Magnesium [474556012] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0012, Result status: Final result

### Phosphorus [474556013]

Ordering provider: Ashame, Elias S, MD  09/24/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0038, Result status: Final result

### CBC with Automated Differential [474556009] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/24/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.79 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.3 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 258 | 130 - 440 K/cmm | — |
| MPV | 11.2 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 55.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 38.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 2 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 12.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 7.9 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 0.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474556009] (Abnormal) (continued)**

Resulted: 09/25/18 0038, Result status: Final result

Morphology Consistent with Hemogram

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0124, Result status: Final result

**APTT [474720331] (Abnormal)**

Ordering provider: Kofsky, Edward R, MD  09/25/18 0107    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 40.4 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0553, Result status: Final result

**Plasma Free Hemoglobin [474720329] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/25/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Plasma Free Hemoglobin | 60.0 | 0.0 - 10.0 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0558, Result status: Final result

**Fibrinogen [474720336]**

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 416 | 181 - 469 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0600, Result status: Final result

**Calcium, Ionized [474720335]**

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/25/18 0600, Result status: Final result

### Calcium, Ionized [474720335] (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.85 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0602, Result status: Final result

### Comprehensive Metabolic Panel [474720333] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 152 | 136 - 147 mMol/L | H |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 117 | 98 - 110 mMol/L | H |
| CO2 | 23.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.6 | 8.5 - 10.5 mg/dL | H |
| Glucose | 178 | 71 - 99 mg/dL | H |
| Creatinine | 1.08 | 0.60 - 1.20 mg/dL | — |
| BUN | 59 | 7 - 22 mg/dL | H |
| Protein, Total | 8.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 198 | 40 - 145 U/L | H |
| ALT | 59 | 0 - 55 U/L | H |
| AST (SGOT) | 68 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.29 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 15.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 54.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 75 | 60 - 150 mL/min/1.73m2 | — |
| Comment: | eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 323 | 275 - 300 mOsm/kg | H |
| Globulin | 3.5 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0602, Result status: Final result

### Magnesium [474720337] (Abnormal)

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.7 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/25/18 0602, Result status: Final result

**Phosphorus [474720338]**

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 4.0 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/25/18 0628, Result status: Final result

**CBC with Automated Differential [474720334] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/25/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 20.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.96 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.0 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.7 | 11.0 - 14.0 % | H |
| PLT CT | 286 | 130 - 440 K/cmm | — |
| MPV | 11.0 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 65.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 21.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Myelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 13.6 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.6 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:

The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [474720334] (Abnormal) (continued)**
Resulted: 09/25/18 0628, Result status: Final result

**APTT [474720339] (Abnormal)**
Resulted: 09/25/18 0916, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 0405          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| aPTT | 66.5 | 24.0 - 34.0 sec | **H** |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474775557] (Abnormal)**
Resulted: 09/25/18 1011, Result status: Final result

Ordering provider: Hutchins, William Thomas Jr., MD
09/24/18 0854          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 179 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474775570] (Abnormal)**
Resulted: 09/25/18 1130, Result status: Final result

Ordering provider: Hutchins, William Thomas Jr., MD
09/25/18 1106          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 216 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474775545]**
Resulted: 09/25/18 1230, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 0805          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.98 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Calcium, Ionized [474775545] (continued)**

Resulted: 09/25/18 1230, Result status: Final result

**Dextrose Stick Glucose [474893233] (Abnormal)**

Resulted: 09/25/18 1643, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/25/18 1623     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 222 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474775590]**

Resulted: 09/25/18 1727, Result status: Final result

Ordering provider: Ashame, Elias S, MD 09/25/18 1600     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.99 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive metabolic panel [474893235] (Abnormal)**

Resulted: 09/25/18 1739, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/25/18 1658     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 151 | 136 - 147 mMol/L | H |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 118 | 98 - 110 mMol/L | H |
| CO2 | 21.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 240 | 71 - 99 mg/dL | H |
| Creatinine | 1.03 | 0.60 - 1.20 mg/dL | — |
| BUN | 61 | 7 - 22 mg/dL | H |
| Protein, Total | 7.6 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.0 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 222 | 40 - 145 U/L | H |
| ALT | 53 | 0 - 55 U/L | — |
| AST (SGOT) | 56 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.5 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.11 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 15.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 59.2 | 10.0 - 30.0 Ratio | H |
| EGFR | 79 | 60 - 150 mL/min/1.73m2 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive metabolic panel [474893235] (Abnormal) (continued)**            Resulted: 09/25/18 1739, Result status: Final result

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 325 | 275 - 300 mOsm/kg | H |
| Globulin | 3.6 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474893237]**            Resulted: 09/25/18 1739, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/25/18 1658

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474893239]**            Resulted: 09/25/18 1739, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/25/18 1658

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.6 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**PATHOLOGY REPORT SCAN [474893243]**            Resulted: 09/25/18 1829, Result status: Final result

Ordering provider:  Provider, Generic Hpf  09/25/18 1829

**Dextrose Stick Glucose [474893253] (Abnormal)**            Resulted: 09/25/18 2102, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/25/18 2046

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 189 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**APTT [474893244] (Abnormal)**

Resulted: 09/25/18 2121, Result status: Final result

Ordering provider: Khirbat, Rohit, MD  09/25/18 1900      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 66.8 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474893269] (Abnormal)**

Resulted: 09/26/18 0008, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  09/25/18 2350      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 154 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [474893247] (Abnormal)**

Resulted: 09/26/18 0019, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 2005      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | H |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| Chloride | 116 | 98 - 110 mMol/L | H |
| CO2 | 22.2 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 152 | 71 - 99 mg/dL | H |
| Creatinine | 0.98 | 0.60 - 1.20 mg/dL | — |
| BUN | 56 | 7 - 22 mg/dL | H |
| Protein, Total | 8.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 4.2 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 258 | 40 - 145 U/L | H |
| ALT | 62 | 0 - 55 U/L | H |
| AST (SGOT) | 65 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.02 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 16.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 57.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 84 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [474893247] (Abnormal) (continued)**

Resulted: 09/26/18 0019, Result status: Final result

| | | | |
|---|---|---|---|
| Osmolality Calc | 316 | 275 - 300 mOsm/kg | **H** |
| Globulin | 4.1 | 2.0 - 4.0 gm/dL | **H** |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [474893249]**

Resulted: 09/26/18 0019, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.6 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [474893250]**

Resulted: 09/26/18 0019, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.5 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474893248]**

Resulted: 09/26/18 0026, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/25/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.97 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [474975987] (Abnormal)**

Resulted: 09/26/18 0448, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 09/26/18 0432    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 167 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/26/18 0448, Result status: Final result

**Dextrose Stick Glucose [474975987] (Abnormal) (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0610, Result status: Final result

**Comprehensive Metabolic Panel [474893273] (Abnormal)**
Ordering provider: Ashame, Elias S, MD  09/26/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 116 | 98 - 110 mMol/L | H |
| CO2 | 19.9 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 167 | 71 - 99 mg/dL | H |
| Creatinine | 0.92 | 0.60 - 1.20 mg/dL | — |
| BUN | 53 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.6 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 329 | 40 - 145 U/L | H |
| ALT | 65 | 0 - 55 U/L | H |
| AST (SGOT) | 89 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.6 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.00 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 57.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 91 | 60 - 150 mL/min/1.73m2 | — |

    Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 309 | 275 - 300 mOsm/kg | H |
| Globulin | 3.6 | 2.0 - 4.0 gm/dL | — |

    Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0610, Result status: Final result

**Magnesium [474893275]**
Ordering provider: Ashame, Elias S, MD  09/26/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB
    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0610, Result status: Final result

**Phosphorus [474893276]**
Ordering provider: Ashame, Elias S, MD  09/26/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/26/18 0610, Result status: Final result

### Phosphorus [474893276] (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0620, Result status: Final result

### Calcium, Ionized [474893274]

Ordering provider: Ashame, Elias S, MD  09/26/18 0400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.81 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0632, Result status: Final result

### CBC and differential [474893270] (Abnormal)

Ordering provider: Khirbat, Rohit, MD  09/26/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.84 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.0 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.5 | 11.0 - 14.0 % | H |
| PLT CT | 345 | 130 - 440 K/cmm | — |
| MPV | 10.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 29.0 | 15.0 - 46.0 % | — |
| Monocytes | 1.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 7.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Neutrophils Absolute | 11.2 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.2 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.2 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology | — | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/26/18 0632, Result status: Final result

**CBC and differential [474893270] (Abnormal) (continued)**

|  | Reviewed |  |  |
|---|---|---|---|
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 0909, Result status: Final result

**Dextrose Stick Glucose [474975997] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/26/18 0843

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 157 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1039, Result status: Final result

**APTT(Heparin Infusion Therapy) [474975988] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
09/26/18 0700

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 80.0 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1201, Result status: Final result

**Calcium, Ionized [474975993]**

Ordering provider: Ashame, Elias S, MD  09/26/18 0805

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.83 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/26/18 1206, Result status: Final result

**Comprehensive Metabolic Panel [474975992] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/26/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 145 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 116 | 98 - 110 mMol/L | H |
| CO2 | 19.6 | 20.0 - 30.0 mMol/L | L |
| Calcium | 10.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 184 | 71 - 99 mg/dL | H |
| Creatinine | 0.88 | 0.60 - 1.20 mg/dL | — |
| BUN | 49 | 7 - 22 mg/dL | H |
| Protein, Total | 7.4 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.7 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 363 | 40 - 145 U/L | H |
| ALT | 73 | 0 - 55 U/L | H |
| AST (SGOT) | 95 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 1.00 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 55.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 96 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 306 | 275 - 300 mOsm/kg | H |
| Globulin | 3.7 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1206, Result status: Final result

**Magnesium [474975994]**

Ordering provider: Ashame, Elias S, MD  09/26/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1206, Result status: Final result

**Phosphorus [474975995]**

Ordering provider: Ashame, Elias S, MD  09/26/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/26/18 1206, Result status: Final result

**Phosphorus [474975995] (continued)**

Resulted: 09/26/18 1713, Result status: Final result

**Dextrose Stick Glucose [474976022] (Abnormal)**
Ordering provider:  Hutchens, William Thomas Jr., MD
09/26/18 1647        Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 189 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1722, Result status: Final result

**APTT( Heparin Infusion Therapy) [474976004] (Abnormal)**
Ordering provider:  Mikita, Jeffrey Alan, MD  09/26/18 1445   Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 56.9 | 24.0 - 34.0 sec | H |
| Comment: | | | |

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1727, Result status: Final result

**Calcium, Ionized [474976016]**
Ordering provider:  Ashame, Elias S, MD  09/26/18 1601    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.93 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1734, Result status: Final result

**Comprehensive Metabolic Panel [474976015] (Abnormal)**
Ordering provider:  Ashame, Elias S, MD  09/26/18 1601    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
  Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 115 | 98 - 110 mMol/L | H |
| CO2 | 18.1 | 20.0 - 30.0 mMol/L | L |



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

**Lab - All Results (continued)**

**Comprehensive Metabolic Panel [474976015] (Abnormal) (continued)**

Resulted: 09/26/18 1734, Result status: Final result

| | | | |
|---|---|---|---|
| Calcium | 9.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 195 | 71 - 99 mg/dL | H |
| Creatinine | 0.82 | 0.60 - 1.20 mg/dL | — |
| BUN | 41 | 7 - 22 mg/dL | H |
| Protein, Total | 7.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 391 | 40 - 145 U/L | H |
| ALT | 73 | 0 - 55 U/L | H |
| AST (SGOT) | 89 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.4 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.92 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 14.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 50.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 104 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | H |
| Globulin | 3.8 | 2.0 - 4.0 g/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1734, Result status: Final result

**Magnesium [474976017]**

Ordering provider: Ashame, Elias S, MD  09/26/18 1601       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/26/18 1734, Result status: Final result

**Phosphorus [474976018]**

Ordering provider: Ashame, Elias S, MD  09/26/18 1601       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 0102, Result status: Final result

**Dextrose Stick Glucose [475172468] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  09/27/18 0046       Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/27/18 0102, Result status: Final result

**Dextrose Stick Glucose [475172468] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 175 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 0533, Result status: Final result

**Comprehensive Metabolic Panel [474976027] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/26/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| Chloride | 115 | 98 - 110 mMol/L | H |
| CO2 | 18.8 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 145 | 71 - 99 mg/dL | H |
| Creatinine | 0.73 | 0.60 - 1.20 mg/dL | — |
| BUN | 34 | 7 - 22 mg/dL | H |
| Protein, Total | 7.5 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.5 | 3.5 - 5.0 gm/dL | — |
| Alkaline Phosphatase | 378 | 40 - 145 U/L | H |
| ALT | 78 | 0 - 55 U/L | H |
| AST (SGOT) | 87 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.88 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 46.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 120 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 295 | 275 - 300 mOsm/kg | — |
| Globulin | 4.0 | 2.0 - 4.0 gm/dL | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 0533, Result status: Final result

**Magnesium [474976029]**

Ordering provider: Ashame, Elias S, MD  09/26/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [474976029] (continued)**

Resulted: 09/27/18 0533, Result status: Final result

**Phosphorus [474976030]**

Resulted: 09/27/18 0533, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/26/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**APTT( Heparin Infusion Therapy) [474976024] (Abnormal)**

Resulted: 09/27/18 0555, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/26/18 1905

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 55.2 | 24.0 - 34.0 sec | H |

Comment:

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [474976028] (Abnormal)**

Resulted: 09/27/18 0608, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/26/18 2005     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.27 | 4.35 - 5.10 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [475172466] (Abnormal)**

Resulted: 09/27/18 0712, Result status: Final result

Ordering provider: Khirbat, Rohit, MD  09/27/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.66 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/27/18 0712, Result status: Final result

**CBC and differential [475172466] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Hematocrit | 25.5 | 36.0 - 48.0 % | L |
| MCV | 96 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 363 | 130 - 440 K/cmm | — |
| MPV | 10.8 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 30.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 6.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 0 | 0 - 10 % | — |
| Neutrophils Absolute | 10.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 5.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.0 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 0802, Result status: Final result

**Dextrose Stick Glucose [475172481] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/27/18 0737

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 194 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 1305, Result status: Final result

**Comprehensive Metabolic Panel [475172482] (Abnormal)**

Ordering provider:  Ashame, Elias S, MD  09/27/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 142 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475172482] (Abnormal) (continued)**    Resulted: 09/27/18 1305, Result status: Final result

| | | | |
|---|---|---|---|
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 20.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 196 | 71 - 99 mg/dL | H |
| Creatinine | 0.70 | 0.60 - 1.20 mg/dL | — |
| BUN | 30 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.2 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 354 | 40 - 145 U/L | H |
| ALT | 75 | 0 - 55 U/L | H |
| AST (SGOT) | 75 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.80 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 42.9 | 10.0 - 30.0 Ratio | H |
| EGFR | 126 | 60 - 150 mL/min/1.73m2 | |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 295 | 275 - 300 mOsm/kg | — |
| Globulin | 4.0 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [475172484]**    Resulted: 09/27/18 1305, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/27/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [475172485]**    Resulted: 09/27/18 1305, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/27/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [475172483]**    Resulted: 09/27/18 1312, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/27/18 0805    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/27/18 1312, Result status: Final result

**Calcium, Ionized [475172483] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 5.08 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 1502, Result status: Final result

**Dextrose Stick Glucose [475241690] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/27/18 1437

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 170 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 1722, Result status: Final result

**APTT(Heparin Infusion Therapy) [475241688] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/27/18 1500

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 58.3 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/27/18 1722, Result status: Final result

**Dextrose Stick Glucose [475241698] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/27/18 1656

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 162 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 09/27/18 1736, Result status: Final result

**Comprehensive Metabolic Panel [475241691] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/27/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 21.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | — |
| Glucose | 165 | 71 - 99 mg/dL | H |
| Creatinine | 0.71 | 0.60 - 1.20 mg/dL | — |
| BUN | 28 | 7 - 22 mg/dL | H |
| Protein, Total | 7.4 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.3 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 356 | 40 - 145 U/L | H |
| ALT | 73 | 0 - 55 U/L | H |
| AST (SGOT) | 73 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.80 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 39.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 124 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 290 | 275 - 300 mOsm/kg | — |
| Globulin | 4.1 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/27/18 1736, Result status: Final result

**Calcium, Ionized [475241692] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/27/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 5.12 | 4.35 - 5.10 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 09/27/18 1736, Result status: Final result

**Magnesium [475241693]**

Ordering provider: Ashame, Elias S, MD  09/27/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [475241693] (continued)**

Resulted: 09/27/18 1736, Result status: Final result

**Phosphorus [475241694]**

Resulted: 09/27/18 1736, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/27/18 1600    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [475241718] (Abnormal)**

Resulted: 09/27/18 2019, Result status: Final result

Ordering provider: Boyd, Loretta A, MD  09/27/18 1952    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 159 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [475241714] (Abnormal)**

Resulted: 09/27/18 2358, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/27/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 5.26 | 4.35 - 5.10 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [475241713] (Abnormal)**

Resulted: 09/28/18 0004, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/27/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | H |
| CO2 | 18.7 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 126 | 71 - 99 mg/dL | H |
| Creatinine | 0.63 | 0.60 - 1.20 mg/dL | — |
| BUN | 25 | 7 - 22 mg/dL | H |
| Protein, Total | 6.9 | 6.0 - 8.3 gm/dL | — |


**Healthier, together.**

| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475241713] (Abnormal) (continued)**    *Resulted: 09/28/18 0004, Result status: Final result*

| | | | |
|---|---|---|---|
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 351 | 40 - 145 U/L | H |
| ALT | 77 | 0 - 55 U/L | H |
| AST (SGOT) | 81 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.82 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 39.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |
| Globulin | 3.8 | 2.0 - 4.0 gm/dL | — |

    Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [475241715]**    *Resulted: 09/28/18 0004, Result status: Final result*

Ordering provider:  Ashame, Elias S, MD  09/27/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

    Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [475241716]**    *Resulted: 09/28/18 0004, Result status: Final result*

Ordering provider:  Ashame, Elias S, MD  09/27/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

    Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hemoglobin and Hematocrit, Blood [475241721] (Abnormal)**    *Resulted: 09/28/18 0016, Result status: Final result*

Ordering provider:  Goode, Terral C, MD  09/27/18 2206    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.5 | 36.0 - 48.0 % | L |

    Comment:

The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Hemoglobin and Hematocrit, Blood [475241721] (Abnormal) (continued)**    Resulted: 09/28/18 0016, Result status: Final result

1840 Amherst Street,WINCHESTER,VA 22601

**Hemoglobin and Hematocrit, Blood [475379489] (Abnormal)**    Resulted: 09/28/18 0241, Result status: Final result

Ordering provider:  Goode, Terral C, MD  09/28/18 0007    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hemoglobin | 7.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.6 | 36.0 - 48.0 % | L |

Comment:
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [475379494] (Abnormal)**    Resulted: 09/28/18 0602, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/28/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.3 | 3.5 - 5.3 mMol/L | — |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 18.6 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | — |
| Glucose | 122 | 71 - 99 mg/dL | H |
| Creatinine | 0.66 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Protein, Total | 7.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.1 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 353 | 40 - 145 U/L | H |
| ALT | 78 | 0 - 55 U/L | H |
| AST (SGOT) | 80 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.2 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.79 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 36.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |
| Globulin | 3.9 | 2.0 - 4.0 gm/dL | — |

Comment:  eGFR determined using CKD-EPI equation

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [475379496]**    Resulted: 09/28/18 0602, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/28/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/28/18 0602, Result status: Final result

**Magnesium [475379496] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 0602, Result status: Final result

**Phosphorus [475379497]**

Ordering provider:  Ashame, Elias S, MD  09/28/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 0619, Result status: Final result

**Calcium, Ionized [475379495]**

Ordering provider:  Ashame, Elias S, MD  09/28/18 0400    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.97 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 0642, Result status: Edited Result - FINAL

**Vancomycin, Trough [475379493] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/28/18 0300

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Vancomycin Trough | 20.01 | 10.00 - 20.00 mcg/mL | **HH** |

Comment:
Goal trough ranges of 15 to 20 mcg/mL are recommended for treating complicated infections such as bacteremia, endocarditis, osteomyelitis, meningitis, and hospital-acquired pneumonia.

Results called and read back by (licensed clinician/date/time/tech): ERICA AMOS, RN  09-28-2018  0642  #35
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 0809, Result status: Final result

**CBC and differential [475379491] (Abnormal)**



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

Resulted: 09/28/18 0809, Result status: Final result

**CBC and differential [475379491] (Abnormal) (continued)**

Ordering provider: **Khirbat, Rohit, MD  09/28/18 0015**     Resulting lab: **WINCHESTER MEDICAL CENTER LAB**

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.5 | 4.0 - 11.0 K/cmm | **H** |
| RBC | 2.70 | 3.80 - 5.00 M/cmm | **L** |
| Hemoglobin | 8.3 | 12.0 - 16.0 gm/dL | **L** |
| Hematocrit | 25.9 | 36.0 - 48.0 % | **L** |
| MCV | 96 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | **H** |
| PLT CT | 389 | 130 - 440 K/cmm | — |
| MPV | 10.8 | 6.0 - 10.0 fL | **H** |
| NEUTROPHIL % | 39.0 | 42.0 - 78.0 % | **L** |
| Lymphocytes | 39.0 | 15.0 - 46.0 % | — |
| Monocytes | 14.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 8.0 | 0.0 - 7.0 % | **H** |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 6.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 6.8 | 0.6 - 5.1 K/cmm | **H** |
| Monocytes Absolute | 2.5 | 0.1 - 1.7 K/cmm | **H** |
| Eosinophils Absolute | 1.4 | 0.0 - 0.8 K/cmm | **H** |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 0840, Result status: Final result

**Dextrose Stick Glucose [475379510] (Abnormal)**

Ordering provider: **Boyd, Loretta A, MD  09/28/18 0812**     Resulting lab: **WINCHESTER MEDICAL CENTER LAB**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 132 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1323, Result status: Final result

**Dextrose Stick Glucose [475488021] (Abnormal)**

Ordering provider: **Boyd, Loretta A, MD  09/28/18 1258**     Resulting lab: **WINCHESTER MEDICAL CENTER LAB**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Dextrose Stick Glucose [475488021] (Abnormal) (continued)**

Resulted: 09/28/18 1323, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 200 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [475379507]**

Resulted: 09/28/18 1337, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/28/18 0805      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [475379508] (Abnormal)**

Resulted: 09/28/18 1337, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/28/18 0805      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.5 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [475379505] (Abnormal)**

Resulted: 09/28/18 1354, Result status: Final result

Ordering provider:  Ashame, Elias S, MD  09/28/18 0805      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 134 | 136 - 147 mMol/L | L |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 14.6 | 20.0 - 30.0 mMol/L | LL |

Comment:
Results called and read back by (licensed clinician/date/time/tech): DAVE CONAWAY, RN  09-28-2018  1354 #35

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium | 8.1 | 8.5 - 10.5 mg/dL | L |
| Glucose | 420 | 71 - 99 mg/dL | H |
| Creatinine | 0.79 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Protein, Total | 6.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 302 | 40 - 145 U/L | H |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475379505] (Abnormal)**
**(continued)**

Resulted: 09/28/18 1354, Result status: Final
result

| | | | |
|---|---|---|---|
| ALT | 64 | 0 - 55 U/L | **H** |
| AST (SGOT) | 63 | 10 - 42 U/L | **H** |
| Bilirubin, Total | 2.0 | 0.1 - 1.2 mg/dL | **H** |
| Albumin/Globulin Ratio | 0.76 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 13.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 24.1 | 10.0 - 30.0 Ratio | — |
| EGFR | 109 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 288 | 275 - 300 mOsm/kg | — |
| Globulin | 3.4 | 2.0 - 4.0 gm/dL | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results

Resulted: 09/28/18 1354, Result status: Final
result

**Calcium, Ionized [475379506] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  09/28/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.97 | 4.35 - 5.10 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1440, Result status: Final
result

**Basic Metabolic Panel [475488023] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/28/18 1356    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | H |
| CO2 | 16.9 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 165 | 71 - 99 mg/dL | H |
| Creatinine | 0.70 | 0.60 - 1.20 mg/dL | — |
| BUN | 22 | 7 - 22 mg/dL | — |
| Anion Gap | 13.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 126 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 286 | 275 - 300 mOsm/kg | — |

Comment:

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1502, Result status: Final
result

**CBC and differential [475379536] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/28/18 1303    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.51 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.9 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 363 | 130 - 440 K/cmm | — |
| MPV | 10.3 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 52.8 | 42.0 - 78.0 % | — |
| Lymphocytes | 32.4 | 15.0 - 46.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/28/18 1502, Result status: Final
result

**CBC and differential [475379536] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Monocytes | 7.9 | 3.0 - 15.0 % | — |
| Eosinophils % | 5.7 | 0.0 - 7.0 % | — |
| Basophils % | 1.2 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 8.0 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 4.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.9 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.2 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Urinalysis w Microscopic and Culture if Indicated [475379525] (Abnormal)**

Resulted: 09/28/18 1552, Result status: Final
result

Ordering provider: Smith, Connie L, MD  09/28/18 1212    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
A Urine Culture has been ordered based upon the Positive UA results.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Amber - Color may affect some analytes. | Colorless,Yellow,Straw | A |
| Clarity, UA | Slightly Cloudy | Clear | A |
| Specific Gravity, UR | 1.025 | 1.001 - 1.040 | — |
| pH, Urine | 5.0 | 5.0 - 8.0 pH | — |
| Protein, UR | 100 | Negative mg/dL | A |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Large | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | Normal | Normal mg/dL | — |
| Leukocyte Esterase, UA | 75 | Negative Leu/uL | A |
| UR Micro | Performed | — | — |
| WBC, UA | 124 | 0 - 4 /hpf | H |
| RBC, UA | >182 | 0 - 5 /hpf | H |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1642, Result status: Final
result

**APTT [475379518] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/28/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 42.3 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/28/18 1642, Result status: Final result

**APTT [475379518] (Abnormal) (continued)**
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1646, Result status: Final result

**Calcium, Ionized [475379532]**
Ordering provider: Cole, Michael A, MD  09/28/18 1303       Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.80 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 1653, Result status: Final result

**Comprehensive Metabolic Panel [475379533] (Abnormal)**
Ordering provider: Cole, Michael A, MD  09/28/18 1303       Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 18.4 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.5 | 8.5 - 10.5 mg/dL | — |
| Glucose | 132 | 71 - 99 mg/dL | H |
| Creatinine | 0.71 | 0.60 - 1.20 mg/dL | — |
| BUN | 21 | 7 - 22 mg/dL | — |
| Protein, Total | 7.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 369 | 40 - 145 U/L | H |
| ALT | 76 | 0 - 55 U/L | H |
| AST (SGOT) | 76 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.75 | 0.70 - 1.50 Ratio | — |
| Anion Gap | 11.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 29.6 | 10.0 - 30.0 Ratio | — |
| EGFR | 124 | 60 - 150 mL/min/1.73m2 | — |
| Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 284 | 275 - 300 mOsm/kg | — |
| Globulin | 4.0 | 2.0 - 4.0 gm/dL | — |
| Comment: | | | |

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [475379534]**

Resulted: 09/28/18 1653, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/28/18 1303    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [475379535]**

Resulted: 09/28/18 1653, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/28/18 1303    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [475488037] (Abnormal)**

Resulted: 09/28/18 1727, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/28/18 1700

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 138 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Prothrombin Time / INR [475488046]**

Resulted: 09/28/18 2239, Result status: Final result

Ordering provider: Eshak, David S, MD  09/28/18 2131    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 10.7 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition       INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism      2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value   2.5 - 3.5
The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/28/18 2239, Result status: Final
result

**Prothrombin Time / INR [475488046] (continued)**

Resulted: 09/28/18 2239, Result status: Final
result

**APTT [475488047] (Abnormal)**

Ordering provider:  Eshak, David S, MD  09/28/18 2131    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 62.0 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/28/18 2312, Result status: Final
result

**Dextrose Stick Glucose [475488049] (Abnormal)**

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
09/28/18 2256

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 141 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 0025, Result status: Final
result

**APTT [475488041] (Abnormal)**

Ordering provider:  Cole, Michael A, MD  09/28/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 58.9 | 24.0 - 34.0 sec | H |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 0157, Result status: Final
result

**CBC with Automated Differential [475488045] (Abnormal)**

Ordering provider:  Eshak, David S, MD  09/28/18 2131    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed



| | |
|---|---|
| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

### CBC with Automated Differential [475488045] (Abnormal) (continued)

Resulted: 09/29/18 0157, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.75 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.2 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.1 | 11.0 - 14.0 % | H |
| PLT CT | 409 | 130 - 440 K/cmm | — |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 33.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 49.0 | 15.0 - 46.0 % | H |
| Monocytes | 10.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 8.1 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 10.4 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 2.1 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.6 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 0336, Result status: Final result

### Dextrose Stick Glucose [475488067] (Abnormal)

Ordering provider: Hutchens, William Thomas Jr., MD  09/29/18 0319          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 138 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/29/18 0517, Result status: Final result

### Comprehensive Metabolic Panel [475488061] (Abnormal)

Ordering provider: Cole, Michael A, MD  09/29/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.3 | 3.5 - 5.3 mMol/L | — |
| Chloride | 113 | 98 - 110 mMol/L | H |
| CO2 | 17.1 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 145 | 71 - 99 mg/dL | H |
| Creatinine | 0.69 | 0.60 - 1.20 mg/dL | — |
| BUN | 17 | 7 - 22 mg/dL | — |
| Protein, Total | 7.4 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 384 | 40 - 145 U/L | H |
| ALT | 77 | 0 - 55 U/L | H |
| AST (SGOT) | 86 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.68 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 13.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 24.6 | 10.0 - 30.0 Ratio | — |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |
| | | Comment:  eGFR determined using CKD-EPI equation | |
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |
| Globulin | 4.4 | 2.0 - 4.0 gm/dL | H |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 0517, Result status: Final result

### Magnesium [475488062]

Ordering provider: Cole, Michael A, MD  09/29/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 0517, Result status: Final result

### Phosphorus [475488063]

Ordering provider: Cole, Michael A, MD  09/29/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.7 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Phosphorus [475488063] (continued)**

Resulted: 09/29/18 0517, Result status: Final result

**Calcium, Ionized [475488060]**

Resulted: 09/29/18 0544, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/29/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.55 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [475599689] (Abnormal)**

Resulted: 09/29/18 0813, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/29/18 0500     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
This order is a replacement of the rejected order with accession number H1827200123.
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 26.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.77 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.9 | 36.0 - 48.0 % | L |
| MCV | 97 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 398 | 130 - 440 K/cmm | — |
| MPV | 10.5 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 40.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 45.0 | 15.0 - 46.0 % | — |
| Monocytes | 11.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 10.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 11.8 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 2.9 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.8 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



| | | |
|---|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 | |

## Lab - All Results (continued)

**CBC and differential [475599689] (Abnormal) (continued)**
Resulted: 09/29/18 0813, Result status: Final result

**Dextrose Stick Glucose [475599694] (Abnormal)**
Resulted: 09/29/18 0826, Result status: Final result
Ordering provider: Hutchens, William Thomas Jr., MD 09/29/18 0732     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 147 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [475599712] (Abnormal)**
Resulted: 09/29/18 1354, Result status: Final result
Ordering provider: Hutchens, William Thomas Jr., MD 09/29/18 1249     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 218 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [475599722] (Abnormal)**
Resulted: 09/29/18 1622, Result status: Final result
Ordering provider: Hutchens, William Thomas Jr., MD 09/29/18 1603     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 197 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [475599707] (Abnormal)**
Resulted: 09/29/18 1653, Result status: Final result
Ordering provider: Cole, Michael A, MD 09/29/18 1205     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 19.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.52 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.5 | 36.0 - 48.0 % | L |
| MCV | 97 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/29/18 1653, Result status: Final result

**CBC and differential [475599707] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 416 | 130 - 440 K/cmm | — |
| MPV | 9.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 69.9 | 42.0 - 78.0 % | — |
| Lymphocytes | 17.8 | 15.0 - 46.0 % | — |
| Monocytes | 9.7 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.7 | 0.0 - 7.0 % | — |
| Basophils % | 0.9 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 13.8 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.9 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.2 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Urinalysis w Microscopic and Culture if Indicated [475599718] (Abnormal)**

Resulted: 09/29/18 1700, Result status: Final result

Ordering provider: Smith, Connie L, MD  09/29/18 1358        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
A Urine Culture has been ordered based upon the Positive UA results.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Red - Color may affect some analytes | Colorless,Yellow,Straw | A |
| Clarity, UA | Turbid | Clear | A |
| Comment:  Due to turbidity of specimen, manual chemistry performed on supernatant. | | | |
| Specific Gravity, UR | 1.021 | 1.001 - 1.040 | — |
| pH, Urine | 6.5 | 5.0 - 8.0 pH | — |
| Protein, UR | 300 | Negative mg/dL | A |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Large | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | 0.2 | Normal mg/dL | A |
| Leukocyte Esterase, UA | Negative | Negative Leu/uL | — |
| UR Micro | Performed | — | — |
| Comment:  Due to turbidity of specimen, microscopic performed on dilution. | | | |
| WBC, UA | >182 | 0 - 4 /hpf | H |
| RBC, UA | >182 | 0 - 5 /hpf | H |

Comment:
The above 15 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/29/18 1703, Result status: Final result

**Calcium, Ionized [475599703] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/29/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.18 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 1711, Result status: Final result

**Comprehensive Metabolic Panel [475599704] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/29/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 114 | 98 - 110 mMol/L | H |
| CO2 | 17.8 | 20.0 - 30.0 mMol/L | L |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 200 | 71 - 99 mg/dL | H |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 15 | 7 - 22 mg/dL | — |
| Protein, Total | 6.9 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 376 | 40 - 145 U/L | H |
| ALT | 80 | 0 - 55 U/L | H |
| AST (SGOT) | 92 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.64 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 20.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |
| | Comment: eGFR determined using CKD-EPI equation | | |
| Osmolality Calc | 284 | 275 - 300 mOsm/kg | — |
| Globulin | 4.2 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/29/18 1711, Result status: Final result

**Magnesium [475599705]**

Ordering provider: Cole, Michael A, MD  09/29/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [475599705] (continued)**

Resulted: 09/29/18 1711, Result status: Final result

**Phosphorus [475599706]**

Resulted: 09/29/18 1711, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/29/18 1205      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**APTT( Heparin Infusion Therapy) [475599732] (Abnormal)**

Resulted: 09/30/18 0022, Result status: Final result

Ordering provider: Ashame, Elias S, MD  09/29/18 2005      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 66.0 | 24.0 - 34.0 sec | H |

Comment:

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [475692682] (Abnormal)**

Resulted: 09/30/18 0111, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 0055

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 149 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Comprehensive Metabolic Panel [475692677] (Abnormal)**

Resulted: 09/30/18 0458, Result status: Final result

Ordering provider: Cole, Michael A, MD  09/30/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 112 | 98 - 110 mMol/L | H |
| CO2 | 15.1 | 20.0 - 30.0 mMol/L | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475692677] (Abnormal) (continued)**    Resulted: 09/30/18 0458, Result status: Final result

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 131 | 71 - 99 mg/dL | H |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 18 | 7 - 22 mg/dL | — |
| Protein, Total | 7.3 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.8 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 399 | 40 - 145 U/L | H |
| ALT | 86 | 0 - 55 U/L | H |
| AST (SGOT) | 98 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.1 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.62 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 14.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 24.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |
| Globulin | 4.5 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Magnesium [475692678]**    Resulted: 09/30/18 0458, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Phosphorus [475692679]**    Resulted: 09/30/18 0458, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**CBC and differential [475692680] (Abnormal)**    Resulted: 09/30/18 0459, Result status: Final result

Ordering provider:  Cole, Michael A, MD  09/30/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 0459, Result status: Final result

**CBC and differential [475692680] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 20.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.67 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.8 | 36.0 - 48.0 % | L |
| MCV | 100 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 15.2 | 11.0 - 14.0 % | H |
| PLT CT | 374 | 130 - 440 K/cmm | — |
| MPV | 10.0 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 77.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 13.0 | 15.0 - 46.0 % | L |
| Monocytes | 3.0 | 3.0 - 15.0 % | — |
| Bands | 7 | 0 - 10 % | — |
| Neutrophils Absolute | 17.5 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 0518, Result status: Final result

**Calcium, Ionized [475692676] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/30/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.16 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 0544, Result status: Final result

**PT/APTT [475692690]**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 0449

Narrative:
This order is a replacement of the rejected order with accession number G1827300024.



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 0544, Result status: Final
result

**PT/APTT [475692690] (continued)**

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| PT | 10.6 | 9.5 - 11.5 sec | — |
| PT INR | 1.0 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition     INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism      2.0 - 3.0
Atrial Fibrillation      2.0 - 3.0
Prosthetic Heart Value   2.5 - 3.5

| | | | |
|-----------|-------|-----------------|------|
| aPTT | 25.1 | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin


The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


Resulted: 09/30/18 0555, Result status: Final
result

**Fibrinogen [475692692] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 0450
Narrative:
This order is a replacement of the rejected order with accession number G1827300024.

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Fibrinogen | 634 | 181 - 469 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


Resulted: 09/30/18 0932, Result status: Final
result

**Dextrose Stick Glucose [475692702] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 0916
Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 132 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 1212, Result status: Final result

**Dextrose Stick Glucose [475692709] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 09/30/18 1156    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 167 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1544, Result status: Final result

**Comprehensive Metabolic Panel [475692704] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/30/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 111 | 98 - 110 mMol/L | H |
| CO2 | 17.8 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 154 | 71 - 99 mg/dL | H |
| Creatinine | 1.01 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 365 | 40 - 145 U/L | H |
| ALT | 76 | 0 - 55 U/L | H |
| AST (SGOT) | 80 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.0 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.61 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 14.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 23.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 81 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |
| Globulin | 4.4 | 2.0 - 4.0 gm/dL | H |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1544, Result status: Final result

**Magnesium [475692705]**

Ordering provider: Cole, Michael A, MD  09/30/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 1544, Result status: Final result

**Magnesium [475692705] (continued)**
    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1544, Result status: Final result

**Phosphorus [475692706] (Abnormal)**
Ordering provider: Cole, Michael A, MD  09/30/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1545, Result status: Final result

**Calcium, Ionized [475692703]**
Ordering provider: Cole, Michael A, MD  09/30/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.65 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1603, Result status: Final result

**PT/APTT [475692719]**
Ordering provider: Cole, Michael A, MD  09/30/18 1435    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 10.9 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |
| Comment: | | | |

INR Interpretive Comment:

Clinical Condition    INR Range
Deep Venous Thrombosis   2.0 - 3.0
Pulmonary Embolism     2.0 - 3.0
Atrial Fibrillation     2.0 - 3.0
Prosthetic Heart Value   2.5 - 3.5

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| aPTT | 26.2 | 24.0 - 34.0 sec | — |
| Comment: | | | |

Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 1603, Result status: Final result

**PT/APTT [475692719] (continued)**

Resulted: 09/30/18 1606, Result status: Final result

**CBC and differential [475692707] (Abnormal)**

Ordering provider: Cole, Michael A, MD  09/30/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 21.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.29 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 6.9 | 12.0 - 16.0 gm/dL | LL |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): SARA MEHLFELT,RN/09-30-18/1532/70 | | | |
| Hematocrit | 22.4 | 36.0 - 48.0 % | L |
| MCV | 98 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.2 | 11.0 - 14.0 % | H |
| PLT CT | 410 | 130 - 440 K/cmm | — |
| MPV | 9.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 68.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 16.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 4.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Metamyelocytes | 2 | 0 - 0 % | H |
| Neutrophils Absolute | 16.1 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.9 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 1642, Result status: Final result

**Dextrose Stick Glucose [475759947] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD          Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 1626

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 143 | 71 - 99 mg/dL | H |
| Comment: | | | |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 09/30/18 1642, Result status: Final
result

**Dextrose Stick Glucose [475759947] (Abnormal) (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 09/30/18 2035, Result status: Final
result

**Dextrose Stick Glucose [475759958] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
09/30/18 2016
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 156 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0353, Result status: Final
result

**Dextrose Stick Glucose [475810097] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/01/18 0336
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 152 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0415, Result status: Final
result

**Comprehensive Metabolic Panel [475810092] (Abnormal)**
Ordering provider: Cole, Michael A, MD  10/01/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 19.6 | 20.0 - 30.0 mMol/L | L |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 161 | 71 - 99 mg/dL | H |
| Creatinine | 1.21 | 0.60 - 1.20 mg/dL | H |
| BUN | 30 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.7 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 380 | 40 - 145 U/L | H |
| ALT | 70 | 0 - 55 U/L | H |
| AST (SGOT) | 74 | 10 - 42 U/L | H |
| Bilirubin, Total | 3.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.60 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 13.5 | 7.0 - 18.0 mMol/L | — |



**Healthier, together.**

| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
| --- | --- |

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475810092] (Abnormal)**
**(continued)**
Resulted: 10/01/18 0415, Result status: Final result

| | | | |
| --- | --- | --- | --- |
| BUN/Creatinine Ratio | 24.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 65 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |
| Globulin | 4.5 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0415, Result status: Final result

**Magnesium [475810093]**

Ordering provider: Cole, Michael A, MD  10/01/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0415, Result status: Final result

**Phosphorus [475810094]**

Ordering provider: Cole, Michael A, MD  10/01/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Phosphorus | 4.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0427, Result status: Final result

**Calcium, Ionized [475810091]**

Ordering provider: Cole, Michael A, MD  10/01/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Calcium, Ionized | 4.65 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 0427, Result status: Final result

**CBC and differential [475810095] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/01/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/01/18 0427, Result status: Final
result

**CBC and differential [475810095] (Abnormal) (continued)**

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 16.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.65 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.8 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 366 | 130 - 440 K/cmm | — |
| MPV | 9.7 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 74.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 7.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 6.0 | 0.0 - 7.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Myelocytes | 3 | 0 - 0 % | H |
| Neutrophils Absolute | 13.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.0 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 1220, Result status: Final
result

**Dextrose Stick Glucose [475810114] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
10/01/18 1203

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 144 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/01/18 1719, Result status: Final
result

**Calcium, Ionized [475810108]**

Ordering provider: Cole, Michael A, MD  10/01/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.70 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 1751, Result status: Final
result

**Comprehensive Metabolic Panel [475810109] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/01/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 19.5 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 119 | 71 - 99 mg/dL | H |
| Creatinine | 1.08 | 0.60 - 1.20 mg/dL | — |
| BUN | 30 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.6 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 375 | 40 - 145 U/L | H |
| ALT | 65 | 0 - 55 U/L | H |
| AST (SGOT) | 66 | 10 - 42 U/L | H |
| Bilirubin, Total | 2.3 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.57 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 13.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 27.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 75 | 60 - 150 mL/min/1.73m2 | — |
| Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |
| Globulin | 4.6 | 2.0 - 4.0 gm/dL | H |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 1751, Result status: Final
result

**Magnesium [475810110]**

Ordering provider: Cole, Michael A, MD  10/01/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [475810110] (continued)**

Resulted: 10/01/18 1751, Result status: Final result

**Phosphorus [475810111]**

Resulted: 10/01/18 1751, Result status: Final result

Ordering provider: Cole, Michael A, MD  10/01/18 1205       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [475810112] (Abnormal)**

Resulted: 10/01/18 1759, Result status: Final result

Ordering provider: Cole, Michael A, MD  10/01/18 1205       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.77 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.8 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.8 | 11.0 - 14.0 % | H |
| PLT CT | 420 | 130 - 440 K/cmm | — |
| MPV | 10.1 | 6.0 - 10.0 fL | H |
| NEUTROPHIL % | 75.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 13.0 | 15.0 - 46.0 % | L |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 10.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.7 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/01/18 1759, Result status: Final result

**CBC and differential [475810112] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Poikilocytosis | 1+ | — | — |
| Target Cells | 2+ | — | — |
| Comment: | | | |

The above 30 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/01/18 2034, Result status: Final result

**Dextrose Stick Glucose [475810122] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 10/01/18 2008    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 109 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 0606, Result status: Final result

**Magnesium [475810136]**

Ordering provider: Cole, Michael A, MD 10/02/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 0606, Result status: Final result

**Phosphorus [475810137]**

Ordering provider: Cole, Michael A, MD 10/02/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.4 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 0608, Result status: Final result

**Comprehensive Metabolic Panel [475810135] (Abnormal)**

Ordering provider: Cole, Michael A, MD 10/02/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 110 | 98 - 110 mMol/L | — |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [475810135] (Abnormal) (continued)**    Resulted: 10/02/18 0608, Result status: Final result

| | | | |
|---|---|---|---|
| CO2 | 21.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 123 | 71 - 99 mg/dL | H |
| Creatinine | 0.94 | 0.60 - 1.20 mg/dL | — |
| BUN | 27 | 7 - 22 mg/dL | H |
| Protein, Total | 7.1 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 381 | 40 - 145 U/L | H |
| ALT | 58 | 0 - 55 U/L | H |
| AST (SGOT) | 63 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.54 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 11.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 28.7 | 10.0 - 30.0 Ratio | — |
| EGFR | 88 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 284 | 275 - 300 mOsm/kg | — |
| Globulin | 4.6 | 2.0 - 4.0 gm/dL | H |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [475810134]**    Resulted: 10/02/18 0620, Result status: Final result

Ordering provider:  Cole, Michael A, MD  10/02/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.62 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [475810138] (Abnormal)**    Resulted: 10/02/18 0748, Result status: Final result

Ordering provider:  Cole, Michael A, MD  10/02/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.72 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.3 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.7 | 11.0 - 14.0 % | H |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

Resulted: 10/02/18 0748, Result status: Final result

**CBC and differential [475810138] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| PLT CT | 381 | 130 - 440 K/cmm | — |
| MPV | 9.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 55.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 31.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 5.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Neutrophils Absolute | 7.1 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.6 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 1632, Result status: Final result

**Calcium, Ionized [476056458]**

Ordering provider:  Cole, Michael A, MD  10/02/18 1205       Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.73 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 1647, Result status: Final result

**Comprehensive Metabolic Panel [476056459] (Abnormal)**

Ordering provider:  Cole, Michael A, MD  10/02/18 1205       Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 22.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 142 | 71 - 99 mg/dL | H |
| Creatinine | 1.01 | 0.60 - 1.20 mg/dL | — |
| BUN | 29 | 7 - 22 mg/dL | H |
| Protein, Total | 7.2 | 6.0 - 8.3 gm/dL | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [476056459] (Abnormal) (continued)**

Resulted: 10/02/18 1647, Result status: Final result

| | | | |
|---|---|---|---|
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 425 | 40 - 145 U/L | H |
| ALT | 60 | 0 - 55 U/L | H |
| AST (SGOT) | 69 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.53 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 12.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 28.7 | 10.0 - 30.0 Ratio | — |
| EGFR | 81 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 286 | 275 - 300 mOsm/kg | — |
| Globulin | 4.7 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [476056460]**

Resulted: 10/02/18 1647, Result status: Final result

Ordering provider:  Cole, Michael A, MD  10/02/18 1205      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [476056461] (Abnormal)**

Resulted: 10/02/18 1647, Result status: Final result

Ordering provider:  Cole, Michael A, MD  10/02/18 1205      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.8 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [476056462] (Abnormal)**

Resulted: 10/02/18 1738, Result status: Final result

Ordering provider:  Cole, Michael A, MD  10/02/18 1205      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.67 | 3.80 - 5.00 M/cmm | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/02/18 1738, Result status: Final result

**CBC and differential [476056462] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.8 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 31 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 370 | 130 - 440 K/cmm | — |
| MPV | 9.6 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 50.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 37.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Atypical Lymph % | Few | — | |
| Neutrophils Absolute | 7.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 4.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Microcytic | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 2+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/02/18 2109, Result status: Final result

**Dextrose Stick Glucose [476056467] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
10/02/18 2042

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 131 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0007, Result status: Final result

**Dextrose Stick Glucose [476056480] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
10/02/18 2351

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 0007, Result status: Final
result

**Dextrose Stick Glucose [476056480] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Glucose, POCT | 176 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0205, Result status: Final
result

**PT/APTT [476056491]**

Ordering provider: Eidberger, Andrew J, PA  10/03/18     Resulting lab: WINCHESTER MEDICAL CENTER LAB
0142

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| PT | 10.9 | 9.5 - 11.5 sec | — |
| PT INR | 1.1 | 0.5 - 1.3 | — |

Comment:
INR Interpretive Comment:

Clinical Condition        INR Range
Deep Venous Thrombosis    2.0 - 3.0
Pulmonary Embolism        2.0 - 3.0
Atrial Fibrillation        2.0 - 3.0
Prosthetic Heart Value    2.5 - 3.5

| | | | |
|---|---|---|---|
| aPTT | 27.6 | 24.0 - 34.0 sec | — |

Comment:
Therapeutic range for standard heparin nomogram is 50.0 - 70.0 seconds
No range is established for low molecular weight heparin

The above 3 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0205, Result status: Final
result

**Fibrinogen [476056492] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  10/03/18     Resulting lab: WINCHESTER MEDICAL CENTER LAB
0142

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Fibrinogen | 498 | 181 - 469 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0348, Result status: Final
result

**Calcium, Ionized [476056481]**

Ordering provider: Cole, Michael A, MD  10/03/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 0348, Result status: Final result

**Calcium, Ionized [476056481] (continued)**

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.78 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0401, Result status: Final result

**Comprehensive Metabolic Panel [476056482] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/03/18 0016　　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.4 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 19.2 | 20.0 - 30.0 mMol/L | L |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 137 | 71 - 99 mg/dL | H |
| Creatinine | 1.14 | 0.60 - 1.20 mg/dL | — |
| BUN | 34 | 7 - 22 mg/dL | H |
| Protein, Total | 6.9 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 448 | 40 - 145 U/L | H |
| ALT | 59 | 0 - 55 U/L | H |
| AST (SGOT) | 72 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.8 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.57 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 15.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 29.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 70 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Osmolality Calc | 287 | 275 - 300 mOsm/kg | — |
| Globulin | 4.4 | 2.0 - 4.0 gm/dL | H |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0401, Result status: Final result

**Magnesium [476056483]**

Ordering provider: Cole, Michael A, MD  10/03/18 0016　　　Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 0401, Result status: Final result

**Phosphorus [476056484] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/03/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.7 | 2.3 - 4.7 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0421, Result status: Final result

**Dextrose Stick Glucose [476056501] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/03/18 0354

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 113 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0458, Result status: Final result

**CBC and differential [476056485] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/03/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.3 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.65 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.9 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 369 | 130 - 440 K/cmm | — |
| MPV | 9.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 52.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 39.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 6.4 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 4.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology | — | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 0458, Result status: Final result

**CBC and differential [476056485] (Abnormal) (continued)**

Reviewed
Morphology
Consistent with
Hemogram

Comment:
The above 21 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0608, Result status: Final result

**Troponin I [476056499] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  10/03/18 0343

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Troponin I | 0.03 | 0.00 - 0.02 ng/mL | **H** |

Comment:
Troponin Interpretative Comment:

Indeterminate

Levels are above the 99th percentile of the reference range. To determine whether or not this increase is due to acute cardiac damage, it is recommended to perform serial blood draws every 4 to 8 hours. An increase of 0.04 ng/mL or greater indicates acute cardiac damage.

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0905, Result status: Final result

**Dextrose Stick Glucose [476261046] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  10/03/18 0839

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 120 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 0937, Result status: Final result

**Basic Metabolic Panel [476261038] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/03/18 0756

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 0937, Result status: Final result

**Basic Metabolic Panel [476261038] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| CO2 | 20.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 120 | 71 - 99 mg/dL | H |
| Creatinine | 1.09 | 0.60 - 1.20 mg/dL | — |
| BUN | 34 | 7 - 22 mg/dL | H |
| Anion Gap | 17.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.2 | 10.0 - 30.0 Ratio | H |
| EGFR | 74 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 290 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1046, Result status: Final result

**Basic Metabolic Panel [476261044] (Abnormal)**

Ordering provider:  Ashame, Elias S, MD  10/03/18 0805      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 20.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.3 | 8.5 - 10.5 mg/dL | — |
| Glucose | 119 | 71 - 99 mg/dL | H |
| Creatinine | 1.08 | 0.60 - 1.20 mg/dL | — |
| BUN | 32 | 7 - 22 mg/dL | H |
| Anion Gap | 18.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 29.6 | 10.0 - 30.0 Ratio | — |
| EGFR | 75 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 287 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1118, Result status: Edited Result - FINAL

**Troponin I [476261035] (Abnormal)**

Ordering provider:  Eidberger, Andrew J, PA  10/03/18 0743      Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Collected Changed From '10/03/2018 09:27' To '10/03/2018 09:29'

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Troponin I | 0.03 | 0.00 - 0.02 ng/mL | H |

Comment:



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 1118, Result status: Edited
Result - FINAL

**Troponin I [476261035] (Abnormal) (continued)**

Troponin Interpretative Comment:

Indeterminate

Levels are above the 99th percentile of the reference range. To determine whether or not this increase is due to acute cardiac damage, it is recommended to perform serial blood draws every 4 to 8 hours. An increase of 0.04 ng/mL or greater indicates acute cardiac damage.

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1126, Result status: Final
result

**Calcium, Ionized [476261054]**

Ordering provider: Ashame, Elias S, MD  10/03/18 1117    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.49 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1135, Result status: Final
result

**Magnesium [476261053]**

Ordering provider: Ashame, Elias S, MD  10/03/18 1117    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1217, Result status: Final
result

**Dextrose Stick Glucose [476261063] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/03/18 1200

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 149 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1518, Result status: Final
result

**Troponin I [476261055] (Abnormal)**

Ordering provider: Eidberger, Andrew J, PA  10/03/18    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 1518, Result status: Final result

**Troponin I [476261055] (Abnormal) (continued)**
1143

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Troponin I | 0.03 | 0.00 - 0.02 ng/mL | H |

Comment:
Troponin Interpretative Comment:

Indeterminate

Levels are above the 99th percentile of the reference range. To determine whether or not this increase is due to acute cardiac damage, it is recommended to perform serial blood draws every 4 to 8 hours. An increase of 0.04 ng/mL or greater indicates acute cardiac damage.

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1549, Result status: Final result

**Dextrose Stick Glucose [476261067] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/03/18 1530

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 174 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 1714, Result status: Final result

**Comprehensive Metabolic Panel [476261057] (Abnormal)**
Ordering provider: Cole, Michael A, MD  10/03/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 21.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 192 | 71 - 99 mg/dL | H |
| Creatinine | 1.09 | 0.60 - 1.20 mg/dL | — |
| BUN | 31 | 7 - 22 mg/dL | H |
| Protein, Total | 7.7 | 6.0 - 8.3 gm/dL | — |
| Albumin | 3.0 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 445 | 40 - 145 U/L | H |
| ALT | 53 | 0 - 55 U/L | — |
| AST (SGOT) | 64 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.9 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.64 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 17.1 | 7.0 - 18.0 mMol/L | — |



**ValleyHealth**

*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [476261057] (Abnormal) (continued)**          Resulted: 10/03/18 1714, Result status: Final result

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 28.4 | 10.0 - 30.0 Ratio | — |
| EGFR | 74 | 60 - 150 mL/min/1.73m2 | — |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 289 | 275 - 300 mOsm/kg | — |
| Globulin | 4.7 | 2.0 - 4.0 gm/dL | H |

    Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/03/18 1714, Result status: Final result

**Phosphorus [476261059] (Abnormal)**

Ordering provider: **Cole, Michael A, MD**  10/03/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 6.5 | 2.3 - 4.7 mg/dL | H |

    Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/03/18 1757, Result status: Final result

**CBC and differential [476261060] (Abnormal)**

Ordering provider: **Cole, Michael A, MD**  10/03/18 1205          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

    Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.6 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.62 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.5 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.5 | 11.0 - 14.0 % | H |
| PLT CT | 351 | 130 - 440 K/cmm | — |
| MPV | 9.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 59.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 27.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.0 | 0.0 - 7.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Neutrophils Absolute | 10.0 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 4.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 1757, Result status: Final
result

**CBC and differential [476261060] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 29 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 2019, Result status: Final
result

**Dextrose Stick Glucose [476261075] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/03/18 2002

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 161 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 2037, Result status: Final
result

**Basic Metabolic Panel [476261068] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/03/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 25.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 187 | 71 - 99 mg/dL | H |
| Creatinine | 1.02 | 0.60 - 1.20 mg/dL | — |
| BUN | 32 | 7 - 22 mg/dL | H |
| Anion Gap | 14.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.4 | 10.0 - 30.0 Ratio | H |
| EGFR | 80 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 291 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/03/18 2037, Result status: Final result

**Basic Metabolic Panel [476261068] (Abnormal) (continued)**

Resulted: 10/03/18 2037, Result status: Final result

**Magnesium [476261069]**

Ordering provider: Ashame, Elias S, MD 10/03/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/03/18 2038, Result status: Final result

**Calcium, Ionized [476261070]**

Ordering provider: Ashame, Elias S, MD 10/03/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.57 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0201, Result status: Final result

**Dextrose Stick Glucose [476446063] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 0145

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 229 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0411, Result status: Final result

**Dextrose Stick Glucose [476446065] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 0345

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 217 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/04/18 0428, Result status: Final result

### Comprehensive Metabolic Panel [476446056] (Abnormal)

Ordering provider: Cole, Michael A, MD  10/04/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 23.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 209 | 71 - 99 mg/dL | H |
| Creatinine | 0.98 | 0.60 - 1.20 mg/dL | — |
| BUN | 33 | 7 - 22 mg/dL | H |
| Protein, Total | 7.5 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 484 | 40 - 145 U/L | H |
| ALT | 57 | 0 - 55 U/L | H |
| AST (SGOT) | 86 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.7 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.63 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 15.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 33.7 | 10.0 - 30.0 Ratio | H |
| EGFR | 84 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 291 | 275 - 300 mOsm/kg | — |
| Globulin | 4.6 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0428, Result status: Final result

### Phosphorus [476446057] (Abnormal)

Ordering provider: Cole, Michael A, MD  10/04/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 5.8 | 2.3 - 4.7 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0428, Result status: Final result

### Magnesium [476446060]

Ordering provider: Ashame, Elias S, MD  10/04/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

Resulted: 10/04/18 0428, Result status: Final result

**Magnesium [476446060] (continued)**

Resulted: 10/04/18 0447, Result status: Final result

**Calcium, Ionized [476446061]**

Ordering provider: Ashame, Elias S, MD  10/04/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.46 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 0625, Result status: Final result

**CBC and differential [476446058] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/04/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.5 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.49 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.4 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 330 | 130 - 440 K/cmm | — |
| MPV | 9.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 28.0 | 15.0 - 46.0 % | — |
| Monocytes | 5.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 0 | 0 - 10 % | — |
| Metamyelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 8.4 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/04/18 0625, Result status: Final
result

**CBC and differential [476446058] (Abnormal) (continued)**

Comment:
The above 28 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1101, Result status: Final
result

**Dextrose Stick Glucose [476446092] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 1035

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 171 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1306, Result status: Final
result

**Dextrose Stick Glucose [476446097] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 1210

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 329 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1312, Result status: Final
result

**Calcium, Ionized [476446075] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/04/18 0805   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.29 | 4.35 - 5.10 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1322, Result status: Final
result

**Comprehensive Metabolic Panel [476446093] (Abnormal)**

Ordering provider: Cole, Michael A, MD  10/04/18 1205   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 143 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 26.4 | 20.0 - 30.0 mMol/L | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Comprehensive Metabolic Panel [476446093] (Abnormal) (continued)**

Resulted: 10/04/18 1322, Result status: Final result

| | | | |
|---|---|---|---|
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 183 | 71 - 99 mg/dL | H |
| Creatinine | 0.85 | 0.60 - 1.20 mg/dL | — |
| BUN | 32 | 7 - 22 mg/dL | H |
| Protein, Total | 7.7 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.9 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 442 | 40 - 145 U/L | H |
| ALT | 57 | 0 - 55 U/L | H |
| AST (SGOT) | 79 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.5 | 0.1 - 1.2 mg/dL | H |
| Albumin/Globulin Ratio | 0.60 | 0.70 - 1.50 Ratio | L |
| Anion Gap | 13.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 37.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 100 | 60 - 150 mL/min/1.73m2 | — |
|    Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 297 | 275 - 300 mOsm/kg | — |
| Globulin | 4.8 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [476446094]**

Resulted: 10/04/18 1322, Result status: Final result

Ordering provider: Cole, Michael A, MD  10/04/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [476446074]**

Resulted: 10/04/18 1411, Result status: Final result

Ordering provider: Ashame, Elias S, MD  10/04/18 0805    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [476446099]**

Resulted: 10/04/18 1429, Result status: Final result

Ordering provider: Ashame, Elias S, MD  10/04/18 1400    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/04/18 1429, Result status: Final result
**Magnesium [476446099] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1639, Result status: Final result
**Dextrose Stick Glucose [476578851] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD 10/04/18 1622    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 110 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1710, Result status: Final result
**Calcium, Ionized [476578849] (Abnormal)**
Ordering provider: Ashame, Elias S, MD 10/04/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.16 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1721, Result status: Final result
**Basic Metabolic Panel [476578847] (Abnormal)**
Ordering provider: Ashame, Elias S, MD 10/04/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 29.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 110 | 71 - 99 mg/dL | H |
| Creatinine | 0.80 | 0.60 - 1.20 mg/dL | — |
| BUN | 30 | 7 - 22 mg/dL | H |
| Anion Gap | 13.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 37.5 | 10.0 - 30.0 Ratio | H |
| EGFR | 107 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 297 | 275 - 300 mOsm/kg | — |

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/04/18 1721, Result status: Final
result

**Basic Metabolic Panel [476578847] (Abnormal) (continued)**

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1721, Result status: Final
result

**Magnesium [476578848]**

Ordering provider: Ashame, Elias S, MD  10/04/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1750, Result status: Final
result

**Phosphorus [476578855]**

Ordering provider: Ashame, Elias S, MD  10/04/18 1730    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.0 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1828, Result status: Final
result

**Dextrose Stick Glucose [476578870] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/04/18 1751
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 105 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/04/18 1859, Result status: Final
result

**CBC with Automated Differential [476578868] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/04/18 1813    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 12.7 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.52 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.4 | 12.0 - 16.0 gm/dL | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [476578868] (Abnormal) (continued)

Resulted: 10/04/18 1859, Result status: Final result

| | | | |
|---|---|---|---|
| Hematocrit | 22.9 | 36.0 - 48.0 % | L |
| MCV | 91 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 345 | 130 - 440 K/cmm | — |
| MPV | 8.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 66.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 19.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 6 | 0 - 10 % | — |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 9.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 2.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Dextrose Stick Glucose [476578882] (Abnormal)

Resulted: 10/04/18 2255, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
10/04/18 2238

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 161 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Hemogram [476578884] (Abnormal)

Resulted: 10/04/18 2352, Result status: Final result

Ordering provider:  Hutchens, William Thomas Jr., MD
10/04/18 2322

Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 13.1 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.47 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 22.5 | 36.0 - 48.0 % | L |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/04/18 2352, Result status: Final result

**Hemogram [476578884] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| MCV | 91 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 336 | 130 - 440 K/cmm | — |
| MPV | 8.8 | 6.0 - 10.0 fL | — |

Comment:
The above 10 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0015, Result status: Final result

**Basic Metabolic Panel [476578873] (Abnormal)**

Ordering provider:  Ashame, Elias S, MD  10/04/18 2005          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.2 | 3.5 - 5.3 mMol/L | L |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 31.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 129 | 71 - 99 mg/dL | H |
| Creatinine | 0.75 | 0.60 - 1.20 mg/dL | — |
| BUN | 27 | 7 - 22 mg/dL | H |
| Anion Gap | 13.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 36.0 | 10.0 - 30.0 Ratio | H |
| EGFR | 116 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 299 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0015, Result status: Final result

**Magnesium [476578875]**

Ordering provider:  Ashame, Elias S, MD  10/04/18 2005          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0015, Result status: Final result

**Phosphorus [476578876]**

Ordering provider:  Ashame, Elias S, MD  10/04/18 2005          Resulting lab:  WINCHESTER MEDICAL CENTER LAB



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/05/18 0015, Result status: Final result

**Phosphorus [476578876] (continued)**

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.1 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0023, Result status: Final result

**Calcium, Ionized [476578874] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/04/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.03 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0701, Result status: Final result

**Dextrose Stick Glucose [476677833] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/05/18 0644

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 138 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0815, Result status: Final result

**Dextrose Stick Glucose [476677838] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/05/18 0759

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 140 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0824, Result status: Final result

**Calcium, Ionized [476677829]**

Ordering provider: Ashame, Elias S, MD  10/05/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.59 | 4.35 - 5.10 mg/dL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/05/18 0824, Result status: Final result

**Calcium, Ionized [476677829] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0840, Result status: Final result

**Basic Metabolic Panel [476677828] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/05/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 136 - 147 mMol/L | — |
| Potassium | 3.2 | 3.5 - 5.3 mMol/L | L |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 31.7 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | — |
| Glucose | 137 | 71 - 99 mg/dL | H |
| Creatinine | 0.72 | 0.60 - 1.20 mg/dL | — |
| BUN | 24 | 7 - 22 mg/dL | H |
| Anion Gap | 10.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 33.3 | 10.0 - 30.0 Ratio | H |
| EGFR | 122 | 60 - 150 mL/min/1.73m2 | — |
| Comment:  eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 293 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0840, Result status: Final result

**Magnesium [476677830]**

Ordering provider: Ashame, Elias S, MD  10/05/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 0909, Result status: Final result

**Phosphorus [476578862]**

Ordering provider: Ashame, Elias S, MD  10/04/18 1739    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/05/18 0909, Result status: Final result

**Phosphorus [476578862] (continued)**

Resulted: 10/05/18 1229, Result status: Final result

**Dextrose Stick Glucose [476677852] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 10/05/18 1202

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 197 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 1751, Result status: Final result

**Calcium, Ionized [476677848]**

Ordering provider: Ashame, Elias S, MD  10/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 1758, Result status: Final result

**Basic Metabolic Panel [476677847] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/05/18 1205

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.1 | 3.5 - 5.3 mMol/L | L |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 30.7 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 148 | 71 - 99 mg/dL | H |
| Creatinine | 0.72 | 0.60 - 1.20 mg/dL | — |
| BUN | 23 | 7 - 22 mg/dL | H |
| Anion Gap | 14.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.9 | 10.0 - 30.0 Ratio | H |
| EGFR | 122 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 299 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/05/18 1758, Result status: Final
result

**Magnesium [476677849]**

Ordering provider: Ashame, Elias S, MD  10/05/18 1205      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 1947, Result status: Final
result

**Phosphorus [476578863]**

Ordering provider: Ashame, Elias S, MD  10/04/18 1739      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/05/18 2031, Result status: Final
result

**CBC with Automated Differential [476677857] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/05/18 1605      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.2 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.53 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.3 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 33 | 32 - 36 gm/dL | — |
| RDW | 15.2 | 11.0 - 14.0 % | H |
| PLT CT | 348 | 130 - 440 K/cmm | — |
| MPV | 8.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 64.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 13.0 | 3.0 - 15.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Neutrophils Absolute | 11.5 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 2.2 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

### CBC with Automated Differential [476677857] (Abnormal) (continued)

Resulted: 10/05/18 2031, Result status: Final result

| | | | |
|---|---|---|---|
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Urinalysis w Microscopic and Culture if Indicated [476677865] (Abnormal)

Resulted: 10/05/18 2033, Result status: Final result

Ordering provider: Smith, Connie L, MD  10/05/18 1801      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
A Urine Culture has been ordered based upon the Positive UA results.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Yellow | Colorless,Yellow,Straw | — |
| Clarity, UA | Clear | Clear | — |
| Specific Gravity, UR | 1.009 | 1.001 - 1.040 | — |
| pH, Urine | 5.0 | 5.0 - 8.0 pH | — |
| Protein, UR | Negative | Negative mg/dL | — |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Large | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | Normal | Normal mg/dL | — |
| Leukocyte Esterase, UA | 25 | Negative Leu/uL | A |
| UR Micro | Performed | — | — |
| WBC, UA | 5 | 0 - 4 /hpf | H |
| RBC, UA | 43 | 0 - 5 /hpf | H |
| Bacteria, UA | Occasional | None /hpf | A |
| Squam Epithel, UA | <1 | 0 - 2 /hpf | — |
| Hyaline Casts, UA | 6-10 | None /lpf | A |

Comment:
The above 18 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

### Dextrose Stick Glucose [476853947] (Abnormal)

Resulted: 10/05/18 2229, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  10/05/18 2213      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 133 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/05/18 2229, Result status: Final result

**Dextrose Stick Glucose [476853947] (Abnormal) (continued)**

    1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0135, Result status: Final result

**Calcium, Ionized [476677871] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/05/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.29 | 4.35 - 5.10 mg/dL | L |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0150, Result status: Final result

**Basic Metabolic Panel [476677870] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/05/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 34.0 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 148 | 71 - 99 mg/dL | H |
| Creatinine | 0.66 | 0.60 - 1.20 mg/dL | — |
| BUN | 21 | 7 - 22 mg/dL | — |
| Anion Gap | 11.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 31.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 300 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0150, Result status: Final result

**Magnesium [476677872]**

Ordering provider: Ashame, Elias S, MD  10/05/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/06/18 0154, Result status: Final result
**Phosphorus [476578861]**
Ordering provider: Ashame, Elias S, MD  10/04/18 1739      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Phosphorus | 2.6 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0546, Result status: Final result
**Dextrose Stick Glucose [476853966] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD      Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/06/18 0530
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Glucose, POCT | 150 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0849, Result status: Final result
**Calcium, Ionized [476853962]**
Ordering provider: Ashame, Elias S, MD  10/06/18 0405      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Calcium, Ionized | 4.67 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0902, Result status: Final result
**Magnesium [476853973]**
Ordering provider: Riccio, Lin M, MD  10/06/18 0751      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0902, Result status: Final result
**Phosphorus [476853974]**
Ordering provider: Riccio, Lin M, MD  10/06/18 0751      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
| --- | --- | --- | --- |
| Phosphorus | 2.3 | 2.3 - 4.7 mg/dL | — |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/06/18 0902, Result status: Final
result

**Phosphorus [476853974] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 0904, Result status: Final
result

**Basic Metabolic Panel [476853975] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  10/06/18 0751          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 149 | 136 - 147 mMol/L | H |
| Potassium | 2.7 | 3.5 - 5.3 mMol/L | LL |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): LINDA SIBERT RN 10/06/2018 09:03 SMS | | | |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 37.3 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 129 | 71 - 99 mg/dL | H |
| Creatinine | 0.66 | 0.60 - 1.20 mg/dL | — |
| BUN | 19 | 7 - 22 mg/dL | — |
| Anion Gap | 10.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 28.8 | 10.0 - 30.0 Ratio | — |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 300 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 1002, Result status: Final
result

**CBC and differential [476853972] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  10/06/18 0751          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 19.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.75 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.9 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.2 | 11.0 - 14.0 % | H |
| PLT CT | 369 | 130 - 440 K/cmm | — |
| MPV | 9.0 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 67.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 19.0 | 15.0 - 46.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/06/18 1002, Result status: Final result

**CBC and differential [476853972] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Monocytes | 10.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 0.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Neutrophils Absolute | 15.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.2 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 1 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 27 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 1249, Result status: Final result

**Dextrose Stick Glucose [476853990] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD
10/06/18 1232

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 151 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 1625, Result status: Final result

**Phosphorus [476853986] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/06/18 1205     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 1.7 | 2.3 - 4.7 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/06/18 1627, Result status: Final result

**Basic Metabolic Panel [476853984] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/06/18 1205     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/06/18 1627, Result status: Final result

**Basic Metabolic Panel [476853984] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 2.9 | 3.5 - 5.3 mMol/L | LL |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): LINDA SIEBERT RN 10/06/18 1627 98 | | | |
| Chloride | 102 | 98 - 110 mMol/L | — |
| CO2 | 34.6 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.7 | 8.5 - 10.5 mg/dL | — |
| Glucose | 140 | 71 - 99 mg/dL | H |
| Creatinine | 0.68 | 0.60 - 1.20 mg/dL | — |
| BUN | 17 | 7 - 22 mg/dL | — |
| Anion Gap | 14.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 25.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 298 | 275 - 300 mOsm/kg | — |
| Comment: | | | |
| The above 12 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601 | | | |

Resulted: 10/06/18 1704, Result status: Final result

**Calcium, Ionized [476853985] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/06/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.11 | 4.35 - 5.10 mg/dL | L |
| Comment: | | | |
| The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601 | | | |

Resulted: 10/06/18 2321, Result status: Final result

**Dextrose Stick Glucose [476947712] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD  10/06/18 2305    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 164 | 71 - 99 mg/dL | H |
| Comment: | | | |
| The above 1 analytes were performed by Winchester Medical Center Main Lab (9079) 1840 Amherst Street,WINCHESTER,VA 22601 | | | |

Resulted: 10/07/18 0135, Result status: Final result

**Phosphorus [476947708]**

Ordering provider: Ashame, Elias S, MD  10/06/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 0135, Result status: Final result

**Phosphorus [476947708] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0139, Result status: Final result

**Basic Metabolic Panel [476947706] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/06/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 150 | 136 - 147 mMol/L | **H** |
| Potassium | 2.8 | 3.5 - 5.3 mMol/L | **LL** |

Comment:

Results called and read back by (licensed clinician/date/time/tech): DAVID HARRISON, RN 10/07/2018 @ 0139 #20

| | | | |
|---|---|---|---|
| Chloride | 103 | 98 - 110 mMol/L | — |
| $CO_2$ | 41.1 | 20.0 - 30.0 mMol/L | **HH** |

Comment:

Results called and read back by (licensed clinician/date/time/tech): DAVID HARRISON, RN 10/07/2018 @ 0139 #20

| | | | |
|---|---|---|---|
| Calcium | 8.5 | 8.5 - 10.5 mg/dL | — |
| Glucose | 147 | 71 - 99 mg/dL | **H** |
| Creatinine | 0.64 | 0.60 - 1.20 mg/dL | — |
| BUN | 16 | 7 - 22 mg/dL | — |
| Anion Gap | 8.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 25.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 130 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 302 | 275 - 300 mOsm/kg | **H** |

Comment:

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0149, Result status: Final result

**Calcium, Ionized [476947707] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/06/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.14 | 4.35 - 5.10 mg/dL | **L** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0511, Result status: Final result

**Dextrose Stick Glucose [476947732] (Abnormal)**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 0511, Result status: Final result

**Dextrose Stick Glucose [476947732] (Abnormal) (continued)**

Ordering provider: Hutchens, William Thomas Jr., MD 10/07/18 0455    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 127 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0839, Result status: Final result

**Dextrose Stick Glucose [476947742] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD 10/07/18 0823    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 155 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0900, Result status: Final result

**Basic Metabolic Panel [476947728] (Abnormal)**

Ordering provider: Ashame, Elias S, MD 10/07/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 35.3 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 162 | 71 - 99 mg/dL | H |
| Creatinine | 0.68 | 0.60 - 1.20 mg/dL | — |
| BUN | 17 | 7 - 22 mg/dL | — |
| Anion Gap | 12.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 25.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 297 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0900, Result status: Final result

**Phosphorus [476947730]**

Ordering provider: Ashame, Elias S, MD 10/07/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 0900, Result status: Final result

### Phosphorus [476947730] (continued)

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Phosphorus | 3.0 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0904, Result status: Final result

### Magnesium [476947738]

Ordering provider:  Riccio, Lin M, MD  10/07/18 0659        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 0908, Result status: Final result

### Calcium, Ionized [476947729] (Abnormal)

Ordering provider:  Ashame, Elias S, MD  10/07/18 0405        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Calcium, Ionized | 4.29 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1348, Result status: Final result

### Hepatic function panel (LFT) [477035014] (Abnormal)

Ordering provider:  Riccio, Lin M, MD  10/07/18 1148        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Protein, Total | 7.0 | 6.0 - 8.3 gm/dL | — |
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 241 | 40 - 145 U/L | H |
| ALT | 41 | 0 - 55 U/L | — |
| AST (SGOT) | 45 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.3 | 0.1 - 1.2 mg/dL | H |
| Bilirubin, Direct | 0.9 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.56 | 0.70 - 1.50 Ratio | L |
| Globulin | 4.5 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 1348, Result status: Final result

**Magnesium [477035015]**

Ordering provider: Riccio, Lin M, MD  10/07/18 1148       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1348, Result status: Final result

**Phosphorus [477035016]**

Ordering provider: Riccio, Lin M, MD  10/07/18 1148       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1350, Result status: Final result

**Calcium, Ionized [477035023] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  10/07/18 1205       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.33 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1412, Result status: Final result

**CBC and differential [477035013] (Abnormal)**

Ordering provider: Riccio, Lin M, MD  10/07/18 1148       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 18.0 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.70 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.6 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.6 | 11.0 - 14.0 % | H |
| PLT CT | 339 | 130 - 440 K/cmm | — |
| MPV | 9.1 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 72.0 | 42.0 - 78.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 1412, Result status: Final result

### CBC and differential [477035013] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Lymphocytes | 18.0 | 15.0 - 46.0 % | — |
| Monocytes | 8.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Neutrophils Absolute | 13.1 | 1.7 - 8.6 K/cmm | **H** |
| Lymphocytes Absolute | 3.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1455, Result status: Final result

### Basic Metabolic Panel [477035029] (Abnormal)

Ordering provider:  Riccio, Lin M, MD  10/07/18 1426          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 33.3 | 20.0 - 30.0 mMol/L | **H** |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 207 | 71 - 99 mg/dL | **H** |
| Creatinine | 0.69 | 0.60 - 1.20 mg/dL | — |
| BUN | 16 | 7 - 22 mg/dL | — |
| Anion Gap | 13.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 23.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 127 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 298 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1828, Result status: Final result

### Calcium, Ionized [477035041]

Ordering provider:  Riccio, Lin M, MD  10/07/18 1750          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 1828, Result status: Final result

**Calcium, Ionized [477035041] (continued)**

| | | | |
|---|---|---|---|
| Calcium, Ionized | 4.56 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1829, Result status: Final result

**Phosphorus [477035038] (Abnormal)**

Ordering provider:  Riccio, Lin M, MD  10/07/18 1750          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1829, Result status: Final result

**Magnesium [477035039]**

Ordering provider:  Riccio, Lin M, MD  10/07/18 1750          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1829, Result status: Final result

**Basic Metabolic Panel [477035040] (Abnormal)**

Ordering provider:  Riccio, Lin M, MD  10/07/18 1750          Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 148 | 136 - 147 mMol/L | H |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 34.8 | 20.0 - 30.0 mMol/L | H |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 142 | 71 - 99 mg/dL | H |
| Creatinine | 0.61 | 0.60 - 1.20 mg/dL | — |
| BUN | 16 | 7 - 22 mg/dL | — |
| Anion Gap | 12.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 26.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 132 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 298 | 275 - 300 mOsm/kg | — |

Comment:

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/07/18 1829, Result status: Final result

**Basic Metabolic Panel [477035040] (Abnormal) (continued)**
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 1855, Result status: Final result

**CBC with Automated Differential [477035033] (Abnormal)**
Ordering provider: Ashame, Elias S, MD  10/07/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 17.8 | 4.0 - 11.0 K/cmm | H |
| RBC | 2.70 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.6 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.5 | 11.0 - 14.0 % | H |
| PLT CT | 336 | 130 - 440 K/cmm | — |
| MPV | 8.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 64.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 10.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 5 | 0 - 10 % | — |
| Neutrophils Absolute | 12.3 | 1.7 - 8.6 K/cmm | H |
| Lymphocytes Absolute | 3.6 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.8 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/07/18 2024, Result status: Final result

**Dextrose Stick Glucose [477035051] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/07/18 2008
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 143 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |
|---|---|

## Lab - All Results (continued)

Resulted: 10/07/18 2024, Result status: Final result

**Dextrose Stick Glucose [477035051] (Abnormal) (continued)**

Resulted: 10/08/18 0050, Result status: Final result

**Dextrose Stick Glucose [477101982]**

Ordering provider: Hutchens, William Thomas Jr., MD 10/08/18 0023    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 92 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0101, Result status: Final result

**Basic Metabolic Panel [477035047] (Abnormal)**

Ordering provider: Ashame, Elias S, MD 10/07/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 147 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 33.2 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 119 | 71 - 99 mg/dL | H |
| Creatinine | 0.62 | 0.60 - 1.20 mg/dL | — |
| BUN | 17 | 7 - 22 mg/dL | — |
| Anion Gap | 11.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 27.4 | 10.0 - 30.0 Ratio | — |
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 295 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0101, Result status: Final result

**Calcium, Ionized [477035048] (Abnormal)**

Ordering provider: Ashame, Elias S, MD 10/07/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.27 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/08/18 0101, Result status: Final result

### Phosphorus [477035049]

Ordering provider:  Ashame, Elias S, MD  10/07/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0145, Result status: Final result

### Magnesium [477101984]

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
10/08/18 0111

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0527, Result status: Final result

### Dextrose Stick Glucose [477101991] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
10/08/18 0510

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 130 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0759, Result status: Final result

### Dextrose Stick Glucose [477101993] (Abnormal)

Ordering provider:  Hutchens, William Thomas Jr., MD    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
10/08/18 0741

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 117 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0933, Result status: Final result

### Calcium, Ionized [477101988]

Ordering provider:  Ashame, Elias S, MD  10/08/18 0405    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/08/18 0933, Result status: Final result

**Calcium, Ionized [477101988] (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.40 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0939, Result status: Final result

**Basic Metabolic Panel [477101987] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/08/18 0405        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 146 | 136 - 147 mMol/L | — |
| Potassium | 3.4 | 3.5 - 5.3 mMol/L | L |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 33.5 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 111 | 71 - 99 mg/dL | H |
| Creatinine | 0.63 | 0.60 - 1.20 mg/dL | — |
| BUN | 16 | 7 - 22 mg/dL | — |
| Anion Gap | 11.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 25.4 | 10.0 - 30.0 Ratio | — |
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 292 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 0939, Result status: Final result

**Phosphorus [477101989]**

Ordering provider: Ashame, Elias S, MD  10/08/18 0405        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1017, Result status: Final result

**Magnesium [477101999]**

Ordering provider: Carter, Jeffrey, MD  10/08/18 0854        Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**Magnesium [477101999] (continued)**                    Resulted: 10/08/18 1017, Result status: Final result

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Urinalysis w Microscopic and Culture if Indicated [477102012] (Abnormal)**          Resulted: 10/08/18 1131, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/08/18 1018     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
A Urine Culture has been ordered based upon the Positive UA results.

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Color, UA | Yellow | Colorless,Yellow,Straw | — |
| Clarity, UA | Slightly Cloudy | Clear | A |
| Specific Gravity, UR | 1.011 | 1.001 - 1.040 | — |
| pH, Urine | 7.0 | 5.0 - 8.0 pH | — |
| Protein, UR | Negative | Negative mg/dL | — |
| Glucose, UA | Negative | Negative mg/dL | — |
| Ketones UA | Negative | Negative,5 mg/dL | — |
| Bilirubin, UA | Negative | Negative | — |
| Blood, UA | Moderate | Negative | A |
| Nitrite, UA | Negative | Negative | — |
| Urobilinogen, UA | Normal | Normal mg/dL | — |
| Leukocyte Esterase, UA | 75 | Negative Leu/uL | A |
| UR Micro | Performed | — | |
| WBC, UA | 14 | 0 - 4 /hpf | H |
| RBC, UA | 115 | 0 - 5 /hpf | H |
| Bacteria, UA | Occasional | None /hpf | A |
| Squam Epithel, UA | 1 | 0 - 2 /hpf | — |
| Trans Epithel, UA | 1 | 0 - 2 /hpf | — |
| Hyaline Casts, UA | >20 | None /lpf | A |

Comment:
The above 19 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Triglycerides [477102021]**                    Resulted: 10/08/18 1203, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/08/18 1143     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Triglycerides | 88 | 10 - 150 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Dextrose Stick Glucose [477218013] (Abnormal)**          Resulted: 10/08/18 1315, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD     Resulting lab: WINCHESTER MEDICAL CENTER LAB

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/08/18 1315, Result status: Final result

**Dextrose Stick Glucose [477218013] (Abnormal) (continued)**
10/08/18 1253
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 139 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1637, Result status: Final result

**TSH [477218018] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/08/18 1501    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| TSH | 7.26 | 0.40 - 4.20 uIU/mL | H |

Comment:
Erroneous results may be obtained on patients who have been treated with mouse monoclonal antibodies or have
received them for diagnostic purposes.

Presence of heterophile antibodies have been known to cause erroneous results.
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1806, Result status: Final result

**Dextrose Stick Glucose [477218031] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/08/18 1733
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 101 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1813, Result status: Final result

**Magnesium [477218027]**
Ordering provider: Bouck, Timothy H, MD  10/08/18 1731    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1818, Result status: Final result

**Phosphorus [477102024]**



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/08/18 1818, Result status: Final result

**Phosphorus [477102024] (continued)**

Ordering provider: Ashame, Elias S, MD  10/08/18 1205    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.0 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 1845, Result status: Final result

**Potassium [477218029]**

Ordering provider: Bouck, Timothy H, MD  10/08/18 1747    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/08/18 2025, Result status: Final result

**CBC with Automated Differential [477218021] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/08/18 1605    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.9 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.40 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 6.9 | 12.0 - 16.0 gm/dL | LL |

Comment:

Results called and read back by (licensed clinician/date/time/tech): NICOLE STANLEY,RN/10-08-18/1948/70

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hematocrit | 22.8 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 266 | 130 - 440 K/cmm | — |
| MPV | 8.7 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 55.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 19.0 | 0.0 - 7.0 % | H |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 4 | 0 - 10 % | — |
| Neutrophils Absolute | 5.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.9 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [477218021] (Abnormal) (continued)**

Resulted: 10/08/18 2025, Result status: Final result

| | Value | Reference Range | Flag |
|---|---|---|---|
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hemoglobin and hematocrit, blood [477218041] (Abnormal)**

Resulted: 10/08/18 2054, Result status: Final result

Ordering provider: Sahni, Adarsh, MD  10/08/18 2004   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hemoglobin | 6.9 | 12.0 - 16.0 gm/dL | LL |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): NICOLE STANLEY,RN/10-08-18/2054/70 | | | |
| Hematocrit | 22.8 | 36.0 - 48.0 % | L |
| Comment: | | | |

The above 2 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [477218045]**

Resulted: 10/08/18 2058, Result status: Final result

Ordering provider: Ashame, Elias S, MD  10/08/18 2005   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.0 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Potassium [477218052]**

Resulted: 10/09/18 0031, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD  10/08/18 2145   Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [477218053]**

Resulted: 10/09/18 0031, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD   Resulting lab: WINCHESTER MEDICAL CENTER LAB



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/09/18 0031, Result status: Final result

**Magnesium [477218053] (continued)**

10/08/18 2145

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Lab - All Results**

Resulted: 10/09/18 0042, Result status: Final result

**Dextrose Stick Glucose [477320716] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD 10/08/18 2357    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 157 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0209, Result status: Final result

**Calcium, ionized [477218054] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD 10/08/18 2145    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 3.55 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0504, Result status: Final result

**Dextrose Stick Glucose [477320727] (Abnormal)**
Ordering provider: Hutchens, William Thomas Jr., MD 10/09/18 0440    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 141 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0602, Result status: Final result

**Basic Metabolic Panel [477320714] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/09/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 101 | 98 - 110 mMol/L | — |
| CO2 | 28.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.2 | 8.5 - 10.5 mg/dL | L |
| Glucose | 169 | 71 - 99 mg/dL | H |
| Creatinine | 0.63 | 0.60 - 1.20 mg/dL | — |
| BUN | 18 | 7 - 22 mg/dL | — |
| Anion Gap | 13.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 28.6 | 10.0 - 30.0 Ratio | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/09/18 0602, Result status: Final result

**Basic Metabolic Panel [477320714] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| EGFR | 131 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0620, Result status: Final result

**Calcium, Ionized [477320713] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/09/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.20 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 0627, Result status: Final result

**CBC with Automated Differential [477320722] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/09/18 0148

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.7 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.36 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 6.9 | 12.0 - 16.0 gm/dL | LL |

Comment:
Results called and read back by (licensed clinician/date/time/tech): MELANIE SPIVA RN 100918 0604 #17

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Hematocrit | 22.4 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 267 | 130 - 440 K/cmm | — |
| MPV | 9.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 69.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 21.0 | 15.0 - 46.0 % | — |
| Monocytes | 2.0 | 3.0 - 15.0 % | L |
| Eosinophils % | 7.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Neutrophils Absolute | 6.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.7 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [477320722] (Abnormal) (continued)**

Resulted: 10/09/18 0627, Result status: Final result

| | | | |
|---|---|---|---|
| Nucleated RBC | 3 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [477320723]**

Resulted: 10/09/18 0711, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 10/09/18 0148

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.1 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [477320724] (Abnormal)**

Resulted: 10/09/18 0711, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 10/09/18 0148

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 3.8 | 1.6 - 2.6 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [477320733] (Abnormal)**

Resulted: 10/09/18 0801, Result status: Final result

Ordering provider: Hutchens, William Thomas Jr., MD 10/09/18 0735

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 124 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/09/18 1046, Result status: Final
result

**Phosphorus [477320725]**

Ordering provider: Ashame, Elias S, MD  10/09/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1132, Result status: Final
result

**Potassium [477320740]**

Ordering provider: Bouck, Timothy H, MD  10/09/18 0948    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1144, Result status: Final
result

**Calcium, Ionized [477320739] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/09/18 0948    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.26 | 4.35 - 5.10 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1302, Result status: Final
result

**Dextrose Stick Glucose [477320747] (Abnormal)**

Ordering provider: Hutchens, William Thomas Jr., MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/09/18 1237

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 123 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1725, Result status: Final
result

**Magnesium [477490463]**

Ordering provider: Bouck, Timothy H, MD  10/09/18 1650    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/09/18 1725, Result status: Final
result

**Magnesium [477490463] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1725, Result status: Final
result

**Potassium [477490464]**

Ordering provider:  Bouck, Timothy H, MD  10/09/18 1650     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1902, Result status: Final
result

**Dextrose Stick Glucose [477490473] (Abnormal)**

Ordering provider:  Bouck, Timothy H, MD  10/09/18 1845     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 104 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1927, Result status: Final
result

**Calcium, Ionized [477490470]**

Ordering provider:  Bouck, Timothy H, MD  10/09/18 1852     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.45 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/09/18 1941, Result status: Final
result

**Phosphorus [477320743]**

Ordering provider:  Ashame, Elias S, MD  10/09/18 1205     Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/09/18 2009, Result status: Final result

**CBC with Automated Differential [477320754] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/09/18 1605     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 10.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.62 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 24.6 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.7 | 11.0 - 14.0 % | H |
| PLT CT | 284 | 130 - 440 K/cmm | — |
| MPV | 9.1 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 48.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 28.0 | 15.0 - 46.0 % | — |
| Monocytes | 6.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 16.0 | 0.0 - 7.0 % | H |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Bands | 2 | 0 - 10 % | — |
| Neutrophils Absolute | 5.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.0 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.6 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.7 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |

Comment:
The above 23 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/09/18 2043, Result status: Final result

**Dextrose Stick Glucose [477490479] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/09/18 2026     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 144 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/10/18 0048, Result status: Final result

**Dextrose Stick Glucose [477490500] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/10/18 0028     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/10/18 0048, Result status: Final
result

**Dextrose Stick Glucose [477490500] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 111 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 0104, Result status: Final
result

**Phosphorus [477490477]**

Ordering provider:  Ashame, Elias S, MD  10/09/18 2005    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.2 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 0202, Result status: Final
result

**Potassium [477490504]**

Ordering provider:  Bouck, Timothy H, MD  10/10/18 0125    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 0442, Result status: Final
result

**Calcium, Ionized [477490496]**

Ordering provider:  Bouck, Timothy H, MD  10/10/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.49 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 0448, Result status: Final
result

**Dextrose Stick Glucose [477490507]**

Ordering provider:  Bouck, Timothy H, MD  10/10/18 0432    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 96 | 71 - 99 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**Dextrose Stick Glucose [477490507] (continued)**

Resulted: 10/10/18 0448, Result status: Final result

---

**Phosphorus [477490505]**

Resulted: 10/10/18 0449, Result status: Final result

Ordering provider: Ashame, Elias S, MD  10/10/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Basic Metabolic Panel [477490497] (Abnormal)**

Resulted: 10/10/18 0451, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 28.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 103 | 71 - 99 mg/dL | H |
| Creatinine | 0.65 | 0.60 - 1.20 mg/dL | — |
| BUN | 28 | 7 - 22 mg/dL | H |
| Anion Gap | 11.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 43.1 | 10.0 - 30.0 Ratio | H |
| EGFR | 129 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 283 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**CBC with Automated Differential [477490498] (Abnormal)**

Resulted: 10/10/18 0649, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.44 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 23.0 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [477490498] (Abnormal) (continued)**    Resulted: 10/10/18 0649, Result status: Final result

| | | | |
|---|---|---|---|
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 279 | 130 - 440 K/cmm | — |
| MPV | 9.3 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 53.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 25.0 | 15.0 - 46.0 % | — |
| Monocytes | 11.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 10.0 | 0.0 - 7.0 % | H |
| Bands | 1 | 0 - 10 % | — |
| Neutrophils Absolute | 5.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.0 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 5 | 0 - 10 /100 WBCs | — |
| RBC Morphology | Morphology Consistent with Hemogram | — | — |
| Macrocytic | 1+ | — | — |
| Microcytic | 1+ | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 2+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 3+ | — | — |

Comment:
The above 30 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [477490509]**    Resulted: 10/10/18 0806, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 0700    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [477582421] (Abnormal)**    Resulted: 10/10/18 0905, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 0849    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 106 | 71 - 99 mg/dL | H |

Comment:

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/10/18 0905, Result status: Final result

**Dextrose Stick Glucose [477582421] (Abnormal) (continued)**

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 1237, Result status: Final result

**Dextrose Stick Glucose [477582429] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/10/18 1212     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 128 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 1649, Result status: Final result

**Dextrose Stick Glucose [477582432] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/10/18 1633     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 125 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 1731, Result status: Final result

**Phosphorus [477582426]**

Ordering provider: Ashame, Elias S, MD  10/10/18 1205     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/10/18 1759, Result status: Final result

**CBC with Automated Differential [477582430] (Abnormal)**

Ordering provider: Ashame, Elias S, MD  10/10/18 1605     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 10.0 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.71 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.0 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

**CBC with Automated Differential [477582430] (Abnormal) (continued)**     Resulted: 10/10/18 1759, Result status: Final result

| | | | |
|---|---|---|---|
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 262 | 130 - 440 K/cmm | — |
| MPV | 9.1 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 48.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 34.0 | 15.0 - 46.0 % | — |
| Monocytes | 11.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 7.0 | 0.0 - 7.0 % | — |
| Neutrophils Absolute | 4.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| Nucleated RBC | 4 | 0 - 10 /100 WBCs | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Hypochromia | 2+ | — | — |
| Elliptocytes | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Dextrose Stick Glucose [477582436] (Abnormal)**     Resulted: 10/10/18 2046, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 2019     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 118 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

**Dextrose Stick Glucose [477582451] (Abnormal)**     Resulted: 10/11/18 0011, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/10/18 2355     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 142 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/11/18 0055, Result status: Final result

**Phosphorus [477582434]**

Ordering provider: Ashame, Elias S, MD  10/10/18 2005    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 0355, Result status: Final result

**Dextrose Stick Glucose [477582459] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/11/18 0329    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 106 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 0427, Result status: Final result

**Basic Metabolic Panel [477582453] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/11/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 27.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 105 | 71 - 99 mg/dL | H |
| Creatinine | 0.57 | 0.60 - 1.20 mg/dL | L |
| BUN | 22 | 7 - 22 mg/dL | — |
| Anion Gap | 10.5 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 38.6 | 10.0 - 30.0 Ratio | H |
| EGFR | 135 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 0444, Result status: Final result

**Calcium, Ionized [477582452]**

Ordering provider: Bouck, Timothy H, MD  10/11/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/11/18 0444, Result status: Final
result

**Calcium, Ionized [477582452] (continued)**

| | | | |
|---|---|---|---|
| Calcium, Ionized | 4.61 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 0820, Result status: Final
result

**Dextrose Stick Glucose [477811095] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/11/18 0752    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 109 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 0843, Result status: Final
result

**Phosphorus [477582460]**

Ordering provider: Ashame, Elias S, MD  10/11/18 0405    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 1300, Result status: Final
result

**Dextrose Stick Glucose [477811109] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/11/18 1243    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 128 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/11/18 1728, Result status: Final
result

**Dextrose Stick Glucose [477811117] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/11/18 1649    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 104 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



| | |
|---|---|
| WINCHESTER MEDICAL CENTER<br>1840 Amherst<br>Winchester VA 22601-2808<br>ROI Abstract Inpatient | Smith, Doris D Alaque<br>MRN: 20012296, DOB: 8/4/1979, Sex: F<br>Adm: 9/1/2018, D/C: 11/5/2018 |

## Lab - All Results (continued)

**Dextrose Stick Glucose [477811117] (Abnormal) (continued)**

Resulted: 10/11/18 1728, Result status: Final result

**CBC with Automated Differential [477811115] (Abnormal)**

Resulted: 10/11/18 2012, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/11/18 1719    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.2 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.88 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.6 | 36.0 - 48.0 % | L |
| MCV | 92 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 15.3 | 11.0 - 14.0 % | H |
| PLT CT | 305 | 130 - 440 K/cmm | — |
| MPV | 9.2 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 47.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 29.0 | 15.0 - 46.0 % | — |
| Monocytes | 12.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 12.0 | 0.0 - 7.0 % | H |
| Neutrophils Absolute | 4.3 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.1 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [477811120] (Abnormal)**

Resulted: 10/11/18 2012, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/11/18 1955    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 120 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/11/18 2012, Result status: Final result

**Dextrose Stick Glucose [477811120] (Abnormal) (continued)**

Resulted: 10/12/18 0346, Result status: Final result

**Calcium, Ionized [477811132]**

Ordering provider: Bouck, Timothy H, MD  10/12/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.64 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 0346, Result status: Final result

**CBC with Automated Differential [477811135] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/12/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.3 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.73 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 7.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.3 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.4 | 11.0 - 14.0 % | H |
| PLT CT | 308 | 130 - 440 K/cmm | — |
| MPV | 9.4 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 49.5 | 42.0 - 78.0 % | — |
| Lymphocytes | 29.4 | 15.0 - 46.0 % | — |
| Monocytes | 14.4 | 3.0 - 15.0 % | — |
| Eosinophils % | 6.1 | 0.0 - 7.0 % | — |
| Basophils % | 0.7 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 4.6 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.6 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 0359, Result status: Final result

**Basic Metabolic Panel [477811133] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/12/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 137 | 136 - 147 mMol/L | — |
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |



| WINCHESTER MEDICAL CENTER | Smith, Doris D Alaque |
|---|---|
| 1840 Amherst | MRN: 20012296, DOB: 8/4/1979, Sex: F |
| Winchester VA 22601-2808 | Adm: 9/1/2018, D/C: 11/5/2018 |
| ROI Abstract Inpatient | |

## Lab - All Results (continued)

Resulted: 10/12/18 0359, Result status: Final result

**Basic Metabolic Panel [477811133] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 26.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 121 | 71 - 99 mg/dL | H |
| Creatinine | 0.53 | 0.60 - 1.20 mg/dL | L |
| BUN | 19 | 7 - 22 mg/dL | — |
| Anion Gap | 9.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 35.8 | 10.0 - 30.0 Ratio | H |
| EGFR | 138 | 60 - 150 mL/min/1.73m2 | |

    Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 277 | 275 - 300 mOsm/kg | — |

    Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 0359, Result status: Final result

**Phosphorus [477811134]**

Ordering provider:  Bouck, Timothy H, MD  10/12/18 0015     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.9 | 2.3 - 4.7 mg/dL | — |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 0955, Result status: Final result

**Magnesium [477811143] (Abnormal)**

Ordering provider:  Riccio, Lin M, MD  10/12/18 0909     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.4 | 1.6 - 2.6 mg/dL | L |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 1302, Result status: Final result

**Dextrose Stick Glucose [478045869] (Abnormal)**

Ordering provider:  Bouck, Timothy H, MD  10/12/18 1235     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 133 | 71 - 99 mg/dL | H |

    Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/12/18 1302, Result status: Final result

**Dextrose Stick Glucose [478045869] (Abnormal) (continued)**

Resulted: 10/12/18 1658, Result status: Final result

**Dextrose Stick Glucose [478045875] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/12/18 1635     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 117 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/12/18 2128, Result status: Final result

**Dextrose Stick Glucose [478045878] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/12/18 2101     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 107 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0045, Result status: Final result

**Dextrose Stick Glucose [478045895] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/13/18 0019     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 135 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0539, Result status: Final result

**Dextrose Stick Glucose [478045898] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/13/18 0513     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 107 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0754, Result status: Final result

**Calcium, Ionized [478045890] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/13/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/13/18 0754, Result status: Final result

### Calcium, Ionized [478045890] (Abnormal) (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.27 | 4.35 - 5.10 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0807, Result status: Final result

### Phosphorus [478045892]

Ordering provider: Bouck, Timothy H, MD  10/13/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0829, Result status: Final result

### Basic Metabolic Panel [478045891] (Abnormal)

Ordering provider: Bouck, Timothy H, MD  10/13/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 136 | 136 - 147 mMol/L | — |
| Potassium | 6.3 | 3.5 - 5.3 mMol/L | **HH** |
| Comment: | | | |
| Results called and read back by (licensed clinician/date/time/tech): ANGIE MACHER, RN. 10-13-18, 08:29. #71 | | | |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 23.1 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.4 | 8.5 - 10.5 mg/dL | **L** |
| Glucose | 123 | 71 - 99 mg/dL | **H** |
| Creatinine | 0.53 | 0.60 - 1.20 mg/dL | **L** |
| BUN | 16 | 7 - 22 mg/dL | — |
| Anion Gap | 13.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 30.2 | 10.0 - 30.0 Ratio | **H** |
| EGFR | 138 | 60 - 150 mL/min/1.73m2 | |
| Comment:   eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 275 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0840, Result status: Final result

### CBC with Automated Differential [478045893] (Abnormal)

Ordering provider: Bouck, Timothy H, MD  10/13/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [478045893] (Abnormal) (continued)**

Resulted: 10/13/18 0840, Result status: Final result

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 15.9 | 4.0 - 11.0 K/cmm | H |
| RBC | 3.09 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.5 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 364 | 130 - 440 K/cmm | — |
| MPV | 9.6 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 43.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 38.0 | 15.0 - 46.0 % | — |
| Monocytes | 18.0 | 3.0 - 15.0 % | H |
| Eosinophils % | 1.0 | 0.0 - 7.0 % | — |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 6.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 6.0 | 0.6 - 5.1 K/cmm | H |
| Monocytes Absolute | 2.9 | 0.1 - 1.7 K/cmm | H |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 0856, Result status: Final result

**Magnesium [478045902]**

Ordering provider:  Bouck, Timothy H, MD  10/13/18 0831     Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.5 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 1026, Result status: Final result

**Potassium [478045904]**


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/13/18 1026, Result status: Final result

**Potassium [478045904] (continued)**
Ordering provider: Riccio, Lin M, MD  10/13/18 0944     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 4.2 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 1642, Result status: Final result

**Dextrose Stick Glucose [478045914]**
Ordering provider: Bouck, Timothy H, MD  10/13/18 1624     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 98 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 1657, Result status: Final result

**Basic Metabolic Panel [478045912] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/13/18 1500     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 27.0 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.5 | 8.5 - 10.5 mg/dL | — |
| Glucose | 104 | 71 - 99 mg/dL | H |
| Creatinine | 0.51 | 0.60 - 1.20 mg/dL | L |
| BUN | 13 | 7 - 22 mg/dL | — |
| Anion Gap | 11.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 25.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 140 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/13/18 2317, Result status: Final result

**Dextrose Stick Glucose [478289724] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/13/18 2301     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/13/18 2317, Result status: Final result

**Dextrose Stick Glucose [478289724] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Glucose, POCT | 107 | 71 - 99 mg/dL | **H** |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0355, Result status: Final result

**Dextrose Stick Glucose [478289743]**

Ordering provider: Bouck, Timothy H, MD  10/14/18 0328    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 88 | 71 - 99 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0359, Result status: Final result

**Magnesium [478289740]**

Ordering provider: Bouck, Timothy H, MD  10/14/18 0022    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0407, Result status: Final result

**Calcium, Ionized [478289735]**

Ordering provider: Bouck, Timothy H, MD  10/14/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.62 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0410, Result status: Final result

**Basic Metabolic Panel [478289736] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/14/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 28.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/14/18 0410, Result status: Final result

**Basic Metabolic Panel [478289736] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Glucose | 109 | 71 - 99 mg/dL | H |
| Creatinine | 0.52 | 0.60 - 1.20 mg/dL | L |
| BUN | 12 | 7 - 22 mg/dL | — |
| Anion Gap | 9.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 23.1 | 10.0 - 30.0 Ratio | — |
| EGFR | 139 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0410, Result status: Final result

**Phosphorus [478289737]**

Ordering provider:  Bouck, Timothy H, MD  10/14/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 0431, Result status: Final result

**CBC with Automated Differential [478289738] (Abnormal)**

Ordering provider:  Bouck, Timothy H, MD  10/14/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 9.4 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.76 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.7 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 15.8 | 11.0 - 14.0 % | H |
| PLT CT | 404 | 130 - 440 K/cmm | — |
| MPV | 8.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 61.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 20.0 | 15.0 - 46.0 % | — |
| Monocytes | 13.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.0 | 0.0 - 7.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Neutrophils Absolute | 6.0 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**CBC with Automated Differential [478289738] (Abnormal)**       Resulted: 10/14/18 0431, Result status: Final
**(continued)**     result

| | | | |
|---|---|---|---|
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Target Cells | 2+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 1229, Result status: Final
**Dextrose Stick Glucose [478289752] (Abnormal)**     result
Ordering provider: Bouck, Timothy H, MD  10/14/18 1211     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 111 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 1647, Result status: Final
**Dextrose Stick Glucose [478289757]**     result
Ordering provider: Bouck, Timothy H, MD  10/14/18 1631     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 93 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 2058, Result status: Final
**Basic Metabolic Panel [478289766] (Abnormal)**     result
Ordering provider: Ho, Hao-Chih, MD  10/14/18 1959     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 30.9 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 108 | 71 - 99 mg/dL | H |
| Creatinine | 0.53 | 0.60 - 1.20 mg/dL | L |
| BUN | 9 | 7 - 22 mg/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/14/18 2058, Result status: Final result

**Basic Metabolic Panel [478289766] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Anion Gap | 9.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 17.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 138 | 60 - 150 mL/min/1.73m2 | — |

Comment:   eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 2058, Result status: Final result

**Magnesium [478289767] (Abnormal)**

Ordering provider:  Ho, Hao-Chih, MD  10/14/18 1959        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.5 | 1.6 - 2.6 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/14/18 2104, Result status: Final result

**Calcium, Ionized [478289768]**

Ordering provider:  Ho, Hao-Chih, MD  10/14/18 1959        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.55 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 0358, Result status: Final result

**Dextrose Stick Glucose [478412705]**

Ordering provider:  Bouck, Timothy H, MD  10/15/18 0341        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 82 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 0453, Result status: Final result

**CBC and differential [478412698] (Abnormal)**

Ordering provider:  Bouck, Timothy H, MD  10/15/18 0015        Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/15/18 0453, Result status: Final
result

### CBC and differential [478412698] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| WBC | 7.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.80 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.0 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.1 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 15.8 | 11.0 - 14.0 % | H |
| PLT CT | 424 | 130 - 440 K/cmm | — |
| MPV | 8.5 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 42.4 | 42.0 - 78.0 % | — |
| Lymphocytes | 32.8 | 15.0 - 46.0 % | — |
| Monocytes | 18.8 | 3.0 - 15.0 % | H |
| Eosinophils % | 5.0 | 0.0 - 7.0 % | — |
| Basophils % | 1.1 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 3.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.5 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.4 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 0506, Result status: Final
result

### Basic Metabolic Panel [478412697] (Abnormal)

Ordering provider: Bouck, Timothy H, MD  10/15/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 29.9 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 108 | 71 - 99 mg/dL | H |
| Creatinine | 0.51 | 0.60 - 1.20 mg/dL | L |
| BUN | 8 | 7 - 22 mg/dL | — |
| Anion Gap | 11.0 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 15.7 | 10.0 - 30.0 Ratio | — |
| EGFR | 140 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Magnesium [478412700]**

Resulted: 10/15/18 0506, Result status: Final result

Ordering provider: Ho, Hao-Chih, MD  10/15/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [478412702]**

Resulted: 10/15/18 0506, Result status: Final result

Ordering provider: Ho, Hao-Chih, MD  10/15/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.1 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Calcium, Ionized [478412696]**

Resulted: 10/15/18 0509, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/15/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.58 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [478412722] (Abnormal)**

Resulted: 10/15/18 0853, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/15/18 0836    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 106 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Hepatic Function Panel (LFT) [478412727] (Abnormal)**

Resulted: 10/15/18 1014, Result status: Final result

Ordering provider: Lewis, Benjamin Franklin, MD  10/15/18 0930    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Protein, Total | 6.7 | 6.0 - 8.3 gm/dL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/15/18 1014, Result status: Final result

**Hepatic Function Panel (LFT) [478412727] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Albumin | 2.5 | 3.5 - 5.0 gm/dL | L |
| Alkaline Phosphatase | 268 | 40 - 145 U/L | H |
| ALT | 104 | 0 - 55 U/L | H |
| AST (SGOT) | 68 | 10 - 42 U/L | H |
| Bilirubin, Total | 1.0 | 0.1 - 1.2 mg/dL | — |
| Bilirubin, Direct | 0.6 | 0.0 - 0.3 mg/dL | H |
| Albumin/Globulin Ratio | 0.60 | 0.70 - 1.50 Ratio | L |
| Globulin | 4.2 | 2.0 - 4.0 gm/dL | H |

Comment:
The above 9 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 1143, Result status: Final result

**Dextrose Stick Glucose [478412731] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/15/18 1127    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 140 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 1727, Result status: Final result

**Dextrose Stick Glucose [478412736] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/15/18 1710    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 105 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/15/18 2010, Result status: Final result

**Dextrose Stick Glucose [478605091] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/15/18 1954    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 111 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0023, Result status: Final result

**Iron Profile [478605089] (Abnormal)**
Ordering provider: Lewis, Benjamin Franklin, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/16/18 0023, Result status: Final
result

**Iron Profile [478605089] (Abnormal) (continued)**

10/15/18 2005

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Iron | 32.8 | 40.0 - 160.0 mcg/dL | L |
| Transferrin | 178.0 | 180.0 - 382.0 mg/dL | L |
| TIBC | 249 | 250 - 450 ug/dL | L |
| % Saturation | 13 | 15 - 50 % | L |

Comment:
The above 4 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0036, Result status: Final
result

**Dextrose Stick Glucose [478605111] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0016    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 118 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0411, Result status: Final
result

**Dextrose Stick Glucose [478605114] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0337    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| Glucose, POCT | 110 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0424, Result status: Final
result

**CBC and differential [478605105] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC | 7.3 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.77 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.1 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 25.8 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 16.0 | 11.0 - 14.0 % | H |
| PLT CT | 461 | 130 - 440 K/cmm | H |
| MPV | 8.5 | 6.0 - 10.0 fL | — |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/16/18 0424, Result status: Final result

**CBC and differential [478605105] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| NEUTROPHIL % | 36.8 | 42.0 - 78.0 % | L |
| Lymphocytes | 40.6 | 15.0 - 46.0 % | — |
| Monocytes | 16.6 | 3.0 - 15.0 % | H |
| Eosinophils % | 4.8 | 0.0 - 7.0 % | — |
| Basophils % | 1.2 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 2.7 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0440, Result status: Final result

**Basic Metabolic Panel [478605104] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 31.9 | 20.0 - 30.0 mMol/L | H |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 109 | 71 - 99 mg/dL | H |
| Creatinine | 0.49 | 0.60 - 1.20 mg/dL | L |
| BUN | 6 | 7 - 22 mg/dL | L |
| Anion Gap | 8.9 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 12.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 142 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 278 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0440, Result status: Final result

**Magnesium [478605107]**

Ordering provider: Ho, Hao-Chih, MD  10/16/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/16/18 0440, Result status: Final result

**Phosphorus [478605109]**

Ordering provider: Ho, Hao-Chih, MD  10/16/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.2 | 2.3 - 4.7 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0526, Result status: Final result

**Calcium, Ionized [478605103]**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.66 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 0950, Result status: Final result

**Dextrose Stick Glucose [478695868] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 0933    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 129 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 1334, Result status: Final result

**Dextrose Stick Glucose [478695872] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 1310    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 121 | 71 - 99 mg/dL | H |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 1833, Result status: Final result

**Potassium [478695878]**

Ordering provider: Lewis, Benjamin Franklin, MD 10/16/18 1754    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/16/18 1833, Result status: Final result

**Potassium [478695878] (continued)**

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 1833, Result status: Final result

**Magnesium [478695879]**

Ordering provider: Lewis, Benjamin Franklin, MD    Resulting lab: WINCHESTER MEDICAL CENTER LAB
10/16/18 1754

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 2007, Result status: Final result

**Dextrose Stick Glucose [478695889] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 1951    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 120 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/16/18 2338, Result status: Final result

**Dextrose Stick Glucose [478695892] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/16/18 2318    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 166 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0600, Result status: Final result

**CBC and differential [478695907] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/17/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.4 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.87 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.2 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 26.7 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/17/18 0600, Result status: Final result

### CBC and differential [478695907] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 15.9 | 11.0 - 14.0 % | H |
| PLT CT | 431 | 130 - 440 K/cmm | — |
| MPV | 7.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 42.2 | 42.0 - 78.0 % | — |
| Lymphocytes | 36.9 | 15.0 - 46.0 % | — |
| Monocytes | 15.3 | 3.0 - 15.0 % | H |
| Eosinophils % | 4.3 | 0.0 - 7.0 % | — |
| Basophils % | 1.3 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 3.1 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0628, Result status: Final result

### Basic Metabolic Panel [478695908] (Abnormal)

Ordering provider: Ho, Hao-Chih, MD  10/17/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 104 | 98 - 110 mMol/L | — |
| CO2 | 28.5 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 118 | 71 - 99 mg/dL | H |
| Creatinine | 0.49 | 0.60 - 1.20 mg/dL | L |
| BUN | 7 | 7 - 22 mg/dL | — |
| Anion Gap | 9.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 14.3 | 10.0 - 30.0 Ratio | — |
| EGFR | 142 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Osmolality Calc | 275 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0628, Result status: Final result

### Magnesium [478695909]

Ordering provider: Ho, Hao-Chih, MD  10/17/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/17/18 0628, Result status: Final result

**Magnesium [478695909] (continued)**
Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0628, Result status: Final result

**Phosphorus [478695911]**
Ordering provider: Ho, Hao-Chih, MD  10/17/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.4 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0635, Result status: Final result

**Calcium, ionized [478695910]**
Ordering provider: Ho, Hao-Chih, MD  10/17/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.76 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 0816, Result status: Final result

**Dextrose Stick Glucose [478695916] (Abnormal)**
Ordering provider: Bouck, Timothy H, MD  10/17/18 0800     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 102 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/17/18 1152, Result status: Final result

**Dextrose Stick Glucose [478896438] (Abnormal)**
Ordering provider: Long, Joshua L, DO  10/17/18 1124     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 126 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Dextrose Stick Glucose [478896446] (Abnormal)**

Resulted: 10/17/18 1747, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/17/18 1731    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 106 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Dextrose Stick Glucose [478896480] (Abnormal)**

Resulted: 10/18/18 0025, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/17/18 2312    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 130 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [478896470] (Abnormal)**

Resulted: 10/18/18 0430, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/17/18 2315    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 6.8 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.94 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.4 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 28 | 28 - 35 pg | — |
| MCHC | 30 | 32 - 36 gm/dL | L |
| RDW | 16.3 | 11.0 - 14.0 % | H |
| PLT CT | 438 | 130 - 440 K/cmm | — |
| MPV | 8.1 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 36.1 | 42.0 - 78.0 % | L |
| Lymphocytes | 40.7 | 15.0 - 46.0 % | — |
| Monocytes | 16.9 | 3.0 - 15.0 % | H |
| Eosinophils % | 5.2 | 0.0 - 7.0 % | — |
| Basophils % | 1.1 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 2.4 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.8 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.4 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/18/18 0447, Result status: Final result

**Basic Metabolic Panel [478896471] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/17/18 2315       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 29.6 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.9 | 8.5 - 10.5 mg/dL | — |
| Glucose | 121 | 71 - 99 mg/dL | H |
| Creatinine | 0.51 | 0.60 - 1.20 mg/dL | L |
| BUN | 7 | 7 - 22 mg/dL | — |
| Anion Gap | 8.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 13.7 | 10.0 - 30.0 Ratio | — |
| EGFR | 140 | 60 - 150 mL/min/1.73m2 | — |

   Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 277 | 275 - 300 mOsm/kg | — |

   Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/18/18 0447, Result status: Final result

**Magnesium [478896472]**

Ordering provider: Long, Joshua L, DO  10/17/18 2315       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL | — |

   Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/18/18 0447, Result status: Final result

**Phosphorus [478896473]**

Ordering provider: Long, Joshua L, DO  10/17/18 2315       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

   Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

---

Resulted: 10/18/18 0456, Result status: Final result

**Calcium, ionized [478896476]**

Ordering provider: Sundy, Rael D, MD  10/17/18 2315       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/18/18 0456, Result status: Final
result

**Calcium, ionized [478896476] (continued)**

| | | | |
|---|---|---|---|
| Calcium, Ionized | 4.66 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/18/18 0825, Result status: Final
result

**Dextrose Stick Glucose [479113767] (Abnormal)**

Ordering provider:  Long, Joshua L, DO  10/18/18 0759    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 117 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/18/18 1248, Result status: Final
result

**Dextrose Stick Glucose [479113777] (Abnormal)**

Ordering provider:  Long, Joshua L, DO  10/18/18 1232    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 124 | 71 - 99 mg/dL | H |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/18/18 1318, Result status: Final
result

**Magnesium [479113774]**

Ordering provider:  Long, Joshua L, DO  10/18/18 1237    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/18/18 1318, Result status: Final
result

**Potassium [479113775]**

Ordering provider:  Long, Joshua L, DO  10/18/18 1237    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.6 | 3.5 - 5.3 mMol/L | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Potassium [479113775] (continued)**

Resulted: 10/18/18 1318, Result status: Final result

**Potassium [479113788]**

Resulted: 10/18/18 2055, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/18/18 1951      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [479113789]**

Resulted: 10/18/18 2055, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/18/18 1951      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [479113808] (Abnormal)**

Resulted: 10/19/18 0334, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/19/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 8.3 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.97 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.6 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 16.8 | 11.0 - 14.0 % | H |
| PLT CT | 435 | 130 - 440 K/cmm | — |
| MPV | 8.4 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 46.3 | 42.0 - 78.0 % | — |
| Lymphocytes | 37.3 | 15.0 - 46.0 % | — |
| Monocytes | 12.6 | 3.0 - 15.0 % | — |
| Eosinophils % | 2.7 | 0.0 - 7.0 % | — |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 3.9 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.1 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.2 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/19/18 0334, Result status: Final result

**CBC and differential [479113808] (Abnormal) (continued)**

The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 0334, Result status: Final result

**Calcium, ionized [479113814]**

Ordering provider: Sundy, Rael D, MD  10/19/18 0015       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.49 | 4.35 - 5.10 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 0339, Result status: Final result

**Basic Metabolic Panel [479113809] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/19/18 0015       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 24.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.6 | 8.5 - 10.5 mg/dL | — |
| Glucose | 118 | 71 - 99 mg/dL | H |
| Creatinine | 0.53 | 0.60 - 1.20 mg/dL | L |
| BUN | 6 | 7 - 22 mg/dL | L |
| Anion Gap | 15.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 11.3 | 10.0 - 30.0 Ratio | — |
| EGFR | 138 | 60 - 150 mL/min/1.73m2 | — |
| Comment: eGFR determined using CKD-EPI equation | | | |
| Osmolality Calc | 280 | 275 - 300 mOsm/kg | — |
| Comment: | | | |

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 0339, Result status: Final result

**Magnesium [479113810]**

Ordering provider: Long, Joshua L, DO  10/19/18 0015       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.0 | 1.6 - 2.6 mg/dL | — |
| Comment: | | | |

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/19/18 0339, Result status: Final
result

**Magnesium [479113810] (continued)**

Resulted: 10/19/18 0339, Result status: Final
result

**Phosphorus [479113811] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/19/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 2.2 | 2.3 - 4.7 mg/dL | **L** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 1305, Result status: Final
result

**Dextrose Stick Glucose [479299649] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/19/18 1248     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 100 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 1850, Result status: Final
result

**Dextrose Stick Glucose [479299658] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/19/18 1831     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 100 | 71 - 99 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 2103, Result status: Final
result

**Potassium [479299661]**

Ordering provider: Long, Joshua L, DO  10/19/18 1913     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/19/18 2103, Result status: Final
result

**Magnesium [479299662]**

Ordering provider: Long, Joshua L, DO  10/19/18 1913     Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/19/18 2103, Result status: Final result

### Magnesium [479299662] (continued)

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 0455, Result status: Final result

### CBC and differential [479468743] (Abnormal)

Ordering provider: Bouck, Timothy H, MD  10/20/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.5 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.98 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.6 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 17.0 | 11.0 - 14.0 % | H |
| PLT CT | 411 | 130 - 440 K/cmm | — |
| MPV | 8.3 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 43.1 | 42.0 - 78.0 % | — |
| Lymphocytes | 38.2 | 15.0 - 46.0 % | — |
| Monocytes | 13.5 | 3.0 - 15.0 % | — |
| Eosinophils % | 3.8 | 0.0 - 7.0 % | — |
| Basophils % | 1.4 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 3.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.9 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 0501, Result status: Final result

### Basic Metabolic Panel [479468744] (Abnormal)

Ordering provider: Long, Joshua L, DO  10/20/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 27.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 113 | 71 - 99 mg/dL | H |
| Creatinine | 0.50 | 0.60 - 1.20 mg/dL | L |
| BUN | 6 | 7 - 22 mg/dL | L |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/20/18 0501, Result status: Final result

**Basic Metabolic Panel [479468744] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Anion Gap | 10.1 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 12.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 141 | 60 - 150 mL/min/1.73m2 | — |

   Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 276 | 275 - 300 mOsm/kg | — |

   Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 0501, Result status: Final result

**Magnesium [479468745]**

Ordering provider: Long, Joshua L, DO  10/20/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

   Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 0501, Result status: Final result

**Phosphorus [479468746]**

Ordering provider: Long, Joshua L, DO  10/20/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.1 | 2.3 - 4.7 mg/dL | — |

   Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 0526, Result status: Final result

**Calcium, ionized [479468749]**

Ordering provider: Sundy, Rael D, MD  10/20/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 5.00 | 4.35 - 5.10 mg/dL | — |

   Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/20/18 1139, Result status: Final result

**Dextrose Stick Glucose [479527758]**

Ordering provider: Long, Joshua L, DO  10/20/18 1114    Resulting lab: WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/20/18 1139, Result status: Final result

**Dextrose Stick Glucose [479527758] (continued)**

| | | | |
|---|---|---|---|
| Glucose, POCT | 89 | 71 - 99 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/21/18 0456, Result status: Final result

**CBC and differential [479468775] (Abnormal)**

Ordering provider: Bouck, Timothy H, MD  10/20/18 0655    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 8.0 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.24 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.3 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.0 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 17.7 | 11.0 - 14.0 % | H |
| PLT CT | 392 | 130 - 440 K/cmm | — |
| MPV | 7.8 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 39.9 | 42.0 - 78.0 % | L |
| Lymphocytes | 42.2 | 15.0 - 46.0 % | — |
| Monocytes | 12.7 | 3.0 - 15.0 % | — |
| Eosinophils % | 4.2 | 0.0 - 7.0 % | — |
| Basophils % | 1.1 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 3.2 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.0 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.3 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |

Comment:
The above 20 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/21/18 0521, Result status: Final result

**Basic Metabolic Panel [479468776] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/20/18 0655    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 28.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 120 | 71 - 99 mg/dL | H |
| Creatinine | 0.56 | 0.60 - 1.20 mg/dL | L |
| BUN | 8 | 7 - 22 mg/dL | — |
| Anion Gap | 9.2 | 7.0 - 18.0 mMol/L | — |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/21/18 0521, Result status: Final result

**Basic Metabolic Panel [479468776] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| BUN/Creatinine Ratio | 14.3 | 10.0 - 30.0 Ratio | — |
| EGFR | 136 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/21/18 0521, Result status: Final result

**Magnesium [479468777]**

Ordering provider:  Long, Joshua L, DO  10/20/18 0655          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/21/18 0521, Result status: Final result

**Phosphorus [479468778]**

Ordering provider:  Long, Joshua L, DO  10/20/18 0655          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 0555, Result status: Final result

**Basic Metabolic Panel [479527782] (Abnormal)**

Ordering provider:  Long, Joshua L, DO  10/22/18 0015          Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 103 | 98 - 110 mMol/L | — |
| CO2 | 25.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 106 | 71 - 99 mg/dL | H |
| Creatinine | 0.54 | 0.60 - 1.20 mg/dL | L |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 13.3 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 18.5 | 10.0 - 30.0 Ratio | — |
| EGFR | 137 | 60 - 150 mL/min/1.73m2 | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

**Basic Metabolic Panel [479527782] (Abnormal) (continued)**

Resulted: 10/22/18 0555, Result status: Final result

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 275 | 275 - 300 mOsm/kg | — |

Comment:

The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Magnesium [479527783] (Abnormal)**

Resulted: 10/22/18 0555, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/22/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.4 | 1.6 - 2.6 mg/dL | L |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**Phosphorus [479527784]**

Resulted: 10/22/18 0555, Result status: Final result

Ordering provider: Long, Joshua L, DO  10/22/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

**CBC and differential [479527781] (Abnormal)**

Resulted: 10/22/18 0620, Result status: Final result

Ordering provider: Bouck, Timothy H, MD  10/22/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Narrative:

Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.5 | 4.0 - 11.0 K/cmm | — |
| RBC | 2.94 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.7 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 27.5 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 30 | 28 - 35 pg | — |
| MCHC | 32 | 32 - 36 gm/dL | — |
| RDW | 18.4 | 11.0 - 14.0 % | H |
| PLT CT | 366 | 130 - 440 K/cmm | — |
| MPV | 8.3 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 37.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 42.0 | 15.0 - 46.0 % | — |
| Monocytes | 7.0 | 3.0 - 15.0 % | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/22/18 0620, Result status: Final result

**CBC and differential [479527781] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Eosinophils % | 14.0 | 0.0 - 7.0 % | H |
| Basophils % | 0.0 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 2.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.2 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.5 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 1.1 | 0.0 - 0.8 K/cmm | H |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |
| Anisocytosis | 1+ | — | — |
| Polychromasia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 1322, Result status: Final result

**Magnesium [479527794]**

Ordering provider: Bishwakarma, Raju, MD  10/22/18 1240          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 1322, Result status: Final result

**Potassium [479527795]**

Ordering provider: Bishwakarma, Raju, MD  10/22/18 1240          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.8 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 1342, Result status: Final result

**Calcium, Ionized [479527796]**

Ordering provider: Bishwakarma, Raju, MD  10/22/18 1240          Resulting lab: WINCHESTER MEDICAL CENTER LAB


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/22/18 1342, Result status: Final result

### Calcium, Ionized [479527796] (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.63 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 1916, Result status: Final result

### Potassium [479877569]

Ordering provider: Bishwakarma, Raju, MD  10/22/18 1742       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/22/18 1916, Result status: Final result

### Magnesium [479877570]

Ordering provider: Bishwakarma, Raju, MD  10/22/18 1742       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 2.3 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0525, Result status: Final result

### Magnesium [479877595]

Ordering provider: Carter, Jeffrey, MD  10/23/18 0407       Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0530, Result status: Final result

### CBC and differential [479877585] (Abnormal)

Ordering provider: Bouck, Timothy H, MD  10/23/18 0015       Resulting lab: WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/23/18 0530, Result status: Final result

**CBC and differential [479877585] (Abnormal) (continued)**

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.4 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.12 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.9 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 29.1 | 36.0 - 48.0 % | L |
| MCV | 93 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 18.9 | 11.0 - 14.0 % | H |
| PLT CT | 351 | 130 - 440 K/cmm | — |
| MPV | 8.0 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 70.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 23.0 | 15.0 - 46.0 % | — |
| Monocytes | 4.0 | 3.0 - 15.0 % | — |
| Bands | 3 | 0 - 10 % | — |
| Neutrophils Absolute | 5.4 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 1.7 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.3 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.0 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 2+ | — | — |
| Polychromasia | 1+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:
The above 25 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0534, Result status: Final result

**Basic Metabolic Panel [479877586] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/23/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 139 | 136 - 147 mMol/L | — |
| Potassium | 3.9 | 3.5 - 5.3 mMol/L | — |
| Chloride | 105 | 98 - 110 mMol/L | — |
| CO2 | 26.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 108 | 71 - 99 mg/dL | H |
| Creatinine | 0.52 | 0.60 - 1.20 mg/dL | L |
| BUN | 10 | 7 - 22 mg/dL | — |
| Anion Gap | 11.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 19.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 139 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/23/18 0534, Result status: Final result

**Basic Metabolic Panel [479877586] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| Osmolality Calc | 277 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0534, Result status: Final result

**Magnesium [479877587]**

Ordering provider: Long, Joshua L, DO 10/23/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0534, Result status: Final result

**Phosphorus [479877588]**

Ordering provider: Long, Joshua L, DO 10/23/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/23/18 0538, Result status: Final result

**Calcium, ionized [479877591]**

Ordering provider: Bishwakarma, Raju, MD 10/23/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.58 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 0449, Result status: Final result

**Basic Metabolic Panel [480144257] (Abnormal)**

Ordering provider: Long, Joshua L, DO 10/24/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 141 | 136 - 147 mMol/L | — |
| Potassium | 3.7 | 3.5 - 5.3 mMol/L | — |
| Chloride | 108 | 98 - 110 mMol/L | — |
| CO2 | 25.1 | 20.0 - 30.0 mMol/L | — |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/24/18 0449, Result status: Final result

### Basic Metabolic Panel [480144257] (Abnormal) (continued)

| | | | |
|---|---|---|---|
| Calcium | 9.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 111 | 71 - 99 mg/dL | H |
| Creatinine | 0.49 | 0.60 - 1.20 mg/dL | L |
| BUN | 9 | 7 - 22 mg/dL | — |
| Anion Gap | 11.6 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 18.4 | 10.0 - 30.0 Ratio | — |
| EGFR | 142 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 0449, Result status: Final result

### Magnesium [480144258]

Ordering provider:  Long, Joshua L, DO  10/24/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.8 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 0449, Result status: Final result

### Phosphorus [480144259]

Ordering provider:  Long, Joshua L, DO  10/24/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.3 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 0457, Result status: Final result

### CBC and differential [480144256] (Abnormal)

Ordering provider:  Bouck, Timothy H, MD  10/24/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.09 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 8.8 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 28.9 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/24/18 0457, Result status: Final result

**CBC and differential [480144256] (Abnormal) (continued)**

| | | | |
|---|---|---|---|
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 19.3 | 11.0 - 14.0 % | H |
| PLT CT | 318 | 130 - 440 K/cmm | — |
| MPV | 7.9 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 36.0 | 42.0 - 78.0 % | L |
| Lymphocytes | 41.0 | 15.0 - 46.0 % | — |
| Monocytes | 12.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 9.0 | 0.0 - 7.0 % | H |
| Basophils % | 1.0 | 0.0 - 3.0 % | — |
| Bands | 0 | 0 - 10 % | — |
| Metamyelocytes | 0 | 0 - 0 % | — |
| Myelocytes | 1 | 0 - 0 % | H |
| Neutrophils Absolute | 2.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.9 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.7 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed Morphology Consistent with Hemogram | — | — |

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 0500, Result status: Final result

**Calcium, ionized [480144262]**

Ordering provider: Bishwakarma, Raju, MD  10/24/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.73 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/24/18 2212, Result status: Final result

**Dextrose Stick Glucose [480144280] (Abnormal)**

Ordering provider: Long, Joshua L, DO  10/24/18 2146    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Glucose, POCT | 112 | 71 - 99 mg/dL | H |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/24/18 2212, Result status: Final result

**Dextrose Stick Glucose [480144280] (Abnormal) (continued)**

Resulted: 10/27/18 0639, Result status: Final result

**Basic Metabolic Panel [480702772] (Abnormal)**

Ordering provider: Bishwakarma, Raju, MD  10/27/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.1 | 3.5 - 5.3 mMol/L | L |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 23.3 | 20.0 - 30.0 mMol/L | — |
| Calcium | 8.8 | 8.5 - 10.5 mg/dL | — |
| Glucose | 123 | 71 - 99 mg/dL | H |
| Creatinine | 0.52 | 0.60 - 1.20 mg/dL | L |
| BUN | 11 | 7 - 22 mg/dL | — |
| Anion Gap | 12.8 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 21.2 | 10.0 - 30.0 Ratio | — |
| EGFR | 139 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 280 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 0639, Result status: Final result

**Magnesium [480702774] (Abnormal)**

Ordering provider: Bishwakarma, Raju, MD  10/27/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.5 | 1.6 - 2.6 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 0639, Result status: Final result

**Phosphorus [480702775]**

Ordering provider: Bishwakarma, Raju, MD  10/27/18 0015          Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/27/18 0639, Result status: Final
result

**Phosphorus [480702775] (continued)**

Resulted: 10/27/18 0704, Result status: Final
result

**Calcium, ionized [480702776]**

Ordering provider: Bishwakarma, Raju, MD  10/27/18
0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.47 | 4.35 - 5.10 mg/dL | — |

Comment:

The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 0755, Result status: Final
result

**CBC and differential [480702773] (Abnormal)**

Ordering provider: Bishwakarma, Raju, MD  10/27/18
0015

Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 10.9 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.27 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 9.6 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 30.7 | 36.0 - 48.0 % | L |
| MCV | 94 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 19.5 | 11.0 - 14.0 % | H |
| PLT CT | 286 | 130 - 440 K/cmm | — |
| MPV | 8.6 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 55.4 | 42.0 - 78.0 % | — |
| Lymphocytes | 28.3 | 15.0 - 46.0 % | — |
| Monocytes | 11.3 | 3.0 - 15.0 % | — |
| Eosinophils % | 4.3 | 0.0 - 7.0 % | — |
| Basophils % | 0.8 | 0.0 - 3.0 % | — |
| Neutrophils Absolute | 6.1 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 3.1 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 1.2 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.5 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.1 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Macrocytic | 1+ | — | — |
| Anisocytosis | 2+ | — | — |
| Hypochromia | 1+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |

Comment:

The above 26 analytes were performed by Winchester Medical Center Main Lab (9079)

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

## Lab - All Results (continued)

Resulted: 10/27/18 0755, Result status: Final result

### CBC and differential [480702773] (Abnormal) (continued)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 1701, Result status: Final result

### Basic Metabolic Panel [480702799] (Abnormal)
Ordering provider: Bishwakarma, Raju, MD 10/27/18 1205     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 25.4 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 110 | 71 - 99 mg/dL | H |
| Creatinine | 0.52 | 0.60 - 1.20 mg/dL | L |
| BUN | 9 | 7 - 22 mg/dL | — |
| Anion Gap | 11.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 17.3 | 10.0 - 30.0 Ratio | — |
| EGFR | 139 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 279 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 2058, Result status: Final result

### Calcium, Ionized [480842679]
Ordering provider: Bishwakarma, Raju, MD 10/27/18 1909     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.87 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/27/18 2149, Result status: Final result

### Phosphorus [480842678]
Ordering provider: Bishwakarma, Raju, MD 10/27/18 1909     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.8 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/27/18 2149, Result status: Final result

**Phosphorus [480842678] (continued)**

1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/28/18 0357, Result status: Final result

**Basic Metabolic Panel [480842701] (Abnormal)**

Ordering provider: **Bajaj, Madhu S, MD** 10/28/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 142 | 136 - 147 mMol/L | — |
| Potassium | 4.0 | 3.5 - 5.3 mMol/L | — |
| Chloride | 109 | 98 - 110 mMol/L | — |
| CO2 | 24.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.1 | 8.5 - 10.5 mg/dL | — |
| Glucose | 102 | 71 - 99 mg/dL | H |
| Creatinine | 0.52 | 0.60 - 1.20 mg/dL | L |
| BUN | 9 | 7 - 22 mg/dL | — |
| Anion Gap | 12.2 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 17.3 | 10.0 - 30.0 Ratio | — |
| EGFR | 139 | 60 - 150 mL/min/1.73m2 | — |

Comment:  eGFR determined using CKD-EPI equation

| | | | |
|---|---|---|---|
| Osmolality Calc | 282 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/28/18 0357, Result status: Final result

**Magnesium [480842702]**

Ordering provider: **Bajaj, Madhu S, MD** 10/28/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.6 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/28/18 0357, Result status: Final result

**Phosphorus [480842703]**

Ordering provider: **Bajaj, Madhu S, MD** 10/28/18 0016     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 3.9 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/28/18 0414, Result status: Final result

**Calcium, ionized [480842706]**

Ordering provider: Bajaj, Madhu S, MD  10/28/18 0016      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.53 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 0447, Result status: Final result

**Basic Metabolic Panel [480924008] (Abnormal)**

Ordering provider: Bajaj, Madhu S, MD  10/29/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 140 | 136 - 147 mMol/L | — |
| Potassium | 3.5 | 3.5 - 5.3 mMol/L | — |
| Chloride | 107 | 98 - 110 mMol/L | — |
| CO2 | 22.8 | 20.0 - 30.0 mMol/L | — |
| Calcium | 9.2 | 8.5 - 10.5 mg/dL | — |
| Glucose | 130 | 71 - 99 mg/dL | H |
| Creatinine | 0.53 | 0.60 - 1.20 mg/dL | L |
| BUN | 12 | 7 - 22 mg/dL | — |
| Anion Gap | 13.7 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 22.6 | 10.0 - 30.0 Ratio | — |
| EGFR | 138 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 281 | 275 - 300 mOsm/kg | — |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 0447, Result status: Final result

**Magnesium [480924009] (Abnormal)**

Ordering provider: Bajaj, Madhu S, MD  10/29/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.5 | 1.6 - 2.6 mg/dL | L |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 0447, Result status: Final result

**Phosphorus [480924011]**

Ordering provider: Bajaj, Madhu S, MD  10/29/18 0015      Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/29/18 0447, Result status: Final result

### Phosphorus [480924011] (continued)

| | | | |
|---|---|---|---|
| Phosphorus | 4.5 | 2.3 - 4.7 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 0454, Result status: Final result

### Calcium, ionized [480924010]

Ordering provider:  Bajaj, Madhu S, MD  10/29/18 0015    Resulting lab:  WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.69 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/29/18 1226, Result status: Final result

### CBC and differential [480924024] (Abnormal)

Ordering provider:  Goode, Terral C, MD  10/29/18 1029    Resulting lab:  WINCHESTER MEDICAL CENTER LAB
Narrative:
Manual differential performed

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC | 7.6 | 4.0 - 11.0 K/cmm | — |
| RBC | 3.63 | 3.80 - 5.00 M/cmm | L |
| Hemoglobin | 10.5 | 12.0 - 16.0 gm/dL | L |
| Hematocrit | 34.3 | 36.0 - 48.0 % | L |
| MCV | 95 | 80 - 100 fL | — |
| MCH | 29 | 28 - 35 pg | — |
| MCHC | 31 | 32 - 36 gm/dL | L |
| RDW | 18.8 | 11.0 - 14.0 % | H |
| PLT CT | 314 | 130 - 440 K/cmm | — |
| MPV | 8.2 | 6.0 - 10.0 fL | — |
| NEUTROPHIL % | 49.0 | 42.0 - 78.0 % | — |
| Lymphocytes | 32.0 | 15.0 - 46.0 % | — |
| Monocytes | 11.0 | 3.0 - 15.0 % | — |
| Eosinophils % | 7.0 | 0.0 - 7.0 % | — |
| Bands | 1 | 0 - 10 % | — |
| Neutrophils Absolute | 3.8 | 1.7 - 8.6 K/cmm | — |
| Lymphocytes Absolute | 2.4 | 0.6 - 5.1 K/cmm | — |
| Monocytes Absolute | 0.8 | 0.1 - 1.7 K/cmm | — |
| Eosinophils Absolute | 0.5 | 0.0 - 0.8 K/cmm | — |
| BASO Absolute | 0.0 | 0.0 - 0.3 K/cmm | — |
| RBC Morphology | RBC Morphology Reviewed | — | — |
| Anisocytosis | 2+ | — | — |
| Poikilocytosis | 1+ | — | — |
| Target Cells | 1+ | — | — |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**Lab - All Results (continued)**

Resulted: 10/29/18 1226, Result status: Final result

**CBC and differential [480924024] (Abnormal) (continued)**

Comment:
The above 24 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/30/18 0746, Result status: Final result

**Calcium, ionized [481119778]**

Ordering provider: Bajaj, Madhu S, MD  10/30/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Calcium, Ionized | 4.47 | 4.35 - 5.10 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/30/18 0752, Result status: Final result

**Basic Metabolic Panel [481119776] (Abnormal)**

Ordering provider: Bajaj, Madhu S, MD  10/30/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 138 | 136 - 147 mMol/L | — |
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |
| Chloride | 106 | 98 - 110 mMol/L | — |
| CO2 | 22.7 | 20.0 - 30.0 mMol/L | — |
| Calcium | 10.0 | 8.5 - 10.5 mg/dL | — |
| Glucose | 96 | 71 - 99 mg/dL | — |
| Creatinine | 0.60 | 0.60 - 1.20 mg/dL | — |
| BUN | 9 | 7 - 22 mg/dL | — |
| Anion Gap | 13.4 | 7.0 - 18.0 mMol/L | — |
| BUN/Creatinine Ratio | 15.0 | 10.0 - 30.0 Ratio | — |
| EGFR | 133 | 60 - 150 mL/min/1.73m2 | — |

Comment: eGFR determined using CKD-EPI equation

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Osmolality Calc | 274 | 275 - 300 mOsm/kg | L |

Comment:
The above 12 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/30/18 0752, Result status: Final result

**Magnesium [481119777]**

Ordering provider: Bajaj, Madhu S, MD  10/30/18 0015     Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 10/30/18 0752, Result status: Final result

**Magnesium [481119777] (continued)**

Resulted: 10/30/18 0752, Result status: Final result

**Phosphorus [481119779] (Abnormal)**

Ordering provider: Bajaj, Madhu S, MD  10/30/18 0015    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Phosphorus | 4.9 | 2.3 - 4.7 mg/dL | **H** |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 10/30/18 0820, Result status: Final result

**Potassium [481119785]**

Ordering provider: Goode, Terral C, MD  10/30/18 0135    Resulting lab: WINCHESTER MEDICAL CENTER LAB

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Potassium | 4.1 | 3.5 - 5.3 mMol/L | — |

Comment:
The above 1 analytes were performed by Winchester Medical Center Main Lab (9079)
1840 Amherst Street,WINCHESTER,VA 22601

Resulted: 11/01/18 2006, Result status: Final result

**MAG Antibody, Dual ELISA (Serum) [480842677]**

Ordering provider: Bishwakarma, Raju, MD  10/27/18 1909    Resulting lab: QUEST DIAGNOSTICS REFERENCE LABORATORY

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| MAG IgM | <1:1600 | <1:1600 titer | — |

Comment:

Reference ranges for MAG IgM Antibody:

  Normal:  <1:1600
  Moderately Elevated: 1:1600-1:3200
  Highly Elevated: >1:6400

This test was developed and its analytical
performance characteristics have been determined
by Quest Diagnostics Nichols Institute San Juan
Capistrano. It has not been cleared or approved by
FDA. This assay has been validated pursuant to the
CLIA regulations and is used for clinical
purposes.

Test performed by Quest Diagnostics Nichols Institute
        33608 Ortega Hwy,



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## Lab - All Results (continued)

Resulted: 11/01/18 2006, Result status: Final
result

**MAG Antibody, Dual ELISA (Serum) [480842677] (continued)**

San Juan Capristano, CA 92675
Phone: 800-553-5445

Medical Director: Irina Maramica MD,PHD,MBA

Test Reported by Quest, Chantilly,
Quest Diagnostics Nichols Institute,
14225 Newbrook Drive, Chantilly, VA 20151
Patrick W Mason, M.D., Ph.D., Director of Laboratories
(703) 802-6900, CLIA 49D0221801
The above 1 analytes were performed by Quest Diagnostics Reference Laboratory
14225 Newbrook Drive,CHANTILLY,VA 20
151

Resulted: 11/06/18 1352, Result status: Final
result

**LABORATORY REFERENCE AND MISC SCAN [482466960]**

Ordering provider:  Provider, Generic Hpf  11/06/18 1352

## All Meds/Most Recent Administrations



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### promethazine (PHENERGAN) injection 12.5 mg [242135696]

| | |
|---|---|
| Ordering Provider: **Dunn, Chad B, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/01/18 0916** | Starts/Ends: **09/01/18 0917 - 09/01/18 0934** |
| Dose (Remaining/Total): **12.5 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once in ED** | Rate/Duration: **— / 5 Minutes** |

Admin Instructions: **If giving IV: dilute with 9 mL NS and infuse over 2-5 minutes through a running IV line.**

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 0929 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 0929 | Given | 12.5 mg 5 Minutes | Intravenous | Performed by: Sartelle, Katherine E, RN |

### sodium chloride 0.9 % bolus 1,000 mL [242135697]

| | |
|---|---|
| Ordering Provider: **Dunn, Chad B, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/01/18 0916** | Starts/Ends: **09/01/18 0917 - 09/01/18 1030** |
| Dose (Remaining/Total): **1,000 mL (0/1)** | Route: **Intravenous** |
| Frequency: **Once in ED** | Rate/Duration: **1,000 mL/hr / 60 Minutes** |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 0931 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 0931 | New Bag | 1,000 mL 1,000 mL/hr 60 Minutes | Intravenous | Performed by: Sartelle, Katherine E, RN |

### HYDROmorphone (DILAUDID) injection 1 mg [242135698]

| | |
|---|---|
| Ordering Provider: **Dunn, Chad B, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/01/18 0916** | Starts/Ends: **09/01/18 0917 - 09/01/18 0931** |
| Dose (Remaining/Total): **1 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once in ED** | Rate/Duration: **— / —** |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 0931 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 0931 | Given | 1 mg | Intravenous | Performed by: Sartelle, Katherine E, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**HYDROmorphone (DILAUDID) injection 0.5 mg [242135718]**

| Ordering Provider: Dunn, Chad B, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/01/18 1045 | Starts/Ends: 09/01/18 1046 - 09/01/18 1116 |
| Dose (Remaining/Total): 0.5 mg (0/1) | Route: Intravenous |
| Frequency: Once in ED | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1116 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 1116 | Given | 0.5 mg | Intravenous | Performed by: Sartelle, Katherine E, RN |

---

**dicyclomine (BENTYL) 10 MG/5ML syrup 20 mg [242135720]**

| Ordering Provider: Dunn, Chad B, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/01/18 1216 | Starts/Ends: 09/01/18 1217 - 09/01/18 1321 |
| Dose (Remaining/Total): 20 mg (0/1) | Route: Oral |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 1321 | Given | 20 mg | Oral | Performed by: Sartelle, Katherine E, RN |

---

**sodium chloride 0.9 % bolus 1,000 mL [242135721]**

| Ordering Provider: Dunn, Chad B, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/01/18 1216 | Starts/Ends: 09/01/18 1217 - 09/01/18 1353 |
| Dose (Remaining/Total): 1,000 mL (0/1) | Route: Intravenous |
| Frequency: Once in ED | Rate/Duration: 2,000 mL/hr / 30 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1323 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 1323 | New Bag | 1,000 mL 2,000 mL/hr 30 Minutes | Intravenous | Performed by: Sartelle, Katherine E, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

**ondansetron (ZOFRAN) injection 4 mg [242135722]**

| | | |
|---|---|---|
| Ordering Provider: Dunn, Chad B, MD | Status: Completed (Past End Date/Time) | |
| Ordered On: 09/01/18 1218 | Starts/Ends: 09/01/18 1219 - 09/01/18 1321 | |
| Dose (Remaining/Total): 4 mg (0/1) | Route: Intravenous | |
| Frequency: Once in ED | Rate/Duration: — / — | |
| Admin Instructions: Give slow IV push undiluted over 2-5 minutes. | | |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1321 by Sartelle, Katherine E, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 1321 | Given | 4 mg | Intravenous | Performed by: Sartelle, Katherine E, RN |

---

**sodium chloride (PF) 0.9 % injection 3 mL [242135734]**

| | | |
|---|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Discontinued (Past End Date/Time) | |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1354 - 10/13/18 0833 | |
| Dose (Remaining/Total): 3 mL (—/—) | Route: Intravenous | |
| Frequency: Every 8 hours | Rate/Duration: — / — | |
| Admin Instructions: If not on continuous IVF | | |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1517 by Dimon, Tonya L, RN | — |
| Unlinked | 09/05/18 1400 by Marquess, Christopher R, RN | — |
| Unlinked | 09/08/18 2200 by Marquess, Christopher R, RN | — |
| Unlinked | 09/09/18 0600 by Marquess, Christopher R, RN | — |
| Unlinked | 09/09/18 2200 by Marquess, Christopher R, RN | — |
| Unlinked | 09/10/18 0600 by Marquess, Christopher R, RN | — |
| Peripheral IV 09/02/18 Right Forearm | 09/10/18 1359 by Murray, Kelly Elizabeth, RN | — |
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Proximal) | 10/04/18 0541 by Amos, Erica, RN | — |
| Unlinked | 10/10/18 2240 by Turner, Tammy S, RN | — |
| Unlinked | 10/11/18 0626 by Turner, Tammy S, RN | — |
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 1405 by Miller, Sheri L, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/13/18 0511 | Given | 3 mL | Intravenous | Performed by: Gallahan, Kristi A, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

senna-docusate (PERICOLACE) 8.6-50 MG per tablet 2 tablet [242135739]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 2200 - 09/01/18 1958 |
| Dose (Remaining/Total): 2 tablet (—/—) | Route: Oral |
| Frequency: At bedtime | Rate/Duration: — / — |
| Admin Instructions: Hold for diarrhea. | |

(No admins recorded for this medication)

docusate sodium (COLACE) capsule 100 mg [470539062]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/02/18 1000 - 09/01/18 1958 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for diarrhea. | |

(No admins recorded for this medication)

acetaminophen (TYLENOL) tablet 650 mg [470539063]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1348 - 09/10/18 0909 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: Oral |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0816 | Given | 650 mg | Oral | Performed by: Tracy, Kristin E, RN<br>Comments: temp 101.1 |

acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg [470539064]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1348 - 09/10/18 0909 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: per NG tube |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

(No admins recorded for this medication)



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### acetaminophen (TYLENOL) suppository 650 mg [470539065]

| | |
|---|---|
| Ordering Provider: **Benkelman, Douglas Wade, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1348 - 09/10/18 0909 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: Rectal |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

(No admins recorded for this medication)

---

### naloxone (NARCAN) injection 0.4 mg [470539066]

| | |
|---|---|
| Ordering Provider: **Benkelman, Douglas Wade, MD** | Status: **Discontinued (Past End Date/Time)**, Reason: Patient Discharge |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1348 - 11/05/18 1930 |
| Dose (Remaining/Total): 0.4 mg (—/—) | Route: Intravenous |
| Frequency: As needed | mix naloxone 0.4 mg in 9 mL NS in Syringe. Administer |
| Admin Instructions: For Respiratory Rate Less than or | diluted naloxone 1 |
| equal to 8 per minute, stop opioid, and | physician. |
| mL IV every 5 minutes PRN until opioid side effects | |
| reversed. Notify | |

(No admins recorded for this medication)

---

### promethazine (PHENERGAN) tablet 25 mg [470539071]

| | |
|---|---|
| Ordering Provider: **Benkelman, Douglas Wade, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1349 - 09/12/18 0955 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 1258 | Given | 25 mg | Oral | Performed by: Ballenger, Victoria E, RN |

---

### promethazine (PHENERGAN) suppository 12.5 mg [470539072]

| | |
|---|---|
| Ordering Provider: **Benkelman, Douglas Wade, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1349 - 09/12/18 0955 |
| Dose (Remaining/Total): 12.5 mg (—/—) | Route: Rectal |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### promethazine (PHENERGAN) IM injection 6.25 mg [470539073]

Ordering Provider: Benkelman, Douglas Wade, MD
Ordered On: 09/01/18 1353
Dose (Remaining/Total): 6.25 mg (—/—)
Frequency: Every 6 hours PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/01/18 1349 - 09/12/18 0955
Route: Intramuscular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 09/02/18 0133 | Given | 6.25 mg | Intramuscular<br>Other | Performed by: Comegys, Heather L, RN<br>Comments: IV per VOV Sandy C, NP |

### promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg [470539074]

Ordering Provider: Benkelman, Douglas Wade, MD
Ordered On: 09/01/18 1353
Dose (Remaining/Total): 25 mg (—/—)
Frequency: Every 6 hours PRN
Admin Instructions: Refrigerate

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/01/18 1349 - 09/12/18 0955
Route: Topical
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | asd | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0132 | Given | 25 mg | Topical | Performed by: Hicks, Sara M, RN |

### enoxaparin (LOVENOX) syringe 40 mg [470539078]

Ordering Provider: Benkelman, Douglas Wade, MD
Ordered On: 09/01/18 1353
Dose (Remaining/Total): 40 mg (—/—)
Frequency: Every 24 hours
Admin Instructions: Prophylaxis dosing.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/01/18 1500 - 09/01/18 1958
Route: Subcutaneous
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

0.9% NaCl infusion [470539079]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/01/18 1353 | Starts/Ends: 09/01/18 1354 - 09/02/18 0609 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 120 mL/hr / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1315 by Dimon, Tonya L, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 1315 | Rate/Dose Change | 120 mL/hr | Intravenous | Performed by: Dimon, Tonya L, RN |

---

amLODIPine (NORVASC) tablet 5 mg [470539096]

| | |
|---|---|
| Ordering Provider: Williams, Carolyn K, FNP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/01/18 1420 | Starts/Ends: 09/01/18 1500 - 09/02/18 0504 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: Oral |
| Frequency: Every morning | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

(No admins recorded for this medication)

---

losartan (COZAAR) tablet 100 mg [470539097]

| | |
|---|---|
| Ordering Provider: Williams, Carolyn K, FNP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/01/18 1420 | Starts/Ends: 09/01/18 1500 - 09/02/18 0519 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

(No admins recorded for this medication)

---

hydroCHLOROthiazide (HYDRODIURIL) tablet 25 mg [470539098]

| | |
|---|---|
| Ordering Provider: Williams, Carolyn K, FNP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/01/18 1420 | Starts/Ends: 09/01/18 1500 - 09/02/18 0504 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

(No admins recorded for this medication)

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

Tc99m mebrofenin (CHOLETEC) injection 5 millicurie [470539101]

| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/01/18 1655 | Starts/Ends: 09/01/18 1520 - 09/01/18 1520 |
| Dose (Remaining/Total): 5 millicurie (0/1) | Route: Intravenous |
| Frequency: IMG once as needed | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1520 by Willison, Leslie E | — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 09/01/18 1520 | Imaging Agent Given | 5 millicurie | Intravenous Right Arm | Performed by: Willison, Leslie E |

---

NON FORMULARY 1 mg [470539102]

| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time), Reason: Reorder |
|---|---|
| Ordered On: 09/01/18 1825 | Starts/Ends: 09/01/18 1825 - 09/01/18 1826 |
| Dose (Remaining/Total): 1 mg (—/—) | Route: Intravenous |
| Frequency: Every 2 hours PRN | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Brand Name:: | Dilaudid | — |
| Reason for Non-Formulary: | Unknown | — |

(No admins recorded for this medication)

---

HYDROmorphone (DILAUDID) injection 1 mg [470539103]

| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/01/18 1828 | Starts/Ends: 09/01/18 1827 - 09/03/18 1632 |
| Dose (Remaining/Total): 1 mg (—/—) | Route: Intravenous |
| Frequency: Every 2 hours PRN | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/01/18 1839 by Dimon, Tonya L, RN | — |
| Peripheral IV 09/02/18 Right Forearm | 09/03/18 1315 by Stringfellow, Jessica A, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1500 | Given | 1 mg | Intravenous | Performed by: Stringfellow, Jessica A, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### LORazepam (ATIVAN) tablet 1 mg [470539104]

| | |
|---|---|
| Ordering Provider: **Casey, Sandra L, NP** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/01/18 2159 | Starts/Ends: 09/01/18 2230 - 09/01/18 2230 |
| Dose (Remaining/Total): **1 mg (0/1)** | Route: **Oral** |
| Frequency: **Once** | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/01/18 2230 | Given | 1 mg | Oral | Performed by: Comegys, Heather L, RN |

### piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [470596991]

| | |
|---|---|
| Ordering Provider: **Casey, Sandra L, NP** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/02/18 0015 | Starts/Ends: 09/02/18 1215 - 09/02/18 0134 |
| Dose (Remaining/Total): **3.375 g (—/—)** | Route: **Intravenous** |
| Frequency: **Every 6 hours** | Rate/Duration: **100 mL/hr / 30 Minutes** |

Admin Instructions: **The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration**

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Renal_Dosing_3 607168_08-2017.pdf | — |

(No admins recorded for this medication)

### lactobacillus species (BIO-K PLUS) capsule 50 Billion CFU [470596992]

| | |
|---|---|
| Ordering Provider: **Casey, Sandra L, NP** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/02/18 0015 | Starts/Ends: 09/02/18 1000 - 09/04/18 1043 |
| Dose (Remaining/Total): **50 Billion CFU (—/—)** | Route: **Oral** |
| Frequency: **Daily** | Rate/Duration: — / — |
| Admin Instructions: **Do not chew, crush, or open capsules.** | Refrigerate. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0935 | Given | 50 Billion CFU | Oral | Performed by: Ballenger, Victoria E, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

iohexol (OMNIPAQUE) 350 MG/ML injection 100 mL [470597005]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/02/18 0109 | Starts/Ends: 09/02/18 0109 - 09/02/18 0109 |
| Dose (Remaining/Total): 100 mL (0/1) | Route: Intravenous |
| Frequency: IMG once as needed | Rate/Duration: — / — |
| Admin Instructions: NOT FOR INTRATHECAL USE | |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/02/18 0109 by Larsen, Patricia K | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0109 | Imaging Agent Given | 100 mL | Intravenous | Performed by: Larsen, Patricia K |

---

vancomycin (VANCOCIN) 1 g/200 mL dextrose IVPB (premix) [470597006]

| | |
|---|---|
| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0114 | Starts/Ends: 09/02/18 0145 - 09/02/18 0310 |
| Dose (Remaining/Total): 1,000 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: — / 100 Minutes |
| Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy. | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Bacteremia or endocarditis | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Pharmacokinetic _2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\MRSA_PCR_425 4534_01-2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/02/18 0210 by Comegys, Heather L, RN | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0210 | New Bag | 1,000 mg 100 Minutes | Intravenous | Performed by: Comegys, Heather L, RN |

---

vancomycin therapy placeholder [470597009]

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0119 | Starts/Ends: 09/02/18 0119 - 09/05/18 0745 |
| Dose (Remaining/Total): — (—/—) | Route: Does not apply |
| Frequency: See admin instructions | Rate/Duration: — / — |
| Admin Instructions: This serves as a placeholder to inform all providers that the patient is receiving vancomycin therapy | |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [470597012]**

| | |
|---|---|
| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0134 | Starts/Ends: 09/02/18 0135 - 09/02/18 0157 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 6 hours | Rate/Duration: 100 mL/hr / 30 Minutes |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)

---

**cefepime (MAXIPIME) 2 g in sodium chloride 0.9 % 100 mL IVPB mini-bag plus [470597016]**

| | |
|---|---|
| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0157 | Starts/Ends: 09/02/18 0230 - 09/02/18 0524 |
| Dose (Remaining/Total): 2 g (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: 200 mL/hr / 30 Minutes |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0210 | New Bag | 2 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Comegys, Heather L, RN |

---

**ondansetron (ZOFRAN) injection 8 mg [470597017]**

| | |
|---|---|
| Ordering Provider: Casey, Sandra L, NP | Status: Completed (Past End Date/Time) |
| Ordered On: 09/02/18 0200 | Starts/Ends: 09/02/18 0145 - 09/02/18 0145 |
| Dose (Remaining/Total): 8 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Give slow IV push undiluted over 2-5 minutes.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0145 | Given | 8 mg | Intravenous | Performed by: Comegys, Heather L, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

heparin (porcine) injection 10,000 Units [470597027]

| | |
|---|---|
| Ordering Provider: **Casey, Sandra L, NP** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/02/18 0233** | Starts/Ends: **09/02/18 0315 - 09/02/18 0418** |
| Dose (Remaining/Total): **10,000 Units (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **— / —** |

Admin Instructions: **Initial heparin bolus per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions to determine the initial bolus dose. Dosing can also be found on the "Heparin Nomograms" link on the MAR.  Max dose= 10,000 units.**

| Question | Answer | Comment |
|---|---|---|
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_3998557_10-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0418 | Given | 10,000 Units | Intravenous | Performed by: **Comegys, Heather L, RN** |
| | | | | Dual Signoff by: **Bell, Naeticia, RN** |
| | | | | Comments: **waited for labs to be drawn per NP vov** |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**heparin 25000 units in dextrose 5% 500 mL infusion (premix) [470597028]**

Ordering Provider: Casey, Sandra L, NP
Ordered On: 09/02/18 0233
Dose (Remaining/Total): 0-3,500 Units/hr (—/—)
Frequency: Titrated
Admin Instructions: Initial rate and titration per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions for initial rate and titration information. Titration information can also be found on the "Heparin Nomogram" hyperlink. Max initial rate = 2,000 units/hr. Nurse to order aPTT after heparin initiation and rate changes

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/02/18 0315 - 09/03/18 1252
Route: Intravenous
Rate/Duration: 0-70 mL/hr / —

| Question | Answer | Comment |
|---|---|---|
| Heparin Protocol Type:: | VTE | — |
| Initial Dose: | 1900 units/hr | — |
| aPTT below 34s - Bolus heparin IV:: | 10000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 5000 units | — |
| aPTT below 34s - Infusion Rate: | Increase 250 units/hr | — |
| aPTT 34-42s - Infusion Rate: | Increase 150 units/hr | — |
| aPTT 43-49s - Infusion Rate: | Increase 100 units/hr | — |
| aPTT 50-70s - Infusion Rate: | Continue current infusion | — |
| aPTT 71-84s - Infusion Rate: | Decrease 100 units/hr | — |
| aPTT 85-100s - Infusion Rate: | Decrease 150 units/hr | — |
| aPTT 101-150s - Infusion Rate: | Decrease 250 units/hr | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_3998557_10-2017.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/02/18 Left Antecubital | 09/03/18 1209 by Heflin, Gayla A, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1209 | New Bag | 800 Units/hr 16 mL/hr | Intravenous | Performed by: Heflin, Gayla A, RN<br>Dual Signoff by: Doherty, Jean M |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**heparin (porcine) injection 5,000-10,000 Units [470597029]**

| | |
|---|---|
| Ordering Provider: Casey, Sandra L, NP | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0233 | Starts/Ends: 09/02/18 0232 - 09/03/18 1632 |
| Dose (Remaining/Total): 5,000-10,000 Units (—/—) | Route: Intravenous |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |

Admin Instructions: For rebolus dosing only. Follow the MAR Calculator instructions to determine rebolus dose. Dosing can also be found on "Heparin Nomograms" hyperlink on the MAR. Max dose = 10,000 units.

| Question | Answer | Comment |
|---|---|---|
| aPTT below 34s - Bolus heparin IV:: | 10000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 5000 units | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Heparin_Infusion _3998557_10-2017.pdf | — |

(No admins recorded for this medication)

---

**vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL [470607522]**

| | |
|---|---|
| Ordering Provider: Benkelman, Douglas Wade, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0310 | Starts/Ends: 09/02/18 1200 - 09/02/18 1015 |
| Dose (Remaining/Total): 1,250 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: 120 mL/hr / 125 Minutes |

Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Pharmacokinetic _2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\MRSA_PCR_425 4534_01-2018.pdf | — |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### iohexol (OMNIPAQUE) 350 MG/ML injection 100 mL [470607524]

Ordering Provider: Benkelman, Douglas Wade, MD
Ordered On: 09/02/18 0321
Dose (Remaining/Total): 100 mL (0/1)
Frequency: IMG once as needed
Admin Instructions: NOT FOR INTRATHECAL USE

Status: **Completed (Past End Date/Time)**
Starts/Ends: 09/02/18 0321 - 09/02/18 0321
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|------|---------------|---------|
| Peripheral IV 09/01/18 Right Antecubital | 09/02/18 0321 by Firestack, Margo | — |

| Timestamps | Action | Dose | Route | Other Information |
|------------|--------|------|-------|-------------------|
| 09/02/18 0321 | Imaging Agent Given | 100 mL | Intravenous | Performed by: Firestack, Margo |

### sodium chloride 0.9 % bolus 3,537 mL [470607525]

Ordering Provider: Casey, Sandra L, NP
Ordered On: 09/02/18 0432
Dose (Remaining/Total): 30 mL/kg (1/1)
Frequency: Once

Status: **Discontinued (Past End Date/Time)**
Starts/Ends: 09/02/18 0515 - 09/02/18 0435
Route: Intravenous
Rate/Duration: 3,537 mL/hr / 60 Minutes

(No admins recorded for this medication)

### sodium chloride 0.9 % bolus 3,537 mL [470607530]

Ordering Provider: Casey, Sandra L, NP
Ordered On: 09/02/18 0435
Dose (Remaining/Total): 30 mL/kg (0/1)
Frequency: Once

Status: **Completed (Past End Date/Time)**
Starts/Ends: 09/02/18 0030 - 09/02/18 0130
Route: Intravenous
Rate/Duration: 3,537 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|------------|--------|------------------------|-------|-------------------|
| 09/02/18 0030 | New Bag | 3,537 mL<br>3,537 mL/hr<br>60 Minutes | Intravenous | Performed by: Comegys, Heather L, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

**piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [470607535]**

| | |
|---|---|
| Ordering Provider: Rahman, Mohammad A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0519 | Starts/Ends: 09/02/18 0600 - 09/02/18 0807 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 6 hours | Rate/Duration: 100 mL/hr / 30 Minutes |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 0600 | New Bag | 3.375 g<br>100 mL/hr<br>30 Minutes | Intravenous | Performed by: Comegys, Heather L, RN |

---

**0.9% NaCl infusion [470607536]**

| | |
|---|---|
| Ordering Provider: Rahman, Mohammad A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0520 | Starts/Ends: 09/02/18 0600 - 09/02/18 1346 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 100 mL/hr / — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 1053 | New Bag | 100 mL/hr | Intravenous | Performed by: Ballenger, Victoria E, RN |

---

**metroNIDAZOLE (FLAGYL) 500mg in NS 100mL IVPB (premix) [470616061]**

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0807 | Starts/Ends: 09/02/18 0900 - 09/03/18 0752 |
| Dose (Remaining/Total): 500 mg (—/—) | Route: Intravenous |
| Frequency: Every 8 hours scheduled | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: Do Not Refrigerate

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/01/18 Right Antecubital | 09/02/18 0935 by Ballenger, Victoria E, RN | — |
| Peripheral IV 09/02/18 Right Forearm | 09/02/18 1826 by Allar, Rebecca D, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0311 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### ciprofloxacin (CIPRO) 400mg in D5W 200mL IVPB (premix) [470616062]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 0807 | Starts/Ends: 09/02/18 1000 - 09/03/18 0752 |
| Dose (Remaining/Total): 400 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: 200 mL/hr / 60 Minutes |

| Question | Answer | Comment |
|---|---|---|
| Indication for use:: | Empiric or culture-documented treatment of an intra-abdominal infection (in combination with metronidazole) | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 2053 | New Bag | 400 mg 200 mL/hr 60 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

### vancomycin (VANCOCIN) 1 g/200 mL dextrose IVPB (premix) [470616074]

| | |
|---|---|
| Ordering Provider: Rahman, Mohammad A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/02/18 1015 | Starts/Ends: 09/02/18 1200 - 09/03/18 0752 |
| Dose (Remaining/Total): 1,000 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: — / 100 Minutes |

Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Pharmacokinetic_2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\MRSA_PCR_4254534_01-2018.pdf | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0031 | New Bag | 1,000 mg 100 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### sodium chloride 0.9 % bolus 1,000 mL [470616079]

Ordering Provider: **Hailesilasie, Dereje D, MD**
Ordered On: 09/02/18 1322
Dose (Remaining/Total): **1,000 mL (0/1)**
Frequency: **Once**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/02/18 1400 - 09/02/18 1515**
Route: **Intravenous**
Rate/Duration: **1,000 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 1415 | New Bag | 1,000 mL<br>1,000 mL/hr<br>60 Minutes | Intravenous | Performed by: Ballenger, Victoria E, RN |

### potassium chloride 10 mEq in 100 mL IVPB (premix) [470616080]

Ordering Provider: **Hailesilasie, Dereje D, MD**
Ordered On: 09/02/18 1322
Dose (Remaining/Total): **10 mEq (0/2)**
Frequency: **Every 6 hours**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/02/18 1600 - 09/03/18 0009**
Route: **Intravenous**
Rate/Duration: **100 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 2309 | New Bag | 10 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

### calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [470616081]

Ordering Provider: **Hailesilasie, Dereje D, MD**
Ordered On: 09/02/18 1346
Dose (Remaining/Total): **1,000 mg (0/1)**
Frequency: **Once**
Admin Instructions: **Infuse over 30-60 minutes.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/02/18 1430 - 09/02/18 1618**
Route: **Intravenous**
Rate/Duration: **100 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 1518 | New Bag | 1,000 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Ballenger, Victoria E, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### lactated ringers infusion [470616083]

Ordering Provider: Hailesilasie, Dereje D, MD
Ordered On: 09/02/18 1346
Dose (Remaining/Total): — (—/—)
Frequency: Continuous

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/02/18 1430 - 09/04/18 1437
Route: Intravenous
Rate/Duration: 150 mL/hr / —

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0836 | Rate/Dose Change | 150 mL/hr | Intravenous | Performed by: Tracy, Kristin E, RN |

### alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL [470673344]

Ordering Provider: Rahman, Mohammad A, MD
Ordered On: 09/02/18 2242
Dose (Remaining/Total): 15 mL (—/—)
Frequency: Every 4 hours PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/02/18 2227 - 09/05/18 1038
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/02/18 2310 | Given | 15 mL | Oral | Performed by: Hicks, Sara M, RN |

### lactated ringers bolus 250 mL [470673353]

Ordering Provider: Rahman, Mohammad A, MD
Ordered On: 09/03/18 0247
Dose (Remaining/Total): 250 mL (0/2)
Frequency: Every 1 hour

Status: Completed (Past End Date/Time)
Starts/Ends: 09/03/18 0330 - 09/03/18 0345
Route: Intravenous
Rate/Duration: 500 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0315 | New Bag | 250 mL 500 mL/hr 30 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

### lactated ringers bolus 500 mL [470673363]

Ordering Provider: Rahman, Mohammad A, MD
Ordered On: 09/03/18 0509
Dose (Remaining/Total): 500 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/03/18 0545 - 09/03/18 0550
Route: Intravenous
Rate/Duration: 1,000 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0520 | New Bag | 500 mL 1,000 mL/hr 30 Minutes | Intravenous | Performed by: Hicks, Sara M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**ondansetron (ZOFRAN) injection 4 mg [470673366]**

| | |
|---|---|
| Ordering Provider: Rahman, Mohammad A, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 09/03/18 0524 | Starts/Ends: 09/03/18 0523 - 11/05/18 1930 |
| Dose (Remaining/Total): 4 mg (—/—) | Route: Intravenous |
| Frequency: Every 8 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Give slow IV push undiluted over 2-5 minutes. | |

| Line | Med Link Info | Comment |
|---|---|---|
| Midline IV 10/16/18 Left Upper Arm | 10/30/18 2059 by Hatcher, Harrison Z, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0128 | Given | 4 mg | Intravenous | Performed by: Hatcher, Harrison Z, RN |

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [470673368]**

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 0705 | Starts/Ends: 09/03/18 0830 - 09/03/18 0858 |
| Dose (Remaining/Total): 1 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0758 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Tracy, Kristin E, RN |

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [470673369]**

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 0705 | Starts/Ends: 09/03/18 0930 - 09/03/18 1009 |
| Dose (Remaining/Total): 1 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 0909 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Nagel, Kimberly, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### potassium phosphate 30 mmol in sodium chloride 0.9 % 500 mL IVPB [470673370]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 0706 | Starts/Ends: 09/03/18 0900 - 09/04/18 1203 |
| Dose (Remaining/Total): 30 mmol (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 125 mL/hr / 4 Hours |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0803 | New Bag | 30 mmol<br>125 mL/hr<br>4 Hours | Intravenous | Performed by: McDonald, Christine M, RN |

#### calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [470673371]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 0707 | Starts/Ends: 09/03/18 0900 - 09/03/18 1419 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Infuse over 30-60 minutes. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1319 | New Bag | 1,000 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

#### piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g [470673372]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Discontinued (Past End Date/Time), Reason: Reorder |
| Ordered On: 09/03/18 0753 | Starts/Ends: 09/03/18 0830 - 09/03/18 0757 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 8 hours | Rate/Duration: 12.5 mL/hr / 4 Hours |
| Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [470673373]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 0757 | Starts/Ends: 09/03/18 0900 - 09/05/18 0745 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 6 hours | Rate/Duration: 100 mL/hr / 30 Minutes |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/02/18 Right Forearm | 09/03/18 0947 by Heflin, Gayla A, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 0257 | New Bag | 3.375 g<br>100 mL/hr<br>30 Minutes | Intravenous | Performed by: Spiva, Melanie L, RN |

---

### scopolamine (TRANSDERM-SCOP) 1.5 mg 1 patch [470673386]

| | |
|---|---|
| Ordering Provider: Couvillon, Joseph, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1003 | Starts/Ends: 09/03/18 1001 - 09/03/18 1159 |
| Dose (Remaining/Total): 1 patch (1/1) | Route: Transdermal |
| Frequency: Once | Rate/Duration: — / 72 Hours |
| Admin Instructions: . | |

(No admins recorded for this medication)

---

### fentaNYL (DURAGESIC) 25 MCG/HR 1 patch [470673387]

| | |
|---|---|
| Ordering Provider: Couvillon, Joseph, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1003 | Starts/Ends: 09/03/18 1001 - 09/03/18 1159 |
| Dose (Remaining/Total): 1 patch (1/1) | Route: Transdermal |
| Frequency: Once | Rate/Duration: — / 72 Hours |

Admin Instructions: Place Patch on Anterior chest wall or upper arm. Do not place heating pad on or near the patch site. Document Patch Location Q Shift

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### vancomycin (VANCOCIN) 1 g/200 mL dextrose IVPB (premix) [470673388]

| | |
|---|---|
| Ordering Provider: Hailesilasie, Dereje D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1004 | Starts/Ends: 09/03/18 1200 - 09/05/18 0745 |
| Dose (Remaining/Total): 1,000 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: — / 100 Minutes |

Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Pharmacokinetic _2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\MRSA_PCR_425 4534_01-2018.pdf | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 2358 | New Bag | 1,000 mg 100 Minutes | Intravenous | Performed by: Spiva, Melanie L, RN |

#### alteplase (CATH-FLO) 20 mg in sodium chloride 0.9 % 500 mL infusion (IR) [470746124]

| | |
|---|---|
| Ordering Provider: Couvillon, Joseph, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1031 | Starts/Ends: 09/03/18 1115 - 09/03/18 1632 |
| Dose (Remaining/Total): 0.8 mg/hr (—/—) | Route: Intra-arterial |
| Frequency: Continuous | Rate/Duration: 20 mL/hr / — |

Admin Instructions: This medication expires 8 hours after preparation.

Note to pharmacy: Patient to have lysis of mesenteric artery and mesenteric vein, 2 bags of tpa have been ordered. Please deliver to to special procedures room 2 when ready
Patient to have lysis of mesenteric artery and mesenteric vein, 2 bags of tpa have been ordered. Please deliver to to special procedures room 2 when ready

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1207 | New Bag | 1.5 mg/hr 37.5 mL/hr | Intra-arterial | Performed by: Heflin, Gayla A, RN Dual Signoff by: Kettlewell, Brenda L |

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

alteplase (CATH-FLO) 20 mg in sodium chloride 0.9 % 500 mL infusion (IR) [470746125]

| | |
|---|---|
| Ordering Provider: Couvillon, Joseph, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1031 | Starts/Ends: 09/03/18 1028 - 09/03/18 1159 |
| Dose (Remaining/Total): 0.7 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 17.5 mL/hr / — |
| Admin Instructions: This medication expires 8 hours after preparation. | Note to pharmacy: Patient to receive lysis to both mesenteric artery and mesenteric vein, 2 bags of tpa have been ordered. Please deliver to special procedures room 2 when ready |
| | Patient to receive lysis to both mesenteric artery and mesenteric vein, 2 bags of tpa have been ordered. Please deliver to special procedures room 2 when ready |

(No admins recorded for this medication)

---

ondansetron (ZOFRAN) injection [470746126]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1034

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1034 | Given | 4 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

---

ketorolac (TORADOL) injection [470746127]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1034

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1034 | Given | 30 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

---

fentaNYL (PF) (SUBLIMAZE) injection [470746128]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1034

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1034 | Given | 50 mcg | Intravenous | Performed by: Heflin, Gayla A, RN |

---

midazolam (VERSED) injection [470746129]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1034

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1034 | Given | 1 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

midazolam (VERSED) injection [470746130]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1039

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1039 | Given | 1 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

fentaNYL (PF) (SUBLIMAZE) injection [470746131]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1059

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1059 | Given | 50 mcg | Intravenous | Performed by: Heflin, Gayla A, RN |

midazolam (VERSED) injection [470746132]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1108

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1108 | Given | 1 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

midazolam (VERSED) injection [470746135]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1130

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1130 | Given | 1 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

fentaNYL (PF) (SUBLIMAZE) injection [470746136]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1130

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1130 | Given | 50 mcg | Intravenous | Performed by: Heflin, Gayla A, RN |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### midazolam (VERSED) injection [470746137]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1152

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1152 | Given | 1 mg | Intravenous | Performed by: Heflin, Gayla A, RN |

### iodixanol (VISIPAQUE) 320 MG/ML injection [470746138]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1157

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1157 | Given | 110 mL | Intravenous | Performed by: Heflin, Gayla A, RN |

### fentaNYL (PF) (SUBLIMAZE) injection [470746139]

Ordering Provider: Couvillon, Joseph, MD
Ordered On: 09/03/18 1204

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1204 | Given | 50 mcg | Intravenous | Performed by: Heflin, Gayla A, RN |


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [470746145]

| | |
|---|---|
| Ordering Provider: Couvillon, Joseph, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1252 | Starts/Ends: 09/03/18 1330 - 09/03/18 1632 |
| Dose (Remaining/Total): 400 Units/hr (—/—) | Route: Intravenous |
| Frequency: Titrated | Rate/Duration: 8 mL/hr / — |
| Admin Instructions: Initial rate and titration per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions for initial rate and titration information. Titration information can also be found on the "Heparin Nomogram" hyperlink. Max initial rate = 2,000 units/hr. Nurse to order aPTT after heparin initiation and rate changes | Note to pharmacy: Keep heparin at 400 units per hour. Do not titrate |

| Question | Answer | Comment |
|---|---|---|
| Heparin Protocol Type:: | VTE | — |
| Initial Dose: | 1900 units/hr | — |
| aPTT below 34s - Bolus heparin IV:: | 10000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 5000 units | — |
| aPTT below 34s - Infusion Rate: | Increase 250 units/hr | — |
| aPTT 34-42s - Infusion Rate: | Increase 150 units/hr | — |
| aPTT 43-49s - Infusion Rate: | Increase 100 units/hr | — |
| aPTT 50-70s - Infusion Rate: | Continue current infusion | — |
| aPTT 71-84s - Infusion Rate: | Decrease 100 units/hr | — |
| aPTT 85-100s - Infusion Rate: | Decrease 150 units/hr | — |
| aPTT 101-150s - Infusion Rate: | Decrease 250 units/hr | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Heparin_Infusion _3998557_10-2017.pdf | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 1316 | Rate/Dose Change | 400 Units/hr 8 mL/hr | Intravenous | Performed by: Stringfellow, Jessica A, RN Dual Signoff by: Sibert, Linda, RN |

---

albumin human 25 % bag 12.5 g [470777148]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 1544 | Starts/Ends: 09/03/18 1615 - 09/03/18 2200 |
| Dose (Remaining/Total): 12.5 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 2200 | New Bag | 12.5 g | Intravenous | Performed by: Redda, Zayed F, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

fentaNYL (PF) (SUBLIMAZE) injection 50 mcg [470777178]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1632 | Starts/Ends: 09/03/18 1630 - 09/24/18 1205 |
| Dose (Remaining/Total): 50 mcg (—/—) | Route: Intravenous |
| Frequency: Every 5 min PRN | Rate/Duration: — / — |
| Admin Instructions: to keep CPOT 3 or less/RASS +1 to -2, up to 200mcg/2 hours, then start | fentanyl infusion. |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/10/18 0533 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 2206 | Given | 50 mcg | Intravenous | Performed by: Carden, Drew A, RN |

---

propofol (DIPRIVAN) 10 mg/mL infusion [470777180]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1632 | Starts/Ends: 09/03/18 1715 - 09/04/18 1417 |
| Dose (Remaining/Total): 0-50 mcg/kg/min (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0-32.7 mL/hr / — |
| Admin Instructions: Maximize fentanyl infusion before initiating. | Initial suggested dose: 10 mcg/kg/min. Titrate by 5 mcg/kg/min every 5 minutes to goal RASS. Once patient at goal for 4 hours or oversedated (RASS below -2) decrease by 5mcg/kg/min every 5 min to minimum amount. |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0944 | Rate/Dose Change | 40 mcg/kg/min 26.2 mL/hr | Intravenous | Performed by: McDonald, Christine M, RN |

---

sodium chloride (PF) 0.9 % injection 10 mL [470783279]

| | |
|---|---|
| Ordering Provider: Eidberger, Andrew J, PA | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1641 | Starts/Ends: 09/03/18 1715 - 10/13/18 0833 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 10 mL sodium chloride 0.9% every 24 hours | Single lumen |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/12/18 0951 | Given | 10 mL | Intracatheter | Performed by: Macher, Angela C, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

___

sodium chloride (PF) 0.9 % injection 10 mL [470783280]

Ordering Provider:  Eidberger, Andrew J, PA
Ordered On:  09/03/18 1641
Dose (Remaining/Total):  10 mL (—/—)
Frequency:  As needed
Admin Instructions:  For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with10 mL sodium chloride 0.9% before and after each use

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/03/18 1641 - 10/13/18 0833
Route:  Intracatheter
Rate/Duration:  — / —

(No admins recorded for this medication)

___

heparin (porcine) injection 9,000 Units [470783315]

Ordering Provider:  Riccio, Lin M, MD
Ordered On:  09/03/18 1850
Dose (Remaining/Total):  9,000 Units (1/1)
Frequency:  Once
Admin Instructions:  Initial heparin bolus per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions to determine the initial bolus dose. Dosing can also be found on the "Heparin Nomograms" link on the MAR.  Max dose= 10,000 units.

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/03/18 1930 - 09/04/18 1417
Route:  Intravenous
Rate/Duration:  — / —

| Question | Answer | Comment |
|---|---|---|
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_3998557_10-2017.pdf | — |

(No admins recorded for this medication)

___



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [470783316]

Ordering Provider:  Riccio, Lin M, MD
Ordered On:  09/03/18 1850
Dose (Remaining/Total):  0-3,500 Units/hr (—/—)
Frequency:  Titrated
Admin Instructions:  Initial rate and titration per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions for initial rate and titration information. Titration information can also be found on the "Heparin Nomogram" hyperlink. Max initial rate = 2,000 units/hr. Nurse to order aPTT after heparin initiation and rate changes

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/03/18 1930 - 09/04/18 1417
Route:  Intravenous
Rate/Duration:  0-70 mL/hr / —

| Question | Answer | Comment |
|---|---|---|
| Heparin Protocol Type:: | VTE | — |
| Initial Dose: | 1750 units/hr | — |
| aPTT below 34s - Bolus heparin IV:: | 9000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| aPTT below 34s - Infusion Rate: | Increase 250 units/hr | — |
| aPTT 34-42s - Infusion Rate: | Increase 150 units/hr | — |
| aPTT 43-49s - Infusion Rate: | Increase 100 units/hr | — |
| aPTT 50-70s - Infusion Rate: | Continue current infusion | — |
| aPTT 71-84s - Infusion Rate: | Decrease 100 units/hr | — |
| aPTT 85-100s - Infusion Rate: | Decrease 150 units/hr | — |
| aPTT 101-150s - Infusion Rate: | Decrease 250 units/hr | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_3998557_10-2017.pdf | — |

(No admins recorded for this medication)

---

heparin (porcine) injection 4,000-9,000 Units [470794589]

Ordering Provider:  Riccio, Lin M, MD
Ordered On:  09/03/18 1850
Dose (Remaining/Total):  4,000-9,000 Units (—/—)
Frequency:  Every 6 hours PRN
Admin Instructions:  For rebolus dosing only. Follow the MAR Calculator instructions to determine rebolus dose. Dosing can also be found on "Heparin Nomograms" hyperlink on the MAR. Max dose = 10,000 units.

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/03/18 1850 - 09/04/18 1417
Route:  Intravenous
Rate/Duration:  — / —

| Question | Answer | Comment |
|---|---|---|
| aPTT below 34s - Bolus heparin IV:: | 9000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_3998557_10-2017.pdf | — |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### norepinephrine (LEVOPHED) 32 mcg/mL 8 mg in dextrose 5% 250 mL infusion [470794617]

| | |
|---|---|
| Status: Dispensed (Past End Date/Time) | Ordered On: 09/03/18 1901 |
| Starts/Ends: 09/03/18 1901 - 09/04/18 0714 | Dose (Remaining/Total): — (1/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: Phillips, Lilliot : cabinet override |
| Note to pharmacy: Phillips, Lilliot : cabinet override | Conc = 32 mcg/mL |

| Timestamps | Action | Dose / Rate | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2001 | No Dual Sign - Rate/Dose Change | 8 mcg/min 15 mL/hr | — | Performed by: Stringfellow, Jessica A, RN |

---

### dextrose 5 % 1,000 mL with sodium bicarbonate 150 mEq infusion [470794621]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 1909 | Starts/Ends: 09/03/18 1945 - 09/05/18 0836 |
| Dose (Remaining/Total): 50-150 mL/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 50-150 mL/hr / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 0811 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 0514 | New Bag | 150 mL/hr 150 mL/hr | Intravenous | Performed by: Spiva, Melanie L, RN |

---

### potassium chloride 20 mEq in 100 mL IVPB [470794624]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 1913 | Starts/Ends: 09/03/18 1945 - 09/04/18 0216 |
| Dose (Remaining/Total): 20 mEq (0/3) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0116 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

calcium chloride 10 % injection [470794631]

| Status: Completed (Past End Date/Time) | Ordered On: 09/03/18 1947 |
|---|---|
| Starts/Ends: 09/03/18 1947 - 09/03/18 2033 | Dose (Remaining/Total): — (0/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: McDonald, Christine   : cabinet override |

Note to pharmacy: McDonald, Christine   : cabinet override

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2033 | Given | — | — | Performed by: Stringfellow, Jessica A, RN |

sodium bicarbonate 8.4 % injection [470794632]

| Status: Completed (Past End Date/Time) | Ordered On: 09/03/18 1947 |
|---|---|
| Starts/Ends: 09/03/18 1947 - 09/03/18 2036 | Dose (Remaining/Total): — (0/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: McDonald, Christine   : cabinet override |

Note to pharmacy: McDonald, Christine   : cabinet override

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2036 | Given | — | — | Performed by: Stringfellow, Jessica A, RN |

calcium chloride 10 % injection [470804907]

| Status: Completed (Past End Date/Time) | Ordered On: 09/03/18 2051 |
|---|---|
| Starts/Ends: 09/03/18 2051 - 09/03/18 2357 | Dose (Remaining/Total): — (0/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: Redda, Zayed   : cabinet override |

Note to pharmacy: Redda, Zayed   : cabinet override

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2357 | Given | — | — | Performed by: Redda, Zayed F, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

sodium bicarbonate 8.4 % injection [470804908]

| | |
|---|---|
| Status:  Completed (Past End Date/Time) | Ordered On:  09/03/18 2051 |
| Starts/Ends:  09/03/18 2051 - 09/03/18 2100 | Dose (Remaining/Total):  — (0/1) |
| Route:  — | Frequency:  — |
| Rate/Duration:  — / — | Admin Instructions:  Redda, Zayed   : cabinet override |
| Note to pharmacy:  Redda, Zayed   : cabinet override | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2100 | Given | — | — | Performed by:  Redda, Zayed F, RN |

---

EPINEPHrine (ADRENALIN) 4 mg in sodium chloride 0.9 % 250 mL infusion [470804913]

| | |
|---|---|
| Ordering Provider:  Kofsky, Edward R, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/03/18 2054 | Starts/Ends:  09/03/18 2130 - 09/04/18 1417 |
| Dose (Remaining/Total):  1-10 mcg/min (—/—) | Route:  Intravenous |
| Frequency:  Continuous | Rate/Duration:  3.8-37.5 mL/hr / — |
| Admin Instructions:  Titrate to maintain MAP greater than 65 | |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0609 | Rate/Dose Verify | 1.493 mcg/min 5.6 mL/hr | Intravenous | Performed by:  Redda, Zayed F, RN |

---

midazolam (VERSED) 2 MG/2ML injection [470804921]

| | |
|---|---|
| Status:  Completed (Past End Date/Time) | Ordered On:  09/03/18 2105 |
| Starts/Ends:  09/03/18 2105 - 09/03/18 2115 | Dose (Remaining/Total):  — (0/1) |
| Route:  — | Frequency:  — |
| Rate/Duration:  — / — | Admin Instructions:  Redda, Zayed   : cabinet override |
| Note to pharmacy:  Redda, Zayed   : cabinet override | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/03/18 2115 | Given | — | — | Performed by:  Redda, Zayed F, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [470804922]

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/03/18 2111** | Starts/Ends: **09/03/18 2145 - 09/03/18 2245** |
| Dose (Remaining/Total): **1 g (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **100 mL/hr / 60 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 2145 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [470804923]

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/03/18 2111** | Starts/Ends: **09/03/18 2245 - 09/04/18 0305** |
| Dose (Remaining/Total): **1 g (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **100 mL/hr / 60 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0205 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [470810111]

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 2148 | Starts/Ends: 09/03/18 2230 - 09/14/18 1731 |
| Dose (Remaining/Total): 1-50 Units/kg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 2-109 mL/hr / — |

Admin Instructions: Initiate heparin infusion at 10 units/kg/hour post cannulation when ACT is less than 220 seconds

Titrate to standard anti-Xa goal of 0.3-0.5 based on nomogram below:

Anti-Xa less than 0.1:    Sum of heparin given in the previous hour to be given as a one-time bolus (give via smart pump) and Increase 4 units/kg/hour, collect Anti-Xa in 4 hours

Anti-Xa 0.1-0.19:    Increase 2 units/kg/hour, collect Anti-Xa in 4 hours

Anti-Xa 0.2-0.29:    Increase 1 units/kg/hour, collect Anti-Xa in 4 hours

Anti-Xa 0.3-0.5:    No Change, collect Anti-Xa in 4 hours; collect Anti-Xa in 8 hours if anti-Xa levels within range for the past 24 hours

Anti-Xa 0.51-0.6:    Decrease 1 units/kg/hour, collect Anti-Xa in 4 hours

Anti-Xa 0.61-0.7:    Decrease 2 units/kg/hour, collect Anti-Xa in 4 hours

Anti-Xa greater than 0.7:  Notify ECMO Managing Physician and decrease 4 units/kg/hours, collect Anti-Xa in 4 hours.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/02/18 Right Forearm | 09/05/18 1200 by Stringfellow, Jessica A, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 0704 | New Bag | 20 Units/kg/hr 44 mL/hr | Intravenous | Performed by: Hilliard, Heather M, RN<br>Dual Signoff by: Kenney, Chelsea M, RN |

---

heparin (porcine) injection 10,910 Units [470810112]

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/03/18 2148 | Starts/Ends: 09/03/18 2230 - 09/03/18 2230 |
| Dose (Remaining/Total): 100 Units/kg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/03/18 2230 | Given | 10,910 Units | Intravenous | Performed by: Redda, Zayed F, RN |

---

heparin 50 units/mL D5W bolus from bag 1-50 Units/kg (Adjusted) = 70-3,615 Units 1.4 mL [470810113]

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/03/18 2148 | Starts/Ends: 09/03/18 2139 - 09/14/18 1846 |
| Dose (Remaining/Total): 1-50 Units/kg (Adjusted) (—/—) | Route: Intravenous |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: Dose is sum of heparin given in the previous hour to be given as a one-time bolus (give via smart pump)

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**sodium bicarbonate 8.4 % injection [470810225]**

| | |
|---|---|
| Status:  Completed (Past End Date/Time) | Ordered On:  09/03/18 2259 |
| Starts/Ends:  09/03/18 2259 - 09/04/18 0005 | Dose (Remaining/Total):  — (0/1) |
| Route:  — | Frequency:  — |
| Rate/Duration:  — / — | Admin Instructions:  Redda, Zayed   : cabinet override |
| Note to pharmacy:  Redda, Zayed   : cabinet override | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| 09/04/18 0005 | Given | — | — | Performed by:  Redda, Zayed F, RN |

---

**calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [470810226]**

| | |
|---|---|
| Ordering Provider:  Bouder, Thomas Glen, MD | Status:  Completed (Past End Date/Time) |
| Ordered On:  09/03/18 2330 | Starts/Ends:  09/04/18 0015 - 09/04/18 0303 |
| Dose (Remaining/Total):  1,000 mg (0/1) | Route:  Intravenous |
| Frequency:  Once | Rate/Duration:  100 mL/hr / 60 Minutes |
| Admin Instructions:  Give calcium chloride 1 g over one hour x 1 dose for a total  of 1 g. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0203 | New Bag | 1,000 mg 100 mL/hr 60 Minutes | Intravenous | Performed by:  Redda, Zayed F, RN |

---

**midazolam (VERSED) injection 2 mg [470825656]**

| | |
|---|---|
| Ordering Provider:  Leavey, James Francis, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/04/18 0026 | Starts/Ends:  09/04/18 0026 - 10/15/18 0931 |
| Dose (Remaining/Total):  2 mg (—/—) | Route:  Intravenous |
| Frequency:  Every 1 hour PRN | Rate/Duration:  — / — |
| Admin Instructions:  1-2mg/hr | |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/10/18 0534 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 1439 | Given | 2 mg | Intravenous | Performed by:  Kenney, Chelsea M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### norepinephrine (LEVOPHED) 8 mg in dextrose 5% 250 mL infusion [470834931]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/04/18 0229 | Starts/Ends: 09/04/18 0300 – 09/13/18 1636 |
| Dose (Remaining/Total): **1-50 mcg/min (—/—)** | Route: Intravenous |
| Frequency: **Continuous** | Rate/Duration: 1.9-93.8 mL/hr / — |
| Admin Instructions: Titrate to keep MAP greater than 60 | Conc = 32 mcg/mL |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1048 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1123 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1242 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1332 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1535 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1557 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/08/18 1219 | Rate/Dose Change | 1 mcg/min 1.9 mL/hr | Intravenous | Performed by: Macher, Angela C, RN |

### famotidine (PEPCID) injection 20 mg [470834949]

| | |
|---|---|
| Ordering Provider: Manickavel, Suresh Kumar, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/04/18 0503 | Starts/Ends: 09/04/18 1000 – 09/12/18 1208 |
| Dose (Remaining/Total): **20 mg (—/—)** | Route: Intravenous |
| Frequency: **Every 12 hours scheduled** | Rate/Duration: — / — |
| Admin Instructions: Dilute with 10 mL sodium chloride 0.9% for IV administration | |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |
| IV to PO Conversion Protocol (WMC only - DO NO EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\IV_to_PO_2889047_12-2015.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1036 by Marquess, Christopher R, RN | — |
| Unlinked | 09/08/18 2217 by Marquess, Christopher R, RN | — |
| Unlinked | 09/09/18 2209 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0946 | Given | 20 mg | Intravenous | Performed by: Conaway, David, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**sodium bicarbonate 8.4 % injection 50 mEq [470834965]**

Ordering Provider: Kofsky, Edward R, MD
Ordered On: 09/04/18 0627
Dose (Remaining/Total): 50 mEq (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/04/18 0700 - 09/04/18 0726
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0726 | Given | 50 mEq | Intravenous | Performed by: McDonald, Christine M, RN |

**potassium chloride 20 mEq in 100 mL IVPB [470834970]**

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/04/18 0652
Dose (Remaining/Total): 20 mEq (0/3)
Frequency: Every 1 hour
Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/04/18 0730 - 09/04/18 1045
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0945 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

**magnesium sulfate [470834971]**

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/04/18 0652
Dose (Remaining/Total): 2 g/hr (0/1)
Frequency: Once
Admin Instructions: Give 4 g of magnesium sulfate IV over 120 minutes for 1 dose, for a total of 4 g of magnesium sulfate.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/04/18 0730 - 09/04/18 0921
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0721 | New Bag | 2 g/hr 50 mL/hr 120 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

potassium & sodium phosphates (PHOS-NAK) 280-160-250 MG packet 1 packet [470834972]

| | |
|---|---|
| Ordering Provider:  Bouder, Thomas Glen, MD | Status:  Completed (Past End Date/Time) |
| Ordered On:  09/04/18 0652 | Starts/Ends:  09/04/18 0730 - 09/04/18 2025 |
| Dose (Remaining/Total):  1 packet (0/3) | Route:  per NG tube |
| Frequency:  Every 6 hours | Rate/Duration:  — / — |
| Admin Instructions:  mg dosing is based on phosphorus component. Each packet contains 250 mg (8.1 mmol) elemental phosphorus, 6.9 mEq sodium and 7.1 mEq potassium. | Mix the powder in 2.5 ounces (75 mL) of water or other liquid such as juice. Stir and administer promptly. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 2025 | Given | 1 packet | per NG tube | Performed by:  Spiva, Melanie L, RN |

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [470852801]

| | |
|---|---|
| Ordering Provider:  Kofsky, Edward R, MD | Status:  Completed (Past End Date/Time) |
| Ordered On:  09/04/18 0720 | Starts/Ends:  09/04/18 0800 - 09/04/18 0957 |
| Dose (Remaining/Total):  500 mg (0/1) | Route:  Intravenous |
| Frequency:  Once | Rate/Duration:  100 mL/hr / 60 Minutes |
| Admin Instructions:  Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0857 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by:  McDonald, Christine M, RN |

antithrombin III (human) (THROMBATE III) injection 500 Units [470852811]

| | |
|---|---|
| Ordering Provider:  Hutchens, William Thomas Jr., MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/04/18 0803 | Starts/Ends:  09/04/18 0845 - 09/04/18 0827 |
| Dose (Remaining/Total):  500 Units (1/1) | Route:  Intravenous |
| Frequency:  Once | Rate/Duration:  — / 10-20 Minutes |
| Admin Instructions:  Give antithrombin (Thrombate III) by IV slow push over 10-20 minutes.  Consider checking antithrombin level 20 minutes after infusion complete. | |

| Question | Answer | Comment |
|---|---|---|
| Please indicate:: | First dose | — |
| Antithrombin III  indication (click spyglass for indications):: | Adult ECMO | — |
| Actual antithrombin %:: | 22 | — |

(No admins recorded for this medication)


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

antithrombin III (human) (THROMBATE III) injection 559 Units [470852817]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/04/18 0827
Dose (Remaining/Total): 559 Units (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/04/18 0900 - 09/04/18 0910
Route: Intravenous
Rate/Duration: — / 10-20 Minutes

Admin Instructions: Give antithrombin (Thrombate III) by IV slow push over 10-20 minutes. Consider checking antithrombin level 20 minutes after infusion complete.

| Question | Answer | Comment |
|---|---|---|
| Please indicate:: | First dose | — |
| Antithrombin III  indication (click spyglass for indications):: | Adult ECMO | — |
| Actual antithrombin %:: | 22 | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 0900 | Given | 559 Units<br>10 Minutes | Intravenous | Performed by:  McDonald, Christine M, RN |

---

lactobacillus species (BIO-K PLUS) liquid 50 Billion CFU [470852822]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/04/18 1043
Dose (Remaining/Total): 50 Billion CFU (—/—)
Frequency: Daily
Admin Instructions: Refrigerate.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/04/18 1115 - 09/05/18 1034
Route: Tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 1100 | Given | 50 Billion CFU | Tube | Performed by:  McDonald, Christine M, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

midazolam (VERSED) 100 mg in sodium chloride 0.9% 100 mL infusion [470852823]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/04/18 1058 | Starts/Ends: 09/04/18 1058 - 10/15/18 0931 |
| Dose (Remaining/Total): 0-15 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous PRN | Rate/Duration: 0-15 mL/hr / — |

Admin Instructions: Begin if 15 mg/2 hours required for loading doses. Suggested initial dose: 1 mg/hr. If patient requires more then 2 bolus doses/hour, increase infusion rate by 2 mg/hour every hour. Maximum infusion rate of 15 mg/hour. Target RASS score of -1 to -2. When at goal RASS for 4 hours, and no breakthrough doses have been required, decrease infusion by 0.5 mg/hr every 4 hours to off, or to lowest dose required to maintain Target RASS Score. If infusion is greater than 10 mg/hour, decrease infusion by 2 mg/hour every 4 hours until dosage is less than 5 mg/hour, then decrease by 0.5 mg/hour every 4 hours to off or lowest dose required.

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1029 by Marquess, Christopher R, RN | — |
| Unlinked | 09/10/18 0442 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1417 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1419 by Marquess, Christopher R, RN | — |
| PICC Triple Lumen 09/11/18 Right Brachial (Proximal) | 09/27/18 0219 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 1018 | Rate/Dose Change | 4 mg/hr 4 mL/hr | Intravenous | Performed by: Wolford, Sara J, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### fentaNYL (SUBLIMAZE) infusion [470852824]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/04/18 1059 | Starts/Ends: 09/04/18 1130 - 09/24/18 1205 |
| Dose (Remaining/Total): 0-250 mcg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0-25 mL/hr / — |

Admin Instructions: Start infusion at 50 mcg/hr if 200 mcg cumulative loading doses have been given over 2 hours. If patient requires more than 2 boluses an hour, increase infusion rate by 25 mcg/ hour. Titrate to CPOT 3 or less/RASS + 1 to -2. Maximum infusion of 250 mcg/hour. When pain score is at goal for 4 hours, and no breakthrough doses were required, decrease infusion by 25 mcg/hr every 4 hours to off or lowest effective dose.

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1243 by Marquess, Christopher R, RN | — |
| Unlinked | 09/08/18 2333 by Marquess, Christopher R, RN | — |
| Unlinked | 09/10/18 0016 by Marquess, Christopher R, RN | — |
| Unlinked | 09/10/18 0534 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 0952 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 0952 | New Bag | 250 mcg/hr 25 mL/hr | Intravenous | Performed by: Marquess, Christopher R, RN |

---

### insulin regular ((HumuLIN,NovoLIN)) 250 units in sodium chloride 0.9 % 250 mL infusion [470852835]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/04/18 1141 | Starts/Ends: 09/04/18 1215 - 09/05/18 2112 |
| Dose (Remaining/Total): 0.5-99 Units/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0.5-99 mL/hr / — |

Admin Instructions: 1. Prime tubing with 30 mL insulin infusion

2. Initiate Insulin Dosing Calculator software by entering the patient profile:(age, weight, diabetes history, creatinine, and steroid history

3. Titrate infusion and administer regular insulin IV bolus as directed by Insulin Dosing Calculator

4. You will be instructed to stop insulin infusion and treat with a specific dose of Dextrose 50% IV if blood glucose is 70 mg/dL or less

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 0941 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1256 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 1200 | Rate/Dose Change | 0.3 Units/hr 0.3 mL/hr | Intravenous | Performed by: Stringfellow, Jessica A, RN Dual Signoff by: Mehlfelt, Sara R, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

insulin regular (HumuLIN R,NovoLIN R) injection 1-50 Units [470852836]

| | |
|---|---|
| Ordering Provider: **Hutchens, William Thomas Jr., MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/04/18 1141 | Starts/Ends: 09/04/18 1140 - 09/05/18 2112 |
| Dose (Remaining/Total): 1-50 Units (—/—) | Route: Intravenous |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: Dose as directed on insulin dosing calculator | |

(No admins recorded for this medication)

---

dextrose (D10W) 10% bolus 125 mL [470852837]

| | |
|---|---|
| Ordering Provider: **Hutchens, William Thomas Jr., MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/04/18 1141 | Starts/Ends: 09/04/18 1140 - 09/05/18 2112 |
| Dose (Remaining/Total): 125 mL (—/—) | Route: Intravenous |
| Frequency: As needed | Rate/Duration: 750 mL/hr / 10 Minutes |
| Admin Instructions: Discontinue insulin drip Give 12.5 gram (125ml) Dextrose 10 % IV if patient is awake. Recheck blood glucose q 20 minutes and repeat 12.5 gram (125 ml) Dextrose 10% IV if less than 70 mg/dL. Once blood glucose is greater than 100 mg/dL for 2 consecutive checks, restart insulin drip at level dictated by blood glucose on algorithm. Notify MD for hypoglycemia failing to resolve within 20 minutes of administering 25 gram (250 mL) of Dextrose 10%. | |

(No admins recorded for this medication)

---

albumin human 25 % bag 25 g [470920786]

| | |
|---|---|
| Ordering Provider: **Hutchens, William Thomas Jr., MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/04/18 1217 | Starts/Ends: 09/04/18 1300 - 09/04/18 1253 |
| Dose (Remaining/Total): 25 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 1253 | New Bag | 25 g | Intravenous | Performed by: McDonald, Christine M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

antithrombin III (human) (THROMBATE III) injection 554 Units [470920793]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/04/18 1341 | Starts/Ends: 09/04/18 1415 - 09/04/18 1434 |
| Dose (Remaining/Total): 554 Units (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / 10-20 Minutes |

Admin Instructions: Give antithrombin (Thrombate III) by IV slow push over 10-20 minutes. Consider checking antithrombin level 20 minutes after infusion complete.

| Question | Answer | Comment |
|---|---|---|
| Please indicate:: | Maintenance dose | — |
| Antithrombin III  indication (click spyglass for indications):: | Adult ECMO | — |
| Actual antithrombin %:: | 41 | — |
| Desired antithrombin % (if applicable):: | 70 | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 1419 | Given | 554 Units<br>15 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---

albumin human 25 % bag 25 g [470920816]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/04/18 1558 | Starts/Ends: 09/04/18 1630 - 09/04/18 1621 |
| Dose (Remaining/Total): 25 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Use standard tubing, no filter required

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/04/18 1621 | New Bag | 25 g | Intravenous | Performed by: McDonald, Christine M, RN |

---

lactated ringers infusion [470985538]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/04/18 1818 | Starts/Ends: 09/04/18 1900 - 09/06/18 0816 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 100 mL/hr / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1513 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 0020 | New Bag | 100 mL/hr | Intravenous | Performed by: Carden, Drew A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

potassium chloride 20 mEq in 100 mL IVPB [471036106]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Dispensed (Past End Date/Time) |
| Ordered On: 09/05/18 0457 | Starts/Ends: 09/05/18 0530 - 09/05/18 0829 |
| Dose (Remaining/Total): 20 mEq (1/3) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride.

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 0730 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 0623 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Spiva, Melanie L, RN |

sodium phosphates 30 mmol in dextrose 5 % 250 mL IVPB [471036107]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/05/18 0457 | Starts/Ends: 09/05/18 0500 - 09/05/18 1023 |
| Dose (Remaining/Total): 30 mmol (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 62.5 mL/hr / 4 Hours |

Admin Instructions: Give 0.32 mmol / kg IV over 4 hours x 2 doses.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 0623 | New Bag | 30 mmol 62.5 mL/hr 4 Hours | Intravenous | Performed by: Spiva, Melanie L, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

electrolyte replacement protocol-NURSE to INITIATE [471036114]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Dispensed (Past End Date/Time) |
| Ordered On: 09/05/18 0557 | Starts/Ends: 09/05/18 0556 - 09/08/18 0555 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL

Nurse to order panel associated with abnormal lab result:

Potassium Replacement - Critical Care- Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3  - 3.2 mg / dL

Potassium Replacement - Critical Care - (PERIPHERAL ACCESS) Level 2.6 - 2.9 mg / dL

Potassium Replacement- Critical Care-  (CENTRAL ACCESS) Level 2.6 - 2.9 mg / dL

Phosphorous Replacement - Critical Care-  Level:   2 - 2.3 mg / dL (Oral/NG Preferred Route)

Phosphorous Replacement - Critical Care- Level:  1.5 - 1.9 mg / dL

Phosphorous Replacement - Critical Care-  Level:  LESS than 1.5 mg / dL

Magnesium Replacement - Critical Care -  Level:  1.5 - 2.2 mg / dL (Oral route preferred)

Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL

Magnesium Replacement - Critical Care -  Level: LESS than 1 mg / dL

Calcium (Ionized)  Replacement - Critical Care -  Level: 4.1 - 4.35 mg / dL

Calcium (Ionized)  Replacement - Critical Care -  Level: LESS than/EQUAL to 4 mg / dL

   (No admins recorded for this medication)

---

calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [471061401]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/05/18 0712 | Starts/Ends: 09/05/18 0745 - 09/05/18 0917 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total  of 1 g.

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 0817 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 0817 | New Bag | 1,000 mg 100 mL/hr 60 Minutes | Intravenous | Performed by:  Marquess, Christopher R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g [471061406]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/05/18 0745 | Starts/Ends: 09/05/18 0900 - 09/07/18 0923 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 8 hours | Rate/Duration: 12.5 mL/hr / 4 Hours |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Nosocomial, ventilator-acquired, healthcare associated, or aspiration pneumonia | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 0946 by Marquess, Christopher R, RN | — |
| Unlinked | 09/05/18 1808 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 0045 | New Bag | 3.375 g 12.5 mL/hr 4 Hours | Intravenous | Performed by: Cronk, Roberta L, RN |

---

**eye lubricant ophthalmic oint [471061413]**

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/05/18 0804 | Starts/Ends: 09/05/18 1000 - 10/12/18 1348 |
| Dose (Remaining/Total): — (—/—) | Route: Both Eyes |
| Frequency: 4 times daily | Rate/Duration: — / — |

Admin Instructions: Apply to affected eye (s)

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 1844 | Given | — | Both Eyes | Performed by: White, Christina, RN |

---

**alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL [471061426]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/05/18 1038 | Starts/Ends: 09/05/18 1038 - 09/27/18 1007 |
| Dose (Remaining/Total): 15 mL (—/—) | Route: per OG tube |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [471143715]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/05/18 1326
Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total of 1 g.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/05/18 1400 - 09/05/18 1510
Route: Intravenous

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1410 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 1410 | New Bag | 1,000 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

### potassium chloride 20 mEq in 100 mL IVPB [471143720]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/05/18 1346
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/05/18 1430 - 09/05/18 1559
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/05/18 1359 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 1359 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471143751]

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/05/18 1920
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/05/18 2000 - 09/05/18 2111
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/05/18 2011 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Carden, Drew A, RN |



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471277171]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 0449
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 0530 - 09/06/18 0718
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 0618 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471277172]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 0449
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 0530 - 09/06/18 0606
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 0536 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

dextrose (D10W) 10% bolus 250 mL [471342251]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 1401
Dose (Remaining/Total): 250 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 1445 - 09/06/18 1442
Route: Intravenous
Rate/Duration: 500 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 1412 | New Bag | 250 mL<br>500 mL/hr<br>30 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**furosemide (LASIX) injection 40 mg [471390069]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 1435
Dose (Remaining/Total): 40 mg (0/1)
Frequency: Once
Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 1515 - 09/06/18 1528
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 1528 | Given | 40 mg | Intravenous | Performed by: Madagan, Tammy R, RN |

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471390081]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 1602
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 1645 - 09/06/18 1806
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 1736 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

---

**calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471390082]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/06/18 1604
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/06/18 1645 - 09/06/18 1750
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 1650 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### albumin human 25 % bag 25 g [471390086]

Ordering Provider: **Hutchens, William Thomas Jr., MD**
Ordered On: **09/06/18 1605**
Dose (Remaining/Total): **25 g (0/1)**
Frequency: **Once**
Admin Instructions: **Use standard tubing, no filter required**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/06/18 1645 - 09/06/18 1616**
Route: **Intravenous**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 1616 | New Bag | 25 g | Intravenous | Performed by: Madagan, Tammy R, RN |

### albumin human 25 % bag 12.5 g [471390107]

Ordering Provider: **Hutchens, William Thomas Jr., MD**
Ordered On: **09/06/18 2016**
Dose (Remaining/Total): **12.5 g (0/1)**
Frequency: **Once**
Admin Instructions: **Use standard tubing, no filter required**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/06/18 2100 - 09/06/18 2037**
Route: **Intravenous**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 2037 | New Bag | 12.5 g | Intravenous | Performed by: Cronk, Roberta L, RN |

### albumin human 25 % bag 12.5 g [471390113]

Ordering Provider: **Sheikh, Amna O, MD**
Ordered On: **09/06/18 2214**
Dose (Remaining/Total): **12.5 g (0/1)**
Frequency: **Once**
Admin Instructions: **Use standard tubing, no filter required**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/06/18 2245 - 09/06/18 2225**
Route: **Intravenous**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/06/18 2225 | New Bag | 12.5 g | Intravenous | Performed by: Cronk, Roberta L, RN |

### furosemide (LASIX) injection 40 mg [471469623]

Ordering Provider: **Sheikh, Amna O, MD**
Ordered On: **09/07/18 0029**
Dose (Remaining/Total): **40 mg (0/1)**
Frequency: **Once**
Admin Instructions: **Administer slowly over 2-3 minutes; Max rate 40 mg/min**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/07/18 0030 - 09/07/18 0044**
Route: **Intravenous**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 0044 | Given | 40 mg | Intravenous | Performed by: Cronk, Roberta L, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471469635]

| | |
|---|---|
| Ordering Provider: Sheikh, Amna O, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/07/18 0522 | Starts/Ends: 09/07/18 0600 - 09/07/18 0656 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 0556 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Cronk, Roberta L, RN |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471509543]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/07/18 1007 | Starts/Ends: 09/07/18 1100 - 09/07/18 1215 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 1115 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Macher, Angela C, RN |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471509567]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/07/18 1409 | Starts/Ends: 09/07/18 1500 - 09/07/18 1530 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 1430 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Macher, Angela C, RN |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### furosemide (LASIX) injection 40 mg [471617198]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/07/18 1610 | Starts/Ends: 09/07/18 1645 - 09/07/18 1650 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: **Once** | Rate/Duration: — / — |
| Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 1650 | Given | 40 mg | Intravenous | Performed by: Macher, Angela C, RN |

---

### magnesium sulfate [471617225]

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/07/18 2114 | Starts/Ends: 09/07/18 2145 - 09/07/18 2358 |
| Dose (Remaining/Total): 2 g/hr (0/1) | Route: Intravenous |
| Frequency: **Once** | Rate/Duration: 50 mL/hr / 120 Minutes |
| Admin Instructions: Give 4 g of magnesium sulfate IV over 120 minutes for 1 dose, for a total of 4 g of magnesium sulfate. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 2158 | New Bag | 2 g/hr<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

---

### calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [471617226]

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/07/18 2114 | Starts/Ends: 09/07/18 2230 - 09/07/18 2333 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total of 1 g. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 2233 | New Bag | 1,000 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**potassium chloride 20 mEq in 100 mL IVPB [471617228]**

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/07/18 2114 | Starts/Ends: 09/07/18 2145 - 09/07/18 2258 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 1 doses for a total of 20 mEq Potassium Chloride. | Note to pharmacy: Patient can not have anything by mouth or OGT |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/07/18 2158 | New Bag | 20 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

**furosemide (LASIX) injection 40 mg [471706038]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/08/18 0914 | Starts/Ends: 09/08/18 0945 - 09/08/18 0949 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Post transfusion. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/08/18 0949 | Given | 40 mg | Intravenous | Performed by: Macher, Angela C, RN |

**albumin human 25 % bag 25 g [471706063]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/08/18 1240 | Starts/Ends: 09/08/18 1315 - 09/08/18 1249 |
| Dose (Remaining/Total): 25 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/08/18 1249 | New Bag | 25 g | Intravenous | Performed by: Macher, Angela C, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

potassium chloride 20 mEq in 100 mL IVPB [471706077]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/08/18 1710 | Starts/Ends: 09/08/18 1745 - 09/08/18 1712 |
| Dose (Remaining/Total): 20 mEq (4/4) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over 60 minutes every hour x 4 doses for a total of 80 mEq of Potassium Chloride. | Note to pharmacy: Patient in NPO on nothing per ogt. Potassium is 3.9- please send IV dose replacement. |

(No admins recorded for this medication)

---

potassium chloride 20 mEq in 100 mL IVPB [471706080]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/08/18 1712 | Starts/Ends: 09/08/18 1745 - 09/08/18 1921 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over 60 minutes | Note to pharmacy: Patient in NPO on nothing per ogt. Potassium is 3.9- please send IV dose replacement. 1 dose. |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/08/18 1821 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Macher, Angela C, RN |

---

albumin human 5 % 12.5 g [471771290]

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/08/18 2238 | Starts/Ends: 09/08/18 2315 - 09/08/18 2307 |
| Dose (Remaining/Total): 12.5 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/08/18 2307 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/08/18 2307 | New Bag | 12.5 g | Intravenous | Performed by: Marquess, Christopher R, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471808737]

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/09/18 0524
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/09/18 0600 - 09/09/18 0700
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Line | Med Link Info | Comment |
|------|---------------|---------|
| Unlinked | 09/09/18 0600 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|------------|--------|------------------------|-------|-------------------|
| 09/09/18 0600 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471808743]

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/09/18 0706
Dose (Remaining/Total): 1 g (1/2)
Frequency: Every 30 min

Status: Dispensed (Past End Date/Time)
Starts/Ends: 09/09/18 0745 - 09/09/18 0844
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|------------|--------|------------------------|-------|-------------------|
| 09/09/18 0802 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471808782]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/09/18 1252
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/09/18 1330 - 09/09/18 1549
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|------------|--------|------------------------|-------|-------------------|
| 09/09/18 1449 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471808783]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/09/18 1252
Dose (Remaining/Total): 1 g (1/2)
Frequency: Every 30 min

Status: Dispensed (Past End Date/Time)
Starts/Ends: 09/09/18 1400 - 09/09/18 1459
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/09/18 1424 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

**furosemide (LASIX) injection 40 mg [471858750]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/09/18 1527
Dose (Remaining/Total): 40 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/09/18 1600 - 09/09/18 1703
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/09/18 1703 | Given | 40 mg | Intravenous | Performed by: McDonald, Christine M, RN |

**electrolyte replacement protocol-NURSE to INITIATE [471858763]**

Ordering Provider: Kofsky, Edward R, MD
Ordered On: 09/09/18 1939
Dose (Remaining/Total): — (—/—)
Frequency: Continuous

Status: Verified (Past End Date/Time)
Starts/Ends: 09/09/18 2015 - 09/12/18 2014
Route: Combination
Rate/Duration: — / —

(No admins recorded for this medication)

**calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471858775]**

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/09/18 2143
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/09/18 2215 - 09/09/18 2324
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/09/18 2224 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/09/18 2224 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471914114]

| | |
|---|---|
| Ordering Provider: Bouder, Thomas Glen, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/10/18 0544 | Starts/Ends: 09/10/18 0615 - 09/10/18 0707 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/10/18 0550 by Marquess, Christopher R, RN | — |
| Unlinked | 09/10/18 0637 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/10/18 0637 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

---

acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg [471937499]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/10/18 0909 | Starts/Ends: 09/10/18 0908 - 09/27/18 1007 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: per OG tube |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0502 | Given | 650 mg | per OG tube | Performed by: Amos, Erica, RN |

---

acetaminophen (TYLENOL) tablet 650 mg [471937500]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/10/18 0909 | Starts/Ends: 09/10/18 0908 - 09/27/18 1007 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: Oral |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

(No admins recorded for this medication)

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

acetaminophen (TYLENOL) suppository 650 mg [471937501]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/10/18 0909 | Starts/Ends: 09/10/18 0908 - 09/27/18 1007 |
| Dose (Remaining/Total): 650 mg (—/—) | Route: Rectal |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |

Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

(No admins recorded for this medication)

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [471937504]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/10/18 0934 | Starts/Ends: 09/10/18 1015 - 09/10/18 1114 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/10/18 1014 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Murray, Kelly Elizabeth, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [471937505]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/10/18 0934 | Starts/Ends: 09/10/18 1015 - 09/10/18 1131 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/10/18 1101 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Murray, Kelly Elizabeth, RN |

---

furosemide (LASIX) injection 40 mg [471937509]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/10/18 1024 | Starts/Ends: 09/10/18 1100 - 09/10/18 1045 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/10/18 1045 | Given | 40 mg | Intravenous | Performed by: Murray, Kelly Elizabeth, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

calcium chloride 10 % injection [471937522]

| | |
|---|---|
| Status: **Dispensed (Past End Date/Time)** | Ordered On: **09/10/18 1436** |
| Starts/Ends: **09/10/18 1436 - 09/11/18 0244** | Dose (Remaining/Total): **— (1/1)** |
| Route: **—** | Frequency: **—** |
| Rate/Duration: **— / —** | Admin Instructions: **Murray, Kelly** : **cabinet override** |
| Note to pharmacy: **Murray, Kelly** : **cabinet override** | |

(No admins recorded for this medication)

EPINEPHrine (PF) (ADRENALIN) 1 MG/10ML injection [471937523]

| | |
|---|---|
| Status: **Dispensed (Past End Date/Time)** | Ordered On: **09/10/18 1437** |
| Starts/Ends: **09/10/18 1437 - 09/11/18 0244** | Dose (Remaining/Total): **— (1/1)** |
| Route: **—** | Frequency: **—** |
| Rate/Duration: **— / —** | Admin Instructions: **Murray, Kelly** : **cabinet override** |
| Note to pharmacy: **Murray, Kelly** : **cabinet override** | |

(No admins recorded for this medication)

atropine 0.1 MG/ML injection [471937524]

| | |
|---|---|
| Status: **Dispensed (Past End Date/Time)** | Ordered On: **09/10/18 1437** |
| Starts/Ends: **09/10/18 1437 - 09/11/18 0244** | Dose (Remaining/Total): **— (1/1)** |
| Route: **—** | Frequency: **—** |
| Rate/Duration: **— / —** | Admin Instructions: **Murray, Kelly** : **cabinet override** |
| Note to pharmacy: **Murray, Kelly** : **cabinet override** | |

(No admins recorded for this medication)

ceFAZolin (ANCEF) 3g in sodium chloride 0.9% 100 mL [471937527]

| | |
|---|---|
| Ordering Provider: **Carter, Jeffrey, MD** | Status: **Discontinued (Past End Date/Time), Reason: Patient Transfer** |
| Ordered On: **09/10/18 1550** | Starts/Ends: **09/10/18 1630 - 09/10/18 1603** |
| Dose (Remaining/Total): **3 g (1/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **— / 30 Minutes** |
| Note to pharmacy: **DO NOT SEND. PULLED FROM OR PYXIS** | |

(No admins recorded for this medication)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [472123887]**

| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 0539 | Starts/Ends: 09/11/18 0615 - 09/11/18 0757 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 0657 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472123888]**

| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 0550 | Starts/Ends: 09/11/18 0630 - 09/11/18 0700 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 0630 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

**furosemide (LASIX) 500 mg 50 mL infusion [472123889]**

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 0739 | Starts/Ends: 09/11/18 0815 - 09/13/18 1635 |
| Dose (Remaining/Total): 7 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0.7 mL/hr / — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 1601 | New Bag | 7 mg/hr<br>0.7 mL/hr | Intravenous | Performed by: Conaway, David, RN<br>Dual Signoff by: Brown, Ashlyn A, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**albumin human 25 % bag 25 g [472123890]**

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 0739 | Starts/Ends: 09/11/18 1000 - 09/24/18 1704 |
| Dose (Remaining/Total): 25 g (—/—) | Route: Intravenous |
| Frequency: Every 6 hours | Rate/Duration: — / — |

Admin Instructions: Use standard tubing, no filter required

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 0955 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1600 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 0955 | New Bag | 25 g | Intravenous | Performed by: Marquess, Christopher R, RN |

---

**metoclopramide (REGLAN) injection 5 mg [472123891]**

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 0740 | Starts/Ends: 09/11/18 0815 - 09/28/18 1303 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: Intravenous |
| Frequency: 4 times per day | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 1232 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1807 by Marquess, Christopher R, RN | — |
| Peripheral IV 09/02/18 Right Forearm | 09/27/18 0516 by Amos, Erica, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/28/18 1141 | Given | 5 mg | Intravenous | Performed by: Conaway, David, RN |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

sodium chloride (PF) 0.9 % injection 10 mL [472193359]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1408
Dose (Remaining/Total): 10 mL (—/—)
Frequency: Daily
Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 10 mL sodium chloride 0.9% every 24 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/11/18 1445 - 10/20/18 1425
Route: Intracatheter
Rate/Duration: — / —
Single lumen

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 1138 | Given | 10 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

sodium chloride (PF) 0.9 % injection 10 mL [472193360]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1408
Dose (Remaining/Total): 10 mL (—/—)
Frequency: As needed
Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with10 mL sodium chloride 0.9% before and after each use

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/11/18 1408 - 10/20/18 1425
Route: Intracatheter
Rate/Duration: — / —

(No admins recorded for this medication)

heparin FLUSH 10 UNIT/ML injection 3-5 mL [472193361]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1408
Dose (Remaining/Total): 3-5 mL (—/—)
Frequency: Daily
Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL every 24 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/11/18 1445 - 10/20/18 1425
Route: Intracatheter
Rate/Duration: — / —
Single lumen

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0915 | Given | 5 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

heparin FLUSH 10 UNIT/ML injection 3-5 mL [472193362]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 1408 | Starts/Ends: 09/11/18 1408 - 10/20/18 1425 |
| Dose (Remaining/Total): 3-5 mL (—/—) | Route: Intracatheter |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL after line has been accessed. | Single lumen |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 1027 | Given | 5 mL | Intracatheter | Performed by: Sibert, Linda, RN |

---

lidocaine (XYLOCAINE) 1 % injection from PICC line kit 1 mL [472193363]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 1408 | Starts/Ends: 09/11/18 1445 - 09/11/18 1400 |
| Dose (Remaining/Total): 1 mL (0/1) | Route: Subcutaneous |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 1400 | Given | 1 mL | Subcutaneous | Performed by: Murray, Kelly Elizabeth, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472193376]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 09/11/18 1259 | Starts/Ends: 09/11/18 1330 - 09/11/18 1429 |
| Dose (Remaining/Total): 1 g (1/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 1526 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: Murray, Kelly Elizabeth, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

sodium chloride (PF) 0.9 % injection 10 mL [472193377]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1345 - 10/20/18 1428 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 10 mL sodium chloride 0.9% every 24 hours | Proximal port |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 1138 | Given | 10 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

sodium chloride (PF) 0.9 % injection 10 mL [472193378]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1345 - 10/20/18 1428 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 10 mL sodium chloride 0.9% every 24 hours | Distal port |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 1138 | Given | 10 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

sodium chloride (PF) 0.9 % injection 10 mL [472193379]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1312 - 10/20/18 1428 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with10 mL sodium chloride 0.9% before and after each use | |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

heparin FLUSH 10 UNIT/ML injection 3-5 mL [472193380]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1345 - 10/20/18 1428 |
| Dose (Remaining/Total): 3-5 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL every 24 hours | Proximal port |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0915 | Given | 5 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

---

heparin FLUSH 10 UNIT/ML injection 3-5 mL [472193381]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1345 - 10/20/18 1428 |
| Dose (Remaining/Total): 3-5 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL every 24 hours | Distal port |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0915 | Given | 5 mL | Intracatheter | Performed by: Madagan, Tammy R, RN |

---

heparin FLUSH 10 UNIT/ML injection 5 mL [472193382]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/11/18 1312 | Starts/Ends: 09/11/18 1312 - 10/20/18 1428 |
| Dose (Remaining/Total): 5 mL (—/—) | Route: Intracatheter |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL after line has been accessed. | Proximal port |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

heparin FLUSH 10 UNIT/ML injection 3-5 mL [472193383]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1312
Dose (Remaining/Total): 3-5 mL (—/—)
Frequency: As needed
Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 3-5 mL heparin 10 units/mL after line has been accessed.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/11/18 1312 - 10/20/18 1428
Route: Intracatheter
Rate/Duration: — / —
Distal port

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0947 | Given | 5 mL | Intracatheter | Performed by: Conaway, David, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [472268070]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1818
Dose (Remaining/Total): 20 mEq (2/2)
Frequency: Every 1 hour
Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/11/18 1900 - 09/11/18 1820
Route: per NG tube
Rate/Duration: — / —

   (No admins recorded for this medication)

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472268071]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/11/18 1818
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 09/11/18 1900 - 09/11/18 2110
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 2040 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [472268072]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/11/18 1818 | Starts/Ends: 09/11/18 2000 - 09/11/18 2226 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 2126 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

### potassium chloride 20 mEq in 100 mL IVPB [472268074]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/11/18 1821 | Starts/Ends: 09/11/18 1900 - 09/11/18 2156 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/11/18 1956 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472268107]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 0027 | Starts/Ends: 09/12/18 0100 - 09/12/18 0255 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0225 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

potassium chloride 20 mEq in 100 mL IVPB [472344139]

| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/12/18 0027 | Starts/Ends: 09/12/18 0100 - 09/12/18 0313 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0113 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [472344148]

| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/12/18 0120 | Starts/Ends: 09/12/18 0200 - 09/12/18 0352 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0252 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---

potassium chloride 20 mEq in 100 mL IVPB [472344167]

| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/12/18 0643 | Starts/Ends: 09/12/18 0715 - 09/12/18 0919 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0819 | New Bag | 20 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Conaway, David, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472344168]**

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 0643 | Starts/Ends: 09/12/18 0715 - 09/12/18 0757 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0727 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Conaway, David, RN |

---

**calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [472344169]**

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 0708 | Starts/Ends: 09/12/18 0745 - 09/12/18 0855 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 0755 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Conaway, David, RN |

---

**promethazine (PHENERGAN) tablet 25 mg [472399896]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/12/18 0955 | Starts/Ends: 09/12/18 0955 - 09/27/18 1007 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: per OG tube |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

---

**promethazine (PHENERGAN) suppository 12.5 mg [472399897]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/12/18 0955 | Starts/Ends: 09/12/18 0955 - 09/27/18 1007 |
| Dose (Remaining/Total): 12.5 mg (—/—) | Route: Rectal |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

promethazine (PHENERGAN) IM injection 6.25 mg [472399898]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/12/18 0955 | Starts/Ends: 09/12/18 0955 - 09/27/18 1007 |
| Dose (Remaining/Total): 6.25 mg (—/—) | Route: Intramuscular |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

---

promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg [472399899]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/12/18 0955 | Starts/Ends: 09/12/18 0955 - 09/27/18 1007 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Topical |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | asd | — |

(No admins recorded for this medication)

---

TPN Adult Central [472399910]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 1208 | Starts/Ends: 09/12/18 1800 - 09/13/18 2027 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 45.8 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 2000 | Rate/Dose Verify | 45.8 mL/hr 24 Hours | Intravenous | Performed by: Hilliard, Heather M, RN |

---

potassium chloride 20 mEq in 100 mL IVPB [472399921]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 1307 | Starts/Ends: 09/12/18 1345 - 09/12/18 1526 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 1326 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Conaway, David, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472399922]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 1311 | Starts/Ends: 09/12/18 1345 - 09/12/18 1511 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 1441 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Conaway, David, RN |

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [472399923]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 1338 | Starts/Ends: 09/12/18 1415 - 09/12/18 1542 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 1442 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Conaway, David, RN |

### potassium chloride 20 mEq in 100 mL IVPB [472511791]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/12/18 1844 | Starts/Ends: 09/12/18 1915 - 09/12/18 2131 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 1931 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472511792]

Ordering Provider: Lafalce, Christian Anthony, MD
Ordered On: 09/12/18 1916
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 09/12/18 2000 - 09/12/18 2035
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/12/18 2005 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

### potassium chloride 20 mEq in 100 mL IVPB [472563623]

Ordering Provider: Leavey, James Francis, MD
Ordered On: 09/13/18 0033
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/13/18 0115 - 09/13/18 0253
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 0053 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472563642]

Ordering Provider: Leavey, James Francis, MD
Ordered On: 09/13/18 0630
Dose (Remaining/Total): 1 g (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/13/18 0715 - 09/13/18 0741
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 0641 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### potassium chloride 20 mEq in 100 mL IVPB [472563643]

| | |
|---|---|
| Ordering Provider: Leavey, James Francis, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 0630 | Starts/Ends: 09/13/18 0715 - 09/13/18 0840 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 0640 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

### sodium chloride 0.9 % bolus 500 mL [472590763]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1125 | Starts/Ends: 09/13/18 1200 - 09/13/18 1248 |
| Dose (Remaining/Total): 500 mL (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 500 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1148 | New Bag | 500 mL 500 mL/hr 60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN |

### TPN Adult Central [472590775]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1214 | Starts/Ends: 09/13/18 1800 - 09/14/18 1822 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 68.8 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1822 | Given | 68.8 mL/hr 24 Hours | Intravenous | Performed by: Kenney, Chelsea M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

iodixanol (VISIPAQUE) 320 MG/ML injection [472657469]

| Ordering Provider: Fox, Preston Stuart, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1444 | Frequency: Code/trauma/sedation medication |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1444 | Given | 55 mL | Intra-arterial | Performed by: Fox, Preston Stuart, MD<br>Documented by: Heflin, Gayla A, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472697086]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1630 | Starts/Ends: 09/13/18 1700 - 09/13/18 1911 |
| Dose (Remaining/Total): 1 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1811 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472697087]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1630 | Starts/Ends: 09/13/18 1715 - 09/13/18 1754 |
| Dose (Remaining/Total): 1 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1654 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

furosemide (LASIX) injection 40 mg [472697088]

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/13/18 1635 | Starts/Ends: 09/13/18 1715 - 09/13/18 1652 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/13/18 1652 | Given | 40 mg | Intravenous | Performed by: Kenney, Chelsea M, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### furosemide (LASIX) 500 mg 50 mL infusion [472749942]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/13/18 2212 | Starts/Ends: 09/13/18 2245 - 09/14/18 1731 |
| Dose (Remaining/Total): 7 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0.7 mL/hr / — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/14/18 0012 | New Bag | 7 mg/hr<br>0.7 mL/hr | Intravenous | Performed by: Paris, Brad, RN<br>Dual Signoff by: Amos, Erica, RN |

---

### TPN Adult Central [472863434]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/14/18 1246 | Starts/Ends: 09/14/18 1800 - 09/15/18 1926 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 68.8 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/14/18 1746 | New Bag | 68.8 mL/hr<br>24 Hours | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

### thrombin 5000 units topical powder [472863436]

| | |
|---|---|
| Ordering Provider: Ulich, Paul J, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 09/14/18 1252 | Frequency: As needed |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 09/14/18 1251 | Given | 5,000 Units | Topical<br>Other | Performed by: Ulich, Paul J, MD<br>Documented by: Lewis, Michael A, RN<br>Comments: mixed with 5cc's sterile saline, given to sterilel field for use with surgiflo |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

NON FORMULARY [472863437]

Ordering Provider:  Ulich, Paul J, MD

Ordered On:  09/14/18 1253

Status:  Discontinued (Past End Date/Time), Reason: Patient Discharge
Frequency:  As needed

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 09/14/18 1252 | Given | 8 mL | Topical Abdominal Tissue | Performed by:  Ulich, Paul J, MD<br>Documented by:  Lewis, Michael A, RN<br>Comments:  Surgiflo |

---

ceFAZolin (ANCEF) 2 g IVPB 50 mL (duplex) [472863442]

Ordering Provider:  Ulich, Paul J, MD

Ordered On:  09/14/18 1326
Dose (Remaining/Total):  2 g (—/—)
Frequency:  Every 8 hours
Admin Instructions:  Must activate product in 2 places

Status:  Discontinued (Past End Date/Time), Reason: Patient Transfer
Starts/Ends:  09/14/18 1400 - 09/14/18 1450
Route:  Intravenous
Rate/Duration:  100 mL/hr / 30 Minutes

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/14/18 1324 | Given | 2 g | Intravenous | Performed by:  Dowling, Catherine C Naughton, DO |

---

norepinephrine (LEVOPHED) 8 mg in dextrose 5% 250 mL infusion [472892495]

Ordering Provider:  Lafalce, Christian Anthony, MD
Ordered On:  09/14/18 1510
Dose (Remaining/Total):  1-300 mcg/min (—/—)
Frequency:  Continuous PRN
Admin Instructions:  Titrate to MAP greater than 65 mmHg

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/14/18 1504 - 10/15/18 0931
Route:  Intravenous
Rate/Duration:  1.9-562.5 mL/hr / —
Conc = 32 mcg/mL

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Distal) | 10/03/18 0218 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 0230 | Rate/Dose Change | 2.667 mcg/min 5 mL/hr | Intravenous | Performed by:  Amos, Erica, RN |

---



**VALLEYHEALTH**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [472892496]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1510 | Starts/Ends: 09/14/18 1600 - 09/14/18 1512 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 6 hours | Rate/Duration: 100 mL/hr / 30 Minutes |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)

piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g [472892497]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1510 | Starts/Ends: 09/14/18 1600 - 09/18/18 0805 |
| Dose (Remaining/Total): 3.375 g (—/—) | Route: Intravenous |
| Frequency: Every 8 hours | Rate/Duration: 12.5 mL/hr / 4 Hours |

Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 2356 | New Bag | 3.375 g 12.5 mL/hr 4 Hours | Intravenous | Performed by: Redda, Zayed F, RN |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL [472892498]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1510 | Starts/Ends: 09/14/18 1700 - 09/17/18 0742 |
| Dose (Remaining/Total): 1,250 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: 120 mL/hr / 125 Minutes |

Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Pharmacokinetic _2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\MRSA_PCR_425 4534_01-2018.pdf | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 0401 | New Bag | 1,250 mg 120 mL/hr 125 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

---

### lactobacillus species (BIO-K PLUS) liquid 50 Billion CFU [472892499]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1510 | Starts/Ends: 09/14/18 1600 - 10/27/18 1512 |
| Dose (Remaining/Total): 50 Billion CFU (—/—) | Route: Tube |
| Frequency: Daily | Rate/Duration: — / — |

Admin Instructions: Refrigerate.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0921 | Given | 50 Billion CFU | Tube | Performed by: Conaway, David, RN |

---

### vancomycin therapy placeholder [472892523]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1530 | Starts/Ends: 09/14/18 1530 - 09/17/18 0742 |
| Dose (Remaining/Total): — (—/—) | Route: Does not apply |
| Frequency: See admin instructions | Rate/Duration: — / — |

Admin Instructions: This serves as a placeholder to inform all providers that the patient is receiving vancomycin therapy

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

albumin human 5 % 12.5 g [472915136]

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/14/18 1711 | Starts/Ends: 09/14/18 1745 - 09/15/18 1925 |
| Dose (Remaining/Total): 12.5 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/14/18 1735 | New Bag | 12.5 g | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [472915150]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1731 | Starts/Ends: 09/14/18 1815 - 09/14/18 1818 |
| Dose (Remaining/Total): 50-3,500 Units/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 1-70 mL/hr / — |
| Admin Instructions: Restart/Continue heparin at 15 units/hr then follow CentriMag Heparin Protocol. Follow the "Heparin Nomograms" link for titration information.   Nurse to order ACT after initiation and rate changes. | |

(No admins recorded for this medication)

---

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [472915169]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1823 | Starts/Ends: 09/14/18 1900 - 09/23/18 1201 |
| Dose (Remaining/Total): 1-50 Units/kg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 2.4-118 mL/hr / — |

Admin Instructions: Initiate heparin infusion at 10 units/kg/hour post cannulation when ACT is less than 220 seconds

Titrate to LOW anti-Xa goal of 0.2-0.3 based on nomogram below:

| | |
|---|---|
| Anti-Xa less than 0.1:     Sum of heparin given in the previous hour to be given as a one-time bolus (give via smart pump) and Increase 3 units/kg/hour, collect Anti-Xa in 4 hours | Anti-Xa 0.1-0.19:          Increase 1 units/kg/hour, collect Anti-Xa in 4 hours |
| Anti-Xa 0.2-0.3:          No Change collect Anti-Xa in 4 hours; collect Anti-Xa in 8 hours if Anti-Xa were within range for the past 24 hours | Anti-Xa 0.31-0.4:          Decrease 1 units/kg/hour, collect Anti-Xa in 4 hours |
| Anti-Xa 0.41-0.6:          Decrease 2 units/kg/hour, collect Anti-Xa in 4 hours | Anti-Xa greater than 0.6:  Notify ECMO Managing Physician and decrease 4 units/kg/hour, collect Anti-Xa in 4 hours. |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 2357 | New Bag | 8 Units/kg/hr 18.9 mL/hr | Intravenous | Performed by: Duvall, Heather N, RN<br>Dual Signoff by: Duncan, Ronald S, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

heparin 50 units/mL D5W bolus from bag 1-50 Units/kg = 120-5,900 Units 2.4 mL [472915170]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/14/18 1823 | Starts/Ends: 09/14/18 1820 - 09/23/18 1209 |
| Dose (Remaining/Total): 1-50 Units/kg (—/—) | Route: Intravenous |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: Dose is sum of heparin given in the previous hour to be given as a one-time bolus | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/14/18 2246 | Given | 1,180 Units | Intravenous | Performed by: Paris, Brad, RN<br>Dual Signoff by: Powell, Kayla C, RN |

---

calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [472949758]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/15/18 0256 | Starts/Ends: 09/15/18 0330 - 09/15/18 1926 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total of 1 g. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0403 | New Bag | 1,000 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Paris, Brad, RN |

---

potassium chloride 20 mEq in 100 mL IVPB [472949760]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/15/18 0256 | Starts/Ends: 09/15/18 0330 - 09/15/18 1926 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0317 | New Bag | 20 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Paris, Brad, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [472949761]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/15/18 0256 | Starts/Ends: 09/15/18 0415 - 09/15/18 1926 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0409 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Paris, Brad, RN |

---

**potassium & sodium phosphates (PHOS-NAK) 280-160-250 MG packet 1 packet [472949762]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/15/18 0256 | Starts/Ends: 09/15/18 0330 - 09/15/18 1505 |
| Dose (Remaining/Total): 1 packet (0/3) | Route: per NG tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |
| Admin Instructions: mg dosing is based on phosphorus component. Each packet contains 250 mg (8.1 mmol) elemental phosphorus, 6.9 mEq sodium and 7.1 mEq potassium. | Mix the powder in 2.5 ounces (75 mL) of water or other liquid such as juice. Stir and administer promptly. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 1505 | Given | 1 packet | per NG tube | Performed by: Carden, Drew A, RN |

---

**furosemide (LASIX) injection 40 mg [472996009]**

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/15/18 0804 | Starts/Ends: 09/15/18 0845 - 09/15/18 0834 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0834 | Given | 40 mg | Intravenous | Performed by: Carden, Drew A, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 40 mEq [472996010]**

| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/15/18 0804 | Starts/Ends: 09/15/18 1000 - 09/15/18 1502 |
| Dose (Remaining/Total): 40 mEq (—/—) | Route: Oral |
| Frequency: 2 times daily | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 1008 | Given | 40 mEq | Oral | Performed by: Carden, Drew A, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**bisacodyl (DULCOLAX) suppository 10 mg [472996011]**

| | |
|---|---|
| Ordering Provider: **Lafalce, Christian Anthony, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/15/18 0804 | Starts/Ends: 09/15/18 0845 - 09/15/18 0924 |
| Dose (Remaining/Total): 10 mg (0/1) | Route: **Rectal** |
| Frequency: **Once** | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0924 | Given | 10 mg | Rectal | Performed by: Carden, Drew A, RN |

---

**electrolyte replacement protocol-NURSE to INITIATE [472996012]**

| | |
|---|---|
| Ordering Provider: **Lafalce, Christian Anthony, MD** | Status: **Dispensed (Past End Date/Time)** |
| Ordered On: 09/15/18 0804 | Starts/Ends: 09/15/18 0804 - 09/18/18 0803 |
| Dose (Remaining/Total): — (—/—) | Route: **Combination** |
| Frequency: **As needed** | Rate/Duration: — / — |

Admin Instructions: This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL

Nurse to order panel associated with abnormal lab result:

Potassium Replacement - Critical Care- Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3 - 3.2 mg / dL

Potassium Replacement - Critical Care - (PERIPHERAL ACCESS) Level 2.6 - 2.9 mg / dL

Potassium Replacement- Critical Care- (CENTRAL ACCESS) Level 2.6 - 2.9 mg / dL

Phosphorous Replacement - Critical Care- Level: 2 - 2.3 mg / dL (Oral/NG Preferred Route)

Phosphorous Replacement - Critical Care- Level: 1.5 - 1.9 mg / dL

Phosphorous Replacement - Critical Care- Level: LESS than 1.5 mg / dL

Magnesium Replacement - Critical Care - Level: 1.5 - 2.2 mg / dL (Oral route preferred)

Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL

Magnesium Replacement - Critical Care - Level: LESS than 1 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: 4.1 - 4.35 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: LESS than/EQUAL to 4 mg / dL

(No admins recorded for this medication)

---

**calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [472996029]**

| | |
|---|---|
| Ordering Provider: **Lafalce, Christian Anthony, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/15/18 0817 | Starts/Ends: 09/15/18 0900 - 09/15/18 1925 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total of 1 g.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0855 | New Bag | 1,000 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### potassium chloride 20 mEq in 100 mL IVPB [472996030]

Ordering Provider:  Lafalce, Christian Anthony, MD
Ordered On:  09/15/18 0817
Dose (Remaining/Total):  20 mEq (0/1)
Frequency:  Every 1 hour
Admin Instructions:  CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride.

Status:  Completed (Past End Date/Time)
Starts/Ends:  09/15/18 0900 - 09/15/18 1926
Route:  Intravenous
Rate/Duration:  100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 0834 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by:  Carden, Drew A, RN |

---

### TPN Adult Central [473019773]

Ordering Provider:  Lafalce, Christian Anthony, MD
Ordered On:  09/15/18 1133
Dose (Remaining/Total):  — (0/1)
Frequency:  TPN - Continuous (VH)
Admin Instructions:  Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status:  Completed (Past End Date/Time)
Starts/Ends:  09/15/18 1800 - 09/16/18 1904
Route:  Intravenous
Rate/Duration:  68.8 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/15/18 1904 | New Bag | 68.8 mL/hr 24 Hours | Intravenous | Performed by:  Carden, Drew A, RN |

---

### VH TPN 1,652 mL with famotidine 40 mg [473019781]

Ordering Provider:  Lafalce, Christian Anthony, MD

Ordered On:  09/15/18 1229
Dose (Remaining/Total):  — (—/—)
Frequency:  Continuous
Admin Instructions:  Nurse to call physician for additional IV fluid orders if the TPN was turned off or held.

Status:  Discontinued (Past End Date/Time), Reason: Error
Starts/Ends:  09/15/18 1800 - 09/15/18 1431
Route:  Intravenous
Rate/Duration:  68.8 mL/hr / 24 Hours

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### furosemide (LASIX) 500 mg 50 mL infusion [473019789]

| | |
|---|---|
| Ordering Provider: Michel, Donna M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/15/18 1407 | Starts/Ends: 09/15/18 1445 - 09/25/18 0800 |
| Dose (Remaining/Total): 10 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 1 mL/hr / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 0910 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/25/18 0415 | Rate/Dose Verify | 10 mg/hr 1 mL/hr | Intravenous | Performed by: Redda, Zayed F, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 40 mEq [473019792]

| | |
|---|---|
| Ordering Provider: Michel, Donna M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/15/18 1502 | Starts/Ends: 09/15/18 1800 - 09/25/18 0852 |
| Dose (Remaining/Total): 40 mEq (—/—) | Route: per OG tube |
| Frequency: 2 times daily | Rate/Duration: — / — |
| Admin Instructions: Hold for K >4.7 | Dilute every 15 mL of 10% solution with 90 mL of water or liquid. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 1807 | Given | 40 mEq | per OG tube | Performed by: Marquess, Christopher R, RN |

### furosemide (LASIX) injection 40 mg [473131832]

| | |
|---|---|
| Ordering Provider: Lafalce, Christian Anthony, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/16/18 0800 | Starts/Ends: 09/16/18 0845 - 09/16/18 0814 |
| Dose (Remaining/Total): 40 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/16/18 0814 | Given | 40 mg | Intravenous | Performed by: Carden, Drew A, RN |

### furosemide (LASIX) 10 MG/ML injection [473131839]

| | |
|---|---|
| Status: Dispensed (Past End Date/Time) | Ordered On: 09/16/18 0802 |
| Starts/Ends: 09/16/18 0802 - 09/16/18 2014 | Dose (Remaining/Total): — (1/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: Carden, Drew : cabinet override |
| Note to pharmacy: Carden, Drew : cabinet override | |

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### TPN Adult Central [473131850]

Ordering Provider: **Lafalce, Christian Anthony, MD**
Ordered On: **09/16/18 1054**
Dose (Remaining/Total): **— (0/1)**
Frequency: **TPN - Continuous (VH)**
Admin Instructions: **Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/16/18 1800 - 09/17/18 1756**
Route: **Intravenous**
Rate/Duration: **68.8 mL/hr / 24 Hours**

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maximum Acetate (ie. Severe Acidosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 1200 | Restarted | 68.8 mL/hr 24 Hours | Intravenous | Performed by: Macher, Angela C, RN Comments: restarted/ back from OR |

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [473131857]

Ordering Provider: **Lafalce, Christian Anthony, MD**
Ordered On: **09/16/18 1315**
Dose (Remaining/Total): **500 mg (0/1)**
Frequency: **Once**
Admin Instructions: **Give calcium chloride 500 mg over one hour x 1 dose.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/16/18 1400 - 09/16/18 1459**
Route: **Intravenous**
Rate/Duration: **100 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/16/18 1359 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [473176735]

Ordering Provider: **Kofsky, Edward R, MD**
Ordered On: **09/17/18 0044**
Dose (Remaining/Total): **20 mEq (0/1)**
Frequency: **Once**
Admin Instructions: **Dilute every 15 mL of 10% solution with 90 mL of water or liquid.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **09/17/18 0115 - 09/17/18 0105**
Route: **per NG tube**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 0105 | Given | 20 mEq | per NG tube | Performed by: Redda, Zayed F, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

glucagon (rDNA) (GLUCAGEN) injection 1 mg [473227632]

Ordering Provider:  Hutchens, William Thomas Jr., MD
Ordered On:  09/17/18 0048
Dose (Remaining/Total):  1 mg (—/—)
Frequency:  As needed
Admin Instructions:  dilute with 1 mL to a final concentration of 1 mg/mL

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/17/18 0047 - 10/20/18 1425
Route:  Intramuscular
Rate/Duration:  — / —

(No admins recorded for this medication)

---

dextrose (D10W) 10% bolus 125 mL [473227633]

Ordering Provider:  Hutchens, William Thomas Jr., MD
Ordered On:  09/17/18 0048
Dose (Remaining/Total):  125 mL (—/—)
Frequency:  As needed
Admin Instructions:  Discontinue insulin drip Give 12.5 gram (125ml) Dextrose 10 % IV if patient is awake. Recheck blood glucose q 20 minutes and repeat 12.5 gram (125 ml) Dextrose 10% IV if less than 70 mg/dL. Once blood glucose is greater than 100 mg/dL for 2 consecutive checks, restart insulin drip at level dictated by blood glucose on algorithm. Notify MD for hypoglycemia failing to resolve within 20 minutes of administering 25 gram (250 mL) of Dextrose 10%.

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/17/18 0047 - 10/20/18 1425
Route:  Intravenous
Rate/Duration:  750 mL/hr / 10 Minutes

(No admins recorded for this medication)

---

insulin aspart (NovoLOG) injection pen 1-9 Units [473227634]

Ordering Provider:  Hutchens, William Thomas Jr., MD
Ordered On:  09/17/18 0048
Dose (Remaining/Total):  1-9 Units (—/—)
Frequency:  Every 4 hours PRN
Admin Instructions:  Low dose correction insulin. Add to bolus insulin dose if ordered. Give if pt is NPO.
For BG 201 - 250 mg/dL give 2 units
For BG 301 - 350 mg/dL give 4 units
For BG 401 - 450 mg/dL give 6 units and call provider
For BG 501 - 550 mg/dL give 8 units and call provider

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  09/17/18 0048 - 09/18/18 1617
Route:  Subcutaneous
Rate/Duration:  — / —
For BG 150 - 200 mg/dL give 1 unit

For BG 251 - 300 mg/dL give 3 units
For BG 351 - 400 mg/dL give 5 units and call provider.
For BG 451 - 500 mg/dL give 7 units and call provider
For BG 551 - 600 mg/dL give 9 units and call provider
Call provider for blood sugar less than 70 or greater than 350.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 1151 | Given | 2 Units | Subcutaneous | Performed by:  Macher, Angela C, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [473227662]

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/17/18 0543 | Starts/Ends: 09/17/18 0615 - 09/17/18 0728 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 0628 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [473227663]

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/17/18 0546 | Starts/Ends: 09/17/18 0615 - 09/17/18 0732 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 0702 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Macher, Angela C, RN |

dextrose 5 % infusion [473227665]

| | |
|---|---|
| Ordering Provider: Shyamsunder, Archana K, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/17/18 0631 | Starts/Ends: 09/17/18 0715 - 09/17/18 1637 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 75 mL/hr / — |
| Admin Instructions: Run @75ml/hr for a total of 1L only. | |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 0820 | Rate/Dose Change | 75 mL/hr | Intravenous | Performed by: Viens, Claudia H, MD |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### thrombin 5000 units topical powder [473256625]

Ordering Provider: Ulich, Paul J, MD

Ordered On: 09/17/18 0908

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Frequency: As needed

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 09/17/18 0908 | Given | 5,000 Units | Topical Abdominal Tissue | Performed by: Ulich, Paul J, MD<br>Documented by: Fox, Michelle, RN<br>Comments: MIXED FOR USE WITH SURGIFLO |

### TPN Adult Central [473256646]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/17/18 1201
Dose (Remaining/Total): — (0/1)
Frequency: TPN - Continuous (VH)
Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/17/18 1800 - 09/18/18 1816
Route: Intravenous
Rate/Duration: 70.8 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maximum Acetate (ie. Severe Acidosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 0603 | Rate/Dose Verify | 70.8 mL/hr 24 Hours | Intravenous | Performed by: Redda, Zayed F, RN |

### potassium chloride 20 mEq in 100 mL IVPB [473256650]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/17/18 1416
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Every 1 hour
Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over 60 minutes x1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/17/18 1500 - 09/17/18 1659
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes
Note to pharmacy: Potassium 3.4 Not using OGT at this time per Dr.Ashame.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 1559 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Macher, Angela C, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [473399106]**

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/17/18 1926** | Starts/Ends: **09/17/18 2000 - 09/17/18 2050** |
| Dose (Remaining/Total): **20 mEq (0/1)** | Route: **per NG tube** |
| Frequency: **Once** | Rate/Duration: **— / —** |
| Admin Instructions: **Dilute every 15 mL of 10% solution with 90 mL of water or liquid.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 2050 | Given | 20 mEq | per NG tube | Performed by: Redda, Zayed F, RN |

---

**magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [473399134]**

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **09/17/18 2308** | Starts/Ends: **09/17/18 2345 - 09/18/18 0519** |
| Dose (Remaining/Total): **7.5 mL (1/2)** | Route: **per G tube** |
| Frequency: **Every 6 hours** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/17/18 2356 | Given | 7.5 mL | per G tube | Performed by: Redda, Zayed F, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [473453472]**

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/18/18 0510** | Starts/Ends: **09/18/18 0545 - 09/18/18 0523** |
| Dose (Remaining/Total): **20 mEq (0/1)** | Route: **per NG tube** |
| Frequency: **Once** | Rate/Duration: **— / —** |
| Admin Instructions: **Dilute every 15 mL of 10% solution with 90 mL of water or liquid.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 0523 | Given | 20 mEq | per NG tube | Performed by: Redda, Zayed F, RN |

---

**magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [473453473]**

| | |
|---|---|
| Ordering Provider: **Kofsky, Edward R, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/18/18 0510** | Starts/Ends: **09/18/18 0545 - 09/18/18 1145** |
| Dose (Remaining/Total): **7.5 mL (0/2)** | Route: **per G tube** |
| Frequency: **Every 6 hours** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 1145 | Given | 7.5 mL | per G tube | Performed by: Macher, Angela C, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### dextrose 5 % infusion [473453500]

| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/18/18 0847 | Starts/Ends: 09/18/18 0930 - 09/23/18 2257 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 100 mL/hr / — |
| Admin Instructions: D/C when new TPN change tonight. | |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 0848 | New Bag | 100 mL/hr | Intravenous | Performed by: Macher, Angela C, RN |

### TPN Adult Central [473453501]

| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/18/18 0859 | Starts/Ends: 09/18/18 1800 - 09/19/18 1816 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 125 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 1250 | Restarted | 125 mL/hr 24 Hours | Intravenous | Performed by: Macher, Angela C, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [473508933]

| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/18/18 1137 | Starts/Ends: 09/18/18 1215 - 09/18/18 1145 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 1145 | Given | 20 mEq | per NG tube | Performed by: Macher, Angela C, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

insulin aspart (NovoLOG) injection pen 2-16 Units [473508958]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/18/18 1617 | Starts/Ends: 09/18/18 1616 - 09/18/18 2049 |
| Dose (Remaining/Total): 2-16 Units (—/—) | Route: Subcutaneous |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Medium dose correction insulin. | Give if pt is NPO. |

Add to bolus insulin dose if ordered.
For BG 150 - 200 mg/dL give 2 unit        For BG 201 - 250 mg/dL give 3 units
For BG 251 - 300 mg/dL give 4 units       For BG 301 - 350 mg/dL give 6 units
For BG 351 - 400 mg/dL give 8 units and call provider.   For BG 401 - 450 mg/dL give 10 units and call provider.
For BG 451 - 500 mg/dL give 12 units and call provider.  For BG 501 - 550 mg/dL give 14 units and call provider.
For BG 551 - 600 mg/dL give 16 units and call provider.
Call provider for blood sugar less than 70 or greater than 350.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 1619 | Given | 3 Units | Subcutaneous | Performed by: Macher, Angela C, RN |

---

acetaZOLAMIDE (DIAMOX) injection 500 mg [473508965]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/18/18 1826 | Starts/Ends: 09/18/18 1900 - 09/18/18 1931 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Mix with 5 mL sterile water for injection (final concentration 100 mg/mL | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 1931 | Given | 500 mg | Intravenous | Performed by: Hilliard, Heather M, RN |

---

insulin aspart (NovoLOG) injection pen 2-16 Units [473618807]

| | |
|---|---|
| Ordering Provider: Sheikh, Amna O, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/18/18 2049 | Starts/Ends: 09/18/18 2000 - 10/20/18 1425 |
| Dose (Remaining/Total): 2-16 Units (—/—) | Route: Subcutaneous |
| Frequency: Every 4 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Medium dose correction insulin. | Give if pt is NPO. |

Add to bolus insulin dose if ordered.
For BG 150 - 200 mg/dL give 2 unit        For BG 201 - 250 mg/dL give 3 units
For BG 251 - 300 mg/dL give 4 units       For BG 301 - 350 mg/dL give 6 units
For BG 351 - 400 mg/dL give 8 units and call provider.   For BG 401 - 450 mg/dL give 10 units and call provider.
For BG 451 - 500 mg/dL give 12 units and call provider.  For BG 501 - 550 mg/dL give 14 units and call provider.
For BG 551 - 600 mg/dL give 16 units and call provider.
Call provider for blood sugar less than 70 or greater than 350.

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/16/18 2320 | Given | 2 Units | Subcutaneous Left Arm | Performed by: Redda, Zayed F, RN |
| | | | | Comments: BG 166 |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [473618811]

Ordering Provider: Sheikh, Amna O, MD
Ordered On: 09/18/18 2258
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/18/18 2330 - 09/19/18 0040
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/18/18 2340 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

---

TPN Adult Central [473730297]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/19/18 1200
Dose (Remaining/Total): — (0/1)
Frequency: TPN - Continuous (VH)
Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/19/18 1800 - 09/20/18 1715
Route: Intravenous
Rate/Duration: 125 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 1715 | New Bag | 125 mL/hr<br>24 Hours | Intravenous | Performed by: Macher, Angela C, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**pantoprazole (PROTONIX) injection 40 mg [473730317]**

| | |
|---|---|
| Ordering Provider:  Ashame, Elias S, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On: 09/19/18 1345 | Starts/Ends:  09/19/18 1430 - 10/11/18 1105 |
| Dose (Remaining/Total):  40 mg (—/—) | Route:  Intravenous |
| Frequency:  2 times daily | Rate/Duration:  — / — |

| Question | Answer | Comment |
|---|---|---|
| Indication for use:: | 1. Current GI Bleed within the last two months, or Ulcer disease, or Severe erosive esophagitis | — |
| IV to PO Conversion Protocol (WMC only - DO NO EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\IV_to_PO_28890 47_12-2015.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 0955 by Marquess, Christopher R, RN | — |
| Peripheral IV 09/02/18 Right Forearm | 09/26/18 2152 by Amos, Erica, RN | — |
| Peripheral IV 09/30/18 Right Forearm | 10/02/18 2107 by Amos, Erica, RN | — |
| Unlinked | 10/10/18 2228 by Turner, Tammy S, RN | — |
| CVC Triple Lumen 10/08/18 Left Internal jugular (Distal) | 10/11/18 0955 by Miller, Sheri L, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 0955 | New Bag | 40 mg | Intravenous | Performed by:  Miller, Sheri L, RN |

---

**potassium chloride 20 mEq in 100 mL IVPB [473730320]**

| | |
|---|---|
| Ordering Provider:  Bouder, Thomas Glen, MD | Status:  Completed (Past End Date/Time) |
| Ordered On: 09/19/18 1418 | Starts/Ends:  09/19/18 1500 - 09/19/18 1639 |
| Dose (Remaining/Total):  20 mEq (0/1) | Route:  Intravenous |
| Frequency:  Once | Rate/Duration:  50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 1439 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by:  Macher, Angela C, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### potassium chloride 20 mEq in 100 mL IVPB [473730334]

Ordering Provider: Kofsky, Edward R, MD
Ordered On: 09/19/18 1708
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/19/18 1745 - 09/19/18 1928
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 1728 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Macher, Angela C, RN |

### albumin human 5 % 12.5 g [473730335]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/19/18 1709
Dose (Remaining/Total): 12.5 g (0/1)
Frequency: Once
Admin Instructions: Use standard tubing, no filter required

Status: Completed (Past End Date/Time)
Starts/Ends: 09/19/18 1745 - 09/19/18 1724
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 1724 | New Bag | 12.5 g | Intravenous | Performed by: Macher, Angela C, RN |

### heparin 1000 units in 500mL 0.9% Sodium Chloride (2 units/mL) (Premix) [473842415]

Ordering Provider: Sheikh, Amna O, MD
Ordered On: 09/19/18 2003
Dose (Remaining/Total): — (0/1)
Frequency: Once
Admin Instructions: For perfusionist use with ECMO. pressurized line

Status: Completed (Past End Date/Time)
Starts/Ends: 09/19/18 2045 - 09/19/18 2037
Route: Device
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 2037 | New Bag | 1,000 Units | Device | Performed by: Hilliard, Heather M, RN<br>Comments: Okay for perfutionist to use with ECMO, per Dr. Sheikh. |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

potassium chloride 20 mEq in 100 mL IVPB [473842450]

| | |
|---|---|
| Ordering Provider: Sandy, Jeffrey Scott, NP | Status: Completed (Past End Date/Time) |
| Ordered On: 09/19/18 2321 | Starts/Ends: 09/20/18 0000 - 09/20/18 0140 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/19/18 2340 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

potassium chloride 20 mEq in 100 mL IVPB [473842463]

| | |
|---|---|
| Ordering Provider: Sheikh, Amna O, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/20/18 0456 | Starts/Ends: 09/20/18 0530 - 09/20/18 0713 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/20/18 0513 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Hilliard, Heather M, RN |

acetaZOLAMIDE (DIAMOX) injection 500 mg [473901140]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/20/18 0748 | Starts/Ends: 09/20/18 0830 - 09/20/18 0843 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Mix with 5 mL sterile water for injection (final concentration 100 mg/mL | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/20/18 0843 | Given | 500 mg | Intravenous | Performed by: Stringfellow, Jessica A, RN |



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### TPN Adult Central [473901162]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/20/18 1000 | Starts/Ends: 09/20/18 1800 - 09/21/18 1800 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: **TPN - Continuous (VH)** | Rate/Duration: 125 mL/hr / 24 Hours |
| Admin Instructions: **Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.** | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 0829 | Rate/Dose Change | 175 mL/hr 175 mL/hr | Intravenous | Performed by: Viens, Claudia H, MD |

### potassium chloride 20 mEq in 100 mL IVPB [473996894]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/20/18 1518 | Starts/Ends: 09/20/18 1600 - 09/20/18 1640 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: **Once** | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/20/18 1540 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

### potassium chloride 20 mEq in 100 mL IVPB [473996903]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/20/18 1702 | Starts/Ends: 09/20/18 1745 - 09/20/18 1937 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: **Every 1 hour** | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/20/18 1837 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### potassium chloride 20 mEq in 100 mL IVPB [474107736]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/21/18 0644 | Starts/Ends: 09/21/18 0715 - 09/21/18 0955 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 0755 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

### ceFAZolin (ANCEF) 2 g in sterile water (preservative free) 20 mL Injection [474126861]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/21/18 0847 | Starts/Ends: 09/21/18 0847 - 09/21/18 0850 |
| Dose (Remaining/Total): 2 g (0/1) | Route: Intravenous |
| Frequency: Pre-Op | Rate/Duration: — / 3-5 Minutes |

Admin Instructions: Dilute each 1 g vial with 10 mL Sterile Water for a total of 20 mL. Draw up both vials together in a single syringe. Give the syringe (containing 2 g) over 3-5 minutes IV push.  Filter is not required.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Surgical Prophylaxis | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Renal_Dosing_3 607168_08-2017.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Surg_Prophylaxis _4697252_05_2018.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 0850 | New Bag | 2 g | Intravenous | Performed by: Viens, Claudia H, MD |

### TPN Adult Central [474126887]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/21/18 1132 | Starts/Ends: 09/21/18 1800 - 09/22/18 1813 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 125 mL/hr / 24 Hours |

Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 0800 | Rate/Dose Change | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Viens, Claudia H, MD |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**acetaZOLAMIDE (DIAMOX) injection 500 mg [474126895]**

| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/21/18 1425 | Starts/Ends: 09/21/18 1500 - 09/21/18 1552 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Mix with 5 mL sterile water for injection (final concentration 100 mg/mL

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 1552 | Given | 500 mg | Intravenous | Performed by: Sibert, Linda, RN |

**potassium chloride 20 mEq in 100 mL IVPB [474220402]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/21/18 1914 | Starts/Ends: 09/21/18 1945 - 09/21/18 2130 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/21/18 1930 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

**potassium chloride 20 mEq in 100 mL IVPB [474302787]**

| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/22/18 0637 | Starts/Ends: 09/22/18 0715 - 09/22/18 0746 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 0646 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**piperacillin-tazobactam (ZOSYN) IVPB 3.375 g [474302800]**

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/22/18 0739
Dose (Remaining/Total): 3.375 g (—/—)
Frequency: Every 6 hours
Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/22/18 0815 - 09/22/18 0803
Route: Intravenous
Rate/Duration: 100 mL/hr / 30 Minutes

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05_2018.pdf | — |

(No admins recorded for this medication)

---

**piperacillin-tazobactam (ZOSYN) extended infusion IVPB 3.375 g [474302808]**

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/22/18 0803
Dose (Remaining/Total): 3.375 g (—/—)
Frequency: Every 8 hours
Admin Instructions: The thawed solution is stable for 24 hours at room temperature or for 14 days under refrigeration

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/22/18 0900 - 09/29/18 1308
Route: Intravenous
Rate/Duration: 12.5 mL/hr / 4 Hours

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05_2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 0837 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1638 by Marquess, Christopher R, RN | — |
| PICC Triple Lumen 09/11/18 Right Brachial (Medial) | 09/27/18 0048 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 0949 | New Bag | 3.375 g 12.5 mL/hr 4 Hours | Intravenous | Performed by: Conaway, David, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### acetaZOLAMIDE (DIAMOX) injection 500 mg [474325447]

Ordering Provider: Michel, Donna M, MD
Ordered On: 09/22/18 0903
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Mix with 5 mL sterile water for injection (final concentration 100 mg/mL

Status: Completed (Past End Date/Time)
Starts/Ends: 09/22/18 0945 - 09/22/18 1046
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 1046 | Given | 500 mg | Intravenous | Performed by: Sibert, Linda, RN |

### TPN Adult Central [474325460]

Ordering Provider: Carter, Jeffrey, MD
Ordered On: 09/22/18 1108
Dose (Remaining/Total): — (0/1)
Frequency: TPN - Continuous (VH)
Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/22/18 1800 - 09/23/18 1815
Route: Intravenous
Rate/Duration: 125 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 1815 | New Bag | 125 mL/hr 24 Hours | Intravenous | Performed by: Sibert, Linda, RN |

### potassium chloride 20 mEq in 100 mL IVPB [474325468]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/22/18 1417
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 09/22/18 1500 - 09/22/18 1642
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/22/18 1442 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474378967]**

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/23/18 0022 | Starts/Ends: 09/23/18 0100 - 09/23/18 0114 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: — Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0114 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474436468]**

| | |
|---|---|
| Ordering Provider: Kofsky, Edward R, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/23/18 0543 | Starts/Ends: 09/23/18 0615 - 09/23/18 0550 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: — Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0550 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---

**vancomycin (VANCOCIN) 1 g/200 mL dextrose IVPB (premix) [474436469]**

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/23/18 0736 | Starts/Ends: 09/23/18 0800 - 09/23/18 1104 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: — Once | Rate/Duration: — / 100 Minutes |
| Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy. | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Pharmacokinetic _2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\MRSA_PCR_425 4534_01-2018.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Surg_Prophylaxis _4697252_05_2018.pdf | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0924 | New Bag | 1,000 mg 100 Minutes | Intravenous | Performed by: Bateman, David E, RN |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### fentaNYL (PF) (SUBLIMAZE) injection [474436495]

Ordering Provider: Kofsky, Edward R, MD
Ordered On: 09/23/18 0820

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0820 | Given | 50 mcg | Intravenous | Performed by: Bateman, David E, RN<br>Documented by: McDonald, Christine M, RN |

### midazolam (VERSED) injection [474436496]

Ordering Provider: Kofsky, Edward R, MD
Ordered On: 09/23/18 0820

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0820 | Given | 4 mg | Intravenous | Performed by: Bateman, David E, RN<br>Documented by: McDonald, Christine M, RN |

### fentaNYL (PF) (SUBLIMAZE) injection [474436497]

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/23/18 0825

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0824 | Given | 25 mcg | Intravenous | Performed by: Bateman, David E, RN<br>Documented by: McDonald, Christine M, RN |

### midazolam (VERSED) 2 MG/ML syrup [474436498]

Ordering Provider: Bouder, Thomas Glen, MD
Ordered On: 09/23/18 0825

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 0825 | Given | 2 mg | Oral | Performed by: Bateman, David E, RN<br>Documented by: McDonald, Christine M, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

### All Meds/Most Recent Administrations (continued)

**vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL [474436502]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/23/18 0955 | Starts/Ends: 09/23/18 1900 - 09/24/18 0920 |
| Dose (Remaining/Total): 1,250 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: 120 mL/hr / 125 Minutes |

Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Pharmacokinetic_2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\MRSA_PCR_4254534_01-2018.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05_2018.pdf | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 0600 | New Bag | 1,250 mg 120 mL/hr 125 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

**vancomycin therapy placeholder [474436503]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/23/18 0955 | Starts/Ends: 09/23/18 0955 - 09/24/18 0920 |
| Dose (Remaining/Total): — (—/—) | Route: Does not apply |
| Frequency: See admin instructions | Rate/Duration: — / — |

Admin Instructions: This serves as a placeholder to inform all providers that the patient is receiving vancomycin therapy

(No admins recorded for this medication)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Meds/Most Recent Administrations (continued)

### TPN Adult Central [474436508]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/23/18 1046 | Starts/Ends: 09/23/18 1800 - 09/24/18 1752 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 61 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 1752 | New Bag | 61 mL/hr 24 Hours | Intravenous | Performed by: Bateman, David E, RN |

### heparin 25000 units in dextrose 5% 500 mL infusion (premix) [474436518]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/23/18 1201 | Starts/Ends: 09/23/18 1800 - 09/23/18 1202 |
| Dose (Remaining/Total): 0-3,500 Units/hr (—/—) | Route: Intravenous |
| Frequency: Titrated | Rate/Duration: 0-70 mL/hr / — |
| Admin Instructions: Initial rate and titration per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions for initial rate and titration information. Titration information can also be found on the "Heparin Nomogram" hyperlink. Max initial rate = 2,000 units/hr. Nurse to order aPTT after heparin initiation and rate changes | |

| Question | Answer | Comment |
|---|---|---|
| Heparin Protocol Type:: | VTE | — |
| Initial Dose: | 1600 units/hr | — |
| aPTT below 34s - Bolus heparin IV:: | 8000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| aPTT below 34s - Infusion Rate: | Increase 250 units/hr | — |
| aPTT 34-42s - Infusion Rate: | Increase 150 units/hr | — |
| aPTT 43-49s - Infusion Rate: | Increase 100 units/hr | — |
| aPTT 50-70s - Infusion Rate: | Continue current infusion | — |
| aPTT 71-84s - Infusion Rate: | Decrease 100 units/hr | — |
| aPTT 85-100s - Infusion Rate: | Decrease 150 units/hr | — |
| aPTT 101-150s - Infusion Rate: | Decrease 250 units/hr | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_4370409_02-2018.pdf | — |

(No admins recorded for this medication)


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

### All Meds/Most Recent Administrations (continued)

heparin (porcine) injection 4,000-8,000 Units [474462519]

| | |
|---|---|
| Ordering Provider:  Ashame, Elias S, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/23/18 1201 | Starts/Ends:  09/23/18 1159 - 09/23/18 1202 |
| Dose (Remaining/Total):  4,000-8,000 Units (—/—) | Route:  Intravenous |
| Frequency:  Every 6 hours PRN | Rate/Duration:  — / — |

Admin Instructions:  For rebolus dosing only. Follow the
MAR Calculator instructions to determine rebolus dose.
Dosing can also be found on "Heparin Nomograms"
hyperlink on the MAR. Max dose = 10,000 units.

| Question | Answer | Comment |
|---|---|---|
| aPTT below 34s - Bolus heparin IV:: | 8000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Heparin_Infusion _4370409_02-2018.pdf | — |

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

heparin 25000 units in dextrose 5% 500 mL infusion (premix) [474462546]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 09/23/18 1222
Dose (Remaining/Total): 0-3,500 Units/hr (—/—)
Frequency: Titrated
Admin Instructions: Initial rate and titration per Venous Thromboembolism Heparin Protocol. Follow the MAR Calculator instructions for initial rate and titration information. Titration information can also be found on the "Heparin Nomogram" hyperlink. Max initial rate = 2,000 units/hr. Nurse to order aPTT after heparin initiation and rate changes

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/23/18 1800 - 10/02/18 0909
Route: Intravenous
Rate/Duration: 0-70 mL/hr / —
Note to pharmacy: Begin VTE Heparin at 1800, NO initial bolus

| Question | Answer | Comment |
|---|---|---|
| Heparin Protocol Type:: | VTE | — |
| Initial Dose: | 1600 units/hr | — |
| aPTT below 34s - Bolus heparin IV:: | 8000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| aPTT below 34s - Infusion Rate: | Increase 250 units/hr | — |
| aPTT 34-42s - Infusion Rate: | Increase 150 units/hr | — |
| aPTT 43-49s - Infusion Rate: | Increase 100 units/hr | — |
| aPTT 50-70s - Infusion Rate: | Continue current infusion | — |
| aPTT 71-84s - Infusion Rate: | Decrease 100 units/hr | — |
| aPTT 85-100s - Infusion Rate: | Decrease 150 units/hr | — |
| aPTT 101-150s - Infusion Rate: | Decrease 250 units/hr | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Heparin_Infusion_4370409_02-2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 1817 by Marquess, Christopher R, RN | — |
| PICC Triple Lumen 09/11/18 Right Brachial (Medial) | 09/27/18 0533 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1001 | New Bag | 1,900 Units/hr 38 mL/hr | Intravenous | Performed by: Conaway, David, RN<br>Dual Signoff by: Kenney, Chelsea M, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**heparin (porcine) injection 4,000-8,000 Units [474462547]**

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/23/18 1222 | Starts/Ends: 09/23/18 1221 - 10/02/18 0909 |
| Dose (Remaining/Total): 4,000-8,000 Units (—/—) | Route: Intravenous |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |

Admin Instructions: For rebolus dosing only. Follow the
MAR Calculator instructions to determine rebolus dose.
Dosing can also be found on "Heparin Nomograms"
hyperlink on the MAR. Max dose = 10,000 units.

| Question | Answer | Comment |
|---|---|---|
| aPTT below 34s - Bolus heparin IV:: | 8000 units | — |
| aPTT 34-42s - Bolus heparin IV:: | 4000 units | — |
| Heparin Infusion Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Heparin_Infusion _4370409_02-2018.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/28/18 1747 | Given | 4,000 Units | Intravenous | Performed by: Conaway, David, RN<br>Dual Signoff by: McDonald, Christine M, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474462557]**

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/23/18 1226 | Starts/Ends: 09/23/18 1300 - 09/23/18 1402 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/23/18 1402 | Given | 20 mEq | per NG tube | Performed by: Bateman, David E, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474483806]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/24/18 0055 | Starts/Ends: 09/24/18 0130 - 09/24/18 0113 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 0113 | Given | 20 mEq | per NG tube | Performed by: Carden, Drew A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474483824]

| | | |
|---|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Dispensed (Past End Date/Time) | |
| Ordered On: 09/24/18 0703 | Starts/Ends: 09/24/18 0800 - 09/24/18 0959 | |
| Dose (Remaining/Total): 20 mEq (1/2) | Route: per NG tube | |
| Frequency: Every 1 hour | Rate/Duration: — / — | |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 0836 | Given | 20 mEq | per NG tube | Performed by: Marquess, Christopher R, RN |

---

bisacodyl (DULCOLAX) suppository 10 mg [474555970]

| | |
|---|---|
| Ordering Provider: Huffman, Grace B, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/24/18 0812 | Starts/Ends: 09/24/18 1000 - 09/29/18 1055 |
| Dose (Remaining/Total): 10 mg (—/—) | Route: Rectal |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for loose stools | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/26/18 0908 | Given | 10 mg | Rectal | Performed by: Duncan, Ronald S, RN |

---

sennosides (SENOKOT) syrup 17.6 mg [474555971]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/24/18 0812 | Starts/Ends: 09/24/18 2200 - 09/29/18 1055 |
| Dose (Remaining/Total): 17.6 mg (—/—) | Route: per G tube |
| Frequency: At bedtime | Rate/Duration: — / — |
| Admin Instructions: Hold for loose stools | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/26/18 2151 | Given | 17.6 mg | per G tube | Performed by: Amos, Erica, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [474555974]

| | |
|---|---|
| Ordering Provider:  Khirbat, Rohit, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/24/18 0921 | Starts/Ends:  09/24/18 1000 - 09/27/18 0827 |
| Dose (Remaining/Total):  0.3-1 mcg/kg/hr (—/—) | Route:  Intravenous |
| Frequency:  Continuous | Rate/Duration:  7.7-25.5 mL/hr / — |
| Admin Instructions:  Titrate to RASS of -2 to zero. | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 1101 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1420 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1807 by Marquess, Christopher R, RN | — |
| PICC Triple Lumen 09/11/18 Right Brachial (Medial) | 09/26/18 2151 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0515 | New Bag | 1 mcg/kg/hr 25.5 mL/hr | Intravenous | Performed by:  Amos, Erica, RN |

---

QUEtiapine (SEROquel) tablet 25 mg [474555975]

| | |
|---|---|
| Ordering Provider:  Khirbat, Rohit, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/24/18 0942 | Starts/Ends:  09/24/18 1015 - 09/24/18 0943 |
| Dose (Remaining/Total):  25 mg (—/—) | Route:  Oral |
| Frequency:  2 times daily | Rate/Duration:  — / — |

(No admins recorded for this medication)

---

QUEtiapine (SEROquel) tablet 25 mg [474555976]

| | |
|---|---|
| Ordering Provider:  Khirbat, Rohit, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/24/18 0943 | Starts/Ends:  09/24/18 2200 - 09/24/18 1032 |
| Dose (Remaining/Total):  25 mg (—/—) | Route:  Oral |
| Frequency:  At bedtime | Rate/Duration:  — / — |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### QUEtiapine (SEROquel) tablet 25 mg [474555977]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/24/18 1032
Dose (Remaining/Total): 25 mg (—/—)
Frequency: At bedtime

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/24/18 2200 - 09/26/18 0948
Route: per NG tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/25/18 2213 | Given | 25 mg | per NG tube | Performed by: Markham, Seana L, RN |

### acetaminophen (TYLENOL/OFIRMEV) injection 1,000 mg [474555978]

Ordering Provider: Khirbat, Rohit, MD
Ordered On: 09/24/18 1205
Dose (Remaining/Total): 1,000 mg (1/1)
Frequency: Once
Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours
Do NOT refrigerate

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/24/18 1245 - 09/24/18 1209
Route: Intravenous
Rate/Duration: 400 mL/hr / 15 Minutes
Note to pharmacy: Please leave as IV dose- patient NPO, recent extubation- awaiting SLP

(No admins recorded for this medication)

### TPN Adult Central [474555979]

Ordering Provider: Khirbat, Rohit, MD
Ordered On: 09/24/18 1207
Dose (Remaining/Total): — (0/1)
Frequency: TPN - Continuous (VH)
Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/24/18 1800 - 09/25/18 1718
Route: Intravenous
Rate/Duration: 58.3 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/25/18 0500 | Rate/Dose Verify | 58.3 mL/hr 24 Hours | Intravenous | Performed by: Redda, Zayed F, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### fentaNYL (PF) (SUBLIMAZE) injection 50 mcg [474555980]

| | |
|---|---|
| Ordering Provider: Khirbat, Rohit, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/24/18 1210 | Starts/Ends: 09/24/18 1209 - 10/16/18 0803 |
| Dose (Remaining/Total): 50 mcg (—/—) | Route: Intravenous |
| Frequency: Every 5 min PRN | Rate/Duration: — / — |

Admin Instructions: to keep CPOT 3 or less/RASS +1 to fentanyl infusion.
-2, up to 200mcg/2 hours, then start

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Triple Lumen 10/08/18 Left Internal jugular (Proximal) | 10/14/18 1115 by Ebert, Amy K, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 1115 | Given | 50 mcg | Intravenous | Performed by: Ebert, Amy K, RN |

---

### fentaNYL (SUBLIMAZE) infusion [474555981]

| | |
|---|---|
| Ordering Provider: Khirbat, Rohit, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/24/18 1210 | Starts/Ends: 09/24/18 1245 - 10/15/18 1054 |
| Dose (Remaining/Total): 0-250 mcg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0-25 mL/hr / — |

Admin Instructions: Start infusion at 50 mcg/hr if 200 mcg cumulative loading doses have been given over 2 hours. If patient requires more than 2 boluses an hour, increase infusion rate by 25 mcg/ hour. Titrate to CPOT 3 or less/RASS + 1 to -2. Maximum infusion of 250 mcg/hour. When pain score is at goal for 4 hours, and no breakthrough doses have been required, decrease infusion by 25 mcg/hr every 4 hours to off or lowest effective dose.

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 09/24/18 1245 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1418 by Marquess, Christopher R, RN | — |
| Unlinked | 09/24/18 1507 by Marquess, Christopher R, RN | — |
| PICC Triple Lumen 09/11/18 Right Brachial (Distal) | 09/26/18 2151 by Amos, Erica, RN | — |
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Proximal) | 10/03/18 0122 by Amos, Erica, RN | — |
| Unlinked | 10/10/18 2254 by Turner, Tammy S, RN | — |
| Unlinked | 10/11/18 0412 by Turner, Tammy S, RN | — |
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 0815 by Miller, Sheri L, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 0815 | Rate/Dose Change | 25 mcg/hr 2.5 mL/hr | Intravenous | Performed by: Miller, Sheri L, RN |

---



WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

meningococcal group B vaccine (BEXSERO) injection 0.5 mL [474555984]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1302 | Starts/Ends: 09/24/18 1301 - 09/24/18 1329 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |

(No admins recorded for this medication)

pneumococcal vaccine-23 (PNEUMOVAX 23) injection 0.5 mL [474555985]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1302 | Starts/Ends: 09/24/18 1301 - 09/24/18 1329 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

(No admins recorded for this medication)

haemophilus B polysac conj- tetanus toxoid (HIBERIX) injection 0.5 mL [474555986]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1302 | Starts/Ends: 09/24/18 1345 - 09/24/18 1329 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |
| Note to pharmacy: Patient only needs Hib (not tetanus) s/p splenectomy | |

(No admins recorded for this medication)

meningococcal A C Y&W-135 Olig (MENVEO) IM injection 0.5 mL [474555987]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1329 | Starts/Ends: 09/24/18 1327 - 09/27/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |
| Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge. | |

(No admins recorded for this medication)

meningococcal group B vaccine (BEXSERO) injection 0.5 mL [474555988]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1329 | Starts/Ends: 09/24/18 1327 - 09/27/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |
| Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge. | |

(No admins recorded for this medication)

![ValleyHealth logo](Healthier, together.)

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**haemophilus B conjugate vaccine (ActHIB) injection 0.5 mL [474555989]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1329 | Starts/Ends: 09/24/18 1327 - 09/27/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |

Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.

(No admins recorded for this medication)

---

**pneumococcal 13-val conj vacc (PREVNAR) injection 0.5 mL [474555990]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/24/18 1329 | Starts/Ends: 09/24/18 1328 - 09/27/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Prior to discharge | Rate/Duration: — / — |

Admin Instructions: Refrigerate

| Question | Answer | Comment |
|---|---|---|
| Criteria for Use:: | Functional or anatomic asplenia | — |

(No admins recorded for this medication)

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474555992]**

| | |
|---|---|
| Ordering Provider: Khirbat, Rohit, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/24/18 1531 | Starts/Ends: 09/24/18 1615 - 09/24/18 1707 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: per NG tube |
| Frequency: Every 1 hour | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/24/18 1707 | Given | 20 mEq | per NG tube | Performed by: Marquess, Christopher R, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [474720344]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 09/25/18 0604 | Starts/Ends: 09/25/18 0645 - 09/25/18 0734 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/25/18 0734 | Given | 20 mEq | per NG tube | Performed by: Conaway, David, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

dextrose 5 % infusion [474720362]

| | |
|---|---|
| Ordering Provider: Michel, Donna M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/25/18 0800 | Starts/Ends: 09/25/18 0845 - 09/26/18 0834 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 40 mL/hr / — |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 09/26/18 0535 | New Bag | 40 mL/hr | Intravenous | Performed by: Markham, Seana L, RN |

---

insulin glargine (LANTUS SOLOSTAR) injection pen 5 Units [474775549]

| | |
|---|---|
| Ordering Provider: Khirbat, Rohit, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/25/18 0852 | Starts/Ends: 09/25/18 1000 - 10/08/18 1138 |
| Dose (Remaining/Total): 5 Units (—/—) | Route: Subcutaneous |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: . | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1032 | Given | 5 Units | Subcutaneous | Performed by: Kenney, Chelsea M, RN |

---

TPN Adult Central [474775571]

| | |
|---|---|
| Ordering Provider: Khirbat, Rohit, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/25/18 1133 | Starts/Ends: 09/25/18 1800 - 09/25/18 1153 |
| Dose (Remaining/Total): — (1/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 83.3 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

## TPN Adult Central [474775576]

Ordering Provider: Khirbat, Rohit, MD
Ordered On: 09/25/18 1153
Dose (Remaining/Total): — (0/1)
Frequency: TPN - Continuous (VH)
Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/25/18 1800 - 09/26/18 1844
Route: Intravenous
Rate/Duration: 83.3 mL/hr / 24 Hours

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/25/18 2007 | Rate/Dose Verify | 83.3 mL/hr 24 Hours | Intravenous | Performed by: Markham, Seana L, RN |

## vancomycin (VANCOCIN) 1250 mg in sodium chloride 0.9% 250 mL [474775593]

Ordering Provider: Smith, Connie L, MD
Ordered On: 09/25/18 1609
Dose (Remaining/Total): 1,250 mg (—/—)
Frequency: Every 12 hours
Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy.

Status: Discontinued (Past End Date/Time), Reason: Per Policy
Starts/Ends: 09/25/18 1800 - 09/28/18 0645
Route: Intravenous
Rate/Duration: 120 mL/hr / 125 Minutes

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Pharmacokinetic_2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\MRSA_PCR_4254534_01-2018.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05-2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/02/18 Right Forearm | 09/26/18 1926 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 1704 | New Bag | 1,250 mg 120 mL/hr 125 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### vancomycin therapy placeholder [474893229]

| | |
|---|---|
| Ordering Provider:  Hutchens, William Thomas Jr., MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On: 09/25/18 1612 | Starts/Ends:  09/25/18 1611 - 09/29/18 1320 |
| Dose (Remaining/Total):  — (—/—) | Route:  Does not apply |
| Frequency:  See admin instructions | Rate/Duration:  — / — |

Admin Instructions:  This serves as a placeholder to inform all providers that the patient is receiving vancomycin therapy

(No admins recorded for this medication)

### QUEtiapine (SEROquel) tablet 50 mg [474975998]

| | |
|---|---|
| Ordering Provider:  Mikita, Jeffrey Alan, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On: 09/26/18 0948 | Starts/Ends:  09/26/18 2200 - 09/27/18 0819 |
| Dose (Remaining/Total):  50 mg (—/—) | Route:  per NG tube |
| Frequency:  At bedtime | Rate/Duration:  — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/26/18 2151 | Given | 50 mg | per NG tube | Performed by:  Amos, Erica, RN |

### sertraline (ZOLOFT) 20 MG/ML concentrated solution 25 mg [474975999]

| | |
|---|---|
| Ordering Provider:  Mikita, Jeffrey Alan, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On: 09/26/18 0948 | Starts/Ends:  09/26/18 1030 - 09/27/18 1007 |
| Dose (Remaining/Total):  25 mg (—/—) | Route:  per OG tube |
| Frequency:  Daily | Rate/Duration:  — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0932 | Given | 25 mg | per OG tube | Performed by:  Madagan, Tammy R, RN |

### TPN Adult Central [474976000]

| | |
|---|---|
| Ordering Provider:  Khirbat, Rohit, MD | Status:  Completed (Past End Date/Time) |
| Ordered On: 09/26/18 0955 | Starts/Ends:  09/26/18 1800 - 09/29/18 0044 |
| Dose (Remaining/Total):  — (0/1) | Route:  Intravenous |
| Frequency:  TPN - Continuous (VH) | Rate/Duration:  83.3 mL/hr / 24 Hours |

Admin Instructions:  Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maximum Acetate (ie. Severe Acidosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/26/18 1844 | New Bag | 83.3 mL/hr 24 Hours | Intravenous | Performed by:  Duncan, Ronald S, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

fluconazole (DIFLUCAN) 100 mg in NS 50 mL IVPB [474976013]

| Ordering Provider: Smith, Connie L, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/26/18 1558 | Starts/Ends: 09/26/18 1630 - 09/26/18 1559 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Intravenous |
| Frequency: Every 24 hours | Rate/Duration: — / 30 Minutes |

(No admins recorded for this medication)

---

fluconazole (DIFLUCAN) 200mg in NS 100mL IVPB (premix) [474976014]

| Ordering Provider: Smith, Connie L, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/26/18 1559 | Starts/Ends: 09/26/18 1630 - 09/30/18 1913 |
| Dose (Remaining/Total): 200 mg (—/—) | Route: Intravenous |
| Frequency: Every 24 hours | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 1603 | New Bag | 200 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Mehlfelt, Sara R, RN |

---

electrolyte replacement protocol-NURSE to INITIATE [475172486]

| Ordering Provider: Mikita, Jeffrey Alan, MD | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 09/27/18 0818 | Starts/Ends: 09/27/18 0900 - 09/30/18 0927 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: Continuous | Rate/Duration: — / — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0928 | New Bag | — | Combination | Performed by: Madagan, Tammy R, RN |

---

QUEtiapine (SEROquel) tablet 25 mg [475172487]

| Ordering Provider: Mikita, Jeffrey Alan, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/27/18 0819 | Starts/Ends: 09/27/18 1000 - 09/27/18 1007 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0931 | Given | 25 mg | Oral | Performed by: Madagan, Tammy R, RN |

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

QUEtiapine (SEROquel) tablet 100 mg [475172488]

| | |
|---|---|
| Ordering Provider: **Mikita, Jeffrey Alan, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **09/27/18 0819** | Starts/Ends: **09/27/18 2200 - 09/27/18 1007** |
| Dose (Remaining/Total): **100 mg (—/—)** | Route: **per NG tube** |
| Frequency: **At bedtime** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

---

dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [475172489]

| | |
|---|---|
| Ordering Provider: **Mikita, Jeffrey Alan, MD** | Status: **Dispensed (Past End Date/Time)** |
| Ordered On: **09/27/18 0827** | Starts/Ends: **09/27/18 0900 - 09/27/18 1129** |
| Dose (Remaining/Total): **0.3-1.5 mcg/kg/hr (Ideal)** **(—/—)** | Route: **Intravenous** |
| Frequency: **Continuous** | Rate/Duration: **3.6-17.9 mL/hr / —** |
| Admin Instructions: **Titrate to RASS of -2 to zero.** | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 0929 | New Bag | 1.2 mcg/kg/hr 14.3 mL/hr | Intravenous | Performed by: Madagan, Tammy R, RN |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [475172490]

| | |
|---|---|
| Ordering Provider: **Mikita, Jeffrey Alan, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/27/18 0905** | Starts/Ends: **09/27/18 0945 - 09/27/18 1134** |
| Dose (Remaining/Total): **500 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **100 mL/hr / 60 Minutes** |
| Admin Instructions: **Give calcium chloride 500 mg over one hour x 1 dose.** | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 1034 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

---

alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL [475172500]

| | |
|---|---|
| Ordering Provider: **Hutchens, William Thomas Jr., MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **09/27/18 1007** | Starts/Ends: **09/27/18 1005 - 10/15/18 0730** |
| Dose (Remaining/Total): **15 mL (—/—)** | Route: **per G tube** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg [475172501]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 650 mg (—/—)
Frequency: Every 4 hours PRN
Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1005 - 10/15/18 0730
Route: per G tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/13/18 1216 | Given | 650 mg | per G tube | Performed by: Macher, Angela C, RN |

---

**acetaminophen (TYLENOL) tablet 650 mg [475172502]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 650 mg (—/—)
Frequency: Every 4 hours PRN
Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1005 - 10/15/18 0730
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 0421 | Given | 650 mg | Oral | Performed by: Hilliard, Heather M, RN<br>Comments: fever |

---

**acetaminophen (TYLENOL) suppository 650 mg [475172503]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 650 mg (—/—)
Frequency: Every 4 hours PRN
Admin Instructions: Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1005 - 10/15/18 0730
Route: Rectal
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 2317 | Given | 650 mg | Rectal | Performed by: Stanley, Nicole L, RN |

---

**sertraline (ZOLOFT) 20 MG/ML concentrated solution 25 mg [475172504]**

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 25 mg (—/—)
Frequency: Daily

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/28/18 1000 - 09/29/18 1046
Route: per G tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1011 | Given | 25 mg | per G tube | Performed by: Conaway, David, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

promethazine (PHENERGAN) tablet 25 mg [475172505]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 25 mg (—/—)
Frequency: Every 6 hours PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1006 - 10/15/18 0730
Route: per G tube
Rate/Duration: — / —

(No admins recorded for this medication)

---

promethazine (PHENERGAN) suppository 12.5 mg [475172506]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 12.5 mg (—/—)
Frequency: Every 6 hours PRN
Admin Instructions: Refrigerate

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1006 - 10/15/18 0730
Route: Rectal
Rate/Duration: — / —

(No admins recorded for this medication)

---

promethazine (PHENERGAN) IM injection 6.25 mg [475172507]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 6.25 mg (—/—)
Frequency: Every 6 hours PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1006 - 10/15/18 0730
Route: Intramuscular
Rate/Duration: — / —

(No admins recorded for this medication)

---

promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg [475172508]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 25 mg (—/—)
Frequency: Every 6 hours PRN
Admin Instructions: Refrigerate

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 1006 - 10/15/18 0730
Route: Topical
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | asd | — |

(No admins recorded for this medication)

---

QUEtiapine (SEROquel) tablet 100 mg [475172509]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/27/18 1007
Dose (Remaining/Total): 100 mg (—/—)
Frequency: At bedtime

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/27/18 2200 - 09/29/18 1046
Route: per G tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/28/18 2209 | Given | 100 mg | per G tube | Performed by: Comparetto, Rachel E, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### QUEtiapine (SEROquel) tablet 25 mg [475172510]

| | | |
|---|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) | |
| Ordered On: 09/27/18 1007 | Starts/Ends: 09/28/18 1000 - 09/29/18 1046 | |
| Dose (Remaining/Total): 25 mg (—/—) | Route: per G tube | |
| Frequency: Daily | Rate/Duration: — / — | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1010 | Given | 25 mg | per G tube | Performed by: Conaway, David, RN |

### pneumococcal 13-val conj vacc (PREVNAR) injection 0.5 mL [475241681]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time), Reason: Duplicate Medication |
| Ordered On: 09/27/18 1014 | Starts/Ends: 09/28/18 0800 - 09/28/18 1015 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for Use:: | Functional or anatomic asplenia | — |

(No admins recorded for this medication)

### meningococcal A C Y&W-135 Olig (MENVEO) IM injection 0.5 mL [475241682]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time), Reason: Duplicate Medication |
| Ordered On: 09/27/18 1014 | Starts/Ends: 09/28/18 0800 - 09/28/18 1013 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.

(No admins recorded for this medication)

### meningococcal group B vaccine (BEXSERO) injection 0.5 mL [475241683]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time), Reason: Duplicate Medication |
| Ordered On: 09/27/18 1014 | Starts/Ends: 09/28/18 0800 - 09/28/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

haemophilus B conjugate vaccine (ActHIB) injection 0.5 mL [475241684]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/27/18 1014 | Starts/Ends: 09/28/18 0800 - 09/27/18 1744 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.

(No admins recorded for this medication)

---

dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [475241687]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/27/18 1223 | Starts/Ends: 09/27/18 1300 - 09/28/18 0205 |
| Dose (Remaining/Total): 0.3-1.5 mcg/kg/hr (Ideal) (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 3.6-17.9 mL/hr / — |
| Admin Instructions: Titrate to RASS of -2 to zero. | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Line | Med Link Info | Comment |
|---|---|---|
| PICC Triple Lumen 09/11/18 Right Brachial (Medial) | 09/27/18 2202 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 2318 | New Bag | 1.5 mcg/kg/hr 17.9 mL/hr | Intravenous | Performed by: Amos, Erica, RN |

---

haemophilus B polysac conj- tetanus toxoid (HIBERIX) injection 0.5 mL [475241699]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: Discontinued (Past End Date/Time), Reason: Duplicate Medication |
| Ordered On: 09/27/18 1744 | Starts/Ends: 09/28/18 0800 - 09/28/18 1014 |
| Dose (Remaining/Total): 0.5 mL (1/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Admin 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**docusate sodium (COLACE) liquid 100 mg [475241704]**

| | |
|---|---|
| Ordering Provider: **Boyd, Loretta A, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **09/27/18 1806** | Starts/Ends: **09/27/18 1845 - 09/29/18 1055** |
| Dose (Remaining/Total): **100 mg (—/—)** | Route: **per G tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/28/18 0956 | Given | 100 mg | per G tube | Performed by: Conaway, David, RN |

---

**iohexol (OMNIPAQUE) 350 MG/ML injection 100 mL [475241719]**

| | |
|---|---|
| Ordering Provider: **Boyd, Loretta A, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/27/18 2115** | Starts/Ends: **09/27/18 2114 - 09/27/18 2115** |
| Dose (Remaining/Total): **100 mL (0/1)** | Route: **Intravenous** |
| Frequency: **IMG once as needed** | Rate/Duration: **— / —** |
| Admin Instructions: **NOT FOR INTRATHECAL USE** | |

| Line | Med Link Info | Comment |
|---|---|---|
| PICC Triple Lumen 09/11/18 Right Brachial (Medial) | 09/27/18 2115 by Holesha, Ellen K | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/27/18 2115 | Imaging Agent Given | 100 mL | Intravenous | Performed by: Holesha, Ellen K |

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [475379490]**

| | |
|---|---|
| Ordering Provider: **Boyd, Loretta A, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **09/28/18 0012** | Starts/Ends: **09/28/18 0045 - 09/28/18 0240** |
| Dose (Remaining/Total): **1 g (0/2)** | Route: **Intravenous** |
| Frequency: **Every 30 min** | Rate/Duration: **200 mL/hr / 30 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/28/18 0210 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Amos, Erica, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [475379492]

| | |
|---|---|
| Ordering Provider: Rho, Lisa, MD | Status: Dispensed (Past End Date/Time) |
| Ordered On: 09/28/18 0205 | Starts/Ends: 09/28/18 0245 - 09/30/18 1224 |
| Dose (Remaining/Total): 0.3-1.5 mcg/kg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 8.1-40.5 mL/hr / — |
| Admin Instructions: Titrate to RASS of -2 to zero. | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Line | Med Link Info | Comment |
|---|---|---|
| PICC Triple Lumen 09/11/18 Right Brachial (Proximal) | 09/28/18 0211 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 1048 | New Bag | 1 mcg/kg/hr 27 mL/hr | Intravenous | Performed by: Mehlfelt, Sara R, RN |

#### vancomycin (VANCOCIN) 1 g/200 mL dextrose IVPB (premix) [475379501]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/28/18 0713 | Starts/Ends: 09/28/18 1000 - 09/29/18 1320 |
| Dose (Remaining/Total): 1,000 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / 100 Minutes |
| Admin Instructions: If vancomycin level is greater than 20 mcg/mL, please hold dose and contact pharmacy. | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Sepsis (source unknown) | — |
| Pharmacokinetic Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Pharmacokinetic_2889264_12-2016.pdf | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\MRSA_PCR_4254534_01-2018.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05_2018.pdf | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 0950 | New Bag | 1,000 mg 100 Minutes | Intravenous | Performed by: Conaway, David, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### haemophilus B polysac conj- tetanus toxoid (HIBERIX) injection 0.5 mL [475379513]

Ordering Provider: **Boyd, Loretta A, MD**
Ordered On: 09/28/18 1013
Dose (Remaining/Total): **0.5 mL (0/1)**
Frequency: **Once**
Admin Instructions: **Admin 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/05/18 0800 - 10/05/18 1304**
Route: **Intramuscular**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/05/18 1304 | Given | 0.5 mL | Intramuscular Right Deltoid | Performed by: Sibert, Linda, RN |

### meningococcal A C Y&W-135 Olig (MENVEO) IM injection 0.5 mL [475379514]

Ordering Provider: **Boyd, Loretta A, MD**
Ordered On: 09/28/18 1013
Dose (Remaining/Total): **0.5 mL (0/1)**
Frequency: **Once**
Admin Instructions: **Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/05/18 0800 - 10/05/18 1044**
Route: **Intramuscular**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/05/18 1044 | Given | 0.5 mL | Intramuscular Right Deltoid | Performed by: Sibert, Linda, RN |

### meningococcal group B vaccine (BEXSERO) injection 0.5 mL [475379515]

Ordering Provider: **Boyd, Loretta A, MD**
Ordered On: 09/28/18 1013
Dose (Remaining/Total): **0.5 mL (0/1)**
Frequency: **Once**
Admin Instructions: **Administer 14 days post-splenectomy. If discharge occurs before this date and there is concern about follow-up, can give vaccines prior to discharge.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/05/18 0800 - 10/05/18 1259**
Route: **Intramuscular**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/05/18 1259 | Given | 0.5 mL | Intramuscular Left Deltoid | Performed by: Sibert, Linda, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### pneumococcal 13-val conj vacc (PREVNAR) injection 0.5 mL [475379516]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/28/18 1013 | Starts/Ends: 10/05/18 0800 - 10/05/18 1035 |
| Dose (Remaining/Total): 0.5 mL (0/1) | Route: Intramuscular |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

| Question | Answer | Comment |
|---|---|---|
| Criteria for Use:: | Functional or anatomic asplenia | — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/05/18 1035 | Given | 0.5 mL | Intramuscular Left Deltoid | Performed by: Sibert, Linda, RN |

---

### sertraline (ZOLOFT) 20 MG/ML concentrated solution 50 mg [475599695]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/29/18 1046 | Starts/Ends: 09/30/18 1000 - 09/29/18 1204 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per G tube |
| Frequency: Daily | Rate/Duration: — / — |

(No admins recorded for this medication)

---

### QUEtiapine (SEROquel) tablet 50 mg [475599696]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/29/18 1046 | Starts/Ends: 09/30/18 1000 - 10/13/18 1012 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per G tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/12/18 0951 | Given | 50 mg | per G tube | Performed by: Macher, Angela C, RN |

---

### QUEtiapine (SEROquel) tablet 150 mg [475599697]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/29/18 1046 | Starts/Ends: 09/29/18 2200 - 10/13/18 1012 |
| Dose (Remaining/Total): 150 mg (—/—) | Route: per G tube |
| Frequency: At bedtime | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/12/18 2155 | Given | 150 mg | per G tube | Performed by: Gallahan, Kristi A, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### QUEtiapine (SEROquel) tablet 25 mg [475599698]

| Ordering Provider: Cole, Michael A, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/29/18 1046 | Starts/Ends: 09/29/18 1130 - 09/29/18 1118 |
| Dose (Remaining/Total): 25 mg (0/1) | Route: per G tube |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1118 | Given | 25 mg | per G tube | Performed by: Conaway, David, RN |

### docusate sodium (COLACE) liquid 100 mg [475599699]

| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/29/18 1055 | Starts/Ends: 09/29/18 1100 - 10/14/18 0825 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: per G tube |
| Frequency: 2 times daily PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

### sennosides (SENOKOT) syrup 17.6 mg [475599700]

| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/29/18 1055 | Starts/Ends: 09/29/18 1100 - 10/15/18 0730 |
| Dose (Remaining/Total): 17.6 mg (—/—) | Route: per G tube |
| Frequency: 2 times daily PRN | Rate/Duration: — / — |
| Admin Instructions: Hold for loose stools | |

(No admins recorded for this medication)

### sodium bicarbonate tablet 1,300 mg [475599701]

| Ordering Provider: Shyamsunder, Archana K, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/29/18 1058 | Starts/Ends: 09/29/18 1200 - 09/29/18 1226 |
| Dose (Remaining/Total): 1,300 mg (—/—) | Route: Oral |
| Frequency: 2 times daily at 0800 and 1200 | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1118 | Given | 1,300 mg | Oral | Performed by: Conaway, David, RN |


*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

ibuprofen (ADVIL,MOTRIN) 100 MG/5ML oral suspension 600 mg [475599702]

| | |
|---|---|
| Ordering Provider: **Cole, Michael A, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/29/18 1106 | Starts/Ends: 09/29/18 1105 - 10/15/18 0730 |
| Dose (Remaining/Total): **600 mg (—/—)** | Route: **per G tube** |
| Frequency: **Every 6 hours PRN** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 2104 | Given | 600 mg | per G tube | Performed by: **Amos, Erica, RN** |
| | | | | Comments: 38.5, 101.3 |

---

sodium bicarbonate tablet 1,300 mg [475599708]

| | |
|---|---|
| Ordering Provider: **Michel, Donna M, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 09/29/18 1226 | Starts/Ends: 09/30/18 0800 - 10/08/18 1456 |
| Dose (Remaining/Total): **1,300 mg (—/—)** | Route: **per G tube** |
| Frequency: **2 times daily at 0800 and 1200** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1122 | Given | 1,300 mg | per G tube | Performed by: **Kenney, Chelsea M, RN** |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

meropenem (MERREM) 1,000 mg in sterile water (preservative free) 20 mL Injection [475599709]

Ordering Provider: Smith, Connie L, MD
Ordered On: 09/29/18 1308
Dose (Remaining/Total): 1,000 mg (—/—)
Frequency: Every 8 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 09/29/18 1400 - 10/21/18 1655
Route: Intravenous
Rate/Duration: — / 3-5 Minutes

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Severe polymicrobial infection, including complicated intraabdominal infections | — |
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |
| Surgical Prophylaxis Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Surg_Prophylaxis_4697252_05_2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/30/18 Right Forearm | 10/02/18 2107 by Amos, Erica, RN | — |
| Unlinked | 10/10/18 2236 by Turner, Tammy S, RN | — |
| Unlinked | 10/11/18 0618 by Turner, Tammy S, RN | — |
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 1405 by Miller, Sheri L, RN | — |
| Unlinked | 10/20/18 2206 by Marquess, Christopher R, RN | — |
| Unlinked | 10/21/18 0531 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/21/18 1322 | Given | 1,000 mg 5 Minutes | Intravenous | Performed by: Stanley, Nicole L, RN |



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### linezolid (ZYVOX) 600 mg in D5W 300 mL IVPB (premix) [475599710]

| | |
|---|---|
| Ordering Provider: Smith, Connie L, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/29/18 1323 | Starts/Ends: 09/29/18 2200 - 10/21/18 2200 |
| Dose (Remaining/Total): 600 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours | Rate/Duration: — / 60 Minutes |
| Admin Instructions: Protect from light | |

| Question | Answer | Comment |
|---|---|---|
| Indication (select one): | HAP/VAP due to MRSA | — |
| MRSA PCR Protocol (WMC only - DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\MRSA_PCR_4254534_01-2018.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Proximal) | 10/03/18 2116 by Amos, Erica, RN | — |
| Unlinked | 10/10/18 2243 by Turner, Tammy S, RN | — |
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 0953 by Miller, Sheri L, RN | — |
| Unlinked | 10/20/18 2156 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/21/18 2123 | New Bag | 600 mg 60 Minutes | Intravenous | Performed by: Lieu, Chi, RN |

#### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [475599727]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/29/18 1737 | Starts/Ends: 09/29/18 1815 - 09/29/18 1751 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1751 | Given | 20 mEq | per NG tube | Performed by: Conaway, David, RN |

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [475599728]

Ordering Provider: Cole, Michael A, MD
Ordered On: 09/29/18 1737
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/29/18 1815 - 09/30/18 0000
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/29/18 1935 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Opp, Daniel K, RN |

### magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [475599729]

Ordering Provider: Cole, Michael A, MD
Ordered On: 09/29/18 1738
Dose (Remaining/Total): 7.5 mL (0/2)
Frequency: Every 6 hours

Status: Completed (Past End Date/Time)
Starts/Ends: 09/29/18 1815 - 09/30/18 0143
Route: per G tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 0143 | Given | 7.5 mL | per G tube | Performed by: Opp, Daniel K, RN |

### magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [475692693]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/30/18 0508
Dose (Remaining/Total): 7.5 mL (0/2)
Frequency: Every 6 hours

Status: Completed (Past End Date/Time)
Starts/Ends: 09/30/18 0545 - 09/30/18 1153
Route: per G tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 1153 | Given | 7.5 mL | per G tube | Performed by: Mehlfelt, Sara R, RN |

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [475692694]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 09/30/18 0537
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

Status: Completed (Past End Date/Time)
Starts/Ends: 09/30/18 0615 - 09/30/18 0735
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 0635 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Opp, Daniel K, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

furosemide (LASIX) injection 20 mg [475692698]

| | |
|---|---|
| Ordering Provider:  Cole, Michael A, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  09/30/18 0841 | Starts/Ends:  09/30/18 1000 - 09/30/18 1330 |
| Dose (Remaining/Total):  20 mg (—/—) | Route:  Intravenous |
| Frequency:  3 times daily | Rate/Duration:  — / — |
| Admin Instructions:  Administer slowly over 2-3 minutes;  Hold if SBP < 100 and notify MD |
| Max rate 40 mg/min | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 0909 | Given | 20 mg | Intravenous | Performed by:  Mehlfelt, Sara R, RN |

---

electrolyte replacement protocol-NURSE to INITIATE [475692710]

| | |
|---|---|
| Ordering Provider:  Cole, Michael A, MD | Status:  Dispensed (Past End Date/Time) |
| Ordered On:  09/30/18 1308 | Starts/Ends:  09/30/18 1345 - 10/03/18 1340 |
| Dose (Remaining/Total):  — (—/—) | Route:  Combination |
| Frequency:  Continuous | Rate/Duration:  — / — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 1341 | New Bag | — | Combination | Performed by:  Mehlfelt, Sara R, RN |

---

dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [475692711]

| | |
|---|---|
| Ordering Provider:  Cole, Michael A, MD | Status:  Dispensed (Past End Date/Time) |
| Ordered On:  09/30/18 1308 | Starts/Ends:  09/30/18 1345 - 10/02/18 2341 |
| Dose (Remaining/Total):  0.3-1.5 mcg/kg/hr (—/—) | Route:  Intravenous |
| Frequency:  Continuous | Rate/Duration:  8.1-40.5 mL/hr / — |
| Admin Instructions:  Titrate to RASS of -2 to zero. | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 10/02/18 1045 by Marquess, Christopher R, RN | — |
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Distal) | 10/02/18 2314 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/02/18 2314 | New Bag | 1.2 mcg/kg/hr 32.4 mL/hr | Intravenous | Performed by:  Amos, Erica, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### furosemide (LASIX) 500 mg 50 mL infusion [475692712]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/30/18 1329 | Starts/Ends: 09/30/18 1400 - 10/09/18 1429 |
| Dose (Remaining/Total): 10 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 1 mL/hr / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/30/18 Left Forearm | 10/03/18 0211 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 0627 | New Bag | 10 mg/hr<br>1 mL/hr | Intravenous | Performed by: Harrison, David A, RN<br>Dual Signoff by: Spiva, Melanie L, RN |

---

### albumin human 5 % 12.5 g [475692715]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/30/18 1421 | Starts/Ends: 09/30/18 1500 - 09/30/18 1426 |
| Dose (Remaining/Total): 12.5 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Use standard tubing, no filter required | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 1426 | New Bag | 12.5 g | Intravenous | Performed by: Mehlfelt, Sara R, RN |

---

### niCARdipine (CARDENE) 40 mg in sodium chloride 0.9% 200 mL infusion (premix) [475692720]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/30/18 1545 | Starts/Ends: 09/30/18 1630 - 09/30/18 1546 |
| Dose (Remaining/Total): 5-15 mg/hr (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 25-75 mL/hr / — |
| Admin Instructions: Titrate to SBP less than 150 mmHg. Protect from light | |

(No admins recorded for this medication)

---

### cloNIDine (CATAPRES-TTS-2) 0.2 MG/24HR 1 patch [475692721]

| | |
|---|---|
| Ordering Provider: Cole, Michael A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/30/18 1545 | Starts/Ends: 09/30/18 1630 - 09/30/18 1546 |
| Dose (Remaining/Total): 1 patch (—/—) | Route: Transdermal |
| Frequency: weekly | Rate/Duration: — / 7 Days |
| Admin Instructions: Hold for SBP less than 100 or HR less than 60 | |

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

caspofungin (CANCIDAS) 70 mg in sodium chloride 0.9 % 250 mL IVPB [475759948]

| | |
|---|---|
| Ordering Provider: Smith, Connie L, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/30/18 1913 | Starts/Ends: 09/30/18 2000 - 09/30/18 2110 |
| Dose (Remaining/Total): 70 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 250 mL/hr / 60 Minutes |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Candidiasis | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 2010 | New Bag | 70 mg 250 mL/hr 60 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

---

caspofungin (CANCIDAS) 35 mg in sodium chloride 0.9 % 250 mL IVPB [475759949]

| | |
|---|---|
| Ordering Provider: Smith, Connie L, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 09/30/18 1913 | Starts/Ends: 10/01/18 2000 - 10/21/18 1655 |
| Dose (Remaining/Total): 35 mg (—/—) | Route: Intravenous |
| Frequency: Every 24 hours | Rate/Duration: 250 mL/hr / 60 Minutes |

| Question | Answer | Comment |
|---|---|---|
| Criteria for use (select one): | Candidiasis | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 10/10/18 2025 by Turner, Tammy S, RN | — |
| Unlinked | 10/20/18 2015 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 2015 | New Bag | 35 mg 250 mL/hr 60 Minutes | Intravenous | Performed by: Marquess, Christopher R, RN |

---

magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [475759950]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/30/18 1916 | Starts/Ends: 09/30/18 2000 - 10/01/18 0107 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/01/18 0107 | Given | 7.5 mL | per G tube | Performed by: Carden, Drew A, RN |

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**sodium bicarbonate 8.4 % injection 50 mEq [475759955]**

| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/30/18 2013 | Starts/Ends: 09/30/18 2045 - 09/30/18 2021 |
| Dose (Remaining/Total): 50 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 2021 | Given | 50 mEq | Intravenous | Performed by: Carden, Drew A, RN |

---

**sodium bicarbonate 8.4 % injection [475759956]**

| Status: Dispensed (Past End Date/Time) | Ordered On: 09/30/18 2017 |
|---|---|
| Starts/Ends: 09/30/18 2017 - 10/01/18 0829 | Dose (Remaining/Total): — (1/1) |
| Route: — | Frequency: — |
| Rate/Duration: — / — | Admin Instructions: Carden, Drew : cabinet override |
| Note to pharmacy: Carden, Drew : cabinet override | |

(No admins recorded for this medication)

---

**sodium bicarbonate 8.4 % injection 50 mEq [475759959]**

| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 09/30/18 2044 | Starts/Ends: 09/30/18 2115 - 09/30/18 2044 |
| Dose (Remaining/Total): 50 mEq (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/30/18 2044 | Given | 50 mEq | Intravenous | Performed by: Carden, Drew A, RN |

---

**furosemide (LASIX) injection 40 mg [475759966]**

| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 09/30/18 2215 | Starts/Ends: 09/30/18 2300 - 10/14/18 0827 |
| Dose (Remaining/Total): 40 mg (1/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Administer slowly over 2-3 minutes; Max rate 40 mg/min | |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### iohexol (OMNIPAQUE) 350 MG/ML injection 100 mL [475759987]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/01/18 0015 | Starts/Ends: 10/01/18 0015 - 10/01/18 0016 |
| Dose (Remaining/Total): 100 mL (0/1) | Route: Intravenous |
| Frequency: IMG once as needed | Rate/Duration: — / — |
| Admin Instructions: NOT FOR INTRATHECAL USE | |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/30/18 Right Forearm | 10/01/18 0016 by March, Ikeya | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/01/18 0016 | Imaging Agent Given | 100 mL | Intravenous | Performed by: March, Ikeya |

### magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [475810100]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/01/18 0429 | Starts/Ends: 10/01/18 0500 - 10/01/18 1200 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/01/18 1200 | Given | 7.5 mL | per G tube | Performed by: Stringfellow, Jessica A, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [475810139]

| | |
|---|---|
| Ordering Provider: Inocencio, Ryan C, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/02/18 0626 | Starts/Ends: 10/02/18 0700 - 10/02/18 1000 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/02/18 0930 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [475810140]

| | |
|---|---|
| Ordering Provider: Inocencio, Ryan C, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/02/18 0626 | Starts/Ends: 10/02/18 0700 - 10/02/18 0733 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/02/18 0733 | Given | 20 mEq | per NG tube | Performed by: Stringfellow, Jessica A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**enoxaparin (LOVENOX) syringe 40 mg [476056454]**

| | |
|---|---|
| Ordering Provider:  Xu, Haoxuan A, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  10/02/18 0850 | Starts/Ends:  10/02/18 1000 - 10/04/18 1753 |
| Dose (Remaining/Total):  40 mg (—/—) | Route:  Subcutaneous |
| Frequency:  Every 12 hours | Rate/Duration:  — / — |
| Admin Instructions:  Prophylaxis dosing | |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Renal_Dosing_3 607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1008 | Given | 40 mg | Subcutaneous | Performed by:  McDonald, Christine M, RN |

---

**dexmedetomidine (PRECEDEX) 400 mcg in sodium chloride 0.9% 100 mL infusion (premix) [476056486]**

| | |
|---|---|
| Ordering Provider:  Prakash, Bala, MD | Status:  Discontinued (Past End Date/Time) |
| Ordered On:  10/03/18 0029 | Starts/Ends:  10/03/18 0100 - 10/03/18 0148 |
| Dose (Remaining/Total):  0.3-1 mcg/kg/hr (Order-Specific) (—/—) | Route:  Intravenous |
| Frequency:  Continuous | Rate/Duration:  8.1-27 mL/hr / — |
| Admin Instructions:  Titrate to RASS of -2 to zero. | Notify Physician IF: MAP less than 65 - decrease infusion by one half and call Physician, MAP less than 60 - Call Physician and HOLD infusion, Heart rate less than 60 bpm - decrease infusion by one half and call |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 0045 | New Bag | 1.2 mcg/kg/hr 32.4 mL/hr | Intravenous | Performed by:  Amos, Erica, RN |

---

**albumin human 25 % bag 25 g [476056487]**

| | |
|---|---|
| Ordering Provider:  Prakash, Bala, MD | Status:  Completed (Past End Date/Time) |
| Ordered On:  10/03/18 0115 | Starts/Ends:  10/03/18 0145 - 10/03/18 0123 |
| Dose (Remaining/Total):  25 g (0/1) | Route:  Intravenous |
| Frequency:  Once | Rate/Duration:  — / — |
| Admin Instructions:  please provide at 10ml/hr along w/ lasix, will f/up urine output. Thanks. | Use standard tubing, no filter required |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 0123 | New Bag | 25 g 10 mL/hr | Intravenous | Performed by:  Amos, Erica, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### propofol (DIPRIVAN) 10 mg/mL infusion [476056494]

| | |
|---|---|
| Ordering Provider: Eidberger, Andrew J, PA | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/03/18 0148 | Starts/Ends: 10/03/18 0230 - 10/10/18 1422 |
| Dose (Remaining/Total): 1-50 mcg/kg/min (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 0.7-36 mL/hr / — |
| Admin Instructions: Titrate to RASS -2 to zero. | |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Distal) | 10/03/18 0736 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 1252 | No Dual Sign - Rate/Dose Change | 22 mcg/kg/min 15.9 mL/hr | Intravenous | Performed by: Bateman, Susan A, RN |

### chlorothiazide (DIURIL) injection 500 mg [476056498]

| | |
|---|---|
| Ordering Provider: Eidberger, Andrew J, PA | Status: Completed (Past End Date/Time) |
| Ordered On: 10/03/18 0153 | Starts/Ends: 10/03/18 0230 - 10/03/18 0242 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Reconstitute each vial with 18 mL sterile water | |

| Question | Answer | Comment |
|---|---|---|
| Did patient fail continuous infusion loop diuretics or oral metolazone?: | Yes | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 09/30/18 Right Forearm | 10/03/18 0242 by Amos, Erica, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 0242 | Given | 500 mg | Intravenous | Performed by: Amos, Erica, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

ketamine (KETALAR) 500 mg in sodium chloride 0.9 % 250 mL infusion [476261048]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/03/18 1023 | Starts/Ends: 10/03/18 1100 - 10/08/18 1445 |
| Dose (Remaining/Total): 0.3-1 mg/kg/hr (Adjusted) (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 11.5-38.4 mL/hr / — |
| Admin Instructions: Titrate to RASS -2 to 0 | |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Double Lumen 09/30/18 Right Internal jugular Non-Tunneled (Distal) | 10/04/18 0135 by Amos, Erica, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 0318 | Rate/Dose Change | 0.1 mg/kg/hr 3.8 mL/hr | Intravenous | Performed by: Harrison, David A, RN Dual Signoff by: Duncan, Ronald S, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [476261064]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/03/18 1301 | Starts/Ends: 10/03/18 1345 - 10/03/18 1441 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: per NG tube |
| Frequency: Every 1 hour | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 1441 | Given | 20 mEq | per NG tube | Performed by: Wolford, Sara J, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476261065]

| | |
|---|---|
| Ordering Provider: Ashame, Elias S, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/03/18 1301 | Starts/Ends: 10/03/18 1345 - 10/03/18 1511 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 1441 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: Wolford, Sara J, RN |

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [476261071]

Ordering Provider: Ashame, Elias S, MD          Status: Completed (Past End Date/Time)
Ordered On: 10/03/18 1755                        Starts/Ends: 10/03/18 1830 - 10/03/18 1953
Dose (Remaining/Total): 20 mEq (0/2)             Route: per NG tube
Frequency: Every 1 hour                          Rate/Duration: — / —
Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/03/18 1953 | Given | 20 mEq | per NG tube | Performed by: Amos, Erica, RN |

---

electrolyte replacement protocol-NURSE to INITIATE [476446066]

Ordering Provider: Hutchens, William Thomas Jr., MD    Status: Verified (Past End Date/Time)
Ordered On: 10/04/18 0502                               Starts/Ends: 10/04/18 0545 - 10/07/18 0544
Dose (Remaining/Total): — (—/—)                         Route: Combination
Frequency: Continuous                                    Rate/Duration: — / —

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 0545 | Restarted | — | Combination | Performed by: Amos, Erica, RN |

---

magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [476446067]

Ordering Provider: Hutchens, William Thomas Jr., MD    Status: Completed (Past End Date/Time)
Ordered On: 10/04/18 0502                               Starts/Ends: 10/04/18 0545 - 10/04/18 1045
Dose (Remaining/Total): 7.5 mL (0/2)                    Route: per G tube
Frequency: Every 6 hours                                 Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1045 | Given | 7.5 mL | per G tube | Performed by: McDonald, Christine M, RN |

---

metoclopramide (REGLAN) injection 10 mg [476446076]

Ordering Provider: Ashame, Elias S, MD          Status: Discontinued (Past End Date/Time)
Ordered On: 10/04/18 0821                        Starts/Ends: 10/04/18 0821 - 10/05/18 1127
Dose (Remaining/Total): 10 mg (—/—)             Route: Intravenous
Frequency: 4 times daily PRN                     Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

epoprostenol (VELETRI) 1,500 mcg in sodium chloride 0.9 % 50 mL nebulization solution [476446084]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/04/18 1030** | Starts/Ends: **10/04/18 1115 - 10/09/18 0757** |
| Dose (Remaining/Total): **3.13-50 ng/kg/min (Ideal) (—/—)** | Route: **Inhalation** |
| Frequency: **RT - Continuous** | Rate/Duration: **0.3-4.8 mL/hr / —** |

Admin Instructions: **Initiate at rate of 50 ng/kg/min. Titrate to goal FiO2 of 60% while maintaining SpO2 of 90%-95%**

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1755 | New Bag | 25 ng/kg/min<br>2.4 mL/hr | Inhalation | Performed by: Preston, Lauren M, RT |

---

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476446100]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/04/18 1402** | Starts/Ends: **10/04/18 1530 - 10/04/18 1715** |
| Dose (Remaining/Total): **500 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **100 mL/hr / 60 Minutes** |

Admin Instructions: **Give calcium chloride 500 mg over one hour x 1 dose.**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1615 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---

potassium chloride 20 mEq in 100 mL IVPB [476446101]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/04/18 1402** | Starts/Ends: **10/04/18 1445 - 10/04/18 1631** |
| Dose (Remaining/Total): **20 mEq (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **50 mL/hr / 120 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1431 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: McDonald, Christine M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476578852]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/04/18 1716** | Starts/Ends: **10/04/18 1800 - 10/04/18 2014** |
| Dose (Remaining/Total): **500 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **100 mL/hr / 60 Minutes** |
| Admin Instructions: **Give calcium chloride 500 mg over one hour x 1 dose.** | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1914 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: **Harrison, David A, RN** |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476578853]

| | |
|---|---|
| Ordering Provider: **Ashame, Elias S, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/04/18 1716** | Starts/Ends: **10/04/18 1800 - 10/04/18 1910** |
| Dose (Remaining/Total): **1 g (0/2)** | Route: **Intravenous** |
| Frequency: **Every 30 min** | Rate/Duration: **200 mL/hr / 30 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/04/18 1840 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: **McDonald, Christine M, RN** |

### milrinone (PRIMACOR) 20 mg in dextrose 5% 100 mL infusion (premix) [476578864]

| | |
|---|---|
| Ordering Provider: **Carter, Jeffrey, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/04/18 1750** | Starts/Ends: **10/04/18 1830 - 10/09/18 0757** |
| Dose (Remaining/Total): **0.25 mcg/kg/min (Adjusted) (—/—)** | Route: **Intravenous** |
| Frequency: **Continuous** | Rate/Duration: **5.73 mL/hr / —** |
| Admin Instructions: **Conc = 0.2 mg/mL** | |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0436 | New Bag | 0.25 mcg/kg/min<br>5.73 mL/hr | Intravenous | Performed by: **Stanley, Nicole L, RN** |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**milrinone (PRIMACOR) 20 mg in dextrose 5% 100 mL infusion (premix) [476578865]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/04/18 1753 | Starts/Ends: 10/04/18 1830 - 10/04/18 1756 |
| Dose (Remaining/Total): 0.25 mcg/kg/min (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 8.94 mL/hr / — |
| Admin Instructions: Conc = 0.2 mg/mL | |

(No admins recorded for this medication)

---

**enoxaparin (LOVENOX) syringe 120 mg [476578866]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/04/18 1754 | Starts/Ends: 10/04/18 1830 - 10/10/18 1049 |
| Dose (Remaining/Total): 1 mg/kg (—/—) | Route: Subcutaneous |
| Frequency: Every 12 hours | Rate/Duration: — / — |
| Admin Instructions: Therapeutic dosing | |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 0601 | Given | 120 mg | Subcutaneous | Performed by: Hilliard, Heather M, RN |

---

**potassium chloride 20 mEq in 100 mL IVPB [476578895]**

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/05/18 0209 | Starts/Ends: 10/05/18 0245 - 10/05/18 0630 |
| Dose (Remaining/Total): 20 mEq (0/3) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over one hour x 3 doses for a total of 60 mEq Potassium Chloride. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 0530 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Harrison, David A, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

calcium chloride 1,000 mg in sodium chloride 0.9 % 100 mL IVPB [476578896]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/05/18 0209 | Starts/Ends: 10/05/18 0245 - 10/05/18 0426 |
| Dose (Remaining/Total): 1,000 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 1 g over one hour x 1 dose for a total of 1 g. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 0326 | New Bag | 1,000 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Harrison, David A, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476677839]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/05/18 0926 | Starts/Ends: 10/05/18 1000 - 10/05/18 1144 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 1114 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

potassium chloride 20 mEq in 100 mL IVPB [476677840]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/05/18 0926 | Starts/Ends: 10/05/18 1000 - 10/06/18 1230 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 1114 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### metoclopramide (REGLAN) injection 5 mg [476677843]

| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/05/18 1127 | Starts/Ends: 10/05/18 1200 - 10/06/18 1745 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: Intravenous |
| Frequency: 4 times per day | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1158 | Given | 5 mg | Intravenous | Performed by: Sibert, Linda, RN |

### multivitamin liquid 15 mL [476677844]

| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/05/18 1143 | Starts/Ends: 10/05/18 1215 - 10/05/18 1842 |
| Dose (Remaining/Total): 15 mL (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 1310 | Given | 15 mL | Oral | Performed by: Sibert, Linda, RN |

### potassium chloride 20 mEq in 100 mL IVPB [476677866]

| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/05/18 1814 | Starts/Ends: 10/05/18 1845 - 10/06/18 0127 |
| Dose (Remaining/Total): 20 mEq (0/4) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/05/18 2327 | New Bag | 20 mEq 50 mL/hr 120 Minutes | Intravenous | Performed by: Harrison, David A, RN |

### multivitamin liquid 15 mL [476677867]

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/05/18 1842 | Starts/Ends: 10/06/18 1000 - 10/06/18 1214 |
| Dose (Remaining/Total): 15 mL (—/—) | Route: per NG tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 0948 | Given | 15 mL | per NG tube | Performed by: Sibert, Linda, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476853959]

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0254 | Starts/Ends: 10/06/18 0330 - 10/06/18 0445 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 0345 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Harrison, David A, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476853960]

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0254 | Starts/Ends: 10/06/18 0330 - 10/06/18 0435 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 0347 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Harrison, David A, RN |

oxyCODONE (ROXICODONE) 5 MG/5ML solution 5 mg [476853967]

| Ordering Provider: Carter, Jeffrey, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0748 | Starts/Ends: 10/06/18 0830 - 10/06/18 1214 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: per NG tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 0805 | Given | 5 mg | per NG tube | Performed by: Sibert, Linda, RN |



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**potassium chloride 20 mEq in 100 mL IVPB [476853979]**

| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0907 | Starts/Ends: 10/06/18 0945 - 10/06/18 1422 |
| Dose (Remaining/Total): 20 mEq (0/4) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1322 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476853980]**

| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0932 | Starts/Ends: 10/06/18 1100 - 10/06/18 1435 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1158 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

**potassium & sodium phosphates (PHOS-NAK) 280-160-250 MG packet 1 packet [476853981]**

| Ordering Provider: Riccio, Lin M, MD | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 0932 | Starts/Ends: 10/06/18 1100 - 10/07/18 0459 |
| Dose (Remaining/Total): 1 packet (2/3) | Route: per NG tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |
| Admin Instructions: mg dosing is based on phosphorus component. Each packet contains 250 mg (8.1 mmol) elemental phosphorus, 6.9 mEq sodium and 7.1 mEq potassium. | Mix the powder in 2.5 ounces (75 mL) of water or other liquid such as juice. Stir and administer promptly. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1029 | Given | 1 packet | per NG tube | Performed by: Sibert, Linda, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

oxyCODONE (ROXICODONE) 5 MG/5ML solution 5 mg [476853987]

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 1214 | Starts/Ends: 10/06/18 1430 - 10/11/18 0840 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 0813 | Given by Other | 5 mg | per G tube | Performed by: Miller, Sheri L, RN |

---

multivitamin liquid 15 mL [476853988]

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 1214 | Starts/Ends: 10/07/18 1000 - 10/08/18 1138 |
| Dose (Remaining/Total): 15 mL (—/—) | Route: per G tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 0919 | Given | 15 mL | per G tube | Performed by: Kenney, Chelsea M, RN |

---

potassium chloride 20 mEq in 100 mL IVPB [476853994]

| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/06/18 1630 | Starts/Ends: 10/06/18 1700 - 10/06/18 1649 |
| Dose (Remaining/Total): 20 mEq (3/4) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1648 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

---

sodium phosphates 37.407 mmol in dextrose 5 % 250 mL IVPB [476853995]

| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time), Reason: Per Policy |
|---|---|
| Ordered On: 10/06/18 1646 | Starts/Ends: 10/06/18 1730 - 10/06/18 1648 |
| Dose (Remaining/Total): 0.32 mmol/kg (2/2) | Route: Intravenous |
| Frequency: Every 4 hours | Rate/Duration: 62.5 mL/hr / 4 Hours |
| Admin Instructions: Give 0.32 mmol / kg IV over 4 hours x 2 doses. | |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### potassium phosphate 30 mmol in sodium chloride 0.9 % 500 mL IVPB [476853996]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 10/06/18 1648
Dose (Remaining/Total): 30 mmol (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 10/06/18 1730 - 10/06/18 2217
Route: Intravenous
Rate/Duration: 125 mL/hr / 4 Hours

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1817 | New Bag | 30 mmol<br>125 mL/hr<br>4 Hours | Intravenous | Performed by: Sibert, Linda, RN |

### potassium chloride 20 mEq in 100 mL IVPB [476947697]

Ordering Provider: Hutchens, William Thomas Jr., MD
Ordered On: 10/06/18 1649
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Every 1 hour

Status: Completed (Past End Date/Time)
Starts/Ends: 10/06/18 1800 - 10/06/18 1905
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1805 | New Bag | 20 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Sibert, Linda, RN |

### midazolam (VERSED) injection 1 mg [476947698]

Ordering Provider: Riccio, Lin M, MD
Ordered On: 10/06/18 1713
Dose (Remaining/Total): 1 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 10/06/18 1745 - 10/06/18 1817
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 1817 | Given | 1 mg | Intravenous | Performed by: Sibert, Linda, RN |

### acetaZOLAMIDE (DIAMOX) injection 500 mg [476947699]

Ordering Provider: Riccio, Lin M, MD
Ordered On: 10/06/18 1716
Dose (Remaining/Total): 500 mg (0/5)
Frequency: Every 12 hours
Admin Instructions: Mix with 5 mL sterile water for injection (final concentration 100 mg/mL

Status: Completed (Past End Date/Time)
Starts/Ends: 10/06/18 1800 - 10/08/18 1712
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1712 | Given | 500 mg | Intravenous | Performed by: Kenney, Chelsea M, RN |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476947702]

Ordering Provider:  Riccio, Lin M, MD
Ordered On: 10/06/18 1840
Dose (Remaining/Total):  500 mg (0/1)
Frequency:  Once
Admin Instructions:  Give calcium chloride 500 mg over one hour x 1 dose.

Status:  Completed (Past End Date/Time)
Starts/Ends:  10/06/18 1915 - 10/06/18 2131
Route:  Intravenous
Rate/Duration:  100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/06/18 2031 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by:  Harrison, David A, RN |

potassium chloride 20 mEq in 100 mL IVPB [476947723]

Ordering Provider:  Hutchens, William Thomas Jr., MD
Ordered On: 10/07/18 0213
Dose (Remaining/Total):  20 mEq (0/4)
Frequency:  Every 1 hour
Admin Instructions:  CENTRAL IV ACCESS: Give 20 mEq / 100 ml IV over 60 minutes every hour x 4 doses for a total of 80 mEq of Potassium Chloride.

Status:  Completed (Past End Date/Time)
Starts/Ends:  10/07/18 0245 - 10/07/18 0658
Route:  Intravenous
Rate/Duration:  100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 0558 | New Bag | 20 mEq 100 mL/hr 60 Minutes | Intravenous | Performed by:  Harrison, David A, RN |

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476947725]

Ordering Provider:  Hutchens, William Thomas Jr., MD
Ordered On: 10/07/18 0213
Dose (Remaining/Total):  500 mg (0/1)
Frequency:  Once
Admin Instructions:  Give calcium chloride 500 mg over one hour x 1 dose.

Status:  Completed (Past End Date/Time)
Starts/Ends:  10/07/18 0245 - 10/07/18 0414
Route:  Intravenous
Rate/Duration:  100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 0314 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by:  Harrison, David A, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**dextrose 5 % and 0.45 % NaCl with KCl 20 mEq/L infusion [476947727]**

| | |
|---|---|
| Ordering Provider: Sundy, Rael D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/07/18 0230 | Starts/Ends: 10/07/18 0315 - 10/09/18 0930 |
| Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: Continuous | Rate/Duration: 100 mL/hr / — |
| Admin Instructions: 1000 ml = 20 mEq KCl and 500 ml = 10 mEq KCl | |

| Timestamps | Action | Rate | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0445 | New Bag | 100 mL/hr | Intravenous | Performed by: Stanley, Nicole L, RN |

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [476947743]**

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/07/18 0927 | Starts/Ends: 10/07/18 1000 - 10/07/18 1051 |
| Dose (Remaining/Total): 1 g (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 0951 | New Bag | 1 g<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

---

**potassium chloride 20 mEq in 100 mL IVPB [476947744]**

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/07/18 0927 | Starts/Ends: 10/07/18 1000 - 10/07/18 1337 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1137 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [476947745]

Ordering Provider: Riccio, Lin M, MD
Ordered On: 10/07/18 0927
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Infuse over 30-60 minutes.

Status: Completed (Past End Date/Time)
Starts/Ends: 10/07/18 1000 - 10/07/18 1237
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1137 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [477035030]

Ordering Provider: Riccio, Lin M, MD
Ordered On: 10/07/18 1443
Dose (Remaining/Total): 500 mg (0/1)
Frequency: Once
Admin Instructions: Infuse over 30-60 minutes.

Status: Completed (Past End Date/Time)
Starts/Ends: 10/07/18 1515 - 10/07/18 1732
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1632 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Bateman, Susan A, RN |

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [477035031]

Ordering Provider: Riccio, Lin M, MD
Ordered On: 10/07/18 1443
Dose (Remaining/Total): 1 g (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 10/07/18 1515 - 10/07/18 1655
Route: Intravenous
Rate/Duration: 100 mL/hr / 60 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1555 | New Bag | 1 g 100 mL/hr 60 Minutes | Intravenous | Performed by: Bateman, Susan A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### potassium chloride 20 mEq in 100 mL IVPB [477035032]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/07/18 1549 | Starts/Ends: 10/07/18 1630 - 10/07/18 1932 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1732 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Stringfellow, Jessica A, RN |

### potassium chloride 20 mEq in 100 mL IVPB [477035042]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/07/18 1847 | Starts/Ends: 10/07/18 1930 - 10/07/18 1900 |
| Dose (Remaining/Total): 20 mEq (3/3) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

(No admins recorded for this medication)

### sodium phosphates 37.407 mmol in dextrose 5 % 250 mL IVPB [477035043]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Discontinued (Past End Date/Time), Reason: Per Policy |
| Ordered On: 10/07/18 1847 | Starts/Ends: 10/07/18 1930 - 10/07/18 1849 |
| Dose (Remaining/Total): 0.32 mmol/kg (2/2) | Route: Intravenous |
| Frequency: Every 4 hours | Rate/Duration: 62.5 mL/hr / 4 Hours |
| Admin Instructions: Give 0.32 mmol / kg IV over 4 hours x 2 doses. | |

(No admins recorded for this medication)

### potassium phosphate 30 mmol in sodium chloride 0.9 % 500 mL IVPB [477035044]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/07/18 1855 | Starts/Ends: 10/07/18 1930 - 10/08/18 0038 |
| Dose (Remaining/Total): 30 mmol (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 125 mL/hr / 4 Hours |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 1959 | New Bag | 30 mmol<br>125 mL/hr<br>4 Hours | Intravenous | Performed by: Carden, Drew A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

### All Meds/Most Recent Administrations (continued)

**potassium chloride 20 mEq in 100 mL IVPB [477035045]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/07/18 1900 | Starts/Ends: 10/07/18 1930 - 10/07/18 2201 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: Intravenous |
| Frequency: Every 1 hour | Rate/Duration: 50 mL/hr / 120 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/07/18 2001 | New Bag | 20 mEq<br>50 mL/hr<br>120 Minutes | Intravenous | Performed by: Carden, Drew A, RN |

**calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [477101985]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/08/18 0124 | Starts/Ends: 10/08/18 0200 - 10/09/18 0152 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |
| Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose. | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 0245 | New Bag | 500 mg<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Harrison, David A, RN |

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [477101986]**

| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/08/18 0235 | Starts/Ends: 10/08/18 0315 - 10/08/18 0357 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 0327 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Harrison, David A, RN |

**electrolyte replacement protocol-NURSE to INITIATE [477102005]**

| Ordering Provider: Bouck, Timothy H, MD | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 10/08/18 1018 | Starts/Ends: 10/08/18 1100 - 10/11/18 1059 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: Continuous | Rate/Duration: — / — |

(No admins recorded for this medication)



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [477102010]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/08/18 1018 | Starts/Ends: 10/08/18 1100 - 10/08/18 1122 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: per NG tube |
| Frequency: Every 1 hour | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1122 | Given | 20 mEq | per NG tube | Performed by: Kenney, Chelsea M, RN |

---

magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [477102015]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/08/18 1020 | Starts/Ends: 10/08/18 1100 - 10/08/18 1610 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1610 | Given | 7.5 mL | per G tube | Performed by: Kenney, Chelsea M, RN |

---

TPN Adult Central [477102019]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/08/18 1141 | Starts/Ends: 10/08/18 1800 - 10/09/18 1718 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 75 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1718 | New Bag | 75 mL/hr 24 Hours | Intravenous | Performed by: Kenney, Chelsea M, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### potassium chloride 20 mEq in 100 mL IVPB [477218016]

Ordering Provider: **Bouck, Timothy H, MD**
Ordered On: **10/08/18 1459**
Dose (Remaining/Total): **20 mEq (0/2)**
Frequency: **Every 1 hour**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/08/18 1530 - 10/08/18 1935**
Route: **Intravenous**
Rate/Duration: **100 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 1835 | New Bag | 20 mEq<br>100 mL/hr<br>60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [477218032]

Ordering Provider: **Bouck, Timothy H, MD**
Ordered On: **10/08/18 1833**
Dose (Remaining/Total): **1 g (0/2)**
Frequency: **Every 30 min**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/08/18 1915 - 10/08/18 2120**
Route: **Intravenous**
Rate/Duration: **200 mL/hr / 30 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/08/18 2050 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Stanley, Nicole L, RN |

---

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [477320717]

Ordering Provider: **Long, Joshua L, DO**
Ordered On: **10/09/18 0054**
Dose (Remaining/Total): **1 g (0/2)**
Frequency: **Every 30 min**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/09/18 0130 - 10/09/18 0256**
Route: Intravenous
Rate/Duration: **200 mL/hr / 30 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0226 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Stanley, Nicole L, RN |

---


Healthier, together.

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [477320718]

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 0054 | Starts/Ends: 10/09/18 0130 - 10/09/18 0150 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0150 | Given | 20 mEq | per NG tube | Performed by: Stanley, Nicole L, RN |

calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [477320728]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 0644 | Starts/Ends: 10/09/18 0715 - 10/09/18 0833 |
| Dose (Remaining/Total): 500 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: 100 mL/hr / 60 Minutes |

Admin Instructions: Give calcium chloride 500 mg over one hour x 1 dose.

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0733 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN |

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [477320729]

| | |
|---|---|
| Ordering Provider: Hutchens, William Thomas Jr., MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 0644 | Starts/Ends: 10/09/18 0715 - 10/09/18 0659 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 0659 | Given | 20 mEq | per NG tube | Performed by: Stanley, Nicole L, RN |


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### TPN Adult Central [477320734]

Ordering Provider: **Bouck, Timothy H, MD**
Ordered On: **10/09/18 0930**
Dose (Remaining/Total): **— (-1/1)**
Frequency: **TPN - Continuous (VH)**
Admin Instructions: **Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/09/18 1800 - 10/11/18 0919**
Route: **Intravenous**
Rate/Duration: **91.7 mL/hr / 24 Hours**

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 0919 | Given | 91.7 mL/hr 24 Hours | Intravenous | Performed by: Markham, Seana L, RN |

---

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [477320744]

Ordering Provider: **Bouck, Timothy H, MD**
Ordered On: **10/09/18 1209**
Dose (Remaining/Total): **20 mEq (0/1)**
Frequency: **Once**
Admin Instructions: **Dilute every 15 mL of 10% solution with 90 mL of water or liquid.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/09/18 1245 - 10/09/18 1236**
Route: **per NG tube**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 1236 | Given | 20 mEq | per NG tube | Performed by: Kenney, Chelsea M, RN Comments: k 3.9 |

---

### calcium chloride 500 mg in sodium chloride 0.9 % 100 mL IVPB [477320745]

Ordering Provider: **Bouck, Timothy H, MD**
Ordered On: **10/09/18 1209**
Dose (Remaining/Total): **500 mg (0/1)**
Frequency: **Once**
Admin Instructions: **Give calcium chloride 500 mg over one hour x 1 dose.**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/09/18 1245 - 10/09/18 1416**
Route: **Intravenous**
Rate/Duration: **100 mL/hr / 60 Minutes**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 1316 | New Bag | 500 mg 100 mL/hr 60 Minutes | Intravenous | Performed by: Kenney, Chelsea M, RN Comments: 4.26 ica |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**iohexol (OMNIPAQUE) 350 MG/ML injection 90 mL [477490465]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 1835 | Starts/Ends: 10/09/18 1834 - 10/09/18 1835 |
| Dose (Remaining/Total): 90 mL (0/1) | Route: Intravenous |
| Frequency: IMG once as needed | Rate/Duration: — / — |
| Admin Instructions: NOT FOR INTRATHECAL USE | |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/08/18 Right Forearm | 10/09/18 1835 by Sackey, Agatha L | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 1835 | Imaging Agent Given | 90 mL | Intravenous | Performed by: Sackey, Agatha L |

---

**iohexol (OMNIPAQUE) 240 MG/ML solution 50 mL [477490466]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/09/18 1835 | Starts/Ends: 10/09/18 1835 - 10/19/18 1644 |
| Dose (Remaining/Total): 50 mL (1/1) | Route: Oral |
| Frequency: IMG once as needed | Rate/Duration: — / — |

(No admins recorded for this medication)

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [477490467]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 1850 | Starts/Ends: 10/09/18 1930 - 10/09/18 2000 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 2000 | Given | 20 mEq | per NG tube | Performed by: Hilliard, Heather M, RN |

---

**magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [477490468]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 1850 | Starts/Ends: 10/09/18 1930 - 10/10/18 0212 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 0212 | Given | 7.5 mL | per G tube | Performed by: Hilliard, Heather M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**ketorolac (TORADOL) injection 15 mg [477490471]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/09/18 1858 | Starts/Ends: 10/09/18 1930 - 10/09/18 1922 |
| Dose (Remaining/Total): 15 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/09/18 1922 | Given | 15 mg | Intravenous | Performed by: Kenney, Chelsea M, RN |

---

**furosemide (LASIX) 8 MG/ML solution 40 mg [477582425]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/10/18 1048 | Starts/Ends: 10/10/18 1200 - 10/23/18 0846 |
| Dose (Remaining/Total): 40 mg (—/—) | Route: per ND tube |
| Frequency: Every 8 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0623 | Given | 40 mg | per ND tube | Performed by: Kenney, Chelsea M, RN |

---

**TPN Adult Central [477582427]**

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/10/18 1210 | Starts/Ends: 10/10/18 1800 - 10/11/18 1844 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 91.7 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Maxium Chloride (ie. Severe Alkalosis) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/10/18 1844 | New Bag | 91.7 mL/hr 24 Hours | Intravenous | Performed by: White, Christina, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### oxyCODONE (ROXICODONE) 5 MG/5ML solution 10 mg [477811097]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/11/18 0840 | Starts/Ends: 10/11/18 1200 - 10/11/18 1821 |
| Dose (Remaining/Total): 10 mg (—/—) | Route: per G tube |
| Frequency: 4 times per day | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 1716 | Given | 10 mg | per G tube | Performed by: Miller, Sheri L, RN |

### oxyCODONE (ROXICODONE) 5 MG/5ML solution 5 mg [477811098]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/11/18 0840 | Starts/Ends: 10/11/18 0915 - 10/11/18 0900 |
| Dose (Remaining/Total): 5 mg (0/1) | Route: per ND tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 0900 | Given | 5 mg | per ND tube | Performed by: Miller, Sheri L, RN |

### TPN Adult Central [477811104]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/11/18 1000 | Starts/Ends: 10/11/18 1800 - 10/12/18 1749 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 83.3 mL/hr / 24 Hours |
| Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off. | |

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 1749 by Miller, Sheri L, RN | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 1749 | New Bag | 83.3 mL/hr 24 Hours | Intravenous | Performed by: Miller, Sheri L, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### famotidine (PEPCID) injection 20 mg [477811106]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/11/18 1105 | Starts/Ends: 10/11/18 1145 - 10/14/18 1219 |
| Dose (Remaining/Total): 20 mg (—/—) | Route: Intravenous |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / — |

Admin Instructions: Dilute with 10 mL sodium chloride 0.9% for IV administration

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Renal_Dosing_3 607168_08-2017.pdf | — |
| IV to PO Conversion Protocol (WMC only - DO NO EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\IV_to_PO_28890 47_12-2015.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/11/18 1151 by Miller, Sheri L, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 1001 | Given | 20 mg | Intravenous | Performed by: Ebert, Amy K, RN |

#### lidocaine (PF) (XYLOCAINE) 1.5 % injection 10 mL [477811107]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/11/18 1131 | Starts/Ends: 10/11/18 1215 - 10/11/18 1132 |
| Dose (Remaining/Total): 10 mL (0/1) | Route: Intradermal |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/11/18 1132 | Given | 10 mL | Intradermal | Performed by: Zaragoza, Ashley R |
| | | | | Comments: exp 05/21lot 12meb01 |

#### TPN Adult Central [477811139]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/12/18 0906 | Starts/Ends: 10/12/18 1800 - 10/13/18 0939 |
| Dose (Remaining/Total): — (0/1) | Route: Intravenous |
| Frequency: TPN - Continuous (VH) | Rate/Duration: 50 mL/hr / 24 Hours |

Admin Instructions: Nurse to contact physician for additional IV fluid orders if the TPN is held or turned off.

| Question | Answer | Comment |
|---|---|---|
| Acetate/Chloride Ratio (select one): | Balance (1:1) | — |

| Timestamps | Action | Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/12/18 1934 | New Bag | 50 mL/hr 24 Hours | Intravenous | Performed by: Gallahan, Kristi A, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### oxyCODONE (ROXICODONE) immediate release tablet 5 mg [477811144]

Ordering Provider: Bouck, Timothy H, MD
Ordered On: 10/12/18 0937
Dose (Remaining/Total): 5 mg (—/—)
Frequency: Every 6 hours
Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/12/18 1030 - 10/13/18 1012
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/13/18 0511 | Given | 5 mg | Oral | Performed by: Gallahan, Kristi A, RN |

### magnesium sulfate [478045867]

Ordering Provider: Bouck, Timothy H, MD
Ordered On: 10/12/18 1233
Dose (Remaining/Total): 2 g/hr (1/1)
Frequency: Once
Admin Instructions: Give 4 g of magnesium sulfate IV over 120 minutes for 1 dose, for a total of 4 g of magnesium sulfate.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/12/18 1315 - 10/19/18 1644
Route: Intravenous
Rate/Duration: 50 mL/hr / 120 Minutes

(No admins recorded for this medication)

### enoxaparin (LOVENOX) syringe 120 mg [478045870]

Ordering Provider: Bouck, Timothy H, MD
Ordered On: 10/12/18 1305
Dose (Remaining/Total): 1 mg/kg (—/—)
Frequency: Every 12 hours scheduled
Admin Instructions: Therapeutic dosing

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/12/18 1400 - 10/18/18 1836
Route: Subcutaneous
Rate/Duration: — /

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 1107 | Given | 120 mg | Subcutaneous | Performed by: Wolford, Sara J, RN |

### carboxymethylcellulose (PF) (REFRESH PLUS) 0.5 % ophthalmic solution 1 drop [478045872]

Ordering Provider: Bouck, Timothy H, MD

Ordered On: 10/12/18 1347
Dose (Remaining/Total): 1 drop (—/—)
Frequency: 3 times daily PRN

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/12/18 1347 - 11/05/18 1930
Route: Both Eyes
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/21/18 1057 | Given | 1 drop | Both Eyes | Performed by: Stanley, Nicole L, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### sodium polystyrene (KAYEXALATE) 15 GM/60ML suspension 15 g [478045907]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/13/18 0945 | Starts/Ends: 10/13/18 1030 - 10/13/18 1032 |
| Dose (Remaining/Total): 15 g (1/1) | Route: per ND tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Medication may bind other medications administered by mouth, consider separating sodium polystyrene (KAYEXALATE) from other medications taken by mouth by at least 6 hours. | |

(No admins recorded for this medication)

#### oxyCODONE (ROXICODONE) immediate release tablet 5 mg [478045910]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/13/18 1012 | Starts/Ends: 10/13/18 1015 - 10/14/18 0825 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: Oral |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower. | |

(No admins recorded for this medication)

#### bacitracin ointment [478045916]

| | |
|---|---|
| Ordering Provider: Ho, Hao-Chih, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/13/18 2022 | Starts/Ends: 10/13/18 2022 - 11/05/18 1930 |
| Dose (Remaining/Total): — (—/—) | Route: Topical |
| Frequency: As needed | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | back sore | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 2013 | Given | 28.35 g | Topical | Performed by: Redda, Zayed F, RN |

#### furosemide (LASIX) injection 60 mg [478289745]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/14/18 0827 | Starts/Ends: 10/14/18 0900 - 10/14/18 1000 |
| Dose (Remaining/Total): 60 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| CVC Triple Lumen 10/08/18 Left Internal jugular (Medial) | 10/14/18 1000 by Ebert, Amy K, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 1000 | Given | 60 mg | Intravenous | Performed by: Ebert, Amy K, RN |

---



**VALLEY**Health
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### Menthol-Zinc Oxide (CALMOSEPTINE) 0.44-20.6 % ointment [478289747]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/14/18 1028 | Starts/Ends: 10/14/18 1027 - 11/05/18 1930 |
| Dose (Remaining/Total): — (—/—) | Route: Topical |
| Frequency: As needed | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | buttocks and abrasion on back | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 1100 | Given | — | Topical | Performed by: Ebert, Amy K, RN |

### morphine 10 MG/5ML oral solution 2.5 mg [478289748]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/14/18 1154 | Starts/Ends: 10/14/18 1230 - 10/15/18 0730 |
| Dose (Remaining/Total): 2.5 mg (—/—) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |
| Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/15/18 0544 | Given | 2.5 mg | per G tube | Performed by: Harrison, David A, RN |

### famotidine (PEPCID) 20mg / 2.5mL oral suspension 20 mg [478289750]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/14/18 1219 | Starts/Ends: 10/14/18 2200 - 10/15/18 0731 |
| Dose (Remaining/Total): 20 mg (—/—) | Route: per NG tube |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 2143 | Given | 20 mg | per NG tube | Performed by: Harrison, David A, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

amLODIPine (NORVASC) tablet 5 mg [478289753]

| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/14/18 1418 | Starts/Ends: 10/14/18 1500 - 10/17/18 0831 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: per ND tube |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0900 | Given | 5 mg | per ND tube | Performed by: Madagan, Tammy R, RN |

---

labetalol (NORMODYNE) tablet 100 mg [478289754]

| Ordering Provider: Bouck, Timothy H, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/14/18 1419 | Starts/Ends: 10/14/18 1419 - 10/23/18 1123 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: per ND tube |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 or HR less than 60 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 2144 | Given | 100 mg | per ND tube | Performed by: Kenney, Chelsea M, RN<br>Comments: hr 92 sbp 156/100 |

---

electrolyte replacement protocol-NURSE to INITIATE [478289758]

| Ordering Provider: Ho, Hao-Chih, MD | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 10/14/18 1959 | Starts/Ends: 10/14/18 1957 - 10/17/18 1956 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL

Nurse to order panel associated with abnormal lab result:

Potassium Replacement - Critical Care- Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3 - 3.2 mg / dL

Potassium Replacement - Critical Care - (PERIPHERAL ACCESS) Level 2.6 - 2.9 mg / dL

Potassium Replacement- Critical Care- (CENTRAL ACCESS) Level 2.6 - 2.9 mg / dL

Phosphorous Replacement - Critical Care- Level: 2 - 2.3 mg / dL (Oral/NG Preferred Route)

Phosphorous Replacement - Critical Care- Level: 1.5 - 1.9 mg / dL

Phosphorous Replacement - Critical Care- Level: LESS than 1.5 mg / dL

Magnesium Replacement - Critical Care - Level: 1.5 - 2.2 mg / dL (Oral route preferred)

Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL

Magnesium Replacement - Critical Care - Level: LESS than 1 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: 4.1 - 4.35 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: LESS than/EQUAL to 4 mg / dL

(No admins recorded for this medication)

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [478289770]

| | |
|---|---|
| Ordering Provider: Ho, Hao-Chih, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/14/18 2128 | Starts/Ends: 10/14/18 2200 - 10/14/18 2308 |
| Dose (Remaining/Total): 20 mEq (0/2) | Route: per NG tube |
| Frequency: Every 1 hour | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 2308 | Given | 20 mEq | per NG tube | Performed by: Harrison, David A, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [478289771]

| | |
|---|---|
| Ordering Provider: Ho, Hao-Chih, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/14/18 2128 | Starts/Ends: 10/14/18 2200 - 10/14/18 2338 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/14/18 2308 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: Harrison, David A, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [478412706]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/15/18 0513 | Starts/Ends: 10/15/18 0545 - 10/15/18 0543 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/15/18 0543 | Given | 20 mEq | per NG tube | Performed by: Harrison, David A, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [478412707]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/15/18 0513 | Starts/Ends: 10/15/18 0545 - 10/15/18 0705 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/15/18 0635 | New Bag | 1 g 200 mL/hr 30 Minutes | Intravenous | Performed by: Harrison, David A, RN |

---


**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

morphine 10 MG/5ML oral solution 2.5 mg [478412708]

Ordering Provider:  Bouck, Timothy H, MD
Ordered On:  10/15/18 0730
Dose (Remaining/Total):  2.5 mg (—/—)
Frequency:  Every 6 hours
Admin Instructions:  Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower.

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/15/18 1230 - 10/15/18 0926
Route:  per ND tube
Rate/Duration:  — / —

(No admins recorded for this medication)

---

alum & mag hydroxide-simethicone (MAALOX PLUS) 200-200-20 mg/5 mL suspension 15 mL [478412709]

Ordering Provider:  Bouck, Timothy H, MD
Ordered On:  10/15/18 0730
Dose (Remaining/Total):  15 mL (—/—)
Frequency:  Every 4 hours PRN

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/15/18 0729 - 10/23/18 1123
Route:  per ND tube
Rate/Duration:  — / —

(No admins recorded for this medication)

---

ibuprofen (ADVIL,MOTRIN) 100 MG/5ML oral suspension 600 mg [478412710]

Ordering Provider:  Bouck, Timothy H, MD
Ordered On:  10/15/18 0730
Dose (Remaining/Total):  600 mg (—/—)
Frequency:  Every 6 hours PRN

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/15/18 0729 - 10/15/18 1054
Route:  per ND tube
Rate/Duration:  — / —

(No admins recorded for this medication)

---

promethazine (PHENERGAN) tablet 25 mg [478412711]

Ordering Provider:  Bouck, Timothy H, MD
Ordered On:  10/15/18 0730
Dose (Remaining/Total):  25 mg (—/—)
Frequency:  Every 6 hours PRN

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/15/18 0730 - 10/20/18 1425
Route:  per ND tube
Rate/Duration:  — / —

(No admins recorded for this medication)

---

promethazine (PHENERGAN) suppository 12.5 mg [478412712]

Ordering Provider:  Bouck, Timothy H, MD
Ordered On:  10/15/18 0730
Dose (Remaining/Total):  12.5 mg (—/—)
Frequency:  Every 6 hours PRN
Admin Instructions:  Refrigerate

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/15/18 0730 - 10/20/18 1425
Route:  Rectal
Rate/Duration:  — / —

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**promethazine (PHENERGAN) IM injection 6.25 mg [478412713]**

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/20/18 1425** |
| Dose (Remaining/Total): **6.25 mg (—/—)** | Route: **Intramuscular** |
| Frequency: **Every 6 hours PRN** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

---

**promethazine (PHENERGAN) 50 mg/0.4 mL topical gel 25 mg [478412714]**

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/20/18 1425** |
| Dose (Remaining/Total): **25 mg (—/—)** | Route: **Topical** |
| Frequency: **Every 6 hours PRN** | Rate/Duration: **— / —** |
| Admin Instructions: **Refrigerate** | |

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | asd | — |

(No admins recorded for this medication)

---

**acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg [478412715]**

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/25/18 1736** |
| Dose (Remaining/Total): **650 mg (—/—)** | Route: **per ND tube** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |
| Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 2144 | Given | 650 mg | per ND tube | Performed by: Hilliard, Heather M, RN |

---

**acetaminophen (TYLENOL) tablet 650 mg [478412716]**

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/25/18 1736** |
| Dose (Remaining/Total): **650 mg (—/—)** | Route: **Oral** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |
| Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours** | |

(No admins recorded for this medication)

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

acetaminophen (TYLENOL) suppository 650 mg [478412717]

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/25/18 1736** |
| Dose (Remaining/Total): **650 mg (—/—)** | Route: **Rectal** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |

Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours**

(No admins recorded for this medication)

---

sennosides (SENOKOT) syrup 17.6 mg [478412718]

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0730** | Starts/Ends: **10/15/18 0730 - 10/23/18 1123** |
| Dose (Remaining/Total): **17.6 mg (—/—)** | Route: **per ND tube** |
| Frequency: **2 times daily PRN** | Rate/Duration: **— / —** |

Admin Instructions: **Hold for loose stools**

(No admins recorded for this medication)

---

famotidine (PEPCID) 20mg / 2.5mL oral suspension 20 mg [478412719]

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0731** | Starts/Ends: **10/15/18 1000 - 10/25/18 1736** |
| Dose (Remaining/Total): **20 mg (—/—)** | Route: **per ND tube** |
| Frequency: **Every 12 hours scheduled** | Rate/Duration: **— / —** |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1035 | Given | 20 mg | per ND tube | Performed by: **Mehlfelt, Sara R, RN** |

---

morphine 10 MG/5ML oral solution 2.5 mg [478412725]

| | |
|---|---|
| Ordering Provider: **Lewis, Benjamin Franklin, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/15/18 0926** | Starts/Ends: **10/15/18 1000 - 10/17/18 0833** |
| Dose (Remaining/Total): **2.5 mg (—/—)** | Route: **per ND tube** |
| Frequency: **Every 8 hours** | Rate/Duration: **— / —** |

Admin Instructions: **Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower.**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/17/18 0300 | Given | 2.5 mg | per ND tube | Performed by: **Redda, Zayed F, RN** |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [478605115]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/16/18 0445 | Starts/Ends: 10/16/18 0530 - 10/16/18 0456 |
| Dose (Remaining/Total): 7.5 mL (2/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

(No admins recorded for this medication)

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [478605116]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/16/18 0445 | Starts/Ends: 10/16/18 0530 - 10/16/18 0514 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0514 | Given | 20 mEq | per NG tube | Performed by: McNeill, Lindsay E, RN |

---

magnesium oxide (MAG-OX) tablet 400 mg [478605117]

| | |
|---|---|
| Ordering Provider: Ramakrishnan, Nagarajan N, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/16/18 0502 | Starts/Ends: 10/16/18 0545 - 10/16/18 0514 |
| Dose (Remaining/Total): 400 mg (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0514 | Given | 400 mg | per NG tube | Performed by: McNeill, Lindsay E, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 40 mEq [478605118]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/16/18 0800 | Starts/Ends: 10/16/18 0845 - 10/16/18 0851 |
| Dose (Remaining/Total): 40 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 0851 | Given | 40 mEq | per NG tube | Performed by: Madagan, Tammy R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**lisinopril (PRINIVIL,ZESTRIL) tablet 5 mg [478605120]**

| | |
|---|---|
| Ordering Provider: **Lewis, Benjamin Franklin, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/16/18 0901** | Starts/Ends: **10/16/18 1000 - 10/18/18 1207** |
| Dose (Remaining/Total): **5 mg (—/—)** | Route: **per NJ tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |
| Admin Instructions: **Hold for SBP less than 100** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 0942 | Given | 5 mg | per NJ tube | Performed by: Wolford, Sara J, RN |

---

**acetaZOLAMIDE (DIAMOX) injection 500 mg [478605125]**

| | |
|---|---|
| Ordering Provider: **Lewis, Benjamin Franklin, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/16/18 0901** | Starts/Ends: **10/16/18 0945 - 10/16/18 1118** |
| Dose (Remaining/Total): **500 mg (0/1)** | Route: **Intravenous** |
| Frequency: **Once** | Rate/Duration: **— / —** |
| Admin Instructions: **Mix with 5 mL sterile water for injection (final concentration 100 mg/mL** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 1118 | Given | 500 mg | Intravenous | Performed by: Madagan, Tammy R, RN |

---

**ferrous sulfate 300 (60 Fe) MG/5ML syrup 300 mg [478695870]**

| | |
|---|---|
| Ordering Provider: **Lewis, Benjamin Franklin, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/16/18 1035** | Starts/Ends: **10/16/18 1115 - 10/23/18 1123** |
| Dose (Remaining/Total): **300 mg (—/—)** | Route: **per ND tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |
| Admin Instructions: **300 mg is equivalent to 60 mg elemental iron** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0938 | Given | 300 mg | per ND tube | Performed by: Macher, Angela C, RN |

---

**lidocaine (XYLOCAINE) 1 % injection from PICC line kit 1 mL [478695882]**

| | |
|---|---|
| Ordering Provider: **Lewis, Benjamin Franklin, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/16/18 1819** | Starts/Ends: **10/16/18 1900 - 10/16/18 1815** |
| Dose (Remaining/Total): **1 mL (0/1)** | Route: **Subcutaneous** |
| Frequency: **Once** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 10/16/18 1815 | Given | 1 mL | Subcutaneous Left Arm | Performed by: Burrows, Ashley L, RN<br>Comments: midline insertion |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

sodium chloride (PF) 0.9 % injection 10 mL [478695883]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/16/18 1819 | Starts/Ends: 10/16/18 1900 - 10/20/18 1428 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with 10 mL sodium chloride 0.9% every 24 hours | Single lumen |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 2043 | Given | 10 mL | Intracatheter | Performed by: Redda, Zayed F, RN |

---

sodium chloride (PF) 0.9 % injection 10 mL [478695884]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/16/18 1819 | Starts/Ends: 10/16/18 1819 - 10/20/18 1428 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intracatheter |
| Frequency: As needed | Rate/Duration: — / — |
| Admin Instructions: For PICC, Non-Tunneled CVC, and Tunneled CVC Lines - Flush with10 mL sodium chloride 0.9% before and after each use | |

   (No admins recorded for this medication)

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [478695885]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/16/18 1918 | Starts/Ends: 10/16/18 2000 - 10/16/18 2305 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 2235 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Redda, Zayed F, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [478695886]

| | |
|---|---|
| Ordering Provider: Lewis, Benjamin Franklin, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/16/18 1918 | Starts/Ends: 10/16/18 2000 - 10/16/18 2104 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/16/18 2104 | Given | 20 mEq | per NG tube | Performed by: Redda, Zayed F, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

### All Meds/Most Recent Administrations (continued)

#### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [478695913]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/17/18 0731
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 10/17/18 0815 - 10/17/18 0928
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/17/18 0858 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Wolford, Sara J, RN |

#### amLODIPine (NORVASC) tablet 10 mg [478896434]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/17/18 0831
Dose (Remaining/Total): 10 mg (—/—)
Frequency: Daily
Admin Instructions: Hold for SBP less than 100

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/17/18 1000 - 10/25/18 1736
Route: per ND tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1038 | Given | 10 mg | per ND tube | Performed by: Mehlfelt, Sara R, RN |

#### morphine 10 MG/5ML oral solution 2 mg [478896435]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/17/18 0833
Dose (Remaining/Total): 2 mg (—/—)
Frequency: Every 8 hours
Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/17/18 1000 - 10/20/18 1425
Route: per ND tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0128 | Given | 2 mg | per ND tube | Performed by: Duvall, Heather N, RN |

#### morphine injection 2 mg [478896448]

Ordering Provider: Chang, Jesse L, MD
Ordered On: 10/17/18 2025
Dose (Remaining/Total): 2 mg (0/1)
Frequency: Once
Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.

Status: Completed (Past End Date/Time)
Starts/Ends: 10/17/18 2100 - 10/17/18 2047
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/17/18 2047 | Given | 2 mg | Intravenous | Performed by: Duvall, Heather N, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### LORazepam (ATIVAN) tablet 0.5 mg [478896450]

| | |
|---|---|
| Ordering Provider: Sundy, Rael D, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/17/18 2240 | Starts/Ends: 10/17/18 2239 - 10/23/18 1124 |
| Dose (Remaining/Total): 0.5 mg (—/—) | Route: Nasogastric |
| Frequency: At bedtime PRN | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0128 | Given | 0.5 mg | Nasogastric | Performed by: Duvall, Heather N, RN |

### electrolyte replacement protocol-NURSE to INITIATE [478896451]

| | |
|---|---|
| Ordering Provider: Sundy, Rael D, MD | Status: Dispensed (Past End Date/Time) |
| Ordered On: 10/17/18 2240 | Starts/Ends: 10/17/18 2240 - 10/20/18 2239 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL

Nurse to order panel associated with abnormal lab result:

Potassium Replacement - Critical Care- Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care- Level 3 - 3.2 mg / dL

Potassium Replacement - Critical Care - (PERIPHERAL ACCESS) Level 2.6 - 2.9 mg / dL

Potassium Replacement- Critical Care- (CENTRAL ACCESS) Level 2.6 - 2.9 mg / dL

Phosphorous Replacement - Critical Care- Level: 2 - 2.3 mg / dL (Oral/NG Preferred Route)

Phosphorous Replacement - Critical Care- Level: 1.5 - 1.9 mg / dL

Phosphorous Replacement - Critical Care- Level: LESS than 1.5 mg / dL

Magnesium Replacement - Critical Care - Level: 1.5 - 2.2 mg / dL (Oral route preferred)

Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL

Magnesium Replacement - Critical Care - Level: LESS than 1 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: 4.1 - 4.35 mg / dL

Calcium (Ionized) Replacement - Critical Care - Level: LESS than/EQUAL to 4 mg / dL

(No admins recorded for this medication)

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [478896481]

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/18/18 0456 | Starts/Ends: 10/18/18 0530 - 10/18/18 0532 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 0532 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [478896482]**

| | |
|---|---|
| Ordering Provider: Riccio, Lin M, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/18/18 0456 | Starts/Ends: 10/18/18 0530 - 10/18/18 0659 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 0629 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---

**lisinopril (PRINIVIL,ZESTRIL) tablet 5 mg [479113769]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/18/18 1207 | Starts/Ends: 10/18/18 1245 - 10/18/18 1207 |
| Dose (Remaining/Total): 5 mg (1/1) | Route: Oral |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

(No admins recorded for this medication)

---

**lisinopril (PRINIVIL,ZESTRIL) tablet 10 mg [479113770]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/18/18 1207 | Starts/Ends: 10/19/18 1000 - 10/20/18 1446 |
| Dose (Remaining/Total): 10 mg (—/—) | Route: per NJ tube |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 1038 | Given | 10 mg | per NJ tube | Performed by: Stanley, Nicole L, RN |

---

**lisinopril (PRINIVIL,ZESTRIL) tablet 5 mg [479113771]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Completed (Past End Date/Time) |
| Ordered On: 10/18/18 1207 | Starts/Ends: 10/18/18 1245 - 10/18/18 1239 |
| Dose (Remaining/Total): 5 mg (0/1) | Route: per NJ tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 1239 | Given | 5 mg | per NJ tube | Performed by: Wolford, Sara J, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

## All Meds/Most Recent Administrations (continued)

### enoxaparin (LOVENOX) syringe 120 mg [479113785]

Ordering Provider: Boyd, Loretta A, MD

Ordered On: 10/18/18 1837
Dose (Remaining/Total): 1 mg/kg (—/—)
Frequency: Every 12 hours scheduled
Admin Instructions: Therapeutic dosing

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/19/18 2300 - 11/05/18 1930
Route: Subcutaneous
Rate/Duration: — / —

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 120 mg | Subcutaneous | Performed by: Miller, Jeanna M, RN |

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [479113791]

Ordering Provider: Eidberger, Andrew J, PA
Ordered On: 10/18/18 2107
Dose (Remaining/Total): 1 g (0/2)
Frequency: Every 30 min

Status: Completed (Past End Date/Time)
Starts/Ends: 10/18/18 2200 - 10/18/18 2252
Route: Intravenous
Rate/Duration: 200 mL/hr / 30 Minutes

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 2222 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479113792]

Ordering Provider: Eidberger, Andrew J, PA
Ordered On: 10/18/18 2107
Dose (Remaining/Total): 20 mEq (0/2)
Frequency: Every 1 hour
Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

Status: Completed (Past End Date/Time)
Starts/Ends: 10/18/18 2145 - 10/18/18 2146
Route: per NG tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/18/18 2146 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**potassium & sodium phosphates (PHOS-NAK) 280-160-250 MG packet 1 packet [479113817]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/19/18 0345 | Starts/Ends: 10/19/18 0430 - 10/19/18 1725 |
| Dose (Remaining/Total): 1 packet (0/3) | Route: per NG tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |
| Admin Instructions: mg dosing is based on phosphorus component. Each packet contains 250 mg (8.1 mmol) elemental phosphorus, 6.9 mEq sodium and 7.1 mEq potassium. | Mix the powder in 2.5 ounces (75 mL) of water or other liquid such as juice. Stir and administer promptly. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1725 | Given | 1 packet | per NG tube | Performed by: Stanley, Nicole L, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479299619]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/19/18 0345 | Starts/Ends: 10/19/18 0430 - 10/19/18 0418 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0418 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---

**magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [479299620]**

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/19/18 0345 | Starts/Ends: 10/19/18 0430 - 10/19/18 0936 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0936 | Given | 7.5 mL | per G tube | Performed by: Stanley, Nicole L, RN |

---

**LORazepam (ATIVAN) injection 1 mg [479299621]**

| | |
|---|---|
| Ordering Provider: Sundy, Rael D, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/19/18 0412 | Starts/Ends: 10/19/18 0445 - 10/19/18 0418 |
| Dose (Remaining/Total): 1 mg (0/1) | Route: Intravenous |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute with equal parts of normal saline prior to IV push | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0418 | Given | 1 mg | Intravenous | Performed by: Duvall, Heather N, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

erythromycin (ERYTHROCIN) 250 mg in sodium chloride 0.9 % 250 mL IVPB [479299624]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/19/18 0734 | Starts/Ends: 10/19/18 0830 - 10/19/18 1408 |
| Dose (Remaining/Total): 250 mg (—/—) | Route: Intravenous |
| Frequency: Every 8 hours | Rate/Duration: 250 mL/hr / 60 Minutes |
| Admin Instructions: Refrigerate | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 0945 | New Bag | 250 mg 250 mL/hr 60 Minutes | Intravenous | Performed by: Stanley, Nicole L, RN |

---

diphenhydrAMINE (BENADRYL) injection 12.5 mg [479299625]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/19/18 0734 | Starts/Ends: 10/19/18 0733 - 10/23/18 1123 |
| Dose (Remaining/Total): 12.5 mg (—/—) | Route: Intravenous |
| Frequency: Every 6 hours PRN | Rate/Duration: — / — |
| Admin Instructions: Administer at a rate not exceeding 25 mg/min | |

   (No admins recorded for this medication)

---

QUEtiapine (SEROquel) tablet 50 mg [479299627]

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/19/18 0815 | Starts/Ends: 10/19/18 2200 - 10/19/18 0952 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: Oral |
| Frequency: At bedtime | Rate/Duration: — / — |

   (No admins recorded for this medication)

---

QUEtiapine (SEROquel) tablet 50 mg [479299628]

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time), Reason: Duplicate Medication |
| Ordered On: 10/19/18 0816 | Starts/Ends: 10/19/18 2200 - 10/19/18 0824 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: Oral |
| Frequency: At bedtime | Rate/Duration: — / — |

   (No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### QUEtiapine (SEROquel) tablet 50 mg [479299629]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/19/18 0952
Dose (Remaining/Total): 50 mg (—/—)
Frequency: At bedtime

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/19/18 2200 - 10/23/18 1659
Route: per ND tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 2134 | Given | 50 mg | per ND tube | Performed by: Kenney, Chelsea M, RN |

### fentaNYL (PF) (SUBLIMAZE) injection [479299633]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1106

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1106 | Given | 50 mcg | Intravenous | Performed by: Morlock, Brianne, RN |

### midazolam (VERSED) injection [479299634]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1106

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1106 | Given | 1 mg | Intravenous | Performed by: Morlock, Brianne, RN |

### fentaNYL (PF) (SUBLIMAZE) injection [479299635]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1126

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1126 | Given | 50 mcg | Intravenous | Performed by: Morlock, Brianne, RN |

### midazolam (VERSED) injection [479299636]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1126

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1126 | Given | 1 mg | Intravenous | Performed by: Morlock, Brianne, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### midazolam (VERSED) injection [479299638]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1138

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1138 | Given | 1 mg | Intravenous | Performed by: Morlock, Brianne, RN |

### fentaNYL (PF) (SUBLIMAZE) injection [479299639]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1148

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1148 | Given | 50 mcg | Intravenous | Performed by: Morlock, Brianne, RN |

### midazolam (VERSED) injection [479299640]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1148

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1148 | Given | 1 mg | Intravenous | Performed by: Morlock, Brianne, RN |

### iodixanol (VISIPAQUE) 320 MG/ML injection [479299642]

Ordering Provider: Foust, Robert James, MD
Ordered On: 10/19/18 1154

Status: Completed (Past End Date/Time)
Frequency: Code/trauma/sedation medication

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 1154 | Given | 50 mL | Intracatheter | Performed by: Lapole, Jeffrey, RA<br>Documented by: Morlock, Brianne, RN |

### multivitamin liquid 15 mL [479299646]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/19/18 1207
Dose (Remaining/Total): 15 mL (—/—)
Frequency: Daily

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/19/18 1245 - 10/25/18 1736
Route: per JG tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1039 | Given | 15 mL | per JG tube | Performed by: Mehlfelt, Sara R, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**erythromycin ethylsuccinate (EES) 200 MG/5ML suspension 200 mg [479299651]**

| | |
|---|---|
| Ordering Provider: **Boyd, Loretta A, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/19/18 1446** | Starts/Ends: **10/19/18 1600 - 10/22/18 1402** |
| Dose (Remaining/Total): **200 mg (—/—)** | Route: **per G tube** |
| Frequency: **Every 8 hours** | Rate/Duration: **— / —** |
| Admin Instructions: **Administer Erythromycin into G Tube only.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 0503 | Given | 200 mg | per G tube | Performed by: Lieu, Chi, RN |

---

**ketorolac (TORADOL) injection 30 mg [479299656]**

| | |
|---|---|
| Ordering Provider: **Long, Joshua L, DO** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/19/18 1803** | Starts/Ends: **10/19/18 1803 - 10/23/18 1123** |
| Dose (Remaining/Total): **30 mg (—/—)** | Route: **Intravenous** |
| Frequency: **4 times daily PRN** | Rate/Duration: **— / —** |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReferenc e\Willow\Valley\Protocols\Renal_Dosing_3 607168_08-2017.pdf | — |

| Line | Med Link Info | Comment |
|---|---|---|
| Unlinked | 10/21/18 0549 by Marquess, Christopher R, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 0923 | Given | 30 mg | Intravenous | Performed by: Madagan, Tammy R, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479299668]**

| | |
|---|---|
| Ordering Provider: **Bouck, Timothy H, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/19/18 2107** | Starts/Ends: **10/19/18 2145 - 10/19/18 2116** |
| Dose (Remaining/Total): **20 mEq (0/1)** | Route: **per NG tube** |
| Frequency: **Once** | Rate/Duration: **— / —** |
| Admin Instructions: **Dilute every 15 mL of 10% solution with 90 mL of water or liquid.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 2116 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---

 **ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [479299669]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/19/18 2107 | Starts/Ends: 10/19/18 2145 - 10/19/18 2209 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/19/18 2139 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Duvall, Heather N, RN |

---

### magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [479468752]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/20/18 0522 | Starts/Ends: 10/20/18 0600 - 10/20/18 1103 |
| Dose (Remaining/Total): 7.5 mL (0/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 1103 | Given | 7.5 mL | per G tube | Performed by: Stanley, Nicole L, RN |

---

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479468753]

| | |
|---|---|
| Ordering Provider: Bouck, Timothy H, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/20/18 0522 | Starts/Ends: 10/20/18 0600 - 10/20/18 0636 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 0636 | Given | 20 mEq | per NG tube | Performed by: Duvall, Heather N, RN |

---

### docusate sodium (COLACE) liquid 100 mg [479527756]

| | |
|---|---|
| Ordering Provider: Boyd, Loretta A, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 10/20/18 0838 | Starts/Ends: 10/20/18 1000 - 10/23/18 1122 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: per J tube |
| Frequency: Daily | Rate/Duration: — / — |

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

lidocaine (PF) (XYLOCAINE) 1.5 % injection 1 mL [479527759]

Ordering Provider: Johnson, Sarah, NP
Ordered On: 10/20/18 1148
Dose (Remaining/Total): 1 mL (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 10/20/18 1230 - 10/20/18 1159
Route: Tracheal Tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 1159 | Given | 1 mL | Tracheal Tube | Performed by: Stanley, Nicole L, RN |

---

lidocaine (PF) (XYLOCAINE) 1.5 % injection 1 mL [479527760]

Ordering Provider: Delvecchio, Sally, DO

Ordered On: 10/20/18 1428
Dose (Remaining/Total): 1 mL (—/—)
Frequency: 3 times daily PRN

Status: Discontinued (Past End Date/Time), Reason: Alternate therapy
Starts/Ends: 10/20/18 1427 - 10/25/18 1825
Route: Tracheal Tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 0148 | Given | 1 mL | Tracheal Tube | Performed by: Light, Kristin L, RT |

---

lisinopril (PRINIVIL,ZESTRIL) tablet 20 mg [479527761]

Ordering Provider: Delvecchio, Sally, DO
Ordered On: 10/20/18 1446
Dose (Remaining/Total): 20 mg (—/—)
Frequency: Daily
Admin Instructions: Hold for SBP less than 100

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/21/18 1000 - 10/23/18 1114
Route: per NJ tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0938 | Given | 20 mg | per NJ tube | Performed by: Macher, Angela C, RN |

---

lisinopril (PRINIVIL,ZESTRIL) tablet 10 mg [479527762]

Ordering Provider: Delvecchio, Sally, DO
Ordered On: 10/20/18 1446
Dose (Remaining/Total): 10 mg (0/1)
Frequency: Daily
Admin Instructions: Hold for SBP less than 100

Status: Completed (Past End Date/Time)
Starts/Ends: 10/20/18 1530 - 10/20/18 1710
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/20/18 1710 | Given | 10 mg | Oral | Performed by: Stanley, Nicole L, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

**magnesium sulfate [479527786]**

Ordering Provider: **Long, Joshua L, DO**
Ordered On: **10/22/18 0648**
Dose (Remaining/Total): **2 g/hr (0/1)**
Frequency: **Once**
Status: **Completed (Past End Date/Time)**
Starts/Ends: **10/22/18 0730 - 10/22/18 1006**
Route: **Intravenous**
Rate/Duration: **50 mL/hr / 120 Minutes**
Admin Instructions: **Give 4 g of magnesium sulfate IV over 120 minutes for 1 dose, for a total of 4 g of magnesium sulfate.**

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 0806 | New Bag | 2 g/hr 50 mL/hr 120 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

**metoprolol tartrate (LOPRESSOR) tablet 25 mg [479527788]**

Ordering Provider: **Bishwakarma, Raju, MD**
Ordered On: **10/22/18 0905**
Dose (Remaining/Total): **25 mg (—/—)**
Frequency: **Every 12 hours scheduled**
Status: **Discontinued (Past End Date/Time)**
Starts/Ends: **10/22/18 1000 - 10/22/18 1002**
Route: **Oral**
Rate/Duration: **— / —**
Admin Instructions: **Hold for SBP less than 100 or HR less than 60**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 0928 | Given | 25 mg | Oral | Performed by: Madagan, Tammy R, RN |

**metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 25 mg [479527790]**

Ordering Provider: **Long, Joshua L, DO**
Ordered On: **10/22/18 1002**
Dose (Remaining/Total): **25 mg (—/—)**
Frequency: **Every 12 hours scheduled**
Admin Instructions: **Hold for SBP less than 100 or HR less than 60**
Status: **Discontinued (Past End Date/Time)**
Starts/Ends: **10/22/18 2200 - 10/22/18 1822**
Route: **per J tube**
Rate/Duration: **— / —**
**Refrigerate**

(No admins recorded for this medication)



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

**electrolyte replacement protocol-NURSE to INITIATE [479527797]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Dispensed (Past End Date/Time) |
| Ordered On: 10/22/18 1402 | Starts/Ends: 10/22/18 1401 - 10/25/18 1400 |
| Dose (Remaining/Total): — (—/—) | Route: Combination |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL

Potassium Replacement - Critical Care- Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)
Potassium Replacement - Critical Care- Level 3 - 3.2 mg / dL
Potassium Replacement- Critical Care- (CENTRAL ACCESS) Level 2.6 - 2.9 mg / dL
Phosphorous Replacement - Critical Care- Level: 1.5 - 1.9 mg / dL
Magnesium Replacement - Critical Care - Level: 1.5 - 2.2 mg / dL (Oral route preferred)
Magnesium Replacement - Critical Care - Level: LESS than 1 mg / dL
Calcium (Ionized) Replacement - Critical Care - Level: LESS than/EQUAL to 4 mg / dL

Nurse to order panel associated with abnormal lab result:
Potassium Replacement - Critical Care- Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)
Potassium Replacement - Critical Care - (PERIPHERAL ACCESS) Level 2.6 - 2.9 mg / dL
Phosphorous Replacement - Critical Care- Level: 2 - 2.3 mg / dL (Oral/NG Preferred Route)
Phosphorous Replacement - Critical Care- Level: LESS than 1.5 mg / dL
Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL
Calcium (Ionized) Replacement - Critical Care - Level: 4.1 - 4.35 mg / dL

(No admins recorded for this medication)

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [479527802]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/22/18 1411 | Starts/Ends: 10/22/18 1445 - 10/22/18 1626 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 1556 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Madagan, Tammy R, RN |

---

**potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479527803]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/22/18 1411 | Starts/Ends: 10/22/18 1445 - 10/22/18 1424 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |

Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 1424 | Given | 20 mEq | per NG tube | Performed by: Madagan, Tammy R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 50 mg [479877571]

Ordering Provider:  Bishwakarma, Raju, MD
Ordered On:  10/22/18 1822
Dose (Remaining/Total):  50 mg (—/—)
Frequency:  Every 12 hours scheduled
Admin Instructions:  Hold for SBP less than 100 or HR less than 60

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/22/18 2200 - 10/22/18 1834
Route:  per J tube
Rate/Duration:  — / —
Refrigerate

(No admins recorded for this medication)

---

metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 50 mg [479877572]

Ordering Provider:  Long, Joshua L, DO
Ordered On:  10/22/18 1834
Dose (Remaining/Total):  50 mg (—/—)
Frequency:  Every 12 hours scheduled
Admin Instructions:  Hold for SBP less than 100 or HR less than 60

Status:  Discontinued (Past End Date/Time)
Starts/Ends:  10/22/18 1915 - 10/23/18 1119
Route:  per J tube
Rate/Duration:  — / —
Refrigerate

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0622 | Given | 50 mg | per J tube | Performed by:  Kenney, Chelsea M, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479877573]

Ordering Provider:  Bishwakarma, Raju, MD
Ordered On:  10/22/18 1931
Dose (Remaining/Total):  20 mEq (0/1)
Frequency:  Once
Admin Instructions:  Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

Status:  Completed (Past End Date/Time)
Starts/Ends:  10/22/18 2015 - 10/22/18 2021
Route:  per NG tube
Rate/Duration:  — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 2021 | Given | 20 mEq | per NG tube | Performed by:  Kenney, Chelsea M, RN<br>Comments:  k 3.7 |

---

morphine injection 1 mg [479877574]

Ordering Provider:  Khasawneh, Faisal, MD
Ordered On:  10/22/18 1953
Dose (Remaining/Total):  1 mg (0/1)
Frequency:  Once
Admin Instructions:  Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower.

Status:  Completed (Past End Date/Time)
Starts/Ends:  10/22/18 2030 - 10/22/18 2018
Route:  Intravenous
Rate/Duration:  — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/22/18 2018 | Given | 1 mg | Intravenous | Performed by:  Kenney, Chelsea M, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [479877596]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/23/18 0536 | Starts/Ends: 10/23/18 0615 - 10/23/18 0623 |
| Dose (Remaining/Total): 20 mEq (0/1) | Route: per NG tube |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0623 | Given | 20 mEq | per NG tube | Performed by: Kenney, Chelsea M, RN<br>Comments: k 3.9 |

---

### magnesium hydroxide (MILK OF MAGNESIA) 400 MG/5ML suspension 7.5 mL [479877597]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 10/23/18 0536 | Starts/Ends: 10/23/18 0615 - 10/23/18 1122 |
| Dose (Remaining/Total): 7.5 mL (1/2) | Route: per G tube |
| Frequency: Every 6 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0623 | Given | 7.5 mL | per G tube | Performed by: Kenney, Chelsea M, RN |

---

### furosemide (LASIX) 8 MG/ML solution 40 mg [479877599]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 10/23/18 0846 | Starts/Ends: 10/24/18 1000 - 10/25/18 1739 |
| Dose (Remaining/Total): 40 mg (—/—) | Route: per ND tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1038 | Given | 40 mg | per ND tube | Performed by: Mehlfelt, Sara R, RN |

---

### LORazepam (ATIVAN) tablet 0.5 mg [479877606]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: **Completed (Past End Date/Time)** |
| Ordered On: 10/23/18 0857 | Starts/Ends: 10/23/18 0900 - 10/23/18 0938 |
| Dose (Remaining/Total): 0.5 mg (0/1) | Route: Oral |
| Frequency: Once | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/23/18 0938 | Given | 0.5 mg | Oral | Performed by: Macher, Angela C, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 50 mg [479877610]

| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/23/18 1119 | Starts/Ends: 10/23/18 1400 - 10/24/18 0857 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per J tube |
| Frequency: Every 8 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 or HR less than 60 | Refrigerate |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 0555 | Given | 50 mg | per J tube | Performed by: Hilliard, Heather M, RN |

---

FLUoxetine (PROzac) 20 MG/5ML oral solution 20 mg [479877611]

| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/23/18 1124 | Starts/Ends: 10/23/18 1200 - 10/23/18 1325 |
| Dose (Remaining/Total): 20 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |

(No admins recorded for this medication)

---

clonazePAM (KlonoPIN) tablet 0.25 mg [479877612]

| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/23/18 1124 | Starts/Ends: 10/23/18 1800 - 10/23/18 1325 |
| Dose (Remaining/Total): 0.25 mg (—/—) | Route: Oral |
| Frequency: 2 times daily | Rate/Duration: — / — |
| Admin Instructions: | |

(No admins recorded for this medication)

---

FLUoxetine (PROzac) 20 MG/5ML oral solution 20 mg [479877613]

| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/23/18 1325 | Starts/Ends: 10/24/18 1000 - 10/25/18 1739 |
| Dose (Remaining/Total): 20 mg (—/—) | Route: per NG tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1037 | Given | 20 mg | per NG tube | Performed by: Mehlfelt, Sara R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

### clonazePAM (KlonoPIN) tablet 0.25 mg [479877614]

Ordering Provider: Long, Joshua L, DO
Ordered On: 10/23/18 1325
Dose (Remaining/Total): 0.25 mg (—/—)
Frequency: 2 times daily
Admin Instructions:

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/23/18 1800 - 10/25/18 1739
Route: per NG tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 0610 | Given | 0.25 mg | per NG tube | Performed by: Redda, Zayed F, RN |

---

### potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [480144265]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 10/24/18 0455
Dose (Remaining/Total): 20 mEq (0/1)
Frequency: Once
Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

Status: Completed (Past End Date/Time)
Starts/Ends: 10/24/18 0530 - 10/24/18 0554
Route: per NG tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 0554 | Given | 20 mEq | per NG tube | Performed by: Hilliard, Heather M, RN |

---

### magnesium oxide (MAG-OX) tablet 400 mg [480144266]

Ordering Provider: Ashame, Elias S, MD
Ordered On: 10/24/18 0455
Dose (Remaining/Total): 400 mg (0/2)
Frequency: Every 6 hours

Status: Completed (Past End Date/Time)
Starts/Ends: 10/24/18 0530 - 10/24/18 1034
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 1034 | Given | 400 mg | Oral | Performed by: Simko, Emily M, RN |

---

### metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 100 mg [480144268]

Ordering Provider: Bishwakarma, Raju, MD
Ordered On: 10/24/18 0857
Dose (Remaining/Total): 100 mg (—/—)
Frequency: Every 12 hours scheduled
Admin Instructions: Hold for SBP less than 100 or HR less than 60

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/24/18 0900 - 10/24/18 1043
Route: per J tube
Rate/Duration: — / —
Refrigerate

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### losartan (COZAAR) tablet 25 mg [480144269]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/24/18 0857 | Starts/Ends: 10/24/18 1000 - 10/24/18 1534 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 1031 | Given | 25 mg | Oral | Performed by: Simko, Emily M, RN |

### metoprolol tartrate (LOPRESSOR) 5 mg/mL oral suspension 100 mg [480144271]

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/24/18 1043 | Starts/Ends: 10/24/18 1500 - 11/01/18 1228 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: per J tube |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 or HR less than 60 | Refrigerate |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0723 | Given | 100 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

### losartan (COZAAR) tablet 25 mg [480144273]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/24/18 1509 | Starts/Ends: 10/24/18 1545 - 10/24/18 1615 |
| Dose (Remaining/Total): 25 mg (0/1) | Route: Oral |
| Frequency: Once | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/24/18 1615 | Given | 25 mg | Oral | Performed by: Simko, Emily M, RN |

### losartan (COZAAR) tablet 25 mg [480144274]

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/24/18 1534 | Starts/Ends: 10/25/18 1000 - 10/26/18 0906 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: per J tube |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/25/18 1038 | Given | 25 mg | per J tube | Performed by: Mehlfelt, Sara R, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

---

famotidine (PEPCID) 20mg / 2.5mL oral suspension 20 mg [480144297]

Ordering Provider: **Bishwakarma, Raju, MD**
Ordered On: **10/25/18 1736**
Dose (Remaining/Total): **20 mg (—/—)**
Frequency: **Every 12 hours scheduled**

Status: **Discontinued (Past End Date/Time)**
Starts/Ends: **10/25/18 2200 - 11/03/18 0807**
Route: **per J tube**
Rate/Duration: **— / —**

| Question | Answer | | Comment |
|---|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0921 | Given | 20 mg | per J tube | Performed by: Sigler, Mallory P, RN |

---

amLODIPine (NORVASC) tablet 10 mg [480144298]

Ordering Provider: **Bishwakarma, Raju, MD**
Ordered On: **10/25/18 1736**
Dose (Remaining/Total): **10 mg (—/—)**
Frequency: **Daily**
Admin Instructions: **Hold for SBP less than 100**

Status: **Discontinued (Past End Date/Time)**
Starts/Ends: **10/26/18 1000 - 11/01/18 1215**
Route: **per J tube**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/31/18 0914 | Given | 10 mg | per J tube | Performed by: Kesterson, Sabrina K, RN |

---

acetaminophen (TYLENOL) 160 MG/5ML oral solution 650 mg [480526720]

Ordering Provider: **Bishwakarma, Raju, MD**
Ordered On: **10/25/18 1736**
Dose (Remaining/Total): **650 mg (—/—)**
Frequency: **Every 4 hours PRN**
Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours**

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: **10/25/18 1736 - 11/05/18 1930**
Route: **per J tube**
Rate/Duration: **— / —**

(No admins recorded for this medication)

---

acetaminophen (TYLENOL) tablet 650 mg [480526721]

Ordering Provider: **Bishwakarma, Raju, MD**
Ordered On: **10/25/18 1736**
Dose (Remaining/Total): **650 mg (—/—)**
Frequency: **Every 4 hours PRN**
Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours**

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: **10/25/18 1736 - 11/05/18 1930**
Route: **Oral**
Rate/Duration: **— / —**

(No admins recorded for this medication)

---


**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### acetaminophen (TYLENOL) suppository 650 mg [480526722]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time), Reason:** Patient Discharge |
| Ordered On: **10/25/18 1736** | Starts/Ends: **10/25/18 1736 - 11/05/18 1930** |
| Dose (Remaining/Total): **650 mg (—/—)** | Route: **Rectal** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |

Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours**

(No admins recorded for this medication)

### multivitamin liquid 15 mL [480526723]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/25/18 1736** | Starts/Ends: **10/26/18 1000 - 11/01/18 1229** |
| Dose (Remaining/Total): **15 mL (—/—)** | Route: **per J tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0922 | Given | 15 mL | per J tube | Performed by: **Sigler, Mallory P, RN** |

### FLUoxetine (PROzac) 20 MG/5ML oral solution 20 mg [480526724]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/25/18 1739** | Starts/Ends: **10/26/18 1000 - 10/27/18 1913** |
| Dose (Remaining/Total): **20 mg (—/—)** | Route: **per J tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0950 | Given | 20 mg | per J tube | Performed by: **Conaway, David, RN** |

### clonazePAM (KlonoPIN) tablet 0.25 mg [480526725]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/25/18 1739** | Starts/Ends: **10/25/18 1815 - 10/27/18 1524** |
| Dose (Remaining/Total): **0.25 mg (—/—)** | Route: **per J tube** |
| Frequency: **2 times daily** | Rate/Duration: **— / —** |
| Admin Instructions: | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0500 | Given | 0.25 mg | per J tube | Performed by: **Harrison, David A, RN** |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### furosemide (LASIX) 8 MG/ML solution 40 mg [480526726]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/25/18 1739 | Starts/Ends: 10/26/18 1000 - 10/29/18 0859 |
| Dose (Remaining/Total): 40 mg (—/—) | Route: per J tube |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/28/18 0950 | Given | 40 mg | per J tube | Performed by: Conaway, David, RN |

---

### lidocaine (URO-JET) 2% jelly [480526727]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time), Reason: Alternate therapy |
| Ordered On: 10/25/18 1825 | Starts/Ends: 10/25/18 1825 - 10/25/18 1832 |
| Dose (Remaining/Total): — (—/—) | Route: Topical |
| Frequency: 3 times daily PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

---

### lidocaine (PF) (XYLOCAINE) 1.5 % injection 1 mL [480526728]

| | |
|---|---|
| Ordering Provider: Delvecchio, Sally, DO | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/25/18 1833 | Starts/Ends: 10/25/18 1833 - 11/01/18 1530 |
| Dose (Remaining/Total): 1 mL (—/—) | Route: Tracheal Tube |
| Frequency: 3 times daily PRN | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0112 | Given | 1 mL | Tracheal Tube | Performed by: Hatcher, Harrison Z, RN |

---

### QUETiapine (SEROquel) tablet 50 mg [480526739]

| | |
|---|---|
| Ordering Provider: Venkataraman, Ramesh, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/26/18 0222 | Starts/Ends: 10/26/18 0222 - 10/26/18 1204 |
| Dose (Remaining/Total): 50 mg (2/3) | Route: Oral |
| Frequency: At bedtime PRN | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/26/18 0341 | Given | 50 mg | Oral | Performed by: Redda, Zayed F, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### losartan (COZAAR) tablet 50 mg [480526744]

Ordering Provider: Bishwakarma, Raju, MD
Ordered On: 10/26/18 0906
Dose (Remaining/Total): 50 mg (—/—)
Frequency: Daily
Admin Instructions: Hold for SBP less than 100

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/26/18 1000 - 11/01/18 1226
Route: per J tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0922 | Given | 50 mg | per J tube | Performed by: Sigler, Mallory P, RN |

---

### sodium chloride 3 % nebulizer solution 4 mL [480526745]

Ordering Provider: Bishwakarma, Raju, MD
Ordered On: 10/26/18 0910
Dose (Remaining/Total): 4 mL (—/—)
Frequency: RT - 3 times daily
Admin Instructions: For nebulization only

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/26/18 0945 - 11/05/18 0732
Route: Nebulization
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/04/18 1252 | Given | 4 mL | Nebulization | Performed by: Dyer, Melinda S, RT |

---

### traMADol (ULTRAM) tablet 50 mg [480526765]

Ordering Provider: Bishwakarma, Raju, MD
Ordered On: 10/26/18 1404
Dose (Remaining/Total): 50 mg (—/—)
Frequency: Every 6 hours PRN
Admin Instructions: Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/26/18 1403 - 10/27/18 0853
Route: per J tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0430 | Given | 50 mg | per J tube | Performed by: Harrison, David A, RN |

---

### QUEtiapine (SEROquel) tablet 25 mg [480702763]

Ordering Provider: Bajaj, Madhu S, MD
Ordered On: 10/26/18 2157
Dose (Remaining/Total): 25 mg (—/—)
Frequency: At bedtime PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 10/26/18 2156 - 10/27/18 0308
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/26/18 2222 | Given | 25 mg | Oral | Performed by: Harrison, David A, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

QUEtiapine (SEROquel) tablet 25 mg [480702778]

| | |
|---|---|
| Ordering Provider: **Bajaj, Madhu S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/27/18 0300** | Starts/Ends: **10/27/18 0345 - 10/27/18 0845** |
| Dose (Remaining/Total): **25 mg (1/1)** | Route: **Oral** |
| Frequency: **Once** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

QUEtiapine (SEROquel) tablet 50 mg [480702779]

| | |
|---|---|
| Ordering Provider: **Bajaj, Madhu S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/27/18 0302** | Starts/Ends: **10/27/18 0310 - 10/27/18 0302** |
| Dose (Remaining/Total): **50 mg (1/1)** | Route: **Oral** |
| Frequency: **Once** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

QUEtiapine (SEROquel) tablet 50 mg [480702780]

| | |
|---|---|
| Ordering Provider: **Bajaj, Madhu S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/27/18 0304** | Starts/Ends: **10/27/18 0303 - 10/27/18 1250** |
| Dose (Remaining/Total): **50 mg (—/—)** | Route: **Oral** |
| Frequency: **At bedtime PRN** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [480702782]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Completed (Past End Date/Time)** |
| Ordered On: **10/27/18 0645** | Starts/Ends: **10/27/18 0900 - 10/27/18 1120** |
| Dose (Remaining/Total): **1 g (0/2)** | Route: **Intravenous** |
| Frequency: **Every 30 min** | Rate/Duration: **200 mL/hr / 30 Minutes** |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 1050 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Conaway, David, RN |

potassium chloride 10 mEq in 100 mL IVPB (premix) [480702783]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/27/18 0647** | Starts/Ends: **10/27/18 0730 - 10/27/18 0852** |
| Dose (Remaining/Total): **10 mEq (6/6)** | Route: **Intravenous** |
| Frequency: **Every 1 hour** | Rate/Duration: **100 mL/hr / 60 Minutes** |

Admin Instructions: **PERIPHERAL IV ACCESS: Give 10 mEq / 100 ml IV over one hour x 6 doses for a total of 60 mEq Potassium Chloride.**

(No admins recorded for this medication)

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### albuterol (PROVENTIL) nebulizer solution 2.5 mg [480702786]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/27/18 0850 | Starts/Ends: 10/27/18 0930 - 11/02/18 0901 |
| Dose (Remaining/Total): 2.5 mg (—/—) | Route: Nebulization |
| Frequency: RT - Every 6 hours scheduled | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/02/18 0235 | Given | 2.5 mg | Nebulization | Performed by: Ubaldo, Alfredo C, RT |

---

### hydrALAZINE (APRESOLINE) tablet 25 mg [480702789]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/27/18 0851 | Starts/Ends: 10/27/18 0930 - 10/27/18 1250 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Every 8 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0921 | Given | 25 mg | Oral | Performed by: Conaway, David, RN |

---

### potassium chloride 20 MEQ/15ML (10%) oral solution 40 mEq [480702790]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/27/18 0852 | Starts/Ends: 10/27/18 0930 - 10/27/18 1250 |
| Dose (Remaining/Total): 40 mEq (2/3) | Route: Oral |
| Frequency: Every 4 hours | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0920 | Given | 40 mEq | Oral | Performed by: Conaway, David, RN |

---

### traMADol (ULTRAM) tablet 50 mg [480702792]

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/27/18 0853 | Starts/Ends: 10/27/18 1630 - 11/01/18 1231 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per J tube |
| Frequency: Every 12 hours | Rate/Duration: — / — |
| Admin Instructions: Hold for POSS of 3 or higher. Hold for RASS of -2 or lower. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0728 | Given | 50 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### traZODone (DESYREL) tablet 50 mg [480702793]

| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 0855 | Starts/Ends: 10/27/18 0930 - 10/27/18 1250 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: Oral |
| Frequency: At bedtime | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 0921 | Given | 50 mg | Oral | Performed by: Conaway, David, RN |

### hydrALAZINE (APRESOLINE) tablet 25 mg [480702804]

| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1250 | Starts/Ends: 10/27/18 1400 - 11/01/18 0653 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: per J tube |
| Frequency: Every 8 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0145 | Given | 25 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

### potassium chloride 20 MEQ/15ML (10%) oral solution 40 mEq [480702805]

| Ordering Provider: Long, Joshua L, DO | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1250 | Starts/Ends: 10/27/18 1330 - 10/27/18 1648 |
| Dose (Remaining/Total): 40 mEq (0/2) | Route: per J tube |
| Frequency: Every 4 hours | Rate/Duration: — / — |
| Admin Instructions: Dilute every 15 mL of 10% solution with 90 mL of water or liquid. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/27/18 1648 | Given | 40 mEq | per J tube | Performed by: Conaway, David, RN |

### QUEtiapine (SEROquel) tablet 50 mg [480702806]

| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1250 | Starts/Ends: 10/27/18 1241 - 10/28/18 1203 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per J tube |
| Frequency: At bedtime PRN | Rate/Duration: — / — |

(No admins recorded for this medication)

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**traZODone (DESYREL) tablet 50 mg [480702807]**

| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1250 | Starts/Ends: 10/27/18 2200 - 11/01/18 1232 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: per J tube |
| Frequency: At bedtime | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0153 | Given | 50 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

---

**guaiFENesin (MUCINEX) 12 hr tablet 600 mg [480842667]**

| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1321 | Starts/Ends: 10/27/18 1400 - 10/27/18 1325 |
| Dose (Remaining/Total): 600 mg (—/—) | Route: Oral |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / — |

(No admins recorded for this medication)

---

**guaiFENesin (ROBITUSSIN) oral solution 200 mg [480842668]**

| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1325 | Starts/Ends: 10/27/18 1400 - 10/28/18 1507 |
| Dose (Remaining/Total): 200 mg (—/—) | Route: Oral |
| Frequency: Every 4 hours | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/28/18 1354 | Given | 200 mg | Oral | Performed by: Conaway, David, RN |

---

**clonazePAM (KlonoPIN) tablet 0.25 mg [480842671]**

| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
|---|---|
| Ordered On: 10/27/18 1524 | Starts/Ends: 10/27/18 1600 - 11/03/18 0807 |
| Dose (Remaining/Total): 0.25 mg (—/—) | Route: per J tube |
| Frequency: 3 times daily | Rate/Duration: — / — |
| Admin Instructions: | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/02/18 2304 | Given | 0.25 mg | per J tube | Performed by: Donaldson, Jennifer S, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet 1 tablet [480842672]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 10/27/18 1527 | Starts/Ends: 10/27/18 1526 - 10/28/18 1507 |
| Dose (Remaining/Total): **1 tablet** (—/—) | Route: **Oral** |
| Frequency: **Every 6 hours PRN** | Rate/Duration: — / — |

Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours. Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/28/18 0945 | Given | 1 tablet | Oral | Performed by: Conaway, David, RN |

---

electrolyte replacement protocol-NURSE to INITIATE [480842687]

| | |
|---|---|
| Ordering Provider: **Bajaj, Madhu S, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: 10/27/18 2120 | Starts/Ends: 10/27/18 2120 - 10/29/18 2251 |
| Dose (Remaining/Total): — (—/—) | Route: **Combination** |
| Frequency: As needed | Rate/Duration: — / — |

Admin Instructions: **This protocol is NOT to be used if Serum Creatinine is greater than 2 mg/dL**

Nurse to order panel associated with abnormal lab result:

Potassium Replacement - Critical Care - Level 3.6 - 3.9 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care - Level 3.3 - 3.5 mg / dL (Oral/NG Preferred Route)

Potassium Replacement - Critical Care - Level 3 - 3.2 mg / dL

Potassium Replacement - Critical Care - Level 2.6 - 2.9 mg / dL (PERIPHERAL ACCESS - NPO)

Potassium Replacement - Critical Care - Level 2.6 - 2.9 mg / dL (PERIPHERAL ACCESS & ABLE TO TAKE ORAL/ENTERAL)

Potassium Replacement - Critical Care - Level 2.6 - 2.9 mg / dL (CENTRAL ACCESS - NPO)

Potassium Replacement - Critical Care - Level 2.6 - 2.9 mg / dL (CENTRAL ACCESS & ABLE TO TAKE ORAL/ENTERAL)

Phosphorous Replacement - Critical Care - Level:  2 - 2.3 mg / dL (Oral/NG Preferred Route)

Phosphorous Replacement - Critical Care - Level: 1.5 - 1.9 mg / dL

Phosphorous Replacement - Critical Care - Level: LESS than 1.5 mg / dL

Magnesium Replacement - Critical Care - Level: 1.5 - 2.2 mg / dL (Oral route preferred)

Magnesium Replacement - Critical Care - Level: 1 - 1.49 mg / dL

Magnesium Replacement - Critical Care - Level: LESS than 1 mg / dL

Calcium (Ionized)  Replacement - Critical Care - Level: 4.1 - 4.35 mg / dL

Calcium (Ionized)  Replacement - Critical Care -  Level: LESS than/EQUAL to 4 mg / dL

(No admins recorded for this medication)

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [480923977]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Completed (Past End Date/Time) |
| Ordered On: 10/28/18 0514 | Starts/Ends: 10/28/18 0545 - 10/28/18 0715 |
| Dose (Remaining/Total): 1 g (0/2) | Route: Intravenous |
| Frequency: Every 30 min | Rate/Duration: 200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/28/18 0645 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Harrison, David A, RN |

---

**citalopram (CeleXA) tablet 10 mg [480923984]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/28/18 1203 | Starts/Ends: 10/28/18 1245 - 10/28/18 1507 |
| Dose (Remaining/Total): 10 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |

(No admins recorded for this medication)

---

**zolpidem (AMBIEN) tablet 5 mg [480923985]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/28/18 1204 | Starts/Ends: 10/28/18 2200 - 10/28/18 1507 |
| Dose (Remaining/Total): 5 mg (—/—) | Route: Oral |
| Frequency: At bedtime | Rate/Duration: — / — |

(No admins recorded for this medication)

---

**lidocaine (LIDODERM) 5 % 1 patch [480923989]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/28/18 1416 | Starts/Ends: 10/28/18 1500 - 11/05/18 1930 |
| Dose (Remaining/Total): 1 patch (—/—) | Route: Transdermal |
| Frequency: Every 24 hours | Rate/Duration: — / 12 Hours |
| Admin Instructions: Apply near G tube | |

| Question | Answer | Comment |
|---|---|---|
| Apply to:: | near G tube | — |

| Timestamps | Action | Dose / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| 11/04/18 1602 | Patch Applied | 1 patch<br>12 Hours | Transdermal<br>Lower Abdomen | Performed by: Holmes, Kimberly D, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

citalopram (CeleXA) tablet 10 mg [480923990]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/28/18 1507** | Starts/Ends: **10/29/18 1000 - 11/01/18 1216** |
| Dose (Remaining/Total): **10 mg (—/—)** | Route: **per J tube** |
| Frequency: **Daily** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

---

zolpidem (AMBIEN) tablet 5 mg [480923991]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/28/18 1507** | Starts/Ends: **10/28/18 2200 - 11/01/18 1232** |
| Dose (Remaining/Total): **5 mg (—/—)** | Route: **per J tube** |
| Frequency: **At bedtime** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0122 | Given | 5 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

---

guaiFENesin (ROBITUSSIN) oral solution 200 mg [480923992]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/28/18 1507** | Starts/Ends: **10/28/18 1800 - 10/29/18 1009** |
| Dose (Remaining/Total): **200 mg (—/—)** | Route: **per J tube** |
| Frequency: **Every 4 hours** | Rate/Duration: **— / —** |
| Admin Instructions: **Hold dose between 2200 and 0400** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/29/18 1025 | Given | 200 mg | per J tube | Performed by: Conaway, David, RN |

---

oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet 1 tablet [480923993]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **10/28/18 1507** | Starts/Ends: **10/28/18 1505 - 10/28/18 1832** |
| Dose (Remaining/Total): **1 tablet (—/—)** | Route: **per J tube** |
| Frequency: **Every 6 hours PRN** | Rate/Duration: **— / —** |
| Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours. Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/28/18 1638 | Given | 1 tablet | per J tube | Performed by: Conaway, David, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet 1-2 tablet [480923995]

| | |
|---|---|
| Ordering Provider:  **Goode, Terral C, MD** | Status:  **Discontinued (Past End Date/Time)** |
| Ordered On:  10/28/18 1832 | Starts/Ends:  10/28/18 1845 - 10/28/18 1837 |
| Dose (Remaining/Total):  1-2 tablet (—/—) | Route:  per J tube |
| Frequency:  Every 4 hours PRN | Rate/Duration:  — / — |

Admin Instructions:  Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours.  Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower.

(No admins recorded for this medication)

---

oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet 1-2 tablet [480923996]

| | |
|---|---|
| Ordering Provider:  **Goode, Terral C, MD** | Status:  **Discontinued (Past End Date/Time)** |
| Ordered On:  10/28/18 1837 | Starts/Ends:  10/28/18 1845 - 11/01/18 1230 |
| Dose (Remaining/Total):  1-2 tablet (—/—) | Route:  per J tube |
| Frequency:  Every 4 hours PRN | Rate/Duration:  — / — |
| Admin Instructions:  Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours.  Hold for POSS of 3 or higher.  Hold for RASS of -2 or lower. | Note to pharmacy:  1 tab for pain below 5, 2 tabs for pain over 5 |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0719 | Given | 1 tablet | per J tube | Performed by:  Hatcher, Harrison Z, RN |

---

magnesium sulfate 1g in dextrose 5% 100mL IVPB (premix) [480924014]

| | |
|---|---|
| Ordering Provider:  **Goode, Terral C, MD** | Status:  **Completed (Past End Date/Time)** |
| Ordered On:  10/29/18 0540 | Starts/Ends:  10/29/18 0615 - 10/29/18 0700 |
| Dose (Remaining/Total):  1 g (0/2) | Route:  Intravenous |
| Frequency:  Every 30 min | Rate/Duration:  200 mL/hr / 30 Minutes |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 10/29/18 0630 | New Bag | 1 g<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by:  Harrison, David A, RN |

---

potassium chloride 20 MEQ/15ML (10%) oral solution 20 mEq [480924015]

| | |
|---|---|
| Ordering Provider:  **Goode, Terral C, MD** | Status:  **Completed (Past End Date/Time)** |
| Ordered On:  10/29/18 0540 | Starts/Ends:  10/29/18 0615 - 10/29/18 0707 |
| Dose (Remaining/Total):  20 mEq (0/2) | Route:  per NG tube |
| Frequency:  Every 1 hour | Rate/Duration:  — / — |

Admin Instructions:  Dilute every 15 mL of 10% solution with 90 mL of water or liquid.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/29/18 0707 | Given | 20 mEq | per NG tube | Performed by:  Conaway, David, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

**All Meds/Most Recent Administrations (continued)**

### furosemide (LASIX) 8 MG/ML solution 40 mg [480924019]

| | |
|---|---|
| Ordering Provider: Do, Thieu M, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/29/18 0859 | Starts/Ends: 10/29/18 1400 - 11/01/18 1221 |
| Dose (Remaining/Total): 40 mg (—/—) | Route: per J tube |
| Frequency: 2 times daily at 0800 and 1400 | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0921 | Given | 40 mg | per J tube | Performed by: Sigler, Mallory P, RN<br>Comments: given late for primary nurse. |

### lidocaine (URO-JET) 2% jelly [480924021]

| | |
|---|---|
| Ordering Provider: Carter, Jeffrey, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/29/18 1005 | Starts/Ends: 10/29/18 1013 - 11/05/18 1930 |
| Dose (Remaining/Total): — (—/—) | Route: Topical |
| Frequency: 4 times daily PRN | Rate/Duration: — / — |
| Admin Instructions: For G tube or trach pain(use sparingly around trach) | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 1601 | Given | — | Topical | Performed by: Miller, Jeanna M, RN<br>Comments: around trach |

### guaiFENesin (ROBITUSSIN) oral solution 200 mg [480924022]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/29/18 1009 | Starts/Ends: 10/29/18 1045 - 11/01/18 1224 |
| Dose (Remaining/Total): 200 mg (—/—) | Route: per J tube |
| Frequency: Every 4 hours while awake | Rate/Duration: — / — |
| Admin Instructions: Hold dose between 2200 and 0400 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0950 | Given | 200 mg | per J tube | Performed by: Sigler, Mallory P, RN<br>Comments: given late for primary RN |

### gabapentin (NEURONTIN) capsule 100 mg [480924025]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time), Reason: Per Policy |
| Ordered On: 10/29/18 1204 | Starts/Ends: 10/29/18 1400 - 10/29/18 1222 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Oral |
| Frequency: Every 8 hours scheduled | Rate/Duration: — / — |

(No admins recorded for this medication)



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

### gabapentin (NEURONTIN) 50 mg/mL solution 100 mg [481119758]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 10/29/18 1223 | Starts/Ends: 10/29/18 1400 - 11/01/18 1223 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: per J tube |
| Frequency: Every 8 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Refrigerate | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0154 | Given | 100 mg | per J tube | Performed by: Hatcher, Harrison Z, RN |

---

### barium sulfate (VARIBAR THIN LIQUID) 40 % suspension 20 mL [481119794]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/30/18 1059 | Starts/Ends: 10/30/18 1059 - 10/30/18 1059 |
| Dose (Remaining/Total): 20 mL (0/1) | Route: Oral |
| Frequency: IMG once as needed | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/30/18 1059 | Imaging Agent Given | 20 mL | Oral | Performed by: Adkins, Christin A |

---

### barium sulfate (VARIBAR PUDDING) 40 % oral paste 20 mL [481119795]

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 10/30/18 1059 | Starts/Ends: 10/30/18 1059 - 10/30/18 1059 |
| Dose (Remaining/Total): 20 mL (0/1) | Route: Oral |
| Frequency: IMG once as needed | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 10/30/18 1059 | Imaging Agent Given | 20 mL | Oral | Performed by: Adkins, Christin A |

---

### docusate sodium (COLACE) capsule 100 mg [481451290]

| | |
|---|---|
| Ordering Provider: Staley, Lee G, NP | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/31/18 1125 | Starts/Ends: 10/31/18 1215 - 11/05/18 1930 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0937 | Given | 100 mg | Oral | Performed by: Miller, Jeanna M, RN |

---



**WINCHESTER MEDICAL CENTER**
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### senna-docusate (PERICOLACE) 8.6-50 MG per tablet 2 tablet [481451291]

Ordering Provider: Staley, Lee G, NP

Ordered On: 10/31/18 1125
Dose (Remaining/Total): 2 tablet (—/—)
Frequency: At bedtime

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: 10/31/18 2200 - 11/05/18 1930
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/03/18 2256 | Given | 2 tablet | Oral | Performed by: White, Shelly-Ann, RN |

### hydrALAZINE (APRESOLINE) tablet 25 mg [481451317]

Ordering Provider: Long, Joshua L, DO
Ordered On: 11/01/18 0653
Dose (Remaining/Total): 25 mg (—/—)
Frequency: Every 8 hours
Admin Instructions: Hold for SBP less than 100

Status: **Discontinued (Past End Date/Time)**
Starts/Ends: 11/01/18 0800 - 11/01/18 1225
Route: per J tube
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/01/18 0922 | Given | 25 mg | per J tube | Performed by: Sigler, Mallory P, RN |

### amLODIPine (NORVASC) tablet 10 mg [481738969]

Ordering Provider: Bishwakarma, Raju, MD

Ordered On: 11/01/18 1215
Dose (Remaining/Total): 10 mg (—/—)
Frequency: Daily
Admin Instructions: Hold for SBP less than 100

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: 11/01/18 1300 - 11/05/18 1930
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0935 | Given | 10 mg | Oral | Performed by: Miller, Jeanna M, RN |

### citalopram (CeleXA) tablet 10 mg [481738970]

Ordering Provider: Goode, Terral C, MD

Ordered On: 11/01/18 1216
Dose (Remaining/Total): 10 mg (—/—)
Frequency: Daily

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: 11/01/18 1300 - 11/05/18 1930
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/02/18 1152 | Given | 10 mg | Oral | Performed by: Miller, Jeanna M, RN |

---



**Healthier, together.**

WINCHESTER MEDICAL
CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

### famotidine (PEPCID) tablet 20 mg [481738971]

Ordering Provider: **Bishwakarma, Raju, MD**

Ordered On: **11/01/18 1218**
Dose (Remaining/Total): **20 mg (—/—)**
Frequency: **Every 12 hours scheduled**

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: **11/01/18 2200 - 11/05/18 1930**
Route: **Oral**
Rate/Duration: **— / —**

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 20 mg | Oral | Performed by: Miller, Jeanna M, RN |

### furosemide (LASIX) tablet 40 mg [481738972]

Ordering Provider: **Carter, Jeffrey, MD**

Ordered On: **11/01/18 1221**
Dose (Remaining/Total): **40 mg (—/—)**
Frequency: **2 times daily at 0800 and 1400**
Admin Instructions: **Hold for SBP less than 100**

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: **11/01/18 1400 - 11/05/18 1930**
Route: **Oral**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 1501 | Given | 40 mg | Oral | Performed by: Sigler, Mallory P, RN<br>Comments: given late b/c RN in with another pt when due. |

### gabapentin (NEURONTIN) capsule 100 mg [481738973]

Ordering Provider: **Goode, Terral C, MD**

Ordered On: **11/01/18 1223**
Dose (Remaining/Total): **100 mg (—/—)**
Frequency: **Every 8 hours scheduled**

Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge**
Starts/Ends: **11/01/18 1400 - 11/05/18 1930**
Route: **Oral**
Rate/Duration: **— / —**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 1501 | Given | 100 mg | Oral | Performed by: Sigler, Mallory P, RN<br>Comments: given late b/c RN in with another pt when due. |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

**guaiFENesin (ROBITUSSIN) oral solution 200 mg [481738974]**

| | |
|---|---|
| Ordering Provider: Goode, Terral C, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 11/01/18 1224 | Starts/Ends: 11/01/18 1600 - 11/03/18 1217 |
| Dose (Remaining/Total): 200 mg (—/—) | Route: Oral |
| Frequency: Every 4 hours while awake | Rate/Duration: — / — |
| Admin Instructions: Hold dose between 2200 and 0400 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/02/18 2011 | Given | 200 mg | Oral | Performed by: Donaldson, Jennifer S, RN |

---

**hydrALAZINE (APRESOLINE) tablet 25 mg [481738975]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 11/01/18 1225 | Starts/Ends: 11/01/18 1600 - 11/05/18 1930 |
| Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: Every 8 hours | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0935 | Given | 25 mg | Oral | Performed by: Miller, Jeanna M, RN |

---

**losartan (COZAAR) tablet 50 mg [481738976]**

| | |
|---|---|
| Ordering Provider: Bishwakarma, Raju, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 11/01/18 1226 | Starts/Ends: 11/02/18 1000 - 11/05/18 1930 |
| Dose (Remaining/Total): 50 mg (—/—) | Route: Oral |
| Frequency: Daily | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0935 | Given | 50 mg | Oral | Performed by: Miller, Jeanna M, RN |

---

**metoprolol tartrate (LOPRESSOR) tablet 100 mg [481738977]**

| | |
|---|---|
| Ordering Provider: Long, Joshua L, DO | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 11/01/18 1228 | Starts/Ends: 11/01/18 2200 - 11/05/18 1930 |
| Dose (Remaining/Total): 100 mg (—/—) | Route: Oral |
| Frequency: Every 12 hours scheduled | Rate/Duration: — / — |
| Admin Instructions: Hold for SBP less than 100 or HR less than 60 | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0935 | Given | 100 mg | Oral | Performed by: Miller, Jeanna M, RN |

---



**ValleyHealth**
*Healthier, together.*

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

multivitamin (CEROVITE) tablet 1 tablet [481738978]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge** |
| Ordered On: **11/01/18 1229** | Starts/Ends: **11/02/18 1000 - 11/05/18 1930** |
| Dose (Remaining/Total): **1 tablet (—/—)** | Route: **Oral** |
| Frequency: **Daily** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 1 tablet | Oral | Performed by: Miller, Jeanna M, RN |

---

oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet 1-2 tablet [481738979]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge** |
| Ordered On: **11/01/18 1230** | Starts/Ends: **11/01/18 1229 - 11/05/18 1930** |
| Dose (Remaining/Total): **1-2 tablet (—/—)** | Route: **Oral** |
| Frequency: **Every 4 hours PRN** | Rate/Duration: **— / —** |
| Admin Instructions: **Maximum dose of acetaminophen is 4000 mg (90 mg/kg/day for pediatric patients less than 45 kg) from all sources in 24 hours. Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.** | Note to pharmacy: **1 tab for pain below 5, 2 tabs for pain over 5** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/04/18 2316 | Given | 2 tablet | Oral | Performed by: Cerrone, Patricia, RN |

---

traMADol (ULTRAM) tablet 50 mg [481738980]

| | |
|---|---|
| Ordering Provider: **Bishwakarma, Raju, MD** | Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge** |
| Ordered On: **11/01/18 1231** | Starts/Ends: **11/01/18 2000 - 11/05/18 1930** |
| Dose (Remaining/Total): **50 mg (—/—)** | Route: **Oral** |
| Frequency: **Every 12 hours** | Rate/Duration: **— / —** |
| Admin Instructions: **Hold for POSS of 3 or higher. Hold for RASS of -2 or lower.** | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 50 mg | Oral | Performed by: Miller, Jeanna M, RN |

---


**Healthier, together.**

WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

---

traZODone (DESYREL) tablet 50 mg [481738981]

| | |
|---|---|
| Ordering Provider: **Long, Joshua L, DO** | Status: **Discontinued (Past End Date/Time), Reason:** **Patient Discharge** |
| Ordered On: **11/01/18 1232** | Starts/Ends: **11/01/18 2200 - 11/05/18 1930** |
| Dose (Remaining/Total): **50 mg (—/—)** | Route: **Oral** |
| Frequency: **At bedtime** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/04/18 2316 | Given | 50 mg | Oral | Performed by: Cerrone, Patricia, RN |

---

zolpidem (AMBIEN) tablet 5 mg [481738982]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time), Reason:** **Patient Discharge** |
| Ordered On: **11/01/18 1232** | Starts/Ends: **11/01/18 2200 - 11/05/18 1930** |
| Dose (Remaining/Total): **5 mg (—/—)** | Route: **Oral** |
| Frequency: **At bedtime** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/03/18 2256 | Given | 5 mg | Oral | Performed by: White, Shelly-Ann, RN |

---

albuterol (PROVENTIL) nebulizer solution 2.5 mg [481739006]

| | |
|---|---|
| Ordering Provider: **Goode, Terral C, MD** | Status: **Discontinued (Past End Date/Time), Reason:** **Patient Discharge** |
| Ordered On: **11/02/18 0901** | Starts/Ends: **11/02/18 0900 - 11/05/18 1930** |
| Dose (Remaining/Total): **2.5 mg (—/—)** | Route: **Nebulization** |
| Frequency: **RT - Every 4 hours as needed** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

---

clonazePAM (KlonoPIN) tablet 0.25 mg [482075642]

| | |
|---|---|
| Ordering Provider: **Alty, C Gregory, MD** | Status: **Discontinued (Past End Date/Time), Reason:** **Patient Discharge** |
| Ordered On: **11/03/18 0807** | Starts/Ends: **11/03/18 1000 - 11/05/18 1930** |
| Dose (Remaining/Total): **0.25 mg (—/—)** | Route: **Oral** |
| Frequency: **3 times daily** | Rate/Duration: **— / —** |
| Admin Instructions: | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 0.25 mg | Oral | Performed by: Miller, Jeanna M, RN |

---



WINCHESTER MEDICAL CENTER
1840 Amherst
Winchester VA 22601-2808
ROI Abstract Inpatient

Smith, Doris D Alaque
MRN: 20012296, DOB: 8/4/1979, Sex: F
Adm: 9/1/2018, D/C: 11/5/2018

---

**All Meds/Most Recent Administrations (continued)**

**famotidine (PEPCID) 20mg / 2.5mL oral suspension 20 mg [482075643]**

| | |
|---|---|
| Ordering Provider: **Alty, C Gregory, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **11/03/18 0807** | Starts/Ends: **11/03/18 1000 - 11/03/18 1305** |
| Dose (Remaining/Total): **20 mg (—/—)** | Route: **Oral** |
| Frequency: **Every 12 hours scheduled** | Rate/Duration: **— / —** |

| Question | Answer | Comment |
|---|---|---|
| Renal Dosing Protocol (DO NOT EDIT): | \\ihsnasepic.net.inova.org\ClinicalReference\Willow\Valley\Protocols\Renal_Dosing_3607168_08-2017.pdf | — |

(No admins recorded for this medication)

**guaiFENesin tablet 200 mg [482075645]**

| | |
|---|---|
| Ordering Provider: **Alty, C Gregory, MD** | Status: **Discontinued (Past End Date/Time)** |
| Ordered On: **11/03/18 1217** | Starts/Ends: **11/03/18 1300 - 11/03/18 1219** |
| Dose (Remaining/Total): **200 mg (—/—)** | Route: **Oral** |
| Frequency: **Every 4 hours while awake** | Rate/Duration: **— / —** |

(No admins recorded for this medication)

**guaiFENesin (MUCINEX) 12 hr tablet 600 mg [482075646]**

| | |
|---|---|
| Ordering Provider: **Alty, C Gregory, MD** | Status: **Discontinued (Past End Date/Time), Reason: Patient Discharge** |
| Ordered On: **11/03/18 1220** | Starts/Ends: **11/03/18 1400 - 11/05/18 1930** |
| Dose (Remaining/Total): **600 mg (—/—)** | Route: **Oral** |
| Frequency: **Every 12 hours scheduled** | Rate/Duration: **— / —** |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/05/18 0934 | Given | 600 mg | Oral | Performed by: **Miller, Jeanna M, RN** |

---

## END OF REPORT

---