# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMMIE FRALEY, et al.,, <br><br> Plaintiffs, <br><br> *v.* <br><br> MERITUS MEDICAL CENTER, INC., et al., <br><br> Defendants. | Case No. 1:20-cv-0103-RDB |

## CONSENT MOTION TO CORRECT TYPOGRAPHICAL ERROR IN JOINT MOTION TO MODIFY THE SCHEDULING ORDER & <u>MEET AND CONFER REPORT</u>

*COME NOW* Plaintiffs with consent of all parties, by and through undersigned counsel, and respectfully submit this Consent Motion to the Court to correct a typographical error in the previously submitted motion to Modify the Scheduling Order and Meet and Confer Report. In support thereof, the parties state the following:

1. On July 13, 2020, the Court granted the parties' Consent Motion to Modify the Scheduling Order. In doing so, the Court relied upon the document submitted by the parties.

2. Unfortunately, an oversight by the parties in which version of the agreed upon dates was to be filed led to several of the dates being inaccurate to what all parties believed what was the proper schedule.

3. Having now noticed the error in the drafting and consulting with each other, the parties wish to correct the Scheduling Order to reflect the following:

| Deadline | Original Date | Proposed Date |
|---|---|---|
| Joint Request for Early Settlement/ADR Conference | 7/13/2020 | 7/13/2020 |
| Report about Deposition Hours | 7/13/202 | 7/13/2020 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | 7/13/2020 | 7/13/2020 |
| Deadline for conference about discovery of electronically stored information. | 7/13/2020 | 7/13/2020 |
| Moving for joinder of additional parties and amendment of pleadings | 8/13/2020 | 8/13/2020 |
| Plaintiff's Rule 26(a)(2) disclosures | 8/28/2020 | 9/30/2020 |
| Defendants' Rule 26(a)(2) disclosures | 9/28/2020 | 11/30/2020 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | 10/13/2020 | 1/10/2021 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | 10/19/2020 | 2/1/2021 |
| Discovery Deadline, Submission of Status Report | 11/12/2020 | 5/1/2021 |
| Requests for Admissions | 11/18/2020 | 6/1/2021 |
| Dispositive Pretrial Motions | 12/11/2020 | 7/1/2021 |

**WHEREFORE**, Plaintiffs respectfully requests that this Honorable Court amend the scheduling order as indicated above and on the attached Order for good cause.

Respectfully submitted,

PAULSON & NACE, PLLC

/s/ Matthew A. Nace, Esq.
Matthew A. Nace, Esq. #29684
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
202-463-1999 – Telephone
202-223-6824 – Facsimile
man@paulsonandnace.com

*Counsel for Plaintiffs*

*See and Consented to by:*

/s/ Eric Rhoades, Esq.
Eric Rhoades, Esquire
Armstrong, Donohue, Ceppos & Vaughn, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850

/s/ Natalie C. Magdeburger, Esq.
Natalie C. Magdeburger, Esquire
Greg Kirby, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204

/s/ Frederick W. Goundry, III, Esq.
Frederick W. Goundry, III, Esq.
Varner & Goundry
121 East Patrick Street
Frederick, MD 21701

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2020, I caused a true and exact copy of the foregoing to be served via the Court's Online File System upon:

Eric Rhoades, Esquire
German A. Rodriquez, Esquire
Armstrong, Donohue, Ceppos & Vaughn, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850

Natalie C. Magdeburger, Esquire
Gregory Kirby, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road
Suite 500
Towson, MD 21204

Frederick W. Goundry, III, Esq.
Varner & Goundry
121 East Patrick Street
Frederick, MD 21701

/s/Matthew A. Nace
Matthew A. Nace