| | |
|---|---|
| **From:** | Matthew Nace |
| **Sent:** | Tuesday, December 1, 2020 11:55 AM |
| **To:** | ngolay@vglaw.org; nmagdeburger@pklaw.com; erhoades@adclawfirm.com |
| **Subject:** | Regarding: Fraley, Tammie, et al. v. Meritus Medical Center, INC., et al. |
| **Attachments:** | Motion for Leave to Re-Issue Summons and Modify Schedulign Order.pdf |

**Importance:** High

Dear Counsel,

I was drafting this motion to circulate today before filing, in light of your motion that was just filed, I assume you are not consenting, but please advise if you do and are willing to withdraw your presently filed motion.

**PAULSON & NACE, PLLC**
ATTORNEYS AT LAW

**MATTHEW A. NACE**

1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007

**PH** 202.463.1999 | **FAX** 202.223.6824
man@paulsonandnace.com
**www.paulsonandnace.com**

*Admitted in DC, MD & WV*