# Matthew Nace

| | |
|---|---|
| **From:** | Matthew Nace |
| **Sent:** | Thursday, July 30, 2020 2:46 PM |
| **To:** | fgoundry@vglaw.org; ngolay@vglaw.org |
| **Subject:** | Regarding: Fraley, Tammie, et al. v. Meritus Medical Center, INC., et al. |

Ed,

I'm looking to find dates for our clients as you requested. I would also like to depose your radiologists as the first set of defendants. Do you want to work on finding dates in September for both my clients and yours and I'll also circulate the rest of the attorneys as well. I'd like to depose Dr. Flaim first. If we have to conduct them by Zoom, we can work with that.

**PAULSON & NACE, PLLC**
ATTORNEYS AT LAW

**MATTHEW A. NACE**

1025 Thomas Jefferson St., NW, Suite 810
Washington, DC 20007

**PH** 202.463.1999 | **FAX** 202.223.6824
man@paulsonandnace.com
**www.paulsonandnace.com**

*Admitted in DC, MD & WV*